# E. BARRETT PRETTYMAN
# US COURT HOUSE

Case: 1:22–cv–02823
Assigned To : Unassigned
Assign. Date : 9/16/2022
Description: Pro Se Gen. Civ. (F–DECK)

**Date September 14, 2022** **CASE** ______________

## Plaintiff

**Jeffrey P. Barrett**
**PRO SE with Standing [attached]**
**502 Ellis Court Apt.320**
**Richmond, KY 40475**
**Cell 808-397-0344**
**Email Puc.Report@gmail.com**

**V**

## Defendants

**Joseph Biden & Kamala Harris**
**White House**
**1600 Pennsylvania Ave., N. W.**
**Washington, DC 20500**

**Barack Obama & Michelle Obama**
**& Marty Nesbitt**
**Presidential Library**
**2500 W Golf Road**
**Hoffman Estates, IL 60169**
**Tel: 847-252-5700**
**Email obama.library@nara.gov**

**Hillary Rodman Clinton**
**P.O. Box 5256**
**New York, NY 10185**

**Congresswoman: Speaker Nancy Pelosi**
**1236 Longworth H.O.B. N.W.**
**Washington, DC 20510**
**Tel: 202-225-4176**

**U. S. Senator Chuck Schumer**
**3221 Hart Senate Office Building**
**Washington, DC 20510**
**Tel: 202-224-6542**

**Congressman Adam Schiff**
**US House of Representatives**
**2309 Rayburn House Office Building**
**Washington, DC 20515**
**Tel: 202-225-4176**

**Mike Pence Unavailable**

**Bill Barr Unavailable**

**Congresswoman Liz Cheney**
**Clerk of the House**
**416 Cannon House Office Building**
**Washington, DC 20515-5000**
**Tel: 202-225-2311**
**Email info.clerkweb@mail.house.gov**
**US Capitol Room 4154**
**Washington, DC 20515-6601**
**Tel: 202-224-6542**

**Senator Dianne Feinstein**
**331 Hart Senate Building**
**Washington, DC 20510**
**Tel: 202-224-3841**

**General Mark Milley**
**Chairman: Joint Chiefs of Staff**
**9999/Joint Staff**
**Department of Defense--- Pentagon**
**Pentagon-City**
**Washington, DC 20318-9999**

**Air Force General John Hyten**
**Vice Chairman Joint Chiefs of Staff**
**9999/Joint Staff ---Pentagon**
**Washington, DC 20318-9999**

**Army General James C. McConville**
**Army Chief of Staff**
**200 Army Pentagon**
**Washington, DC 20310-0200**

**Admiral Mike Gilday**
**Chief of Naval Operations**
**2000 Navy---Pentagon**
**Washington, DC 20350-0200**

**Air Force Chief of Staff**
**Charles Q. Brown**
**2000 Navy Pentagon**
**Washington, DC 20330-1670**

**General David Berger**
**Marine Corps Commandant**
**Head Quarters, US Marine Corps**
**Pentagon**
**Washington, DC 20350-3000**

**General Jay Raymond**
**Chief of Space Operations**
**2020 US Space Force**
**Pentagon**
**Washington, DC 20330-2000**

**General Daniel Hokanson**
**Chief of the National Guard**
**Bureau 1636 Defense**
**Pentagon STE 1E169**
**Washington, DC 20301-0001**

**Attorney General Merrick B. Garland**
**Office of the Attorney General**
**US Dept. of Justice**
**950 Pennsylvania Ave., NW**
**Washington, DC 20530-0001**
**Tel: 202-514-2000**

**FBI Director Christopher Wray**
**FBI Headquarters**
**935 Pennsylvania Ave., NW**
**Washington, DC 20530-0001**
**Tel: 202-324-3000**

**CIA Director William J. Burns**
**Central Intelligence Agency**
**Office of Public Affairs**
**Washington, DC 20505**

**Central Intelligence Agency/Headquarters**
**1,000 Colonial Farm Road**
**Langley**
**Mclean, VA 22101**

**Homeland Security**
**Director Alajandro Mayorkas**
**245 Murray Lane, SW**
**Washington, DC 20528-0075**
**Tel: 202-282-8000**

**National Security Agency**
**Director General Paul M. Nakasone**

**9800 Savage Road**
**Suite 6272**
**Fort Meade, MD 20755-6000**
**Tel: 301-688-6311**

**National Intelligence**
**Director Honorable Avril Haines**
**Office of the Director of National Intelligence**
**Office of Strategic Communications**
**Washington, DC 20511**

**_________________________________________/**

**Defendants**

# COMPLAINT

# EMERGENCY PERMANENT INJUNCTION REQUEST

**To Nullify the Presidency of Joseph Biden for Treason, Insurrection laws under the US Constitution Treason Law Code 18 invoked by President Donald Trump in his enclosed copy public letter to Congresswoman Speaker Nancy Pelosi on Dec 18, 2019 Summarizing the TREASON Law and Charges against the Defendants named in this action. This injunction is requesting the Court and Federal Circuit Judge acknowledge that the 2020 US Presidential Election has been nullified by the TREASON Law Code 18. That the Judge Nullify the Presidential votes of Joe Biden/Kamala Harris for President & Vice President in the 2020 US Presidential election and ban all named defendants from holding or running for or being appointed to any US governmental office or position. Under the**

**Treason Law no one charged by the U. S. President or a Federal Judge can ever run for or hold an elective or appointed office in these United States. Therefore, I ask the**

**Judge to nullify also the results naming Joseph Biden and Kamala Harris the winners in the 2022 Presidential election and remove them from office immediately and remove all named defendants in this INJUNCTION from their positions or offices forever. We request the Honorable Judge establish President Donald J. Trump the legitimate and still US President until the appeal to your decision for or against this Permanent Emergency INJUNCTION the Supreme Court will establish a solution whereas all the persons in line for replacing Biden…Harris…Pelosi are also forbidden from currently and forever holding office leaving a Constitutional dilemma that ONLY you and the Supreme Court can remedy.**

**Signed this day sworn under oath before God** Jeffrey Barrett

**that this is my INJUNCTION request COMPLAINT**

**This day September 14, 2022**

**Plaintiff** Jeffrey Barrett

**Jeffrey P. Barrett**

**PRO SE**