# DOCUMENT

## President Trump's Letter to Speaker Nancy Pelosi that publicly INVOKES US Constitutional TREASON, SEDITION Law Code 18 banning Joe Biden from running or holding any US Government Office which nullifies his run for the President and his V.P running mate Kamala Harris from also holding their 2020 election win positions.

THE WHITE HOUSE

WASHINGTON

December 17, 2019

The Honorable Nancy Pelosi
Speaker of the House of Representatives
Washington, D.C. 20515

Dear Madam Speaker:

I write to express my strongest and most powerful protest against the partisan impeachment crusade being pursued by the Democrats in the House of Representatives. This impeachment represents an unprecedented and unconstitutional abuse of power by Democrat Lawmakers, unequaled in nearly two and a half centuries of American legislative history.

The Articles of Impeachment introduced by the House Judiciary Committee are not recognizable under any standard of Constitutional theory, interpretation, or jurisprudence. They include no crimes, no misdemeanors, and no offenses whatsoever. You have cheapened the importance of the very ugly word, impeachment!

By proceeding with your invalid impeachment, you are violating your oaths of office, you are breaking your allegiance to the Constitution, and you are declaring open war on American Democracy. You dare to invoke the Founding Fathers in pursuit of this election-nullification scheme-yet your spiteful actions display unfettered contempt for America's founding and your egregious conduct threatens to destroy that which our Founders pledged their very lives to build. Even worse than offending the Founding Fathers, you are offending Americans of faith by

continually saying "I pray for the President," when you know this statement is not true, unless it is meant in a negative sense. It is a terrible thing you are doing, but you will have to live with it, not I!

Your first claim, "Abuse of Power," is a completely disingenuous, meritless, and baseless invention of your imagination. You know that I had a totally innocent conversation with the President of Ukraine. I then had a second conversation that has been misquoted, mischaracterized, and fraudulently misrepresented. Fortunately, there was a transcript of the conversation taken, and you know from the transcript (which was immediately made available) that the paragraph in question was perfect. I said to President Zelensky: "I would like you to do us a favor, though, because our country has been through a lot and Ukraine knows a lot about it." I said do us a favor, not me, and our country, not a campaign. I then mentioned the Attorney General of the United States. Every time I talk with a foreign leader, I put America's interests first, just as I did with President Zelensky.

You are turning a policy disagreement between two branches of government into an impeachable offense-it is no more legitimate than the Executive Branch charging members of Congress with crimes for the lawful exercise oflegislative power.

You know full well that Vice President Biden used his office and $1 billion dollars of U.S. aid money to coerce Ukraine into firing the prosecutor who was digging into the company paying his son millions of dollars. You know this because Biden bragged about it on video. Biden openly stated: "I said, 'I'm telling you, you're not getting the billion dollars' ...I looked at them and said: 'I'm leaving in six hours. If the prosecutor is not fired, you're not getting the money.' Well, son of a bitch. He got fired." Even Joe Biden admitted just days ago in an interview with NPR that it "looked bad." Now you are trying to impeach me by falsely accusing me of doing what Joe Biden has admitted he actually did.

President Zelensky has repeatedly declared that I did nothing wrong, and that there was No Pressure. He further emphasized that it was a "good phone call," that "I don't feel pressure," and explicitly stressed that "nobody pushed me." The Ukrainian Foreign Minister stated very clearly: "I have never seen a direct link between investigations and security assistance." He also said there was "No Pressure." Senator Ron Johnson of Wisconsin, a supporter of Ukraine who met privately with President Zelensky, has said: "At no time during this meeting... was there any mention by Zelensky or any Ukrainian that they were feeling pressure to do anything in return for the military aid." Many meetings have been held between representatives of Ukraine and our country. Never once did Ukraine complain about pressure being applied-not once! Ambassador Sondland testified that I told him: "No quid pro quo. I want nothing. I want nothing. I want President Zelensky to do the right thing, do what he ran on."

The second claim, so-called "Obstruction of Congress," is preposterous and dangerous. House Democrats are trying to impeach the duly elected President of the United States for asserting Constitutionally based privileges that have been asserted on a bipartisan basis by administrations of both political parties throughout our Nation's history. Under that standard, every American president would have been impeached many times over. As liberal law professor Jonathan Turley warned when addressing Congressional Democrats: "I can't emphasize this enough.. .if you impeach a president, if you make a high crime and misdemeanor out of going to the courts, it is an abuse of power. It's your abuse of power. You're doing precisely what you're criticizing the President for doing."

Everyone, you included, knows what is really happening. Your chosen candidate lost the election in 2016, in an Electoral College landslide (306-227), and you and your party have never recovered from this defeat. You have developed a full-fledged case of what many in the media call Trump Derangement Syndrome and sadly, you will never get over it! You are unwilling and unable to accept the verdict issued at the ballot box during the great Election of 2016. So you have spent three straight years attempting to overturn the will of the American people and nullify their votes. You view democracy as your enemy!

Speaker Pelosi, you admitted just last week at a public forum that your party's impeachment effort has been going on for "two and a half years," long before you ever heard about a phone call with Ukraine. Nineteen minutes after I took the oath of office, the *Washington Post*

published a story headlined, "The Campaign to Impeach President Trump Has Begun." Less than three months after my inauguration, Representative Maxine Waters stated, "I'm going to fight every day until he's impeached." House Democrats introduced the first impeachment resolution against me within months of my inauguration, for what will be regarded as one of our country's best decisions, the firing of James Corney (see Inspector General Reports)-who the world now knows is one of the dirtiest cops our Natiou has ever seen. A ranting and raving Congresswoman, Rashida Tlaib, declared just hours after she was sworn into office, "We're gonna go in there and we're gonna impeach the motherfl'***r." Representative Al Green said in May, "I'm concerned that if we don't impeach this president, he will get re-elected." Again, you and your allies said, and did, all of these things long before you ever heard of President Zelensky or anything related to Ukraine. As you know very well, this impeachment drive has nothing to do with Ukraine, or the totally appropriate conversation I had with its new president. It only has to do with your attempt to undo the election of 2016 and steal the election of 2020!

Congressman Adam Schiff cheated and lied all the way up to the present day, even going so far as to fraudulently make up, out of thin air, my conversation with President Zelensky of Ukraine and read this fantasy language to Congress as though it were said by me. His shameless lies and deceptions, dating all the way back to the Russia Hoax, is one of the main reasons we are here today.

You and your party are desperate to distract from America's extraordinary economy, incredible jobs boom, record stock market, soaring confidence, and flourishing citizens. Your party simply cannot compete with our record: 7 million new jobs; the lowest-ever unemployment for African Americans, Hispanic Americans, and Asian Americans; a rebuilt military; a completely reformed VA with Choice and Accountability for our great veterans; more than 170 new federal judges and two Supreme Court Justices; historic tax and regulation cuts; the elimination of the individual mandate; the first decline in prescription drug prices in half a century; the first new branch of the United States Military since 1947, the Space Force; strong protection of the Second Amendment; criminal justice reform; a defeated ISIS caliphate and the killing of the world's number one terrorist leader, al-Baghdadi; the replacement of the disastrous NAFTA trade deal with the wonderful USMCA (Mexico and Canada); a breakthrough Phase One trade deal with China; massive new trade deals with Japan and South Korea; withdrawal from the terrible Iran Nuclear Deal; cancellation of the unfair and costly Paris Climate Accord; becoming the world's top energy producer; recognition oflsrael's capital, opening the American Embassy in Jerusalem, and recognizing Israeli sovereignty over the Golan Heights; a colossal reduction in illegal border crossings, the ending of Catch-and-Release, and the building of the Southern Border Wall-and that is just the beginning, there is so much more. You cannot defend your extreme policies-open borders, mass migration, high crime, crippling taxes, socialized healthcare, destruction of American energy, late-term taxpayer-funded abortion, elimination of the Second Amendment, radical far-left theories oflaw and justice, and constant partisan obstruction of both common sense and common good.

There is nothing I would rather do than stop referring to your party as the Do-Nothing Democrats. Unfortunately, I don't know that you will ever give me a chance to do so.

After three years of unfair and unwarranted investigations, 45 million dollars spent, 18 angry Democrat prosecutors, the entire force of the FBI, headed by leadership now proven to be totally incompetent and corrupt, you have found NOTHING! Few people in high position could have endured or passed this test. You do not know, nor do you care, the great damage and hurt you have inflicted upon wonderful and loving members of my family. You conducted a fake investigation upon the democratically elected President of the United States, and you are doing it yet again.

There are not many people who could have taken the punishment inflicted during this period of time, and yet done so much for the success of America and its citizens. But instead of putting our country first, you have decided to disgrace our cotmtry still further. You completely failed with the Mueller report because there was nothing to find, so you decided to take the next hoax that came along, the phone call with Ukraine-even though it was a perfect call. And by the way, when I speak to foreign countries, there are many people, with pennission, listening to the call on both sides of the conversation.

You are the ones interfering in America's elections. You are the ones subverting America's Democracy. You are the ones Obstructing Justice. You are the ones bringing pain and suffering to our Republic for your own selfish personal, political, and partisan gain.

Before the Impeachment Hoax, it was the Russian Witch Hunt. Against all evidence, and regardless of the truth, you and your deputies claimed that my campaign colluded with the Russians-a grave, malicious, and slanderous lie, a falsehood like no other. You forced our Nation through turmoil and torment over a wholly fabricated story, illegally purchased from a foreign spy by Hillary Clinton and the DNC in order to assault our democracy. Yet, when the monstrous lie was debunked and this Democrat conspiracy dissolved into dust, you did not apologize. You did not recant. You did not ask to be forgiven. You showed no remorse, no capacity for self-reflection. Instead, you pursued your next libelous and vicious crusade-you engineered an attempt to frame and defame an innocent person. All of this was motivated by personal political calculation. Your Speakership and your party are held hostage by your most deranged and radical representatives of the far left. Each one of your members lives in fear of a socialist primary challenger-this is what is driving impeachment. Look at Congressman Nadler's challenger. Look at yourself and others. Do not take our country down with your party.

If you truly cared about freedom and liberty for our Nation, then you would be devoting your vast investigative resources to exposing the full truth concerning the FBI's horrifying abuses of power before, during, and after the 2016 election-including the use of spies against my campaign, the submission of false evidence to a FISA court, and the concealment of exculpatory evidence in order to frame the innocent. The FBI has great and honorable people, but the leadership was inept and corrupt. I would think that you would personally be appalled by these revelations, because in your press conference the day you announced impeachment, you tied the impeachment effort directly to the completely discredited Russia Hoax, declaring twice that "all roads lead to Putin," when you know that is an abject lie. I have been far tougher on Russia than President Obama ever even thought to be.

Any member of Congress who votes in support of impeachment-against every shred of truth, fact, evidence, and legal principle-is showing how deeply they revile the voters and how truly they detest America's Constitutional order. Our Founders feared the tribalization of partisan politics, and you are bringing their worst fears to life.

Worse still, I have been deprived of basic Constitutional Due Process from the beginning of this impeachment scam right up until the present. I have been denied the most fundamental rights afforded by the Constitution, including the right to present evidence, to have my own counsel present, to confront accusers, and to call and cross-examine witnesses, like the so-called whistleblower who started this entire hoax with a false report of the phone call that bears no relationship to the actual phone call that was made. Once I presented the transcribed call, which surprised and shocked the fraudsters (they never thought that such evidence would be presented), the so-called whistleblower, and the second whistleblower, disappeared because they got caught, their report was a fraud, and they were no longer going to be made available to us. In other words, once the phone call was made public, your whole plot blew up, but that didn't stop you from continuing.

More due process was afforded to those accused in the Salem Witch Trials.

You and others on your committees have long said impeachment must be bipartisan-it is not. You said it was very divisive-it certainly is, even far more than you ever thought possible-and it will only get worse!

This is nothing more than an illegal, partisan attempted coup that will, based on recent sentiment, badly fail at the voting booth. You are not just after me, as President, you are after the entire Republican Party. But because of this colossal injustice, our party is more united than it has ever been before. History will judge you harshly as you proceed with this impeachment charade.

Your legacy will be that of turning the House of Representatives from a revered legislative body into a Star Chamber of partisan persecution.

Perhaps most insulting of all is your false display of solemnity. You apparently have so little respect for the American People that you expect them to believe that you are approaching this impeachment somberly, reservedly, and reluctantly. No intelligent person believes what you are saying. Since the moment I won the election, the Democrat Party has been possessed by Impeachment Fever. There is no reticence. This is not a somber affair. You are making a mockery of impeachment and you are scarcely concealing your hatred of me, of the Republican Party, and tens of millions of patriotic Americans. The voters are wise, and they are seeing straight through this empty, hollow, and dangerous game you are playing.

I have no doubt the American people will hold you and the Democrats fully responsible in the upcoming 2020 election. They will not soon forgive your perversion of justice and abuse of power.

There is far too much that needs to be done to improve the lives of our citizens. It is time for you and the highly partisan Democrats in Congress to immediately cease this impeachment fantasy and get back to work for the American People. While I have no expectation that you will do so, I write this letter to you for the purpose of history and to put my thoughts on a permanent and indelible record.

One hundred years from now, when people look back at this affair, I want them to understand it, and learn from it, so that it can never happen to another President again.

Sine [redacted] ely



Donald J. Trump

America

cc: United States Senate
United States House of Representatives

**DOCUMENT**

# FULL RICO SUITE Donald Trump v Clinton et al

# Deep TREASON, INSURRECTION, COUP D'ETAT details

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

DONALD J. TRUMP,

Plaintiff,

v.

HILLARY R. CLINTON, HFACC, INC., DEMOCRATIC NATIONAL COMMITTEE, DNC SERVICES CORPORATION, PERKINS COIE, LLC, MICHAEL SUSSMANN, MARC ELIAS, DEBBIE WASSERMAN SCHULTZ, CHARLES HALLIDAY DOLAN, JR., JAKE SULLIVAN, JOHN PODESTA, ROBERT E. MOOK, PHILLIPE REINES, FUSION GPS, GLENN SIMPSON, PETER FRITSCH, NELLIE OHR, BRUCE OHR, ORBIS BUSINESS INTELLIGENCE, LTD., CHRISTOPHER STEELE, IGOR DANCHENKO, NEUSTAR, INC., RODNEY JOFFE, JAMES COMEY, PETER STRZOK, LISA PAGE, KEVIN CLINESMITH, ANDREW MCCABE, JOHN DOES 1 THROUGH 10 (said names being fictious and unknown persons), and ABC CORPORATIONS 1 THROUGH 10 (said names being fictitious and unknown entities),

Defendants.
______________________________________/

**COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY**

The Plaintiff, Donald J. Trump, by and through his undersigned counsel, hereby serves his suit against the Defendants, Hillary R. Clinton, HFACC, Inc., the Democratic National Committee, DNC

Services Corporation, Perkins Coie, LLC, Michael Sussmann, Marc Elias, Debbie Wasserman Schultz, Charles Halliday Dolan, Jr., Jake Sullivan, John Podesta, Robert E. Mook,

Phillipe Reines, Fusion GPS, Glenn Simpson, Peter Fritsch, Nellie Ohr, Bruce Ohr, Orbis Business Intelligence, Ltd., Christopher Steele, Igor Danchenko, Neustar, Inc., Rodney Joffe, James Comey, Peter Strzok, Lisa Page, Kevin Clinesmith, Andrew McCabe, John Does 1 through 10 (said names being fictious and unknown persons), and ABC Corporations 1 through 10 (said names being fictitious and unknown entities) and alleges as follows:

## Introduction

1. In the run-up to the 2016 Presidential Election, Hillary Clinton and her cohorts orchestrated an unthinkable plot – one that shocks the conscience and is an affront to this nation's democracy. Acting in concert, the Defendants maliciously conspired to weave a false narrative that their Republican opponent, Donald J. Trump, was colluding with a hostile foreign sovereignty. The actions taken in furtherance of their scheme—falsifying evidence, deceiving law enforcement, and exploiting access to highly-sensitive data sources - are so outrageous, subversive and incendiary that even the events of Watergate pale in comparison.

2. Under the guise of 'opposition research,' 'data analytics,' and other political stratagems, the Defendants nefariously sought to sway the public's trust. They worked together with a single, self-serving purpose: to vilify Donald J. Trump. Indeed, their far-reaching conspiracy was designed to cripple Trump's bid for presidency by fabricating a scandal that would be used to trigger an unfounded federal investigation and ignite a media frenzy.

3. The scheme was conceived, coordinated and carried out by top-level officials at the Clinton Campaign and the DNC—including 'the candidate' herself—who attempted to shield her involvement behind a wall of third parties.[1] To start, the Clinton Campaign and the DNC enlisted the assistance of their shared counsel, Perkins Coie, a law firm with deep Democrat ties, in the

[1] U.S. Dep't of Justice, Office of the Inspector General, Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation at 96 (2019) (hereinafter "IG Report").

hopes of obscuring their actions under the veil of attorney-client privilege. Perkins Coie was tasked with spearheading the scheme to find—or fabricate—proof of a sinister link between Donald J. Trump and Russia. To do so, Perkins Coie launched parallel operations: on one front, Perkins Coie partner Marc Elias led an effort to produce spurious 'opposition research' claiming to reveal illicit ties between the Trump Campaign and Russian operatives; on a separate front, Perkins Coie partner Michael Sussmann headed a campaign to develop misleading evidence of a bogus 'back channel' connection between e-mail servers at Trump Tower and a Russian-owned bank.

4. Marc Elias, in his mission to obtain derogatory anti-Trump 'opposition research,' commissioned Fusion GPS, an investigative firm, and its co-founders, Peter Fritsch and Glenn Simpson, and directed them to dredge up evidence—actual or otherwise—of collusion between Trump and Russia. Fritsch and Simpson, in turn, enlisted the assistance of Orbis Ltd. and its owner, Christopher Steele, to produce a series of reports purporting to contain proof of the supposed collusion. Of course, the now fully debunked collection of reports, known as the "Steele Dossier," was riddled with misstatements, misrepresentations and, most of all, flat out lies. In truth, the Steele Dossier was largely based upon information provided to Steele by his primary sub-source, Igor Danchenko, who was subsequently indicted for falsifying his claims. Even more damning, Danchenko had close ties to senior Clinton Campaign official, Charles Halliday Dolan, Jr., who knowingly provided false information to Danchenko, who relayed it to Steele, who reported it in the Steele Dossier and eagerly fed the deceptions to both the media and the FBI. This duplicitous arrangement existed for a singular self-serving purpose – to discredit Donald J. Trump and his campaign.

5. At the same time, Michael Sussmann, in his hunt for damaging intel against the

Trump Campaign, turned to Neustar, Inc., an information technology company, and one of its top executives, Rodney Joffe, a fervent anti-Trumper who had recently been promised a high-ranking position with the Clinton Administration, to exploit their access to non-public data in search of a secret "back channel" connection between Trump Tower and Alfa Bank. When it was discovered that no such channel existed, the Defendants resorted to truly subversive measures – hacking servers at Trump Tower, Trump's private apartment, and, most alarmingly, the *White House*. This ill-gotten data was then manipulated to create a misleading "inference" and submitted to law enforcement in an effort to falsely implicate Donald J. Trump and his campaign.[2] All of these acts were carried out in coordination with the Clinton Campaign and the DNC, at the behest of certain Democratic "VIPs."[3]

6. While their multi-pronged attack was underway, the Defendants seized on the opportunity to publicly malign Donald J. Trump by instigating a full-blown media frenzy. Indeed, the Clinton Campaign and DNC—admittedly on a "mission" to "raise the alarm" about their contrived Trump-Russia link[4]—repeatedly fed disinformation to the media and shamelessly promoted their false narratives. All the while, Hillary Clinton, Jake Sullivan, Debbie Wasserman Schultz, and others did their best to proliferate the spread of those dubious and false claims through press releases, social media, and other public statements.

7. The fallout from the Defendants' actions was not limited to the public denigration of Trump and his campaign. The Federal Bureau of Investigation (FBI)—relying on the Defendants' fraudulent evidence—commenced a large-scale investigation and expended precious

---

[2] Indictment at ¶ 23 (ECF Doc. No. 1), *United States v. Sussmannn*, case no. 1:21-cr-00582-CRC, District of Columbia (Sept. 16, 2021) (hereinafter the "Sussmannn Indictment").

[3] *Id.* ¶ 10.

[4] Jennifer Palmieri (former Clinton Campaign Communications Director), *The Clinton campaign warned you about Russia. But nobody listened to us.*, The Washington Post, March 24, 2017.

time, resources and taxpayer dollars looking into the spurious allegation that the Trump Campaign had colluded with the Russian Government to interfere in the 2016 presidential election. The effects of this unfounded investigation were prolonged and exacerbated by the presence of a small faction of Clinton loyalists who were well-positioned within the Department of Justice and the FBI – James Comey, Andrew McCabe, Peter Strzok, Lisa Page, Kevin Clinesmith, and Bruce Ohr. These government officials were willing to abuse their positions of public trust to advance the baseless probe to new levels, including obtaining an extrajudicial FISA warrant and instigating the commencement of an oversight investigation headed by Special Counsel Robert Mueller. As a result, Donald J. Trump and his campaign were forced to expend tens of millions of dollars in legal fees to defend against these contrived and unwarranted proceedings. Justice would ultimately prevail – following a two-year investigation, Special Counsel Mueller went on to exonerate Donald J. Trump and his campaign with his finding that there was no evidence of collusion with Russia.

8. The full extent of the Defendants' wrongdoing has been steadily and gradually exposed by Special Counsel John Durham, who has been heading a DOJ investigation into the origins of the Trump-Russia conspiracy. To date, he has already issued indictments to Sussmann and Danchenko, among others, for proffering false statements to law enforcement officials. As outlined below, these 'speaking' indictments not only implicate many of the Defendants named herein but also provide a great deal of insight into the inner-workings of the Defendants' conspiratorial enterprise. Based on recent developments and the overall direction of Durham's investigation, it seems all but certain that additional indictments are forthcoming.

9. In short, the Defendants, blinded by political ambition, orchestrated a malicious conspiracy to disseminate patently false and injurious information about Donald J. Trump and his campaign, all in the hopes of destroying his life, his political career and rigging the 2016

Presidential Election in favor of Hillary Clinton. When their gambit failed, and Donald J. Trump was elected, the Defendants' efforts continued unabated, merely shifting their focus to undermining his presidential administration. Worse still, the Defendants continue to spread their vicious lies to this day as they unabashedly publicize their thoroughly debunked falsehoods in an effort to ensure that he will never be elected again. The deception, malice, and treachery perpetrated by the Defendants has caused significant harm to the American people, and to the Plaintiff, Donald J. Trump, and they must be held accountable for their heinous acts.

## **Jurisdiction and Venue**

10. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that claims which arise under the laws of the United States, and this court has supplemental jurisdiction of the additional claims pursuant to 28 U.S.C. § 1367(a) as they all are so related to the federal questions that they form part of the same case or controversy.

11. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2) because at least one Defendant and the Plaintiff reside in this District and a substantial part of the events or omissions giving rise to the Plaintiffs' claims occurred in this District. In this regard, the publications of injurious falsehoods were intended to occur in the Southern District of Florida, and they did occur in the Southern District of Florida.

## **The Parties**

12. The Plaintiff, Donald J. Trump, the 45th President of the United States of America, is a private citizen who is *sui juris* and he resides in the State of Florida in the Southern District of Florida.

13. The Defendant, Hillary R. Clinton (hereinafter "Clinton"), is a resident of the State of New York and is *sui juris*. She was the Democratic nominee for the 2016 Presidential Election. Clinton's acts and omissions as identified in this lawsuit arise out of or relate to her conduct in

and/or affecting, among other jurisdictions, Florida.

14. The Defendant, HFACC, Inc. (hereinafter the "Clinton Campaign"), is a corporation with its principal place of business in New York and doing business all over the United States, including in the Southern District of Florida. The Clinton Campaign's acts and omissions, as identified in this lawsuit, arise out of or relate to its conduct in and/or affecting, among other jurisdictions, Florida.

15. The Defendant, the Democratic National Committee is a national committee, as defined by 52 U.S.C. § 30101, with its principal place of business in Washington, D.C. The Democratic National Committee is registered with the FEC as the DNC Services Corp./Dem. Services Corp, and it operates through the Defendant, the DNC Services Corporation. In turn, the DNC Services Corporation is a District of Columbia not-for-profit corporation, with its principal place of business in Washington, D.C. The Democratic National Committee undertakes most of its business and financial activities through the DNC Services Corporation (hereinafter, the Democratic National Committee and the DNC Services Corporation are collectively referred to as the "DNC"). The DNC operates and conducts substantial and continuous business in the State of Florida. The DNC's acts and omissions, as identified in this lawsuit, arise out of or relate to its conduct in and/or affecting, among other jurisdictions, Florida.

16. The Defendant, Perkins Coie, LLP (hereinafter "Perkins Coie"), is an international law firm with its headquarters in Seattle, Washington. Perkins Coie has a registered agent in Tallahassee, Florida, and does substantial, continuous business in Florida generally and in the Southern District of Florida specifically. Perkins Coie's acts and omissions, as identified in this lawsuit, arise out of or relate to its conduct in and/or affecting, among other jurisdictions, Florida.

17. The Defendant, Michael Sussmann (hereinafter "Sussmann"), is a resident of

United States, and is *sui juris.* He is an attorney and a former agent and/or employee of Perkins Coie and, at all relevant times herein, was acting within the scope of his employment with Perkins Coie. Sussmann's acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting, among other jurisdictions, Florida.

18. The Defendant, Debbie Wasserman Schultz (hereinafter "Schultz") is a resident of the State of Florida and is *sui juris.* She served as Chairperson of the DNC from May 2011 until the date of her resignation on July 28, 2016. Schultz's acts and omissions as identified in this lawsuit arise out of or relate to her conduct in and/or affecting, among other jurisdictions, Florida.

19. The Defendant, Charles Halliday Dolan, Jr. (hereinafter "Dolan"), is a resident of the United States, and is *sui juris*. With respect to the 2016 Clinton Campaign, Dolan actively campaigned and participated in calls and events as a volunteer on behalf of Hillary Clinton. Dolan's acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting, among other jurisdictions, Florida.

20. The Defendant, Jake Sullivan (hereinafter "Sullivan"), is a resident of the United States, and is *sui juris*. He was Chief Foreign Policy Advisory for the 2016 Clinton Campaign and, at all relevant times herein, was acting within the scope of his employment with the Clinton Campaign. Currently, Sullivan is serving as National Security Advisor for the Biden Administration. Sullivan's acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting, among other jurisdictions, Florida.

21. The Defendant, John Podesta (hereinafter "Podesta"), is a resident of the United States, and is *sui juris*. He was Chairman for the 2016 Clinton Campaign and, at all relevant times herein, was acting within the scope of his employment with the Clinton Campaign. Podesta's acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting,

among other jurisdictions, Florida.

22. The Defendant, Robert E. Mook (hereinafter "Mook"), is a resident of the United States and served as the campaign manager for the 2016 Clinton Campaign. At all relevant times herein, was acting within the scope of his employment with the Clinton Campaign. Mook's acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting among other jurisdictions, Florida.

23. The Defendant, Phillipe Reines (hereinafter "Reines"), is a resident of the United States, and is *sui juris*. He served as a long-time former communications advisor to Hillary Clinton and, at all relevant times herein, was acting within the scope of his employment with the Clinton Campaign. Reines' acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting among other jurisdictions, Florida.

24. The Defendant, Marc Elias (hereinafter "Elias"), is a resident of Washington D.C. and is *sui juris*. He is an attorney and a former employee and/or agent of Perkins Coie, the DNC and the Clinton Campaign and, at all relevant times herein, was acting within the scope of his employment and/or agency of Perkins Coie. Elias's acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting, among other jurisdictions, Florida.

25. The Defendant, Fusion GPS, is a Delaware limited liability company which represents that it provides research, strategic intelligence, and due diligence services to corporations, law firms, and investors worldwide, and is headquartered in Washington D.C. Fusion GPS's acts and omissions, as identified in this lawsuit, arise out of or relate to its conduct in and/or affecting, among other jurisdictions, Florida.

26. The Defendant, Glenn Simpson (hereinafter "Simpson"), is a principal and co-founder of Fusion GPS, is a resident of the United States, and is *sui juris*. Simpson's acts and

omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting, among other jurisdictions, Florida.

27. The Defendant, Peter Fritsch (hereinafter "Fritsch"), is a principal and co-founder of Fusion GPS, is a resident of Florida, and is *sui juris.* Fritsch's acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting, among other jurisdictions, Florida.

28. The Defendant, Nellie Ohr (hereinafter "Mrs. Ohr"), is a resident of the United States, and is *sui juris.* At all relevant times, she was an employee of Fusion GPS and was acting within the scope of her employment with Fusion GPS. Mrs. Ohr's acts and omissions as identified in this lawsuit arise out of or relate to her conduct in and/or affecting, among other jurisdictions, Florida.

29. The Defendant, Bruce Ohr (hereinafter "Mr. Ohr"), is a resident of the United States, and is *sui juris.* At all relevant times, Bruce Ohr was a United States Department of Justice official. Mr. Ohr's acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting, among other jurisdictions, Florida.

30. The Defendant, Orbis Business Intelligence Ltd. (hereinafter "Orbis Ltd."), is a London, England-based intelligence consultancy firm. Orbis Ltd.'s acts and omissions, as identified in this lawsuit, arise out of or relate to its conduct in and/or affecting, among other jurisdictions, Florida.

31. The Defendant, Christopher Steele (hereinafter "Steele"), is a principal and founder of Orbis Ltd., a resident of the United Kingdom, and is *sui juris.* Steele's acts and omissions as identified in this lawsuit were all done in the scope of his employment with Orbis, Ltd., and arise out of or relate to his conduct in and/or affecting, among other jurisdictions, Florida.

32. The Defendant, Igor Danchenko (hereinafter "Danchenko"), at all times relevant to this Complaint, was a citizen of the Russian Federation and was lawfully in the United States. Danchenko resided in Washington, D.C. and Virginia and is *sui juris.* At all relevant times, Danchenko was a contractor for Orbis Ltd. and was acting within the scope of his agency with Orbis Ltd. Danchenko's acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting, among other jurisdictions, Florida.

33. The Defendant, Neustar, Inc. (hereinafter "Neustar"), is an information technology company with its headquarters in Sterling, Virginia. Neustar's acts and omissions, as identified in this lawsuit, arise out of or relate to its conduct in and/or affecting, among other jurisdictions, Florida.

34. The Defendant, Rodney Joffe (hereinafter "Joffe"), is a resident of the United States, and is *sui juris.* Joffe is a former executive of Neustar and, at all relevant times herein, was acting within the scope of his employment with Neustar. Joffe's acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting, among other jurisdictions, Florida.

35. The Defendant, James Comey (hereinafter "Comey"), is a resident of the United States, and is *sui juris.* Comey was the 7th Director of the Federal Bureau of Investigation from 2013 to May 2017. Comey's acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting, among other jurisdictions, Florida.

36. The Defendant, Peter Strzok (hereinafter "Strzok"), is a resident of the United States, and is *sui juris.* At all relevant times, Strzok was an agent of the Federal Bureau of Investigation. Strzok's acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting, among other jurisdictions, Florida .

37. The Defendant, Lisa Page (hereinafter "Mrs. Page"), is a resident of the United States, and is *sui juris*. At all relevant times Mrs. Page was an attorney for the Federal Bureau of Investigation. Mrs. Page's acts and omissions as identified in this lawsuit arise out of or relate to her conduct in and/or affecting, among other jurisdictions, Florida .

38. The Defendant, Kevin Clinesmith (hereinafter "Clinesmith"), is a resident of the United States, and is *sui juris*. At all relevant times, Clinesmith was an attorney for the Federal Bureau of Investigation. Clinesmith's acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting, among other jurisdictions, Florida .

39. The Defendant, Andrew McCabe (hereinafter, "McCabe"), is a resident of the United States, and is *sui juris*. McCabe was the Deputy Director of the Federal Bureau of Investigation from 2016 to March of 2018. McCabe's acts and omissions as identified in this lawsuit arise out of or relate to his conduct in and/or affecting, among other jurisdictions, Florida

40. The Defendants, John Does 1 through 10, are individuals whose identities are presently unknown to the Plaintiff, including, but not limited to, journalists, publishers, editors, investigators, state or federal officials, co-conspirators, officers, employees, agents, managers, owners, principals and/or other duly authorized individuals who caused or contributed to the incident or incidents for which the Plaintiff seeks damages, and/or are vicariously and/or otherwise liable for the acts, commissions, or other culpable conduct of those who did cause or contribute to the incidents alleged.

41. The Defendants, ABC Corporations 1 through 10, are corporate entities presently unidentifiable to the Plaintiff, including, but not limited to, media companies, publication companies, editorial companies, municipalities, state or federal agencies, law enforcement authorities, investigative agencies, political organizations, political affiliates, private firms and/or

other duly authorized corporate or governmental entities who caused or contributed to the incident or incidents for which the Plaintiff seeks damages, and/or are vicariously and/or otherwise liable for the acts, commissions, or other culpable conduct of those who did cause or contribute to the incidents alleged.

## Statement of Facts

### The DNC and the Clinton Campaign Become One

42. On April 12, 2015, Clinton declared her candidacy for President of the United States. Clinton sought the nomination of the Democratic Party.

43. Shortly thereafter, in April 2015, the Clinton Campaign retained Perkins Coie, a law firm with longstanding ties to the Democratic Party, as its general counsel.[5]

44. It was clear from the early days of the Democratic primaries that the DNC—which according to its own rules, is required to "maintain impartiality and evenhandedness" during the Democratic Primary nominating process—was backing Clinton and favored her as the preferred Democratic nominee.[6]

45. For example, in a confidential, inter-office DNC memorandum dated May 26, 2015 (the "DNC Memo"), which only came to light after the DNC servers were hacked by an individual using the name "Guccifer 2.0," it was noted that the DNC sought to "provide a contrast between the GOP field and HRC" and that it would "[u]se specific hits to muddy the waters around ethics, transparency and campaign finance attacks on HRC."[7]

46. Notably, the DNC Memo also stated that, in order to "muddy the waters" around

---

[5] Indictment at ¶ 10.

[6] DNC Charter and Bylaws, Art. 5 § 4.

[7] Complaint, Ex. A (ECF Doc. No. 8), *Wilding v. DNC Services Corp., et al.*, case no. 0:16-cv-61511-WJZ, Southern District of Florida (July 13, 2016).

Clinton's perceived vulnerabilities as a candidate, the DNC had outlined a plan to "damage Republican presidential candidates' credibility with voters by looking for targeted opportunities to undermine their specific messaging." The DNC Memo also discussed "opposition research" and a strategy to "utilize the research to place highly targeted hits" against Republican candidates.[8]

47. Around that same time, as later disclosed through a WikiLeaks release of confidential DNC documents, Schultz, the head of the DNC, stated in an e-mail that Clinton's Democratic competitor, Bernie Sanders, "isn't going to be president."

48. Furthermore, Donna Brazile, then vice-chair of the DNC, said in criticism of Schultz: "She hadn't been very interested in controlling the party – she let Clinton's headquarters in Brooklyn do as it desired so she didn't have to inform the party officers how bad the situation was."

49. In or around mid-2015, in an effort to foster greater coordination and cohesion with Clinton and the Clinton Campaign, the DNC retained the same law firm, Perkins Coie, to serve as its general counsel.

50. Two of Perkins Coie's senior partners, Elias and Sussmann, were largely responsible for handling the firm's representation of the DNC and the Clinton Campaign in their legal, political, and other affairs. Elias, in particular, was designated as "General Counsel" for both the DNC and the Clinton Campaign.

51. In or around August 2015, Elias and Sussmann negotiated a Joint Fund-Raising Agreement between their two clients, the DNC and the Clinton Campaign.

52. The Joint Fund-Raising Agreement was nothing more than a thinly veiled effort to align the interests and operations of the DNC and the Clinton Campaign by giving the Clinton

---

[8] *Id.*

Campaign control over the DNC, an organization that was supposed to remain impartial.

53. Specifically, the Joint Fund-Raising Agreement—which was entered into months before Clinton won the Democratic nomination—specified that, in exchange for raising money and investing in the DNC, the Clinton Campaign would control the DNC's finances, strategy, and all the money raised. Her campaign had the right of refusal on who would be the party communications director, and it would make final decisions on all the other staff. The DNC also was required to consult with the campaign about all other staffing, budgeting, data, analytics, and mailings.[9]

54. Given the intimate ties between the DNC and the Clinton Campaign, and the amount of control that Clinton exerted over both, it was clear that the organizations' interests were aligned and they shared a common purpose: get Clinton elected President by any means necessary.

**The Clinton Campaign and DNC Conspire With Their Attorneys, Perkins Coie, to Frame Republican Candidate Donald J. Trump**

55. On June 16, 2015, Donald J. Trump announced his candidacy for President and sought the Republican nomination.

56. Seeking to thwart Trump's campaign and to diminish the likelihood of him winning the election, the Clinton Campaign and the DNC devised a nefarious scheme to discredit, delegitimize and defame him by proliferating a false narrative that Donald J. Trump and his campaign were actively colluding with Russia to interfere in the 2016 Presidential Election.

57. This plot was conceived and funded by Clinton, the Clinton Campaign, and DNC and would require the participation, cooperation and assistance of many individuals and entities acting in concert with one another to willfully carry out numerous tortious and criminal acts. The

[9] Donna Brazile, *Hacks: The Inside Story of the Break-ins and Breakdowns that Put Donald Trump in the White House*, November 7, 2017.

Defendants had a meeting of minds and a common objective: to irreparably harm Trump's ability to get elected and to end his political career.

58. To start, the Clinton Campaign and the DNC enlisted the assistance of their joint attorneys, Perkins Coie.

59. The Clinton Campaign and the DNC chose Perkins Coie to oversee and coordinate their plan for a specific purpose – they anticipated that conspiring with their legal counsel would help conceal their dealings under the shroud of attorney-client privilege. However, attorney-client privilege is wholly inapplicable to the pertinent discussions between these parties – not only were the communications between the DNC/Clinton Campaign and Perkins Coie non-legal in nature, they were also in furtherance of criminal and fraudulent wrongdoing.

60. Specifically, the Clinton Campaign and the DNC directed Perkins Coie to coordinate a two-pronged plan to publicly and falsely denigrate Donald J. Trump, with Elias and Sussmann each leading parallel operations to wrongly implicate him as colluding with Russia.

61. On one front, Elias would work with Fusion GPS and a host of others to develop a dossier, based on lies and misinformation purporting to show an incriminating link between Trump and Russia, which would be used to mislead law enforcement officials and ignite a media frenzy.

62. On a separate front, Sussmann would commission the information technology company, Neustar, to brazenly hack servers from highly-sensitive locations—including Donald J. Trump's private residence, Trump Tower, and, most shockingly, the White House—to uncover proprietary data that could then be manipulated to give the impression that Trump was engaged in illegitimate business with a Russian bank, Alfa Bank.

**Elias Recruits Fusion GPS and Others to Manufacture a Falsified Set of Reports Known as the Steele Dossier**

63. To effectuate the first phase of the Defendants' conspiracy—involving the creation of an incriminating dossier—the DNC and the Clinton Campaign would require the services of an investigative firm to dredge up derogatory 'opposition research' on Donald J. Trump and, to the extent there was none, to manufacture it.

64. At all relevant times, Fusion GPS was a private investigative firm specializing in politics. It was founded in 2011 by former *Wall Street Journal* employees Glenn Simpson and Peter Fritsch.[10]

65. On March 1, 2016, Fritsch sent an e-mail to a "senior figure in the Democratic Party" and conveyed his belief that Trump "had to be stopped." The Democratic contact responded by stating "Yes. Let's talk."[11]

66. The "senior figure in the Democratic Party" arranged for Fritsch and Simpson to meet with Elias. The meeting took place on April 20, 2016, in Washington D.C.[12]

67. In or around April 2016, on behalf of and at the direction of the Clinton Campaign and the DNC, Elias and Perkins Coie retained Fusion GPS.

68. In particular, Fusion GPS was hired to perform 'opposition research' for the Clinton Campaign and the DNC.

69. The Clinton Campaign and the DNC were well aware that Fusion GPS had a well-documented history of employing a 'scorched earth' strategy wherein the company would produce

---

[10] See generally Glenn Simpson and Peter Fritsch, *Crime in Progress: Inside the Steele Dossier and the Fusion GPS Investigation of Donald Trump* (hereinafter "*Crime in Progress*").

[11] Glenn Simpson and Peter Fritsch, *Crime in Progress: Inside the Steele Dossier and the Fusion GPS Investigation of Donald Trump* ("*Crime in Progress*"), p. 55.

[12] *Id.* at 56.

false and/or misleading dossiers to be spread through the media to damage his opportunity to win an election.

70. The Clinton Campaign, the DNC, Perkins Coie and Fusion GPS each understood that Fusion GPS's true task was to prepare a fraudulent "dossier" that could be used to falsely implicate Donald J. Trump to derail his campaign, ruining his opportunity to be elected and if elected to then interfere with his ability to properly serve as President of the United States by inducing criminal investigations of Donald J. Trump.

71. The Clinton Campaign and the DNC funneled funds through Perkins Coie to finance Fusion GPS's research. Fusion GPS would then report to the Perkins Coie attorney, Elias, the results of its "investigation."[13]

72. In fact, Simpson and Fritsch reported *only* to Elias and did "not have any contact with the campaign brass." [14]

73. As Fritsch and Simpson recounted in their book, the relationship was set up that way for a specific reason; per Elias, Fusion GPS was walled-off from the Clinton Campaign and the DNC for "legal reasons: If Fusion's communications were with a lawyer, they could be considered privileged and kept confidential."[15]

74. At or around that time, Nellie Ohr was an employee of Fusion GPS, where her role was to conduct extensive opposition research on Donald J. Trump's family members and campaign aides.

75. Mrs. Ohr's husband, Bruce Ohr, was an Associate Deputy Attorney General with the DOJ. Mrs. Ohr had also been previously employed with the DOJ.

---

[13] *Id.* at 57.

[14] *Id.*

[15] *Id.*

76. The Clinton Campaign, the DNC, Perkins Coie, and Fusion GPS knew that this close relationship with a high-ranking DOJ official would be of great value in effectuating their plot – they understood that Mr. Ohr would be instrumental in lending credibility to the Steele Dossier by having Mr. Ohr serve as a seemingly trustworthy intermediary to disseminate it through government channels such as the FBI and the DOJ.

77. To develop the dossier, the Clinton Campaign, the DNC, Perkins Coie and Fusion GPS turned to Orbis Ltd., a private intelligence firm, and its owner, Christopher Steele, a former British intelligence officer.

78. Orbis Ltd. was chosen to partake in the scheme based on the ties between one of its analysts, Danchenko, and an individual with intimate ties to the Clinton Campaign and one its close associates, Dolan.

a. Danchenko, a Russian citizen, had been working as a contractor/analyst with Orbis Ltd. Since 2011, focusing primarily on Russian and Eurasian geo-political matters.[16]

b. Dolan, then an employee of public relations firm, Kglobal, was a longtime participant in Democratic politics, having previously served as chairman of the DNC, state chairman of former President Bill Clinton's 1992 and 1996 presidential campaigns, adviser to Clinton's 2008 presidential campaign, and having been appointed by Clinton to two four-year terms on an advisory commission at the U.S. State Department. With respect to the 2016 Clinton campaign, Dolan actively campaigned and participated in calls and events as a volunteer on behalf of the Clinton Campaign.[17]

---

[16] Danchenko Indictment ¶ 16.

[17] *Id.* ¶ 19.

79. In late April 2016, Danchenko began having discussions with Dolan about a potential business collaboration between Orbis Ltd. and Kglobal to create a “dossier” to smear Donald J. Trump and to disseminate the false accusations to the media. Those discussions reflected that Danchenko and Dolan had exchanged information regarding each other’s backgrounds and professional activities, including Danchenko’s work for Orbis Ltd, and Steele:[18]

c. On or about April 29, 2016, Danchenko sent an email to Dolan indicating that Danchenko had passed a letter to Steele on behalf of Dolan and intended to set up a meeting between the two.[19]

d. That same day, Danchenko sent an email to Dolan outlining certain work that Danchenko was conducting with Orbis Ltd. The email attached an Orbis Ltd. Report titled “Intelligence Briefing Note, ‘Kompromat’ and ‘Nadzor’ in the Russian Banking Sector.”[20]

e. On or about June 10, 2016, Dolan sent an email to a U.S.-based acquaintance which reflected that Dolan and Danchenko had become colleagues and were exchanging information. In describing Danchenko, Dolan stated: “He is too young for KGB. But I think he worked for FSB.[21] Since he told me he spent two years in Iran. And when I first met him he knew more about me than I did. [winking emoticon].”

80. In or about June 2016, Fusion GPS officially retained Orbis Ltd. and Steele to find “links between Russia and the then Republican candidate. . . Donald J. Trump.” When no such

[18] *Id.* ¶ 23.

[19] Danchenko Indictment ¶ 24.

[20] *Id.* ¶ 25.

[21] The Federal Security Service of the Russian Federation, commonly referred to as the "FSB," is the principal security agency of Russia and the principal successor agency to the KGB.

evidence was found, the directive shifted to manipulating the truth and developing a false narrative that Donald J. Trump was colluding with Russia.[22]

a. In taking on this assignment, Steele was aware that "Democratic Party associates" were paying for his and Fusion GPS's "research," and that "the ultimate client" was "the leadership of the Clinton presidential campaign."[23]

b. Critically, Steele has testified that "the candidate"—Hillary Clinton—was "aware of [his] reporting."[24]

c. Furthermore, Steele shared the common goal of the Defendants' overarching conspiracy: he "was desperate that Donald Trump not get elected" and he "was passionate about [Donald J. Trump] not being president."[25]

81. Soon thereafter—at the direction of Clinton, the Clinton Campaign, the DNC, Perkins Coie, and Fusion GPS—Orbis Ltd. and Steele, with the assistance of Mook, Nellie Ohr, Danchenko Dolan, and others, began preparing approximately seventeen anti-Trump memoranda known collectively as the "Steele Dossier" or simply the "Dossier."

82. Just after the Dossier was published, Podesta met Simpson to compare notes on Russia meddling in the election.[26]

83. Robby Mook, manager of the Clinton Campaign, has denied having knowledge of who funded the Dossier. However, Elias testified he sent the bills from Fusion GPS to Mook.[27]

---

[22] *Id.*

[23] IG Report at 96; *see also* Tr. of Christopher Steele Deposition at 162-163 (Mar. 18, 2020), *Aven v. Orbis* (2020) EWHC 1812 (QB) ("Q: . . . in early July . . . who did you think the ultimate client was? A: I thought it was the campaign . . . Q: You knew it was the leadership of the Clinton presidential campaign, didn't you? A: I believed it was the campaign, yes. Q: The leadership of the Clinton campaign? A: Fine, the leadership of the campaign.")

[24] FBI Notes at 96; *see also* Tr. of Steele Dep. at 163 (emphasis added).

[25] Bruce Ohr Transcribed Interview 124, Aug. 28, 2918.

[26] https://www.shiftfrequency.com/podesta-illegal-spying-on-trump/

[27] https://townhall.com/tipsheet/mattvespa/2020/05/12/did-hillary-clintons-campaign-manager-know-about-trump- dossier-dem-lawyer-says-he-sent-receipts-n2568625

84. The Dossier was intended to not only harm Trump's candidacy, but more importantly, it was fabricated to induce the FBI to commence an investigation into alleged ties between Russia and Donald J. Trump, the Trump Campaign, and the Trump Organization.

85. In drafting the Dossier, Steele purported to rely upon numerous sources who contributed information and prevarications to him.

86. Several of the alleged sources named in the Dossier have refuted, under oath, that they provided any of the purported information contained in the Dossier to Steele:

d. Olga Galkina, a Russian citizen who was referenced as "sub-source 3" in the Dossier, stated that she was never a source or sub-source to Steele, and, in fact, never even met him.[28]

e. Alexey Dundich, a Russian citizen who was referenced as "sub-source 4" in the Dossier, stated that he never was a source of information, and never even met Steele.[29]

f. Petr Avan, a Russian citizen who was referenced in the Dossier, denies the allegations contained in the Dossier and states that its contents are false.[30]

87. The primary source for the information provided in the Dossier was Steele's analyst, Danchenko.

88. From May 2016 through December 2016, Danchenko assembled and provided to Steele purported information that Steele would, in turn, rely upon to draft the Dossier.

89. During that same time, Danchenko had numerous meetings, communications and

---

[28] Declaration of Olga Aleksandrovna Galkina dated June 8, 2021 (ECF Doc. No. 153-8), *Fridman, et al. v. Bean LLC a/k/a Fusion GPS, et al.*, case no. 17-2041-RJL, District of Columbia (June 21, 2021).

[29] Declaration of Alexey Sergeyevich Dundich dated May 13, 2021 (ECF Doc. No. 153-4), *Fridman, et al. v. Bean LLC a/k/a Fusion GPS, et al.*, case no. 17-2041-RJL, District of Columbia (June 21, 2021).

[30] Witness Statement of Petr Aven dated October 2, 2020, *Aven v. Orbis* (2020) EWHC 1812 (QB).

interactions with Dolan.

90. Certain information contained in the Dossier, which Danchenko provided to Steele, mirrors and/or reflects information that Dolan had conveyed to Danchenko.

91. For example, an allegation contained in Report 80 of the Dossier, claiming that Donald J. Trump had previously engaged in "salacious sexual activity" in the Presidential Suite at a Moscow hotel, was derived from Dolan:

g. Dolan had stayed at the Moscow hotel in June 2016, and, during that trip, he participated in, among other things: 1) a meeting with the general manager of the Moscow hotel and a female hotel staff member, (2) a lunch with a Staff Member and other members of the Moscow hotel staff and (3) a tour of the Moscow hotel, including the Presidential Suite.

h. Thereafter, Dolan told Danchenko that he learned from a hotel staffer that Trump had stayed in the Presidential Suite and engaged in "salacious sexual activity."

i. References to the Moscow hotel, the Presidential Suite, and a hotel manager and other staff would all later appear in the Dossier, which included absurd allegations that Trump participated in "sexual or salacious activity."

j. Dolan ultimately admitted that no one at the hotel mentioned anything to him about Trump's supposed "sexual or salacious" activity.

92. Another allegation, contained in Report 111 of the Dossier, claiming that the Russian government withdrew a Russian from his job at the Russian Embassy in Washington, D.C. due to fears relating to the diplomat's purported role in meddling in the U.S. Presidential Election, had clearly originated from Dolan:

> [S]peaking separately to [a] compatriot, a senior Russian [Ministry of Foreign Affairs] official reported that as a prophylactic measure,

> a leading Russia diplomat, [Russian Diplomat-1), had been withdrawn from Washington on short notice because Moscow feared his heavy involvement in the US presidential election operation, including the so-called veterans' pensions ruse (reported previously), would be exposed in the media there. His replacement, [Russian Diplomat-2] however was clean in this regard.

93. This allegation bore substantial similarities to information that Dolan received during the 2016 time period.

94. Moreover, Dolan was undoubtedly a source for an allegation in the Dossier regarding Paul Manafort's departure from the Trump Campaign:

> S/he said it was true that the Ukraine corruption revelations had played a part in this, but also, several senior players close to TRUMP had wanted [Paul Manafort] out, primarily to loosen his control on strategy and policy formulation. Of particular importance in this regard was Paul Manafort's] predecessor as campaign manager, [Campaign Staff Member-1-], who hated [Paul Manafort] personally and remained close to TRUMP with whom he discussed the presidential campaign on a regular basis.

95. The above allegation contained information that Dolan provided to Danchenko is in response to a specific request. In particular, on August 19. 2016, Danchenko emailed Dolan to inquire as to any “thought, rumor, or allegation” about Paul Manafort.

96. Thereinafter, on August 20, 2016. Dolan emailed Danchenko the following:

> I had a drink with a GOP friend of mine who knows some of the players and got some of what is in this article, which provides even more detail. She also told me that [Campaign Staff Member-1], who hates [Paul Manafort] and still speaks to Trump regularly played a role. He is said to be doing a happy dance over it.

97. Later that same day, Danchenko replied to Dolan, expressing his appreciation for the information, adding that their “goals clearly coincided” with respect to gathering derogatory information about Trump.

98. Moreover, an allegation contained in an undated Dossier report described a "well-

developed conspiracy of cooperation" between Donald J. Trump, the Trump Campaign, and senior Russian officials, claiming:

> Speaking in confidence to a compatriot in late July 2016, [Source E], an ethnic Russian close associate of Republican US presidential candidate Donald Trump, admitted that there was a well-developed conspiracy of co-operation between them and the Russian leadership. This was managed on the Trump side by the Republican candidate's Campaign manager, [Paul Manafort], who was using foreign policy advisor, [Carter Page], and others as intermediaries. The two sides had a mutual interest in defeating Democratic presidential candidate Hillary Clinton, whom President PUTIN apparently both hated and feared.

99. This allegation would ultimately be offered in support of four FISA applications targeting former Trump Campaign associate Carter Page.

100. An additional allegation contained in the Dossier indicated that Russian diplomatic staff in Washington, D.C., New York, and Miami were paying U.S.-based cyber actors to conduct operations against the Democratic Party and Clinton.

**Sussmann Recruits Neustar to Lead a Cyberattack Against the Trump Campaign**

101. While Elias was conspiring with Fusion GPS, Orbis, Steele and others to create the Dossier, Sussmann—at the direction of the Clinton Campaign and the DNC—was heading another aspect of the Defendants' conspiracy: a plot to exploit sensitive data sources and falsify evidence to manufacture ties between Donald J. Trump and a Russian bank.

102. To put this plan in motion, the Clinton Campaign, DNC, and Perkins Coie required the assistance of a technology company with the expertise and access to sensitive non-public data which could be exploited for their nefarious purposes.

103. At all relevant times, Neustar was an information technology company founded in 1998, which offers various internet-related information, data and analytics services, including

Domain Name System ("DNS") resolution services, to its customers.[31]

104. Far from apolitical, Neustar and its employees have long been aligned with the Democratic Party. In 2016 alone, 100% of congressional campaign donations from Neustar employees went to Democrats.

105. At all relevant times, Joffe was an executive of Neustar and had an ownership interest in at least two additional technology companies, Dissect Cyber Inc. ("Dissect Cyber") and Zetalytics LLC ("Zetalytics").[32]

106. Joffe was in communication with high-ranking officials of the Clinton Campaign and/or the DNC in the lead-up to the 2016 Presidential Election.

107. During that time, Joffe was "tentatively offered the top [cybersecurity] job by the Democrats" in the event Clinton won the presidency. He stated that he "definitely would not take the job under Trump."[33]

108. Perkins Coie and Sussmann, in particular, frequently served as outside counsel for Neustar; in this regard, Neustar was a significant source of revenue for Perkins Coie.[34]

109. In or around July 2016, Perkins Coie and Sussmann, acting on behalf of the Clinton Campaign and the DNC, tasked Neustar, under the direction of its executive, Joffe, to exploit its information gathering services and their access to non-public data to dredge up any information, data or records that could show any wrongdoing by Donald J. Trump, the Trump Campaign or the Trump Organization.

110. Thereafter, Neustar, led by Joffe, initiated a search for proof of a secret "back

---

[31] Sussmann Indictment ¶ 12.

[32] *Id.; see also* Charlie Savage and Adam Goldman, *Trump Server Myster Produces Fresh Conflict*, The New York Times, September 30, 2021, https://www.nytimes.com/2021/10/01/us/politics/trump-alfa-bank-indictment.html.

[33] *Id.* ¶ 15.

[34] Sussmann Indictment ¶ 14.

channel" between Donald J. Trump or the Trump Organization and Alfa Bank; when it became clear that no such back channel existed, Neustar and Joffe shifted their focus to fabricating evidence to invent proof of the supposed "back channel."

111. On or about August 20, 2016, Joffe and his researchers manipulated a sales form on two different websites, faking the other's email address to make them "appear to communicate with each other. . ."

112. Joffe believed that this fake "inference" was believable enough that "Hillary's opposition research and whatever professional gov[ernments] and investigative journalists are also digging [would] come up with the same things[.]"

113. On or about the same date, Joffe clarified in an email that the "task" he had been "given" by Perkins Coie, the Clinton Campaign, and the DNC was "indeed broad" and further stated, in part:

> Being able to provide evidence of *anything* that shows an attempt to behave badly in relation to this, the VIPs would be happy. They're looking for a true story that could be used as the basis for closer examination.

114. On or about August 21, 2016, Joffe emailed his team of researchers, urging them to push forward with their anti-Trump research, which he claimed would "give the base of a very useful narrative."

115. In that same e-mail, Joffe admitted that the connection between Trump and Alfa Bank was merely a "red herring" with no factual basis that should be "ignored."

116. Despite this knowledge, Sussmann and Joffe began to draft, review, and revise a "White Paper" summarizing the allegations—which they knew to be false—of a tie between Donald J. Trump and Alfa Bank.

117. All the time Sussmann spent drafting his 'white papers,' as with all his time spent

working with Neustar, Fusion GPS, and all of his acts in furtherance of the Defendants' conspiracy, were billed to the Clinton Campaign.

118. On or about August 27, 2016, Joffe sent the white paper, on which Sussmann had been working, to his team with the following comment:

> Please read as if you had no prior knowledge or involvement, and you were handed this document as a security expert (NOT a DNS expert) and were asked: Is this plausible as an explanation?' NOT to be able to say that this is, without doubt, fact, but to merely be plausible. Do NOT spend more than a short while on this (If you spend more than an hour you have failed the assignment). Hopefully less. :)

119. On or about the same date, one of Joffe's researchers replied, stating that the white paper achieved Joffe's objective, but noting that the paper "smartly" avoided discussing weaknesses or "holes" in the paper's hypothesis.

120. On or about September 15, 2016, one of the recipients of the question responded to Joffe, stating, in part, that the "paper's conclusion was plausible" in the "narrow scope" defined by Joffe.

121. On or about September 16, 2016, one of Joffe's team confirmed that Sussmann would convey the false information to the FBI regarding the supposed connection between Donald J. Trump and Alfa Bank, with the plan to deceive.

122. In addition, in furtherance of his efforts with Sussmann and Elias to disseminate false allegations regarding Trump, Joffe also exploited his access—which he had through multiple companies, including Neustar, Dissect Cyber, and Zetalytics—to unlawfully search, gather and mine internet data, including non-public and proprietary data, to obtain derogatory information on

Donald J. Trump.[35]

a. The purpose of obtaining such data was to create an "inference" and "narrative" regarding Trump's purported ties to Russia.[36]

b. Those actions were directed by and/or done at the behest of certain "VIPs" of the Clinton Campaign and Perkins Coie.[37]

c. Those "VIPs" include Clinton, Sullivan, Elias and/or Sussmann.

123. Among other things, Neustar, Joffe and their associates—at the direction of Clinton, the Clinton Campaign and the DNC — exploited access to non-public and proprietary internet data, including without limitation, domain name system (DNS) internet traffic, of: (i) a healthcare provider; (ii) Trump Tower; (iii) Donald Trump's private apartment in Central Park West, and (iv) the Executive Office of the President of the United States (EOP).[38]

k. In doing so, Joffe and Neustar intentionally accessed, without authorization or in excess of any authorization, the computers, servers, and/or other sensitive data sources at the above-stated facilities.

l. Furthermore, Joffe and Neustar stole trade secrets, in the form of proprietary, sensitive and confidential data, information, and knowledge, from the above-stated facilities.

124. With regard to the EOP, Joffe and Neustar had come to access and maintain dedicated servers for the EOP as part of a highly sensitive arrangement whereby Neustar provided DNS resolution services to the EOP.[39]

---

[35] Sussmann Indictment ¶¶ 21-23; *see also* Motion to Inquire into Potential Conflicts of Interest ¶ 4 (ECF Doc. No. 35), *United States v. Sussmann*, case no. 1:21-cr-00582-CRC, District of Columbia (Feb. 11, 2022) (hereinafter "Sussmann Conflict Motion").

[36] Sussmann Indictment ¶ 23.

[37] *Id.* ¶ 22-23; *see also* Sussmann Conflict Motion ¶¶ 4-5.

[38] *Id.*

[39] *Id.*

125. Joffe and Neustar exploited this arrangement by, among other things, mining the EOP's DNS traffic and other data for the purpose of gathering derogatory information about Donald J. Trump.

126. In addition, Joffe, Neustar, and their associates queried their holdings of non-public internet data against a lengthy list of more than 9,000 IP addresses, 3,000 internet domains, and 60 e-mail addresses and domains that related to Donald J. Trump, the Trump Organization, and numerous Trump associates, in their search for derogatory information.

**As the Presidential Race Takes Form,
The Steele Dossier Is Used To
Mislead Federal Law Enforcement**

127. The Republican National Committee ("RNC") held its presidential nominating convention from July 18 through July 21, 2016, wherein Donald J. Trump was nominated as the Republican Nominee for President of the United States in the 2016 election.

128. On July 26, 2016, Clinton won the nomination of the Democratic Party to be its presidential candidate for the 2016 Presidential Election.

129. That very same day, a briefing from the U.S. intelligence community warned that it had intercepted communications concerning the "alleged approval by Hillary Clinton. . . of a proposal from one of her foreign policy advisors to vilify Donald Trump by stirring up a scandal claiming interference by Russian security services."[40]

130. With the stage set and the election cycle underway, the Defendants put their plan into action.

131. Specifically, the Defendants began feeding false information to federal law

---

[40] Letter from John Ratcliffe, Dir. of Nat'l Intelligence, to Sen. Lindsey Graham, Chairman, S. Comm. on the Judiciary (Sept. 29, 2020),
https://www.judiciary.senate.gov/imo/media/doc/09-29-20_Letter%20to%20Sen.%20

Graham_Declassification%20of%20FBI's%20Crossfire%20Hurricane%20Investigations_20-00912_U_SIGNEDFINAL.pdf.

enforcement authorities, while simultaneously spreading those same lies through the media. All in an effort to cast malicious aspersions on Donald J. Trump, the Trump Campaign, and the Trump Organization

132. The opening salvo occurred in early-to-mid July 2016, when Steele—a paid FBI informant—began sending his dossier memoranda to the FBI, knowing that they contained false information on Donald J. Trump purporting to show compromising ties to Russia.[41]

133. On the morning of July 31, 2016, Steele met with Nellie Ohr and Bruce Ohr, at which time Steele discussed his work on the Steele Dossier. Bruce Ohr was already aware at that time that Steele was "sharing his information with the Clinton campaign."[42]

134. On that same day, the FBI opened a Foreign Agents Registration Act ("FARA") investigation, known as Operation Crossfire Hurricane ("Crossfire Hurricane"), into whether individuals associated with the Trump Campaign were witting of and/or coordinating activities with the Russian government.

135. Among others at the FBI, Crossfire Hurricane was led by FBI Deputy Assistant Director Peter Strzok, FBI Director James Comey, and FBI Deputy Director, Andrew McCabe, with involvement and assistance from, among others, FBI Special Counsel Lisa Page and FBI attorney Kevin Clinesmith.

a. Text messages between Strzok and FBI Special Counsel Lisa Page, who were engaged in an illicit affair during that time, reveal that both of them had an utter disdain for the subject of their investigation, Donald J. Trump, and were determined to ensure that Hillary Clinton won the 2016 presidential election.

b. For example, on August 8, 2016, Page texted Strzok, "[Trump's] not ever going

---

[41] *Id*. at ¶ 2; *see also* IG Report.

[42] S. REP. NO. 116-290, vol. 5, at 909–10.

to become president right? Right?!." Strzoke replied, "No. No he's not. We'll stop it."

c. The text messages also contained reference to an "insurance policy" that was being cultivated by Strzok, Page, McCabe, Comey and others at the FBI, in the event that Trump were to win the election:

d. For instance, on August 15, 2016, Strzok texted Page: I want to believe the path you threw out for consideration in Andy's (Andrew McCabe, Deputy Director of the FBI) office that there's no way Trump gets elected—but I'm afraid we can't take that risk. It's like an insurance policy in the unlikely event you die before you're 40 … "

e. This reference to an "insurance policy" reveals that Strzok and Page intended to ensure that, if Donald. J. Trump did indeed win the presidential election, that he would be quickly removed from office or, at a minimum, unable to effectively govern.

136. By August 16, 2016, the FBI had opened individual cases under the Crossfire Hurricane umbrella as to four United States individuals, Carter Page, George Papadopoulos, Paul Manafort, and Michael Flynn.

137. Three of these individuals, Page, Papadopoulous, and Manafort, were associated with the Trump Campaign.

138. The focus of Crossfire Hurricane quickly became to obtain a FISA warrant, authorizing the spying and electronic surveillance of Carter Page, a foreign policy advisor with the Trump Campaign.

139. To surveil an American citizen, the FISA requires that there be probable cause that

the target is an "agent of a foreign power" who is "knowingly engag[ing]…in clandestine intelligence activities." In short, to legitimately obtain a FISA warrant against Carter Page, the FBI had to demonstrate that he was a Russian agent who was knowingly engaging in intelligence activities on behalf of Russia.

140. In August 2016, Bruce Ohr met with Andrew McCabe and Lisa Page and briefed them on the false accusation contained in the Steele Dossier, particularly those concerning Carter Page.

141. On September 19, 2016, Steele provided reports from the Steele Dossier to the FBI, which contained false information regarding Carter Page and his purported ties to Russia.

142. Thereafter, the FBI applied for four (4) separate FISA warrants as to Carter Page.

143. In doing so, the FBI relied substantially on the Dossier as a means of establishing probable cause that Carter Page was a witting agent of the Russian Federation.

144. Indeed, McCabe would later testify before Congress, behind closed doors, in December 2017, that, if not for the Steele Dossier, no FISA warrant would have been issued.[43]

145. Each of the FISA applications set forth the FBI' s assessment that Carter Page was a knowing agent of Russia and further alleged—in reliance on the Dossier—that Carter Page was part of a "well-coordinated conspiracy of co-operation between the Trump Campaign and the Russian government."

146. The FBI ultimately obtained a total of four court approved FISA applications targeting Carter Page, which authorized intrusive electronic surveillance of him from in or about October 2016 through in or about September 2017.

147. The first application was approved on October 21, 2016 ("FISA #1"), and three

[43] 120919-examination.pdf (justice.gov) at fn. 264.

renewal applications were approved on January 12, 2017 ("FISA # 2), April 7, 2017 ("FISA # 3"), and June 29, 2017 ("FISA # 4").

148. The FISA applications were reviewed by numerous FBI agents, FBI attorneys, and National Security Division (NSD) attorneys and, as required by law, was ultimately certified by then FBI Director James Comey and approved by then Deputy Attorney General Sally Yates.[44]

149. In fact, no probable cause existed and there was no truth to any of the allegations against Carter Page, Donald J. Trump, or the Trump Campaign.

150. Strzok was directly involved in the decision to open Crossfire Hurricane and the four FISA applications. Additionally, "the documentation opening each of the four individual investigations was approved by Strzok."[45]

151. Furthermore, Comey and Sally Yates approved the first renewal application. Comey and then Acting Attorney General Dana Boente approved the second renewal. Acting FBI Director Andrew McCabe and then Deputy Attorney General (DAG) Rod Rosenstein approved the third renewal.[46]

152. McCabe received regular briefings on the progress of Crossfire Hurricane and discussed the investigation with Comey at regular briefings.[47]

153. Clinesmith was assigned to provide legal support to FBI personnel working on Crossfire Hurricane. Clinesmith worked with the National Security Division of the United States Department of Justice to prepare the FISA applications to obtain authority from the United States Foreign Intelligence Surveillance Court.[48]

---

[44] *Id*. (Page 6)

[45] *Id* at 349

[46] *Id*. at *7*

[47] 120919-examination.pdf (justice.gov) (Page 69)

[48] *See generally* Indictment, *United States v. Clinesmith*, case no. 1:20-cr-00165-JEB, District of Columbia (Aug. 14, 2020) (hereinafter, "Clinesmith Indictment").

154. While 'assisting' the FBI, Clinesmith doctored an email with the Central Intelligence Agency. Clinesmith communicated with the CIA regarding whether Carter Page was a source. [49]

155. Clinesmith took the email he received and added the words "not a source" and provided the doctored email to the FBI.[50]

156. Ohr had regular contact with the Crossfire Hurricane team and provided them with information that appeared in the FBI interview Report Form (FD-302).

157. James Comey was the Director of the FBI and his actions in this capacity allowed the false Trump-Russia collusion narrative to continue to thrive.

158. Comey personally signed three FISA applications to spy on Carter Page, with the Dossier serving as part of the basis for the warrant requests.

159. Comey was aware, or should have been aware, that there was no evidentiary basis for the FISA applications and that the Steele Dossier was not a credible source:

a. *The Washington Times* reported that it had obtained a three page highly classified memo from September 2016, in which the CIA informed then FBI Director James Comey, that the Clinton Campaign was planning to blame "collusion" between Trump and the Russian government. The memo shows that Comey was advised by the CIA of what the Clinton campaign had been doing. Comey was advised of the fact that the Clinton campaign was setting up Donald J. Trump, weeks after the FBI had opened the Crossfire Hurricane investigation into alleged collusion. That information was a red flag to the FBI and it was ignored, as Comey was aligned with the Clinton Campaign.

---

[49] *Id.*

[50] *Id.*

b. Comey admitted in December, 2018, during his testimony before the House Judiciary Committee, that prior to signing the FISA application to obtain the warrant to conduct surveillance on Carter Page, that he was aware that the fake Dossier, authored by Steele, was financed by the Clinton Campaign and the DNC, or as he referred to them, "political actors, who opposed Donald J. Trump." Yet, none of that information was disclosed in the FISA applications in October, 2016, or on any of the renewals.

c. Moreover, Comey during his testimony before the House Judiciary Committee disclosed that when he met with Donald J, Trump in January 2017, in Trump Tower, to brief him on the Dossier, that he failed to inform the incoming President, about who financed the document, despite, the fact that Comey was well aware that it was financed by Hillary Clinton via the DNC and the Clinton Campaign through Perkins Coie.

d. Comey intentionally withheld that information from Donald J. Trump, as well as in the FISA applications, themselves. Comey not only withheld that information from Donald J. Trump and the FISA Court, so that the scheme could be hidden, but he also pushed back, on behalf of the FBI, requests from Donald J, Trump to investigate the origins of the "salacious material" i.e.: the Dossier. As such, Comey confirmed that he did not tell Donald J. Trump, during his briefing that the Dossier had been paid for by his political opponents, mainly Hillary Clinton, the Clinton Campaign, and the DNC, via the Perkins Coie law firm.

160. Comey utilized the Steele Dossier as purported evidence to sign FISA documents to conduct surveillance on Carter Page, when he knew that the Dossier was discredited, and failed

to advise the FISA court.

161. Comey failed to tell the FISA court that the Dossier was reportedly funded by the Clinton Campaign and the DNC and compiled by Fusion GPS.

162. Comey failed to tell the FISA court that the Dossier he relied upon to request a warrant to monitor Carter Page was a product of the Fusion GPS

163. Comey relied on the Dossier to monitor Carter Page, even though months later he called the information in the Dossier salacious and unverified.

164. Comey relied on the Dossier, even though the FBI determined the document was only minimally corroborated.

**The Defendants Spread Their False Narrative Through the Media While Sussmann Makes False Statements to Law Enforcement**

165. At the same time that the FBI's unfounded investigation was underway, the Defendants were also spreading disinformation through the media in their effort of igniting a media frenzy.

166. Their coordinated efforts at or around that time included, without limitation, the following acts:

a. On September 1, 2016, Sussmann met with a reporter to discuss the false Trump-Alfa Bank connection; the reporter would later write an article about the topic.

b. On September 12, 2016, Sussmann spoke with Elias, via phone, regarding Sussmann's efforts to communicate with one newspaper on the allegations about Alfa Bank; Sussmann and Elias. Each billed the call to the Clinton Campaign.

c. On September 21, 2016, Steele, Fritsch, and Simpson met with numerous members of the media in Washington D.C., including reporters from *The New York Times*,

*The Washington Post*, *New Yorker*, *Yahoo News*, and *CNN*, to discuss their investigative findings of an alleged "sinister relationship" between Donald J. Trump and Russia, including the "possible coordination of members of Donald J. Trump's campaign team and Russian government officials."[51]

d. In mid-October 2016, Steele again met with reporters of *The New York Times*, *The Washington Post*, and *Yahoo News* and provided additional briefings of his supposed findings concerning a Trump-Russia connection.[52]

167. The next phase of the plan involved Sussmann meeting with the FBI to provide false evidence and information and to continue their efforts to intentionally mislead federal law enforcement authorities.

168. In the lead-up to Sussmann's meeting with the FBI, there were numerous meetings between Sussmann and Elias, Neustar, and/or Fusion GPS, all of which were billed to the Clinton Campaign and/or the DNC, including, but not limited to the following:

a. On or about July 29, 2016, Sussmann and Elias met with personnel from Fusion GPS in Elias' office; Sussmann billed his time for this meeting to the Clinton Campaign under the category "General Political Advice"[53] with the billing description "meeting with Elias, others regarding [] confidential project."

b. In early August 2016, Sussmann met with Steele to advise him of a potential connection between Trump Tower and the Russian Alfa Bank; his time was billed to the Clinton Campaign.[54]

---

[51] *Crime in Progress* at 110; *see also* IG report at 105.

[52] *Id.* at 117.

[53] For all of Sussmann's other billing entries cited herein that he billed to the Clinton Campaign, he similarly billed his time to the Clinton Campaign under the category "General Political Advice."

[54] Tr. of Interview at 74–75, H. Permanent Select Comm. on Intelligence Interview of Michael Sussmann (Dec. 18, 2017), https://www.dni.gov/files/HPSCI_Transcripts/2020-05-04-Michael_Sussmann-MTR_Redacted.pdf; Tr. of Steele Dep. at 1–2.

c. On about August 12, 2016, Sussmann met with Elias and Joffe in Elias' office; the meeting was billed to the Clinton Campaign with the billing description "confidential meetings with Elias, others."

d. On or about August 17, 2016, Sussmann had a conference call with Elias and Joffe; his time was billed to the Clinton Campaign with the billing description "telephone conference with Joffe."

e. On or about August 19, 2016, Sussmann had another meeting with Elias and Joffe; Sussmann billed his time to the Clinton Campaign with the billing description stating, in part, "confidential meeting with Elias, others[.]"

f. On or about August 20, 2016, Sussmann met with a representative of Fusion GPS and communicated with the media; he billed his time to the Clinton Campaign with the billing description, "Meeting with consultant and Elias; revisions to White Paper; meeting with expert; meeting with expert and reporter; follow up meeting with reporter; conversations with Elias."

169. On or about September 15, 2016, just four days before Sussmann's meeting with the FBI, Elias exchanged emails with Sullivan, as well as the Clinton Campaign's manager and communications director, concerning the plot to falsely connect Donald J. Trump to the Russian bank, Alfa Bank, by disseminating the lies to the media.[55]

170. On or about September 19, 2016, Sussmann met with the FBI General Counsel at FBI Headquarters in Washington D.C. to convey his allegations of the connection between Donald J. Trump and the Russian bank.

171. During this meeting, the following, in substance and in part, took place:

[55] Sussmann Indictment ¶ 25.

a. Sussmann stated falsely that he was not acting on behalf of any client, which led the FBI General Counsel to understand that Sussmann was conveying the allegations as a good citizen and not as an advocate for any client.

b. Sussmann stated that he had been approached by multiple cyber experts concerning the Russian bank connections allegations; Sussmann provided the names of three cyber experts, but did not name or mention Neustar, Joffe, the Clinton Campaign, or any other person or company referenced above.

c. Sussmann described the allegations of a secret Trump Organization server that was in communication with the Russian bank, including that the Russian bank had used a TOR exit node located at a healthcare company to communicate with the Trump Organization.

d. Sussmann stated that media outlets were in possession of information about the Trump Organization's secret server, and that a story would be published on Friday of that week.

e. Sussmann provided to the FBI General Counsel two thumb drives and hard copy papers, which contained and comprised the following: (i) the aforementioned white paper that Sussmann had assisted in drafting, entitled *White Paper #1 AuditableV3*, which contained no date or author's name; (ii) a white paper drafted by a researcher, which was entitled, *White Paper Comments: Time Series Analysis of Recursive Queries*, dated September 19, 2016, and contained no author's name; (iii) white paper drafted by Fusion GPS regarding the Russian Bank and its parent company, which contained no date or author’s name; and (iv) eight files containing the Russian Bank data and other purported data and information relating to the

mail.trump-email.com domain.

172. Sussmann reported the Trump-Alfa Bank connection, as though it was real, and lied to the FBI General Counsel, by falsely stating that he was not acting on behalf of any client, when he was specifically there at the behest of Clinton, the Clinton Campaign, and the DNC. In fact, he billed the Clinton Campaign for his efforts, as he had with all of his actions taken in furtherance of the Defendants' conspiracy.

173. Sussmann's statement to the FBI General Counsel that he was not acting on behalf of any client was knowingly and intentionally false. In truth, and as Sussmann well knew, he and his firm, Perkins Coie, had been acting on behalf of and in coordination with four specific clients, *i.e.*, Neustar, Clinton, the Clinton Campaign, and the DNC in assembling and conveying his allegations.

174. Sussmann billed his meeting with the FBI General Counsel to the Clinton Campaign with the billing description, "work and communications regarding confidential project."

175. Sussmann concealed and failed to disclose, among other things, that, (i) he had spent time drafting one of the white papers he provided to the FBI General Counsel and billed that time to the Clinton Campaign, and (ii) Fusion GPS, which at the time was also acting as a paid agent of the Clinton Campaign and the DNC, drafted another of those white papers.

176. Sussmann's lies and omissions were material because, among other reasons, they misled the FBI General Counsel and other FBI personnel concerning the political nature of his work and deprived the FBI of information that might have permitted it more fully to assess and uncover the origins of the relevant data and technical analysis, including the identities and motivations of Sussmann's clients.

177. Had the FBI uncovered the origins of the relevant data and analysis, it would have

learned, among other things, that (i) in compiling and analyzing the Alfa Bank allegations, Joffe had exploited his access to non-public data at multiple internet companies to conduct opposition research concerning Donald J. Trump; (ii) in furtherance of these efforts, Joffe had enlisted, and was continuing to enlist, the assistance of researchers at a U.S.-based university who were receiving and analyzing internet data in connection with a pending federal government cybersecurity research contract; and (iii) Sussmann, Elias, Perkins Coie, Joffe, and Neustar had coordinated, and were continuing to coordinate with representatives and agents of the Clinton Campaign and the DNC, with regard to the data and written materials that Sussmann gave to the FBI and the media.

178. Immediately, after the aforementioned September 19, 2016, meeting, the FBI General Counsel spoke with the Assistant Director of the FBI's Counterintelligence Division. During their conversation, the FBI General Counsel conveyed the substance of his meeting with Sussmann. The Assistant Director took contemporaneous handwritten notes which reflect, in substance, the above-referenced statements by Sussmann and stated, among other things: "Michael Sussmann – Atty: Perkins Coie, LLP not doing this for any client."

179. In the days following Sussmann's meeting with the FBI General Counsel, and as a result of that meeting, the FBI opened an investigation of the Trump-Alfa Bank allegations.

180. The FBI's investigation of these allegations nevertheless concluded that there was insufficient evidence to support the allegations of a secret communications channel with the Russian bank. In particular, and among other things, the FBI's investigation revealed that the email server at issue was not owned or operated by the Trump Organization but rather, had been administered by a mass marketing email company that sent advertisements for Trump hotels and hundreds of other clients.

181. Moreover, demonstrating that Sussmann carried out the aforementioned work on behalf of his clients, Sussmann continued in the weeks following this meeting to coordinate with Joffe, Elias, and Fusion GPS, to disseminate the Russian bank allegations to the media.

182. For example, on or about October 10, 2016, Sussmann emailed a reporter a link to an opinion article which asserted, in substance and in part, that investigative reporters had not published as many stories regarding Donald J. Trump as other media outlets.

183. In or about late October 2016, approximately one week before the 2016 U.S. Presidential Election, multiple media outlets reported that U.S. government authorities had received and were investigating allegations concerning a purported secret channel of communications between the Trump Organization and a particular Russian bank, Alfa Bank.

184. One of these articles, published by the *New Yorker* on October 8, 2016, stated:

> Examining records for the Trump domain, Max's group discovered D.N.S. lookups from a pair of servers owned by Alfa Bank, one of the largest banks in Russia. Alfa Bank's computers were looking up the address of the Trump server nearly every day. There were dozens of lookups on some days and far fewer on others, but the total number was notable: between May and September, Alfa Bank looked up the Trump Organization's domain more than two thousand times. "We were watching this happen in real time—it was like watching an airplane fly by," Max said. "And we thought, Why the hell is a Russian bank communicating with a server that belongs to the Trump Organization, and at such a rate?"

185. On or about October 31, 2016, eight days before the 2016 Presidential Election, Sullivan put out a written campaign statement that claimed that Trump and the Russians had set up a "secret hotline" through Alfa Bank and that "federal authorities" were investigating "this direct connection between Trump and Russia." He portrayed the shocking discovery as the work of independent experts—"computer scientists"—without disclosing their attachment to Hillary Clinton or the Clinton Campaign. The full statement was as follows:

> [T]his could be the most direct link yet between Donald Trump and Moscow. Computer scientists have apparently uncovered a covert server linking the Trump Organization to a Russian-based bank. This secret hotline may be the key to unlocking the mystery of Trump's ties to Russia. It certainly seems the Trump Organization felt it had something to hide, given that it apparently took steps to conceal the link when it was discovered by journalists. This line of communication may help explain Trump's bizarre adoration of Vladimir Putin and endorsement of so many pro-Kremlin positions throughout this campaign. It raises even more troubling questions in light of Russia's masterminding of hacking efforts that are clearly intended to hurt Hillary Clinton's campaign. We can only assume that federal authorities will now explore this direct connection between Trump and Russia as part of their existing probe into Russia's meddling in our elections.

186. Sullivan was acting in the scope and authority of his employment with the Clinton Campaign when he made this false statement, which was made with the intention of harming Trump and his campaign.

187. Elias, acting in the scope and authority of the Clinton Campaign, assisted Sullivan with the statement, as evidenced by his billing entries submitted to the Clinton Campaign.

188. On the same day, Clinton published the same false and damaging statements to the public through her Twitter account, wherein she included a photograph of Sullivan's statement along with her own commentary: "Computer scientists have apparently uncovered a covert server linking the Trump Organization to a Russian-based bank."[56]

189. A second tweet from Clinton on that same day said that it was "time for Trump to answer serious questions about his ties to Russia." It also included a graphic stating the following:

> 1. Donald Trump has a secret server. (Yes, Donald Trump.) 2. It was set up to communicate privately with a Putin-tied Russian bank called Alfa Bank. 3. When a reporter asked about it, they shut it down. 4. One week later, they created a new server with a different

---

[56] Hillary Clinton (@HillaryClinton), Twitter (Oct. 31, 2016, 8:36 PM), https://twitter.com/hillaryclinton/status/793250312119263233?lang=en.

name for the same purpose.[57]

190. Clinton made these statements despite her awareness that they were patently false and that neither Donald J. Trump nor the Trump Organization had any ties to Alfa-bank. She was driven by a pathological need to stop Trump from ever entering the White House irrespective of the damage and national discord it would cause.

191. The Defendant, John D. Podesta, Hillary Clinton's campaign chairman, also pushed the false Trump-Russia allegations. After Wikileaks released internal Clinton campaign emails, Podesta told reporters on October 11, 2016, that "I've been involved in politics for nearly five decades. This definitely is the first campaign that I've been involved in which I've had to tangle with Russian intelligence agencies who seem to be doing everything they can on behalf of our opponent."

192. He then stated, without even a shred of evidence that "I think it is a reasonable assumption to, or at least a reasonable conclusion, that Mr. Stone had advance warning, and the Trump campaign had advance warning about what Assange was going to do."[58]

193. On November 9, 2016, in spite the Defendants' collective efforts, Trump won the 2016 Presidential Election.

194. Despite his victory, the Defendants' efforts continued unabated.

195. In mid-November 2016, Glenn Simpson met personally with Bruce Ohr, at his request, to discuss Fusion GPS's findings regarding Russia and the election.

196. Mr. Ohr concealed this meeting from the Department of Justice; he was later

---

[57] Hillary Clinton (@HillaryClinton), Twitter (Oct. 31, 2016, 7:32 PM), https://twitter.com/HillaryClinton/status/793234169576947712?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed

%7Ctwterm%5E793234169576947712%7Ctwgr%5E%7Ctwcon%5Es1_&ref_url=https%3A%2F%2Fthenationaldesk.com%2Fnews%2Famericas-news-now%2Ftweets-by-hillary-clinton-allegedly-support-accusations-her-campaign-paid-to-spy-on-trump-donald-president-emails-russia-john-durham-michael-susmann

[58] https://time.com/4528049/hillary-clinton-john-podesta-emails-hackers-russia/

reprimanded and demoted for doing so.

197. On December 10, 2016, Glenn Simpson provided a thumb drive to Bruce Ohr containing most of the reports comprising the Steele Dossier. Ohr, in turn, provided the thumb drive to the FBI.

198. Ten days later, on December 20, 2016, Bruce Ohr provided a second thumb drive to the FBI, containing anti-Trump "opposition research" reports prepared by his wife, Nellie Ohr, in her capacity as a Fusion GPS employee.

199. Over time, the FBI attempted to investigate, vet, and analyze the Dossier, but ultimately was not able to confirm or corroborate most of their substantive allegations.

200. In the context of those efforts, the FBI learned that Danchenko, a Russian analyst, had served as a central source of information contained in the Dossier.

201. From January 2017 through November 2017, the FBI conducted numerous interviews with Danchenko (collectively the "Interviews") concerning, among other things, the information that Danchenko had provided to Steele for the Dossier.

202. During the course of these Interviews, Danchenko plainly admitted that he had "zero" corroboration for the key allegations that he had contributed to the Dossier.

203. In addition, as alleged in further detail below, Danchenko repeatedly lied to FBI agents during his Interviews.

204. First, Danchenko falsely stated that he never communicated with Charles Halliday Dolan, Jr, a claim which was patently false.

205. In fact, Danchenko and Dolan had been in frequent communication since at least April 2016, had gone on a trip together, and had attended numerous meetings and conferences together.

206. The disclosure of Danchenko’s relationship with Dolan would have been incredibly relevant to the FBI’s understanding of the contents of the Dossier:

a. At all relevant times, Dolan has long held deep ties to the Democratic Party operative and has been a close associate of and adviser to Hillary Clinton.

b. As a result, Dolan frequently interacted with senior Russian Federation leadership whose names would later appear in the Dossier, such as Putin spokesman Dmitry Peskov and then-Russian ambassador to the US Sergey Kislyak.

c. Also, in 2006, the Kremlin signed a deal with Ketchum, the PR firm where Dolan served as vice president for public affairs. As part of that agreement, Ketchum was to handle global public relations for the Russian government as well as the state-owned energy company Gazprom.

207. In fact, as detailed above, many of the allegations contained in the Dossier came *directly from* Dolan, who had conveyed them to Danchenko who, in turn, reported them to Steele.

208. Dolan 's role as a contributor of information to the Dossier was highly relevant and material to the FBI's evaluation of those reports because:

a. Dolan maintained pre-existing and ongoing relationships with numerous persons named or described in the Dossier, including one of Danchenko's Russian sub-sources,

b. Dolan maintained historical and ongoing involvement in Democratic politics, which bore upon Dolan’s reliability, motivations, and potential bias as a source of information for the Dossier, and

c. Danchenko gathered some of the information contained in the Dossier at events in Moscow organized by Dolan and others that Danchenko attended at Dolan's

invitation. Certain allegations that Danchenko provided to Steele, and which appeared in the Dossier, mirrored and/or reflected information that Dolan himself also had received through his own interactions with Russian nationals.

209. On or about January 13, 2017, Dolan replied to an email sent by a U.S.-based person discussing a recent news article regarding the Dossier, wherein Dolan stated:

> [] I've been interviewed by the Washington Post and the London Times -three times over the last two days over the Steele Dossier on Trump and I know the Russian agent who made the report (He used to work for me). My client in [Foreign Country] [Business] has been accused of being the party that organized the hacking. Presently speaking with the barrister in London who is filing a brief against Steele has been unmasked as the man behind an explosive dossier about US president-elect Donald Trump. Also in conversation with former British Ambassador who knows Steele. Quite right -Oh what a boring life.

210. At that time, Danchenko was not publicly known to be a source for Steele.

211. On March 16, 2017, Danchenko informed the FBI that he believed the source in the above-referenced allegations referred, at least in part, to the Chamber President. He repeated these claims in subsequent interviews on or about March 16, 2017, May 18, 2017, October 24, 2017, and November 2, 2017.

212. Meanwhile, Sussmann and Joffe continued to play their part in the Defendants' grand conspiracy.

213. Through late 2016 and early 2017, Joffe and a researcher continued to compile additional information and data regarding the Alfa Bank allegations and gathered other purported data allegedly involving Donald J. Trump's related computer networks which they claimed tied him to Russia.

214. Around that time, Sussmann began arranging a meeting with the Central Intelligence Agency (CIA) to continue spreading his lies.

215. On or about February 9, 2017, Sussmann met with two CIA employees at a location outside the District of Columbia.

216. At the meeting, the following, in substance and in part, occurred:

a. Sussmann stated falsely – as he previously had stated to the FBI General Counsel that he was "not representing a particular client." In truth and in fact, and as Sussmann had acknowledged to the Former Employee just days earlier, Sussmann was indeed representing a client.

b. Sussmann disclosed that Perkins Coie, was active in representing several Democratic Party causes and officer-holders, including both the DNC and Clinton. Sussmann stated, however, that such work was unrelated to his reasons for contacting the CIA.

c. Sussmann discussed and described the updated allegations, including new details concerning the Russian Bank allegations that he had not provided to the FBI General Counsel.

d. Sussmann provided to the CIA employees (i) several white papers, and (ii) multiple data files containing purported DNS data, ranging from 2016 through early 2017.

217. As he had done in his prior meeting with the FBI, Sussmann—acting on behalf of the Clinton Campaign and the DNC—again lied to and intentionally mislead federal law enforcement officials in furtherance of the Defendants' scheme.

218. That Sussmann was acting on behalf of, and in coordination with, the Clinton Campaign and the DNC when he made his false statements to the FBI and the CIA was confirmed in December 2017, when Sussmann testified under the penalty of perjury before the House

Permanent Select Committee on Intelligence:

> Q: [] When you decided to engage the two principals, one, [the FBI General Counsel] in September, and the general counsel of [Agency-2] in December, you were doing that **on your own volition,** based on information another client provided you. Is that correct?
>
> [Sussman]: No.
>
> Q: So what was – so did your client direct you to have those conversations?
>
> [Sussman]: Yes.
>
> Q: Okay. And your client also was witting of you going to [the CIA] in February to disclose the information that individual had provided you?
>
> [Sussman]: **Yes**
>
> [ . .. ]
>
> Q: Okay. I want to ask you, so you mentioned that **your client directed you** to have these engagements with the FBI and [redacted] and to disseminate the information that client provided you. Is that correct?
>
> [Sussmann]: [] [W]e had a conversation, as lawyers do with their clients, about client needs and objectives and the best course to take for a client. And so it may have been a decision that we came to together. I mean, I don't want to imply that I was sort of directed to do something against my better judgment, or that we were in any sort of conflict, but this was -- I think it's most accurate to say it was done on behalf of my client.

219. Meanwhile, the Defendants' continued their campaign of spreading disinformation through the media.

220. On March 7, 2017, Mook acknowledged during a Fox & Friends appearance, that there was a wiretap of Russian officials in contact with associates of President Trump, and that surveillance may have been conducted on Trump computers as well.

221. In October of 2017, Podesta went on Twitter and accused Donald J. Trump of

"running a "big lie campaign" centered on the investigation into Russian meddling in the U.S. election."[59]

**A String of Federal Investigations Clear Donald J. Trump and Uncover the Defendants' Illicit Conspiracy**

222. On May 9, 2017, Comey was fired from his position of Director of the FBI.

223. Shortly thereafter, in the wake of his firing, Comey took retaliatory action against Donald J. Trump.

224. During his time with the FBI, Comey had documented several of his interactions with Donald J. Trump in a series of memos. After he was no longer an employee of the FBI, Comey intentionally shared these memos with one of his lawyer friends, who he directed to leak to a *New York Times* reporter who had been reporting on the Russia conspiracy theory.

225. The leak was investigated by the Office of the Inspector General (IG) which, in an August 2019 report, faulted Comey for the "unauthorized disclosure of sensitive investigative information, obtained during the course of FBI employment, in order to achieve a personally desired outcome."[60]

226. The outcome that Comey desired—per his own admission to Congress—was to "prompt" the appointment of a special counsel to investigate Donald J, Trump' alleged conspiracy with the Russian movement.

227. The IG's report noted that Comey had "set a dangerous example" by "release[ing] sensitive information" to "create public pressure for official action."

228. Comey was successful in getting the special master appointed, due to his unlawful

---

[59] https://www.yahoo.com/news/trump-behind-apos-big-lie-164719959.html

[60] Report of Investigation of Former Federal Bureau of Investigation Director James Comey's Disclosure of Sensitive information and Handling of Certain Memoranda, Office of the Inspector General, Oversight and Review Division 19-02, August 2019, https://oig.justice.gov/reports/2019/o1902.pdf (hereinafter, the "IG Report (Aug. 2019).

leaking of information, even though Comey didn't have enough evidence to pursue it in his own official capacity.

229. In May 2017, Robert Mueller was appointed as Special Counsel to "oversee the previously-confirmed FBI investigation of Russian government efforts to influence to 2016 Presidential Election and related matters."[61]

230. Strzok, the leader of the Russia probe, texted Lisa Page in May 2017 that he was reluctant to join Mueller's probe and leave his senior FBI post because he feared "there's no big there, there."[62]

231. In addition, in May 2017, Page told Representative John Ratcliffe "it still existed in the scope of possibility that there would be literally nothing" to connect Trump and Russia, no matter what Mueller or the FBI did."

232. On March 22, 2019, Special Counsel Robert Mueller concluded his 22-month investigation and submitted his confidential report entitled "Report on the Investigation into Russian Interference in the 2016 Presidential Election" (the "Mueller Report") to Attorney General William Barr.

233. The Mueller Report demonstrated that, after a two-year long investigation coming on the heels of a year-long FBI investigation, the Special Counsel found no evidence that Donald J. Trump or his campaign ever colluded with the Russian government to undermine the 2016 election.

234. Specifically, Special Counsel Mueller "did not find that the Trump campaign, or anyone associated with it, conspired or coordinated with the Russian government in these efforts,

---

[61] Appoint of Special Counsel (press release), US Department of Justice, May 17, 2017, https://www.justice.gov/opa/pr/appointment-special-counsel.

[62] Lisa Page bombshell: FBI couldn't prove Trump-Russia collusion before Mueller appointment | The Hill

despite multiple efforts from Russian-affiliated individuals to assist the Trump campaign."[63]

235. In March of 2019, shortly after the Muller Report determined there was no evidence of collusion, Reines went on Fox News and continued to accuse Donald J. Trump falsely.

236. Reines debated with Mollie Hemingway who told Reines that the conspiracy was over and Reines responded: "You saying it on FOX doesn't make it so. He's under investigation by 17 other entities including the Southern District of New York."[64]

237. Starting in or around 2019, two additional probes were launched to investigate the origins of the FBI's Crossfire Hurricane.

238. First, the Office of the Inspector General performed a review to determine whether the Crossfire Hurricane investigation was adequately predicated and whether the FBI had acted on false and misleading information.

239. Through this investigation, the IG uncovered numerous deficiencies with the FBI's conduct.

240. In a report dated December 9, 2019, the IG identified "at least 17 significant errors or omissions in the Carter Page FISA applications, and many additional errors in the Woods Procedure."[65]

241. Thereafter, on January 23, 2020, the DOJ formally admitted to the FISC that, with respect to at least the last two warrant applications, "if not earlier, there was insufficient predication to establish probable cause to believe that [Dr.] Page was acting as an agent of a foreign power."

242. The FISC has also issued several rulings finding that FISA warrants contained material omissions and misstatements, lacked candor, and/or that the warrants were not lawfully

[63] Letter from AG William Barr, March 24, 2019.

[64]https://www.realclearpolitics.com/video/2019/03/24/mollie_hemingway_vs_philippe_reines_on_mueller_its_important_to_understand_philippe_its_over.html#!

[65] IG Report (12/19).

obtained:

a. In an Order dated December 17, 2019, the FISC stated: "The frequency with which representations made by FBI personnel turned out to be unsupported or contradicted by information in their possession, and with which they withheld information detrimental to their case, calls into question whether information contained in other FBI applications is reliable."

b. In an Order dated January 7, 2020, the FISC stated: "The Court understands the government to have concluded, in view of the material misstatements and omissions, that the Court's authorizations were not valid.

c. In an Order dated March 5, 2020, the FISC stated: "There is thus little doubt that the government breached its duty of candor to the Court with respect to those applications [involving Carter Page]."

d. In an Order dated June 25, 2020, the FISC stated: "The government acknowledges that there were material omissions, and the Court has found violations of the government's duty of candor, in all four applications [regarding Carter Page]."

243. In light of these admissions, as well as the obvious questions about the legitimacy of Crossfire Hurricane, Attorney General William Barr assigned John Durham, the United States Attorney for the District of Connecticut, to lead an investigation on behalf of the Department of Justice into Crossfire Hurricane.

244. Thereafter, on October 19, 2020, Barr officially appointed Durham to serve as Special Counsel and to continue his investigation into the origins of Crossfire Hurricane.

245. On September 16, 2021, less than a year into his investigation, Durham indicted Sussmann for one count of making a false statement to a federal law enforcement in violation of

18 U.S.C. § 1001(a)(2) for, on September 19, 2016, "stat[ing] to the General Counsel of the FBI that Sussmann was not acting on behalf of any client in conveying the particular allegations concerning [Donald J. Trump], when in truth, and in fact, and as [Sussmann] well knew, he was acting on behalf of specific clients, namely, [Joffe] and the Clinton Campaign."[66]

246. On November 3, 2021, Durham indicted Danchenko for five separate counts of violating 18 U.S.C. § 1001(a)(2) for making false statements to a law enforcement officials:[67]

e. Count One alleges that Danchenko violated 18 U.S.C. § 1001(a)(2) on June 15, 2017 when he "denied to agents of the FBI that he had spoken with [Dolan] about any material contained in the [Steele Dossier], when in truth and in fact, and as the defendant well knew, [Dolan] was the source for an allegation contained in the [Steele Dossier] dated August 22, 2016 and was otherwise involved in the events and information described in the reports."[68]

f. Count Two alleges that Danchenko violated 18 U.S.C. § 1001(a)(2) on March 16, 2017 when he "stated to agents of the FBI that he received a late July 2016 telephone call from an individual who Danchenko believed was 'probably' Chamber President-1, when in truth and in fact, and as [Danchenko] well knew, Chamber President-1 never called Danchenko."[69]

g. Count Three alleges that Danchenko violated 18 U.S.C. § 1001(a)(2) on May 18, 2017 when he "stated to agents of the FBI that he 'was under the impression' that a late July 2016 telephone call that he received was from Chamber President-I,

---

[66] Indictment at 27, *United States v. Sussmann*, case no. 1:21-cr-00582-CRC, District of Columbia (Sept. 16, 2021) (hereinafter, "Sussmann Indictment").

[67] *See generally* Indictment, *United States v. Danchenko*, case no. 1:21-cr-00245-AJT, Eastern District of Virginia (Nov. 3, 2021) (hereinafter, Danchenko Indictment")

[68] *Id.* at 37.

[69] *Id.*

when in truth and in fact, and as the defendant well knew, Chamber President-I never called Danchenko."[70]

h. Count Four alleges that Danchenko violated 18 U.S.C. § 1001(a)(2) on October 24, 2017 when he "stated to agents of the FBI that he believed that he spoke to Chamber President-I on the telephone on more than one occasion, when in truth and in fact, and as the defendant well knew, Danchenko never spoke to Chamber President-I."[71]

i. Count Five alleges that Danchenko violated 18 U.S.C. § 1001(a)(2) on November 16, 2017 when he "stated to agents of the FBI that he believed that he had spoken to Chamber President-I on the telephone, when in truth and in fact, and as the defendant well knew, Danchenko never spoke to Chamber President-I."[72]

247. On December 17, 2021, Durham filed a motion to inquire into potential conflicts of interests in Danchenko's criminal case, notifying the court to a potential conflict of interest since Danchenko's defense counsel also represents the Clinton Campaign, noting that "the interests of the Clinton Campaign and [Danchenko] could potentially diverge in connection with any plea discussions, pre-trial proceedings, hearings, trial, and sentencing proceedings."

248. In the motion, Durham also confirms that his office is actively investigating the Clinton Campaign for its role in the subject matter of this action, stating that "[a]reas of inquiry that may become relevant . . . include topics such as (1) the Clinton Campaign's knowledge or lack of knowledge concerning the veracity of information in the Company Reports sourced by the defendant, (2) the Clinton Campaign's awareness or lack of awareness of the defendant's

---

[70] *Id.* at 38.

[71] *Id.*

[72] *Id.*

collection methods and sub-sources, (3) meetings or communications between and among the Clinton Campaign, U.S. Investigative Firm-1, and/or U.K. Person-1 regarding or involving the defendant, (4) the defendant's knowledge or lack of knowledge regarding the Clinton Campaign's role in and activities surrounding the Company Reports, and (5) the extent to which the Clinton Campaign and/or its representatives directed, solicited, or controlled the defendant's activities." He further noted that "the Clinton Campaign and [Danchenko] each might have an incentive to shift blame and/or responsibility to the other party for any allegedly false information that was contained within the Company Reports and/or provided to the FBI."[73]

249. On January 25, 2022, in a discovery-related motion in the Sussmann criminal case, it was revealed that Durham has already questioned a "former employee of the Clinton Campaign" and has served document requests and/or subpoenas on the Clinton Campaign and a "political organization" – likely the DNC.[74]

250. On February 11, 2022, Durham filed a motion to inquire into potential conflicts of interest in the Sussmann case. Notably, in reference to Neustar and Joffe's exploitation of non-public data in connection with the Defendants' conspiracy, Durham states that "among the Internet data [Joffe] and his associates exploited was domain name system ("DNS") Internet traffic pertaining to (i) a particular healthcare provider, (ii) Trump Tower, (iii) Donald Trump's Central Park West apartment building, and (iv) the Executive Office of the President of the United States ("EOP")," and specifically notes that "[Joffe] and his associates exploited [a sensitive] arrangement [with the EOP] by mining the EOP's DNS traffic and other data for the purpose of

---

[73] *See generally* Motion to Inquire into Potential Conflicts of Interest (ECF Doc. No.35), *United States v. Danchenko*, case no. 1:21-cr-00245-AJT, Eastern District of Virginia (Dec. 17, 2021).

[74] *See* Government's Discovery Update and Request for Additional Time to Produce Residual Discovery Materials,

*United States v. Sussmann*, case no. 1:21-cr-00582-CRC, District of Columbia (Jan. 25, 2022).

gathering derogatory information about Donald Trump."[75]

**The Defendants' Malicious Conspiracy Remains Active to This Day**

251. The Defendants' collective effort to falsely implicate and publicly denigrate Donald J. Trump has not ceased and, in fact, the Defendants continue to proliferate the injurious falsehood that Donald J. Trump colluded with Russia to this very day.

252. Fusion GPS, Simpson, Fritsch, and Steele continued their collective mission to fabricate evidence and disparage Donald J. Trump with it, well after Trump won the 2016 election.

253. Since 2017, The Democracy Integrity Project ("TDIP") has paid Fusion GPS, Steele and their associates more than $3.8 million to continue their 'opposition research' against Donald J. Trump and to continue pushing the false Trump-Russia narrative.

254. In particular, TDIP has paid $3.3 million to Fusion GPS; $250,000 to "Walsingham Partners Ltd.," a London-based firm owned by Steele and his partner, Christopher Burrows; nearly $130,000 to "Edward Austin Ltd." a London-based intelligence consultancy operated by Edward Baumgartner, a Fusion GPS contractor; and $148,000 to the law firm Zuckerman Spaeder, which has represented Fusion GPS in a variety of Dossier-related legal matters.

255. Philippe Reines has continued to insist that Donald J. Trump colluded with Russia.

256. On, April 16, 2018, Reines tweeted "yes collusion, yes collusion, yes collusion" in response to an article titled: 'Breaking: Trump puts the brake on new Russian sanctions, reversing Haley's announcement.'

257. Debbie Wasserman Schultz has also continued to maintain that Donald J. Trump

[75] *See generally* Motion to Inquire into Potential Conflicts of Interest (ECF Doc. No.35), *United States v. Sussmann*, case no. 1:21-cr-00582-CRC, District of Columbia (Feb. 11, 2022).

colluded with Russia.

258. For instance, on May 10, 2019, Schultz appeared on MSNBC and boldly announced that there were "clear indications" that Donald J. Trump colluded with Russia. She went on to state:

> You know, what's so disturbing is that Donald Trump is so lacking in confidence about his ability to actually get elected without the help of a foreign power, and particularly a foreign adversary, that they will go to any lengths and that he will instruct and allow his colleagues and allies to go to any lengths to be able to secure his success in an election.[76]

259. Likewise, Clinton has continued to drum up the false Trump-Russia narrative in the hopes of damaging Trump's political career.

260. For example, on June 16, 2021, Clinton appeared on MSNBC's *Morning Joe* show and again attempted to reinforce the debunked Trump-Russia story—of which she led the effort to manufacture and is no doubt aware is false—when she stated to MSNBC's audience, which included the general public of the State of Florida and the rest of the United States: "We don't have Trump as spokesperson for Putin, anymore." "After disastrous Trump presidency, in which he gave Putin a green light to do whatever he wanted to do, once Trump was elected, of course..."

261. On February 16, 2022, in response to media reports concerning the filing of Durham's February 11, 2022 motion, Clinton tweeted that "Trump & Fox are desperately spinning up a fake scandal to distract from his real ones. So it's a day that ends in Y. The more his misdeeds are exposed, the more they lie. For those interested in reality, here's a good debunking of their latest nonsense."[77]

262. These are but a few of the recent examples of the Defendants' ongoing efforts to

---

[76]https://www.realclearpolitics.com/video/2019/05/11/wasserman_schultz_trump_clearly_colluded_with_russia_and_engaged_in_obstructed_justice_to_cover_it_up.html

[77] https://twitter.com/HillaryClinton/status/1494036101572575232.

maintain their conspiracy to spread injurious falsehoods against Donald J. Trump.

263. As a direct and proximate cause of the Defendants' actions, Trump has sustained significant injuries and damages including, but not limited to, expenses in the form of defense costs, legal fees and related expenses incurred in connection with his efforts to defend against the Defendants' tortious actions, false accusation, and overall fraudulent scheme to discredit and delegitimize him, the Trump Campaign and Administration, and the Trump Organization and the various federal investigations and official proceedings that arose therefrom, which to date is in an amount no less than twenty-four million dollars ($24,000,000) and continuing to accrue, as well as the loss of existing and future business opportunities.[78]

264. It was a goal of the Defendants' conspiracy, and indeed a foreseeable and natural consequence of the same, that this substantial economic harm would befall Trump. The Plaintiff does not claim nor seek any compensation for damage to his reputation, but rather, he seeks damages for the cost of dealing with the legal issues and political issues, which he was required to spend to redress the injurious falsities which were propounded by the Defendants, and all other losses incurred due to the tortious conduct of the Defendants.

265. All precedent acts and requirements have been done or have been waived by the Defendants.

266. The Plaintiff was required to retain the attorneys named below to bring this action and to pay them reasonable attorneys' fees.

## Count I RICO

**(18 U.S.C. § 1962(C))**

*(Against Clinton, Clinton Campaign, DNC, Perkins Coie, Elias, and Sussmann)*

[78] The different opportunities which evaporated are too many to list, but as an example, Donald J. Trump has been banned from different social media platforms, including Twitter. Most of this was due to the misinformation campaign waged by Hillary Clinton, whereby truth was deemed false and lies were deemed to be truth.

267. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

268. The Defendants, Clinton, the Clinton Campaign, the DNC, Perkins Coie, Elias, and Sussmann (collectively, the "RICO Defendants") are all "persons" within the meaning of 18 U.S.C. § 1961(3).

**The RICO Enterprise**

269. At all relevant times, the RICO Defendants, Clinton, the Clinton Campaign, the DNC, Perkins Coie, Elias, and Sussmann, constituted an association in-fact enterprise (the "Enterprise") within the meaning of 18 U.S.C. § 1961(4).

270. The members of the Enterprise are a group of persons associated together for the common purpose of carrying on an ongoing enterprise; specifically, the Enterprise had a common, unlawful goal of dismantling the Plaintiff's political career and/or impeding his ability to effectively govern through fraudulent, deceptive, and criminal means, including, but not limited to, falsely implicating the Plaintiff, the Trump Campaign, and the Trump Administration as colluding with Russia.

271. By virtue of the RICO Defendants' professional relationships and frequent business collaborations, the Enterprise had an existence and legitimate business and political purpose separate and apart from the racketeering activity itself.

272. Since the Enterprise's activities had a significant effect on the 2016 presidential race, and affected fundraising and electoral spending, the Enterprise affected interstate and foreign commerce.

273. The Enterprise was formed as early as April 2015 and remains ongoing and continuing to the present day.

274. Considering the nature of the RICO Defendants' longstanding political and

professional relationship, the continuing nature of Clinton's political career, her ever-present political rivalry with Plaintiff, and the nature of the Enterprise's goals, the longevity of the Enterprise is sufficient to permit the RICO Defendants to pursue the Enterprise's ongoing goal of damaging the Plaintiffs' political career with the continuing proliferation, and/or threat of proliferation, of disinformation, obstruction of justice, and other unlawful tactics intended to damage the Plaintiff's political career and to impede his ability to effectively govern.

275. The members of the Enterprise have longstanding inter-relationships rooted in their political and professional connections, in addition to common control, ongoing business dealings, and mutual interest and participation in common activities and dealings.

276. The Enterprise has, or at all relevant times had, an organized, clearly delineated, ongoing organizational framework and command structure for carrying out its objectives: the Clinton Campaign and the DNC were at all relevant times mutually controlled by Clinton, who worked in tandem with their joint counsel, Perkins Coie, whose partners, Sussmann, and Elias, simultaneously served as general counsel for the Clinton Campaign and the DNC.

277. No RICO Defendant has withdrawn, or otherwise dissociated itself, from the Enterprise.

**Predicate Acts**

278. Section 1961(1) of RICO also provides that "racketeering activity" includes any act indictable under 18 U.S.C. § 1832 (relating to theft of trade secrets) and 18 U.S.C. §§ 1503 and/or 1512 (obstruction of justice). As set forth herein, in furtherance of the scheme to defraud the Plaintiff, the RICO Defendants engaged in numerous acts in violation of 18 U.S.C. § 1832 and 18 U.S.C. § 1503 and/or 1512, including, without limitation, as set forth herein.

279. Each RICO Defendant has conducted and participated in, directly or indirectly, the

management, conduct and/or operation of the Enterprise and its affairs through a pattern of racketeering activity including acts indictable under 18 U.S.C. § 1832 (theft of trade secrets) and 18 U.S.C. § 1503, and/or 1512 (obstruction of justice).

280. The RICO Defendants have consistently and regularly committed acts of racketeering activity spanning from at least April 2015. These multiple acts shared a common or related purpose, goal, result, participants, victims, and methods of commission.

281. Beginning in or around April 2015, the RICO Defendants engaged in wide-ranging and fraudulent scheme to concoct a false narrative that the Plaintiff and his campaign were colluding with Russia to undermine the 2016 Presidential Election.

282. The RICO Defendants, through their deceptive and fraudulent conduct intended to mislead law enforcement, the media, and the public at large and to impede, obstruct and falsely provoke federal investigations against the Plaintiff, the Trump Campaign, and the Trump Administration.

283. In furtherance of this scheme, the Defendants committed multiple related acts, each of which constitutes an act of racketeering activity, and which, collectively, constitute a pattern of racketeering activity.

***Theft of Trade Secrets (18 U.S.C. § 1832)***

284. In violation of 18 U.S.C. § 1832(a)(5), the RICO Defendants conspired with Neustar and Joffe, on at least two occasions, abused and exploited access to non-public and highly sensitive data sources and/or servers, and acquired obtained in excess of authorization and/or stole proprietary, sensitive and confidential internet data, records and/or information, including without limitation, DNS internet traffic data pertaining to Plaintiff, including data originating from his servers located at his private New York residence and those located at Trump Tower and used in

connection with his business, The Trump Organization LLC, a company involved in interstate commerce, and stole trade secrets in violation of 18 U.S.C. § 1832 (theft of trade secrets).

285. DNS internet traffic data houses highly proprietary, sensitive and confidential data. For example, among other things, an analysis of raw DNS data could reveal a comprehensive view into an individual or a company's website traffic, e-mail traffic, webmail traffic, chat messaging, in addition to the types of technology, hardware, software, programs, securities and processes being utilized by the servers.

286. The RICO Defendants conspired with Neustar and Joffe to exploit access to non-public data sources and/or servers and unlawfully acquire, steal and exploit sensitive, proprietary and confidential internet data, including without limitation, DNS information, traffic, and/or data originating from computers and/or servers (i) located at Plaintiff's private apartment in Central Park West in New York and belonging to the Plaintiff; and (ii) located at Trump Tower and belonging to The Trump Organization, in which Plaintiff has an ownership interest (collectively, with the computers and/or servers house in Plaintiff's private apartment, "Plaintiff's Servers).

287. By conspiring to illegally access the above-mentioned information and data, the RICO Defendants, through Neustar and Joffe, were able to obtain proprietary, sensitive, and/or confidential information and data including, among other things, the number and frequency of e-mail communications between the Plaintiff's Servers and other third party servers, the number and frequency of website visits to third party websites by the Plaintiff's Servers, the number and frequency of webmail interactions between the Plaintiff's Servers and other third party servers, and the number and frequency of chat messaging interactions between the Plaintiff's Servers and other third party servers, as well as information pertaining to the types of technology, hardware, software, programs, securities and processes being utilized by Plaintiff's Servers.

288. This information and data revealed highly proprietary, sensitive, and confidential knowledge, including insight into Plaintiff's and The Trump Organization's business dealings, financial dealings, communications, future and current plans, techniques, patterns, methods, processes, and procedures, as well as identification of their corporate partners, political associates, clients, and vendors.

289. This proprietary, sensitive and confidential information, data and/or knowledge constitutes trade secrets within the meaning of 18 U.S.C. § 1839(3) where they constitute business and/or political methods, techniques, processes, procedures and programs that are both protected from disclosure by the Plaintiff and derive significant economic value from not generally being known to or ascertainable by others, including the RICO Defendants, who can obtain economic value from disclosure or use of such information.

290. The Plaintiff and The Trump Organization restricts access to their proprietary, sensitive and confidential information and data, including DNS data, even within their own personnel and prevents unauthorized access to such records by digital or electronic means.

291. The Plaintiff and The Trump Organization further protects against theft and disclosure of such information by third parties by the requirement of executed non-disclosure agreements prior to providing any such access.

292. The Plaintiff's confidential records were misappropriated by Defendants within the meaning of 18 U.S.C. § 1839(5), where the Plaintiff's records were acquired by the RICO Defendants, through their conspiracy with Neustar and Joffe, without the Plaintiff's authorization and through Defendants' acts of espionage or other improper means conducted by electronic or other means.

293. The RICO Defendants conspired to violate the Defend Trade Secrets Act, 18 U.S.C.

§ 1832(a)(1), by assisting, aiding, and abetting Neustar and Joffe in obtaining Plaintiff's proprietary, sensitive and confidential information and data by fraud, artifice, and deception and, thereafter, stealing, appropriating, taking, carrying away, and concealing the theft of Plaintiff's confidential records with intent to convert Plaintiff's confidential records, which are related to products sold in interstate and foreign commerce, to Defendants' own benefit, while knowing and intending that such misappropriation would injure the Plaintiff.

294. Each of the RICO Defendants were aware of, and active participants in, the conspiracy for Neustar and Joffe's to violate the Defend Trade Secrets Act, 18 U.S.C. § 1832, and each of the RICO Defendants committed at least one act in furtherance of this goal.

295. The RICO Defendants' actions constitute a conspiracy to steal trade secrets in violation of 18 U.S.C. § 1832(a)(5).

***Obstruction of Justice (18 U.S.C. §§ 1503, 1512)***

296. The RICO Defendants, through and using the Enterprise, engaged in, and continues to engage in, a coordinated effort to destroy the Plaintiff's political career and impede his ability to effectively govern as President of the United States. This coordinated effort amounts to a set of related predicate acts with similar purposes, results, and methods, which included acts in violation of 18 U.S.C. § 1503 and/or 1512 (obstruction of justice).

297. On one or more occasions, the RICO Defendants, knowingly and deliberately provided falsified, altered and misleading records, including the White Papers and the Dossier, to law enforcement officials and made false statements to law enforcement officials, including the FBI and CIA, with the intention of obstructing, impeding, influencing and/or impairing their investigations into alleged Russian collusion, and/or conspired with others to carry out these acts.

298. On September 19, 2016, Sussmann met with FBI officials in Washington D.C., at

which time he, among other things: (i) made false statements to FBI officers, including that he was acting on behalf of any client; (ii) provided falsified, altered and/or misleading records, including the White Papers, to FBI officials; (iii) withheld and/or concealed pertinent information, including without limitation the true nature of the White Papers, his work with Neustar and Joffe, the falsity of the purported link between Trump Tower and Alfa Bank, and the existence of the Enterprise and its overarching conspiracy to create a false narrative of Trump-Russia collusion.

299. On September 19, 2016, Sussmann met with FBI officials in Washington D.C., at which time he, among other things: (i) made false statements to FBI officials, including that he was not acting on behalf of any client; (ii) provided falsified, altered and/or misleading records, including (1) *White Paper #1 AuditableV3*, (2) *White Paper Comments: Time Series Analysis of Recursive Queries*, (3) a white paper drafted by Fusion GPS regarding a purported Trump-Alfa Bank connection, and (4) eight files containing falsified, altered, and/or curated data and information relating to Alfa Bank, Trump Tower, and the mail.trump-email.com domain, to FBI officials; (iii) withheld and/or concealed pertinent information, including, without limitation, that he was acting on behalf of his clients, Clinton, the Clinton Campaign, the DNC, and in furtherance of the Enterprise, the falsified and/or misleading nature of the White Papers and the other documents that he was handing over, the true nature of his work with Neustar and Joffe, the falsity of the purported link between Trump Tower and Alfa Bank, and the existence of the Enterprise and its overarching conspiracy to create a false narrative of Trump-Russia collusion.

300. Sussmann's conduct in connection with his September 19, 2016 meeting with the FBI corruptly obstructed, influenced, and impeded and/or endeavored to obstruct, influence or impede the due administration of justice and/or one or more official proceeding(s), namely Crossfire Hurricane and/or other ongoing investigations by the FBI, the DOJ, the CIA, and/or the

IG, and therefore constituted a violation of 18 U.S.C. §§ 1503 and/or 1512.

301. On February 9, 2017, Sussmann met with CIA officials at a location outside of Washington D.C., at which time he, among other things: (i) made false statements to CIA officials, including that he was not representing a particular client; (ii) provided falsified, altered and/or misleading records, including the White Papers and multiple data files containing purported DNS data, ranging from 2016 through early 2017, to CIA officials; (iii) withheld and/or concealed pertinent information, including, without limitation, that he was acting on behalf of his clients, Clinton, the Clinton Campaign, the DNC, and in furtherance of the Enterprise, the falsified and/or misleading nature of the White Papers and the other documents that he was handing over, the true nature of his work with Neustar and Joffe, the falsity of the purported link between Trump Tower and Alfa Bank, and the existence of the Enterprise and its overarching conspiracy to create a false narrative of Trump-Russia collusion.

302. Sussmann's actions on February 9, 2017 corruptly obstructed, influenced, and impeded and/or endeavored to obstruct, influence or impede the due administration of justice, and/or one or more official proceedings, namely, ongoing investigations by the CIA, the FBI, the IG, and/or the DOJ and therefore constituted a violation of 18 U.S.C. §§ 1503 and/or 1512.

303. The other RICO Defendants, Clinton, Clinton Campaign, DNC, Perkins Coie, and Elias, had a meeting of the minds, common intent, were aware of, and conspired with Sussmann in the commission of the above-mentioned violations of 18 U.S.C. § 1512, including, without limitation, his conduct in connection with his meeting with the FBI on September 19, 2016 and his meeting with the CIA on February 9, 2017, and each of the other RICO Defendants committed an overt act in furtherance of said violation(s), and the RICO Defendants conspired to commit the above-named acts in furtherance of the overarching conspiracy to denigrate the Plaintiff and to

derail his political career.

304. Therefore, the actions of the RICO Defendants, Clinton, Clinton Campaign, DNC, Perkins Coie, and Elias, constituted a conspiracy to obstruct justice in violation of 18 U.S.C. § 1512(k).

305. By virtue of the foregoing, Sussmann, and the other RICO Defendants, willfully, knowingly, deliberately and corruptly obstructed, influenced, and impeded and/or endeavored to obstruct, influence or impede the due administration of justice, and/or one or more official proceedings, including, but not limited to, Crossfire Hurricane and/or other investigations by the FBI, the CIA, the IG, and the DOJ.

306. In addition, the RICO Defendants conspired with Fusion GPS, Fritsch, Simpson, Orbis Ltd., Steele, and Danchenko to produce the Steele Dossier, which contained falsified, misleading and inaccurate representations about the alleged Trump-Russia connection, and which they knew would be provided to law enforcement, including without limitation the FBI, the DOJ and the CIA, for the purpose of corruptly obstructing, influenced, and impeding and/or endeavoring to obstruct, influence or impede one or more official proceedings, including, but not limited to, Crossfire Hurricane and/or other investigations by the FBI, the CIA, the IG, and the DOJ, in violation of 18 U.S.C. § 1512.

307. In addition, the RICO Defendants conspired with Danchenko in connection with his conduct in making various false statements and misrepresentations to the FBI in violation of 18 U.S.C. § 1512, including, but not limited to:

a. On June 15, 2017, Danchenko stated, at the direction of and in coordination with the RICO Defendants, that he had not spoken with Dolan about any material contained in the Dossier. This statement was patently false, as Danchenko used

the information provided by Dolan as a source for allegations made in the Dossier.

b. On March 16, 2017, May 18, 2017, October 24, 2017, and November 16, 2017, Danchenko, at the direction of and in coordination with the RICO Defendants, directly lied about the sources relied upon in compiling the Dossier.

308. The RICO Defendants had a meeting of the minds, common intent, were aware of, and conspired with Fusion GPS, Fritsch, Simpson, Orbis Ltd., Steele, and Danchenko in connection with the commission of the above-mentioned violations of 18 U.S.C. § 1512, including, without limitation, the scheme to produce and fraudulently disseminate the Steele Dossier and Danchenko's various false statements to law enforcement, and each of the other RICO Defendants committed an overt act in furtherance of said violations, and the RICO Defendants conspired to commit the above-named acts in furtherance of the overarching conspiracy to denigrate the Plaintiff and to derail his political career.

309. Therefore, the actions of the RICO Defendants constituted a conspiracy to obstruct justice in violation of 18 U.S.C. § 1512(k).

310. Based on the foregoing, the RICO Defendants' actions constituted at least two separate violations of 18 U.S.C. §§ 1503 and/or 1512.

311. All of Defendants' actions in violation of 18 U.S.C. § 1832 occurred after May 11, 2016 and, therefore, qualify as predicate acts pursuant to the 2016 amendment federal RICO statute.

**Damages**

312. The Plaintiff has been injured in his business and property as a direct and proximate result of Defendants' violation of 18 U.S.C. § 1962(c).

313. As a direct and proximate result of Defendants' actions, the Plaintiff has suffered, and continues to suffer, significant damages, including but not limited to, actual, compensatory,

special, incidental, and consequential damages in addition to costs of defense and attorneys' fees.

314. Among other things, the Plaintiff was forced to incur expenses in an amount to be determined at trial, but known to be in excess of twenty-four million dollars ($24,000,000) and continuing to accrue, in the form of defense costs, legal fees, and related expenses incurred in connection with his effort to defend against the Defendants' actions and the various federal investigations and/or official proceedings which arose therefrom, in addition to the loss of existing and future business opportunities for himself, the Trump Campaign, and the Trump Organization LLC.

315. All of these injuries were sustained within, and were the result of conduct occurring within the United States.

316. The Plaintiff is entitled to recover, pursuant to Title 18 United States Code § 1964(c), treble damages in the amount to be determined by offer of proof at time of trial. The Plaintiff is also entitled to recover attorneys' fees and costs of this litigation, as well as damages arising from lost profits and/or lost business opportunities attributable to the activities engaged in by defendants committed in furtherance of the Enterprise.

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendants, Hillary Clinton, HFACC, Inc., the Democratic National Committee, Perkins Coie, LLP, Michael Sussmann, and Marc Elias for damages, including Compensatory and Treble damages, costs, attorneys' fees, and such further and other relief as this honorable Court may deem just and proper.

## Count II RICO Conspiracy

**(18 U.S.C. § 1962(D))**

*(Against Clinton, Clinton Campaign, DNC, Perkins Coie, Sussmann, Dolan, Sullivan, Podesta, Mook, Reines, Elias, Fusion GPS, Simpson, Fritsch, Nellie Ohr, Bruce Ohr, Orbis Ltd., Steele, Danchenko, Neustar, and Joffe)*

317. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

318. Defendants, Clinton, the Clinton Campaign, DNC, Perkins Coie, Sussmann, Dolan, Sullivan, Podesta, Mook, Reines, Elias, Fusion GPS, Simpson, Fritsch, Nellie Ohr, Bruce Ohr, Orbis Ltd., Steele, Danchenko, Neustar, and Joffe (the "RICO Conspiracy Defendants"), are all "persons" within the meaning of 18 U.S.C. § 1961(3).

319. The RICO Conspiracy Defendants conspired with each other to violate 18 U.S.C. § 1962(C) and knowingly agreed, conspired and acted in concert for the express purpose of injuring the Plaintiff's political career and/or impeding his ability to effectively govern through a pattern of racketeering activity.

320. The RICO Conspiracy Defendants knew that they were engaged in a conspiracy to commit the predicate acts, including theft of trade secrets (18 U.S.C. § 1832) and obstruction of justice (18 U.S.C. §§ 1503 and/or 1512), and they knew that the predicate acts were part of such racketeering activity, and the participation and agreement of each of them was necessary to allow the commission of this pattern racketeering activity. This conduct constitutes conspiracy to violate 18 U.S.C. § 1962(c), in violation of 18 U.S.C. § 1962(d).

321. Each of the RICO Conspiracy Defendants knew about and agreed to facilitate the Enterprise's scheme to fraudulently concoct a scheme to damage the Plaintiff's political career and undermine his ability to effectively govern as the President of the United States through the wrongful acts identified herein. It was part of the conspiracy that the RICO Conspiracy Defendants

would commit a pattern of racketeering activity in the conduct of the affairs of the enterprise, including the acts of racketeering as set forth herein.

322. No RICO Conspiracy Defendant has withdrawn, or otherwise dissociated itself, from the conspiracy at issue or the other conspirators.

323. As a direct and proximate result of RICO Conspiracy Defendants' actions, the Plaintiff has been injured in his business and property has suffered, and continues to suffer, significant damages, including but not limited to, actual, compensatory, special, incidental, and consequential damages in addition to costs of defense and attorneys' fees.

324. Among other things, the Plaintiff was forced to incur expenses in an amount to be determined at trial, but known to be in excess of twenty-four million dollars ($24,000,000) and continuing to accrue, in the form of defense costs, legal fees, and related expenses incurred in connection with his effort to defend against the Defendants' actions and the various federal investigations and/or official proceedings arose therefrom.

325. The Plaintiff is entitled to recover, pursuant to Title 18 United States Code § 1964(c), treble damages in the amount to be determined by offer of proof at time of trial. The Plaintiff is also entitled to recover attorneys' fees and costs of this litigation, as well as damages arising from lost profits and/or lost business opportunities attributable to the activities engaged in by defendants committed in furtherance of the Enterprise.

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendants, Michael Sussmann, Perkins Coie, LLP, Hillary R. Clinton, HFACC, Inc., the Democratic National Committee, the DNC Services Corporation, Charles Halliday Dolan, Jr., Jake Sullivan, John Podesta, Perkins Coie, LLP, Marc Elias, Fusion GPS, Glenn Simpson, Peter Fritsch, Nellie Ohr, Bruce Ohr, Orbis Business

Intelligence, Ltd., Christopher Steele, Igor Danchenko, Neustar, Inc., Rodney Joffe, Robert Mook, Philippe Reines, James Comey, Peter Strzok, Lisa Page, Kevin Clinesmith, Andrew McCabe, John Does 1 through 10, said names being fictious and unknown persons, and ABC Corporations 1 through 10, said names being fictitious and unknown entities, for damages, including compensatory and treble damages, costs, attorneys' fees, and such further and other relief as this Court may deem just and proper.

**Count III**
**Injurious Falsehood**
**(18 U.S.C. § 2701-12)**
*(Against Clinton, Sullivan, Schultz, Danchenko, Sussmann, and Steele)*

326. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

327. As detailed at length herein, on multiple occasions the Defendants, Clinton, Joffe, Sussmann, Steele, Sullivan, and Schultz, made, disseminated and/or published false and damaging statements concerning the Plaintiff, specifically that he was colluding with Russia and its President Vladimir Putin.

328. At all relevant times, the Defendants acted with actual malice, as they knew that the Plaintiff was not colluding with Russia or, at a minimum, acted with reckless abandon as to the truth of whether the Plaintiff had colluded with Russia; despite said knowledge, the Defendants conspired to disseminate false information and spread a false narrative in an attempt to ruin the Plaintiff.

329. These individual Defendants, Clinton, Sullivan, Schultz, Danchenko, Sussmann, and Steele, made, disseminated, and/or published the false and damaging statements to third parties, including, but not limited to, government authorities, media outlets, and the general public.

330. Clinton, Sullivan, and Schultz, among other things, falsely and deliberately

published false and damaging statements about the Plaintiff and his purported ties with Russia and promoted their false allegations through the media.

331. In turn, the media heavily reported their allegations story as true, making it appear as if the Plaintiff had colluded with the Russian government, despite the falsity of their claims.

332. Sullivan, among other things, issued a press release on October 31, 2016, on behalf of Clinton and the Clinton Campaign, in made false and damaging claims about the Plaintiff:

> [T]his could be the most direct link yet between Donald Trump and Moscow. Computer scientists have apparently uncovered a covert server linking the Trump Organization to a Russian-based bank. This secret hotline may be the key to unlocking the mystery of Trump's ties to Russia. It certainly seems the Trump Organization felt it had something to hide, given that it apparently took steps to conceal the link when it was discovered by journalists. This line of communication may help explain Trump's bizarre adoration of Vladimir Putin and endorsement of so many pro-Kremlin positions throughout this campaign. It raises even more troubling questions in light of Russia's masterminding of hacking efforts that are clearly intended to hurt Hillary Clinton's campaign. We can only assume that federal authorities will now explore this direct connection between Trump and Russia as part of their existing probe into Russia's meddling in our elections.

333. Clinton, personally, also published the same false and damaging statements to the public, through her Twitter account on October 31, 2016, and to media outlets.

334. Clinton continues to publish the false and damaging allegations to media outlets.

335. For example, on June 16, 2021, Hillary Clinton appeared on the Morning Joe show on MSNBC and stated to the general public of the State of Florida, and the rest of the United States: "We don't have Trump as spokesperson for Putin, anymore." "After disastrous Trump presidency, in which he gave Putin a green light to do whatever he wanted to do, once Trump was elected, of course."

336. Schultz has also published numerous false and damaging statements about the

Plaintiff and his alleged collusion with Russia.

337. For example, she told CNN's Erin Burnett on "OutFront", that reported contacts between President Donald J. Trump's campaign aides and Russia amounted to collusion. Schultz told the reporter, "[W]ith every passing day, it gets more and more disturbing, and more and more evidence that there was collusion." "Donald Trump should be the first person asking for one, but since I think he likely was part of it, it's not surprising that hasn't happened."

338. Danchenko, among other things, submitted falsified evidence to the FBI and published false and damaging statements orally to the FBI.

339. Sussmann, among other things, submitted falsified evidence to the FBI, DOJ and CIA and published false and damaging statements orally to the FBI.

340. Steele, among other things knowingly maintained and published to third parties, including, but not limited to the FBI, the false series of reports referred to as the "Steele Dossier."

341. The individual Defendants knew that the statements were false at the time they made then and also knew or should have known that said statements would damage the Plaintiff's lawful property interests.

342. As a direct and proximate result of the individual Defendants' unlawful conduct, the Plaintiff has suffered and will continue to suffer economic losses and irreparable injuries.

343. As a direct and proximate result of the Defendants' actions, the Plaintiff has suffered, and continues to suffer, significant damages, including but not limited to, actual, compensatory, special, incidental, and consequential damages in addition to costs of defense and attorneys' fees.

344. Among other things, the Plaintiff was forced to incur expenses Among other things, the Plaintiff was forced to incur expenses in an amount to be determined at trial, but known to be

in excess of twenty-four million dollars ($24,000,000) and continuing to accrue, in the form of defense costs, legal fees, and related expenses incurred in connection with his effort to defend against the Defendants' false accusations and the various federal investigations and/or official proceedings arose therefrom.

345. The Plaintiff does not claim nor seek any compensation for damage to his reputation, but rather, he seeks damages for the cost of dealing with the legal issues and political issues, which he was required to spend to redress the injurious falsities which were propounded by the Defendants, and all other losses incurred due to the tortious conduct of the Defendants.

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendants, Hillary Clinton, Jake Sullivan, Debbie Wasserman Schultz, Michael Sussmann, Christopher Steele, and Igor Danchenko, and for damages, including Punitive damages, costs, and such further and other relief as this Court may deem just and proper.

## Count IV

### Conspiracy to Commit Injurious Falsehood

(*Against Clinton, Clinton Campaign, DNC, Perkins Coie, Sussmann, Dolan, Sullivan, Podesta, Schultz, Mook, Reines, Elias, Fusion GPS, Simpson, Fritsch, Nellie Ohr, Bruce Ohr, Orbis Ltd., Steele, Danchenko, Neustar, and Joffe*)

346. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

347. The Defendants had a meeting of minds to harm the Plaintiff by making false and damaging statements regarding the Plaintiff's alleged collusion with the Russian government, and its President Vladimir Putin, and then disseminating the false and damaging statements by publishing them to third parties, including, but not limited to, government authorities, media outlets, and the general public, in an attempt to cause harm to the Plaintiff.

348. As such, the Defendants conspired to commit unlawful acts by unlawful means. They had different roles, where some actors, such as Danchenko, Dolan, Steele, and Joffe, were involved in the fabrication of supposed facts to put into the Dossier, and later helped to foist it upon the FBI, while others were more involved with the publishing of the allegations to the media and general public, and still others were more involved in feeding false information federal authorities.

349. Each of the Defendants executed one or more acts in furtherance of the conspiracy, as detailed in this Complaint, and committed overt acts to harm the Plaintiff in furtherance of the conspiracy.

350. In this regard, the Defendants conspired to create a false narrative that that the Plaintiff was colluding with Russia through their dissemination of false and damaging statements.

351. At all relevant times, the Defendants acted with actual malice, as they knew that the Plaintiff was not colluding with Russia or, at a minimum, acted with reckless abandon as to the truth of whether the Plaintiff had colluded with Russia; despite said knowledge, the Defendants conspired to disseminate false information and spread a false narrative in an attempt to ruin the Plaintiff.

352. Despite this knowledge, that no evidence existed of the collusion, the Defendants further conspired to publish the false information to third parties, such as the FBI, other governmental agencies, the news-media outlets, and the U.S. population, in an attempt to smear the Plaintiff's to harm his chance of being elected and properly administrating his office of President of the United States.

353. As a direct and proximate result of the Defendants' actions, the Plaintiff has suffered, and continues to suffer, significant damage, including but not limited to, actual,

compensatory, special, incidental, and consequential damage in addition to costs of defense and attorneys' fees.

354. Among other things, the Plaintiff was forced to incur expenses in an amount to be determined at trial, but known to be in excess of twenty-four million dollars ($24,000,000) and continuing to accrue, in the form of defense costs, legal fees, and related expenses incurred in connection with his effort to defend against the Defendants' false accusations and the various federal investigations and/or official proceedings arose therefrom, in addition to the loss of existing and future business opportunities.

355. The Plaintiff does not claim nor seek any compensation for damage to his reputation, but rather, he seeks damages for the cost of dealing with the legal issues and political issues, which he was required to spend to redress the injurious falsities which were propounded by the Defendants, and all other losses incurred due to the tortious conduct of the Defendants.

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendants, Michael Sussmann, Perkins Coie, LLP, Hillary R. Clinton, HFACC, Inc., the Democratic National Committee, the DNC Services Corporation, Debbie Wasserman Schultz, Charles Halliday Dolan, Jr., Jake Sullivan, John Podesta, Perkins Coie, LLP, Marc Elias, Fusion GPS, Glenn Simpson, Peter Fritsch, Bruce Ohr, Nellie Ohr, Orbis Business Intelligence, Ltd., Christopher Steele, Igor Danchenko, Neustar, Inc., Rodney Joffe, Robert Mook, Philippe Reines, John Does 1 through 10, said names being fictious and unknown persons, and ABC Corporations 1 through 10, said names being fictitious and unknown entities, for damages, including Punitive damages, costs, and such further and other relief as this Court may deem just and proper.

## Count V
**Malicious Prosecution**
(*Against Sussmann, Elias, Danchenko, Fritsch, Simpson, Nellie Ohr, Steele, Joffe, Comey, McCabe, Strzok, Page, and Clinesmith*)

356. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

357. The Defendants, Sussmann, Elias, Danchenko, Fritsch, Simpson, Nellie Ohr, Steele and Joffe, willfully and knowingly misled FBI and DOJ officials with the intention of inducing the FBI to commence an investigation of the Plaintiff and his alleged collusion with Russia.

358. The Defendants, Sussmann, Elias, Danchenko, Fritsch, Simpson, Nellie Ohr, Steele and Joffe, concocted a scheme to denigrate the Plaintiff and by so doing, to cause harm to his campaign, and, in the course of carrying out this scheme, conspired to feed false and/or misleading information to the FBI and the DOJ, which prompted the FBI to commence an investigation.

359. The Defendants, Sussmann, Elias, Danchenko, Fritsch, Simpson, Nellie Ohr, Steele and Joffe, were the legal cause of the commencement of the FBI's investigation into the Plaintiff in that they, among other things, engaged in efforts to falsify information, documents, and/or evidence, such as the Dossier and the white papers, provided said false information, documents and/or evidence to the FBI and the DOJ, made false and/or misleading statements to the FBI and the DOJ concerning, among other things, the facts and circumstances of the development of the Dossier and the white papers, the credibility of their evidence and sources, the individuals and entities behind the Dossier and white papers, and other facts relevant to the Defendants' plot to falsely implicate the Plaintiff.

360. As a direct and proximate results of the Defendants' efforts, on July 31, 2016, the FBI launched a Foreign Agents Registration Act ("FARA") investigation, known as Crossfire Hurricane, to determine whether individual(s) associated with the Plaintiff and his campaign were

witting of and/or coordinating activities with the Russian government.

361. In acting to bring forth the false information to commence the investigation by the FBI for the express purpose of harming the Plaintiff, the Defendants acted with malicious intent.

362. The Defendants, Sussmann, Elias, Danchenko, Fritsch, Simpson, Nellie Ohr, Steele and Joffe, acted with actual malice, as they knew that the Plaintiff was not colluding with Russia or, at a minimum, acted with reckless abandon as to the truth of whether the Plaintiff had colluded with Russia; despite said knowledge, the Defendants conspired to disseminate false information and spread a false narrative in an attempt to ruin the Plaintiff.

363. Subsequent to the commencement of Crossfire Hurricane, additional Defendants who were well-position within the FBI, Comey, McCabe, Strzok, Page, and Clinesmith, were the legal cause of the continuation of the FBI's investigation and the commencement of extrajudicial FISA surveillance of the Plaintiff and his administration in that they, among other things, engaged in efforts to falsify evidence, information and/or documents, such as an e-mail correspondence regarding Carter Page that was submitted in furtherance of FISA application(s); relied upon knowingly false information including, without limitation, the White Papers and the Steele Dossier, which the Defendants were aware was not credible and was funded by the Clinton Campaign and the DNC; withheld pertinent and material information from FISA applications and in submissions, communications, and correspondences with judges, law enforcement officials, supervisors, superiors, and other government officials; made false and/or misleading statements to the FISC, Congress, and/or the Plaintiff, who at the time was sitting President of the United States; and otherwise misled as to the credibility of the evidence supporting their investigation, the individuals and entities behind the Dossier and white papers, and other facts relevant to the evidentiary basis for Crossfire Hurricane, the FISA applications, the Mueller investigation, and

other related investigations regarding the alleged Trump-Russia connection.

364. In acting to falsely maintain and continue the investigation(s) by the FBI and the DOJ for the express purpose of harming the Plaintiff, the Defendants, Comey, McCabe, Strzok, Page, and Clinesmith, acted with malicious intent.

365. The Defendants, Comey, McCabe, Strzok, Page, and Clinesmith, acted with actual malice, as they knew that the Plaintiff was not colluding with Russia or, at a minimum, acted with reckless abandon as to the truth of whether the Plaintiff had colluded with Russia, and they knew that Crossfire Hurricane lacked a legitimate evidentiary basis and was based on a false and contrived premise; despite said knowledge, the Defendants conspired to continue the baseless investigations, to obtain FISA warrants in excess of their lawful authority, and to proliferate the spread of the Defendants' false narrative.

366. As a direct and proximate result of the Defendants' actions, the Plaintiff has suffered, and continues to suffer, significant damages, including but not limited to, actual, compensatory, special, incidental, and consequential damages in addition to costs of defense and attorneys' fees.

367. Among other things, the Plaintiff was forced to incur expenses in an amount to be determined at trial, but known to be in excess of twenty-four million dollars ($24,000,000) and continuing to accrue, in the form of defense costs, legal fees, and related expenses incurred in connection with his effort to defend against the Defendants' false accusations and the various federal investigations and/or official proceedings arose therefrom, in addition to the loss of existing and future business opportunities for himself, the Trump Campaign, and the Trump Organization LLC.

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter

a Judgment for Donald J. Trump and against the Defendants, Michael Sussmann, Peter Fritsch, Glenn Simpson, Christopher Steele, Nellie Ohr, Igor Danchenko, Rodney Joffe, James Comey, Andrew McCabe, Peter Strzok, Lisa Page, and Kevin Clinesmith for compensatory damages, Punitive damages, costs, and such further and other relief as this Court may deem just and proper.

## Count VI

### Conspiracy to Commit Malicious Prosecution

(*Against Clinton, Sussmann, Schultz, Dolan, Sullivan, Elias, Simpson, Fritsch, Steele, Ohr, Danchenko, Joffe, Podesta, Mook, Reines, Comey, McCabe, Strzok, Page, and Clinesmith*)

368. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

369. The Defendants, Clinton, Sussmann, Schultz, Dolan, Sullivan, Elias, Simpson, Fritsch, Steele, Ohr, Danchenko, and Joffe, had a meeting of minds and a common plan to induce the FBI and/or the Department of Justice through deceptive means into commencing an unfounded investigation into the Plaintiff's alleged collusion with the Russian government, Vladimir Putin, and other government officials.

370. The Defendants, Clinton, Sussmann, Schultz, Dolan, Sullivan, Elias, Simpson, Fritsch, Steele, Ohr, Danchenko, and Joffe, conspired to cause the FBI's investigation to be commenced, and continue forward, by, among other things, falsifying information, documents, and evidence, such as the Dossier and the white papers, providing said falsified information, documents, and evidence to the FBI and the DOJ, and making false and/or misleading statements to the FBI and the DOJ concerning, among other things, the facts and circumstances of the development of the Dossier and the white papers, the credibility of their evidence and sources, the individuals and entities behind the Dossier and White Papers, and other facts relevant to the Defendants' plot to falsely implicate the Plaintiff.

371. The Defendants, Clinton, Sussmann, Schultz, Dolan, Sullivan, Elias, Simpson,

Fritsch, Steele, Ohr, Danchenko, and Joffe, concocted a scheme to denigrate the Plaintiff and tarnish his harm his chance of becoming elected and then to properly and effectively administrate his office of President of the United States. In the course of carrying out this scheme, they conspired to feed false and/or misleading information to the FBI and the DOJ which prompted the FBI to commence an investigation.

372. The Defendants, Clinton, Sussmann, Schultz, Dolan, Sullivan, Elias, Simpson, Fritsch, Steele, Ohr, Danchenko, and Joffe, conspired to do an unlawful act by unlawful means.

373. The Defendants, Clinton, Sussmann, Schultz, Dolan, Sullivan, Elias, Simpson, Fritsch, Steele, Ohr, Danchenko, and Joffe, acted with actual malice, as they knew that the Plaintiff was not colluding with Russia or, at a minimum, acted with reckless abandon as to the truth of whether the Plaintiff had colluded with Russia; despite said knowledge, the Defendants conspired to disseminate false information and spread a false narrative in an attempt to ruin the Plaintiff.

374. Moreover, in conspiring to bring forth the false information to commence the investigation by the FBI for the express purpose of harming the Plaintiff, the Defendants, Clinton, Sussmann, Schultz, Dolan, Sullivan, Elias, Simpson, Fritsch, Steele, Ohr, Danchenko, and Joffe, acted with malicious intent.

375. Subsequent to the commencement of Crossfire Hurricane, additional Defendants who were well-positioned within the FBI, Comey, McCabe, Strzok, Page, and Clinesmith, conspired to continue the FBI's investigation and to commence an extrajudicial FISA surveillance of the Plaintiff and his administration in that they, among other things, conspired to falsify evidence, information and/or documents, such as an e-mail correspondence regarding Carter Page that was submitted in furtherance of FISA application(s); conspired to rely upon knowingly false information including, without limitation, the White Papers and the Steele Dossier, which the

Defendants were aware was not credible and was funded by the Clinton Campaign and the DNC; conspired to withhold pertinent and material information from FISA applications and in submissions, communications, and correspondences with judges, law enforcement officials, supervisors, superiors, and other government officials; conspired to make false and/or misleading statements to the FISC, Congress, and/or the Plaintiff, who at the time was sitting President of the United States; and otherwise conspired to mislead as to the credibility of the evidence supporting their investigation, the individuals and entities behind the Dossier and white papers, and other facts relevant to the evidentiary basis for Crossfire Hurricane, the FISA applications, the Mueller investigation, and other related investigations regarding the alleged Trump-Russia connection.

376. In conspiring to falsely maintain and continue the investigation(s) by the FBI and the DOJ for the express purpose of harming the Plaintiff, the Defendants, Comey, McCabe, Strzok, Page, and Clinesmith, acted with malicious intent.

377. The Defendants, Comey, McCabe, Strzok, Page, and Clinesmith, acted with actual malice, as they knew that the Plaintiff was not colluding with Russia or, at a minimum, acted with reckless abandon as to the truth of whether the Plaintiff had colluded with Russia, and they knew that Crossfire Hurricane lacked a legitimate evidentiary basis and was based on a false and contrived premise; despite said knowledge, the Defendants conspired to continue the baseless investigations, to obtain FISA warrants in excess of their lawful authority, and to proliferate the spread of the Defendants' false narrative.

378. Each of the above-named Defendants executed several acts in furtherance of the conspiracy, as detailed at length in this Complaint, and committed overt acts to harm the Plaintiff in the furtherance of the conspiracy.

379. As a direct and proximate result of the Defendants' actions, the Plaintiff has

suffered, and continues to suffer, significant damages, including but not limited to, actual, compensatory, special, incidental, and consequential damages in addition to costs of defense and attorneys' fees.

380. As a direct and proximate result of the Defendants' actions, the Plaintiff has suffered, and continues to suffer, significant damage, including but not limited to, actual, compensatory, special, incidental, and consequential damage in addition to costs of defense and attorneys' fees.

381. Among other things, the Plaintiff was forced to incur expenses in an amount to be determined at trial, but known to be in excess of twenty-four million dollars ($24,000,000) and continuing to accrue, in the form of defense costs, legal fees, and related expenses incurred in connection with his effort to defend against the Defendants' false accusations and the various federal investigations and/or official proceedings arose therefrom, in addition to the loss of existing and future business opportunities.

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendants, Hillary Clinton, Michael Sussmann, Debbie Wasserman Schultz, Charles Halliday Dolan, Jr., Jake Sullivan, Marc Elias, Glenn Simpson, Peter Fritsch, Christopher Steele, Nellie Ohr, Igor Danchenko, and Rodney Joffe, John Podesta, Robert Mook, Philippe Reines, James Comey, Andrew McCabe, Peter Strzok, Lisa Page, and Kevin Clinesmith for compensatory damages, Punitive damages, costs, and such further and other relief as this Court may deem just and proper.

## **Count VII**

### **Computer Fraud and Abuse Act**
### **(18 U.S.C. § 1030)**

*(Against Neustar, Joffe, DNC, Clinton Campaign, Clinton, Perkins Coie, Sussmann)*

382. The Plaintiff avers the allegations contained in the preceding paragraphs and

incorporates them in this count, as if set forth at length herein.

383. The computers belonging to the Executive Office of the President of the United States are non-public, belonging to a department or agency of the United States, are exclusively for the use of the United States Government and are involved in interstate and foreign commerce and communications.

384. The computers belonging to the Trump Organization LLC, located at Trump Tower, are involved in interstate and foreign commerce and communication and, therefore, are protected computers under 18 U.S.C. § 1030(e)(2).

385. The Defendants' conduct as alleged herein violated 18 U.S.C. §§ 1030(a)(2), 1030(a)(3), 1030(a)(4), and/or 1030(a)(6).

386. The Defendants, Neustar and Joffe, knowingly, intentionally and unlawfully accessed and/or exceeded their authority to access the computers at the Executive Office of the President of the United States and thereby obtained and used valuable, sensitive and/or proprietary information and data from those computers in violation of 18 U.S.C. § 1030(a)(2)(B), 1030(a)(2)(C), and 1030(a)(3).

387. Such information and data include, but are not limited to, non-public, sensitive, confidential, classified and/or proprietary internet data, DNS records, techniques, processes, procedures and programs.

388. Neustar and Joffe also knowingly, intentionally, and unlawfully accessed and/or exceeded their authority to access computers belonging to the Trump Organization LLC, located at the Trump Tower, and thereby obtained and used valuable, sensitive and/or proprietary information and data from those computers in violation of 18 U.S.C. § 1030(a)(2)(C).

389. Such information and data include, but are not limited to, non-public, sensitive,

confidential and/or proprietary internet data, DNS records, business methods, techniques, processes, procedures and programs.

390. As detailed at length herein, the Defendants, the DNC, the Clinton Campaign, Clinton, Perkins Coie, and Sussmann conspired with Neustar and Joffe in their commission of the above-stated acts, in violation of 18 § U.S.C. 1030(b).

391. As a direct and proximate result of the DNC, the Clinton Campaign, Clinton, Perkins Coie, Sussmann, Neustar, and Joffe's violations of 18 U.S.C. § 1030, the Plaintiff has been injured and has sustained a loss in excess of $5,000.

392. Among other things, the Defendants obtained valuable, sensitive, proprietary and confidential data and information pertaining to the Plaintiff, which they manipulated, falsified and altered for nefarious purposes, and, in addition, the Plaintiff was forced to incur expenses in an amount to be determined at trial, but known to be in excess of twenty-four million dollars ($24,000,000) and continuing to accrue, in the form of defense costs, legal fees, and related expenses incurred in connection with his effort to defend against the Defendants' actions and the various federal investigations and/or official proceedings arose therefrom

393. The acts of the above-mentioned Defendants which violated 18 U.S.C. § 1030 were not discoverable until September 16, 2021, upon the disclosure of said acts described in the indictment of Michael Sussmann in *United States v. Sussmann*, case no. 1:21-cr-00582-CRC, United States District Court, District for Columbia.

394. As a direct and proximate result of the Defendant's actions, the Plaintiff has suffered, and continues to suffer, significant damage, including but not limited to, actual, compensatory, special, incidental, and consequential damage, including, among other things, the cost of investigating and responding to the unauthorized access, defending himself against federal

investigations, harm to his business, and loss of trade secrets and/or other proprietary, sensitive or valuable information and data, entitling the Plaintiff to compensatory relief under 18 U.S.C. § 1030(g).

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendants, Neustar, Inc., Rodney Joffe, Perkins Coie, LLP, Michael Sussmann, HFACC, Inc., the Democratic National Committee, the DNC Services Corporation, and Hillary Clinton for compensatory damages, Punitive damages, costs, attorneys' fees, and such further and other relief as this honorable Court may deem just and proper.

## Count VIII
**Theft of Trade Secrets**
**(18 U.S.C. § 1830-32)**
*(Against Neustar, Joffe, Perkins Coie, Sussmann, Clinton Campaign, DNC, and Clinton)*

395. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

396. The Plaintiff owns and possesses certain non-public, proprietary, sensitive and confidential information and data, including without limitation, DNS data.

397. DNS internet traffic data houses highly proprietary, sensitive and confidential data. For example, among other things, an analysis of raw DNS data could reveal a comprehensive view into an individual or a company's website traffic, e-mail traffic, webmail traffic, chat messaging, in addition to the types of technology, hardware, software, programs, securities and processes being utilized by the servers.

398. Neustar and Joffe, at the direction of Perkins Coie, Sussmann, Clinton Campaign, DNC, and Clinton, exploited access to non-public data sources and/or servers, and unlawfully acquired, stole and exploited sensitive, proprietary and confidential internet data, including without limitation, DNS information, traffic, and/or data originating from computers and/or

servers: (i)located at Plaintiff's private apartment in Central Park West in New York and belonging to the Plaintiff; and (ii) located at Trump Tower and belonging to The Trump Organization, in which Plaintiff has an ownership interest (collectively, with the computers and/or servers house in Plaintiff's private apartment, "Plaintiff's Servers").

399. Joffe and Neustar exploited their access to non-public data to, among other things, mine DNS traffic and other data from Plaintiff's Servers for the purpose of gathering derogatory information about the Plaintiff.

400. In doing so, Joffe and Neustar intentionally accessed, without authorization, Plaintiff's Servers.

401. By illegally accessing the above-mentioned information and data, the Neustar and Joffe, were able to obtain proprietary, sensitive, and/or confidential information and data including, among other things, the number and frequency of e-mail communications between the Plaintiff's Servers and other third party servers, the number and frequency of website visits to third party websites by the Plaintiff's Servers, the number and frequency of webmail interactions between the Plaintiff's Servers and other third party servers, and the number and frequency of chat messaging interactions between the Plaintiff's Servers and other third party servers, as well as information pertaining to the types of software, programs, securities and processes being utilized by Plaintiff's Servers.

402. This information and data revealed highly proprietary, sensitive, and confidential knowledge, including insight into Plaintiff's and The Trump Organization's business dealings, financial dealings, communications, future and current plans, techniques, patterns, methods, processes, and procedures, as well as identification of their corporate partners, political associates, clients, and vendors.

403. This proprietary, sensitive and confidential information, data and/or knowledge constitutes trade secrets within the meaning of 18 U.S.C. § 1839(3) where they constitute business and/or political methods, techniques, processes, procedures and programs that are both protected from disclosure by the Plaintiff and derive significant economic value from not generally being known to or ascertainable by others, including the Defendants, who can obtain economic value from disclosure or use of such information.

404. The Plaintiff and The Trump Organization restricts access to their proprietary, sensitive and confidential information and data, including DNS data, even within their own personnel and prevents unauthorized access to such records by digital or electronic means.

405. The Plaintiff and The Trump Organization further protects against theft and disclosure of such information by third parties by the requirement of executed non-disclosure agreements prior to providing any such access.

406. Defendants, Neustar and Joffe, violated the Defend Trade Secrets Act, 18 U.S.C. § 1832(a)(1), by knowingly obtaining the Plaintiff's confidential records by fraud, artifice, and deception and, thereafter, stealing, appropriating, taking, carrying away, and concealing the theft of the Plaintiff's confidential records with intent to convert the Plaintiff's confidential records, which are related to products sold in interstate and foreign commerce, to the Defendants' own benefit, while knowing and intending that such misappropriation would injure the Plaintiff.

407. Defendants, Perkins Coie, Sussmann, Clinton Campaign, DNC, and Clinton, conspired with Neustar and Joffe to commit the above-named acts in furtherance of the overarching conspiracy to denigrate and spread injurious falsehoods to harm the Plaintiff's political career and to impede his ability to effectively govern.

408. Defendants, Perkins Coie, Sussmann, Clinton Campaign, DNC, and Clinton,

conspired with Neustar and Joffe to violate the Defend Trade Secrets Act, 18 U.S.C. § 1832(a)(1), by assisting, aiding, and abetting Neustar and Joffe in obtaining Plaintiff's proprietary, sensitive and confidential information and data by fraud, artifice, and deception and, thereafter, stealing, appropriating, taking, carrying away, and concealing the theft of Plaintiff's confidential records with intent to convert Plaintiff's confidential records, which are related to products sold in interstate and foreign commerce, to Defendants' own benefit, while knowing and intending that such misappropriation would injure the Plaintiff

409. Each of the Defendants, Perkins Coie, Sussmann, Clinton Campaign, DNC, and Clinton, were aware of, and active participants in, the conspiracy for Neustar and Joffe's to violate the Defend Trade Secrets Act, 18 U.S.C. § 1832, and each of the RICO Defendants committed at least one act in furtherance of this goal.

410. The Plaintiff's confidential records were misappropriated by Defendants within the meaning of 18 U.S.C. § 1839(5), where the Plaintiff's records were acquired by the Defendants, through unlawful and deceptive acts, without the Plaintiff's authorization and through Defendants' acts of espionage or other improper means conducted by electronic or other means.

411. The theft of the protected trade secrets has damaged the Plaintiff.

412. The actions of Defendants, Neustar and Joffe, constitute theft of trade secrets in violation of 18 U.S.C. § 1832(a)(1).

413. The actions of Defendants, Perkins Coie, Sussmann, Clinton Campaign, DNC, and Clinton, constitute a conspiracy to steal trade secrets in violation of 18 U.S.C. § 1832(a)(5).

414. As a direct and proximate result of the Defendants' actions, the Plaintiff has suffered, and continues to suffer, significant damage, including but not limited to, actual, compensatory, special, incidental, and consequential damage in addition to costs of defense and

attorneys' fees.

415. Among other things, the Plaintiff was forced to incur, the Plaintiff was forced to incur expenses in an amount to be determined at trial, but known to be in excess of twenty-four million dollars ($24,000,000) and continuing to accrue, in the form of defense costs, legal fees, and related expenses incurred in connection with his effort to defend against the Defendants' actions and the various federal investigations and/or official proceedings arose therefrom, in addition to the loss of existing and future business opportunities.

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendants, Neustar, Inc., Rodney Joffe, Perkins Coie, LLP, Michael Sussmann, HFACC, Inc., the Democratic National Committee, the DNC Services Corporation, and Hillary Clinton, for compensatory damages, Punitive damages, costs, attorneys' fees, and such further and other relief as this Court may deem just and proper.

## Count IX

**Stored Communications Act**
**(18 U.S.C. 2701-12)**
*(Against Neustar and Joffe)*

416. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

417. The Defendants, Neustar and Joffee, on one or more occasions willfully and intentionally accessed, without authorization or in excess of any authorization, facilities through which an electronic communication is provided.

418. Neustar and Joffee obtained unauthorized access to or, at a minimum, exceeded their authorization to access, numerous facilities through which an electronic communication is provided, including, but not limited to: (i) the computers, networks and/or servers of the Plaintiff's private New York residence; (ii) the computers, networks and/or servers of the Executive Office

of the President of the United States; and (iii) the computers, networks and/or servers of the Trump Organization LLC, specifically located at Trump Tower (collectively, the "Computers").

419. Neustar and Joffee obtained wire or electronic communications from the Computers that were in electronic storage in such systems.

420. The Plaintiff was aggrieved as a direct and proximate result of Neustar and Joffe's actions, and was caused to suffer significant damage, entitling him to an award for monetary relief under 18 U.S.C. § 2707(c).

421. The violations of Neustar and Joffe were willful and intentional, thereby warranting an award of punitive damages under 18 U.S.C. § 2707(c).

422. Moreover, in conspiring to bring forth the false information to commence the investigation by the FBI for the express purpose of harming the Plaintiff, the Defendants, Clinton, Sussmann, Schultz, Dolan, Sullivan, Elias, Simpson, Fritsch, Steele, Ohr, Danchenko, and Joffe, acted with malicious intent.

423. The Plaintiff also seeks an award for attorneys' fees and costs as permitted pursuant to 18 U.S.C. § 2707(c)

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendants, Neustar, Inc. and Rodney Joffe, for compensatory damages, punitive damages, costs, attorneys' fees, and such further and other relief as this Court may deem just and proper.

## Count X
**Agency**
*(Against Clinton)*

424. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

425. Clinton, acting as a principal, used the law firm, Perkins Coie, and the Clinton Campaign as her agents to act on her behalf to carry out the plot against Trump to assure that he would be falsely implicated as colluding with a hostile foreign sovereignty.

426. Specifically, the Clinton Campaign and the DNC under Clinton's direction put into place a scheme to hire dishonest operatives to put together a collection of lies and innuendo about the Plaintiff and shop it to the FBI. The statements that were disseminated were knowingly false and damaging.

427. Clinton directed the DNC and the Clinton Campaign to also retain Perkins Coie, LLP to find proof of a sinister link between Trump and Russia in the lead-up to the 2016 Presidential Election.

428. The Clinton Campaign and the DNC, under the direction of Hillary Clinton, directed its law firm, Perkins Coie, to hire an outside intelligence firm, Fusion GPS to dig up dirt on the Plaintiff's alleged connections with Russia in 2016. They paid Fusion GPS approximately $10 million to produce and propagate a false narrative that the Plaintiff had colluded with the Russians.

429. Clinton attempted to shield her involvement through a barricade of agents working on her behalf.

430. Once retained Perkins Coie, was tasked with spearheading the mission to find or fabricate proof of a sinister link between Trump and Russia in the lead-up to the 2016 Presidential Election.

431. The Clinton Campaign also secured Joffe and his company Neustar, Inc. to help Clinton achieve her goal.

432. During the lead-up to the 2016 Presidential Election, the Clinton Campaign retained Perkins Coie to perform "opposition research" on the Trump Campaign.

433. Perkins Coie did not provide legal services to the Defendants, but instead, was commissioned to dig up whatever dirt they could on the Plaintiff, and to the extent there was none, to manufacture it.

434. Perkins Coie, acting with the knowledge and direction of the Clinton Campaign, then proceeded to proliferate a false narrative that the Trump Campaign was actively colluding with Russian operatives to subvert the 2016 Presidential Election.

435. Sussmann and Elias, while working for Perkins Coie, and working on behalf of the Clinton Campaign, worked with Joffe and attempted to find any such wrongdoing by the Plaintiff.

436. Sussmann advised the media and others, falsely and knowingly claiming to demonstrate the existence of a secret communications channel between the Trump Organization and Alfa Bank. In this regard, Sussmann invoiced the Clinton Campaign for his communications with Joffe and Elias.

437. Sussmann was also advising the Clinton Campaign in connection with cybersecurity issues, and Perkins Coie, acted as the Clinton Campaign's General Counsel.

438. Joffe used his access at multiple organizations to gather and mine public and non-public Internet data regarding Trump and his associates, with the goal of creating a "narrative" regarding the candidate's ties to Russia."

439. Joffe later shared certain results of those data searches and analysis with Sussmann so that Sussmann, in turn, could provide them to the media and the FBI.

440. Clinton was fully aware of the plan and hired and instructed the necessary parties to make it happen.

441. Moreover, employees of Perkins Coie, Elias and Sussmann had multiple conferences regarding their work and billed the Clinton Campaign for these meetings.

442. All of the abovementioned acts were committed by Perkins Coie under the instruction and for the benefit of Hillary Clinton and the Clinton Campaign.

443. The agents, the Clinton Campaign and Perkins, Coie, LLP, were not acting outside of the instructions of the principal when committing the above-mentioned acts because they were hired for the sole purpose of digging up or manufacturing information on the Plaintiff.

444. Sussmann, and his firm, Perkins Coie were always acting on behalf of and in coordination with the Clinton Campaign, in assembling and conveying Sussmann's allegations.

445. Additionally, all of Sussmann's recorded time and work relating to the Russian Bank were billed to the Clinton Campaign.

446. Clinton is liable as a principal for all of the acts her agents committed against the Plaintiff at her request and for her benefit.

447. As a direct and proximate result of the Defendants' actions, the Plaintiff has suffered, and continues to suffer, significant damage, including but not limited to, actual, compensatory, special, incidental, and consequential damage in addition to costs of defense and attorneys' fees.

448. Among other things, the Plaintiff was forced to incur expenses in an amount to be determined at trial, but known to be in excess of twenty-four million dollars ($24,000,000) and continuing to accrue, in the form of defense costs, legal fees, and related expenses incurred in connection with his effort to defend against the Defendants' false accusations and the various federal investigations and/or official proceedings arose therefrom, in addition to the loss of existing and future business opportunities.

449. The Plaintiff does not claim nor seek any compensation for damage to his reputation, but rather, he seeks damages for the cost of dealing with the legal issues and political

issues, which he was required to spend to redress the injurious falsities which were propounded by the Defendants, and all other losses incurred due to the tortious conduct of the Defendants.

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendant, Hillary Clinton, for damages, including Punitive damages, costs, and such further and other relief as this Court may deem just and proper.

## Count XI

### Respondeat Superior/Vicarious Liability

*(Against Perkins Coie)*

450. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

451. Under the doctrine of respondeat superior, the Defendant, Perkins Coie, is vicariously responsible for the torturous conduct of its agents, servants, representatives, employees and/or contractors.

452. Specifically, under the doctrine of respondeat superior, Perkins Coie is responsible for the tortious actions that its employees, Sussmann and Elias, committed.

453. Elias and Sussmann were two of Perkins Coie's senior partners responsible for representing the DNC. The senior partners negotiated the Joint Fund-Raising Agreement between the DNC and the Clinton Campaign in which Hillary Clinton would be permitted to control the party's finances, strategy, and utilize the money that the DNC raised.

454. Sussmann and Joffe engaged in efforts with Elias and individuals acting on behalf of the Clinton Campaign to manufacture evidence of wrongdoing by the Plaintiff and the existence of a secret communications channel between the Trump Organization and Alfa Bank.

455. Sussmann reported the Alfa Bank connection as though it was real and lied to the

FBI General Counsel in that he falsely stated that he was not acting on behalf of any client, when he was specifically there at the behest of Clinton, the Clinton Campaign, and the DNC. In fact, he invoiced the Clinton Campaign for his efforts.

456. From in or about late July through in or about mid-August 2016, Sussmann, Joffe, and Elias coordinated and communicated about the Plaintiff's involvement with Alfa Bank. Sussmann and Perkins Coie invoiced the Clinton Campaign for that conspiratorial meeting.

457. Elias and Sussmann perpetrated lies about the Plaintiff and falsified evidence. Elias and Sussmann committing these egregious acts while working for a client of their firm. The DNC and the Clinton Campaign hired Perkins Coie and Sussmann and Elias to complete the work as a part of their job.

458. At all material times, the above-named employees were all acting within the scope of their employment, performing work for their employer at the time of the tortious conduct, and therefore are responsible for the actions of their employees.

459. As a direct and proximate result of the torturous actions by agents, servants, representatives, employees and/or contractors, as alleged above, Perkins Coie is vicariously liable to the Plaintiff, as he suffered losses due to the actions of the employees who were working within the scope of their employment.

460. As a direct and proximate result of the Defendants' actions, the Plaintiff has suffered, and continues to suffer, significant damage, including but not limited to, actual, compensatory, special, incidental, and consequential damage in addition to costs of defense and attorneys' fees.

461. Among other things, the Plaintiff was forced to incur expenses in an amount to be determined at trial, but known to be in excess of twenty-four million dollars ($24,000,000) and

continuing to accrue, in the form of defense costs, legal fees, and related expenses incurred in connection with his effort to defend against the Defendants' false accusations and the various federal investigations and/or official proceedings arose therefrom, in addition to the loss of existing and future business opportunities for himself, the Trump Campaign, and the Trump Organization LLC.

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendant, Perkins Coie, LLP, for damages, including Punitive damages, costs, and such further and other relief as this Court may deem just and proper.

## Count XII

### Respondeat Superior/Vicarious Liability

*(Against the DNC)*

462. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

463. Under the doctrine of respondeat superior, the Defendant, the DNC, is vicariously responsible for the torturous conduct of its agents, servants, representatives, employees and/or contractors.

464. Specifically, under the doctrine of respondeat superior, the DNC is responsible for the tortious actions committed by its chairperson, Schultz, and other members and employees.

465. At all material times, the above-named employees were all acting within the scope of their employment, performing work for their employer at the time of the tortious conduct, and therefore are responsible for the actions of their employees.

466. As a direct and proximate result of the torturous actions by agents, servants, representatives, employees and/or contractors, as alleged above, the DNC is vicariously liable to

the Plaintiff, as he suffered losses due to the actions of the employees who were working within the scope of their employment.

467. Among other things, the Plaintiff was forced to incur expenses in an amount to be determined at trial, but known to be in excess of twenty-four million dollars ($24,000,000) and continuing to accrue, in the form of defense costs, legal fees, and related expenses incurred in connection with his effort to defend against the Defendants' false accusations and the various federal investigations and/or official proceedings arose therefrom, in addition to the loss of existing and future business opportunities.

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendant, the Democratic National Committee, the DNC Services Corporation, for Compensatory damages, Punitive damages, costs, and such further and other relief as this Court may deem just and proper.

## Count XIII

**Respondeat Superior/Vicarious Liability**
*(Against the Clinton Campaign)*

468. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

469. Under the doctrine of respondeat superior, the Defendant, the Clinton Campaign, vicariously responsible for the torturous conduct of its agents, servants, representatives, employees and/or contractors.

470. Specifically, under the doctrine of respondeat superior, the Clinton Campaign is responsible for the tortious actions committed by its campaign manager, communications director, and foreign policy advisor.

471. On or about September 15, 2016, Elias exchanged emails with the Clinton

Campaign's campaign manager, communications director, and foreign policy advisor concerning the plot to falsely connect Donald J. Trump to a Russian bank.

472. At all material times, the above-named employees were all acting within the scope of their employment, performing work for their employer at the time of the tortious conduct, and therefore are responsible for the actions of their employees.

473. As a direct and proximate result of the torturous actions by agents, servants, representatives, employees and/or contractors, as alleged above, the Clinton Campaign is vicariously liable to the Plaintiff, as he suffered losses due to the actions of the employees who were working within the scope of their employment.

474. Among other things, the Plaintiff was forced to incur expenses in an amount to be determined at trial, but known to be in excess of twenty-four million dollars ($24,000,000) and continuing to accrue, in the form of defense costs, legal fees, and related expenses incurred in connection with his effort to defend against the Defendants' false accusations and the various federal investigations and/or official proceedings arose therefrom, in addition to the loss of existing and future business opportunities.

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendant, HFACC Inc., for damages, including Punitive damages, costs, and such further and other relief as this Court may deem just and proper.

## Count XIV

### Respondeat Superior/Vicarious Liability

*(Against Fusion GPS)*

475. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

476. Under the doctrine of respondeat superior, the Defendant, Fusion GPS is vicariously

responsible for the torturous conduct of its agents, servants, representatives, employees and/or contractors.

477. Specifically, under the doctrine of respondeat superior, Fusion GPS is responsible for the tortious actions committed by its employees, Fritsch and Simpson.

478. Elias, in his mission to obtain derogatory anti-Trump 'opposition research,' commissioned Fusion GPS, and its co-founders, Fritsch and Simpson, and directed them to dredge up evidence—legitimate or otherwise, true or otherwise, of collusion between the Plaintiff and Russia.

479. Fritsch and Simpson, in turn, enlisted the assistance of Orbis Ltd and its owner, Steele, to produce a series of reports setting forth damning evidence of the supposed collusion between the Plaintiff and Russia.

480. Moreover, the efforts of Ohr to pass the knowingly false Dossier through her husband to the Department of Justice, while she was in the full-time employment of Fusion GPS also leads to the liability of Fusion GPS.

481. The now-debunked collection of reports, known as the "Steele Dossier" or simply the "Dossier," was riddled with misstatements, misrepresentations and flat out lies. As it turns out, the Dossier was largely based upon information provided to Steele by his primary sub-source, Danchenko, who admittedly fabricated his claims.

482. Danchenko had close ties to senior Clinton Campaign official Dolan, who knowingly provided false information to Danchenko, who relayed it to Steele, who reported it in his Dossier and fed it to the FBI and the media.

483. Fritsch and Simpson were hired and working for their company Fusion GPS when they fabricated research and evidence.

484. At all material times, the above-named employees were all acting within the scope of their employment, performing work for their employer at the time of the tortious conduct, and therefore are responsible for the actions of their employees.

485. As a direct and proximate result of the torturous actions by agents, servants, representatives, employees and/or contractors, as alleged above, Fusion GPS is vicariously liable to the Plaintiff, as he suffered losses due to the actions of the employees who were working within the scope of their employment.

486. Among other things, the Plaintiff was forced to incur expenses in an amount to be determined at trial, but known to be in excess of twenty-four million dollars ($24,000,000) and continuing to accrue, in the form of defense costs, legal fees, and related expenses incurred in connection with his effort to defend against the Defendants' false accusations and the various federal investigations and/or official proceedings arose therefrom, in addition to the loss of existing and future business opportunities.

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendant, Fusion GPS, for damages, including Punitive damages, costs, and such further and other relief as this Court may deem just and proper.

## **Count XV**

### **Respondeat Superior/Vicarious Liability**
(*Against Orbis Business Intelligence Ltd*)

487. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

488. Under the doctrine of respondeat superior, the Defendant, Orbis, vicariously responsible for the torturous conduct of its agents, servants, representatives, employees and/or contractors.

489. Specifically, under the doctrine of respondeat superior, Orbis is responsible for the tortious actions committed by its employee, Steele.

490. Fritsch and Simpson enlisted the assistance of Orbis Ltd and its owner, Steele, to produce a series of reports setting forth damning evidence of the supposed collusion between the Plaintiff and Russia.

491. The now-debunked collection of reports, known as the "Steele Dossier" or simply the "Dossier," was riddled with misstatements, misrepresentations and flat out lies. As it turns out, the Dossier was largely based upon information provided to Steele by his primary sub-source, Danchenko, who admittedly fabricated his claims.

492. Danchenko had close ties to senior Clinton Campaign official, Dolan, who knowingly provided false information to Danchenko, who relayed it to Steele, who reported it in his Dossier and fed it all the way back up the chain.

493. Fusion GPS was hired to create the fabricated Dossier and Steele was working for the company when he created it.

494. At all material times, the above-named employees were all acting within the scope of their employment, performing work for their employer at the time of the tortious conduct, and therefore are responsible for the actions of their employees.

495. As a direct and proximate result of the tortious actions by agents, servants, representatives, employees and/or contractors, as alleged above, Orbis is vicariously liable to the Plaintiff, as he suffered losses due to the actions of the employees who were working within the scope of their employment.

496. As a direct and proximate result of the Defendants' actions, the Plaintiff has suffered, and continues to suffer, significant damage, including but not limited to, actual,

compensatory, special, incidental, and consequential damage in addition to costs of defense and attorneys' fees.

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendant, Orbis Business Intelligence Ltd., for damages, including Punitive damages, costs, and such further and other relief as this Court may deem just and proper.

## Count XVI

### Respondeat Superior/Vicarious Liability
*(Against Neustar)*

497. The Plaintiff avers the allegations contained in the preceding paragraphs and incorporates them in this count, as if set forth at length herein.

498. Under the doctrine of respondeat superior, the Defendant, Neustar vicariously responsible for the torturous conduct of its agents, servants, representatives, employees and/or contractors.

499. Specifically, under the doctrine of respondeat superior, Neustar is responsible for the tortious actions committed by its employee, Joffe.

500. The Clinton Campaign secured Neustar, Inc. which is run by Joffe, to help Hillary Clinton achieve her goal.

501. Sussmann and Elias, while working for Perkins Coie, LLP, and working on behalf of the Clinton Campaign, worked with Joffe and attempted to find wrongdoing by the Plaintiff or the Trump Organization.

502. Sussmann advised the media and others, falsely and knowingly claiming to demonstrate the existence of a secret communications channel between the Trump Organization and Alfa Bank. In this regard, Sussmann invoiced the Clinton Campaign for his Communications

with Joffe and Elias.

503. Sussmann was also advising the Clinton Campaign in connection with cybersecurity issues, and Perkins Coie, acted as the Clinton Campaign's General Counsel.

504. Joffe used his access at multiple organizations to gather and mine public and non-public Internet data regarding Trump and his associates, with the goal of creating a "narrative" regarding the candidate's ties to Russia."

505. Joffe later shared certain results of those data searches and analysis with Sussmann so that Sussmann, in turn, could provide them to the media and the FBI.

506. Joffe was working and acting on behalf of Neustar when he attempted to find wrongdoing and fabricated facts and evidence.

507. At all material times, the above-named employees were all acting within the scope of their employment, performing work for their employer at the time of the tortious conduct, and therefore are responsible for the actions of their employees.

508. As a direct and proximate result of the Defendants' actions, the Plaintiff has suffered, and continues to suffer, significant damage, including but not limited to, actual, compensatory, special, incidental, and consequential damage in addition to costs of defense and attorneys' fees.

WHEREFORE, the Plaintiff, Donald J. Trump, respectfully requests that this Court enter a Judgment for Donald J. Trump and against the Defendant, Neustar, Inc., for damages, including Punitive damages, costs, and such further and other relief as this Court may deem just and proper.

## Jury Demand

The Plaintiff hereby demands a trial by jury of all issues so triable.

Dated: March 24, 2022

Respectfully submitted by:

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

/s/ Peter *Ticktin*

PETER TICKTIN, ESQUIRE
Florida Bar No. 887935
JAMIE ALAN SASSON, ESQUIRE
Florida Bar No. 10802
SHAINA VANMEHREN, ESQUIRE
Florida Bar No. 1025180
Our Matter No.: 22-0062

and

**HABBA MADAIO & ASSOCIATES LLP**
1430 US Highway 206
Suite 240
Bedminster, New Jersey 07921
ALINA HABBA, ESQUIRE **(Upon Anticipated Admission *Pro Hac Vice*)**

New Jersey Bar No. 018592010
MICHAEL T. MADAIO, ESQUIRE **(Upon Anticipated Admission *Pro Hac Vice*)**

New Jersey Bar No. 070752013

# DOCUMENT

**INJUNCTION Request STANDING of Plaintiff Jeffrey Barrett, Pro Se**

**I am a US Citizen, age 72 having resided in Washington, DC for 7 years as a Private Investigator, Notary Public, Real Estate Closer for the City of DC Real Estate Division and a Process Server in the City of Washington, DC for Tax Delinquent property speculators and for DC Eminent Domain seizers with thousands of RICO property seizing cases needing US Justice Legal Division notification in these Washington, DC Courts and I Processed many cases for thousands of National Cases filed by me and many major National Law Firms.**

**I worked at Capitol Inquiry as Director of Legal Assistance with 5 Real Estate Investigators including FBI agents.**

**I served the infamous 2nd Texas Black Farmers $1 billion Court Award that President George W. Bush refused to pay through the US Agriculture Dept under Secretary Anne Veneman who is a rabid**

**racist. The Black Farmers demanded I serve Agriculture Corporately and all Agriculture officials Individually whereupon when I served Secretary Anne Veneman on the Agriculture portico with 20 lawyers demanding I leave the premises with the Secretary's gun toting Secret Service driver who laughed at the spectacle when I serve Anne Veneman. She called President Bush who asked who served you/ When she said Jeffrey Barrett, the President said have everyone go down and sign the Process Serve papers, we are going to finally pay the black farmers because Jeffrey Barrett stopped the COP D' ETAT of the Democrats crap about me being AWOL from my Air National Guard duties this past election of my 2nd term: I owe him. Barrett called Carl Roves at the White House in every Air National Guard witness interview held by his boss Ken Cummins for AFL/CIO Democratic COUP against me. He blew that crap away within a month because I was plotter democrat Ken Cummins driver privy to all the COUP plot details.**

**Later President Bush, Jr. kidnapped Venezuela President Hugo Chavez with the Army in Venezuela and I called Bush for God and Jesus saying remember you choked to almost death on a pretzel your**

**first month in office. God says you and Chavez are both thugs. I put in power the bassist of men as I will, not you. Put Hugo Chavez back in power from your CIA COUP D'ETAT or you might as well buy another bag of pretzels. Bush, Jr. put Hugo back in power after only a 2-day COUP.**

**While at the Pentagon the Secretary of Defense responded to my demand of Russian President Vladmir Putin to stop supporting Yasir Arafat and that he attends the WEST's Israeli/Egypt Peace Conference that has held for decades at Sharm el Sheikh. I told Secretary of Defense John Cohen's Intel agents that I scared Putin saying Secretary Cohen was out of his mind if Putin did not support the WEST and go to the Peace Conference. I sent Putin 2 poems written by the defense Secretary of him being suicidal in collage and the other of him flying in an F18 Jet writing after about madly dropping nuclear bombs all over the place in his 5 books. The Intel Agents were livid I had insulted their good friend and US Secretary of Defense for God's sake.**

**Later these same intel agents brought5 Pentagon Generals to**

**meet me after the 011 attack on the Twin Towers in Ney York. These 5 generals spoke about how Defense Intel knew I was friends and wrote to Pakistan President General Parvez Musharraf about the SUFI Pakistan citizens whom Musharraf withheld water rights to because they backed Bangladesh, and I was trying to convince him to be kinder to Paki citizens there. The generals asked me to help them understand the general's personality because they said, we are going into Afghanistan to take out the Taliban government. How can we get Musharraf to agree to help us.**

**I explained to them that Musharraf was educated by Catholic nuns' schools in elementary years and Protestants in his College years. The General speaks perfect English and God reminds us Parvez is a general after all, just command him and he will obey. The Pakistan military created the Afghanistan Taliban government so if he helps it will be easy going.**

**Later Musharaff engaged India in a Kashmir nuclear military showdown because he thought his help for the United States, he could take advantage of India with US backing due to the circumstances. I still at the Pentagon wrote the General saying my**

**friend America and Russia have dismantled 10,000 nuclear ICBM's each and destroyed the nuclear bombs but the Missile will be armed with conventional bombs and attack Pakistan siding with India if you don't stand down from the edge of nuclear war. General President of Pakistan, my friend stood down suddenly.**

**Soon after Pakistan PM Musharraf requested my help in getting an education satellite because Pakistan had only religious schools with no secular education topics taught. I was aided by Boeing Aerospace public relations head who was a former US ambassador to Russia who with the US State Dept. helped Pakistan have a launched satellite within a month.**

**In Washington, DC came wild armer piercing sniper rifle bank robbers who shot through police cars and protective vests that stopped Chief Ramsey from approaching them or catching them. The Police Chief was denied the ability to use the out of focus traffic cameras which would have given him facial recognition ID and license plate tracking of their getaways. I approached the Chief to get him a judge to change the big brother law which hindered these bank robbers from many**

**successes, none would oblige the DC Police Chief. God spoke to me, he said Book-Um Jeffrey: tell Homeland Security these bank robbers are using their money to fund overseas terrorists against the United States. BINGO! Chief Ramsey had his Judge subpoena to have the digital cached traffic videos refocused by the company that had the contract in DC, MD and VA which refocused and ran the videos backwards so Ramsey could arrest them all 2 days later.**

**God said to me: Jeffrey instead of driving your boss Ken Cummins a Democrat influencer with a huge Real Estate contract with the city and his pandering to 14 city officials who loved to watch baseball in the MLB Baltimore Orioles YARD Ball Park in his seats. Let's, Jeffrey, get MLB Commissioner Bud Selig to bring baseball to DC. Write a $50 billion development plan for drug infested East Anacostia River area to site the new Nationals Ball Park and fill the DC Councilman's pockets with payoff monies. Bud Selig loved me as a son when I got him $450 million for their bankrupt Puerto Rico former Canadian team and another $681 million for the new Nationals' Ball Park on the west bank of Anacostia River in a drug free section of DC. The city asked me if I wanted my name on the stadium/ I said NO**

**THANKS, I am with Jesus and God.**

**I became an international Economist when God said Jeffrey China is beating up and arresting the Pentecostal home church ministers and their parishioners. We must change that quickly. Tell China I, THE LIVING GOD will stop the huge 13-foot flood cresting tonight, at their large Dong Ting Lake 600 mile by 600-mile man made reservoir if they stop beating my people. I wrote the embassy and God stopped 5 million homes and 10,000 Chinese from being destroyed when overnight God made the flood stage go down one inch. China then asked California TBN Christian TV company to come to DC and sign a Pentecost message broadcast deal with China insisting they would protect the Pentecostal church in China from all harm.**

**God said WOW China has wonderfully responded to me, Jeffrey, so I want you to write an economic policy paper that will prosper their 1.5 billion poor citizens and you will write it for India**

**too. God called it FAST TRACK ECONOMICS for INDIA & CHINA which he directed me in establishing manufacturing and banking protocols used in China to this day which does not have a Federal Bank by law demanding all new printed monies in China be paid back with interest which God said about to President Trump take my $105 Trillion Cashier's check, IT IS GOOD, give me all National Parks and Preserves for the Perfected church now and for the Millennial Age when only those Perfected live for 1,000 years which now ONLY those Perfected go to heaven in return for my convertible $105 trillion Cashier's Check.**

**Make a deal with the Federal Banks that pays off all US debt and gives the FEDS a $25 Trillion bonus to look the other way as the US prints trillions in new money with impunity OR ELSE China will bury America, financially and in every other way from their economy being able to grow without debt.**

**I think your Honor, I Plaintiff Jeffrey Barrett have more than enough proved my standing before this court in this INJUNCTION matter. But if you need more documentation, I will oblige.**

**Your Honor, one more thing, I encourage you to grant me this**

**Emergency Permanent INJUNCTION request even if you face impossible deep swamp pressure against such a ruling.**

**You can just say it will go through appeal to the Supreme Court anyway, who will have the votes to themselves nullify Biden's presidency and the 2020 Presidential election illegal votes for disqualified Joe Biden giving the election win to President Donald J. Trump by default who by executive order can finish the TREASON INSURRECTION stopping activities that were started on January 6th, 2021.**

**DOCUMENT**

# WHOMEVER INCITES INSURRCTION

## CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

### PG1

§2385. Advocating overthrow of Government

Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof, or the government of any political subdivision therein, by force or violence, or by the assassination of any officer of any such government; or

Whoever, with intent to cause the overthrow or destruction of any such government, prints, publishes, edits, issues, circulates, sells, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force or violence, or attempts to do so; or

Whoever organizes or helps or attempts to organize any

society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons, knowing the purposes thereof—

# DOCUMENT

**President Donald Trump's December 18, 2019, Letter to Speaker Nancy Pelosi INVOKING the U.S. CONSTITUTIONAL LAW OF TREASON, INSURRECTION, REBELLION COUP D'ETAT.**

# DOCUMENT

## The Durham Investigation: A Primer

*Steven Groves and Zack Smith*

The Durham investigation indicates a coordinated effort by the Clinton campaign to disseminate false allegations against Donald Trump to win the 2016 election.

Indictments filed by Durham show that the “Steele Dossier” and “Alfa-Bank” allegations of a conspiracy between Trump and the Kremlin were entirely concocted.

The actions alleged in these indictments should be condemned so that they are never repeated by any political campaign in the future.

In May 2019, then-Attorney General William Barr assigned federal prosecutor John Durham to investigate the origins of the Federal Bureau of Investigation’s (FBI’s) 2016 investigation into alleged collusion between the presidential campaign of Donald Trump and Russia, an investigation given the code name “Crossfire Hurricane.”1 For the purpose of protecting the investigation and providing additional

independence to Durham, in October 2020, Barr formally appointed Durham as a special counsel charged to

> investigate whether any federal official, employee, or any other person or entity violated the law in connection with the intelligence, counter-intelligence, or law-enforcement activities directed at the 2016 presidential campaigns, individuals associated with those campaigns, and individuals associated with the

administration of President Donald J. Trump, including but not limited to Crossfire Hurricane and the investigation of Special Counsel Robert S. Mueller, III.[2]

## Key Takeaways from the Durham Investigation

While the general contours of Hillary for America's opposition research efforts during the 2016 election period have been reported in the press and have been the subject of congressional and inspector general investigations, many new details have been uncovered by Durham's investigation and revealed in federal indictments relating to former Perkins Coie attorney Michael Sussmann and former Brookings Institution policy analyst Igor Danchenko.

Among the key takeaways from the Durham investigation:

- Durham's indictment of Michael Sussmann and other court filings reveal how senior members of Hillary Clinton's 2016 presidential campaign formed a "joint venture" with lawyers, opposition researchers, foreign nationals, and computer data analysts to produce false opposition research against then-candidate Donald Trump and aggressively disseminated that disinformation to reporters, the FBI, and others.[3]

- Durham's filings indicate that the central component of the joint venture's disinformation campaign—the so-called "Steele Dossier"—consisted almost entirely of rumors, innuendo, and outright falsehoods fabricated by "sources" reporting to former British spy Christopher Steele.[4]

- According to Durham, the core allegation of the Steele Dossier—that an "extensive conspiracy" existed between the Trump campaign and the Kremlin—was invented out of whole cloth by former Brookings Institution policy analyst Igor Danchenko, a Russian national on Steele's payroll.[5]

> The FBI's interviews of Danchenko establish that the most salacious allegation in the Steele Dossier—that Trump was present during the performance of a lewd act at the Moscow Ritz-Carlton—was fabricated by Danchenko and/or Charles Dolan, a public relations executive living in Washington, D.C., with lengthy ties to the Democratic Party.6

Durham's indictment of Danchenko shows that other significant parts of the Steele Dossier—such as the allegation that Trump lawyer Michael Cohen travelled to Prague to meet with Russian conspirators—were invented by Olga Galkina, a Russian national living in Cyprus who had ambitions of joining the State Department under Hillary Clinton if she won the presidential election.7

> According to Durham's indictment of former Perkins Coie law firm attorney Michael Sussmann, he directed an effort by a group of computer scientists including Rodney Joffe, April Lorenzen, and others to manufacture a false narrative that the Trump organization and the Kremlin had a secret channel of communications.8

The Durham investigation is ongoing.

## What Has the Durham Investigation Uncovered?

The Durham investigation has seemingly uncovered a coordinated effort by Hillary for America; the Perkins Coie law firm (a Washington, D.C.-based law firm that was retained by Hillary for America to represent the campaign during the 2016 election); strategic intelligence firm Fusion GPS; former British spy Christopher Steele of Orbis Business Intelligence; and various computer researchers based in Virginia, Rhode Island, and at Georgia Tech to generate false, misleading, and sometimes sensational allegations against then-candidate Donald Trump in an effort to win the 2016 presidential election. According to documents filed by Durham's team and other published reports, which

serve as the basis for the factual assertions in this *Legal Memorandum*, the effort was funded, approved, and briefed to the highest level of the Clinton campaign.

Hillary for America's disinformation efforts consisted of two main components: (1) creating and disseminating the so-called Steele Dossier that falsely alleged, *inter alia*, the existence of an "extensive conspiracy" between the Trump campaign and the Kremlin;9 and (2) concocting false allegations regarding a secret computer communications link between the Trump organization and Alfa-Bank, Russia's largest private commercial bank.

Regarding both of those components, concerted efforts were made by the Clinton campaign, Perkins Coie attorneys, Fusion GPS, Christopher Steele, and others to present false allegations to the FBI and to disseminate them to media outlets for the purpose of denigrating Trump and his campaign. As described by Durham with regard to the Alfa-Bank allegations,

Clinton campaign and its agents are alleged to have formed a "joint venture," the goal of which "was to gather and disseminate derogatory non-public information regarding the internet activities of [Donald Trump] and his associates."10

## Hillary for America's "Joint Venture"

Unravelling all of the major and minor players in Hillary for America's disinformation campaign is daunting. That is particularly the case when, as here, Hillary Clinton's political operation retained a law firm in an attempt to provide legal cover for the campaign's opposition research efforts. This *Legal Memorandum* is an effort to unravel the "joint venture" and place each of the parties to Clinton's disinformation campaign into the proper context. The central players in the joint venture were Hillary for America, Perkins Coie LLP, and Fusion GPS.

**Hillary for America.** Durham's investigation has revealed that senior members of Hillary for America—campaign manager Robbie Mook, communications director Jennifer Palmieri, and foreign policy advisor Jake Sullivan (who currently serves as President Joe Biden's National Security Advisor)—were briefed on aspects of the disinformation scheme aimed at discrediting then-candidate Trump.11 Hillary for America, as well as the Democratic National Committee (DNC), spent more than $1 million to fund the disinformation campaign, then used the "fruits" of that campaign to calumniate candidate Trump.

Durham may be investigating whether and to what extent then-candidate Hillary Clinton had knowledge of the disinformation campaign. There is some indication that Clinton knew of and approved the campaign. In late July 2016, U.S. intelligence agencies discovered that Russian intelligence had assessed that Clinton had approved a disinformation operation against Trump. When providing information to Members of Congress after the fact, officials were careful to say that the intelligence community "does not know the accuracy of this allegation or the extent to which the Russian intelligence analysis may

reflect exaggeration or fabrication.”12 Still, former CIA Director John Brennan briefed President Barack Obama on this intelligence. Indeed, Brennan wrote in his briefing notes that on July 26, 2016, Clinton allegedly approved “of a proposal from one of her foreign policy advisors to vilify Donald Trump by stirring up a scandal claiming interference by Russian security services.”13

Whatever Durham uncovers, the Clinton campaign—including Hillary Clinton and her foreign policy advisor, Jake Sullivan—touted the fabricated 5, 2022 | **5 LEGAL MEMORANDUM** | No. 306 heritage.org

Alfa-Bank allegation in the days leading up to the 2016 election. On October 31, 2016, one week before Election Day, Sullivan hyped the false Alfa-Bank disinformation in a press release. He released a campaign statement regarding an article that had appeared in *Slate* magazine.14 Sullivan, as if learning about Alfa-Bank for the first time, feverishly stated:

> This could be the most direct link yet between Donald Trump and Moscow. Computer scientists have apparently uncovered a covert server linking the Trump Organization to a Russian-based bank. This secret hotline may be the key to unlocking the mystery of Trump's ties to Russia. It certainly seems the Trump Organization felt it had something to hide, given that it apparently took steps to conceal the link when it was discovered by journalists.15

To amplify Sullivan's statement, Hillary Clinton herself tweeted the press release to her 10 million followers, stating, "Computer scientists have apparently uncovered a covert server linking the Trump Organization to a Russian-based bank."16

Durham's investigation has revealed that Sullivan and other senior members of Hillary for America were aware of the Alfa-Bank disinformation well before the *Slate* article was published on October 31. A-month-and-a-half earlier, Perkins Coie's Marc Elias exchanged e-mails with Robbie Mook, Jennifer Palmieri, and Jake Sullivan "concerning the [Alfa-Bank] allegations that Sussmann had recently shared with [the *New York Times*' Eric Lichtblau]."17 The opposition research efforts that resulted in the *Slate* article,18 as well as other articles published on October 31 in the *New York Times* by Eric Lichtblau19 and *Mother Jones* by David Corn,20 were bought and paid for by Hillary for America through campaign agents Perkins Coie, Fusion GPS, and others.

Elias received budget approval from Mook to hire consultants, including Fusion GPS.21 In total, Perkins Coie paid more than $1 million

to Fusion GPS in 2016 for services rendered to Hillary for America.22

**Marc Elias and Michael Sussmann (Perkins Coie LLP).** Marc Elias was a partner at the Perkins Coie law firm and the lead attorney for Hillary for America at the firm. Elias also served as general counsel to both Hillary for America and the DNC during the 2016 election cycle.23 Michael Sussmann was also a partner at the Perkins Coie law firm during the relevant time period, specializing in privacy and cybersecurity law. Along with Elias, Sussmann allegedly played a key role in the creation and dissemination of false allegations relating to the Trump organization and Alfa-Bank.

Sussmann was indicted by Durham on September 16, 2021, on one count of making a false statement to FBI General Counsel James A. Baker. The indictment states that Sussmann met with Baker at FBI headquarters on September 19, 2016 (less than two months before the presidential election), and presented him with data files and three "white papers" purporting to show a "secret channel of communications" between Internet servers belonging to the Trump organization and Alfa-Bank.24 (It turns out that the Internet server in question did not belong to the Trump organization, but rather "had been administered by a mass marketing email company that sent advertisements for Trump hotels and hundreds of other clients.")25

During his meeting with Baker, Sussmann allegedly told Baker that he (Sussmann) was not acting on behalf of any client, which led Baker to believe that Sussmann "was acting as a good citizen…not as a paid advocate or political operative."26 The indictment further alleges Sussmann was, in fact, acting on behalf of two clients—Hillary for America and Rodney Joffe, an executive at Neustar, Inc., a Virginia-based Internet company.27

Perkins Coie managing partner John Devaney published a letter in the *Wall Street Journal* intimating that Sussmann's meeting with Baker was on behalf of Joffe—a client "with no connections to either the Clinton campaign, the DNC, or any other Political Law Group client."28 However, before his meeting with Baker, Sussmann texted Baker the following message on his personal cell phone:

> Jim—it's Michael Sussmann. I have something time-sensitive (and sensitive) I need to discuss. Do you have availibilty [sic] for a short meeting tomorrow? *I'm coming on my own—not on behalf of a client or company—want to help the Bureau*. Thanks.29

Tellingly, Sussmann's billing records at Perkins Coie indicate that he billed his September 19, 2016, FBI meeting with Baker to Hillary for America, describing the meeting as "work and

communications regarding confidential project."30 Indeed, Durham has uncovered that "all or nearly all of Sussmann's recorded time and work relating to the [Alfa-Bank] allegations…were billed to the Clinton Campaign."31

Michael Sussmann resigned from Perkins Coie on the day he was indicted.32 His trial before the U.S. District Court for the District of Columbia commenced on May 16, 2022, and he was found not guilty on May 31.

Marc Elias resigned from Perkins Coie on August 22, 2021, less than a month before the extent of Elias' alleged role in the Clinton disinformation campaign was revealed in the Sussmann indictment.33

**Glenn Simpson and Peter Fritsch (Fusion GPS).** Fusion GPS is a Washington, D.C.–based consulting firm that, according to its website, "provides premium research, strategic intelligence, and due diligence services to corporations, law firms, and investors worldwide."34 The firm was founded by two former journalists, Glenn Simpson and Peter Fritsch.35

Marc Elias of Perkins Coie hired Fusion GPS in April 2016 to "perform a variety of research services" relating to then-candidate Donald Trump.36 Simpson, Fritsch, and others at Fusion GPS conducted preliminary research on then-candidate Trump, then collectively decided that they needed "to do what they could to keep Trump out of the White House."37 Perkins Coie, using funds paid to it by Hillary for America and the DNC, paid Fusion GPS more than $1 million in 2016.38

Fusion GPS's role was to provide opposition research on then-candidate Trump relating to his alleged relationship with Russia. Opposition research is "the collection of information on the background, activities, etc., of one's opponent or opponents in an effort to uncover damaging details that will undermine them."39

As described by Durham:

> [I]t appears that [Fusion GPS]'s primary, if not sole, function was to generate opposition research materials that [Fusion GPS] then shared widely with members of the media, the U.S. State Department, the Department of Justice, the Federal Bureau of Investigation ("FBI"), members of Congress, and others.40

Fusion GPS utilized the $1 million paid to it to hire several "sub-vendors" to research alleged ties between Trump and Russia.41 Fusion GPS's sub-vendors included Nellie Ohr (the wife of Bruce Ohr, a career Justice Department official who served as a conduit to provide certain Steele Dossier reports to the FBI); Edward Baumgartner (a Russia researcher based in London); and Graham Stack (a freelance journalist).42 The most notable

opposition research generated by Fusion GPS was through its sub-vendor Christopher Steele—the so-called Steele Dossier.43

As noted by Durham, Fusion GPS's role was not to assist Perkins Coie or Hillary for America with legal matters, but rather to generate and disseminate opposition research on Trump to the media and others. Simpson and Fritsch did so both with regard to the Steele Dossier and the Alfa-Bank allegations, both of which have proven to be unsubstantiated, if not entirely fabricated.

As Fusion GPS began to receive Christopher Steele's "salacious and unverified" (in the words of former FBI Director James Comey) reports, 

it endeavored to widely disseminate the reports to journalists in the hope that the content of the reports would be published.44

Indeed, Fusion GPS's office in Washington, D.C., became "something of a public reading room" for journalists who were looking for information about Trump.45 According to published reports, Glenn Simpson and Peter Fritsch aggressively shopped the false opposition research:

> Looking to meet with reporters and possibly advance stories about Trump and Russia, Simpson and Fritsch made an appearance at the Democratic convention in Philadelphia in July 2016. While there, they met the *New York Times* executive editor Dean Baquet and another of the paper's editors at a Rittenhouse Square–hotel restaurant to lay out Trump's "ongoing flirtation with Putin's Russia." Two months later, Simpson and Fritsch arranged for Steele to come to Washington and meet privately with *The Washington Post* and marquee investigative reporters at the *Times*, *The New Yorker*, ABC News, and other outlets.46

Fusion GPS pressured reporters at several media outlets to publish the false Alfa-Bank disinformation. In mid-October, Fritsch e-mailed Mark Hosenball, a reporter at Reuters, to "do the [expletive] alfa bank secret comms story…it is hugely important."47 Fritsch also pushed the Alfa-Bank story on Matthew Mosk at ABC News, telling him "dude this is huge" in an e-mail.48

Fritsch found a more eager reporter in Franklin Foer of *Slate*. In October, Fritsch and two other Fusion GPS employees visited Foer at his home to brief him on the Alfa-Bank allegations. Foer expressed great interest in the story, e-mailing Fritsch: "My editors are very excited about this piece…. This is a big story. One of this biggest of the campaign."49

On October 31, 2016, one week prior to Election Day, Foer published an expansive 3,800-word article in *Slate* entitled, "Was a Trump Server

Communicating With Russia?"50 Foer's contemporaneous tweet promoting his article was less circumspect: "I just reported: Donald Trump has a secret server…[and] it connects to Moscow."51

## The "Steele Dossier" Disinformation Campaign

The primary component of Hillary for America's disinformation campaign was its effort to smear then-candidate Trump with false reports that he was conspiring with the Kremlin to help him win the 2016 election—the so-called Steele Dossier assembled by a former British spy and funded by the Hillary Clinton campaign.

**Christopher Steele (Orbis Business Intelligence).** As part of Hillary for America's disinformation campaign, Fusion GPS hired Steele and Orbis Business Intelligence (Steele's London-based firm) in June 2016 "to investigate Trump's purported ties to Russia."52 In the months leading up to the election, Steele disseminated a steady stream of "raw intelligence" to the FBI, various media outlets, elected officials, and others. In total, Hillary for America (through Fusion GPS) paid Steele $168,000 for his efforts.53

Durham's investigation has revealed that Steele's key sources for the dossier were not senior Russian officials or savvy Kremlin insiders, but rather Igor Danchenko (a Washington, D.C.–based policy analyst); Charles Dolan, Jr. (a Washington, D.C.–based public relations executive with a long history of working in Democrat Party politics); and Olga Galkina (a Cyprus-based Russian national who was a press secretary to a Russian tech company but had dreams of serving in a future Clinton State Department).54

These dubious sources did not, in fact, provide any actual evidence of a conspiracy between Trump and Russia. Indeed, after conducting a 22-month investigation, Special Counsel Robert Mueller stated that "the investigation did not establish that members of the Trump Campaign conspired or coordinated with the Russian government in its election interference activities."55

**Igor Danchenko.** Igor Danchenko is a Russian national who was once employed as a policy analyst for the Brookings Institution, a Washington, D.C.–based think tank. In 2016, Danchenko was a salaried employee of Orbis Business Intelligence, and was the primary source of information that "formed the core of the allegations" found in the Steele Dossier.56 Danchenko was interviewed on multiple occasions by the FBI in 2017 and allegedly told multiple lies during those interviews. He was indicted by Durham on November 3, 2021, on five counts of making false statements to the FBI. Danchenko pleaded not guilty to the charges, and his trial is currently set to commence on October 11, 2022.57

According to Durham's indictment, Danchenko fabricated the Steele Dossier's central allegation—that the Trump campaign was conspiring with Russia. The Steele Dossier sets forth the alleged conspiracy as described by Danchenko in report 2016/095:

> Source E, an ethnic Russian close associate of Republican US presidential candidate Donald TRUMP, admitted there was a well-developed conspiracy of co-operation between them and the Russian leadership. This was managed on the TRUMP side by the Republican candidate's campaign manager, Paul MANAFORT, who was using foreign policy advisor, Carter PAGE, and others as intermediaries.[58]July 5, 2022 | **10 LEGAL MEMORANDUM** | No. 306 heritage.org

Danchenko claims that he heard the "well-developed conspiracy" allegation from Sergei Millian (referred to above as "Source E"), a Belarusian–American who formerly served as the president of the "Russian American Chamber of Commerce in the USA."59

Millian was essentially Igor Danchenko's "deep throat" source—although in this instance, the source was entirely fabricated, according to Durham's indictment of Danchenko. Danchenko claims that in July 2016, he received a phone call from an anonymous caller he believed to be Millian, even though he had never met him and never heard his voice.60 Danchenko claimed that he and the mysterious caller spoke for 10–15 minutes, during which time they discussed Paul Manafort, Carter Page, communications between the Trump campaign and Russian officials, and information to the effect that "the Kremlin might be of help to get Trump elected."61 Danchenko further claimed that he and the anonymous caller agreed to meet in New York City in the future.

The Durham investigation concluded that Danchenko's claims regarding a mysterious phone call from an anonymous source were fictional:

> DANCHENKO's…statements claiming that he spoke with an individual that he believed to be [Millian] and arranged to meet him in New York, *were knowingly and intentionally false*. In truth and fact, and as reflected in contemporaneous communications, DANCHENKO did not receive such a call from [Millian], and did not agree to meet [Millian] in New York.62

Unfortunately for Trump campaign advisor Carter Page, the FBI utilized Danchenko's allegations in Steele Dossier Report 2016/095 as the basis for obtaining four separate Foreign Intelligence Surveillance Act (FISA) warrants to conduct covert surveillance on Page.63

Danchenko's other alleged lies to the FBI concerned his communications with various other "sub-sources" from which

Danchenko gathered information that he passed on to Steele. For instance, Danchenko allegedly told the FBI that none of his conversations with Charles Dolan (*infra.*) had ever been reported in the Steele Dossier, when, in fact, Danchenko had gathered information that was featured in the Steele Dossier from Dolan regarding former Trump campaign manager Paul Manafort.64

**Charles Dolan, Jr.** According to Durham's indictment of Igor Danchenko, Dolan was connected to the most sordid allegation in the Steele Dossier—that in 2013, Trump had engaged in "salacious sexual activity" while a guest in the presidential suite at the Moscow Ritz-Carlton hotel.65

At the time, Dolan was employed by KGlobal, a Washington, D.C.–based public relations firm.66 Prior to that, Dolan held several senior roles in Democratic political circles, including as the state chairman for President Bill Clinton's 1992 and 1996 presidential campaigns, adviser to Hillary Clinton's 2008 campaign, and a volunteer for her 2016 campaign.67 As a public relations executive, Dolan interacted with senior officials in the Russian government, including the press secretary of the Russian Presidential Administration, as well as the Russian ambassador to the United States.68

In June 2016, Dolan traveled to Moscow and stayed at the Ritz-Carlton. During his stay, Dolan received a tour of the presidential suite and met with the hotel's general manager and other staff.69 Dolan was told during the hotel tour that Trump had once stayed as a guest in the presidential suite.70 Importantly, the staff member who provided the tour to Dolan did not mention any lewd or salacious activity by Trump during his stay in the presidential suite.71

Danchenko had lunch with Dolan at some point during the June 2016 trip to Moscow.72 During interviews with the FBI, Danchenko "claimed to have collected information concerning Trump's purported activities at the [Ritz-Carlton] from various sources," such as the hotel's general manager and other staff.73

It is unclear from Danchenko's indictment whether he actually heard about salacious information regarding Trump from Dolan, from Ritz-Carlton staff, or whether Danchenko simply embellished the information to appear valuable to Steele. When interviewed by the FBI in 2017, Danchenko said that when he related the Ritz-Carlton allegations to Steele, he (Danchenko) "characterized Trump's alleged activity…as 'rumor and speculation.'"74 Danchenko further characterized the salacious information as statements made in "jest."75 Regardless, Steele reported the allegations in his dossier.76

Dolan also appears to be Danchenko's sole source in a report relating to Trump's former campaign manager, Paul Manafort. The Steele Dossier paints a picture of a highly placed source in the Trump

campaign relating inside information regarding Manafort's resignation as campaign manager and former campaign manager Corey Lewandowski's dislike for Manafort.77 Dolan informed Danchenko that he received the inside information about Manafort and Lewandowski over drinks "with a GOP friend of mine."78 In fact, Dolan had never met with a "GOP friend" but rather "obtained the information about [Manafort] from public news sources."79

**Olga Galkina.** Galkina was (perhaps unknowingly)80 a source who provided a great deal of information to Danchenko that was ultimately reported in the Steele Dossier. Danchenko, who has been friends with Galkina since they were both teenagers in Russia, described Galkina as a key source for what he called the "Trump dossier."81 According to Danchenko, Galkina "knows someone in the Kremlin with direct/indirect access to Sergey Ivanov" (then chief of staff to the Russian Presidential Administration).

But there is no evidence that Galkina—referred to in the Danchenko indictment as "Russian Sub-Source-1"—was a Kremlin insider. She did not even live in Russia in 2016. As reported in the *Wall Street Journal*, in 2016, Galkina was a press secretary to Aleksej Gubarev, a Russian Internet entrepreneur living in Cyprus.82 In early 2016, Galkina travelled to Washington, D.C., in an effort to develop a marketing campaign for Servers.com, one of Gubarev's business interests. In D.C., Galkina asked for assistance from Danchenko, who in turn introduced Galkina to Dolan (by way of Danchenko's former boss at Brookings, Fiona Hill).83 Dolan was ultimately paid $75,000 by Aleksej Gubarev for his "message development" and outreach efforts in the U.S.84

During the summer of 2016, Danchenko, Dolan, and Galkina "traded gossip" and spoke frequently, according to interviews and e-mails reviewed by the *Wall Street Journal*.85 Dolan and Galkina communicated regularly, expressing their mutual support for Hillary Clinton. In July, Dolan gifted Clinton's autobiography to Galkina, inscribing it with "To my good friend [Olga], A Great Democrat."86 Galkina apparently harbored ambitions to move to the U.S. if Clinton won the election. In a September 2016 e-mail to a Russian associate, Galkina stated that Dolan would "take me to the State Department if Hillary wins."87

According to Danchenko's interviews with the FBI, Galkina was a fount of information on the Trump campaign's ties to the Kremlin. Among other items that were ultimately reported in the Steele Dossier, Galkina was Danchenko's source for the allegations that Michael Cohen

met with Russian officials in Prague in August or September 2016 and that Carter Page met with Igor Diveykin, a senior Kremlin official—an allegation later cited by the FBI in its FISA application to surveil Page.88

As was the case with other significant Steele Dossier allegations, no evidence has arisen to indicate that either the Cohen–Prague or Page–Diveykin meetings ever took place. Special Counsel Robert Mueller's report mentions the Prague allegation only in the context that Cohen denied that a such a meeting ever took place.89 The name of Igor Diveykin does not even appear in Mueller's report.5, 2022 | **13**

## The Alfa-Bank Disinformation Campaign

The second major component of Hillary for America's disinformation campaign was its effort to smear then-candidate Trump with a false allegation that the Trump organization had a secret channel of communication with Alfa-Bank, the largest private bank in Russia.

According to the Durham investigation, with the active participation of Michael Sussmann of Perkins Coie, a group of computer researchers cooked up phony Internet server data in an attempt to create an "inference" of secret communications and create a "narrative" regarding Trump.90

**April "Tea Leaves" Lorenzen.** The Durham investigation has determined that Lorenzen, a computer data scientist, was the original source behind the Alfa-Bank disinformation. Durham refers to Lorenzen as "Originator-1" in the Sussmann indictment.91

Franklin Foer "communicated extensively with Tea Leaves" while writing the article that was published on October 31. Foer's article in *Slate* describes how Lorenzen began collecting Internet data on the Trump organization in late July 2016. Lorenzen "began carefully keeping logs of the Trump server's DNS [domain name system] activity" and circulated the data "in periodic batches to colleagues in the cybersecurity world."92 Lorenzen's data—referred to by Durham as the "Russian Bank Data"—purported to show the existence of a "secret channel of communications" between the Trump Organization and Alfa-Bank.93 One of the colleagues Lorenzen provided the Internet data to was Rodney Joffe.94

**Rodney Joffe (Neustar, Inc.).** Rodney Joffe, then an executive at Neustar, Inc., a Virginia-based Internet technology company, is a central figure in the Alfa-Bank disinformation campaign.95 Joffe appears to have had an interest in Hillary Clinton's election. Days after the 2016 election, Joffe stated in an e-mail that he "was tentatively offered the top [cybersecurity] job by the Democrats when it looked like they'd

win. I definitely would not take the job under Trump."96

After receiving the Russian Bank Data from Lorenzen in the summer of 2016, Joffe shared the data with Sussmann, with whom he had a prior attorney-client relationship.97 Thereafter, Joffe, with the knowledge and support of Sussmann and Elias, enlisted allies—Lorenzen, two Internet companies in which Joffe had an interest, and two researchers at Georgia Tech University—to conduct research concerning Trump.98

As alleged by Durham, Joffe "used his access at multiple organizations to gather and mine public and non-public Internet data regarding Trump and his associates, with the goal of creating a 'narrative' regarding the 

candidate's ties to Russia."99 Within this context, Joffe stated that he was "working with someone who had close ties to the Democratic Party and to Hillary Clinton."100 For his part, Sussmann billed his time on the Alfa-Bank disinformation project—what he termed a "confidential project" in his billing records—to Hillary for America.101

As part of the project, Joffe tasked employees at two Internet companies—referred to by Durham as "Internet Company-2" and "Internet Company-3"—to "search and analyze their holdings of public and non-public internet data for derogatory information on Trump."102 As part of that tasking, Joffe e-mailed Internet Company-3 a "Trump Associates List" containing the names, home addresses, personal e-mail addresses, and other information regarding six people connected to Trump.103 According to Durham, personnel at Internet Company-3 were uncomfortable utilizing the company's data in such an inappropriate manner, but they "complied with the tasking…because [Joffe] was a powerful figure."104 Employees at Internet Company-3 subsequently provided Joffe with a report containing technical observations that Joffe later provided to Sussmann.105

Joffe retired from Neustar at or around the time that the Sussmann indictment was made public.106 He has refused to cooperate or provide testimony to Durham, going so far as to plead his Fifth Amendment rights against self-incrimination when called to testify before Durham's grand jury.107

**Manos Antonakakis and David Dagon (Georgia Tech).** In addition to exploiting the public and non-public data held by Internet Company-2 and Internet Company-3, Joffe tasked Lorenzen and two Georgia Tech computer researchers—Manos Antonakakis and David Dagon—to search through Neustar's Internet data for "any information about Trump's potential ties to Russia."108 Joffe's goal, according to Durham, was "to support an 'inference' and 'narrative' regarding Trump that would please certain 'VIPs.'"

From the beginning, Antonakakis was dubious about the alleged connection between the Trump organization and Russia. In August

2016, Manos queried the Neustar Internet data for the Trump organization domain name (mail1.trump-email.com) and determined that none of the domains that had communicated with it had links to Russia. Manos told Joffe that his findings do not "make much sense with the storyline you have."109

By the end of August 2016, Antonakakis raised concerns that the Internet traffic data being mined by the researchers did not implicate Trump in any wrongdoing, would not stand up to public scrutiny, and was clouded by their own bias. Antonakakis e-mailed Lorenzen and Dagon:

> How do we plan to defend against the criticism that this is not spoofed [] traffic we are observing? There is no answer to that....
>
> [Joffe], you do realize that we will have to expose every trick we have in our bag to even make a very weak association?...
>
> Sorry folks, but unless we get combine [sic] netflow and DNS traffic collected at critical points between suspect organizations, we cannot technically make any claims that would fly public scrutiny.
>
> *The only thing that drive*[*s*] *us at this point is that we just do not like* [*Trump*]. *This will not fly in eyes of public scrutiny. Folks, I am afraid we have tunnel vision*.110

Joffe himself expressed doubt about the Russian Bank Data that started the whole project. In an August 2016 e-mail to Lorenzen, Dagon, and Antonakakis, Joffe stated that the data "was not a secret communications channel" between the Trump organization and Alfa-Bank, but rather was "a red herring."111

After these doubts were expressed about any connection between the Trump organization and Russia, Lorenzen suggested that such a connection could be "faked." As related by Durham:

> [Lorenzen] then explained that it would be possible to "fill out a sales form on two websites, faking the other company's email address in each form," and thereby cause them "to appear to communicate with each other in DNS."112

Despite their knowledge that the Russian Bank Data was "a red herring" and that there were no secret communications channel, Joffe, Lorenzen, Dagon, Antonakakis, and Sussmann drafted a

"white paper" touting the Alfa-Bank disinformation. It was that white paper, among other materials, that Sussmann gave to the FBI.113 As previously stated, Sussmann billed Hillary for America for his time working on the white paper.114

## Conclusion

This paper summarizes Special Counsel Durham's findings to date regarding just some of the actions taken by key players in Hillary for America's 2016 disinformation campaign against Trump. The information herein is taken largely from indictments and other court filings in the cases filed against Michael Sussmann and Igor Danchenko. Much remains to be uncovered, exposed, and proven by Durham. The full story remains elusive.

Hillary for America, Perkins Coie, Fusion GPS, and others have repeatedly, and with some success, claimed attorney-client privilege over documents and communications relating to the disinformation scheme. Other key witnesses, such as Rodney Joffe, have asserted their Fifth Amendment right against self-incrimination to avoid providing information to Durham and his investigators. The full story of the Clinton campaign's corrupt "joint venture" may only come to light if and when Durham releases a final report at the conclusion of his investigation. The full story may never be known.

While opposition research will continue to be a standard part of political campaigns, the actions taken by Hillary for America and its agents should be condemned so that such actions are never repeated by any political campaign in the future. It is one thing to dredge up a political candidate's youthful indiscretions or shady financial dealings, but it is quite another to fabricate false and sensational allegations, present them to the FBI as fact, and serve them up to a willing media in the weeks leading up to Election Day.

Steven Groves is Margaret Thatcher Fellow in the Margaret Thatcher Center for Freedom, at The Heritage Foundation. Zack Smith is Legal Fellow and Co-Manager of the Supreme Court and Appellate Advocacy Program in the Edwin Meese III Center for Legal and Judicial Studies at The Heritage Foundation.

# DOCUMENT

## Joseph Biden was one of the main orchestrators of the 4 year long 2016-2020 TREASON, COUP D' ETAT INSURRECTION against the US Govt…

and against the winning candidate of the President of the United States of America of the 2016 Presidential Election by Donald Trump. President Barack Obama, Michelle Obama, Democrat losing Presidential candidate and former Secretary of State under Barack Obama and Joseph Biden, Hilary Rodman Clinton conspired with them in an FBI & CIA led Intel wide and Media COUP D'état with Democrats in Congress and the Democratic Senators led by COUP Leaders Speaker of the US House and 3rd in line for the Presidency in case the President and Vice President were incapacitated by any means, Nancy Pelosi, Diane Feinstein, Chuck Schumer and Congressman Schiff with many other political persons leading to fraud treason and impeachment trials against sitting duly elected President Donald Trump.

**God the Father Jesus and His Son Jesus Christ DECLARE that**

**Donald J. Trump is still the sitting US President,**

**Joseph Biden is not the current President of the United**

**States. The 2020 US Presidential Election is null and void because Joseph Biden was a leader in the 2016-2020 COUP D'ETAT and under US INSURRECTION LAW Joseph Biden was barred from running or holding any US government Office.**

**President Trump and Supreme Court Justice Amy Barrett and General Mark Millley were notified in my 242-page TREASON summary of the 4 year long COUP when the Justice Dept. determined that by the Mueller Investigation the charges of treason and the charges of Impeachment brought by COUP leaders were based on fraud invented facts deliberately disseminated for the purpose of overthrowing the US Govt.**

**THEREFORE, the Intelligence and Justice Dept. refused to arrest the COUP LEADERS after President Donald R. Trump announced publicly and in briefs to all policing US Govt. agencies that the COUP LEADERS are banned from office and can be jailed or arrested. Each U.S. Intel agencies refused when ordered by President Trump to stop the**

**ongoing COUP-INSURRECTION including Homeland Security, FBI, CIA, NSA, Secret Service who intervened in President Trump going to the US Capitol on January 6th, 2021, Pentagon and especially Joint Chief Chairman General Mark Milley who joining the COUP INSURRECTION orchestrated 32 generals to aid the COUP LEADERS in INSURRECTION TREASON to sign a document saying Joseph Biden was the new President against the US Chapter 18 INSURRECTION COUP LAW which states that all COUP LEADERS MUST be arrested and jailed or if they try to avoid arrest be shot to stop the ONGOING COUP-INSURRECTION.**

**President Donald J. Trump ordered his US Vice President Pence to not confirm the NULL & VOID fraud election naming Joseph Biden the new US President. VP Pence then refused and joined the COUP/TREASON/INSURRECTION and did, deliberately, with intent knowing that Biden was elected by fraud, confirm Joseph Biden the new US President.**

**President Trump then under the US CONSTITUTION COUP/TREASON INSURRECTION law, authorized US Citizens that he deputized for the**

**purpose of stopping the COUP-INSURRECTION to do their duty and arrest the COUP-ISURRECTION LEADERS at the Capitol on January 6th, 2021. They went to the Capitol as authorized protectors of the US GOVT. and made clear they were going to arrest the COUP Leaders and stop the fraud naming of Joseph Biden as the new US President.**

**US Citizens made a grand showing to set clear that Biden was not the duly elected president and that confirming this fraud was not going to stand. Now all elected and appointed Intelligence agents with Media including reporters from CNN, NBC, ABC, CBS, CNBC, Google, TWITTER organization operators and CEO and Facebook operators and CEO who are the COUP LEADERS must all be arrested and jailed and Joseph Biden, Obamas, Clinton, Pelosi, Feinstein, Schumer, Schiff, General Mark MIlley, William Barr et al must turn themselves In, to authorities at US Justice Det. As COUP-INSURRECTION conspirators.**

**Written for God the Father and Jesus Christ by Perfected Christian Jeffrey Barrett**

# DOCUMENT

## TO: Pentagon
## Office of the Chairman of the Joint Chief of Staff
## Chairman General Mark A. Milley

**From Jeffrey Barrett**
**Kentucky**

**PUC.Report@gmail.com**

**Parler free speech social media @PUC Report**

**Cell 808-397-0344**

**Attention not at ease Attention Chairman General Mark A. Milley**

**This profoundly serious letter is to inform you that the TREASON, SEDITION and INSURRECTION Activities Constitutional Law Code 18-231-238 is being put in play by myself and or President Donald J. Trump, and or Supreme Court Justice Amy Coney Barrett. Both President Trump and Justice Barrett have been witnessed by 2 very reliable witnesses about the great details of the 2020 Presidential Election massive voting FRAUD Scheme and participants therein and the 4 years COUP against the Office of President and the very Constitutional freedoms that office is sworn to protect as have you sir.**

**Be advised hat after Wednesday November 25, 2020 IF President Donald J, Trump and or Justice Amy Coney Barrett have not arrested the named TREASON/ COUP participants they can be held in dereliction of the TREASON law and could be held or arrested for allowing the TREASON/ COUP to continue.**

**Those that are the beginning and ongoing players impeding many Constitutional freedoms will be contacted and arrested. They will all be advised to show themselves to your office at the Pentagon for charges and immediate jailing.**

**The problem is VP Joseph Biden on being charged and arrested and jailed for TREASON/ COUP will not be able to remain as a candidate for President of these United States under the TREASON CODE and therefore the 2020 Presidential election is VOID. It is suggested TREASURY can hold a digital election on or about Dec 15, 2020**

**Chairman General Mark A. Milley your lawyers at Pentagon will find in the TREASON CODE LAW there is NO TRIAL, NO DEFENSE Lawyers and NO JURY. They are arrested, charged, and jailed or shot … period. There is a deliberate format that ends the TREASON/ COUP in it's tracks swiftly to protect these United States and the Office of the President and all Constitutional rights.**

**I or the President or Justice Barrett shall have the following not all-inclusive major players of the 4 year long TREASON/ COUP.**

**TREASON/ COUP persons to be arrested**

**Hillary Clinton, Former Secretary of State and US NY Senator**

**Mr. Steel**

**Former President Barack Obama**

**Former VP and Democrat Presidential Candidate Joseph Biden**

**Speaker of the HOUSE Congresswoman Nancy Pelosi**

**Congressman Schumer and Schiftt**

**CNN/ FOX Reporters and owners NY Times owner and reporters at ABC, NBC, CBS and CNBC**

**Social Media Corporations CEO's Zuckerberg, Tim Cook, Bill Gates et al that is to place the major news outlets into Pentagon hands to ensure news not the current CIA PSYCH OPS stopping all TREASON/ COUP media controlling broadcasts.**

**There shall also be many (200,000) flushed out FBI, CIA, National Intel, NSA, HLS, US STATE, agents who are involved in deliberate TREASON/ COUP activities that need to be vetted and arrested then jailed. You can name the Pentagon Generals supporting this TREASON/ COUP that will need to be arrested and jailed.**

**I have attached the 246-page TREASON/ COUP Affidavit Deposition Witness Document.**

**My BIO is at the beginning you might find it helpful in understanding my past action completed operations.**

**Thank you General kindly**

**Perfected in Christ,**

**Jeffrey Barrett**

**US Citizen by birth**

# DOCUMENT

## NOTICE OF TREASON, REBELLION and SUBVERSIVE ACTIVITIES

## By two witnesses to United States Supreme Court Justice Amy Coney Barrett of South Bend, Indiana and Washington, DC SCOTUS Building.

Revised code and

## Comprehensive AFFIDAVITZ DEPOSITION November 8, 2020 PARTIAL of 270 pages sent to Justice Barrett/Trump and General Mark Milley establishing proofs of an ongoing US COUP D'ETAT against the President, Executive Branch and these United States

We two Witnesses, Jeffrey P. Barrett of Kentucky and Rudi Giuliani of New York City have here in summarized the 4-year stages of a COUP against the US Government, Constitution, Citizens and President that purposed to overthrow the Office of US President and many freedoms permanently. Parties named in this document are not complete of all the Intelligence agencies and Pentagon players.

2016-2020 including massive Nov 3rd US Election for all offices especially the Presidency

WE will prove a massive orchestration by the Democrat Party to have directed and hired AFL/CIO AFSME Union President and his union members in the POLL Center workers who did FRAUDULENTLY produce 10 million or so FRAUD Presidential Votes in the favor of Democratic Presidential candidate V. P Joseph Biden of MD.

I worked inside the AFL/CIO AFSCME Phone bank during Hillary Clinton's NY Senate run and during the Blagoyovich Chicago, IL era before his corruption charges etc. I know the internal computer and phone working national operations at the Washington, DC AFSCME calling and computer list generating system that have directed this 2020 Presidential Election FRAUD protocols.

Jeffrey P. Barrett swear that the following information is true, and I witness to it entirely. Nov. 8th, 2020__JEFFREY P. Barrett__

BIO

- George W. Bush was being illegally charged publicly to have not participated in hardly any National Guard Air Force pilot jet training sessions that was charged by Democrats to eliminate his 2nd term presidential run in a AFL/CIO AFSCME Unions & Democratic COUP. I was personally involved in the affidavit deposition that was designed to make President George W. Bush resign by FRAUD. I was requested by Democrat AFL/CIO/ AFSCME President John Sweeny to assist Private Investigator and National Reporter Kenneth Cummins, owner of Capitol Inquiry of 17th Street Washington, DC. Cummins not being able to drive asked me to fly to Florida, Georgia, Texas and several other States to depose the National Guard witnesses to George W. Bush according to them did not attend only a very few National Guard mandated sessions intending to write books and make sure the President removed himself from office by FRAUD. I never heard of the plumbers of Nixon at Watergate. I crushed a COUP period legally. Kenneth Cummins called AFL/CIO John Sweeny. I called the White house Karl Roves the Presidential advisor to explain where we were going and after what was said in detail.
- President George W. Bush with CIA/US State Dept. Pentagon ordered a COUP by Capitalistic leaning Venezuela Army who then kidnapped Chavez and swept him out of the country. Mr.

President I said God demands you put thug Venezuela President Hugo Chavez in power whom you have committed this COUP against OR Mr. President God reminds you he almost choked you to death on a pretzel your first month in your first term. Your CIA Director Father George Bush under President Carter then Reagan, George Bush and President Clinton ordered a shoot to kill Presidential action against whom they thought was Jesus in His 2nd COMING. My Minister in Boston Daniel King Marter was hunted down by 4 US Presidents shoot on site throughout Europe CIA/FBI/NSA/ INTERPOL/ Vatican/MAFIA and the Brighton. MA district Judge. NSA beat me almost to death, CIA/NSA/MAFIA tried to shoot me. All Boston Payphones were tapped by NSA to find out where we were having Bible Studies with Marter from Europe. Our church was hounded by the US District Court in Brighton. MA. Mr. President because your father failed to be able to kill Minister Daniel King Marter God says he let you live while you watched the Super Bowl choking blue on a pretzel. But if you do not put Hugo Chavez back in power God says you might as well buy another bag of pretzels. That was only a 2-day COUP.

- I served as Washington, DC Process Server for the Texas Court papers for the Lawyers of the Black Farmers who had won multi $billions case against US Agriculture Dept. Under Cabinet AGGY Director Anne racist Veneman who with Bush, Jr. refused to pay the monies in the 1st case. I served AGGY Corporately and began serving AGGY Secretary starting with Anne Veneman by me served at gun point by her Secret Service driver who knew their gaggle of lawyers could not stop me. Veneman called President Bush complaining that their homes and all assets had been attached by my Process Service. Bush Jr. asked who served you what Law Firm and when she told the President Capitol Inquiry's Jeffrey Barrett BUSH owing me big time told Veneman have all your Executives to come down and sign the Texas Black Farmers

papers and then soon after the Black Farmers received their $Billions.

- I wrote China and India's current FAST TRACK ECONOMICS protocols.
- I was an EPA Radiation nuclear clean up specialist and in my Town 50% of all residents who were exposed by Engelhardt Corps US Navy Submarine nuclear rods died with in 20 years from radiation cancer.
- As a POWER GRID Sun Solar Flare specialist, I had solved the PPL and North East/Canada GRID collapse that left millions out of power for over a month. I solved that mystery. My brother Michael was a nuclear computer specialist leading the GRID COLLAPSE Investigation for PP&L
- THEN Japan's Fukushima, Diichi Earthquake destroyed by Tsunami, many towns and the TEPCO nuclear power complex. TEPCO finally admitted what I had globally released that US and Europe Nuclear Agencies were covering up a three times Chernobyl nuclear disaster event. I immediately sent Three Mile-Island Pennsylvania Power and Light nuclear disaster team overnight to COOL the TEPCO abandoned nuclear plants that when going to critical fission would over 20 years kill 22 million exposed Metro Tokyo Japanese citizens, I also sent GE Japan who was the Fukushima TEPCO nuke plant manufacturers. I forced Prime Minister Naato Khan to keep TEPCO on the site to cool the damaged nuke cores. Grow some BALLS Mr. Prime Minister. PM Khan to this day travels globally lecturing against nuclear plants in Japan and says IF HE did not force the TEPCO cooling of the nuclear plants at Diichi 22 million Tokyo Japanese would have died in 20 years.
- Stopping COUPS takes inside Global Leader handling which God has made me a specialist in having been a Christian Ambassador to Embassies in Washington, DC

- Russia President Vladimir Putin was responding to terrorist Yassar Arafat when the US and West were holding a Middle East Peace Conference at Sharm El Sheck. Mr. President I wrote through the Russian DC Embassy I am afraid if you do not attend the West's Peace Conference we at Pentagon cannot be responsible for what very angry and agitated Secretary of Defense John Cohen will do, Please read these few poems he has written. The first is his admission of suicide mentality in college and the 2nd is after he flew in an F-18 US Jet and wrote after about dropping nuclear bombs everywhere like a madman. Please reconsider. Putin went to Sharm el Scheck.
- While a Real Estate legal Assistant director at Capitol Inquiry and chief of all RECORD of DEEDS activities for the DC Government R.E Division I cornered MLB Commissioner in NY to place their ragged baseball team playing in Puerto Rico in DC. He objected saying it would be the 3rd possible bankrupt team why bother. I said DC has 30 million tourists and the church will fill the New Stadium you insist I force the city to build for you first they have refused. So, I wrote a $50 Billion East Anacostia River drug infested boulevard development plan which began the filling of Politian's pockets with graft, and they then gladly built Bud Selig his new National's Baseball Park at $681 million. Then I wrote the multi $ billion broadcast protocols. The DC R.E. Division of the city asked my boss Ken Cummins if I would let them put my name on the stadium. Hell NO, I said from Boston finishing my advanced Christian Perfection studies.
- Understanding the inside of Global and US leaders who are on the take demands inside psychological thinking.
- The Pentagon came to me, most Secretary Cohen's Intel agents and 5 Generals who were told that I had communications with Pakistan PM General Parvez Musharraf months after 911 when President George W. Bush wanted to go into Afghanistan to eliminate the Taliban which was created by Pakistan

military. How do we approach Pakistan Musharraf they asked me. We need to over fly and or use his air bases and staging areas. I said the General was educated by western Catholic education schools; his college education was Protestant based. He knows English better than most of you. He is a General COMMAND HIM and HE WILL OBEY. They did and he did. Later Parvez asked me to have an education satellite launched so he could replace all religious education in Pakistan with Western science and math etc. The State Dept had Boeing Land Sea Aerospace launch the satellite within a month.

We can go to more details at another time.

Revised CODE 2020

**18 USC 2383: Rebellion or Insurrection** Text contains those laws in effect on November 7, 2020

**From Title 18-CRIMES AND CRIMINAL PROCEDURE**PART I-CRIMESCHAPTER 115-TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

**Jump To:**Source CreditAmendments

### §2383. Rebellion or insurrection

**Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and *make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular* State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.**

### §2381. Treason

**Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not**

**less than five years and fined under this title but not less than $10,000; and *shall be incapable of holding any office under the United States.***

**(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(2)(J), Sept. 13, 1994, 108 Stat. 2148**

**(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)**

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 808 ; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147 .)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §4 (Mar. 4, 1909, ch. 321, §4, 35 Stat. 1088 ).

Word "moreover" was deleted as surplusage and minor changes were made in phraseology.

### Amendments

**1994**-Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000".

**18 USC Ch. 115: TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES**
**From Title 18—CRIMES AND CRIMINAL PROCEDURE**PART I—CRIMES

## CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

Sec.
2381. Treason.
2382. Misprision of treason.
2383. Rebellion or insurrection.
2384. Seditious conspiracy.

2385.
Advocating overthrow of Government.
2386.
Registration of certain organizations.
2387.
Activities affecting armed forces generally.
2388.
Activities affecting armed forces during war.
2389.
Recruiting for service against United States.
2390.
Enlistment to serve against United States.
[2391.
Repealed.]

### Amendments

**1994**—Pub. L. 103–322, title XXXIII, §330004(13), Sept. 13, 1994, 108 Stat. 2142, struck out item 2391 "Temporary extension of section 2388".

**1953**—Act June 30, 1953, ch. 175, §5, 67 Stat. 134, added item 2391.

.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §§1, 2 (Mar. 4, 1909, ch. 321, §§1, 2, 35 Stat. 1088).

Section consolidates sections 1 and 2 of title 18, U.S.C., 1940 ed.

The language referring to collection of the fine was omitted as obsolete and repugnant to the more humane policy of modern law which does not impose criminal consequences on the innocent.

The words "every person so convicted of treason" were omitted as redundant.

Minor change was made in phraseology.

### Amendments

**1994**—Pub. L. 103–322 inserted "under this title but" before "not less than $10,000".

## §2382. Misprision of treason

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §3 (Mar. 4, 1909, ch. 321, §3, 35 Stat. 1088).

Mandatory punishment provision was rephrased in the alternative.

### Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000".

## §2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §4 (Mar. 4, 1909, ch. 321, §4, 35 Stat. 1088).

Word "moreover" was deleted as surplusage and minor changes were made in phraseology.

### Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000".

## §2384. Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

(June 25, 1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, §1, 70 Stat. 623; Pub. L. 103–322, title XXXIII, §330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §6 (Mar. 4, 1909, ch. 321, §6, 35 Stat. 1089).

### Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $20,000".

**1956**—Act July 24, 1956, substituted "$20,000" for "$5,000", and "twenty years" for "six years".

### Effective Date of 1956 Amendment

Act July 24, 1956, ch. 678, §3, 70 Stat. 624, provided that: "The foregoing amendments [amending this section and section 2385 of this title] shall apply only with respect to offenses committed on and after the date of the enactment of this Act [July 24, 1956]."

## §2385. Advocating overthrow of Government

Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof, or the government of any political subdivision therein, by force or violence, or by the assassination of any officer of any such government; or

Whoever, with intent to cause the overthrow or destruction of any such government, prints, publishes, edits, issues, circulates, sells, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of

overthrowing or destroying any government in the United States by force or violence, or attempts to do so; or

Whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons, knowing the purposes thereof—

Shall be fined under this title or imprisoned not more than twenty years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.

If two or more persons conspire to commit any offense named in this section, each shall be fined under this title or imprisoned not more than twenty years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.

As used in this section, the terms "organizes" and "organize", with respect to any society, group, or assembly of persons, include the recruiting of new members, the forming of new units, and the regrouping or expansion of existing clubs, classes, and other units of such society, group, or assembly of persons.

(June 25, 1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, §2, 70 Stat. 623; Pub. L. 87–486, June 19, 1962, 76 Stat. 103; Pub. L. 103–322, title XXXIII, §330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.)

## Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §§10, 11, 13 (June 28, 1940, ch. 439, title I, §§2, 3, 5, 54 Stat. 670, 671).

Section consolidates sections 10, 11, and 13 of title 18, U.S.C., 1940 ed. Section 13 of title 18, U.S.C., 1940 ed., which contained the punishment provisions applicable to sections 10 and 11 of title 18, U.S.C., 1940 ed., was combined with section 11 of title 18, U.S.C., 1940 ed., and added to this section.

In first paragraph, words "the Government of the United States or the government of any State, Territory, District or possession thereof, or the government of any political subdivision therein" were substituted for "any government in the United States".

In second and third paragraphs, word "such" was inserted after "any" and before "government", and words "in the United States" which followed "government" were omitted.

In view of these changes, the provisions of subsection (b) of section 10 of title 18, U.S.C., 1940 ed., which defined the term "government in the United States" were omitted as unnecessary.

Reference to conspiracy to commit any of the prohibited acts was omitted as covered by the general conspiracy provision, incorporated in section 371 of this title. (See reviser's note under that section.)

Words "upon conviction thereof" which preceded "be fined" were omitted as surplusage, as punishment cannot be imposed until a conviction is secured.

The phraseology was considerably changed to effect consolidation but without any change of substance.

## Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $20,000" in fourth and fifth pars.

**1962**—Pub. L. 87–486 defined the terms "organizes" and "organize".

**1956**—Act July 24, 1956, substituted "$20,000" for "$10,000", and "twenty years" for "ten years" in the paragraph prescribing penalties applicable to advocating overthrow of government and inserted provisions relating to conspiracy to commit any offense named in this section.

### Effective Date of 1956 Amendment

Amendment by act July 24, 1956, as applicable only with respect to offenses committed on and after July 24, 1956, see section 3 of act July 24, 1956, set out as a note under section 2384 of this title.

## §2386. Registration of certain organizations

(A) For the purposes of this section:

"Attorney General" means the Attorney General of the United States;

"Organization" means any group, club, league, society, committee, association, political party, or combination of individuals, whether incorporated or otherwise, but such term shall not include any corporation, association, community chest, fund, or foundation, organized and operated exclusively for religious, charitable, scientific, literary, or educational purposes;

"Political activity" means any activity the purpose or aim of which, or one of the purposes or aims of which, is the control by force or overthrow of the Government of the United States or a political subdivision thereof, or any State or political subdivision thereof;

An organization is engaged in "civilian military activity" if:

(1) it gives instruction to, or prescribes instruction for, its members in the use of firearms or other weapons or any substitute therefor, or military or naval science; or

(2) it receives from any other organization or from any individual instruction in military or naval science; or

(3) it engages in any military or naval maneuvers or activities; or

(4) it engages, either with or without arms, in drills or parades of a military or naval character; or

(5) it engages in any other form of organized activity which in the opinion of the Attorney General constitutes preparation for military action;

An organization is "subject to foreign control" if:

(a) it solicits or accepts financial contributions, loans, or support of any kind, directly or indirectly, from, or is affiliated directly or indirectly with, a foreign government or a political subdivision thereof, or an agent, agency, or instrumentality of a foreign government or political subdivision thereof, or a political party in a foreign country, or an international political organization; or

(b) its policies, or any of them, are determined by or at the suggestion of, or in collaboration with, a foreign government or political subdivision thereof, or an agent, agency, or instrumentality of a foreign government or a political subdivision thereof, or a political party in a foreign country, or an international political organization.

(B)(1) The following organizations shall be required to register with the Attorney General:

Every organization subject to foreign control which engages in political activity;

Every organization which engages both in civilian military activity and in political activity;

Every organization subject to foreign control which engages in civilian military activity; and

Every organization, the purpose or aim of which, or one of the purposes or aims of which, is the establishment, control, conduct, seizure, or overthrow of a government or subdivision thereof by the use of force, violence, military measures, or threats of any one or more of the foregoing.

Every such organization shall register by filing with the Attorney General, on such forms and in such detail as the Attorney General may by rules and regulations prescribe, a registration statement containing the information and documents prescribed in subsection (B)(3) and shall within thirty days after the expiration of each period of six months succeeding the filing of such registration statement, file with the Attorney General, on such forms and in such detail as the Attorney General may by rules and regulations prescribe, a supplemental statement containing such information and documents as may be necessary to make the information and documents previously filed under this section accurate and current with respect to such preceding six months' period. Every statement required to be filed by this section shall be subscribed, under oath, by all of the officers of the organization.

(2) This section shall not require registration or the filing of any statement with the Attorney General by:

(a) The armed forces of the United States; or

(b) The organized militia or National Guard of any State, Territory, District, or possession of the United States; or

(c) Any law-enforcement agency of the United States or of any Territory, District or possession thereof, or of any State or political subdivision of a State, or of any agency or instrumentality of one or more States; or

(d) Any duly established diplomatic mission or consular office of a foreign government which is so recognized by the Department of State; or

(e) Any nationally recognized organization of persons who are veterans of the armed forces of the United States, or affiliates of such organizations.

(3) Every registration statement required to be filed by any organization shall contain the following information and documents:

(a) The name and post-office address of the organization in the United States, and the names and addresses of all branches, chapters, and affiliates of such organization;

(b) The name, address, and nationality of each officer, and of each person who performs the functions of an officer, of the organization, and of each branch, chapter, and affiliate of the organization;

(c) The qualifications for membership in the organization;

(d) The existing and proposed aims and purposes of the organization, and all the means by which these aims or purposes are being attained or are to be attained;

(e) The address or addresses of meeting places of the organization, and of each branch, chapter, or affiliate of the organization, and the times of meetings;

(f) The name and address of each person who has contributed any money, dues, property, or other thing of value to the organization or to any branch, chapter, or affiliate of the organization;

(g) A detailed statement of the assets of the organization, and of each branch, chapter, and affiliate of the organization, the manner in which such assets were acquired, and a detailed statement of the liabilities and income of the organization and of each branch, chapter, and affiliate of the organization;

(h) A detailed description of the activities of the organization, and of each chapter, branch, and affiliate of the organization;

(i) A description of the uniforms, badges, insignia, or other means of identification prescribed by the organization, and worn or carried by its officers or members, or any of such officers or members;

(j) A copy of each book, pamphlet, leaflet, or other publication or item of written, printed, or graphic matter issued or distributed directly or indirectly by the organization, or by any chapter,

branch, or affiliate of the organization, or by any of the members of the organization under its authority or within its knowledge, together with the name of its author or authors and the name and address of the publisher;

(k) A description of all firearms or other weapons owned by the organization, or by any chapter, branch, or affiliate of the organization, identified by the manufacturer's number thereon;

(l) In case the organization is subject to foreign control, the manner in which it is so subject;

(m) A copy of the charter, articles of association, constitution, bylaws, rules, regulations, agreements, resolutions, and all other instruments relating to the organization, powers, and purposes of the organization and to the powers of the officers of the organization and of each chapter, branch, and affiliate of the organization; and

(n) Such other information and documents pertinent to the purposes of this section as the Attorney General may from time to time require.

All statements filed under this section shall be public records and open to public examination and inspection at all reasonable hours under such rules and regulations as the Attorney General may prescribe.

(C) The Attorney General is authorized at any time to make, amend, and rescind such rules and regulations as may be necessary to carry out this section, including rules and regulations governing the statements required to be filed.

(D) Whoever violates any of the provisions of this section shall be fined under this title or imprisoned not more than five years, or both.

Whoever in a statement filed pursuant to this section willfully makes any false statement or willfully omits to state any fact which is required to be stated, or which is necessary to make the statements made not misleading, shall be fined under this title or imprisoned not more than five years, or both.

(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, §330016(1)(I), (L), Sept. 13, 1994, 108 Stat. 2147.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §§14–17 (Oct. 17, 1940, ch. 897, §§1–4, 54 Stat. 1201–1204).

Section consolidates sections 14–17 of title 18, U.S.C., 1940 ed., as subsections (a), (b), (c), and (d), respectively, of this section, with necessary changes of phraseology and translation of section references.

Words "upon conviction" which preceded "be subject" were omitted as surplusage, as punishment cannot otherwise be imposed.

### Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000" in penultimate par. and for "fined not more than $2,000" in last par.

## §2387. Activities affecting armed forces generally

(a) Whoever, with intent to interfere with, impair, or influence the loyalty, morale, or discipline of the military or naval forces of the United States:

(1) advises, counsels, urges, or in any manner causes or attempts to cause insubordination, disloyalty, mutiny, or refusal of duty by any member of the military or naval forces of the United States; or

(2) distributes or attempts to distribute any written or printed matter which advises, counsels, or urges insubordination, disloyalty, mutiny, or refusal of duty by any member of the military or naval forces of the United States—

Shall be fined under this title or imprisoned not more than ten years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.

(b) For the purposes of this section, the term "military or naval forces of the United States" includes the Army of the United States, the Navy, Air Force, Marine Corps, Coast Guard, Navy Reserve, Marine Corps Reserve, and Coast Guard Reserve of the United States; and, when any merchant vessel is commissioned in the Navy or is in the service of the Army or the Navy, includes the master, officers, and crew of such vessel.

(June 25, 1948, ch. 645, 62 Stat. 811; May 24, 1949, ch. 139, §46, 63 Stat. 96; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 109–163, div. A, title V, §515(f)(2), Jan. 6, 2006, 119 Stat. 3236.)

## Historical and Revision Notes

### 1948 Act

Based on title 18, U.S.C., 1940 ed., §§9, 11, 13 (June 28, 1940, ch. 439, title I, §§1, 3, 5, 54 Stat. 670, 671).

Section consolidates sections 9, 11, and 13 of title 18, U.S.C., 1940 ed., with only such changes of phraseology as were necessary to effect consolidation.

The revised section extends the provisions so as to include the Coast Guard Reserve in its coverage.

Words "upon conviction thereof" were omitted as unnecessary, as punishment cannot be imposed until conviction is secured.

Reference to conspiracy to commit any of the prohibited acts was omitted as covered by the general law incorporated in section 371 of this title. (See reviser's note under that section.)

Minor changes were made in arrangement and phraseology.

### 1949 Act

This section [section 46] inserts the words, "Air Force," in subsection (b) of section 2387 of title 18, U.S.C., in view of the establishment in 1947 of this separate branch of the armed services.

## Amendments

**2006**—Subsec. (b). Pub. L. 109–163 substituted "Navy Reserve" for "Naval Reserve".

**1994**—Subsec. (a). Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000" in last par.

**1949**—Subsec. (b). Act May 24, 1949, made section applicable to the Air Force.

## Transfer of Functions

For transfer of authorities, functions, personnel, and assets of the Coast Guard, including the authorities and functions of the Secretary of Transportation relating thereto, to the Department of Homeland Security, and for treatment of related references, see sections 468(b), 551(d), 552(d), and 557 of Title 6, Domestic Security, and the Department of Homeland Security

Reorganization Plan of November 25, 2002, as modified, set out as a note under section 542 of Title 6.

Coast Guard transferred to Department of Transportation and functions, powers, and duties, relating to Coast Guard, of Secretary of the Treasury and of other offices and officers of Department of the Treasury transferred to Secretary of Transportation by Pub. L. 89–670, Oct. 15, 1966, 80 Stat. 931, which created Department of Transportation. See section 108 of Title 49, Transportation.

Functions of all officers of Department of the Treasury and functions of all agencies and employees of such Department transferred, with certain exceptions, to Secretary of the Treasury, with power vested in him to authorize their performance or performance of any of his functions, by any of such officers, agencies, and employees, by Reorg. Plan No. 26, of 1950, §§1, 2, eff. July 31, 1950, 15 F.R. 4935, 64 Stat. 1280, set out in the Appendix to Title 5, Government Organization and Employees. Such plan excepted from transfer functions of Coast Guard and Commandant thereof when Coast Guard is operating as a part of the Navy under former sections 1 and 3 (now 101 and 103) of Title 14, Coast Guard.

## §2388. Activities affecting armed forces during war

(a) Whoever, when the United States is at war, willfully makes or conveys false reports or false statements with intent to interfere with the operation or success of the military or naval forces of the United States or to promote the success of its enemies; or

Whoever, when the United States is at war, willfully causes or attempts to cause insubordination, disloyalty, mutiny, or refusal of duty, in the military or naval forces of the United States, or willfully obstructs the recruiting or enlistment service of the United States, to the injury of the service or the United States, or attempts to do so—

Shall be fined under this title or imprisoned not more than twenty years, or both.

(b) If two or more persons conspire to violate subsection (a) of this section and one or more such persons do any act to effect the object of the conspiracy, each of the parties to such conspiracy shall be punished as provided in said subsection (a).

(c) Whoever harbors or conceals any person who he knows, or has reasonable grounds to believe or suspect, has committed, or is about to commit, an offense under this section, shall be fined under this title or imprisoned not more than ten years, or both.

(d) This section shall apply within the admiralty and maritime jurisdiction of the United States, and on the high seas, as well as within the United States.

(June 25, 1948, ch. 645, 62 Stat. 811; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

### Historical and Revision Notes

Based on sections 33, 34, 35, 37 of title 50, U.S.C., 1940 ed., War and National Defense (June 15, 1917, ch. 30, title I, §§3, 4, 5, 8, 40 Stat. 219; Mar. 3, 1921, ch. 136, 41 Stat. 1359; Mar. 28, 1940, ch. 72, §2, 54 Stat. 79).

Sections 33, 34, 35, and 37 of title 50, U.S.C., 1940 ed., War and National Defense, were consolidated. Sections 34, 35, and 37 of title 50, U.S.C., 1940 ed., War and National Defense, are also incorporated in sections 791, 792, and 794 of this title, to which they relate.

Minor changes were made in phraseology.

### Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000" in last par. of subsec. (a) and in subsec. (c).

### Repeals

Section 7 of act June 30, 1953, ch. 175, 67 Stat. 134, repealed Joint Res. July 3, 1952, ch. 570, §1(a)(29), 66 Stat. 333; Joint Res. Mar. 31, 1953, ch. 13, §1, 67 Stat. 18, which had provided that this section should continue in force until six months after the termination of the National emergency proclaimed by 1950 Proc. No. 2914, which is set out as a note preceding section 1 of Title 50, War and National Defense.

### Repeal of Extensions of War-time Provisions

Section 6 of Joint Res. July 3, 1952, repealed Joint Res. Apr. 14, 1952, ch. 204, 66 Stat. 54, as amended by Joint Res. May 28, 1952, ch. 339, 66 Stat. 96. Intermediate extensions by Joint Res. June 14, 1952, ch. 437, 66 Stat. 137, and Joint Res. June 30, 1952, ch. 526, 66 Stat. 296, which continued provisions until July 3, 1952, expired by their own terms.

## §2389. Recruiting for service against United States

Whoever recruits soldiers or sailors within the United States, or in any place subject to the jurisdiction thereof, to engage in armed hostility against the same; or

Whoever opens within the United States, or in any place subject to the jurisdiction thereof, a recruiting station for the enlistment of such soldiers or sailors to serve in any manner in armed hostility against the United States—

Shall be fined under this title or imprisoned not more than five years, or both.

(June 25, 1948, ch. 645, 62 Stat. 811; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §7 (Mar. 4, 1909, ch. 321, §7, 35 Stat. 1089).

Mandatory punishment provision was rephrased in the alternative.

Minor changes were made in phraseology.

### Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000" in last par.

## §2390. Enlistment to serve against United States

Whoever enlists or is engaged within the United States or in any place subject to the jurisdiction thereof, with intent to serve in armed hostility against the United States, shall be fined under this title [1] or imprisoned not more than three years, or both.

(June 25, 1948, ch. 645, 62 Stat. 812; Pub. L. 103–322, title XXXIII, §330016(1)(B), Sept. 13, 1994, 108 Stat. 2146.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §8 (Mar. 4, 1909, ch. 321, §8, 35 Stat. 1089).

Mandatory punishment provision was rephrased in the alternative.

Minor changes were made in phraseology.

### Amendments

**1994**—Pub. L. 103–322, which directed the amendment of this section by striking "fined not more than $100" and inserting "fined under this title", was executed by substituting "fined under this title" for "fined $100", to reflect the probable intent of Congress.

[1] *See 1994 Amendment note below.*

## [§2391. Repealed. Pub. L. 103–322, title XXXIII, §330004(13), Sept. 13, 1994, 108 Stat. 2142]

Section, added June 30, 1953, ch. 175, §6, 67 Stat. 134, related to temporary extension of section 2388 of this title.

**18 USC Ch. 115: TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES**
**From Title 18—CRIMES AND CRIMINAL PROCEDURE**PART I—CRIMES

# CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

Sec.
2381. Treason.
2382. Misprision of treason.
2383. Rebellion or insurrection.
2384. Seditious conspiracy.
2385. Advocating overthrow of Government.
2386. Registration of certain organizations.
2387. Activities affecting armed forces generally.
2388. Activities affecting armed forces during war.
2389. Recruiting for service against United States.
2390. Enlistment to serve against United States.
[2391. Repealed.]

### Amendments

**1994**—Pub. L. 103–322, title XXXIII, §330004(13), Sept. 13, 1994, 108 Stat. 2142, struck out item 2391 "Temporary extension of section 2388".

**1953**—Act June 30, 1953, ch. 175, §5, 67 Stat. 134, added item 2391.

## §2381. Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §§1, 2 (Mar. 4, 1909, ch. 321, §§1, 2, 35 Stat. 1088).

Section consolidates sections 1 and 2 of title 18, U.S.C., 1940 ed.

The language referring to collection of the fine was omitted as obsolete and repugnant to the more humane policy of modern law which does not impose criminal consequences on the innocent.

The words "every person so convicted of treason" were omitted as redundant.

Minor change was made in phraseology.

### Amendments

**1994**—Pub. L. 103–322 inserted "under this title but" before "not less than $10,000".

## §2382. Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §3 (Mar. 4, 1909, ch. 321, §3, 35 Stat. 1088).

Mandatory punishment provision was rephrased in the alternative.

### Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000".

## §2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

#### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §4 (Mar. 4, 1909, ch. 321, §4, 35 Stat. 1088).

Word "moreover" was deleted as surplusage and minor changes were made in phraseology.

#### Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000".

## §2384. Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

(June 25, 1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, §1, 70 Stat. 623; Pub. L. 103–322, title XXXIII, §330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.)

#### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §6 (Mar. 4, 1909, ch. 321, §6, 35 Stat. 1089).

#### Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $20,000".

**1956**—Act July 24, 1956, substituted "$20,000" for "$5,000", and "twenty years" for "six years".

#### Effective Date of 1956 Amendment

Act July 24, 1956, ch. 678, §3, 70 Stat. 624, provided that: "The foregoing amendments [amending this section and section 2385 of this title] shall apply only with respect to offenses committed on and after the date of the enactment of this Act [July 24, 1956]."

## §2385. Advocating overthrow of Government

Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof, or the government of any political subdivision therein, by force or violence, or by the assassination of any officer of any such government; or

Whoever, with intent to cause the overthrow or destruction of any such government, prints, publishes, edits, issues, circulates, sells, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force or violence, or attempts to do so; or

Whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such

government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons, knowing the purposes thereof—

Shall be fined under this title or imprisoned not more than twenty years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.

If two or more persons conspire to commit any offense named in this section, each shall be fined under this title or imprisoned not more than twenty years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.

As used in this section, the terms "organizes" and "organize", with respect to any society, group, or assembly of persons, include the recruiting of new members, the forming of new units, and the regrouping or expansion of existing clubs, classes, and other units of such society, group, or assembly of persons.

(June 25, 1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, §2, 70 Stat. 623; Pub. L. 87–486, June 19, 1962, 76 Stat. 103; Pub. L. 103–322, title XXXIII, §330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.)

## Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §§10, 11, 13 (June 28, 1940, ch. 439, title I, §§2, 3, 5, 54 Stat. 670, 671).

Section consolidates sections 10, 11, and 13 of title 18, U.S.C., 1940 ed. Section 13 of title 18, U.S.C., 1940 ed., which contained the punishment provisions applicable to sections 10 and 11 of title 18, U.S.C., 1940 ed., was combined with section 11 of title 18, U.S.C., 1940 ed., and added to this section.

In first paragraph, words "the Government of the United States or the government of any State, Territory, District or possession thereof, or the government of any political subdivision therein" were substituted for "any government in the United States".

In second and third paragraphs, word "such" was inserted after "any" and before "government", and words "in the United States" which followed "government" were omitted.

In view of these changes, the provisions of subsection (b) of section 10 of title 18, U.S.C., 1940 ed., which defined the term "government in the United States" were omitted as unnecessary.

Reference to conspiracy to commit any of the prohibited acts was omitted as covered by the general conspiracy provision, incorporated in section 371 of this title. (See reviser's note under that section.)

Words "upon conviction thereof" which preceded "be fined" were omitted as surplusage, as punishment cannot be imposed until a conviction is secured.

The phraseology was considerably changed to effect consolidation but without any change of substance.

## Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $20,000" in fourth and fifth pars.

**1962**—Pub. L. 87–486 defined the terms "organizes" and "organize".

**1956**—Act July 24, 1956, substituted "$20,000" for "$10,000", and "twenty years" for "ten years" in the paragraph prescribing penalties applicable to advocating overthrow of government and inserted provisions relating to conspiracy to commit any offense named in this section.

### Effective Date of 1956 Amendment

Amendment by act July 24, 1956, as applicable only with respect to offenses committed on and after July 24, 1956, see section 3 of act July 24, 1956, set out as a note under section 2384 of this title.

## §2386. Registration of certain organizations

(A) For the purposes of this section:

"Attorney General" means the Attorney General of the United States;

"Organization" means any group, club, league, society, committee, association, political party, or combination of individuals, whether incorporated or otherwise, but such term shall not include any corporation, association, community chest, fund, or foundation, organized and operated exclusively for religious, charitable, scientific, literary, or educational purposes;

"Political activity" means any activity the purpose or aim of which, or one of the purposes or aims of which, is the control by force or overthrow of the Government of the United States or a political subdivision thereof, or any State or political subdivision thereof;

An organization is engaged in "civilian military activity" if:

(1) it gives instruction to, or prescribes instruction for, its members in the use of firearms or other weapons or any substitute therefor, or military or naval science; or

(2) it receives from any other organization or from any individual instruction in military or naval science; or

(3) it engages in any military or naval maneuvers or activities; or

(4) it engages, either with or without arms, in drills or parades of a military or naval character; or

(5) it engages in any other form of organized activity which in the opinion of the Attorney General constitutes preparation for military action;

An organization is "subject to foreign control" if:

(a) it solicits or accepts financial contributions, loans, or support of any kind, directly or indirectly, from, or is affiliated directly or indirectly with, a foreign government or a political subdivision thereof, or an agent, agency, or instrumentality of a foreign government or political subdivision thereof, or a political party in a foreign country, or an international political organization; or

(b) its policies, or any of them, are determined by or at the suggestion of, or in collaboration with, a foreign government or political subdivision thereof, or an agent, agency, or instrumentality of a foreign government or a political subdivision thereof, or a political party in a foreign country, or an international political organization.

(B)(1) The following organizations shall be required to register with the Attorney General:

Every organization subject to foreign control which engages in political activity;

Every organization which engages both in civilian military activity and in political activity;

Every organization subject to foreign control which engages in civilian military activity; and

Every organization, the purpose or aim of which, or one of the purposes or aims of which, is the establishment, control, conduct, seizure, or overthrow of a government or subdivision thereof by the use of force, violence, military measures, or threats of any one or more of the foregoing.

Every such organization shall register by filing with the Attorney General, on such forms and in such detail as the Attorney General may by rules and regulations prescribe, a registration statement containing the information and documents prescribed in subsection (B)(3) and shall within thirty days after the expiration of each period of six months succeeding the filing of such registration statement, file with the Attorney General, on such forms and in such detail as the Attorney General may by rules and regulations prescribe, a supplemental statement containing such information and documents as may be necessary to make the information and documents previously filed under this section accurate and current with respect to such preceding six months' period. Every statement required to be filed by this section shall be subscribed, under oath, by all of the officers of the organization.

(2) This section shall not require registration or the filing of any statement with the Attorney General by:

(a) The armed forces of the United States; or

(b) The organized militia or National Guard of any State, Territory, District, or possession of the United States; or

(c) Any law-enforcement agency of the United States or of any Territory, District or possession thereof, or of any State or political subdivision of a State, or of any agency or instrumentality of one or more States; or

(d) Any duly established diplomatic mission or consular office of a foreign government which is so recognized by the Department of State; or

(e) Any nationally recognized organization of persons who are veterans of the armed forces of the United States, or affiliates of such organizations.

(3) Every registration statement required to be filed by any organization shall contain the following information and documents:

(a) The name and post-office address of the organization in the United States, and the names and addresses of all branches, chapters, and affiliates of such organization;

(b) The name, address, and nationality of each officer, and of each person who performs the functions of an officer, of the organization, and of each branch, chapter, and affiliate of the organization;

(c) The qualifications for membership in the organization;

(d) The existing and proposed aims and purposes of the organization, and all the means by which these aims or purposes are being attained or are to be attained;

(e) The address or addresses of meeting places of the organization, and of each branch, chapter, or affiliate of the organization, and the times of meetings;

(f) The name and address of each person who has contributed any money, dues, property, or other thing of value to the organization or to any branch, chapter, or affiliate of the organization;

(g) A detailed statement of the assets of the organization, and of each branch, chapter, and affiliate of the organization, the manner in which such assets were acquired, and a detailed statement of the liabilities and income of the organization and of each branch, chapter, and affiliate of the organization;

(h) A detailed description of the activities of the organization, and of each chapter, branch, and affiliate of the organization;

(i) A description of the uniforms, badges, insignia, or other means of identification prescribed by the organization, and worn or carried by its officers or members, or any of such officers or members;

(j) A copy of each book, pamphlet, leaflet, or other publication or item of written, printed, or graphic matter issued or distributed directly or indirectly by the organization, or by any chapter, branch, or affiliate of the organization, or by any of the members of the organization under its authority or within its knowledge, together with the name of its author or authors and the name and address of the publisher;

(k) A description of all firearms or other weapons owned by the organization, or by any chapter, branch, or affiliate of the organization, identified by the manufacturer's number thereon;

(l) In case the organization is subject to foreign control, the manner in which it is so subject;

(m) A copy of the charter, articles of association, constitution, bylaws, rules, regulations, agreements, resolutions, and all other instruments relating to the organization, powers, and purposes of the organization and to the powers of the officers of the organization and of each chapter, branch, and affiliate of the organization; and

(n) Such other information and documents pertinent to the purposes of this section as the Attorney General may from time to time require.

All statements filed under this section shall be public records and open to public examination and inspection at all reasonable hours under such rules and regulations as the Attorney General may prescribe.

(C) The Attorney General is authorized at any time to make, amend, and rescind such rules and regulations as may be necessary to carry out this section, including rules and regulations governing the statements required to be filed.

(D) Whoever violates any of the provisions of this section shall be fined under this title or imprisoned not more than five years, or both.

Whoever in a statement filed pursuant to this section willfully makes any false statement or willfully omits to state any fact which is required to be stated, or which is necessary to make the statements made not misleading, shall be fined under this title or imprisoned not more than five years, or both.

(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, §330016(1)(I), (L), Sept. 13, 1994, 108 Stat. 2147.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §§14–17 (Oct. 17, 1940, ch. 897, §§1–4, 54 Stat. 1201–1204).

Section consolidates sections 14–17 of title 18, U.S.C., 1940 ed., as subsections (a), (b), (c), and (d), respectively, of this section, with necessary changes of phraseology and translation of section references.

Words "upon conviction" which preceded "be subject" were omitted as surplusage, as punishment cannot otherwise be imposed.

### Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000" in penultimate par. and for "fined not more than $2,000" in last par.

## §2387. Activities affecting armed forces generally

(a) Whoever, with intent to interfere with, impair, or influence the loyalty, morale, or discipline of the military or naval forces of the United States:

(1) advises, counsels, urges, or in any manner causes or attempts to cause insubordination, disloyalty, mutiny, or refusal of duty by any member of the military or naval forces of the United States; or

(2) distributes or attempts to distribute any written or printed matter which advises, counsels, or urges insubordination, disloyalty, mutiny, or refusal of duty by any member of the military or naval forces of the United States—

Shall be fined under this title or imprisoned not more than ten years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.

(b) For the purposes of this section, the term "military or naval forces of the United States" includes the Army of the United States, the Navy, Air Force, Marine Corps, Coast Guard, Navy Reserve, Marine Corps Reserve, and Coast Guard Reserve of the United States; and, when any merchant vessel is commissioned in the Navy or is in the service of the Army or the Navy, includes the master, officers, and crew of such vessel.

(June 25, 1948, ch. 645, 62 Stat. 811; May 24, 1949, ch. 139, §46, 63 Stat. 96; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 109–163, div. A, title V, §515(f)(2), Jan. 6, 2006, 119 Stat. 3236.)

## Historical and Revision Notes

### 1948 Act

Based on title 18, U.S.C., 1940 ed., §§9, 11, 13 (June 28, 1940, ch. 439, title I, §§1, 3, 5, 54 Stat. 670, 671).

Section consolidates sections 9, 11, and 13 of title 18, U.S.C., 1940 ed., with only such changes of phraseology as were necessary to effect consolidation.

The revised section extends the provisions so as to include the Coast Guard Reserve in its coverage.

Words "upon conviction thereof" were omitted as unnecessary, as punishment cannot be imposed until conviction is secured.

Reference to conspiracy to commit any of the prohibited acts was omitted as covered by the general law incorporated in section 371 of this title. (See reviser's note under that section.)

Minor changes were made in arrangement and phraseology.

### 1949 Act

This section [section 46] inserts the words, "Air Force," in subsection (b) of section 2387 of title 18, U.S.C., in view of the establishment in 1947 of this separate branch of the armed services.

## Amendments

**2006**—Subsec. (b). Pub. L. 109–163 substituted "Navy Reserve" for "Naval Reserve".

**1994**—Subsec. (a). Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000" in last par.

**1949**—Subsec. (b). Act May 24, 1949, made section applicable to the Air Force.

## Transfer of Functions

For transfer of authorities, functions, personnel, and assets of the Coast Guard, including the authorities and functions of the Secretary of Transportation relating thereto, to the Department of Homeland Security, and for treatment of related references, see sections 468(b), 551(d), 552(d), and 557 of Title 6, Domestic Security, and the Department of Homeland Security Reorganization Plan of November 25, 2002, as modified, set out as a note under section 542 of Title 6.

Coast Guard transferred to Department of Transportation and functions, powers, and duties, relating to Coast Guard, of Secretary of the Treasury and of other offices and officers of Department of the Treasury transferred to Secretary of Transportation by Pub. L. 89–670, Oct. 15, 1966, 80 Stat. 931, which created Department of Transportation. See section 108 of Title 49, Transportation.

Functions of all officers of Department of the Treasury and functions of all agencies and employees of such Department transferred, with certain exceptions, to Secretary of the Treasury, with power vested in him to authorize their performance or performance of any of his functions, by any of such officers, agencies, and employees, by Reorg. Plan No. 26, of 1950, §§1, 2, eff. July 31, 1950, 15 F.R. 4935, 64 Stat. 1280, set out in the Appendix to Title 5, Government Organization and Employees. Such plan excepted from transfer functions of Coast Guard and Commandant thereof when Coast Guard is operating as a part of the Navy under former sections 1 and 3 (now 101 and 103) of Title 14, Coast Guard.

## §2388. Activities affecting armed forces during war

(a) Whoever, when the United States is at war, willfully makes or conveys false reports or false statements with intent to interfere with the operation or success of the military or naval forces of the United States or to promote the success of its enemies; or

Whoever, when the United States is at war, willfully causes or attempts to cause insubordination, disloyalty, mutiny, or refusal of duty, in the military or naval forces of the United States, or willfully obstructs the recruiting or enlistment service of the United States, to the injury of the service or the United States, or attempts to do so—

Shall be fined under this title or imprisoned not more than twenty years, or both.

(b) If two or more persons conspire to violate subsection (a) of this section and one or more such persons do any act to effect the object of the conspiracy, each of the parties to such conspiracy shall be punished as provided in said subsection (a).

(c) Whoever harbors or conceals any person who he knows, or has reasonable grounds to believe or suspect, has committed, or is about to commit, an offense under this section, shall be fined under this title or imprisoned not more than ten years, or both.

(d) This section shall apply within the admiralty and maritime jurisdiction of the United States, and on the high seas, as well as within the United States.

(June 25, 1948, ch. 645, 62 Stat. 811; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

### Historical and Revision Notes

Based on sections 33, 34, 35, 37 of title 50, U.S.C., 1940 ed., War and National Defense (June 15, 1917, ch. 30, title I, §§3, 4, 5, 8, 40 Stat. 219; Mar. 3, 1921, ch. 136, 41 Stat. 1359; Mar. 28, 1940, ch. 72, §2, 54 Stat. 79).

Sections 33, 34, 35, and 37 of title 50, U.S.C., 1940 ed., War and National Defense, were consolidated. Sections 34, 35, and 37 of title 50, U.S.C., 1940 ed., War and National Defense, are also incorporated in sections 791, 792, and 794 of this title, to which they relate.

Minor changes were made in phraseology.

### Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000" in last par. of subsec. (a) and in subsec. (c).

### REPEALS

Section 7 of act June 30, 1953, ch. 175, 67 Stat. 134, repealed Joint Res. July 3, 1952, ch. 570, §1(a)(29), 66 Stat. 333; Joint Res. Mar. 31, 1953, ch. 13, §1, 67 Stat. 18, which had provided that this section should continue in force until six months after the termination of the National emergency proclaimed by 1950 Proc. No. 2914, which is set out as a note preceding section 1 of Title 50, War and National Defense.

### REPEAL OF EXTENSIONS OF WAR-TIME PROVISIONS

Section 6 of Joint Res. July 3, 1952, repealed Joint Res. Apr. 14, 1952, ch. 204, 66 Stat. 54, as amended by Joint Res. May 28, 1952, ch. 339, 66 Stat. 96. Intermediate extensions by Joint Res. June 14, 1952, ch. 437, 66 Stat. 137, and Joint Res. June 30, 1952, ch. 526, 66 Stat. 296, which continued provisions until July 3, 1952, expired by their own terms.

## §2389. Recruiting for service against United States

Whoever recruits soldiers or sailors within the United States, or in any place subject to the jurisdiction thereof, to engage in armed hostility against the same; or

Whoever opens within the United States, or in any place subject to the jurisdiction thereof, a recruiting station for the enlistment of such soldiers or sailors to serve in any manner in armed hostility against the United States—

Shall be fined under this title or imprisoned not more than five years, or both.

(June 25, 1948, ch. 645, 62 Stat. 811; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §7 (Mar. 4, 1909, ch. 321, §7, 35 Stat. 1089).

Mandatory punishment provision was rephrased in the alternative.

Minor changes were made in phraseology.

### AMENDMENTS

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000" in last par.

## §2390. Enlistment to serve against United States

Whoever enlists or is engaged within the United States or in any place subject to the jurisdiction thereof, with intent to serve in armed hostility against the United States, shall be fined under this title [1] or imprisoned not more than three years, or both.

(June 25, 1948, ch. 645, 62 Stat. 812; Pub. L. 103–322, title XXXIII, §330016(1)(B), Sept. 13, 1994, 108 Stat. 2146.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §8 (Mar. 4, 1909, ch. 321, §8, 35 Stat. 1089).

Mandatory punishment provision was rephrased in the alternative.

Minor changes were made in phraseology.

### AMENDMENTS

**1994**—Pub. L. 103–322, which directed the amendment of this section by striking "fined not more than $100" and inserting "fined under this title", was executed by substituting "fined under this title" for "fined $100", to reflect the probable intent of Congress.

[1] *See 1994 Amendment note below.*

## [§2391. Repealed. Pub. L. 103–322, title XXXIII, §330004(13), Sept. 13, 1994, 108 Stat. 2142]

Section, added June 30, 1953, ch. 175, §6, 67 Stat. 134, related to temporary extension of section 2388 of this title.

**18 USC Ch. 115: TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES**
**From Title 18—CRIMES AND CRIMINAL PROCEDURE**PART I—CRIMES

## CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

Sec.
2381. Treason.
2382. Misprision of treason.
2383. Rebellion or insurrection.
2384. Seditious conspiracy.
2385. Advocating overthrow of Government.
2386. Registration of certain organizations.
2387. Activities affecting armed forces generally.
2388. Activities affecting armed forces during war.
2389. Recruiting for service against United States.
2390. Enlistment to serve against United States.
[2391. Repealed.]

### Amendments

**1994**—Pub. L. 103–322, title XXXIII, §330004(13), Sept. 13, 1994, 108 Stat. 2142, struck out item 2391 "Temporary extension of section 2388".

**1953**—Act June 30, 1953, ch. 175, §5, 67 Stat. 134, added item 2391.

## §2381. Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

#### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §§1, 2 (Mar. 4, 1909, ch. 321, §§1, 2, 35 Stat. 1088).

Section consolidates sections 1 and 2 of title 18, U.S.C., 1940 ed.

The language referring to collection of the fine was omitted as obsolete and repugnant to the more humane policy of modern law which does not impose criminal consequences on the innocent.

The words "every person so convicted of treason" were omitted as redundant.

Minor change was made in phraseology.

#### Amendments

**1994**—Pub. L. 103–322 inserted "under this title but" before "not less than $10,000".

## §2382. Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

#### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §3 (Mar. 4, 1909, ch. 321, §3, 35 Stat. 1088).

Mandatory punishment provision was rephrased in the alternative.

#### Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000".

## §2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

#### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §4 (Mar. 4, 1909, ch. 321, §4, 35 Stat. 1088).

Word "moreover" was deleted as surplusage and minor changes were made in phraseology.

### AMENDMENTS

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000".

## §2384. Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

(June 25, 1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, §1, 70 Stat. 623; Pub. L. 103–322, title XXXIII, §330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.)

### HISTORICAL AND REVISION NOTES

Based on title 18, U.S.C., 1940 ed., §6 (Mar. 4, 1909, ch. 321, §6, 35 Stat. 1089).

### AMENDMENTS

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $20,000".

**1956**—Act July 24, 1956, substituted "$20,000" for "$5,000", and "twenty years" for "six years".

### EFFECTIVE DATE OF 1956 AMENDMENT

Act July 24, 1956, ch. 678, §3, 70 Stat. 624, provided that: "The foregoing amendments [amending this section and section 2385 of this title] shall apply only with respect to offenses committed on and after the date of the enactment of this Act [July 24, 1956]."

## §2385. Advocating overthrow of Government

Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof, or the government of any political subdivision therein, by force or violence, or by the assassination of any officer of any such government; or

Whoever, with intent to cause the overthrow or destruction o

# DOCUMENT

# Joseph Biden was one of the main orchestrators of the 4 year long 2016-2020 COUP D'ETAT INSURRECTION against the US Govt…

**And against the winning candidate of the President of the United States of America of the 2016 Presidential Election by Donald Trump. President Barack Obama, Michelle Obama, Democrat losing Presidential candidate and former Secretary of State under Barack Obama and Joseph Biden, Hilary Rodman Clinton conspired with them in an FBI & CIA led Intel wide and Media COUP D'ETAT with Democrats in Congress and the Democratic Senators led by COUP Leaders Speaker of the US House and 3rd in line for the Presidency in case the President and Vice President were incapacitated by any means, Nancy Pelosi, Diane Feinstein, Chuck Schumer and Congressman Schiff with many other political persons leading to fraud treason and impeachment trials against sitting duly elected President Donald Trump.**

**God the Father Jesus and His Son Jesus Christ DECLARE that Donald R. Trump is still the sitting US President because Joseph Biden is not the current President of the United States because the 2020 US Presidential Election is null and void because Joseph Biden was a leader in the 2016-2020 COUP D'ETAT and under US INSURRECTION LAW Joseph Biden was barred from running or holding any US government Office.**

**President Trump and Supreme Court Justice Amy Barrett were notified of the 4 year long COUP when the Justice Dept determined that by the Mueller Investigation the charges of treason and the charges of Impeachment brought by COUP leaders were based on**

**fraud invented facts deliberately disseminated for the purpose of overthrowing the US Govt.**

**THEREFORE the Intelligence and Justice dept refused to arrest the COUP LEADERS after President Donald R. Trump announced publicly and in briefs to all policing US Govt. agencies that the COUP LEADERS must be arrested. Each Intel agencies refused when ordered by President Trump to stop the ongoing COUP-INSURRECTION including Home Land Security, FBI, CIA, NSA, Secret Service, Pentagon and especially Joint Chief Chairman General Mark Milley who joining the COUP INSURRECTION orchestrated 32 generals to aid the COUP LEADERS in INSURRECTION TREASON to sign a document saying Joseph Biden was the new President against the US Chapter 18 INSURRECTION COUP LAW which states that all COUP LEADERS MUST be arrested and jailed or if they try to avoid arrest be shot to stop the ONGOING COUP-INSURRECTION.**

**President Donald R. Trump ordered his US Vice President Pence to not confirm the NULL & VOID fraud election naming Joseph Biden the new US President. VP Pence then refused and joined the COUP INSURRECTION and did, deliberately, with intent knowing that Biden was elected by fraud, confirm Joseph Biden the new US President.**

**President Trump then under the US CONSTITUTION COUP-INSURRECTION law, authorized US Citizens that he deputized for the purpose of stopping the COUP-INSURRECTION to do their duty and arrest the COUP-ISURRECTION LEADERS at the Capitol on January 6th, 2021. They went to the Capitol as authorized protectors of the US GOVT. and made clear they were going to arrest the COUP Leaders and stop the fraud naming of Joseph Biden as the new US President.**

**US Citizens made a grand showing to set clear that Biden was not the duly elected president and that confirming this fraud was not going to stand. Now all elected and appointed Intelligence agents with Media including reporters from CNN, NBC, ABC, CBS, CNBC, Google, TWITTER organization operators and CEO and Facebook operators and CEO who are the COUP LEADERS must all be arrested and jailed and Joseph Biden, Obamas, Clinton, Pelosi, Feinstein, Schumer, Schiff, General Mark MIlley, William Barr et al must turn themselves in to authorities at US Justice Det. As COUP-INSURRECTION conspirators.**

**Written for God the Father & Jesus Christ by Perfected Christian Jeffrey Barrett**

**DOCUMENT**

# __TREASON

# Hilary Clinton, VP Joe Biden, President Barak Obama and the State Dept having US Forces and the Ambassador deliberately killed to cover Illegal gun running for profit. TREASON for 2 Presidential Elections and for the 4-year 2016-2020 Overthrow attempt against the legitimate sitting President of the United States President Donald J. Trump. Presidential Decree arrest on sight and jail immediately for 20-year voiding 2020 election.

## Obama DOJ drops charges against alleged broker of Libyan weapons

Arms dealer had threatened to expose Hillary Clinton's talks about arming anti-Qadhafi rebels.

By KENNETH P. VOGEL and JOSH GERSTEIN

10/04/2016 04:45 PM EDT

Updated 10/05/2016 11:16 AM EDT

Share on Facebook Share on Twitter

The Obama administration is moving to dismiss charges against an arms dealer it had accused of selling weapons that were destined for Libyan rebels.

Lawyers for the Justice Department on Monday filed a motion in federal court in Phoenix to drop the case against the arms dealer, an American named Marc Turi, whose lawyers also signed the motion.

The deal averts a trial that threatened to cast additional scrutiny on Hillary Clinton's private emails as Secretary of State, and to expose reported Central Intelligence Agency attempts to arm rebels fighting Libyan leader Moammar Qadhafi.

Government lawyers were facing a Wednesday deadline to produce documents to Turi's legal team, and the trial was officially set to begin on Election Day, although it likely would have been delayed by protracted disputes about classified information in the case.

A Turi associate asserted that the government dropped the case because the proceedings could have embarrassed Clinton and President Barack Obama by calling attention to the reported role of their administration in supplying weapons that fell into the hands of Islamic extremist militants.

**White House dings Filipino president's latest Obama jab**
By **LOUIS NELSON**

"They don't want this stuff to come out because it will look really bad for Obama and Clinton just before the election," said the associate.

In the dismissal motion, prosecutors say "discovery rulings" from U.S. District Court Judge David Campbell contributed to the decision to drop the case. The joint motion asks the judge to accept a confidential agreement to resolve the case through a civil settlement between the State Department and the arms broker.

"Our position from the outset has been that this case never should have been brought and we're glad it's over," said Jean-Jacques Cabou, a Perkins Coie partner serving as court-appointed defense counsel in the case. "Mr

Turi didn't break the law....We're very glad the charges are being dismissed."

Under the deal, Turi admits no guilt in the transactions he participated in, but he agreed to refrain from U.S.-regulated arms dealing for four years. A $200,000 civil penalty will be waived if Turi abides by the agreement.

A State Department official confirmed the outlines of the agreement.

"Mr. Turi cooperated with the Department's Directorate of Defense Trade Controls in its review and proposed administrative settlement of the alleged violations," said the official, who asked not be named. "Based on a compliance review, DDTC alleged that Mr. Turi…engaged in brokering activities for the proposed transfer of defense articles to Libya, a proscribed destination under [arms trade regulations,] despite the Department's denial of…requests for the required prior approval of such activities."

Turi adviser Robert Stryk of the government relations and consulting firm SPG accused the government of trying to scapegoat Turi to cover up Clinton's mishandling of Libya.

"The U.S. government spent millions of dollars, went all over the world to bankrupt him, and destroyed his life — all to protect Hillary Clinton's crimes," he said, alluding to the deadly Sept. 11, 2012 terrorist attack on the U.S. Consulate in Benghazi, Libya.



**Obama's plans to stump for Clinton get interrupted — again**
By SARAH WHEATON

Republicans hold Clinton responsible for mishandling the circumstances around that attack. And Stryk said that Turi was now weighing book and movie deals to tell his story, and to weigh in on the Benghazi attack.

Representatives of the Justice Department, the White House and Clinton's presidential campaign either declined to comment or did not respond to requests for comment on the case or the settlement.

Turi was indicted in 2014 on four felony counts: two of arms dealing in violation of the Arms Export Control Act and two of lying to the State Department in official applications. The charges accused Turi of claiming that the weapons involved were destined for Qatar and the United Arab Emirates, when the arms were actually intended to reach Libya.

Turi's lawyers argued that the shipments were part of a U.S. government-authorized effort to arm Libyan rebels.

It's unclear if any of the weapons made it to Libya, and there's no evidence linking weapons provided by the U.S. government to the Benghazi attacks.

"The proposal did not result in an actual transfer of defense articles to Libya," the State Department official told POLITICO on Tuesday.

But questions about U.S. efforts to arm Libyan rebels have been mounting, since weapons have reportedly made their way from Libya to Syria, where a civil war is raging between the Syrian Government and ISIL-aligned fighters.

In an interview last year, Turi said the U.S. was aware that weapons being shipped into Libya during the unrest there were being immediately diverted to Syria.

"When this equipment landed in Libya, half went one way, and the half went the other way," Turi said in an interview broadcast on Fox Business Channel. "The half that went the other way is the half that ended up in Syria."

Turi also said he came up with an idea he termed "zero footprint," where the U.S. would send weapons to Libyan rebels through Arab countries, like Qatar and the United Arab Emirates.

During 2013 Senate hearings on the 2012 Benghazi attack, Clinton, under questioning from Sen. Rand Paul (R-Kentucky), said she had no knowledge of weapons moving from Libya into Turkey, for ultimate transfer to Syria.

Wikileaks head Julian Assange in July suggested that he had emails proving that Clinton "pushed" the "flows" of weapons "going over to Syria."

Additionally, Turi's case had delved into emails sent to and from the controversial private account that Clinton used as Secretary of State, which the defense planned to harness at any trial.

**J Street spots push back on GOP Iran deal advertising**
By **NAHAL TOOSI**
At a court hearing in 2015, Cabou said emails between Clinton and her top aides indicated that efforts to arm the rebels were — at a minimum — under discussion at the highest levels of the government.

"We're entitled to tell the jury, ladies and gentlemen of the jury, the Secretary of State and her highest staff members were actively contemplating providing exactly the type of military assistance that Mr. Turi is here to answer for," the defense attorney said, according to a transcript.

Turi's defense was pressing for more documents about the alleged rebel-arming effort and for testimony from officials who worked on the issue for the State Department and the CIA. The defense said it planned to argue that Turi believed he had official permission to work on arms transfers to Libya

"If we armed the rebels, as publicly reported in many, many sources and as we strongly believe happened and as we believe at least one witness told the grand jury, then documents about that process relate to that effort," Cabou told Campbell at the same hearing last year.

"Our position from the outset has been that this case never should have been brought and we're glad it's over," said Jean-Jacques Cabou, a Perkins Coie partner serving as court-appointed defense counsel in the case. "Mr Turi didn't break the law....We're very glad the charges are being dismissed."

Under the deal, Turi admits no guilt in the transactions he participated in, but he agreed to refrain from U.S.-regulated arms dealing for four years. A $200,000 civil penalty will be waived if Turi abides by the agreement.

A State Department official confirmed the outlines of the agreement.

“Mr. Turi cooperated with the Department’s Directorate of Defense Trade Controls in its review and proposed administrative settlement of the alleged violations,” said the official, who asked not be named. “Based on a compliance review, DDTC alleged that Mr. Turi…engaged in brokering activities for the proposed transfer of defense articles to Libya, a proscribed destination under [arms trade regulations,] despite the Department’s denial of…requests for the required prior approval of such activities.”

Turi adviser Robert Stryk of the government relations and consulting firm SPG accused the government of trying to scapegoat Turi to cover up Clinton’s mishandling of Libya.

“The U.S. government spent millions of dollars, went all over the world to bankrupt him, and destroyed his life — all to protect Hillary Clinton’s crimes,” he said, alluding to the deadly Sept. 11, 2012 terrorist attack on the U.S. Consulate in Benghazi, Libya.

Republicans hold Clinton responsible for mishandling the circumstances around that attack. And Stryk said that Turi was now weighing book and movie deals to tell his story, and to weigh in on the Benghazi attack.

Representatives of the Justice Department, the White House and Clinton’s presidential campaign either declined to comment or did not respond to requests for comment on the case or the settlement.

Turi was indicted in 2014 on four felony counts: two of arms dealing in violation of the Arms Export Control Act and two of lying to the State Department in official applications. The charges accused Turi of claiming that the weapons involved were destined for Qatar and the United Arab Emirates, when the arms were actually intended to reach Libya.

Turi's lawyers argued that the shipments were part of a U.S. government-authorized effort to arm Libyan rebels.

It's unclear if any of the weapons made it to Libya, and there's no evidence linking weapons provided by the U.S. government to the Benghazi attacks.

"The proposal did not result in an actual transfer of defense articles to Libya," the State Department official told POLITICO on Tuesday.

But questions about U.S. efforts to arm Libyan rebels have been mounting, since weapons have reportedly made their way from Libya to Syria, where a civil war is raging between the Syrian Government and ISIL-aligned fighters.

In an interview last year, Turi said the U.S. was aware that weapons being shipped into Libya during the unrest there were being immediately diverted to Syria.

"When this equipment landed in Libya, half went one way, and the half went the other way," Turi said in an interview broadcast on Fox Business Channel. "The half that went the other way is the half that ended up in Syria."

Turi also said he came up with an idea he termed "zero footprint," where the U.S. would send weapons to Libyan rebels through Arab countries, like Qatar and the United Arab Emirates.

During 2013 Senate hearings on the 2012 Benghazi attack, Clinton, under questioning from Sen. Rand Paul (R-Kentucky), said she had no knowledge of weapons moving from Libya into Turkey, for ultimate transfer to Syria.

Wikileaks head Julian Assange in July suggested that he had emails proving that Clinton "pushed" the "flows" of weapons "going over to Syria."

Additionally, Turi's case had delved into emails sent to and from the controversial private account that Clinton used as Secretary of State, which the defense planned to harness at any trial.

**J Street spots push back on GOP Iran deal advertising**

By **NAHAL TOOSI**

At a court hearing in 2015, Cabou said emails between Clinton and her top aides indicated that efforts to arm the rebels were — at a minimum — under discussion at the highest levels of the government.

“We're entitled to tell the jury, ladies and gentlemen of the jury, the Secretary of State and her highest staff members were actively contemplating providing exactly the type of military assistance that Mr. Turi is here to answer for,” the defense attorney said, according to a transcript.

Turi’s defense was pressing for more documents about the alleged rebel-arming effort and for testimony from officials who worked on the issue for the State Department and the CIA. The defense said it planned to argue that Turi believed he had official permission to work on arms transfers to Libya

“If we armed the rebels, as publicly reported in many, many sources and as we strongly believe happened and as we believe at least one witness told the grand jury, then documents about that process relate to that effort,” Cabou told Campbell at the same hearing last year.

DOCUMENT

On "The News & Why It Matters," BlazeTV host Sara Gonzales and guests discussed some interesting new revelations about the FBI raid on former President Donald Trump's Florida home.

According to memos reviewed by Just the News, the Biden White House worked directly with the FBI, DOJ, and National Archives to instigate the criminal probe into Trump's alleged mishandling of classified documents as early as April, long before professing to have no prior knowledge of the raid on Mar-a-Lago earlier this month.

As award-winning investigative journalist John Solomon details, the memos show back-and-forth conversations between then-White House Deputy Counsel Jonathan Su, the Justice Department, and the National Archives, beginning just after "15 boxes of classified and other materials were voluntarily returned" from Trump's estate in April.

"By May, Su conveyed to the Archives that President Joe Biden would not object to waiving his predecessor's claims to executive privilege, a decision that opened the door for DOJ to get a grand jury to issue a subpoena compelling Trump to turn over any remaining materials he possessed from his presidency," Solomon reported.

**Don't miss out on content from Dave Rubin free of big tech censorship. Listen to The Rubin Report now.**

"Anyone who is not living in Trump-Derangement-Syndrome World pretty much knew from the onset that this *had* to have been signed off by the Biden administration, or that they had to be complicit with it in one way or the other, because this is obviously unprecedented," Sara asserted. "Look at how many other presidents have done the exact same thing. They can declassify whatever they want. They can take whatever documents ... and it was never a problem before. Now, all of a sudden, it's a problem with Trump. There's no way that all of this happens within the FBI and the DOJ and the Biden administration is not even told about it."

"[The raid happens] 90 days from midterm elections. Donald Trump has not announced his candidacy. And yet we're supposed to believe that all of those are just completely coincidental things, not ... related to one another in this weaponizing of a government agency against a political opponent," she added

# DOCUMENT

# TREASON, SEDITION, INSURRECTION & SUBVERSIVE ACTIVITIES

## 18 us code 2381

President Donald J. Trump,

Donald YOU and only you or a Federal Judge must be told of the COUP etc. and only one or the other can/must order the arrest of the COUP players using Federal Marshals, Secret Service agents, Secretary of Defense ordered troops or you, ordering National Guard troops any other federal agents. Before any investigation of the COUP or Treason, sedition or rebellion players are vetted by any other agency YOU have them or the notified Fed Judge arrests them and places them in jail, for trial. Evidence comes only after. They get jail and can never hold any US Govt office again on release after being convicted.

Mr. President the statute mandates that anyone uncovering these acts including a Coup d'état must immediately notify a US Federal Judge or the President, otherwise he or she will be charged with the crime also. Any VP named Joe Biden participating in such crimes by this statute he can never run for or hold any US office.

Amazing the Constitution who knew.

- Read it with Rudi Giuliani and act boldly with God and Jesus' confidence coming thru your soul. This is their battle enjoy the ride.

- Arrest Hillary Clinton, VP Joe Biden, Pres. Obama, Congresswoman Speaker Nancy Pelosi, Congressman Adam Schiff, Senator Chuck Schumer, NSA Director, CIA Dir., FBI, Directors, Mueller, The female State Dept. agent, the Ukraine Intel creeps on the Ukraine phone call testifying you're a treasonous pig, The CNN, ABC, NBC CBS, CNBC CEOs of Facebook, Twitter, Google etc.
- Jeffrey Barrett

## DOCUMENT

- LII U.S. Code

Title 18. CRIMES AND CRIMINAL PROCEDURE
Part I. CRIMES
Chapter 115. TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES
**Section 2383. Rebellion or insurrection**

# 18 U.S. Code § 2383.Rebellion or insurrection

**Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.**

**(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)**

# DOCUMENT


- LII U.S. Code

Title 18. CRIMES AND CRIMINAL PROCEDURE
Part I. CRIMES
Chapter 115. TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES
**Section 2383. Rebellion or insurrection**


# 18 U.S. Code § 2383.Rebellion or insurrection


- U.S. Code
- Notes

prev | next


**Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.**

**(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)**

).

Sections 33, 34, 35, and 37 of title 50, U.S.C., 1940 ed., War and National Defense, were consolidated. Sections 34, 35, and 37 of title 50, U.S.C., 1940 ed., War and National Defense, are also incorporated in sections 791, 792, and 794 of this title, to which they relate.

Minor changes were made in phraseology.

### Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000" in last par. of subsec. (a) and in subsec. (c).

### Repeals

Section 7 of act June 30, 1953, ch. 175, 67 Stat. 134, repealed Joint Res. July 3, 1952, ch. 570, §1(a)(29), 66 Stat. 333; Joint Res. Mar. 31, 1953, ch. 13, §1, 67 Stat. 18, which had provided that this section should continue in force until six months after the termination of the National emergency proclaimed by 1950 Proc. No. 2914, which is set out as a note preceding section 1 of Title 50, War and National Defense.

### Repeal of Extensions of War-time Provisions

Section 6 of Joint Res. July 3, 1952, repealed Joint Res. Apr. 14, 1952, ch. 204, 66 Stat. 54, as amended by Joint Res. May 28, 1952, ch. 339, 66 Stat. 96. Intermediate extensions by Joint Res. June 14, 1952, ch. 437, 66 Stat. 137, and Joint Res. June 30, 1952, ch. 526, 66 Stat. 296, which continued provisions until July 3, 1952, expired by their own terms.

## §2389. Recruiting for service against United States

Whoever recruits soldiers or sailors within the United States, or in any place subject to the jurisdiction thereof, to engage in armed hostility against the same; or

Whoever opens within the United States, or in any place subject to the jurisdiction thereof, a recruiting station for the enlistment of such soldiers or sailors to serve in any manner in armed hostility against the United States—

Shall be fined under this title or imprisoned not more than five years, or both.

(June 25, 1948, ch. 645, 62 Stat. 811; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §7 (Mar. 4, 1909, ch. 321, §7, 35 Stat. 1089).

Mandatory punishment provision was rephrased in the alternative.

Minor changes were made in phraseology.

### Amendments

**1994**—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000" in last par.

## §2390. Enlistment to serve against United States

Whoever enlists or is engaged within the United States or in any place subject to the jurisdiction thereof, with intent to serve in armed hostility against the United States, shall be fined under this title [1] or imprisoned not more than three years, or both.

(June 25, 1948, ch. 645, 62 Stat. 812; Pub. L. 103–322, title XXXIII, §330016(1)(B), Sept. 13, 1994, 108 Stat. 2146.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., §8 (Mar. 4, 1909, ch. 321, §8, 35 Stat. 1089).

Mandatory punishment provision was rephrased in the alternative.

Minor changes were made in phraseology.

### Amendments

**1994**—Pub. L. 103–322, which directed the amendment of this section by striking "fined not more than $100" and inserting "fined under this title", was executed by substituting "fined under this title" for "fined $100", to reflect the probable intent of Congress.

[1] *See 1994 Amendment note below.*

## [§2391. Repealed. Pub. L. 103–322, title XXXIII, §330004(13), Sept. 13, 1994, 108 Stat. 2142]

Section, added June 30, 1953, ch. 175, §6, 67 Stat. 134, related to temporary extension of section 2388 of this title.

# DOCUMENT

## US COUP Information

## US TREASON, SEDITION INSURRECTION ACTIVITIES

## Witnessed 2016 to 2020

## By Jeffrey Barrett

## Documents

# Wisconsin State AFL-CIO Blog

« Designate Grocery and Food Processing Workers as First Responders | Main | Need your support for Governor's Call for Mail-In Ballots »

03/24/2020

# Join the WI AFL-CIO Virtual Phonebank

Joining our virtual phone bank is easy. Sign up at wisaflcio.org/mobilize

All you need is a phone and a computer with internet access. Through the WI AFL-CIO's Virtual Phone Bank system, volunteers will be able to login, view a script to discuss our Wisconsin AFL-CIO endorsed candidates like **Supreme Court candidate Jill Karofsky**, chat with union voters, then record the results of your calls.

When you sign up for a phone shift, you'll be provided with a full set of instructions. WI AFL-CIO staff will be available by phone during call shifts to answer any questions.

During the COVID-19 public health emergency, we are encouraging Wisconsin voters to vote by mail with an absentee ballot. Have you requested your absentee ballot yet?

The Wisconsin AFL-CIO Absentee and Early In-Person Voter Guide has step-by-step instructions for requesting an absentee ballot and voting by mail. Get the guide by clicking here or visit wisaflcio.org/voter-guide.

The Wisconsin AFL-CIO has endorsed **Jill Karofsky for Wisconsin Supreme Court.** Judge Karofsky ensures working people are always treated fairly in our legal system. She's a former prosecutor, and on the bench, she's tough, fair and independent. Jill Karofsky will always fight to stop corruption and uphold the law. Her opponent Dan Kelly was appointed by former Governor and union-buster Scott Walker.

A statewide list of locally endorsed union-approved candidates can be found here.

Join the virtual phone bank and make calls to union voters from the comfort of your home.

Click here or visit wisaflcio.org/mobilize to sign up for a virtual phone bank shift.

We will continue to educate, organize, and mobilize union voters during the COVID-19 public health emergency. Join the virtual phone bank today.

Posted at 03:55 PM | Permalink

**DOCUMENT**

# Rep. Matt Gaetz on Spygate, Barr Hearings, and the Attempted Coup Against Trump

**By Jan Jekielek**

**May 11, 2019 Updated: May 13, 2019**
**biggersmaller**
Print

**With the Mueller investigation concluded, just how are the recent activities of the House Judiciary Committee effectively "impeachment in drag," in the eyes of committee member Rep. Matt Gaetz (R-Fla.)?**

**And why was he prevented from speaking at the last hearing involving Attorney General William Barr, the one Barr himself declined to attend?**

**In this episode of "American Thought Leaders," Epoch Times senior editor Jan Jekielek sits down with Gaetz to explore a range of issues related to the origins of the Russia collusion investigation against candidate Donald Trump, including the significance of the upcoming release of the 55 Russia investigation transcripts from the House Intelligence Committee.**

**Jan Jekielek: Now that we know that the Mueller report basically told us there's no Russia collusion, the attorney general found—based on what he found in the report—that there was no obstruction, a lot of people are**

**actually going further behind the scenes. That's something we've been reporting on for a while. And, actually, you've been very interested for some time—we've been watching that. Before I jump into that, what people call Spygate—or SetUpGate is another moniker that I've heard—I wanted to talk about this House Judiciary Committee hearing where you were basically cut off. What do you think that was all about?**

**Rep. Matt Gaetz: Well, something very strange is going on in the House Judiciary Committee. They're actually trying to have impeachment in drag. They don't want to call the hearings impeachment hearings, but they want to make them look and feel as much like impeachment as possible, despite the lack of underlying evidence that would support it.**

**So at the last hearing, I had a series of questions about the processes and procedures that the committee was using, and the extent to which they departed from our normal practices. And they really were an effort by the committee to dress up oversight activity to be as negative toward the president as possible.**

**I couldn't even get recognized by the committee chairman to ask those legitimate procedural questions, because I think what's happening with my Democratic colleagues right now is that they're so flummoxed with the lack of underlying facts to support what they've been saying to the American people for the last two years that they've lost control over their management of the House of Representatives.**

**Mr. Jekielek: Impeachment in drag. That's quite the imagery. So, actually, we had a headline—and this is very apropos—"House Democrats Plan Contempt Vote on Attorney General Barr … for Following the Law." And so**

**I think you get what's being suggested here. Do you agree?**

**Rep. Gaetz: That's clearly what's happening. General Barr is stuck between the law and a group of angry Democrats trying to justify their lies over the last two years.**

**You know, the attorney general is not allowed to release information if that information is linked to grand jury activity in the absence of court approval to do so. And so Democrats have now made a demand that he do that. The law doesn't allow him to do that. And they're using this to manufacture a constitutional crisis in their mind or discord between the executive and legislative branch. They're literally trying to go and pick fights where none need occur, because the attorney general has already released 92 percent of the Mueller report. Even more is available to Chairman [Jerrold] Nadler, if he'd like to go review it. He hasn't taken the opportunity to do that. They're trying to make it look like this great source of discord, but it's this mouse of an issue that roars like a lion.**

**Mr. Jekielek: Can [Barr] even be held in contempt for refusing to break the law?**

**Rep. Gaetz: Congress can hold anybody in contempt that they'd like to for any purpose. And, as a matter of fact, Eric Holder was held in contempt because he refused to show up. He refused to produce documents and answer questions about [Operation] Fast and Furious, a terrible scandal that was uncovered by Republicans in Congress who were engaged in diligent oversight. Here, it would be very bizarre for the legislative branch of government to hold someone in contempt in the executive branch of government when, if the person in the executive branch**

**did what Congress wanted, he could potentially be in trouble with the judicial branch of government. And so, again, it is a manufactured crisis.**

**Here's what we ought to do. We ought to take the Mueller findings on collusion at face value. We ought to take the legal analysis from America's top lawyer, the attorney general, on obstruction at face value. And then we've got to figure out how in the world this happened. How did we get to a point where political opposition research supplied by a known liar British spy, funded by political opponents, overseen by Obama officials in the White House, and then polluted by Russians trying to undermine the American election—how [did that become] the fuel for an investigation that really should have sputtered out very quickly?**

**I think that'll tell the true story of where we need to make reforms in this country so that this never happens again.**

**Mr. Jekielek: So the attorney general has been saying that he's bringing together a number of disparate existing investigations, I think, with the IG (inspector general), FBI, and some others. And he's getting [FBI Director] Christopher Wray's cooperation in doing this. Can you speak to that a little bit further?**

**Rep. Gaetz: Yeah. There are a number of different people in our government looking at the origins of this investigation. The Senate Intelligence Committee is engaged in that work, [and] individual Republicans in the Congress are continuing that effort that really uncovered a lot of the institutional bias that you saw over the last two years exposed. And then you've got, as you said, the inspector general and [U.S. Attorney John] Huber.**

**Huber was appointed by Rod Rosenstein to really investigate these leaks and how it is that the FBI and Department of Justice transitioned from investigatory prosecuting entities to public relations management firms. They really seem to be obsessed with the media and what the media could do for them in enhancing their particular view of facts as they saw them, or utilizing the media to reinforce the bias that had so badly infected the senior levels at the FBI and Department of Justice.**

**That interplay, I think, could be very dangerous for the American people, if we don't find a way to stop our investigators from thinking that they're political hacks.**

**Mr. Jekielek: All these attacks are basically inherently politicized, right?**

**Rep. Gaetz: Well, the attacks on the attorney general are. I think that the critique that we have of systems that allowed a secret court to review evidence from a known liar polluted by Russians is not political, because it could happen to either side. I think that's what my Democratic colleagues don't really get. Russia, China, Iran, North Korea—the countries that are trying to undermine democracy globally are going to continue to try to attack U.S. elections with a variety of different tools.**

**And rather than having our Democratic colleagues so obsessed with President Trump—probably the one guy we are certain did not collude with a foreign government because of the investigation that went into him—instead of focusing on him, let's focus on our broader resiliency and what we can do to make sure that we're prepared for those attacks and that we don't allow unelected people who think they know best to become susceptible to use information developed by Russia to undermine our faith in the outcome of our election.**

**Mr. Jekielek: So you were one of the first people to talk about this IG leak report that you mentioned earlier. Any updates on that for us?**

**Rep. Gaetz: No updates, other than what the inspector general has shared with me. You'll recall when the inspector general published his review of how the Hillary Clinton investigation was handled, he was very critical of the way that people tended to migrate from the Clinton investigation onto the Trump–Russia investigation at the FBI and then subsequently onto the Mueller probe.**

**But, during that report, he articulated concern over members of the media providing tickets to sporting events or concerts or other gifts to people in the FBI to get information. And what we've now seen on the other side is that you had a lot of people at the FBI who were super eager to control the public discourse on an investigation, more so than they were actually doing the investigating, the stuff we hired them to do.**

**So we should see this summer, I think, the results of the IG's work. And my expectation is that mainstream media news outlets will have a lot of explaining to do regarding their very nefarious undermining of the work of the FBI and Department of Justice.**

**Mr. Jekielek: Fascinating. So, this summer … It's hard to wait, right? So tell me a little bit more about what you and folks that you're working with have been investigating?**

**Rep. Gaetz: It's really troubling to us that any authorization for intelligence collection would occur in this country as a consequence of politics. Intelligence collection—spying, whatever you want to call it—really is one of the strongest tools our government has, and it**

**should be used very sparingly. And when we see Peter Strzok and Lisa Page texting about POTUS wanting to be notified about everything, or the White House is running this, regarding their efforts to poke and prod at the Trump campaign, it raises concern that it wasn't a legitimate investigative inquiry, but rather a desire to undermine a political opponent that led to the investigation beginning.**

**We are certain that it is not an open question that fueled this investigation. According to the testimony even of Andy McCabe, no friend of the president, this dossier that was developed by Christopher Steele, a British spy, was the essential element that kept our investigators engaged in a pursuit of the president and his campaign. That dossier was never disclosed as having been authored by a liar, funded by political opponents, and then polluted by Russians who wanted to undermine our election. I really think that that ought to be the focus of our work now going forward: How do we become more resilient to those types of attacks in the future?**

**Mr. Jekielek: So you're actually looking into trying to make sure that these sorts of things can't happen again already?**

**Rep. Gaetz: Yeah.**

**Mr. Jekielek: Fascinating. We have a number of columnists and a number of journalists that are working on this exact issue. They are very curious and have lots of questions. For example, do you have a sense when all the 55 transcripts from the House Intel Committee will be released? Do you have any idea?**

**Rep. Gaetz: I don't, but I have encouraged the director of national intelligence publicly to release those transcripts, and here's why that's such an insightful**

**question. The very people that oversaw the beginnings of this investigation—the very people who may have engaged other Western intelligence operations to spy on the Trump campaign, to entrap the Trump campaign, to try to run intelligence of the Trump campaign—those people gave testimony under oath before the United States Congress. And while I don't know what lies within those transcripts, it's my belief that they will be very illuminating as to the thoughts and methodologies that were used to take this unprecedented act of spying on a rival campaign. And so I've encouraged the director of national intelligence: Let's get these out in the public. And the four I'm most interested in: Comey, McCabe, Clapper, and Brennan.**
**Mr. Jekielek: Got it. You mentioned you were speaking with Huber, but what about Horowitz or Mueller, even, have you been speaking with them?**
**Rep. Gaetz: I've spoken with Mr. Horowitz, but I've not spoken with Mr. Mueller. And it's my expectation that he will be before the Congress, and he's got to answer some pretty serious questions about how he assembled his team. I mean, how in the world do you go and hire the very people who were defending Hillary Clinton in court against public disclosure lawsuits to then go and pursue Donald Trump? And even the inspector general, a Democrat appointed by President Obama, said that the HR policies of Robert Mueller to go and take the people that had been working on the Clinton investigation and use them to go after President Trump was beyond any appropriate rationale for staffing that operation.**
**Mr. Jekielek: Do you know [whether] "The Horowitz Report," the bigger report, has been delivered to its subjects or responses?**

**Rep. Gaetz: I don't know where Mr. Horowitz is in that process. Again, his expectation is that his report would be released later this summer. But it is frequently the case that these reports get pushed back because just as they're about to become public, you can often get new whistleblowers with new facts and new information that can inform on the results. That's what happened when Horowitz was investigating the Clinton email scandal and how a yellow brick road was paved for her by the Department of Justice to alleviate any consequence. He continued to get more and more information that showed us how really unfortunate that played out.**
**Mr. Jekielek: Are you aware of any other investigations that aren't, basically, out in the open?**
**Rep. Gaetz: Well, you've got the Senate Intelligence Committee that's investigating, obviously, as well. But based on the information we are now obtaining about the potential involvement of other Western intelligence services in undermining the Trump campaign, I would not be surprised if, in the very near future, we have to have a review of what other three-letter agencies were involved and with whom did they speak.**
**Mr. Jekielek: And now that Rod Rosenstein is retiring—basically stepping down—do you think he'll be called to testify?**
**Rep. Gaetz: I don't know if Democrats plan to do oversight over private citizens. It's typically the case that when we're doing legitimate oversight, it's with the people who are engaged in the operations of government, so that our policy can inform on the work that they're doing. So I don't expect Mr. Rosenstein to be before the Congress, but frankly, with Democrats infected with impeachment fever, you never know who**

**they're going to try to bring before the grand circus that has become the House Judiciary Committee.**
**Mr. Jekielek: You'd mentioned that a number of reports are coming in the summer. I think those may actually be the bombshells that we've been waiting for. I don't know. But where do you expect things will go over the next few months?**
**Rep. Gaetz: I think the attorney general is going to have to make the initial binary decision about prosecutable offenses or not prosecutable offenses as it relates to the people that fueled these investigations and potentially made misrepresentations to the court. There are also actions that can be taken by the FISA court, if they feel as though they were lied to, if someone engaged in prosecutorial misconduct. And so whether it's people's professional licenses or whether it's, in fact, a prosecution of a crime, I think the attorney general's got to make that binary decision. And our job is to do everything we can to take the information we find and to put it into the public square. I think that we've had a lot more intelligent discussion about what really has gone on here as a consequence of seeing the emails and text messages and reflections of bias that seemed to drive a lot of the activity against the president.**
**Mr. Jekielek: It's been said that basically the process of these last two years essentially of the Mueller report and all of the media coverage of it and all the leaks, in a sense, I think Victor Davis Hanson said this, that it's kind of backfiring actually. It's provided a lot of evidence that there were things that happened that weren't quite right.**
**Rep. Gaetz: You're right. And it has also backfired in that it really accomplished a lot of Putin's objectives. I know**

**that many of my colleagues want to know when Robert Mueller came to the conclusion that the Trump campaign did not collude with Russia. Because if you think about it, every day that Mueller continues his investigation after arriving at that fundamental conclusion, is a day that he's doing Putin's bidding because it has Americans questioning whether or not their president is a Russian agent. That was baloney at all times. And the fact that we allowed that to continue to impair the president's ability to use all of the tools that comes with the presidency to lead the free world is a real travesty.**
**Mr. Jekielek: There's still a ton of confusion about that from what I see—if you read the major headlines and things like that.**
**Rep. Gaetz: And, you know, it's not Republicans who set the expectations as to the outcome of these investigations, right? You had Democrats literally calling the president of the United States a Russian agent. When my colleagues and I stepped forward and said that this was a coup being attempted by senior people in our government, elected by nobody, to destabilize the presidency, I had the mainstream media acting like I was wearing a tinfoil hat. But the reality is that was true. Andrew McCabe came out and said: Yeah, we were out there counting noses to see if we could access the 25th Amendment to undo the results of a democratic election in the United States. That's the type of dynamic that I hope we can get beyond in our politics going forward.**
**Mr. Jekielek: So do you think that's at all possible?**
**Rep. Gaetz: You know, I have been listening frequently to the commentary of professor Alan Dershowitz. And his view political viewpoint isn't mine—he's a liberal, I'm**

**a conservative. But he makes an argument about decriminalizing our politics—that we can have political disagreements, we can be angry and passionate about the results of an election, but when every election has to result in sort of a round of criminal indictments, it draws too closely together our criminal code and our vibrant political discourse.**

**Mr. Jekielek: It just makes it a lot less meaningful … when a real crime is committed.**

**Rep. Gaetz: Yeah, we don't want this to be the new normal, but we've got to get to a bipartisan solution set here. The challenges we have with foreign interference in elections are too big for either one party to solve on their own. We actually need to be rowing in the same direction on this one.**

**And that's why it's so frustrating for me [that] when we find Democratic ideas that are good ideas and we try to champion them, Democrats back away from their own agenda. [Rep.] Adam Schiff, himself, had a bill to reform the secret court process to have more open transparency regarding the views of the judges, to publish opinions down the road, to develop a sense of legal doctrine—all things that are good ideas. And when I went to co-sponsor … or when I went to introduce, I should say, Schiff's legislation, he would not co-sponsor his own bill.**

**Mr. Jekielek: Fascinating. I didn't know that.**

**Rep. Gaetz: It really ripens in our mind whether or not Democrats really even want to solve this problem or whether their objective is solely to demagogue it. Because they can't argue with the policies of the Trump administration right now. We have 3.2 percent growth. It is twice what the Obama administration expected for our country during this time, from a growth standpoint.**

**So we are humming as a country. We are hot as an economy. And so, Democrats have to try to delegitimize the man because they can't argue with the policies that are lifting up the dreams of the American people.**

**Mr. Jekielek: And I guess you're arguing that the beneficiaries of all the madness are these foreign intelligence services?**

**Rep. Gaetz: Yeah. I don't think that it's good for the country that you had a 22-month investigation that raised a doubt in the minds of many as to the president's allegiance to the country he was elected to lead. Think about what was going on during these moments in time. You've got the president trying to denuclearize North Korea. When he took office, you had, at times, tests only a few weeks away from each other, and North Korea was rapidly enhancing their capabilities.**

**Now, to box North Korea in, you've got to be able to work with Russia and China, otherwise, they undermine our sanctions regimes. And so he's there trying to work with Russia and China to box in North Korea to denuclearize the Peninsula. And, meanwhile, he's having to fight off these completely baseless accusations that he is an agent of the Russian government. That wasn't good for our country, and I think the people responsible for perpetrating these lies need to be held to account.**

***This interview has been edited for clarity and brevity.***

# DOCUMENT

When you cross the Rubicon, there is no going back. Democrats are getting very close to that fateful moment.

Their dream to indict Donald Trump has turned into determination, putting them on a collision course with history. No president has ever been prosecuted after leaving office, with even Richard Nixon escaping that infamy after Watergate because of how it would tear America apart.

Yet day by day, the evidence shows Dems have liberated themselves from such concerns and are resolved that this time will be different. The number and fervor of their army of prosecutors reveal a contagious fever, and it often appears they are competing to be the first to file charges.

Will it be Attorney General Merrick Garland, who approved the raid on Mar-a-Lago and also has a separate investigation of Trump regarding events before and after Jan. 6?
Or will the first shot come from Georgia, where the Fulton County district attorney is using a special-purpose grand jury to investigate "election interference" in the state by Trump and his associates after the 2020 election?

Or maybe the first charges will come from the Manhattan district attorney's long-running probe into whether Trump broke tax laws by the way he valued his buildings. Having secured a guilty plea from a top company official regarding his personal tax scheme, probers are desperate to get him to turn on Trump.

# DOCUMENT

On "The News & Why It Matters," BlazeTV host Sara Gonzales and guests discussed some interesting new revelations about the FBI raid on former President Donald Trump's Florida home.

According to memos reviewed by Just the News, the Biden White House worked directly with the FBI, DOJ, and National Archives to instigate the criminal probe into Trump's alleged mishandling of classified documents as early as April, long before professing to have no prior knowledge of the raid on Mar-a-Lago earlier this month.

As award-winning investigative journalist John Solomon details, the memos show back-and-forth conversations between then-White House Deputy Counsel Jonathan Su, the Justice Department, and the National Archives, beginning just after "15 boxes of classified and other materials were voluntarily returned" from Trump's estate in April.

"By May, Su conveyed to the Archives that President Joe Biden would not object to waiving his predecessor's claims to executive privilege, a decision that opened the door for DOJ to get a grand jury to issue a subpoena compelling Trump to turn over any remaining materials he possessed from his presidency," Solomon reported.

**Don't miss out on content from Dave Rubin free of big tech censorship. Listen to The Rubin Report now.**

"Anyone who is not living in Trump-Derangement-Syndrome World pretty much knew from the onset that this *had* to have been signed off by the Biden administration, or that they had to be complicit with it in one way or the other, because this is obviously unprecedented," Sara asserted. "Look at how many other presidents have done the exact same thing. They can declassify whatever they want. They can take whatever documents ... and it was never a problem before. Now, all of a sudden, it's a problem with Trump. There's no way that

all of this happens within the FBI and the DOJ and the Biden administration is not even told about it."

"[The raid happens] 90 days from midterm elections. Donald Trump has not announced his candidacy. And yet we're supposed to believe that all of those are just completely coincidental things, not ... related to one another in this weaponizing of a government agency against a political opponent," she added

# DOCUMENT

# Mind Control Cover-up
# The Secrets of Mind Control

---

**This mind control summary is based on astonishing excerpts from three landmark books: *Bluebird* by Colin Ross, MD; *Mind Controllers* by Armen Victorian; and *A Nation Betrayed* by Carol Rutz. The authors provide hundreds of footnotes to support their thorough research. Their revealing information is derived largely from 18,000 pages of declassified CIA mind control documents. To order these key documents from the U.S. government, click here.**

### The Secret Agenda of Mind Control

Please note: the letters and numbers after each paragraph denote the book and page number from which the information was taken. BB–*Bluebird* MC–*Mind Controllers* NB–*A Nation Betrayed*.

A declassified CIA document dated 7 Jan 1953 [1] describes the creation of multiple personality in 19-year old girls. "These subjects have clearly demonstrated that they can pass from a fully awake state to a deep H [hypnotic] controlled state ... by telephone, by receiving written matter, or by the use of code, signal, or words and that control of those hypnotized can be passed from one individual to another without great difficulty. It has also been shown by experimentation with these girls that they can act as unwilling couriers for information purposes." BB 32

Under the provisions of the National Security Act of 1947, the CIA was established. One of the main areas investigated by the CIA was mind control. The program was motivated by Soviet, Chinese, and North Korean use of mind control techniques. The CIA originated its first program in 1950 under the name BLUEBIRD. MKULTRA officially began in 1953. In 1973, tipped off about forthcoming investigations, CIA Director Richard Helms ordered the destruction of any MKULTRA records. [2] MC 3, 10, 17

The Senate Intelligence Committee did find some records during its investigation in 1976. Senator Frank Church, who led the congressional investigations of the CIA's unlawful actions, said that the agency was "a rogue elephant" operating above the law as it plotted assassinations, illegally spied on thousands of Americans, and even drugged citizens in its effort to develop new weapons for its covert arsenal. [3] In 1977, through a Freedom of Information Act request, 16,000 pages of mind control documents were found as part of the Agency's financial history. That is how this information has been pieced together. MC 5, 18, NB xvi, 38

**The CIA Mind Control Projects**

A CIA document dated 10 Feb 1954 [4] describes an experiment on the creation of unsuspecting assassins: "Miss [deleted] was then instructed (having expressed a fear of firearms) that she would use every method at her disposal to awaken Miss [deleted] (now in a deep hypnotic sleep) and failing this, she would pick up a pistol and fire it at Miss [deleted]. She was instructed that she would not hesitate to "kill." Miss [deleted] carried out these suggestions including firing the (unloaded) gun at [deleted]. After proper suggestions were made, both were awakened. Miss [deleted] expressed absolute denial that the foregoing sequence had happened." BB 36, 37

MKULTRA grew into a mammoth undertaking. The nature of the research included these specific problems:

- Can we create by post-H (hypnotic) control an action contrary to an individual's basic moral principles?
- Can we "alter" a person's personality? Can we guarantee total amnesia under any and all conditions?
- Could we seize a subject and in the space of an hour by post-H control have him crash an airplane?
- Can we devise a system for making unwilling subjects into willing agents and then transfer that control to untrained agency agents in the field by use of codes or identifying signs? NB 13, 14, 28 [5]

In a 1971 *Science Digest* article [6], Dr. G.H. Estabrooks states, "By the 1920's clinical hypnotists learned to split certain individuals into multiple personalities like Jeckyl-Hydes. During WWII, I worked this technique with a Marine lieutenant I'll call Jones. I split his personality into Jones A and

Jones B. Jones A, once a 'normal' Marine, became entirely different. He talked communist doctrine and meant it. He was welcomed enthusiastically by communist cells, and was deliberately given a dishonorable discharge. Jones B was the deeper personality, knew all the thoughts of Jones A, and was 'imprinted' to say nothing during conscious phases. All I had to do was hypnotize him, get in touch with Jones B, and I had a pipeline straight into the Communist camp." BB 167-169 [For more on CIA mind control projects, click here.]

Dr. Jose Delgado, a neurosurgeon and Yale professor, [7][8][9] received funding for brain electrode research on children and adults. In the 1950s, he developed a miniature electrode placed within an individual's cranium capable of receiving and transmitting electronic signals. Delgado was able to control the movements of his subjects by pushing buttons on a remote transmitter. He demonstrated by wiring a fully-grown bull. With the device in place, Delgado stepped into the ring with the bull. The animal charged towards the experimenter – and then suddenly stopped, just before it reached him. The powerful beast had been stopped with the simple action of pushing a button on a small box held in Delgado's hand. [10] MC 147, BB 88

**The Mind Control Doctors**

In the second half of the 20th century, mind control projects resulted in extensive political abuse of psychiatry. Many thousands were subjected to unethical mind control experiments by leading psychiatrists and medical schools. Mind control experimentation was not only tolerated by medical professionals, but published in psychiatric and medical journals. Dr. William Sweet participated in both brain electrode implant experiments and the injection of uranium into medical patients at Harvard University. [11][12] Army doctors were involved in LSD testing at least until the late 1970's. Subjects of LSD experiments included children as young as five years old, and brain electrodes were implanted in children as young as 11 years of age. BB, pg. K, 1, 21

Linda MacDonald was a victim of Dr. Ewen Cameron's [13][14][15][16] destructive mind control experiments in 1963. Dr. Cameron was president of the American and World Psychiatric Associations. He used a "treatment" which involved intensive application of these brainwashing techniques; drug disinhibition, prolonged sleep, and prolonged psychological isolation. These were combined with ECT [Electro

Convulsive Therapy]. [17][18][19] The amount of electricity introduced into Linda's brain exceeded by 76.5 times the maximum amount recommended. Dr. Cameron's technique resulted in permanent and complete amnesia. A class action suit against the CIA for Dr. Cameron's MKULTRA experiments was settled out of court for $750,000, divided among eight plaintiffs in 1988. BB 126, 181-187 For more on the mind control doctors, click here.

26 July 1963, Memorandum For: Director of Central Intelligence [20] From: CIA Inspector General

The concepts involved in manipulating behavior are found by many people both within and outside the Agency [CIA] to be distasteful and unethical. Nevertheless, there have been major accomplishments both in research and operational employment. Over the ten-year life of the program many additional avenues to the control of human behavior have been designated under the MKULTRA charter, including radiation, electro-shock, and harassment substances. Some activities raise questions of legality. A final phase of the testing places the rights and interests of US citizens in jeopardy.

Technical Services Division initiated a program for covert testing of materials on unwitting US citizens in 1955. TSD has pursued a philosophy of minimum documentation in keeping with the high sensitivity of the projects. Some files contained little or no data at all. There are just two individuals in TSD who have full knowledge of the MKULTRA program. NB 108-113

**For 10 riveting pages of reliable, verifiable mind control information, click here**
**For key excerpts from the most astounding CIA mind control documents, click here**
**For other reliable resources on mind control, visit our Mind Control Information Center**

---

[1] CIA MORI ID 190684, pp. 1, 4. This is a declassified CIA document dealing with mind control. For free, unlimited access to this and other mind

control documents, see our archive of these declassified documents. **To go directly to the CIA document quoted, for page 1, click here. For page 4, click here.** You can also verify the statement in the text using a FOIA (Freedom of Information Act) request as described on our ten-page mind control summary at this link.

[2] *New York Times*, Aug. 2, 1977, *Mind-Control Studies Had Origins in Trial of Mindszenty*. This engaging article includes a concise history of mind control projects. **To view the entire article, click here.** The U.S. Department of Energy Website also provides a highly revealing, detailed report of these mind control projects and the destruction of their records available here. See also a CIA document available here.

[3] Final Report. Book 1, Foreign and Military Intelligence. Senate Select Committee to Study Government Operations with Respect to Intelligence Activities, 94th Congress, 2nd Session, 26 April 1976, Special Report No. 94-755 (Better known as the Church Committee Report). See Book 1, p. 406. For instructions on how to order this document from the National Archives, click here. For a related article on George Washington University's National Security Archive website, click here. **For an excellent Wikipedia article, click here.**

[4] CIA MORI ID 190691, p. 1. This is a declassified CIA document dealing with mind control. For unlimited access to this and other mind control documents, see our archive of these declassified documents. **To go directly to the page with the document quoted, click here.** You can also verify the text statement using a FOIA (Freedom of Information Act) request as described on our ten-page mind control summary at this link.

[5] CIA MORI ID 140401, pp. 6, 7. This is a declassified CIA document dealing with mind control from Project BLUEBIRD, the immediate precursor to Project MKULTRA. Its estimated publication date is 1/1/52. The nature of the BLUEBIRD research was very similar that of Project MKULTRA. To order this highly revealing document click here and follow the instructions. For reasons unknown, this document is not included in the mind control CDs, but **you can read the text of the entire declassified document at this link**.

[6] Estabrooks, G.H. Hypnosis comes of age. *Science Digest*, 44-50, April 1971. **A revealing excerpt of this article is available here.**

[7] Delgado, J.M.R. Evaluation of permanent implantation of electrodes within the brain. *Electroencephalography and Clinical Neurophysiology*, 7, 637-644, 1955. To order, click here.

[8] Delgado, J.M.R. Social rank and radio-stimulated aggressiveness in monkeys. *Journal of Nervous and Mental Disease*, 144, 383-390, 1967. To order, click here.

[9] Delgado, J.M.R. *Physical Control of the Mind.* New York: Harper & Row, paperback 1977. Order here.

[10] *New York Times,* May 17, 1965, front page, *'Matador' With a Radio Stops Wired Bull; Modified Behavior in Animals Subject of Brain Study*. **Instructions to purchase this article from the *New York Times* archives and a free copy of the article are available at www.WantToKnow.info/650517nytimes.**

[11] Faden, R.R. *Final Report. Advisory Committee on Human Radiation Experiments.* Washington, DC: US Government Printing Office, 1995. **The full, highly revealing report on the U.S. Department of Energy Website is available here.** For pages detailing Dr. Sweet's experiments, see chapter five page 4, page 5.

[12] Mark, V.H., & Ervin, F.R. *Violence and the Brain.* New York: Harper & Row, 1970. Order here.

[13] Gillmor, D. *I Swear By Apollo. Dr. Ewen Cameron and the CIA-Brainwashing Experiments.* Montreal: Eden press, 1987. To order this book, click here.

[14] Scheflin, A.W., & Opton, E.M. *The Mind manipulators.* New York: Paddington Press, 1978. Order here.

[15] Thomas, G. *Journey into Madness. The Secret Story of Secret CIA Mind Control and Medical Abuse*. New York: Bantam, 1989 (paperback 1990). To order this book, click here.

[16] Weinstein, H. *Psychiatry and the CIA: Victims of Mind Control*. Washington, DC: American Psychiatric Press, 1990. To order this book, click here.

[17] Collins, A. *In the Sleep Room. The Story of CIA Brainwashing Experiments in Canada*. Toronto: Key Porter Books, 1988/1998. To order this book, click here.

[18] Cameron, D.E. Production of differential amnesia as a factor in the treatment of schizophrenia. *Comprehensive Psychiatry*, 1, 26-34, 1960.

[19] Cameron, D.E., Levy, L. Rubenstein, L., & Malmo, R.B. Repetition of verbal signals: Behavioral and physiological changes. *American Journal of Psychiatry*, 115, 985-991, 1959.

[20] CIA MORI ID 17748, pp. 2, 4, 6-9. This is a declassified CIA document dealing with mind control. You can verify the statement in the text using a FOIA (Freedom of Information Act) request as described on our ten-page mind control summary at this link. For free, unlimited access to these documents, go to our archive of declassified mind control documents. **To go directly to the CIA documents quoted:**

**For page 2, click here.**
**For page 4, click here.**
**For page 6, click here.**
**For page 7, click here.**
**For page 8, click here.**
**For page 9, click here.**

In addition the above CIA document, to verify this quote and other key mind control information in a highly revealing July 21, 1977 *New York Times* article available in their archives, click here.

**This mind control summary is based on astonishing excerpts from three landmark books: *Bluebird* by Colin Ross, MD; *Mind Controllers* by Armen Victorian; and *A Nation Betrayed* by Carol Rutz. The authors provide hundreds of footnotes to support their thorough**

**research. Their revealing information is derived largely from 18,000 pages of declassified CIA mind control documents. To order these key documents from the U.S. government, click here.**

## The Secret Agenda of Mind Control

Please note: the letters and numbers after each paragraph denote the book and page number from which the information was taken. BB–*Bluebird* MC–*Mind Controllers* NB–*A Nation Betrayed*.

A declassified CIA document dated 7 Jan 1953 [1] describes the creation of multiple personality in 19-year old girls. "These subjects have clearly demonstrated that they can pass from a fully awake state to a deep H [hypnotic] controlled state ... by telephone, by receiving written matter, or by the use of code, signal, or words and that control of those hypnotized can be passed from one individual to another without great difficulty. It has also been shown by experimentation with these girls that they can act as unwilling couriers for information purposes." BB 32

Under the provisions of the National Security Act of 1947, the CIA was established. One of the main areas investigated by the CIA was mind control. The program was motivated by Soviet, Chinese, and North Korean use of mind control techniques. The CIA originated its first program in 1950 under the name BLUEBIRD. MKULTRA officially began in 1953. In 1973, tipped off about forthcoming investigations, CIA Director Richard Helms ordered the destruction of any MKULTRA records. [2] MC 3, 10, 17

The Senate Intelligence Committee did find some records during its investigation in 1976. Senator Frank Church, who led the congressional investigations of the CIA's unlawful actions, said that the agency was "a rogue elephant" operating above the law as it plotted assassinations, illegally spied on thousands of Americans, and even drugged citizens in its effort to develop new weapons for its covert arsenal. [3] In 1977, through a Freedom of Information Act request, 16,000 pages of mind control documents were found as part of the Agency's financial history. That is how this information has been pieced together. MC 5, 18, NB xvi, 38

## The CIA Mind Control Projects

A CIA document dated 10 Feb 1954 [4] describes an experiment on the creation of unsuspecting assassins: "Miss [deleted] was then instructed

(having expressed a fear of firearms) that she would use every method at her disposal to awaken Miss [deleted] (now in a deep hypnotic sleep) and failing this, she would pick up a pistol and fire it at Miss [deleted]. She was instructed that she would not hesitate to "kill." Miss [deleted] carried out these suggestions including firing the (unloaded) gun at [deleted]. After proper suggestions were made, both were awakened. Miss [deleted] expressed absolute denial that the foregoing sequence had happened." BB 36, 37

MKULTRA grew into a mammoth undertaking. The nature of the research included these specific problems:

- Can we create by post-H (hypnotic) control an action contrary to an individual's basic moral principles?
- Can we "alter" a person's personality? Can we guarantee total amnesia under any and all conditions?
- Could we seize a subject and in the space of an hour by post-H control have him crash an airplane?
- Can we devise a system for making unwilling subjects into willing agents and then transfer that control to untrained agency agents in the field by use of codes or identifying signs? NB 13, 14, 28 [5]

In a 1971 *Science Digest* article [6], Dr. G.H. Estabrooks states, "By the 1920's clinical hypnotists learned to split certain individuals into multiple personalities like Jeckyl-Hydes. During WWII, I worked this technique with a Marine lieutenant I'll call Jones. I split his personality into Jones A and Jones B. Jones A, once a 'normal' Marine, became entirely different. He talked communist doctrine and meant it. He was welcomed enthusiastically by communist cells, and was deliberately given a dishonorable discharge. Jones B was the deeper personality, knew all the thoughts of Jones A, and was 'imprinted' to say nothing during conscious phases. All I had to do was hypnotize him, get in touch with Jones B, and I had a pipeline straight into the Communist camp." BB 167-169 [For more on CIA mind control projects, click here.]

Dr. Jose Delgado, a neurosurgeon and Yale professor, [7][8][9] received funding for brain electrode research on children and adults. In the 1950s, he developed a miniature electrode placed within an individual's cranium capable of receiving and transmitting electronic signals. Delgado was able to control the movements of his subjects by pushing buttons on a remote

transmitter. He demonstrated by wiring a fully-grown bull. With the device in place, Delgado stepped into the ring with the bull. The animal charged towards the experimenter – and then suddenly stopped, just before it reached him. The powerful beast had been stopped with the simple action of pushing a button on a small box held in Delgado's hand. [10] MC 147, BB 88

**The Mind Control Doctors**

In the second half of the 20th century, mind control projects resulted in extensive political abuse of psychiatry. Many thousands were subjected to unethical mind control experiments by leading psychiatrists and medical schools. Mind control experimentation was not only tolerated by medical professionals, but published in psychiatric and medical journals. Dr. William Sweet participated in both brain electrode implant experiments and the injection of uranium into medical patients at Harvard University. [11][12] Army doctors were involved in LSD testing at least until the late 1970's. Subjects of LSD experiments included children as young as five years old, and brain electrodes were implanted in children as young as 11 years of age. BB, pg. K, 1, 21

Linda MacDonald was a victim of Dr. Ewen Cameron's [13][14][15][16] destructive mind control experiments in 1963. Dr. Cameron was president of the American and World Psychiatric Associations. He used a "treatment" which involved intensive application of these brainwashing techniques; drug disinhibition, prolonged sleep, and prolonged psychological isolation. These were combined with ECT [Electro Convulsive Therapy]. [17][18][19] The amount of electricity introduced into Linda's brain exceeded by 76.5 times the maximum amount recommended. Dr. Cameron's technique resulted in permanent and complete amnesia. A class action suit against the CIA for Dr. Cameron's MKULTRA experiments was settled out of court for $750,000, divided among eight plaintiffs in 1988. BB 126, 181-187 For more on the mind control doctors, click here.

26 July 1963, Memorandum For: Director of Central Intelligence [20] From: CIA Inspector General

The concepts involved in manipulating behavior are found by many people both within and outside the Agency [CIA] to be distasteful and unethical. Nevertheless, there have been major accomplishments both in research and operational employment. Over the ten-year life of the program many

additional avenues to the control of human behavior have been designated under the MKULTRA charter, including radiation, electro-shock, and harassment substances. Some activities raise questions of legality. A final phase of the testing places the rights and interests of US citizens in jeopardy.

Technical Services Division initiated a program for covert testing of materials on unwitting US citizens in 1955. TSD has pursued a philosophy of minimum documentation in keeping with the high sensitivity of the projects. Some files contained little or no data at all. There are just two individuals in TSD who have full knowledge of the MKULTRA program. NB 108-113

**For 10 riveting pages of reliable, verifiable mind control information, click here**
**For key excerpts from the most astounding CIA mind control documents, click here**
**For other reliable resources on mind control, visit our Mind Control Information Center**

---

[1] CIA MORI ID 190684, pp. 1, 4. This is a declassified CIA document dealing with mind control. For free, unlimited access to this and other mind control documents, see our archive of these declassified documents. **To go directly to the CIA document quoted, for page 1, click here. For page 4, click here.** You can also verify the statement in the text using a FOIA (Freedom of Information Act) request as described on our ten-page mind control summary at this link.

[2] *New York Times*, Aug. 2, 1977, *Mind-Control Studies Had Origins in Trial of Mindszenty*. This engaging article includes a concise history of mind control projects. **To view the entire article, click here.** The U.S. Department of Energy Website also provides a highly revealing, detailed report of these mind control projects and the destruction of their records available here. See also a CIA document available here.

[3] Final Report. Book 1, Foreign and Military Intelligence. Senate Select Committee to Study Government Operations with Respect to Intelligence Activities, 94th Congress, 2nd Session, 26 April 1976, Special Report No. 94-755 (Better known as the Church Committee Report). See Book 1, p. 406. For instructions on how to order this document from the National Archives, click here. For a related article on George Washington University's National Security Archive website, click here. **For an excellent Wikipedia article, click here.**

[4] CIA MORI ID 190691, p. 1. This is a declassified CIA document dealing with mind control. For unlimited access to this and other mind control documents, see our archive of these declassified documents. **To go directly to the page with the document quoted, click here.** You can also verify the text statement using a FOIA (Freedom of Information Act) request as described on our ten-page mind control summary at this link.

[5] CIA MORI ID 140401, pp. 6, 7. This is a declassified CIA document dealing with mind control from Project BLUEBIRD, the immediate precursor to Project MKULTRA. Its estimated publication date is 1/1/52. The nature of the BLUEBIRD research was very similar that of Project MKULTRA. To order this highly revealing document click here and follow the instructions. For reasons unknown, this document is not included in the mind control CDs, but **you can read the text of the entire declassified document at this link**.

[6] Estabrooks, G.H. Hypnosis comes of age. *Science Digest*, 44-50, April 1971. **A revealing excerpt of this article is available here.**

[7] Delgado, J.M.R. Evaluation of permanent implantation of electrodes within the brain. *Electroencephalography and Clinical Neurophysiology*, 7, 637-644, 1955. To order, click here.

[8] Delgado, J.M.R. Social rank and radio-stimulated aggressiveness in monkeys. *Journal of Nervous and Mental Disease*, 144, 383-390, 1967. To order, click here.

[9] Delgado, J.M.R. *Physical Control of the Mind.* New York: Harper & Row, paperback 1977. Order here.

[10] *New York Times,* May 17, 1965, front page, *'Matador' With a Radio Stops Wired Bull; Modified Behavior in Animals Subject of Brain Study*. **Instructions to purchase this article from the *New York***

***Times* archives and a free copy of the article are available at www.WantToKnow.info/650517nytimes.**

[11] Faden, R.R. *Final Report. Advisory Committee on Human Radiation Experiments.* Washington, DC: US Government Printing Office, 1995. **The full, highly revealing report on the U.S. Department of Energy Website is available here.** For pages detailing Dr. Sweet's experiments, see chapter five page 4, page 5.

[12] Mark, V.H., & Ervin, F.R. *Violence and the Brain.* New York: Harper & Row, 1970. Order here.

[13] Gillmor, D. *I Swear By Apollo. Dr. Ewen Cameron and the CIA-Brainwashing Experiments.* Montreal: Eden press, 1987. To order this book, click here.

[14] Scheflin, A.W., & Opton, E.M. *The Mind manipulators.* New York: Paddington Press, 1978. Order here.

[15] Thomas, G. *Journey into Madness. The Secret Story of Secret CIA Mind Control and Medical Abuse*. New York: Bantam, 1989 (paperback 1990). To order this book, click here.

[16] Weinstein, H. *Psychiatry and the CIA: Victims of Mind Control*. Washington, DC: American Psychiatric Press, 1990. To order this book, click here.

[17] Collins, A. *In the Sleep Room. The Story of CIA Brainwashing Experiments in Canada*. Toronto: Key Porter Books, 1988/1998. To order this book, click here.

[18] Cameron, D.E. Production of differential amnesia as a factor in the treatment of schizophrenia. *Comprehensive Psychiatry*, 1, 26-34, 1960.

[19] Cameron, D.E., Levy, L. Rubenstein, L., & Malmo, R.B. Repetition of verbal signals: Behavioral and physiological changes. *American Journal of Psychiatry*, 115, 985-991, 1959.

[20] CIA MORI ID 17748, pp. 2, 4, 6-9. This is a declassified CIA document dealing with mind control. You can verify the statement in the text using a FOIA (Freedom of Information Act) request as described on our ten-page mind control summary at . For free, unlimited access to these documents,

# DOCUMENT

FIGHTING WORDS, BY DAVID HOROWITZ

*Our friend David Horowitz wrote this essay, which he titled "Fighting Words." It is a call for freedom-loving Americans to fight back against the totalitarian Left.*

By now it should be obvious – even to conservatives – that we are in a war. It is a conflict that began nearly fifty years ago when the street revolutionaries of the Sixties joined the Democrat Party. Their immediate goal was to help the Communist enemy win the war in Vietnam, but they stayed to expand their influence in the Democrat Party and create the radical force that confronts us today. The war that today's Democrats are engaged in reflects the values and methods of those radicals. It is a war against us – against individual freedom, against America's constitutional order, and against the capitalist engine of our prosperity.

Democrat radicals know what they want and where they are going. As a result, they are tactically and organizationally years ahead of patriotic Americans who are only beginning to realize they are in a war. The Democrats' plan to steal the 2020 election was hatched many years ago when Democrats launched their first attacks on Voter I.D.s, and then every effort to secure the integrity of the electoral system. Those attacks metastasized into an all-out assault on Election Day itself with early- and late-voting grace periods, and a flood of 92 million mail-in ballots, hundreds of thousands of which were delivered in the middle of the night to be counted behind the backs of Republican observers after Election Day had passed.

The result of these efforts is that Election Day no longer really exists as a day when the votes are cast and counted. This is a fact that offers generous opportunities for the election saboteurs to do their work. Those saboteurs' opportunities were greatly enhanced this year with

the installation in battle ground states of voting machines specifically designed to calculate how many votes were required to steal an election and then to switch ballots already cast and deliver them to the chosen party. Mail-in ballots were indispensable to the realization of this plan.

I will not dwell at length on the years it took the Republican Party, and American patriots, to recognize what the Democrat Party had become or the threat it posed to our country as an enemy within. Suffice it to say that Republicans can still be heard referring to Democrats as "liberals" when it is obvious even to them that there is nothing liberal about their principles or methods. They are vindictive bigots who are actively destroying the First Amendment in our universities, on the Internet and in our once but no longer free press. Suffice it to note that while Democrats accuse Republicans including the President of being racists and traitors, the response of Republican leaders is this: "Oh, the Democrats are just playing politics."

This is not "playing" people. It is war. They are trying to kill us politically, and we need to respond accordingly, to fight fire with fire. Today's Democrat Party is a party of character assassins and racists. Republicans know this but are reluctant to say it. That is how a pathological liar and corrupt political whore like Joe Biden can accuse the choice of 73 million Americans of being a white supremacist and also murdering 220,000 corona virus patients. That's why Biden and his gunslingers can do so with no consequences – without so much as a wrist slap – from "moderates" and independents, who know better. The Democrats' ability to intimidate well-meaning Americans is that great.

Is this too blanket a condemnation? Where, then, is the Democrat who was outraged by the four-year Russia collusion hoax and the failed coup and impeachment attempts – all of which accused the president,

without a shred of evidence, of treason? Where was the Democrat who dissented from the public lynching of an exemplary public servant, Justice Brett Kavanaugh, over an incident that never happened 37 years ago at a time when he was a high school kid? Where is the Democrat who has condemned the violent street criminals of Antifa and Black Lives Matter who got away with conducting the most destructive civic insurrection in American history, orchestrating mayhem and disrespect for the law that led to the murders of scores of people who happen to have been mainly black?

What follows is a basic vocabulary for understanding the political war that has engulfed us. When it is used by enough Americans who love their country, it will cancel the surreal universe that Democrats' lies have imposed on us, and the war will be on its way to being won.

Democrats are not democrats; they are totalitarians. They have declared war on the First Amendment, the Second Amendment, the Electoral College, the Senate, the Supreme Court, the election system, and the idea of civil order. They have called for the Republican President of the United States to be de-platformed and jailed. Their obvious goal is a one-party state that criminalizes dissent. To them, support for such basic necessities as borders and law enforcement are racist. If you oppose their efforts to legalize infanticide, they will condemn you as enemies of women, and if you make videos of their confessions to selling body parts of murdered infants, they will – like Kamala Harris – throw you in jail.

Progressives are not progressive; they are reactionaries. They are out to abolish liberal value systems and create a status hierarchy where race, gender, and sexual orientation define and confine you to an unalterable place in their new social order. If you are white or male or heterosexual or religious – Justice Kavanaugh was all four – you are guilty before the fact.

But if you are a member of a designated (but increasingly imaginary) “victim” group you are innocent even when the facts show you are guilty – like the reprehensible female who lied to Congress in a calculated attempt to destroy Kavanaugh’s life and career. If you are a member of a “victim” group you have an unlimited license to persecute others. Thus, the LGBTQ lobby is currently behind a nation-wide crusade to strip Christians of their First Amendment rights and criminalize their religion. They use their victim status to leverage their hate of people who don’t embrace their agendas, and deploy it to crush them – and only Republicans seem to care.

Identity politics is a pure form of racism, yet Trump is the only Republican I’m aware of who has had the political spine to call a Democrat a racist. Identity “wokism” is a totalitarian politics because it encompasses every aspect of life, down to the pronouns one is ordered to use. The progressive police state will leave no space free.

Racists and aspiring totalitarians are what Democrats have become. The only moral principle they are guided by is the old Bolshevik saw, “the ends justify the means.” They will say anything however false and condone anything, however criminal, which advances their goal of maximum power.

Since race is the principal weapon wielded by Democrats, this is most evident in their claim that there is “systemic racism” in America, which needs to be rooted out even if it means destroying the very foundations of law and order. When two Republican canvassers refused to certify the election result in Detroit – a city once the richest in America but now mainly black and poor thanks to fifty-nine years of misrule by Democrats – they were accused of “systemic racism.” This charge and the accompanying threats by the Democrat mob were so intimidating the two withdrew their objections. But if there was in fact election fraud in Detroit, to object to it is not by any stretch of the

imagination “systemic racism.” To believe otherwise is to believe that black people, due to their skin color, are incapable of committing election fraud. How racist is that?

“Systemic racism” is an assertion made reflexively by Democrats that is never accompanied by evidence. For good reason. Systemic racism has been outlawed in America since the Civil Rights Act of 1964. If there were actual instances of systemic racism in 2020, there would be lawsuits – plenty of them. Even making the racist assumption, which the Identity Politics crowd does make, that all white people are white supremacists by dint of their skin color, there are tens of thousands of black lawyers, prosecutors, district attorneys, attorneys general, and elected officials who would be filing lawsuits over a practice that is illegal. You never hear of massive lawsuits over systemic racism, because “systemic racism” is a myth. The myth lives because it is an indispensable weapon wielded by Democrats to advance their anti-democratic agendas and quests for power.

But the only reason Democrats are able to do this so successfully – even going so far as to justify the arson, looting and general destruction in more than 600 American cities this summer – is because Republicans, and conservatives generally, are too cowardly to confront them. This war will continue until patriotic Americans summon the courage to call Democrats the racists, liars, character assassins and aspiring totalitarians that they actually are. And to do so in so many words. Blowback works

# DOCUMENT

# DOCUMENT

# United States involvement in regime change

From Wikipedia, the free encyclopedia

**History of US expansion and influence**

- American imperialism
- American exceptionalism
- Foreign policy
- Military history
- Military operations
- List of wars
- Military deployments
- Military bases abroad
- Territorial evolution
- Manifest destiny
- Non-interventionism
- Foreign interventions
- *Pax Americana*
- American Century
- America's Backyard
- Monroe Doctrine
- 51st state

Involvement in regime change (Latin America)

- v
- t
- e

**United States involvement in regime change** has entailed both overt and covert actions aimed at altering, replacing, or preserving foreign governments. In the latter half of the 19th century, the U.S. government initiated actions for regime change mainly in

Latin America and the southwest Pacific, including the Spanish–American and Philippine–American wars. At the onset of the 20th century, the United States shaped or installed governments in many countries around the world, including neighbors Panama, Honduras, Nicaragua, Mexico, Haiti, and the Dominican Republic.

During World War II, the United States helped overthrow many Nazi Germany or imperial Japanese puppet regimes. Examples include regimes in the Philippines, Korea, the Eastern portion of China, and much of Europe. United States forces were also instrumental in ending the rule of Adolf Hitler over Germany and of Benito Mussolini over Italy. After World War II, the United States in 1945 ratified[1] the UN Charter, the preeminent international law document,[2] which legally bound the U.S. government to the Charter's provisions, including Article 2(4), which prohibits the threat or use of force in international relations, except in very limited circumstances.[3] Therefore, any legal claim advanced to justify regime change by a foreign power carries a particularly heavy burden.[4]

In the aftermath of World War II, the U.S. government struggled with the Soviet Union for global leadership, influence and security within the context of the Cold War. Under the Eisenhower administration, the U.S. government feared that national security would be compromised by governments propped by the Soviet Union's own involvement in regime change and promoted the domino theory, with later presidents following Eisenhower's precedent.[5] Subsequently, the United States expanded the geographic scope of its actions beyond traditional area of operations, Central America and the Caribbean. Significant operations included the United States and United Kingdom-orchestrated 1953 Iranian coup d'état, the 1961 Bay of Pigs Invasion targeting Cuba, and support for the overthrow of Sukarno by General Suharto in Indonesia. In addition, the U.S. has interfered in the national elections of countries, including in Japan in the 1950s and 1960s, the Philippines in 1953, and in Lebanon in the 1957 elections using secret cash infusions.[6] According to one study, the U.S. performed at least 81 overt and covert known interventions in foreign elections during the period 1946–2000.[7] Another study found that the U.S. engaged in 64 covert and six overt attempts at regime change during the Cold War.[5]

Following the dissolution of the Soviet Union, the United States has led or supported wars to determine the governance of a number of countries. Stated U.S. aims in these conflicts have included fighting the War on Terror, as in the ongoing Afghan war, or removing dictatorial and hostile regimes, as in the Iraq War.

**Contents**


- 1Pre-1887 interventions
  - **1.11800s**
    - **1.1.11805: Tripolitania**
    - **1.1.21846–1848 Annexation of Texas and invasion of California**

        - 1.1.31853–1854: Japan
    - 1.21860s
        - 1.2.11865–1867: Mexico
- 21887–1912: U.S. Empire, Expansionism, and the Roosevelt Administration
    - 2.11880s
        - 2.1.11887–1889: Samoa
    - 2.21890s
        - 2.2.11893: Kingdom of Hawaii
    - 2.31900s
        - 2.3.11903: Panama
        - 2.3.21903–1925: Honduras
        - 2.3.31906–1909: Cuba
        - 2.3.41909–1910: Nicaragua
- 31912–1941: The Wilson administration, World War I, and the interwar period
    - 3.11910s
        - 3.1.11912–1933: Nicaragua
        - 3.1.21913–1919: Mexico
        - 3.1.31915–1934: Haiti
        - 3.1.41916–1924: Dominican Republic
        - 3.1.51917–1919: Germany
        - 3.1.61917–1920: Austria-Hungary
        - 3.1.71918–1920: Russia
- 41941–1945: World War II and the aftermath
    - 4.11940s
        - 4.1.11941: Panama
        - 4.1.21941–1952: Japan
        - 4.1.31941–1949: Germany
        - 4.1.41941–1946: Italy
        - 4.1.51944–1946: France
        - 4.1.61944–1945: Belgium
        - 4.1.71944–1945: Netherlands
        - 4.1.81944–1945: Philippines
        - 4.1.91945–1955: Austria
- 51945–1991: The Cold War

- 5.11940s
  - 5.1.11945–1948: South Korea
  - 5.1.21945–1949: China
  - 5.1.31947–1949: Greece
  - 5.1.41948: Costa Rica
  - 5.1.51949–1953: Albania
  - 5.1.61949: Syria
- 5.21950s
  - 5.2.11950–1953: Korea
  - 5.2.21952: Egypt
  - 5.2.31952–1953: Iran
  - 5.2.41953–1958: Cuba
  - 5.2.51953: Philippines
  - 5.2.61954: Guatemala
  - 5.2.71954: Paraguay
  - 5.2.81956–1957: Syria
  - 5.2.91957–1959: Indonesia
  - 5.2.101958: Lebanon
  - 5.2.111959–1963: South Vietnam
  - 5.2.121959: Iraq
  - 5.2.131959–2000: Cuba
- 5.31960s
  - 5.3.11960–1965: Congo-Leopoldville
  - 5.3.21960: Laos
  - 5.3.31961: Dominican Republic
  - 5.3.41961–1975: Laos
  - 5.3.51961–1964: Brazil
  - 5.3.61963: Iraq
  - 5.3.71964: Chile
  - 5.3.81964–1975: Vietnam
  - 5.3.91965–1966: Dominican Republic
  - 5.3.101965–1967: Indonesia
  - 5.3.111967–1975: Cambodia
- 5.41970s
  - 5.4.11970–1973: Chile

    - 5.4.21971: Bolivia
    - 5.4.31973: Uruguay
    - 5.4.41974–1991: Ethiopia
    - 5.4.51975–1991: Angola
    - 5.4.61977: Zaire
    - 5.4.71978: Zaire
    - 5.4.81979–1993: Cambodia
    - 5.4.91979–1989: Afghanistan
  - 5.51980s
    - 5.5.11980–1989: Poland
    - 5.5.21980–1992: El Salvador
    - 5.5.31981–1982: Chad
    - 5.5.41981–1990: Nicaragua
    - 5.5.51983: Grenada
    - 5.5.61987: Burkina Faso
    - 5.5.71989–1994: Panama
- 61991–present: Post-Cold War
  - 6.11990s
    - 6.1.11991: Iraq
    - 6.1.21991: Haiti
    - 6.1.31992–1996: Iraq
    - 6.1.41994–1995: Haiti
    - 6.1.51996–1997: Zaire
    - 6.1.61997–1998: Indonesia
  - 6.22000s
    - 6.2.12000: Yugoslavia
    - 6.2.22002: Venezuela
    - 6.2.32003–2011: Iraq
    - 6.2.42006–2007: Palestinian territories
    - 6.2.52006–present: Syria
    - 6.2.62007: Iran
    - 6.2.72009: Honduras
  - 6.32010s
    - 6.3.12011: Libya
    - 6.3.22015–present: Yemen

- **6.3.32019–present: Venezuela**
- **7See also**
- **8Notes**
- **9Bibliography**


# Pre-1887 interventions[edit]

## 1800s[edit]

### 1805: Tripolitania[edit]

*See also: First Barbary War*

The United States had been at war with Ottoman Tripolitania to stop them from capturing United States ships and enslaving crew members from the United States. The United States blockade had been ineffective at getting the Pasha of Tripoli, Yusef Karamanli, to surrender, and the United States had suffered a number of military defeats. So the United States decided to try a new tactic. William Eaton, was given permission to and appointed by Thomas Jefferson, to lead troops from Alexandria, into Tripolitania to try and put up Karamanli's exiled brother, Hamet Karamanli, as the Pasha. Eaton's troops were a combination of US soldiers and hired mercenaries, along with Hamet.[8] He led them into the Battle of Derna, and won a victory capturing Derna, turning the war in US favor. Under pressure, Yusef met with State Department diplomats, and agreed to release the slaves for a ransom.[9] Despite protest from Eaton this agreement went through, and Hamet was forced to return to Egypt. William Eaton felt betrayed by the decision.[10]

### 1846–1848 Annexation of Texas and invasion of California[edit]

*Main article: Mexican-American War*

The United States annexed the Republic of Texas, at the time considered by Mexico to be a rebellious province of Mexico.[11] During the war with Mexico that ensued, the United States seized California from Mexico.[12]

### 1853–1854: Japan[edit]

*Main article: Perry Expedition*

## 1900s[edit]

### 1903: Panama[edit]

*Main articles: Separation of Panama from Colombia and Panama Canal Zone*




In 1519 Panama was traversed by Vasco Nunez de Balboa. He reached the Pacific

Ocean and named it the South Sea. His trip motivated Spain and much of Europe to dream of building a canal. During Spain's rule, Panama was independent of Colombia. In the 1820s after declaring independence from Spain, Panama was persuaded to join Bolivar's Gran Colombia in 1821. It was however to be an independent entity. For the next 82 years, Panama tried to separate from Colombia more than 80 times.

In 1903, the U.S. aided the secession of Panama from the Republic of Colombia. The secession was engineered by a Panamanian faction backed by the Panama Canal Company, a French–US corporation whose aim was the construction of a waterway across the Isthmus of Panama thus connecting the Atlantic and Pacific Oceans. In 1903, the U.S. signed the Hay-Herrán Treaty with Colombia, granting the United States use of the Isthmus of Panama in exchange for financial compensation.[18][19] amidst the Thousand Days' War. But the Colombian Senate, seeking more money, refused to ratify the treaty. President Theodore Roosevelt was furious and was persuaded to encourage the rebels in Panama to seek independence from Colombia. They did in November 1903 and signed a treaty with the United States. The Canal Zone was created under United States control and the canal was built, opening in August 1914. The US did not transfer the zone back to Panama until 1999.

**1903–1925: Honduras**[edit]

*Main article: Banana Wars*



In what became known as the "Banana Wars," between the end of the Spanish–American War in 1898 and the inception of the Good Neighbor Policy in 1934, the U.S. staged many military invasions and interventions in Central America and the Caribbean.[20] The United States Marine Corps, which most often fought these wars, developed a manual called *The Strategy and Tactics of Small Wars* in 1921 based on its experiences. On occasion, the Navy provided gunfire support and Army troops were also used. The United Fruit Company and Standard Fruit Company dominated Honduras' key banana export sector and associated land holdings and railways. The U.S. staged invasions and incursions of US troops in 1903 (supporting a coup by Manuel Bonilla), 1907 (supporting Bonilla against a Nicaraguan-backed coup), 1911 and 1912 (defending the regime of Miguel R. Davila from an uprising), 1919 (peacekeeping during a civil war, and installing the caretaker government of Francisco Bográn), 1920 (defending the Bográn regime from a general strike), 1924 (defending the regime of Rafael López Gutiérrez from an uprising) and 1925 (defending the elected government of Miguel Paz Barahona) to defend US interests.[21] Writer O. Henry coined the term "Banana republic" in 1904 to describe Honduras.

**1906–1909: Cuba**[edit]

*Main article: Second Occupation of Cuba*



After the explosion of The Maine the United States declared war on Spain, starting the Spanish–American War.[22] The United States invaded and occupied Spanish-ruled Cuba in 1898. Many in the United States did not want to annex Cuba and passed the Teller Amendment, forbidding annexation. Cuba was occupied by the U.S. run by military governor Leonard Wood during the first occupation from 1898–1902, after the end of the war. The Platt Amendment was passed later on outlining U.S. Cuban relations. It said the U.S. could intervene anytime against a government that was not approved, forced Cuba to accept U.S. influence, and limited Cuban abilities to make foreign relations.[23] The United States forced Cuba to accept the terms of the Platt Amendment, by putting it into their constitution.[24] After the occupation, Cuba and the U.S. would sign the Cuban-American Treaty of Relations in 1903, further agreeing to the terms of the Platt Amendment.[25]

Tomás Estrada Palma became the first president of Cuba after the U.S. withdrew. He was a member of the Republican Party of Havana. He was re-elected in 1905 unopposed, however, the Liberals accused him of electoral fraud. Fighting began between the Liberals and Republicans. Due to the tensions he resigned on September 28, 1906, and his government collapsed soon afterwards. U.S. Secretary of State William Howard Taft invoked the Platt Amendment and the 1903 treaty, under approval of Theodore Roosevelt, invading the country, and occupying it. The country would be governed by Charles Edward Magoon during the occupation. They oversaw the election of Jose Miguel Gomez in 1909, and afterwards withdrew from the country.[26]

**1909–1910: Nicaragua**[edit]

*See also: United States occupation of Nicaragua*

Governor Juan Jose Estrada, member of the conservative party, led a revolt against the president, Jose Santos Zelaya, member of the liberal party. This became what is known as the Estrada's Rebellion. The United States supported the conservative forces, because Zelaya had wanted to work with Germany or Japan to build a new canal through the country. The U.S. controlled the Panama Canal, and did not want competition from another country outside of the Americas. Thomas P Moffat, a US council in Bluefields, Nicaragua would give overt support, in conflict with the US trying to only give covert support. Direct intervention would be pushed by the secretary of state Philander Knox. Two Americans were executed by Zelaya for their participation with the conservatives. Seeing an opportunity the United States became directly involved in the rebellion and sent in troops, which landed on the Caribbean coast. On

December 14, 1909 Zelaya was forced to resign under diplomatic pressure from America and fled Nicaragua. Before Zelaya fled, he along with the liberal assembly choose Jose Madriz to lead Nicaragua. The U.S. refused to recognize Madriz. The conservatives eventually beat back the liberals and forced Madriz to resign. Estrada then became the president. Thomas C Dawson was sent as a special agent to the country and determined that any election held would bring the liberals into power, so had Estrada set up a constituent assembly to elect him instead. In August 1910 Estrada became president of Nicaragua under U.S. recognition, agreeing to certain conditions from the U.S. After the intervention, the U.S. and Nicaragua signed a treaty on June 6, 1911.[27][28][29]

# 1912–1941: The Wilson administration, World War I, and the interwar period[edit]

## 1910s[edit]

### 1912–1933: Nicaragua[edit]

*See also: United States occupation of Nicaragua*



In the years after the Estrada rebellion, conflict between the liberals and conservatives continued. U.S. loans and business were under threat. Estrada was forced to resign by the Minister of War General Luis Mena and conservative Vice President Adolfo Diaz replaced him. Diaz was aligned with the U.S. and this made him unpopular with the Nicaraguan populace and Mena. Mena forced the cabinet to name him the successor to Diaz, but the U.S. did not recognize the decision. Due to this Mena led a rebellion with the liberals against Diaz declaring himself president of Nicaragua.

The Taft administration sent troops into Nicaragua and occupied the country. When the Wilson administration came into power, they extended the stay and took complete financial and governmental control of the country, leaving a heavily armed legation. U.S. president Calvin Coolidge removed troops from the country, leaving a legation and Adolfo Diaz in charge of the country. Rebels ended up capturing the town with the legation and Diaz requested troops came back, which they did a few months after leaving. The U.S. government fought against rebels led by Augusto Cesar Sandino. Franklin Delano Roosevelt pulled out because the U.S. could no longer afford to keep troops in the country due to the Great Depression. The second intervention in Nicaragua would become one of the longest wars in United States history. The United States left the US-friendly Somoza family in charge, and in 1934 they would kill Sandino.[30]

**1913–1919: Mexico**[edit]
*See also: United States involvement in the Mexican Revolution*

During the Mexican revolution the USA helped to make the coup d'état of 1913, assassinating Francisco I. Madero. Later, in April 1914, the USA army invaded Veracruz and occupied it for 7 months. And later in 1916 USA invaded Mexico through the northern border in an attempt to kill Pancho Villa and his revolutionary army.

**1915–1934: Haiti**[edit]
*Main article: United States occupation of Haiti*



The U.S. occupied Haiti from 1915 to 1934. U.S.-based banks had lent money to Haiti and the banks requested U.S. government intervention. In an example of "gunboat diplomacy," the U.S. sent its navy to intimidate to get its way.[31] Eventually, in 1917, the U.S. installed a new government and dictated the terms of a new Haitian constitution of 1917 that instituted changes that included an end to the prior ban on land ownership by non-Haitians. The Cacos (military group) were originally armed militias of formerly enslaved persons who rebelled and took control of mountainous areas following the Haitian Revolution in 1804. Such groups fought a guerrilla war against the U.S. occupation in what were known as the "Caco Wars."[32]

**1916–1924: Dominican Republic**[edit]
*Main article: United States occupation of the Dominican Republic (1916–1924)*



U.S. marines invaded the Dominican Republic and occupied it from 1916 to 1924, and this was preceded by US military interventions in 1903, 1904, and 1914. The US Navy installed its personnel in all key positions in government and controlled the Dominican army and police.[33] Within a couple of days, the constitutional president, Juan Isidro Jimenes, resigned.[34]

**1917–1919: Germany**[edit]

After the release of the Zimmermann Telegram the United States joined the First World War on April 6, 1917, declaring war on the German Empire.[35] The Wilson Administration made a requirement of surrender be the abdication of the Kaiser and the creation of a

German Republic. Woodrow Wilson had made U.S. policy to "Make the World Safe for Democracy". Germany surrendered November 11, 1918.[36] Kaiser Wilhelm II abdicated on November 28, 1918.[37] While the United States did not ratify it, the Treaty of Versailles in 1919 had much input from the United States. It mandated for Kaiser Wilhelm II to be removed from the government and tried, though the second part was never carried out.[38] Germany would then become the Weimar Republic. The United States signed the U.S.-German peace Treaty in 1921, solidifying the agreements made previously to the rest of the Entente with the U.S.[39]

**1917–1920: Austria-Hungary**[edit]



The ethnic groups of Austria-Hungary in 1910 according to Distribution of Races in Austria-Hungary by William R. Shepherd, 1911.

On December 7, 1917, the United States declared war on Austria-Hungary as part of World War I.[40] Austria-Hungary surrendered on November 3, 1918.[41] Austria became a republic and signed Treaty of Saint Germain in 1919 effectively dissolving Austria-Hungary.[42] The Treaty disallowed Austria to ever unite with Germany. Even though the United States had much effect on the treaty it did not ratify it and instead signed the U.S.-Austrian Peace Treaty in 1921, solidifying their new borders and government to the United States.[43] After brief civil strife, Hungary became a monarchy without a monarch, instead governed by a Regent. Hungary signed the Treaty of Trianon, in 1920 with the Entente, without the United States.[44] They signed the U.S.-Hungarian Peace Treaty in 1921 solidifying their status and borders with the United States.[45]

**1918–1920: Russia**[edit]

*Main article: Allied intervention in the Russian Civil War*




After the new Bolshevik government withdrew from World War I, the U.S. military together with forces of its Allies invaded Russia in 1918. Approximately 250,000 invading soldiers, including troops from Europe, the US and the Empire of Japan invaded Russia to aid the White Army against the Red Army of the new Soviet government in the Russian civil war. The invaders launched the North Russia invasion from Arkhangelsk and the Siberia invasion from Vladivostok. The invading forces included 13,000 U.S. troops whose mission after the end of World War I included the toppling of the new Soviet government and the restoration of the previous Tsarist regime. U.S. and other Western forces were unsuccessful in this aim and withdrew by 1920 but the Japanese military continued to occupy parts of Siberia until 1922 and the northern half of Sakhalin until 1925.[46]

## 1941–1945: World War II and the aftermath[edit]

### 1940s[edit]

#### 1941: Panama[edit]

*Main articles: Arnulfo Arias and Ricardo Adolfo de la Guardia Arango*

In 1931 Arnulfo Arias overthrew president Florencio Harmodio Arosemena and put his brother Harmodio Arias Madrid into power. In 1940, Arias became the president of Panama. While the United States had not yet entered the war, tensions were already increasing with the Axis. The United States knew that if war broke out, which it most likely would and did, the Panama canal would be strategically important and were worried about Arias being in power. The United States government used its contacts in the Panama National Guard, which the U.S. had earlier trained, to back a coup against the government of Panama in October 1941. The U.S. had requested that the government of Panama allow it to build over 130 new military installations inside and outside of the Panama Canal Zone, and the government of Panama refused this request at the price suggested by the U.S.[47] President Arnulfo Arias fled the country and Ricardo Adolfo de la Guardia Arango, the leader of the coup and a friend of the US

government, became president.[48]

**1941–1952: Japan**[edit]

*Main article: Occupation of Japan*



Representatives of the Empire of Japan stand aboard USS *Missouri* prior to signing of the Instrument of Surrender.

After the Allied victory in World War 2, Japan was occupied by Allied forces under the command of Douglas MacArthur. In 1946, the Japanese Diet ratified a new Constitution of Japan that followed closely a 'model copy' prepared by MacArthur's command,[49] and was promulgated as an amendment to the old Prussian-style Meiji Constitution. The constitution renounced aggressive war and was accompanied by liberalization of many areas of Japanese life.

While liberalizing life for most Japanese, the Allies tried many Japanese war criminals and executed some, while granting amnesty to the family of Emperor Hirohito.[50]

The occupation was ended by the Treaty of San Francisco.[50]

Following the United States invasion of Okinawa during WWII, the U.S. installed the United States Military Government of the Ryukyu Islands. Pursuant to a treaty with the Japanese government,[*citation needed*] in 1950 the United States Civil Administration of the Ryukyu Islands took over and ruled Okinawa and the rest of the Ryukyu Islands until 1972. During this "trusteeship rule," the U.S. built numerous military bases, including bases that operated nuclear weapons. U.S. rule was opposed by many local residents, creating the Ryukyu independence movement that struggled against U.S. rule.

**1941–1949: Germany**[edit]

The United States took part in the Denazification of the Western portion of Germany. Former Nazis were subjected to varying levels of punishment, depending on what the US thought of their levels of guilt. Eisenhower initially estimated that the process would take 50 years.[51] Depending on a former Nazi's level of culpability, punishments could range from a fine (for those judged least culpable), to denial of permission to work as anything but a manual laborer, to imprisonment and even death for the most severe offenders, such as those convicted in the Nuremberg Trials. At the end of 1947, for example, the Allies held 90,000 Nazis in detention; another 1,900,000 were forbidden to

work as anything but manual laborers.[52]

As Germans took more and more responsibility for Germany, they pushed for an end to the denazification process, and the Americans allowed this. In 1949, the Federal Republic of Germany, also known as West Germany, was formed and took responsibility for denazification. For most former Nazis, the process came to an end with amnesty laws passed in 1951.[53] The ultimate outcome of denazification was the creation of a parliamentary democracy in West Germany.[54]

**1941–1946: Italy**[edit]

*Main articles: Italian Civil War and Liberation of Italy*

In July–August 1943, the US participated in the Allied invasion of Sicily, spearheaded by the U.S. Seventh Army, under Lieutenant General George S. Patton, in which over 2000 US servicemen were killed,[55] initiating the Italian Campaign which conquered Italy from the fascist regime of Benito Mussolini and its Nazi German allies. Mussolini was arrested by order of King Victor Emmanuel III, provoking a civil war. The king appointed Pietro Badoglio as new Prime Minister. Badoglio stripped away the final elements of Fascist rule by banning the National Fascist Party, then signed an armistice with the Allied armed forces. Italy's military outside of the peninsula itself collapsed, its occupied and annexed territories fell under German control. Italy capitulated to the Allies on 3 September 1943. The northern half of the country was occupied by the Germans with help from Italian fascists and made a collaborationist puppet state, while the south was governed by monarchist forces, which fought for the Allied cause as the Italian Co-Belligerent Army.[56] Partisans (many former Royal Italian Army soldiers) of disparate political ideologies operated all over Italy. Rome was taken in June 1944. In April 1945, the Italian Partisans' Committee of Liberation declared a general uprising. On 28 April 1945, Benito Mussolini was executed by Italian partisans, two days before Adolf Hitler's suicide, the Germans surrendered Italy. There followed a rapid succession of anti-fascist prime ministers, the abdication of the King in May 1946, the one-month reign of Umberto II, the 1946 Italian institutional referendum which brought monarchy to an end and inaugurated the current Italian Republic and the 1946 Italian general election won by Christian Democrats.

**1944–1946: France**[edit]

*Main articles: Operation Goodwood and Operation Cobra*



General de Gaulle and his entourage proudly stroll down the Champs Élysées to Notre Dame Cathedral for a Te Deum ceremony following the city's liberation on 25 August 1944.

British, Canadian and United States forces were the critical participants in Operation Goodwood and Operation Cobra, leading to a military breakout which ended the Nazi occupation of France. The actual Liberation of Paris was accomplished by French forces. The French formed the Provisional Government of the French Republic in 1944, leading to the formation of the French Fourth Republic in 1946.

The liberation of France is celebrated regularly up to the present day.[57][58]

*See also: Free France § Liberation of France*

**1944–1945: Belgium**[edit]
*Main article: Liberation of Belgium*



American troops during the Battle of the Bulge

In the wake of the 1940 invasion, Germany established the Reichskommissariat of Belgium and Northern France to govern Belgium. United States, Canadian, British, and other Allied forces ended the Nazi occupation of most of Belgium in September 1944. The Belgian Government in Exile under Prime Minister Hubert Pierlot returned on 8 September.[59]

In December, American forces suffered over 80,000 casualties defending Belgium from a German counterattack in the Battle of the Bulge. By February 1945, all of Belgium was in Allied hands.[60]

The year 1945 was chaotic. Pierlot resigned, and Achille Van Acker of the Belgian Socialist Party formed a new government. There were riots over the Royal Question—the return of King Leopold III. Although the war continued, Belgians were again in control of their own country.[61]

**1944–1945: Netherlands**[edit]
*Main articles: Operation Market Garden and Operation Plunder*

During the Nazi occupation, the Netherlands was governed by the Reichskommissariat Niederlande, headed by Arthur Seyss-Inquart. British, Canadian, and American forces liberated portions of the Netherlands in September 1944. However, after the failure of Operation Market Garden, the liberation of the largest cities had to wait until the last weeks of the European war. The occupied portions of the Netherlands suffered a famine that Winter. British and American forces crossed the Rhine on 23 March 1945, and Canadian forces in their wake then entered the Netherlands from the East. The

remaining German forces in the Netherlands surrendered on 5 May, which is celebrated as Liberation Day in the Netherlands. Queen Wilhelmina returned on 2 May, and elections were held in 1946, leading to a new government headed by Louis Beel.[62][63]

#### 1944–1945: Philippines[edit]

*Main article: Commonwealth of the Philippines*



General Douglas MacArthur, President Osmeña, and staff land at Palo, Leyte on October 20, 1944

United States landings in 1944 ended the Japanese occupation of the Philippines.[64] After the Japanese were defeated, the United States fulfilled a wartime promise by granting independence to the Philippines. Sergio Osmeña formed a Filipino government.

*See also: Philippines Campaign (1944–1945)*

#### 1945–1955: Austria[edit]

Austria was annexed to Germany in the 1938 Anschluss. As German citizens, many Austrians fought on the side of Germany during World War 2. After the Allied victory, the Allies treated Austria as a victim of Nazi aggression, rather than as a perpetrator. The United States Marshall Plan provided aid.[65]

The 1955 Austrian State Treaty re-established Austria as a free, democratic, and sovereign state. It was signed by representatives of the United States, the Soviet Union, the United Kingdom, and France. It provided for the withdrawal of all occupying troops and guaranteed Austrian neutrality in the Cold War.[66]

## 1945–1991: The Cold War[edit]

### 1940s[edit]

#### 1945–1948: South Korea[edit]

*Main articles: United States Army Military Government in Korea, First Republic of Korea, and Syngman Rhee*

The Empire of Japan surrendered to the United States in August 1945, ending the Japanese rule of Korea. Under the leadership of Lyuh Woon-Hyung committees throughout Korea formed to coordinate transition to Korean independence. On August

28, 1945 these committees formed the temporary national government of Korea, naming it the People's Republic of Korea (PRK) a couple of weeks later.[67][68] On September 8, 1945, the United States government landed forces in Korea and thereafter established the United States Army Military Government in Korea (USAMGK) to govern Korea south of the 38th parallel north. The USAMGK outlawed the PRK government. The military governor Lieutenant-General John R. Hodge later said that "one of our missions was to break down this Communist government".[69][70]

In May 1948, Syngman Rhee, who had previously lived in the United States, won the election for president, which had been boycotted by most other politicians and in which voting was limited to property owners and tax payers or, in smaller towns, to town elders voting for everyone else.[71][72] Syngman Rhee, backed by the U.S. government, set up authoritarian rule that coordinated closely with big business and lasted until the 1980s.[73]

#### 1945–1949: China[edit]

The U.S. government provided military, logistical and other aid to the Chinese Nationalist Party (KMT) army led by Chiang Kai-shek in its civil war against the indigenous communist People's Liberation Army (PLA) led by Mao Zedong. Both the KMT and the PLA were fighting against Japanese occupation forces, until the Japanese surrender to the United States in August 1945. This surrender brought to an end the Japanese Puppet state of Manchukuo and the Japanese-dominated Wang Jingwei regime.[74]

After the Japanese surrender, the US continued to support the KMT against the PLA. The US airlifted many KMT troops from central China to Manchuria. Approximately 50,000 U.S. troops were sent to guard strategic sites in Hubei and Shandong. The U.S. trained and equipped KMT troops, and also transported Korean troops and even imperial Japanese troops back to help KMT forces fight, and ultimately lose, against the People's Liberation Army.[75] President Harry Truman justified deploying the very Japanese occupying army under whose boot the Chinese people had suffered so terribly to fight against the Chinese communists in this way: "It was perfectly clear to us that if we told the Japanese to lay down their arms immediately and march to the seaboard, the entire country would be taken over by the Communists. We therefore had to take the unusual step of using the enemy as a garrison until we could airlift Chinese National troops to South China and send Marines to guard the seaports."[76] Within less than two years after the Sino-Japanese War, the KMT had received $4.43 billion from the United States—most of which was military aid.[75][77]

#### 1947–1949: Greece[edit]

*Main article: Greek Civil War*



By the Summer of 1944, Communist partisans, then known as the Greek People's Liberation Army (ELAS), had liberated nearly all of Greece outside of Athens from Axis occupation, while also attacking and defeating rival non-Communist partisan groups. On 12 August 1944, German forces retreated from the Athens area two days ahead of British landings there, ending the Axis occupation of Greece.

The British military together with Greek forces under control of the Greek government then fought for control of the country in the Greek Civil War against the Communists, who at that time were known as the Democratic Army of Greece (DSE). By early 1947, the British government could no longer afford the huge cost of financing the war against DSE, and pursuant to the October 1944 Percentages Agreement between Winston Churchill and Joseph Stalin, Greece was to remain part of the Western sphere of influence. Accordingly, the British requested the US government to step in and the U.S. flooded the country with military equipment, military advisers and weapons.[78]:553–554[79]:129[80][81] With increased U.S. military aid, by September 1949 the Greek government eventually won.[82]:616–617

**1948: Costa Rica**[edit]

*Main article: Costa Rican Civil War*



1940s Costa Rica politics was dominated by Rafael Angel Calderon Guardia and his National Republican Party. Calderon was a right wing figure who had support of the Catholic Church and the elite. However he alienated the rich with his policies and attacked the German community present in the country.[83] Teodoro Picado Michalski was the successor of Calderon, and he strengthened the military, which was used to keep peace, and many forces aligned with the National Republican Party fought against the opposition. The National Republican Party, while right wing, had formed a coalition with the People's Vanguard Party, the Costa Rican communist party, led by congressmen Manuel Mora. Among those affected by the party was Jose Figueres Ferrer, a businessman who was exiled in 1942 for criticizing Calderon. He began training the Caribbean Legion hoping to overthrow authoritarian Latin American governments.[84][85][86][87][88] In the 1948 Costa Rican General Election the opposition candidate Otilio Ulate under the National Union Party won, however the Republicans with the communists decided to void the results.[89] This resulted into political chaos which would break out into the Costa Rican Civil War. This would begin when the National Liberation Army, formed and led by Figueres, exchanged fire with government troops.[90]

The US government kept an eye on the situation and became worried when the war broke out. Their main worry was Calderon's alliance with the communists, and the civil

war had begun a little over a month after the 1948 Czechoslovak coup, which made the US more worried.[91] The US government also disliked Figueres, but would step in to help him indirectly, in order to destroy the influence of the communists. First, the US put the troops on the Panama canal on high alert to stop the communists in case they seized power, though they never invaded.[91] Second, and more importantly, while the Republicans was allied with the communists, they received assistance from right wing Nicaraguan dictator Anastascio Somoza Garcia, so the United States forced Somoza to stop supporting them. Thirdly the rebels received help from left wing Guatemalan president Juan Jose Arevalo, and when the Costa Rican government took the issue to the UN, the US stopped the issue from being addressed.[91] With this on April 24 the war ended with Figueres' rebels taking victory.

**1949–1953: Albania**[edit]
*See also: Albanian Subversion*



Albania was in chaos after World War II and the country was not as focused on peacetime conferences in comparison to other European nations, while having suffered high casualties.[92] It was threatened by its larger neighbors with annexation. After Yugoslavia dropped out of the East Bloc, the small country of Albania was geographically isolated from the rest of the East Bloc.

The United States and United Kingdom took advantage of the situation and recruited anti-communist Albanians who had fled after the USSR invaded. The US and UK formed the "Free Albania" National Committee, made up of many of the emigres. Albanians, recruited, were trained by the U.S. and UK., infiltrated the country, multiple times. Eventually, the operation was found out and many of the agents fled, were executed, or were tried. The operation would become a failure.The operation was declassified in 2006, due to the Nazi War Crimes Disclosure Act and is now available in the National Archives.[93][94]



**1949: Syria**[edit]
*Main article: March 1949 Syrian coup d'état*

The democratically elected government of Shukri al-Quwatli was overthrown by a junta led by the Syrian Army chief of staff at the time, Husni al-Za'im, who became President

of Syria on April 11, 1949. Za'im had extensive connections to CIA operatives,[95] although the exact nature of U.S. involvement in the coup remains highly controversial.[96][97][98] The construction of the Trans-Arabian Pipeline, which had been held up in the Syrian parliament, was approved by Za'im, the new president, just over a month after the coup.[99]

## 1950s[edit]



### 1950–1953: Korea[edit]

*See also: Korean War*

Ever since the Korean peninsula had been divided between the US and USSR, it had been hoped that the peninsula could be reunited under one government, though neither the US nor USSR wanted the other government in charge of it. During the conflict, both Korean governments considered themselves the legitimate government of Korea. The Southern government had crushed communist uprisings by the late '40s. However Kim Il-Sung thought that their military was weak and that the US would not defend them if he invaded. On June 25, 1950 the DPRK invaded the RoK exchanged fire and the DPRK quickly advanced to take much of the country.[100][101] However, Kim misjudged the US interest in who would control the peninsula. In 1949 the communists had won the Chinese Civil War and the US government did not want communism to expand further into Korea because administration officials such as Dean Acheson viewed communism through the lens of the Domino theory and George Kennan's idea of "containment".[102] The United States organized a vast coalition of armed forces and UN peacekeeping forces and pushed back against the DPRK.[103][104] General Douglas MacArthur advanced up the 38th Parallel on the Peninsula and intended to end the Northern government.[105][106] China joined the war and pushed the coalition forces back.[107] The war would continue until 1953 when an armistice was signed between both sides on July 23, 1953 ending the fighting and setting up the Korean Demilitarized Zone (DMZ).[108]

### 1952: Egypt[edit]

*Main articles: Egyptian revolution of 1952 and Project FF*

In February 1952, following January's violent riots in Cairo amid widespread nationalist discontent over the continued British occupation of the Suez Canal and Egypt's defeat in the 1948 Arab–Israeli War, CIA officer Kermit Roosevelt Jr. was dispatched by the State Department to meet with Farouk I of the Kingdom of Egypt. American policy at that time was to convince Farouk to introduce reforms that would weaken the appeal of Egyptian radicals and stabilize Farouk's grip on power. The U.S. was notified in advance of the successful July coup led by nationalist and

anti-communist Egyptian military officers (the "Free Officers") that replaced the Egyptian monarchy with the Republic of Egypt under the leadership of Mohamed Naguib and Gamal Abdel Nasser. CIA officer Miles Copeland Jr. recounted in his memoirs that Roosevelt helped coordinate the coup during three prior meetings with the plotters (including Nasser, the future Egyptian president); this has not been confirmed by declassified documents but is partially supported by circumstantial evidence. Roosevelt and several of the Egyptians said to have been present in these meetings denied Copeland's account; another U.S. official, William Lakeland, said its veracity is open to question. Hugh Wilford notes that "whether or not the CIA dealt directly with the Free Officers *prior* to their July 1952 coup, there was extensive secret American-Egyptian contact in the months *after* the revolution."[109][110]



**1952–1953: Iran**[edit]
*Main article: 1953 Iranian coup d'état*

From the discovery of oil in Iran in the late nineteenth century major powers exploited the weakness of the Iranian government to obtain concessions that many believed failed to give Iran a fair share of the profits. During World War II, the UK, the USSR and the US all became involved in Iranian affairs. Iranian officials began to notice that British taxes were increasing while royalties to Iran declined. By 1948, Britain received substantially more revenue from the Anglo-Iranian Oil Company (AIOC) than Iran. Negotiations to meet this and other Iranian concerns exacerbated rather than eased tensions.[111]

On March 15, 1951, the Majlis, the Iranian parliament, passed legislation championed by Mohammad Mosaddegh to nationalize the AIOC. The senate approved the measure two days later. Fifteen months later, Mosadegh was elected Prime Minister.

International business concerns then boycotted oil from the nationalized Iranian oil industry. This contributed to concerns in Britain and the US that Mosadegh might be a communist. He was reportedly supported by the Communist Tudeh Party.[112]

The CIA began supporting 18 of their favorite candidates in the 1952 Iranian Legislative Election.[113] After that the CIA launched Operation Ajax to restore the power of the Shah and crush the leftists. The 1953 Iranian coup d'état, (known in Iran as the "28 Mordad coup"[114]) was the overthrow of the democratically elected government of Iranian Prime Minister Mohammad Mosaddegh on August 19, 1953, orchestrated by the intelligence agencies of the United Kingdom (under the name "Operation Boot") and the United States (under the name "TPAJAX Project").[115][116][117][118] The coup saw the transition of Mohammad Reza Pahlavi from a constitutional monarch to an authoritarian, who

relied heavily on United States government support.

That support dissipated during the Iranian Revolution of 1979, as his own security forces refused to shoot into crowds of nonviolent protestors, which included family and friends of many in the security forces.[119]

**1953–1958: Cuba**[edit]
*See also: Cuban Revolution*

In July 1953 the 26th of July Movement rose up against Cuban dictator Fulgencio Batista. The dictator had the support of the United States since he came to power and the US supplied him with planes, napalm, ships, tanks, and other military equipment as well as parts for these devices.[120] Despite this support as the insurgency intensified against Batista and they started gaining victories the U.S. turned against Batista and realized it did not look good that they were funding the losing unpopular side. The U.S. first tried gaining influence among the rebels by supplying them with "No less than $50,000" from 1957 to 1958.[121] Then in 1958 the United States imposed an arms embargo on Cuba stopping any military equipment from getting into the country. As well as equipment it ended the sale of parts used to fix equipment which especially effected the air force.[122] Despite the embargo U.S. businessmen and the Mafia still supported Batista.[123][124] However a year later in 1959 the revolutionaries won and took the country.

**1953: Philippines**[edit]

In the 1953 Philippines General Elections the CIA funded a number of candidates, including Ramon Magsaysay. The U.S. wanted the country secure in case China invaded. Magsaysay's campaign was run by Edward Lansdale on behalf of the CIA while other candidates competed for CIA influence and both major parties in the Philippines tried to nominate Marsaysay. Even the people of the Philippines were interested in the opinion of average Americans. The CIA involvement was very successful in getting their candidates elected.[125][126]



**1954: Guatemala**[edit]
*Main article: 1954 Guatemalan coup d'état*

In a CIA operation code named Operation PBSuccess, the U.S. government executed a coup that was successful in overthrowing the democratically elected government of President Jacobo Árbenz and installed Carlos Castillo Armas, the first of a line of right-wing dictators, in its place.[127][128][129] Not only was it done for the ideological purpose of containment, but the CIA had been approached by the United Fruit Company as it

saw possible loss in profits due to the situation of workers in the country, i.e., the introduction of anti-exploitation laws.[130] The perceived success of the operation made it a model for future CIA operations because the CIA lied to the president of the United States when briefing him regarding the number of casualties.[131]

**1954: Paraguay**[edit]
*Main article: 1954 Paraguayan coup d'état*

**1956–1957: Syria**[edit]
*See also: CIA activities in Syria*

In 1956 Operation Straggle was a coup plot against Syria. The CIA made plans for a coup for late October 1956 to topple the Syrian government. The plan entailed takeover by the Syrian military of key cities and border crossings.[132][133][134] The plan was postponed when Israel invaded Egypt in October 1956 and US planners thought their operation would be unsuccessful at a time when the Arab world is fighting "Israeli aggression." The operation was uncovered and American plotters had to flee the country.[135]

In 1957 Operation Wappen was a coup plan against Syria. A second coup attempt the following year called for assassination of key senior Syrian officials, staged military incidents on the Syrian border to be blamed on Syria and then to be used as pretext for invasion by Iraqi and Jordanian troops, an intense US propaganda campaign targeting the Syrian population, and "sabotage, national conspiracies and various strong-arm activities" to be blamed on Damascus.[136][137][134][138] This operation failed when Syrian military officers paid off with millions of dollars in bribes to carry out the coup revealed the plot to Syrian intelligence. The U.S. Department of State denied accusation of a coup attempt and along with US media accused Syria of being a "satellite" of the USSR.[137][139][140]

There was also an assassination plot later, called "The Preferred Plan", in 1957 against many leaders in Syria. There would be a Free Syria committee set up and outside invasion would be encouraged. However, this plan was never put through.[141]

**1957–1959: Indonesia**[edit]
*See also: CIA activities in Indonesia*



As a founding member of the Non-Aligned Movement and host of the April 1955 Bandung Conference, Indonesia was charting a course toward an independent foreign policy that was not militarily committed to either side in the Cold War.[142][143] Starting in 1957, the CIA supported a failed coup plan by rebel Indonesian

military officers. CIA pilots, such as Allen Lawrence Pope, piloted planes operated by CIA front organization Civil Air Transport (CAT) that bombed civilian and military targets in Indonesia. The CIA instructed CAT pilots to target commercial shipping in order to frighten foreign merchant ships away from Indonesian waters, thereby to weaken the Indonesian economy and thus to destabilize the government of Indonesia. The CIA aerial bombardment resulted in the sinking of several commercial ships[144] and the bombing of a marketplace that killed many civilians.[145] The coup attempt failed at that time[146] and U.S. President Dwight D. Eisenhower denied any U.S. involvement.[147]



**1958: Lebanon**[edit]

*Main article: 1958 Lebanon crisis*

The U.S. launched Operation Blue Bat in July 1958 to intervene in the 1958 Lebanon crisis. This was the first application of the Eisenhower Doctrine, according to which the U.S. was to intervene to protect regimes it considered threatened by international communism. The goal of the operation was to bolster the pro-Western Lebanese government of President Camille Chamoun against internal opposition and threats from Syria and Egypt.[citation needed]

**1959–1963: South Vietnam**[edit]

*Main articles: War in Vietnam (1959–1963), 1963 South Vietnamese coup, Arrest and assassination of Ngo Dinh Diem, and Buddhist crisis*

In 1959 a branch of the Worker's Party of Vietnam was formed in the south of the country and began an insurgency against the Republic of Vietnam with the support of North Vietnam.[148] They were funded through Group 559m which was formed the same year and sent weapons down the Ho Chi Minh Trail.[149] In 1959 the National Liberation Front of South Vietnam (NLF) (commonly referred to as Viet Cong, literally 'Vietnamese Communist') was formed in the south, engaging in communist insurgency through the Liberation Army of South Vietnam (LASV).[150] The US supported the RoV against the communists. After the 1960 US election, President John F. Kennedy became much more involved with the fight against the insurgency.[151]



Location of South Vietnam

From mid-1963, the Kennedy administration became increasingly frustrated with South Vietnamese President Ngo Dinh Diem's corrupt and repressive rule and his persecution of the Buddhist majority. In light of Diem's refusal to adopt reforms, American officials debated whether they should support efforts to replace him. These debates crystallized after the ARVN Special Forces, which took their orders directly from the palace, raided Buddhist temples across the country, leaving a death toll estimated in the hundreds, and resulted in the dispatch of Cable 243 on August 24, 1963, which instructed United States Ambassador to South Vietnam, Henry Cabot Lodge Jr., to "examine all possible alternative leadership and make detailed plans as to how we might bring about Diem's replacement if this should become necessary". Lodge and his liaison officer, Lucien Conein, contacted discontented Army of the Republic of Vietnam officers and gave assurances that the US would not oppose a coup or respond with aid cuts. These efforts culminated in a coup d'état on November 2, 1963, during which Diem and his brother were assassinated.[152] By the end of 1963 the Viet Cong switched to a much more aggressive strategy in fighting the Southern government and the USA.

The Pentagon Papers concluded that "Beginning in August of 1963 we variously authorized, sanctioned and encouraged the coup efforts of the Vietnamese generals and offered full support for a successor government. In October we cut off aid to Diem in a direct rebuff, giving a green light to the generals. We maintained clandestine contact with them throughout the planning and execution of the coup and sought to review their operational plans and proposed new government."[153]

*See also: 1960 South Vietnamese coup attempt and 1962 South Vietnamese Independence Palace bombing*

**1959: Iraq**[edit]

Richard Sale of *United Press International*, citing Adel Darwish and other experts, has reported that the October 1959 assassination attempt on Iraqi Prime Minister Abd al-Karim Qasim involving a young Saddam Hussein and other Ba'athist conspirators was a collaboration between the CIA and Egyptian intelligence.[154] Bryan R. Gibson has challenged the veracity of Sale and Darwish, citing declassified documents that indicate the CIA was blindsided by the timing of the assassination attempt on Qasim and that the National Security Council "had just reaffirmed [its] nonintervention policy" six days before it occurred.[155] Although the assassination attempt failed after Saddam (who was only supposed to provide cover) opened fire on Qasim—forcing Saddam to spend more than three years in exile in the Egyptian-led United Arab Republic (UAR) under threat of death if he returned to Iraq—it led to widespread exposure for Saddam and the Ba'ath within Iraq, where both had previously languished in obscurity, and later became a crucial part of Saddam's public image during his tenure as President of Iraq.[156][157] It is possible that Saddam visited the U.S. embassy in Cairo during his exile.[158] A former high-ranking U.S. official told Marion Farouk–Sluglett and Peter Sluglett that Iraqi Ba'athists, including Saddam, "had made contact with the American authorities in the late 1950s and early 1960s."[159]

**1959–2000: Cuba**[edit]

*Main articles: Cuban Project, Bay of Pigs Invasion, and Assassination attempts on Fidel*

*Castro*




Location of Bay of Pigs in Cuba

The CIA backed a force composed of CIA-trained Cuban exiles to invade Cuba with support and equipment from the US military, in an attempt to overthrow the Cuban government of Fidel Castro. The invasion was launched in April 1961, three months after John F. Kennedy assumed the presidency in the United States. The Cuban armed forces defeated the invading combatants within three days.

Operation MONGOOSE was a year-long U.S. government effort to overthrow the government of Cuba.[160] The operation included economic warfare, including an embargo against Cuba, "to induce failure of the Communist regime to supply Cuba's economic needs," a diplomatic initiative to isolate Cuba, and psychological operations "to turn the peoples' resentment increasingly against the regime."[161] The economic warfare prong of the operation also included the infiltration of CIA operatives to carry out many acts of sabotage against civilian targets, such as a railway bridge, a molasses storage facilities, an electric power plant, and the sugar harvest, notwithstanding Cuba's repeated requests to the United States government to cease its armed operations.[162][161] In addition, the CIA planned a number of assassination attempts against Fidel Castro, head of government of Cuba, including attempts that entailed CIA collaboration with the American mafia.[163][164][165]

## 1960s[edit]

### 1960–1965: Congo-Leopoldville[edit]

*Main articles: Patrice Lumumba and Congo Crisis*



Patrice Lumumba was elected the first Prime Minister of the Republic of Congo, now the Democratic Republic of Congo, in May 1960, and in June 1960 achieved full independence from Belgium. Belgium started supporting separatist movements in the country against him, in order to keep power over resources in the region, starting

the Congo Crisis. Lumumba called in the United Nations to help him, but the U.N. force only agreed to keep peace and not stop the separatist movements. Lumumba than agreed to receive help from the USSR in order to stop the separatists, worrying the United States, due to the supply of uranium in the country. At first, The Eisenhower Administration attempted to poison him with his toothpaste, but this was abandoned.[166] The United States encouraged the Belgians and Mobutu Sese Seko, a colonel in the army, to overthrow him which they did on September 14, 1960. After being locked in prison Mobutu sent him to Katanga, one of the areas launching an insurgency, and he was executed soon after on January 17, 1961.[167]

After Lumumba was killed and Mobutu Sese Seko took power the United Nations forces started acting with stronger hand and attacking the separatist forces. As well the US began funding him in order to secure him against the separatists and opposition. After his assassination, many of Lumumba's supporters went to the Eastern part of the country and formed the Free Republic of the Congo with its capital in Stanleyville in opposition to Mobutu Sese Seko's government. The government was limited in its recognition, and the United Nations recognized the government in Leopoldville. Eventually, the government in Stanleyville agreed to rejoin with the Leopoldville government under the latter's rule.[168][169] However Lumumba's former supporters felt that they had been cheated out. In 1963 the Lumumba supporters again formed a separate government in the east of the country and launched the Simba rebellion. The rebellion had support from the Soviet Union and many other countries in the Eastern Bloc. However ideological infighting and incompetence hampered its success. As well the Soviet weapon shipments shipped through Sudan were attacked by Anyanya insurgents, and when this came to light the US used this to justify supplying the Leopoldville government more.[170][170] The US and Belgium launched Operation Dragon Rouge to suppress the rebellion and were very successful. The US also supplied the Anyanya insurgents and worked with them to fight the Simba rebels.[171] As well the Kwilu rebellion also occurred in solidarity with the Simba rebellion and was also crushed.[172]

Later on after the March 1965 elections, Mobutu Sese Seko launched a second coup with the support of the US and other powers. Mobutu Sese Seko claimed democracy would return in five years and he was popular initially.[173][173] However, he instead took increasingly authoritarian powers eventually becoming the dictator of the country.[173] He renamed the country Zaire in 1971.

**1960: Laos**[edit]

On August 9, 1960, Captain Kong Le with his paratroop battalion seized control of the administrative capital city of Vientiane in a bloodless coup on a "Neutralist" platform with the stated aims of ending the civil war raging in Laos, ending foreign interference in the country, ending the corruption caused by foreign aid, and better treatment for soldiers.[174][175] With CIA support, Field Marshal Sarit Thanarat, the prime minister of Thailand, set up a covert Thai military advisory group, called Kaw Taw. Kaw Taw together with the CIA backed a November 1960 counter-coup against the new Neutralist government in Vientiane, supplying artillery, artillerymen, and advisers to General Phoumi Nosavan, first cousin of Sarit. It also deployed the

CIA-sponsored Police Aerial Reinforcement Unit (PARU) to operations within Laos.[176] With the help of CIA front organization Air America to airlift war supplies and with other U.S. military assistance and covert aid from Thailand, General Phoumi Nosavan's forces captured Vientiane in November 1960.[177][178]

**1961: Dominican Republic**[edit]
*Main article: Rafael Trujillo*



Trujillo in 1952

In May 1961, the ruler of the Dominican Republic, Rafael Trujillo was murdered with weapons supplied by the United States Central Intelligence Agency (CIA).[179][180] An internal CIA memorandum states that a 1973 Office of Inspector General investigation into the murder disclosed "quite extensive Agency involvement with the plotters." The CIA described its role in "changing" the government of the Dominican Republic as a 'success' in that it assisted in moving the Dominican Republic from a totalitarian dictatorship to a Western-style democracy."[181][182] Juan Bosch, an earlier recipient of CIA funding, was elected president of the Dominican Republic in 1962, and was deposed in 1963.[183]

**1961–1975: Laos**[edit]
*See also: CIA activities in Laos*



The United States intervened in the Laotian Civil War against the Pathet Lao communist movement of Laos headed by Prince Souphanouvong, so as to preserve the royalist faction that had been favored by the French and to destroy a Viet Cong supply line known as the Ho Chi Minh Trail. In this proxy war, the two sides received major external support from the two world superpowers. The U.S. government tried to keep the war secret from the American population by having the CIA Special Activities

Division (Operation Millpond, Operation Barrel Roll and Operation Steel Tiger) back the war and by using tribesmen of the Hmong people that it trained, armed and paid to wage the war.[184][185][186] U.S. military support was critical, and for example, in 1962, in the Battle of Luang Namtha, the Laotian military came close to collapse but the war effort was saved by a major U.S. effort. One of the U.S.'s foremost Laotian military leaders in the field was general Vang Pao, a Hmong leader and commander of Military Region 2 in northern Laos. The Hmong people, based primarily in an area known as the Golden Triangle, needed to transport out the opium poppy they cultivated as their primary cash crop, so Air America, a CIA front, "began flying opium from mountain villages north and east of the Plain of Jars to CIA asset Hmong General Vang Pao's headquarters at Long Tieng."[187] The Hmong "tribesmen continued to grow, as they had for generations, the opium poppy....The [heroine refinery] lab's production was soon being ferried out on the planes of the CIA's front airline, Air America."[188][189][190][191][192] The CIA never denied the allegation but asserted that trading in opium was legal in Laos until 1971 and that opium was the sole cash crop of isolated Hmong hill tribes and one of their few medicines.[193]

**1961–1964: Brazil**[edit]

*Main articles: João Goulart and 1964 Brazilian coup d'état*



When the president of Brazil resigned in August 1961, he was lawfully succeeded by João Belchior Marques Goulart, the democratically elected vice president of the country.[194] João Goulart was a proponent of democratic rights, the legalization of the Communist Party, and economic and land reforms, but the US government insisted that he impose a program of economic austerity. The United States government implemented a plan with the code name Operation Brother Sam for the destabilization of Brazil, by cutting off aid to the Brazilian government, providing aid to state governors of Brazil who opposed the new president, and encouraging senior Brazilian military officers to seize power and to back army chief of staff General Humberto de Alencar Castelo Branco as coup leader.[194][195] General Branco led the April 1964 overthrow of the constitutional government of President João Goulart and was installed as first president of the military regime, immediately declaring a state of siege and arresting more than 50,000 political opponents within the first month of seizing power, while the US government expressed approval and re-instituted aid and investment in the country.[196]

**1963: Iraq**[edit]

*Main article: Ramadan Revolution*

Several sources, notably Said Aburish, have alleged that the February 1963 coup that resulted in the formation of a Ba'athist government in Iraq was "masterminded" by the

CIA.[197] No declassified U.S. documents have verified this allegation.[198] However, senior National Security Council official Robert Komer wrote to President John F. Kennedy on February 8, 1963 that the Iraqi coup "is almost certainly a net gain for our side ... CIA had excellent reports on the plotting, but I doubt either they or UK should claim much credit for it."[199] Brandon Wolfe-Hunnicutt states that "Scholars remain divided in their interpretations of American foreign policy toward the February 1963 coup in Iraq," but cites "compelling evidence of an American role in the coup."[200]

Tareq Y. Ismael, Jacqueline S. Ismael, and Glenn E. Perry state that "Ba'thist forces and army officers overthrew Qasim on February 8, 1963, in collaboration with the CIA."[201] Conversely, Gibson argues that "the preponderance of evidence substantiates the conclusion that the CIA was not behind the February 1963 B'athist coup."[202] The U.S. offered material support to the new Ba'athist government after the coup, despite an anti-communist purge and Iraqi atrocities against Kurdish rebels and civilians.[203] Because of this, Nathan Citino asserts: "Although the United States did not initiate the 14 Ramadan coup, at best it condoned and at worst it contributed to the violence that followed."[204] The Ba'athist government collapsed in November 1963 over the question of unification with Syria (where a rival branch of the Ba'ath Party had seized power in March).[205]

There has been a great deal of academic discussion regarding allegations from King Hussein of Jordan and others that the CIA (or other U.S. agencies) provided the Ba'athist government with lists of communists and other leftists, who were then arrested or killed by the Ba'ath Party's militia—the National Guard.[206] Gibson and Hanna Batatu emphasize that the identities of Iraqi Communist Party members were publicly known and that the Ba'ath would not have needed to rely on U.S. intelligence to identify them, whereas Citino considers the allegations plausible because the U.S. embassy in Iraq had actually compiled such lists, and because Iraqi National Guard members involved in the purge received training in the U.S.[207][208][209]

**1964: Chile**[edit]

During the 1964 Chilean Presidential Elections the United States through the CIA funneled approximately $2.6 million for Eduardo Frei Montaiva, and also funneled money to help pro-Christian Democratic groups and funding propaganda to harm the reputation of Salvador Allende, the opposition candidate and Marxist. The funding made up more than half of Frei's campaign money. As well as propaganda the CIA also helped with polling, voter drives, and voter registration. The United States was doing this in order to counter the Soviet Union's support of Allende.[210] This involvement was later revealed by the Church Committee in 1975.[211]



Location of Vietnam

**1964–1975: Vietnam**[edit]

*See also: January 1964 South Vietnamese coup, September 1964 South Vietnamese coup attempt, December 1964 South Vietnamese coup, 1965 South Vietnamese coup, and Vietnam War*

The United States had troops placed in Vietnam since the end of World War II.[citation needed] As the First Indochina War ended with a French withdrawal, US involvement increased. This culminated in The Gulf of Tonkin incident on August 2, 1964 in which the U.S. and North Vietnamese allegedly skirmished.[212] The circumstances have been questioned since. A second attack was reported on August 4 however a declassified National Security Agency (NSA) document revealed that there no second attack.[213] This caused Congress to pass the Gulf of Tonkin Resolution on August 7, 1964 authorizing Lyndon Johnson "to take all necessary measures to repel any armed attack against the forces of the United States and to prevent further aggression". The United States expanded involvement and began to use aerial bombardments.[214] The U.S. fought a guerilla war against the Viet Cong, which was not very successful. In early 1968 the Viet Cong and North Vietnamese launched the Tet Offensive, hoping to overthrow the South Vietnamese government. However, the U.S. and South Vietnamese troops were able to stop them from taking it.[215] Despite the failure the American public questioned how exactly the Viet Cong could still launch a large offensive when they had been repeatedly told of the United States' progress in Vietnam, increasing anti-war sentiment.[216] The U.S. began peace talks in Paris.[217] The war became an issue in 1968 United States General Election and Richard Nixon, the Republican, ran on winning the war with a secret strategy in 1968.[218][219] Nixon than continued the fighting against Vietnam. His strategy was to scare the North Vietnamese while continuing the peace talks. Nixon was able to win reelection in the 1972 US election. However, he was still not successful in intimidating the communists and the U.S. withdrew in March 1973 after signing the Paris Accords.[220] The U.S. still gave support to South Vietnam, but this decreased over time. As the communists started a massive offensive to overrun the south, President Gerald Ford unsuccessfully tried to get congress to give financial assistance to the South. On April 30, 1975, Saigon, the capital of South Vietnam, fell to North Vietnam.[221]

**1965–1966: Dominican Republic**[edit]

*Main article: Dominican Civil War*



In the Dominican Civil War, a junta led by President Joseph Donald Reid Cabral was battling "constitutionalist" or "rebel" forces who advocated restoring to power the Dominican Republic's first-ever democratically elected president, President Juan Emilio Bosch Gaviño, whose term had been cut short by a coup. The U.S. launched "Operation Power Pack," a US military operation to interpose the US military between the rebels and the junta's forces so as to prevent the rebel's advance and possibly victory.[222][223] Most civilian advisers had recommended against immediate intervention hoping that the junta could bring an end to the civil war but US President Lyndon B. Johnson took the advice of his Ambassador in Santo Domingo, William Tapley Bennett, who suggested that the US intervene.[224] Chief of Staff General Wheeler told a subordinate: "Your unannounced mission is to prevent the Dominican Republic from going Communist."[225] A fleet of 41 US vessels was sent to blockade the island as the US invaded. Ultimately, 42,000 soldiers and marines were ordered to the Dominican Republic and the US occupied the country.[226]

**1965–1967: Indonesia**[edit]

*Main article: Indonesian mass killings of 1965–66*



Junior army officers and the commander of the palace guard of President Sukarno accused senior Indonesian military brass of planning a CIA-backed coup against President Sukarno and killed six senior generals on October 1, 1965. General Muhammad Suharto and other senior military officers attacked the junior officers on the same day and accused the Communist Party of Indonesia (PKI) of planning the killing of the six generals.[227] The army launched a propaganda campaign based on lies and riled up civilian mobs to attack those believed to be PKI supporters and other political opponents. Indonesian government forces with collaboration of some civilians perpetrated mass killings over many months. The CIA acknowledged that "in terms of the number of people killed, the anti-PKI massacres in Indonesia rank as one of the worst mass murders of the 20th Century."[228] Estimates of the number of civilians killed range from a half million to a million[229][230][231] but more recent estimates put the figure at two to three million.[232][233] US Ambassador Marshall Green encouraged the military leaders to act forcefully against the political opponents.[228] In 2017, declassified

documents from the U.S. Embassy in Jakarta have confirmed that the US had knowledge of, facilitated and encouraged mass killings for its own geopolitical interests.[234][235][236][237] US diplomats admitted to journalist Kathy Kadane in 1990 that they had provided the Indonesian army with thousands of names of alleged PKI supporters and other alleged leftists, and that the U.S. officials then checked off from their lists those who had been murdered.[238][239] President Sukarno's base of support was largely annihilated, imprisoned and the remainder terrified, and thus he was forced out of power in 1967, replaced by an authoritarian military regime led by General Suharto.[240][241] Some scholars are now referring to the mass killings as a genocide.[242][243][244]

**1967–1975: Cambodia**[edit]

*Main articles: Cambodian Civil War and 1970 Cambodian coup d'état*

Prince Norodom Sihanouk, head of a political movement known as Sangkum that was first ushered to power by the 1955 parliamentary election, had for years kept Cambodia out of the conflicts in Vietnam and Laos by being friendly with China and North Vietnam and had integrated left wing parties into mainstream politics. However, in 1967 an uprising leftist occurred and year later the Khmer Rouge began an insurgency against the prince.[245] In 1968 the Viet Cong conducted the failed Tet Offensive. This convinced Sihanouk that the North was going to lose the war so he gravitated toward the US. It has been dubiously suggested that he allowed the US covert bombing of Cambodia in 1969.[246] Despite that Sihanouk still had some relations with the Eastern Bloc and the US wanted more power to bomb the country in order to combat the Viet Cong.

In March 1970 Prince Norodom Sihanouk was overthrown by the right wing politician General Lon Nol. The overthrow followed Cambodia's constitutional process and most accounts emphasize the primacy of Cambodian actors in Sihanouk's removal. Historians are divided about the extent of U.S. involvement in or foreknowledge of the ouster, but an emerging consensus posits some culpability on the part of U.S. military intelligence.[247] There is evidence that "as early as late 1968" Lon Nol floated the idea of a coup to U.S. military intelligence to obtain U.S. consent and military support for action against Prince Sihanouk and his government.[248] The coup succeeded in installing Lon Nol in power but further destabilized the country and ushered in the years of civil war between the right wing government in Phnom Penh backed by the United States and communist forces backed by the Viet Cong.[249][*page needed*]

After the coup the US had much more leeway to bomb the country which they did. The U.S. government intensified the covert bombing of Cambodia against the Viet Cong and the Khmer Rouge. Despite that the Khmer Republic was still not always informed of US operations.[250] However, the Khmer Rouge continued to fight onward and eventually took Phemn Penn and won the civil war taking the country.

## 1970s[edit]

**1970–1973: Chile**[edit]

*Main articles: Salvador Allende and 1973 Chilean coup d'état*



Between 1960 and 1969, the Soviet government funded the Communist Party of Chile at a rate of between $50,000 and $400,000 annually. In the 1964 Chilean elections, the U.S. government supplied $2.6 million in funding for candidate Eduardo Frei Montalva, whose opponent, Salvador Allende was a prominent Marxist, as well as additional funding with the intention of harming Allende's reputation.[251]:38–9 As Kristian C. Gustafson phrased the situation:[252]

It was clear the Soviet Union was operating in Chile to ensure Marxist success, and from the contemporary American point of view, the United States was required to thwart this enemy influence: Soviet money and influence were clearly going into Chile to undermine its democracy, so U.S. funding would have to go into Chile to frustrate that pernicious influence.

The democratically elected President Salvador Allende was overthrown by the Chilean armed forces and national police. This followed an extended period of social and political unrest between the right dominated Congress of Chile and Allende, as well as economic warfare waged by the U.S. government.[253] As a prelude to the coup, the chief of staff of the Chilean army, René Schneider, a general dedicated to preserving the constitutional order, was assassinated in 1970 during a botched kidnapping attempt backed by the CIA.[254][255] The regime of Augusto Pinochet that came to power with the coup is notable for having, by conservative estimates, disappeared some 3200 political dissidents, imprisoned 30,000 (many of whom were tortured), and forced some 200,000 Chileans into exile.[256][257][258] The CIA, through Project FUBELT (also known as Track II), worked secretly to engineer the conditions for the coup. The U.S. initially denied any involvement however many relevant documents have been declassified in the decades since.

**1971: Bolivia**[edit]

*Main articles: Juan José Torres and Operation Condor*



The U.S. government supported the 1971 coup led by General Hugo Banzer that toppled President Juan José Torres of Bolivia.[259][260] Torres had displeased Washington by convening an "Asamblea del Pueblo" (People's Assembly or Popular Assembly), in

which representatives of specific proletarian sectors of society were represented (miners, unionized teachers, students, peasants), and more generally by leading the country in what was perceived as a left wing direction. Banzer hatched a bloody military uprising starting on August 18, 1971 that succeeded in taking the reins of power by August 22, 1971. After Banzer took power, the U.S. provided extensive military and other aid to the Banzer dictatorship as Banzer cracked down on freedom of speech and dissent, tortured thousands, "disappeared" and murdered hundreds, and closed labor unions and the universities.[261][262] Torres, who had fled Bolivia, was kidnapped and assassinated in 1976 as part of Operation Condor, the US-supported campaign of political repression and state terrorism by South American right-wing dictators.[263][264][265]

**1973: Uruguay**[edit]

*Main article: 1973 Uruguayan coup d'état*



Ethiopia pre-Eritrean Independence

**1974–1991: Ethiopia**[edit]

*See also: Ethiopian Civil War*

On September 12, 1974 Emperor Haile Selasse I of Ethiopian Empire was overthrown in a coup by the Derg, an organization set up by the Emperor to investigate the military.[266] The Derg was led by Mengistu Halie Mariam, and soon after he took power he became a Marxist–Leninist and aligned with the Soviet Union. The Derg ruled Ethiopia as a Marxist–Leninist military junta.[267] Soon after they took over a series of other rebel groups rose up to against the Derg. Some were separatist groups that wanted to not be a part of Ethiopia and others wanted to take over the Ethiopian government. The Ethiopian Democratic Union (EDU) was a conservative rebel group which composed of landowners opposed to nationalization, monarchists, and anti-Derg military officers. As well a number of other Marxist–Leninist groups fought the Derg for

ideological reasons. These were the Ethiopian People's Revolutionary Party (EPRP), Tigray People's Liberation Front (TPLF), Ethiopian People's Democratic Movement (EPDM), and All-Ethiopia Socialist Movement (MEISON). The Derg also had to contend with an invasion by Somalia.[268][269][270] These groups would receive support by the United States.[271] The Derg responded to these groups by initiating the Qey Shibir (Ethiopion Red Terror), targeted most heavily against MEISON and EPRP. Thousands were killed in the Qey Shibir.[272]

In 1987 the Derg formed the People's Democratic Republic of Ethiopia (PDRE), and continued fighting in the civil war. As well in 1989 the TPLF and EPDM fused and formed the Ethiopian People's Revolutionary Democratic Front (EPRDF). They along with Eritrean separatists began to be victorious as the government. In 1990 the USSR stopped supporting the Ethiopian government as they were starting to collapse. The United States however continued to support the rebels.[273] In 1991 Mengistu Halie Mariam resigned and fled as the PDRE fell to the rebels.[274] Despite the fact that the US opposed him the US embassy helped Mariam escape to Zimbabwe.[275]

**1975–1991: Angola**[edit]
*See also: Angolan Civil War*

Angola had been a colony of Portugal for hundreds of years however beginning in the 1960s the inhabitants of the country rose up in the Angolan War of Independence. In 1974 Portugal overthrew its right-wing military junta in the Carnation Revolution. The new government promised to give independence to its colonies including Angola. In 1975 Portugal signed the Alvar Agreement giving independence to Angola however the various groups started fighting one another. The People's Movement for the Liberation of Angola (MPLA) was a leftist group that was advancing upon the other two main rebel groups the National Liberation Front of Angola (FNLA) and National Union for the Total Independence of Angola (UNITA). Cuba and The Soviet Union started sending in arms and troops into Angola to support the MPLA, and at the same time Apartheid South Africa sent in troops into Angola to support the FNLA and UNITA.

The United States began covertly supporting UNITA and the FNLA through Operation IA Feature. President Gerald Ford approved of the program on July 18, 1975 while receiving dissent from officials in the CIA and State Department. Nathaniel Davis, Assistant Secretary of State, quit because of his disagreement with this.[276] The funding for these organizations was headed by John Stockwell.[277] This program began as the war for independence was ending and continued as the civil began in November 1975. The funding initially started at $6 million but than added $8 million on July 27 and added $25 million in August.[278] Congress found out about the program in 1976 and condemned it. Senator Dick Clark added the Clark Amendment to the US Arms Export Control Act of 1976 ending the operation and restricting involvement in Angola.[279] Despite this CIA Director George H.W. Bush did not concede that all aid to the FNLA and UNITA had stopped.[280][281] According to Jane Hunter Israel became a middleman for continued American arms sales into Angola. During the Carter Administration the limited support for these organizations would continue. In 1978 the FNLA was depleted and defeated.[282][283] This only left UNITA headed by Jonas Savimbi.

Savimbi was a former Maoist who eventually became a capitalist ideologically and made UNITA into a capitalist militant group.[284][285]



Location of Angola

Meanwhile, in the United States the rise of the New Right saw the election of Ronald Reagan to the presidency. His administration put out the Reagan Doctrine which called for the funding of Anti-Communist forces across the world to "roll back" Soviet influence. This saw the Reagan Administration support Savimbi and conservative think tanks, like the Heritage Foundation, lobbying for allowing more assistance to them. This saw the repeal of the Clark Amendment on July 11, 1985.[286] Savimbi would show his gratitude of this when he spoke at the Heritage Foundation in 1989.[287] Starting in 1986 the war really ramped up and Angola became a major proxy conflict in the cold war. Savimbi's conservative allies in the US, such as Michael Johns and Grover Norquist, lobbied for more support for UNITA.[288][289] In 1986 Savimbi came to the White House and afterwards Reagan approved the shipment of Stinger Surface-to-Air Missiles as a part of $25 Million in aid.[290][291] As well UNITA's headquarters in Jamba hosted the Democratic International, a conference of Anti-Communist leaders from across the globe.[292][293]

As the Cold War began to end the two sides started to approach each other diplomatically. After George H.W. Bush became president he continued to aid Savimbi. Savimbi began relying on the company Black, Manafort, and Stone in order to lobby for assistance. This company, as in the name, was headed by Charles Black, Paul Manafort, and Roger Stone. They lobbied the H.W. Bush administration for more assistance and weapons to Savimbi.[294] Savimbi also met with Bush himself in 1990.[295] However the MPLA and UNITA came to an agreement with the Bicesse Accords in 1991 ending US and USSR involvement in the war. This also saw South Africa withdraw from Namibia. Despite the peace the war ramped up again after the Halloween Massacre in 1992 and continued until 2002.

**1977: Zaire**[edit]

*See also: Shaba I*

During the Angolan Civil War the MPLA allied with the Congolese National Liberation Front (FLNC). This group originated with the Katanga Secession during the Congo Crisis and sought to overthrow Mobutu Sese Seko in Zaire. On March 8, 1977 the FLNC invaded Zaire in the Shaba Province in Zaire, beginning the first Shaba invasion. This saw many other powers including the United States support Mobutu against the FLNC.[296] The State Department claimed that the MPLA of supplying the rebels, while others accused Cuban involvement however the State Department said there was "no hard evidence".[297][298] The Carter administration sent $2 million in supplies and

equipment to Zaire medical and other with Douglas DC-8s.[299][300] However Carter was a lot less supportive of Mobutu than previous administrations, and so did not become directly militarily involved.[301][302] As well the CIA used a man named David Bufkin to recruit mercenaries for Zaire.[303][304] As the U.S. and France worked to secure more loans from World Bank for Zaire, while the IMF also sent loans.[305][306][307]

Despite the United States' support the U.S. House Committee on International Relations cut Zaire's arms credits from $30 million to $15 million.[308] As well Carter faced criticism for his support of Mobutu, especially since when he ran promised a more human rights orientated foreign policy. Andrew Young, the US ambassador in the United Nations said that "Americans shouldn't get paranoid about communism" in Africa.[309] Senator Dick Clark stated "In my judgment, U.S. involvement in Zaire defies justification. It is true that the U.S. has not utilized the full measure of resources available for Zaire, nor responded to Mobutu's requests for arms and ammunition. This restraint by the Administration is commendable, but if Mobutu qualifies for neither arms nor ammunition, then he should not qualify for any form of military assistance, lest the United States be drawn into the hapless conflict in Zaire, inch by inch."[310] The invasion also caused John Stockwell, who was in charge of the US Involvement in the Angolan Civil War, to resign.[311][312][313] He said "In death [Lumumba] became an eternal martyr and by installing Mobutu in the Zairian presidency we committed ourselves to the 'other side', the losing side in central and southern Africa. We cast ourselves as the dull-witted Goliath, in a world of eager young Davids."[314] Jimmy Carter responded by saying "our friendship and aid historically for Zaire has not been predicated on their perfection in dealing with human rights."[315][305] As well Secretary of State Cyrus Vance justified the aid because of the important Cobalt and Copper mining in Zaire.[316][317]

The invasion would end up failing anyway and the FNLC retreated into Angola and possibly Zambia to regroup for another attack. They recruited and left some allies in the Shaba province. The war ended May 26, 1977[318]

**1978: Zaire**[edit]
*See also: Shaba II*

A year after the first Shaba invasion the FLNC again attempted to invade Zaire and overthrow Mobutu. It began on May 11, 1978 when the rebel group crossed into the Shaba Province from Angola with MPLA support. Unlike the previous invasion the United States became directly involved. The United States Air Force provided military assistance through their Combat Control Team acting as air control, while various aircraft wings including the 435th Air Ground Operations Wing and 445th Airlift Wing acted as air support.[319] Again the FLNC was beaten back and the war was over in June 1978. The US and Cuba had Zaire and Angola come to the negotiating table. Zaire agreed to stop supporting National Union for the Total Independence of Angola (UNITA), the National Liberation Front of Angola (FNLA), and the Front for the Liberation of the Enclave of Cabinda (FLEC) and the Angolan government, in this case the MPLA, agreed to stop the FLNC from crossing into Zaire and trying to overthrow Mobutu which they did.[320] This ended the Shaba Invasions.

**1979–1993: Cambodia**[edit]
*See also: CIA activities in Cambodia*



Cambodia was invaded by Vietnam and the KUFNS (Kampuchean United Front for National Salvation), overthrowing in January 1979 the genocidal regime of the Khmer Rouge headed by Pol Pot. Khmer Rouge forces retreated to the jungles near the Thai border and waged a war of insurgency against the People's Republic of Kampuchea (PRK), headed by Heng Samrin, which had been installed in the capital city of Phnom Penh by the Vietnamese.[321] The U.S. government wanted to remove the PRK government and provided millions of dollars of annual food aid to 20,000-40,000 Khmer Rouge insurgents in Khmer Rouge bases in Thailand. The aid was managed by an organization staffed by U.S. Central Intelligence Agency personnel.[322] U.S. National Security Advisor Zbigniew Brzezinski "concocted the idea of persuading Thailand to cooperate fully with China in efforts to rebuild the Khmer Rouge."[323][324] Brzezinski acknowledged that "I encourage[d] the Chinese to support [Khmer Rouge leader] Pol Pot ... we could never support him, but China could." Brzezinski subsequently stated: "The Chinese were aiding Pol Pot, but without any help or arrangement from the United States. Moreover, we told the Chinese explicitly that in our view Pol Pot was an abomination and that the United States would have nothing to do with him—directly or indirectly."[325][326][327][323][328] Also, the United States voted for the Khmer Rouge to remain the official representative of the country in the United Nations even though after 1978 Khmer Rouge bases were positioned in just a small part of the country and across the border in Thailand.[325] Some have also found evidence that notwithstanding public condemnation of the Khmer Rouge, the U.S. offered military support to the organization.[329] The U.S. and China helped set up, armed and trained a coalition waging a war of insurgency comprising three major guerrilla groups: the FUNCINPEC (Front Uni National pour un Cambodge Indépendant, Neutre, Pacifique, et Coopératif); the KPLNF (Khmer People's National Liberation Front); and the PDK (Party of Democratic Kampuchea, the Khmer Rouge under the nominal presidency of Khieu Samphan), but direct U.S. military support for the Khmer Rouge guerrillas is officially denied by the U.S. government.[330][331] Peace efforts began in 1989 and a peace agreement was forged in October 1991. Vietnamese forces withdrew and the United Nations Transitional Authority in Cambodia (UNTAC) enforced the ceasefire and disarmament.[332]

**1979–1989: Afghanistan**[edit]
*Main article: Operation Cyclone*



In what was known as "Operation Cyclone," the U.S. government secretly provided weapons and funding for a collection of warlords and several factions of Jihadi guerrillas known as the Mujahideen of Afghanistan fighting to overthrow the Afghan government and the Soviet military forces that supported it. Through the Inter-Services Intelligence (ISI) of Pakistan, the US channeled training, weapons and money for Afghan fighters, including Jihadists who later became known as the Taliban, and at an estimated cost of $800 million for as many as 35,000 Arab foreign fighters.[333][334][335][336] Afghan Arabs also "benefited indirectly from the CIA's funding, through the ISI and resistance organizations."[337][338] Some of the CIA's greatest Afghan beneficiaries were Arabist commanders such as Jalaluddin Haqqani and Gulbuddin Hekmatyar who were key allies of Osama Bin Laden over many years.[339][340][341] Some of the CIA-funded militants would become part of Al Qaeda later on, and included Osama bin Laden, according to former Foreign Secretary Robin Cook and other sources.[342][343][344][345][346] However, these allegations are rejected by Steve Coll ("If the CIA did have contact with bin Laden during the 1980s and subsequently covered it up, it has so far done an excellent job"),[347] Peter Bergen ("The theory that bin Laden was created by the CIA is invariably advanced as an axiom with no supporting evidence"),[348] and Jason Burke ("It is often said that bin Laden was funded by the CIA. This is not true, and, indeed, would have been impossible given the structure of funding that General Zia ul–Haq, who had taken power in Pakistan in 1977, had set up").[349] Although Operation Cyclone officially ended in 1989 with the withdrawal of Soviet troops from Afghanistan, U.S. government funding for the Mujahideen continued through 1992, when the Mujahideen overran the Afghan government in Kabul.[350]

## 1980s[edit]

### 1980–1989: Poland[edit]

*Main article: Solidarity (Polish trade union)*



Unlike the Carter Administration, the Reagan policies supported the Solidarity movement in Poland, and—based on CIA intelligence—waged a public relations campaign to deter what the Carter administration felt was "an imminent move by large Soviet military forces into Poland."[351] Michael Reisman from Yale Law School named

operations in Poland as one of the covert actions of CIA during Cold War.[352] Colonel Ryszard Kukliński, a senior officer on the Polish General Staff was secretly sending reports to the CIA.[353] The CIA transferred around $2 million yearly in cash to Solidarity, for a total of $10 million over five years. There were no direct links between the CIA and Solidarnosc, and all money was channeled through third parties.[354] CIA officers were barred from meeting Solidarity leaders, and the CIA's contacts with Solidarnosc activists were weaker than those of the AFL-CIO, which raised $300,000 from its members, which were used to provide material and cash directly to Solidarity, with no control of Solidarity's use of it. The U.S. Congress authorized the National Endowment for Democracy to promote democracy, and the NED allocated $10 million to Solidarity.[355]

When the Polish government launched martial law in December 1981, however, Solidarity was not alerted. Potential explanations for this vary; some believe that the CIA was caught off guard, while others suggest that American policy-makers viewed an internal crackdown as preferable to an "inevitable Soviet intervention."[356] CIA support for Solidarity included money, equipment and training, which was coordinated by Special Operations.[357] Henry Hyde, U.S. House intelligence committee member, stated that the USA provided "supplies and technical assistance in terms of clandestine newspapers, broadcasting, propaganda, money, organizational help and advice".[358] Initial funds for covert actions by CIA were $2 million, but soon after authorization were increased and by 1985 CIA successfully infiltrated Poland.[359]

**1980–1992: El Salvador**[edit]
*Main article: Salvadoran Civil War*



The government of El Salvador fought a bloody civil war against the Farabundo Martí National Liberation Front (FMLN), an umbrella organization of leftist political opposition groups, and against leaders of agricultural cooperatives, labor leaders and others who advocated land reform and better conditions for "campesinos" (tenant farmers and other agrarian laborers) that supported the FMLN. The Salvadoran army organized military death squads to terrorize the rural civil population to cease its support for the FMLN.[360] Government forces killed more than 75,000 civilians during the war 1979–1992.[361][362][363][364][365][366] The U.S. government provided military training and weapons for the Salvadoran military. The Atlacatl Battalion, a counter-insurgency battalion, was organized in 1980 at the US Army School of the Americas and had a leading role in the "scorched earth" military policy against the FLMN and the rural villages that supported it. Atlacatl soldiers were equipped and directed by U.S. military advisers operating in El Salvador.[367][368][369] The Atlacatl battalion also participated in the El Mozote massacre in December 1981.[370] By May 1983, US

officers took over positions in the top levels of the Salvadoran military, were making critical decisions and running the war.[368][371][372][373] A US Congressional fact finding commission found that the Salvadoran military's "drying up the ocean" policy of repression entailed eliminating "entire villages from the map, to isolate the guerrillas, and deny them any rural base off which they can feed."[374] The "drying up the ocean" or "scorched earth" strategy was based on tactics similar to those being employed by the junta's counter-insurgency in neighboring Guatemala and were primarily derived and adapted from U.S. strategy during the Vietnam War and taught by American military advisors.[375][376]

**1981–1982: Chad**[edit]

*See also: CIA activities in Chad*



In 1975 as part of the First Chadian Civil War, the military overthrew François Tombalbaye and installed Felix Malloum as head of state. Hissène Habré was appointed Prime minister, and attempted to overthrow the government in February 1979, failing, and being forced out. In 1979 Malloum resigned and Goukouni Oueddei became head of state. Oueddei agreed to share power with Habre, appointing him Minister of Defense, but fighting resumed soon after. Habre was exiled to Sudan in 1980.[377]

At the time the U.S. government wanted a bulwark against Muammar Gaddafi in Libya, and saw Chad, Libya's southern neighbor, as a good option. Chad and Libya had recently signed an agreement to attempt to end their border conflict and "to work to achieve full unity between the two countries", which the United States was against. The United States also saw Oueddei as too close to Gaddafi. Habre was already pro-western and pro-American, as well as against Oueddei. The Reagan administration gave him covert support through the CIA when he returned in 1981 to continue fighting, and he overthrow Goukouni Oueddi on June 7, 1982, making himself the new president of Chad.[378]

Donald Norland, the US ambassador, said, "The CIA was so deeply involved in bringing Habré to power I can't conceive they didn't know what was going on, but there was no debate on the policy and virtually no discussion of the wisdom of doing what we did."[379]

Human Rights Watch obtained and revealed documents which stated that the CIA trained and equipped the Documentation and Security Directorate (DDS), Chad's secret police. The Chadian Truth Commission found the United States provided monetary aid to the DDS and to regional intelligence agencies that hunted down Habre's political opponents afterwards, inside and outside the country.[380] Habre, who was dubbed "Africa's Pinochet" by Human Rights Watch, was convicted of crimes against humanity by a Senegalese court in 2016 for ordering the murder of 40,000 political opponents and

the torture of hundreds of thousands of others while in power.[381][382]

**1981–1990: Nicaragua**[edit]
*See also: CIA activities in Nicaragua and Nicaraguan Revolution*



The FSLN (Sandinista National Liberation Front) had overthrown the US friendly Somoza family in 1979. At first the Carter Administration tried to be friendly with the new government, but the Reagan Administration that came after had a much more Anti-communist foreign policy. Immediately in January 1981, Ronald Reagan cut off aid to the Nicaraguan government, and August 6, 1981 Reagan signed National Security Decision Directive 7, authorizing the production and shipment of arms to the region but not their deployment. On November 17, 1981 Reagan National Security Directive 17, allowing covert support to anti-Sandinista forces.[383][384] The U.S. government attempted to topple the government of Nicaragua by secretly arming, training and funding the Contras, a rebel group based in Honduras that was created to sabotage Nicaragua and to destabilize the Nicaraguan government.[385][386][387][388] As part of the training, the CIA distributed a detailed manual entitled "Psychological Operations in Guerrilla War," which instructed the Contras, among other things, on how to blow up public buildings, to assassinate judges, to create martyrs, and to blackmail ordinary citizens.[389] In addition to backing the Contras, the U.S. government also blew up bridges and mined Corinto harbor, causing the sinking of several civilian Nicaraguan and foreign ships and many civilian deaths.[390][391][392][393] After the Boland Amendment made it illegal for the U.S. government to provide funding for Contra activities, the administration of President Reagan secretly sold arms to the Iranian government to fund a secret U.S. government apparatus that continued illegally to fund the Contras, in what became known as the Iran–Contra affair.[394] The U.S. continued to arm and train the Contras even after the Sandinista government of Nicaragua won the elections of 1984.[395][396] In the 1990 Nicaraguan General Election, the George H.W. Bush Administration authorized 49.75 million dollars of "Non-lethal" aid to the Contras. They continued to assassinate candidates and fight the war. As well they distributed leaflets promoting the opposition party UNO (National Opposition Union). As well Bush promised Violetta Chamorro, the UNO candidate, that if she did not win, the US would maintain its embargo on Nicaragua.[397] UNO won the election, however a survey conducted after the election found 75.6% of Nicaraguans agreed that if the Sandinistas had won, the war would never have ended. 91.8% of those who voted for the UNO agreed with this sentiment.[398] The Contras ended fighting soon afterwards.

**1983: Grenada**[edit]
*Main article: United States invasion of Grenada*



In what the U.S. government called Operation Urgent Fury, the U.S. military invaded the tiny island nation of Grenada to remove the Marxist government of Grenada that the Reagan Administration found objectionable.[399][400] The United Nations General Assembly called the U.S. invasion "a flagrant violation of international law"[401] but a similar resolution widely supported in the United Nations Security Council was vetoed by the U.S.[402][403]

**1987: Burkina Faso**[edit]
*Main article: 1987 Burkinabé coup d'état*

**1989–1994: Panama**[edit]



In 1979 the US and Panama signed a treaty to end the Panama canal zone and promise that the US would hand over the canal after 1999. Manuel Noriega ruled the country of Panama as dictator. He was an ally of the United States working with them against the Sandinistas in Nicaragua and the EZLN in El Salvador. Despite this relations began to deteriorate as he was implicated in the Iran-Contra Scandel including drug trafficking.[404] As relations continued to deteriorate Noriega started to ally with the Eastern Bloc. This also worried US officials and government officials like Elliot Abrams started argueing to Reagan that the US should invade Panama. Reagan decided to hold off due to George H.W. Bush's ties to Noriega when he was the head of the CIA running his election. After he was elected he started pressuring Noriega. Despite iregularities in the 1989 Panamanian General Election Noriega refused to allow the opposition candidate into power. George H.W. Bush called on him to honor the will of the Panamanian people. As well coup attempts were made against Noriega and skrimishes broke out between U.S. and Panamanian troops. As well Noriega inidcted for drug charges in the United States.[405] In December 1989, in a military operation code-named Operation Just Cause, the U.S. invaded Panama. Noriega went into hiding but was later captured by US forces. President-elect Guillermo Endara was sworn into office. The United States ended Operation Just Cause in January 1990 and began Operation Promote Liberty, which was the occupation of the country to set up the new government until 1994.[406]

# 1991–present: Post-Cold War[edit]

## 1990s[edit]

### 1991: Iraq[edit]

*See also: 1991 uprisings in Iraq*

During and immediately following the Persian Gulf War in 1991, the United States broadcast signals encouraging an uprising against Saddam Hussein. On February 5, 1991 George H.W. Bush made a speech on Voice of America stating, "There is another way for the bloodshed to stop: and that is, for the Iraqi military and the Iraqi people to take matters into their own hands and force Saddam Hussein, the dictator, to step aside and then comply with the United Nations' resolutions and rejoin the family of peace-loving nations."[407][408] On February 24, 1991 a few days after the ceasefire was signed the CIA funded and operated radio station Voice of Free Iraq called for the Iraqi people to rise up against Hussein.[409][410] They said "Rise to save the homeland from the clutches of dictatorship so that you can devote yourself to avoiding the dangers of the continuation of the war and destruction. Honorable Sons of the Tigris and Euphrates, at these decisive moments of your life, and while facing the danger of death at the hands of foreign forces, you have no option in order to survive and defend the homeland but put an end to the dictator and his criminal gang."[411] The day after the Gulf war ended on March 1, 1991 Bush again called for the overthrow of Saddam Hussein when he said "In my own view...the Iraqi people should put [Saddam] aside, and that would facilitate the resolution of all these problems that exist and certainly would facilitate the acceptance of Iraq back into the family of peace-loving nations."[412] The U.S. was hoping for a coup but instead, series of uprisings to erupted across Iraq right after the war. Brent Scowcraft Later said "I I frankly wished [the uprisings] hadn't happened ... we certainly would have preferred a coup."[413] Two of the largest rebellions were led by the Iraqi Kurds in the North and the Shia militas in the south. The rebels assumed that they would be getting direct U.S. assistance, however United States intended to never give assistance to the rebels. The Shia uprisings were crushed by the Iraqi military while the Pershmegra were more successful, gaining the Iraqi Kurds autonomy. The H.W. Bush Administration faced heavy criticism for not assisting the rebels after encouraging them to rise up. The US worried that if Hussein fell and Iraq collapsed Iran would gain power, so the U.S. still wanted a bullwark against Iran.[414] Colin Powell wrote of his time as Chairman of the Joint Chiefs of Staff "our practical intention was to leave Baghdad enough power to survive as a threat to Iran that remained bitterly hostile toward the United States".[415] At the same time George H.W. Bush said that the U.S. had ever intended to assist anyone "I made clear from the very beginning that it was not an objective of the coalition or the United States to overthrow Saddam Hussein. So I don't think the Shiites in the south, those who are unhappy with Saddam in Baghdad, or the Kurds in the north ever felt that the United States would come to their assistance to overthrow this man...I have not misled anybody about the intentions of the United States of America, or has any other coalition partner, all of whom to my knowledge agree with me in this position."[416]



Iraq (orthographic projection)

As well the U.S. government successfully advocated that the pre-war sanctions[417] be made more comprehensive, which the UN Security Council did in April 1991 by adopting Resolution 687.[418][419] After the UN imposed the tougher sanctions, U.S. officials stated in May 1991—when it was widely expected that the Iraqi government of Saddam Hussein faced collapse[420][421]—that the sanctions would not be lifted unless Saddam was ousted.[422][423][424] In the subsequent president's administration, U.S. officials took the position that the sanctions could be lifted if Iraq complied with *all* of the UN resolutions it was violating, not just with UN weapons inspections.[425] The effects of the sanctions on the Iraqi civilian population, including the child mortality rate, were disputed at the time. Whereas it was widely believed at the time that the sanctions caused a major rise in child mortality, recent research has shown that commonly cited data were fabricated by the Iraqi government and that "there was no major rise in child mortality in Iraq after 1990 and during the period of the sanctions."[426][427][428][429][430]

**1991: Haiti**[edit]

*Main article: 1991 Haitian coup d'état*

Eight months after what was widely considered the first honest election held in Haiti,[431] the newly elected President Jean-Bertrand Aristide was deposed by the Haitian army. It is alleged by some that the CIA "paid key members of the coup regime forces, identified as drug traffickers, for information from the mid-1980s at least until the coup."[432] Coup leaders Cédras and François had received military training in the United States.[433]

**1992–1996: Iraq**[edit]

The CIA launched DBACHILLES, a coup d'état operation against the Iraqi government, recruiting Ayad Allawi, who headed the Iraqi National Accord, a network of Iraqis who opposed the Saddam Hussein government, as part of the operation. The network included Iraqi military and intelligence officers but was penetrated by people loyal to the Iraqi government.[434][435][436] Also using Ayad Allawi and his network, the CIA directed a government sabotage and bombing campaign in Baghdad between 1992 and 1995, against targets that—according to the Iraqi government at the time—killed many civilians including people in a crowded movie theater.[437] The CIA bombing campaign

may have been merely a test of the operational capacity of the CIA's network of assets on the ground and not intended to be the launch of the coup strike itself.[437] However Allawi attempted a coup against Saddam Husssein in 1996. The coup was unsuccessful, but Ayad Allawi was later installed as prime minister of Iraq by the Iraq Interim Governing Council, which had been created by the U.S.-led coalition following the March 2003 invasion and occupation of Iraq.[438]

**1994–1995: Haiti**[edit]

*See also: Operation Uphold Democracy*

After the right-wing military junta took over Haiti in 1991 in a coup the U.S. initially had good relations with them. George H. W. Bush's administration supported the right wing junta; however, after the 1992 U.S. general election Bill Clinton came to power. Clinton was supportive of returning Jean-Bertrand Aristide to power, and his administration was active for the return of democracy to Haiti. This culminated in United Nations Security Council Resolution 940, which authorized the United States to lead an invasion of Haiti and restore Aristide to power. A diplomatic effort was led by former U.S. president Jimmy Carter.[439] Then the U.S. gave the Haitian government an ultimatum: either the dictator of Haiti, Raoul Cedras, retire peacefully and let Aristide come back to power, or be invaded and forced out. Cedras capitulated; however, he did not immediately disband the armed forces. Protesters fought the military and police.[440][441] Fighting ensued as the U.S. sent in the military to stop the violence. The violence soon quelled and Aristide returned to lead the country in October 1994.[442] He and Clinton presided over ceremonies and Operation Uphold Democracy officially ended on March 31, 1995.

**1996–1997: Zaire**[edit]

*See also: First Congo War*

After the end of the Cold War, the United States began reducing support for Mobutu Sese Seko in Zaire, seeing it as no longer necessary. As a result, his rule started weakening and he responded by starting to allow opposition parties. Despite this liberalization in the political sphere, his army was still repressive and Laurent-Desire Kabila, who had been fighting since Seko took power, still resisted him.[443] In the East of the country, the alienated Tutsi minority was forming ties with the Rwandan Patriotic Front (FPR), which was an organization of Tutsis that fought against the anti-Tutsi Hutu supremicist government in Rwanda.[444] The Tutsis in Rwanda were legally divided into two groups, Banyamulenge, those who came before independence and had citizenship, and Banyarwanda, those who came after independence. However, other Zairian ethnic groups prejudiocally did not differentiate between the two.[445][446] At the same time in Rwanda, tensions were springing up between the Hutu-run republic and Tutsi minority. In 1990 the FPR invaded Rwanda, beginning the Rwandan Civil War, which culminated in the Rwandan Genocide against the Tutsis. Despite the genocide, the FPR ended up winning the civil war and Paul Kagame of the FPR became the new president of Rwanda. The civil war and subsequent genocide caused over 1.5 million refugees to flee into Zaire and refugee camps were set up in the country. These included both Tutsis who fled the genocide and Hutus who fled after the FPR won.[447] Refugee and non-refugee Tutsis, Hutu refugees, and other ethnic groups in

Zaire started fighting and attacking one another. In response, Rwanda formed Tutsi militas out of those present in Zaire.[448] Tensions between the militas and the Zaire government sprung up, culminating in a skrimish between the Tutsi Militas and the Zairian Green Berets on August 31, 1996.[449] This began the Banyamulenge Rebellion, which led to further unrest, and saw the combination of Tutsi and non-Tutsi militas opposed to Mobutu into the Alliance of Democratic Forces for the Liberation of the Congo (AFDL), led by Laurent-Desire Kabila.[450] This would begin the First Congo War with Rwanda, along with Uganda, to a lesser extent Burundi, and later on Angola supporting the AFDL. The anti-Mobutu forces succeeded and Mobutu fled the country. Kabila, after taking the capital, ended Zaire and declared the Democratic Republic of Congo.

The United States covertly supported Rwanda before and during the war. The U.S. believed it was time for "new generation of African leaders", which was part of the reason the U.S. stopped supporting Mobtutu in the first place. The new leaders in their eyes included Kagame as well as Yoweri Museveni in Uganda.[451] U.S. General and NATO head George Joulwan even described Kagame as "a visionary", while U.S. officials inside of Rwanda described Kagame as "a brilliant commader, able to think outside of the box". The U.S. began sending soldiers and trainers into Rwanda and training FPR commanders in the U.S. before the war in 1995. When testifying to congress Ambassador to Rwanda Richard Bogosian said that the training "dealt almost exclusively with the human rights end of the spectrum as distinct from military operations", though the success of this is disputed due to the atrocities the FPR committed. During the war after a group of rebels took Bukavu they were joined by a group of African-American mercenaries, who told some of the English speaking soldiers that they had been recruited, most likely an unofficial U.S. mission. As well the CIA and U.S. army set up communications in Uganda, and during the First Congo War several C-141 planes and C-5 planes landed in Kigali and Entebbe claiming to be bringing "carrying aid for the genocide victims". However they were more likely carrying military and communication supplies for the FPR. As the war ramped many of the supplies were weapons of the former Warsaw Pact. At the same time U.S. operated anti-Mobutu support from the International Rescue Committee (IRC). The U.S. government was able to obtain a contract for U.S. Ronco Consulting Corporation to demine Rwanda. Besides giving the company a monopoly on this the U.S. could legitimize their shipment of supplies to Rwanda.[452]

#### 1997–1998: Indonesia[edit]

The Clinton administration saw an opportunity to oust Indonesian President Suharto when his rule over Indonesia became increasingly precarious in the aftermath of the 1997 Asian Financial Crisis. American officials sought to exacerbate Indonesia's monetary crisis by having the International Monetary Fund oppose Suharto's efforts to establish a currency board to stabilize the rupiah, thereby provoking discontent. IMF Director Michel Camdessus boasted that, "We created the conditions that obliged President Suharto to leave his job". Former US Secretary of State Lawrence Eagleburger would later remark, "We were fairly clever in that we supported the IMF as it overthrew [Suharto]. Whether that was a wise way to proceed is

another question. I'm not saying Mr. Suharto should have stayed, but I kind of wish he had left on terms other than because the IMF pushed him out."[453][454] Hundreds would die in the crisis that followed.

## 2000s[edit]

### 2000: Yugoslavia[edit]

*Main article: 2000 Yugoslavian general election § Involvement of the United States*



From the period of 1998 to 2000, just over $100,000,000 was channeled from the U.S. State Department through Quangos to opposition parties in order to bring about a democratic end to the government of the long-standing president Slobodan Milošević in Yugoslavia.[455] Following issues regarding the results of the Yugoslav elections of 2000, the U.S. State Department heavily supported opposition groups such as Otpor! through the supply of promotional material and also, consulting services via Quangos.[456] United States involvement served to speed up and organize dissent through exposure, resources, moral and material encouragement, technological aid and professional advice.[455] This campaign was one of the factors contributing to incumbent president's defeat in the 2000 Yugoslavian general election and subsequent Bulldozer Revolution which overthrew Milošević on October 5, 2000 after he refused to recognise the results of the election.[455] Milošević's presidency was succeeded by that of Vojislav Koštunica, who opposed the extradition of his predecessor to the Hague Tribunal.

### 2002: Venezuela[edit]

*See also: 2002 Venezuelan coup d'état attempt § US role and alleged involvement*

In April 2002, president Hugo Chávez was ousted from power for 47 hours in the 2002 Venezuelan coup d'état attempt.

Senior advisors to the George W. Bush administration had advance knowledge of the coup, which it supported,[457] and Elliot Abrams had informally given it a "green light".[458] Mehdi Hasan, senior columnist for *The Intercept* explained:[459]

The demonization and strangulation of Venezuela has been a bipartisan project in Washington, D.C., since the rise of Hugo Chavez and the socialist “pink tide” in the late 1990s. In 2002, the Bush administration encouraged and supported a (failed) coup against Chavez.

Members of the Bush administration held meetings with opposition leaders for months

before the coup attempt.[460] The OAS and all of Venezuela's neighbours denounced the coup attempt, but the United States acknowledged the new government, changing its position only after a popular uprising led interim president Pedro Carmona to resign.[461][462]

**2003–2011: Iraq**[edit]

*Main article: Iraq War*

In 1998 as a non-covert measure, the U.S. enacted the "Iraq Liberation Act," which states, in part, that "It should be the policy of the United States to support efforts to remove the regime headed by Saddam Hussein from power in Iraq," and appropriated funds for U.S. aid "to the Iraqi democratic opposition organizations."[463] After Bush was elected he started being more aggressive toward Iraq.[464] Then after the 9/11 attacks the Bush administration started saying that Saddam Hussein was connected to and supporting Al-Qaeda and that he had weapons of mass destruction despite the fact there was no evidence for either.[465][466][467][468][469] Iraq was also one of the three countries Bush called out in his Axis of Evil Speech.[470] In 2002 Congress passed the "Iraq Resolution" which authorized the president to "use any means necessary" against Iraq. The Iraq War than began in March 2003 when the U.S. attacked the country. A United States-led military coalition invaded the country and overthrew the Iraqi government.[471] The U.S. captured and helped prosecute Hussein and ended the Baathist government. The U.S. also has to fight an insurgency after. In 2011 the U.S. withdrew from the conflict, though the United States has still been involved in the country.[472]

**2006–2007: Palestinian territories**[edit]




Occupied Palestinian Territories

*Main article: Fatah-Hamas conflict*

The U.S. government pressured the Fatah faction of the Palestinian leadership to topple the Hamas government of Prime Minister Ismail Haniyeh.[473][474][475] The Bush Administration was displeased with the government formed by Hamas, which won 56 percent of the seats in the Palestinian legislative election of 2006.[473][474][476] The U.S. government set up a secret training and armaments program that received tens of millions of dollars in Congressional funding, but also, like in the Iran-contra scandal, a more secret Congress-circumventing source of funding for Fatah to launch a bloody war against the Haniyeh government.[473][477][478] The war was brutal, with many casualties and with Fatah kidnapping and torturing civilian leaders of Hamas, sometimes in front of their own families, and setting fire to a university in Gaza. When the government of Saudi Arabia attempted to negotiate a truce between the sides so as to avoid a wide-scale Palestinian civil war, the U.S. government pressured Fatah to reject the Saudi plan and to continue the effort to topple the Haniyeh government.[473] Ultimately, the Haniyeh government was prevented from ruling over all of the Palestinian territories, with Hamas retreating to the Gaza strip and Fatah retreating to the West Bank.

**2006–present: Syria**[edit]

*Main articles: Timber Sycamore, CIA activities in Syria, and American-led intervention in the Syrian Civil War*



Since 2006, the State Department has funneled at least $6 million to the anti-government satellite channel Barada TV, associated with the exile group Movement for Justice and Development in Syria. This secret backing continued under the Obama administration, even as the US publicly rebuilt relations with Bashar Al-Assad.[479][480]

In April 2011, after the outbreak of the Syrian civil war in early 2011, three "key U.S. Senators", Republicans John McCain and Lindsay Graham, and Independent Joe Lieberman, said in a joint statement, urged Obama to "state unequivocally" that "it is time to go".[481] In August, 2011, the U.S. government called on Syrian President Bashar Al Assad to "step aside" and imposed an oil embargo against the Syrian government to bring it to its knees.[482][483][484] Starting in 2013, the U.S. also provided training, weapons and cash to Syrian vetted "moderate" rebels,[485][486] and in 2014, the Supreme Military Council.[487][488] In 2015, Obama reaffirmed that "Assad must go".[489]

In March 2017 Ambassador Nikki Haley told a group of reporters that the US's priority in Syria was no longer on "getting Assad out."[490] Earlier that day at a news conference in Ankara, Secretary of State Rex Tillerson also said that the "longer term status of President Assad will be decided by the Syrian people."[491] While the US Defense Department's program to aid predominantly Kurdish rebels fighting the Islamic State of Iraq and the Levant (ISIL) continued, it was revealed in July 2017 that US President

Trump had ordered a "phasing out" of the CIA's support for anti-Assad rebels.[492]

In October 2017, Rex Tillerson declared that "the reign of the Assad family is coming to an end" despite recent battlefield gains by Assad's forces.[493] In April 2018, Army General James Votel told lawmakers he did not know whether 'Assad must go' remained a U.S. policy objective; Lindsay Graham responded "If you don't know I doubt if anybody knows, …"; and it was reported that the Trump administration has indicated that ousting Assad is no longer a specific policy goal but it cannot envision political stability if he remains.[494]

#### 2007: Iran[edit]

In 2007, the Bush administration requested and received funding from Congress for covert actions in Iran that, according to a presidential finding that Bush signed, had the goal of undermining Iran's religious leadership. One source who was familiar with the contents of the memorandum told *The New Yorker* that the operations were focused on "undermining Iran's nuclear ambitions and trying to undermine the government through regime change."[495][*additional citation(s) needed*][*neutrality is disputed*]

#### 2009: Honduras[edit]

*Main article: 2009 Honduran coup d'état*

On June 28, 2009 the Honduran military removed president Manuel Zelaya from Honduras and sent him to Costa Rica. The military and congress set up a new election that excluded Zelaya. The State Department under Hillary Clinton, supported the election under the leaders after the coup. Previously the U.S. embassy had stopped an earlier planned coup, but this coup was not stopped by the embassy. The Obama administration condemned the coup, but still allowed the military to proceed with their new elections. Clinton stated in her memoir “Hard Choices”, “[the state department] strategized a plan for free and fair could be held quickly and legitimately, which would render the question of Zelaya moot.” This quote was written out of later editions of the book. Colonel Andrew Papp, present at some of the meeting, said the main concern was that the military "is very friendly with the U.S." and that while the U.S. government tried to help him the problem "was we didn't really like the guy". Evidence of it has been broken by WikiLeaks and The Intercept.[496][497]

### 2010s[edit]

#### 2011: Libya[edit]

*Main article: 2011 military intervention in Libya*



In 2011, Libya had been ruled by Socialist and Pan-Africanist dictator Muammar

Gaddafi since 1969. In February 2011, amid the "Arab Spring", a revolution broke out against him, spreading from the second city Benghazi (where an interim government was set up on 27 February), to the capital Tripoli, sparking Libyan Civil War (2011). On 17 March, United Nations Security Council Resolution 1973 was adopted, authorizing a no-fly zone over Libya, and "all necessary measures" to protect civilians.[498] Two days later, France, the United States and the United Kingdom launched the 2011 military intervention in Libya with Operation Odyssey Dawn, US and British naval forces firing over 110 Tomahawk cruise missiles,[499] the French and British Air Forces[500] undertaking sorties across Libya and a naval blockade by Coalition forces.[501] A coalition of 27 states from Europe and the Middle East soon joined the NATO-led intervention, as Operation Unified Protector. The Gaddafi government collapsed in August, leaving the National Transitional Council as the de facto government, with UN recognition. Gaddafi was captured and killed in October by National Transitional Council forces and NATO action ceased. Instability continued, ultimately leading to the ongoing Libyan Civil War.

**2015–present: Yemen**[edit]

*Main article: Saudi Arabian-led intervention in Yemen*



The U.S. has been supporting the intervention by Saudi Arabia in the Yemeni Civil War. The Yemeni Civil War began in 2015 between two sides, each claiming at that time to support the legitimate government of Yemen:[502] Houthi forces, which control the capital Sana'a and had supported former president Ali Abdullah Saleh, fighting against forces based in Aden and loyal to the government of Abdrabbuh Mansur Hadi.[503] The Saudi-led offensive is aimed at restoring Hadi to power, and is allied with various local factions.[504] The Saudi Arabian-led intervention has been widely condemned due to its widespread bombing of urban and other civilian areas, including schools and hospitals.[505][506][507] The U.S. military provides targeting assistance and intelligence and logistical support for the Saudi-led bombing campaign,[508] including aerial refueling.[509][510] The US also provides weapons and bombs,[511] including, according to a Human Rights Watch (HRW) report, cluster bombs outlawed in much of the world and used by Saudi Arabia in the conflict.[512][513] The United States also supports the war effort on the ground with Green Berets on the Yemen border with Saudi Arabia tasked initially to help the Saudis secure the border and later expanded to help locate and destroy Houthi ballistic missile caches and launch sites in what Senator Tim Kaine called a "purposeful blurring of lines between train and equip missions and combat."[514] The US has been criticized for providing weapons and bombs knowing that Saudi bombing has been indiscriminately targeting civilians and violating the laws of war.[515][516][517] It has been suggested that the U.S. government is legally a "co-belligerent" in the conflict, in which case U.S. military personnel could be prosecuted for war crimes,[518][519][520][521] and

a U.S. senator has accused the U.S. of complicity in Yemen's humanitarian catastrophe, with millions facing starvation.[522][523] As of May 2018, the civil war is at a stalemate, and 13 million Yemeni civilians face starvation, according to the UN.[524] In August 2019, United Nations investigators said the US, UK and France may potentially be complicit in committing war crimes in Yemen by selling weapons to the Saudi-led coalition which is deliberately using starvation against the civilian population as a warfare tactic.[521]

**2019–present: Venezuela**[edit]
*See also: Foreign involvement in the Venezuelan presidential crisis*

On 23 January 2019, the President of the National Assembly of Venezuela, Juan Guaidó, declared himself the acting President of the country, disputing Nicolás Maduro's presidency and sparking a presidential crisis. Shortly after Guaidó's announcement, along with allies and several other nations, the United States recognized Guaidó as the legitimate president of Venezuela.[525] US Vice President Mike Pence stated in April that the US was set on Maduro's removal, whether through diplomatic or other means, and that "all options" were on the table.[526] Secretary of State Mike Pompeo said that the US would take military action "if required".[527] In December 2019, Secretary of State Mike Pompeo stated that the United States did not plan a military intervention in Venezuela, saying that "we have said that all options are on the table", but that "we have learned from history that the risks from using military force are significant".[528]



A memo obtained by Agence France-Presse described that the US Agency for International Development would divert $41.9 million to promote Guaidó, including $19.4 million for salaries and stipends for Guaidó's staff, covering their travel, and "other costs necessary to ensure full deployment of a transparent financial management system and other activities necessary for a democratic transition," as well as $2 million to support the opposition in negotiations with the Maduro administration.[529] In August 2019, President Donald Trump's administration imposed new additional sanctions on Venezuela as part of their efforts to remove Maduro from office, ordering a freeze on all Venezuelan government assets in the United States and barring transactions with US citizens and companies.[530][531]

## See also[edit]

- ***United States portal***
- Regime change
- Criticism of United States foreign policy

- Foreign electoral intervention
- Foreign interventions by the United States
- Latin America–United States relations
- Russia involvement in regime change
- Timeline of United States military operations
- United States involvement in regime change in Latin America
- Assassination and targeted killing by the CIA

# Notes[edit]

- ^ United Nations Foundation, August 20, 2015, "The American Ratification of the UN Charter," http://unfoundationblog.org/the-american-ratification-of-the-un-charter/Archived September 10, 2016, at the Wayback Machine
- ^ Mansell, Wade and Openshaw, Karen, "International Law: A Critical Introduction," Chapter 5, Hart Publishing, 2014, https://books.google.com/booksid=XYrqAwAAQBAJ&pg=PT140
- ^ "All Members shall refrain in their international relations from the threat or use of force against the territorial integrity or political independence of any state." United Nations, "Charter of the United Nations," Article 2(4), http://www.un.org/en/sections/un-charter/chapter-i/index.html Archived October 28, 2017, at the Wayback Machine
- ^ Fox, Gregory, "Regime Change," 2013, Oxford Public International Law, Max Planck Encyclopedia of Public International Law, Sections C(12) and G(53)–(55),Archived November 4, 2016, at the Wayback Machine
- ^ Jump up to:[a] [b] *O'Rourke, Lindsey A. (November 29, 2019). "The Strategic Logic of Covert Regime Change: US-Backed Regime Change Campaigns during the Cold War". Security Studies.* ***0****: 92–127. doi:10.1080/09636412.2020.1693620. ISSN 0963-6412. S2CID 213588712.*
- ^ *"The Long History of the US Interfering with Elections Elsewhere". The Washington Post. October 13, 2016. Archived from the original on June 16, 2017.*
- ^ *Shane, Scott (February 17, 2019). "Russia Isn't the Only One Meddling in Elections, We Do It, Too". The New York Times. Archived from the original on February 19, 2018. Citing* Conflict Management and Peace Science, September 19, 2016 "Partisan Electoral Interventions by the Great Powers: Introducing the PEIG Dataset," http://journals.sagepub.com/doi/pdf/10.1177/0738894216661190
- ^ Eaton had requested 100 Marines but had been limited to eight by Commodore Barron, who wished to budget his forces differently. Daugherty 2009, pp. 11–12.
- ^ *Fye, Shaan. "A History Lesson: The First Barbary War". The Atlas*

*Business Journal.*

- ^ Herring, George C. *From Colony to Superpower: U.S. Foreign Relations since 1776*. New York: Oxford University Press, 2008. ISBN 978-0-19-507822-0. p. 100. – via Questia (subscription required)
- ^ Greenberg, Amy (2012), A Wicked War: Polk, Clay, Lincoln, and the 1846 U.S. Invasion of Mexico (1989: Knopf) p. 33
- ^ Zinn, Howard (2003) "Chapter 8: We take nothing by conquest, Thank God". A People's History of the United States, (New York: HarperCollins Publishers) p. 169
- ^ *Falcke Martin, Percy (1914). Maximilian in Mexico. The story of the French intervention (1861–1867). New York City, New York, United States: C. Scribner's sons.*
- ^ Robert H. Buck, Captain, Recorder. Military Order of the Loyal Legion of the United States Commandery of the state of Colorado, Denver. 10 April 1907. Indiana State Library.
- ^ *Hart, James Mason (2002). Empire and Revolution: The American in Mexico Since the Civil War. Berkeley and Los Angeles: University of California Press. ISBN 0-520-90077-4.*
- ^ *Manning, William R.; Callahan, James Morton; Latané, John H.; Brown, Phillip; Slayden, James L.; Wheless, Joseph; Scott, James Brown (April 25, 1914). "Statements, Interpretations, and Applications of the Monroe Doctrine and of More or Less Allied Doctrines". American Society of International Law.* ***8****: 34–118. JSTOR 25656497.*
- ^ *Stevenson, Robert Louis (1892). A Footnote to History: Eight Years of Trouble in Samoa. BiblioBazaar. ISBN 978-1-4264-0754-3.*
- ^ This Day in History, "November 3: 1903 Panama Declares Independence," https://www.history.com/this-day-in-history/panama-declares-independenceArchived March 12, 2018, at the Wayback Machine
- ^ In a state speech in December 1903, President Theodore Roosevelt put the number of "revolutions, rebellions, insurrections, riots, and other outbreaks" in Panama at 53, within the space of 57 years. in "Theodore Roosevelt's third state of the union address":http://en.wikisource.org/wiki/Theodore_Roosevelt%27s_Third_State_of_the_Union_Address Archived May 2, 2012, at the Wayback Machine
- ^ *Gilderhusrt, Mark T. (2000). The Second Century: U.S.–Latin American Relations Since 1889. Rowman & Littlefield. p. 49.*
- ^ *Becker, Marc. "History of U.S. Interventions in Latin America". www2.truman.edu.*
- ^ Declaration of War with Spain, 1898 (H.R. 10086), United States Senate
- ^ *"Transcript of the Platt Amendment". Our Documents.*
- ^ US archives online Archived 2015-04-23 at the Wayback Machine, Date of ratification by Cuba
- ^ *"Platt Amendment (1903)". Our Documents.*

- ^ *Vitor II, MAJ Bruce A. "Under the Shadow of the Big Stick: U.S. Intervention in Cuba, 1906-1909". United States Army.*
- ^ *Humanities, National Endowment for the (December 1, 1909). "The citizen. (Honesdale, Pa.) 1908-1914, December 01, 1909, Image 1". The Citizen. ISSN 2166-7705. Retrieved December 1, 2019.*
- ^ *"US Intervention in Nicaragua 1911/1912". US Department of State.*
- ^ Langley, Lester D. (1983). *The Banana Wars: An Inner History of American Empire, 1900–1934*. Lexington: University Press of Kentucky.
- ^ *Musicant, Ivan (1990). The Banana Wars: A History of United States Military Intervention in Latin America from the Spanish–American War to the Invasion of Panama. New York: MacMillan Publishing. ISBN 978-0-02-588210-2.*
- ^ David Healy, "Gunboat Diplomacy in the Wilson Era: The U.S. Navy in Haiti, 1915–1916," (Madison: University of Wisconsin Press, 1976)
- ^ Giles A. Hubert, War and the Trade Orientation of Haiti, https://www.jstor.org/stable/pdfplus/1053341.pdf
- ^ *United States Naval Institute (1879). Proceedings of the United States Naval Institute. Annapolis, MD. p. 239.*
- ^ *Atkins, G. Pope & Larman Curtis Wilson. (1998). The Dominican Republic and the United States: From Imperialism to Transnationalism. Athens, GA: Univ. of Georgia Press. p. 49. ISBN 978-0-8203-1930-8.*
- ^ S.J. Res. 1 : Declaration of War with Germany, WW1, United States Senate
- ^ *"Armistice: The End of World War I,1918*". EyeWitness to History. 2004. Archived from the original on November 26, 2018.
- ^ *"Primary Documents - Kaiser Wilhelm II's Abdication Proclamation, 28 November 1918". First World War.com. November 28, 1918.*
- ^ *"Primary Documents - Treaty of Versailles, 28 June 1919". First World War.com. June 28, 1919.*
- ^ *"Primary Documents - U.S. Peace Treaty with Germany, 25 August 1921". First World War.com. August 25, 1921.*
- ^ H.J.Res.169: Declaration of War with Austria-Hungary, WWI, United States Senate
- ^ *"Armistice Convention with Austria-Hungary" (PDF).*
- ^ *"Saint-Germain, Treaty of". International Encyclopedia of the First World War.*
- ^ *"Primary Documents - U.S. Peace Treaty with Austria, 24 August 1921". First World War.com. August 24, 1921.*
- ^ *"Trianon, Treaty of". International Encyclopedia of the First World War.*
- ^ *"Primary Documents - U.S. Peace Treaty with Hungary, 29 August 1921". First World War.com. August 29, 1921.*
- ^ Beyer, Rick, "The Greatest Stories Never Told" 2003: A&E Television Networks / The History Channel, pp.

152–153, ISBN 0060014016

- ^ Coatsworth, John. H. "Central America and the United States: The Clients and the Colossus," Twayne Publishers, New York: 1994, pp. 45, 225
- ^ The Stanford Daily, "Panamanian President Ousted in Coup d'Etat," Volume 100, Issue 15, October 10, 1941, https://stanforddailyarchive.com/cgi-bin/stanford?a=d&d=stanford19411010-01.2.38 Archived March 13, 2018, at the Wayback Machine
- ^ Takemae, Eiji 2002, p. xxxvii.
- ^ Jump up to:a b Dower, John. 'Embracing Defeat. *Penguin, 1999. ISBN 978-0-14-028551-2. p. 246.*
- ^ *Norgaard, Noland. (October 13, 1945). "Eisenhower Claims 50 Years Needed to Re-Educate Nazis". The Oregon Statesman. p. 2. Retrieved November 9, 2014 – via Newspapers.com.*
- ^ Herbert Hoover's press release of The President's Economic Mission to Germany and Austria, Report No. 1: German Agriculture and Food Requirements, February 28, 1947. pg. 2
- ^ *Art, David (2005). The Politics of the Nazi Past in Germany and Austria. Cambridge University Press. pp. 53–55. ISBN 978-0521673242.*
- ^ *"Formation of the Federal Republic of Germany". Britannica. Retrieved March 11,2019.*
- ^ Hart, Basil H. Liddel (1970). A History of the Second World War. London, Weidenfeld Nicolson. p. 627.
- ^ Gianni Oliva, *I vinti e i liberati: 8 settembre 1943-25 aprile 1945 : storia di due anni*, Mondadori, 1994.
- ^ *"60ème Anniversaire de la Libération - La Libération de Paris - Sénat".*
- ^ *"Bal* de célébration des 70 ans de la libération de Paris sur le Parvis de l'Hôtel de Ville".
- ^ *Peter Schrijvers (2012). "'A Modern Liberation'. Belgium and the Start of the American Century, 1944-1946". European Journal of American Studies.* **7** *(2). doi:10.4000/ejas.9695.*
- ^ *"Battle of The Bulge - HistoryNet". www.historynet.com.*
- ^ *Conway, Martin (2012). The Sorrows of Belgium: Liberation and Political Reconstruction, 1944–1947. Oxford: Oxford University Press. ISBN 978-0-19-969434-1.*
- ^ *Saunders, Tim (2006). Operation Plunder. Battleground Europe. Barnsley, UK: Pen & Sword. ISBN 1-84415-221-9.*
- ^ *"Operation Market Garden". National Army Museum. Retrieved April 10, 2019.*
- ^ *Smith, Robert Ross (2005). Triumph in the Philippines: The War in the Pacific. University Press of the Pacific. ISBN 1-4102-2495-3.*
- ^ Sorel, Eliot, and Pier Carlo Padoan. The Marshall Plan: Lessons Learned for the 21st Century. Paris: OECD, 2008. 15-16. Print.

- ^ *"Austrian State Treaty, 1955". 2001-2009.state.gov. July 18, 2008. Retrieved June 15, 2017.*
- ^ Hart-Landsberg, Martin, Korea: Division, Reunification, & U.S. Foreign Policy, Monthly Review Press (1998), p. 65
- ^ Cumings, Bruce, The Origins of the Korean War, Liberation and the Emergence of Separate Regimes, 1945–1947, Princeton University Press (1981), p. 88
- ^ Cumings, Bruce, "The Autumn Uprising," The Origins of the Korean War, Liberation and the Emergence of Separate Regimes, 1945–1947, Princeton University Press(1981)
- ^ Korea Times, June 15, 2015, "Korea Neglects Memory of Provisional Government,"http://www.koreatimes.co.kr/www/news/nation/2016/03/180_180890.html Archived January 8, 2017, at the Wayback Machine
- ^ *Buzo, Adrian (2002). The Making of Modern Korea. London: Routledge. pp. 66, 69. ISBN 0-415-23749-1.*
- ^ *Cumings, Bruce (2010). The Korean War: A History. p. 111.*
- ^ Sydney Morning Herald, 15 Nov. 2008, "South Korea Owns Up to Brutal Past"
- ^ *Ferris, John; Mawdsley, Evan (2015). The Cambridge History of the Second World War, Volume I: Fighting the War. Cambridge: Cambridge University Press.*
- ^ Jump up to:[a] [b] *Nguyễn Anh Thái (chief author); Nguyễn Quốc Hùng; Vũ Ngọc Oanh; Trần Thị Vinh; Đặng Thanh Toán; Đỗ Thanh Bình (2002). Lịch sử thế giới hiện đại (in Vietnamese). Ho Chi Minh City: Giáo Dục Publisher. pp. 320–322. 8934980082317.*
- ^ Harry S. Truman, "Memoirs, Vol. Two: Years of Trial and Hope," 1946–1953 (Great Britain 1956), p. 66
- ^ p. 23, U.S. Military and CIA Interventions Since World War II, William Blum, Zed Books 2004 London.
- ^ *McCullough, David (1992). Truman. New York: Simon & Schuster.*
- ^ *Patterson, James T. (1996). Grand Expectations. New York: Oxford University Press.*
- ^ Panourgia, Neni, "Dangerous Citizens: The Greek Left and The Terror of the State," (New York: Fordham University Press, 2009) Chapter 5. 1946–1949: Emphýlios, Witness of the Mountains, available online at: https://dangerouscitizens.columbia.edu/1946-1949/witness-of-the/1/index.htmlArchived December 25, 2017, at the Wayback Machine
- ^ Iatrides, John O., and Nicholas X. Rizopoulos, "The International Dimension of the Greek Civil War," *World Policy Journal* (2000): 87–103. in JSTOR ArchivedAugust 7, 2018, at the Wayback Machine
- ^ *Herring, George C. (2008). From Colony to Superpower: U.S. Foreign Relations Since 1776. New York: Oxford University Press. ISBN 978-0-19-507822-0.*
- ^ *Holzhauer, Ian (2004). The Presidency of Calderón Guardia (B.A.). University of Florida.*

- ^ *"Costa Rica's Fierce Pacifist". The New York Times. June 17, 1990. ISSN 0362-4331.*
- ^ *Delpar, Helen; Perez, Louis A. (2000). Benjamin Welles, Daniela Spenser, Friedrich E. Schuler, Maria Emilia Paz, Michael L. Krenn, Michael D. Gambone, Kyle Longley, James G. Blight, Peter Kornbluh, Lars Schoultz, Gilbert M. Joseph, Catherine C. LeGrand, Ricardo D. Salvatore (eds.). "Inter-American Relations and Encounters: Recent Directions in the Literature". Latin American Research Review.* ***35*** *(3): 155. ISSN 0023-8791. JSTOR 2692045.*
- ^ *Pace, Eric (June 9, 1990). "Jose Figueres Ferrer Is Dead at 83; Led Costa Ricans to Democracy". The New York Times. ISSN 0362-4331.*
- ^ "How Costa Rica Lost Its Military" citing:
  - *Ameringer, Charles D. (1978). Don Pepe: A political biography of José Figueres of Costa Ricas. University of New Mexico Press. ISBN 978-0-8263-0480-3.*
  - Bird 1984
  - Bell 1971
  - *Høivik, Tord; Aas, Solveig (December 1981). "Demilitarization in Costa Rica: A Farewell to Arms?". Journal of Peace Research.* ***18*** *(4): 333–350. doi:10.1177/002234338101800403. ISSN 0022-3433. S2CID 110377590.*
  - *Jiménez, Iván Molina (1997). Costa Rica: Historia de Costa Rica. Editorial de la Universidad de Costa Rica. ISBN 978-9977-67-411-7.*
- ^ *Oliver, Myrna (June 1990). "Jose Figueres, 82; Former Costa Rican President". Los Angeles Times. ISSN 0458-3035.*
- ^ La Feber 1993
- ^ "How Costa Rica Lost Its Military" citing:
  - Bell 1971
  - Jiménez 1997
- ^ Jump up to:[a] [b] [c] La Feber 1993, citing:
  - Bell 1971, p. 25
  - *Memorandum by Mr. William Tapley Bennett, Jr., of the Division of Central America and Panama Affairs, March 1948, pp. 503–505*
- ^ *"Albania in World War II". World War II Database.*
- ^ *"Albanian Dossier: CIA and British MI6 in Albania". Albanian Canadian League Information Service. Archived from the original on September 28, 2007.*
- ^ Within Record Group 263. A user's guide is available to assist researchers in locating the documents.
- ^ *"H-Diplo Roundtable on "America's Great Game: The CIA's Secret Arabists and the Shaping of the Modern Middle East" | H-Diplo | H-Net". networks.h-net.org. Retrieved March 5, 2019.*

- ^ Wilford, Hugh (2013). *America's Great Game: The CIA's Secret Arabists and the Making of the Modern Middle East*. Basic Books. pp. 101, 103. ISBN 9780465019656. *Predictably, this version of events has proven highly controversial ... In fact, most of the available evidence indicates that it was the Kurd himself [Za'im] who took the initiative in plotting his coup.*
- ^ Rathmell, Andrew (January 1996). "Copeland and Za'im: Re-evaluating the Evidence". *Intelligence and National Security*. **11** (1): 89–105. doi:10.1080/02684529608432345. cf. Quandt, William B. (January 28, 2009). "Capsule Review: Secret War in the Middle East: The Covert Struggle for Syria, 1949-1961". *Foreign Affairs*. Retrieved March 4, 2019. *For example, the author does not believe that the Husni Zaim coup of 1949 was primarily the work of the cia, despite such claims by cia operatives; he does, however, provide considerable detail on the plotting against Syria by Turkey, Iraq, and the United States in 1957.*
- ^ Stuster, J. Dana (August 20, 2013). "Mapped: The 7 Governments the U.S. Has Overthrown". *Foreign Policy*. Retrieved March 4, 2019. *Despite continued speculation about the CIA's role in a 1949 coup to install a military government in Syria, the ouster of Iranian Prime Minister Mohammed Mossadegh is the earliest coup of the Cold War that the U.S. government has acknowledged.*
- ^ Gendzier, Irene L. (2006). *Notes from the Minefield: United States Intervention in Lebanon and the Middle East, 1945-1958*. Columbia University Press. pp. 97–99. ISBN 9780231140119. *syria coup 1949.*
- ^ "Korean War". *History.com*. History Channel. Archived from the original on April 20, 2016. Retrieved April 21, 2016.
- ^ Millett 2007, pp. 18–19.
- ^ Chen 1994, p. 26.
- ^ Pembroke, Michael (2018). *Korea: Where the American Century Began*. Hardie Grant Books. p. 141.
- ^ Barnouin & Yu 2006, p. 143.
- ^ Stokesbury 1990, pp. 79–94.
- ^ Barnouin & Yu 2006, p. 144.
- ^ Chen, Jian. "China's Changing Aims during the Korean War, 1950—1951." *The Journal of American-East Asian Relations*, no. 1 (1992): 8–41. pp. 11–12.
- ^ Harrison (Lt. Col.), William T. "Military Armistice in Korea: A Case Study for Strategic Leaders". Archived from the original on August 1, 2013. Retrieved April 11, 2013.
- ^ Wilford, Hugh (2013). *America's Great Game: The CIA's Secret Arabists and the Making of the Modern Middle East*. Basic Books. pp. 135–139. ISBN 9780465019656.
- ^ Holland, Matthew F. (1996). *America and Egypt: From Roosevelt to Eisenhower*. Praeger. pp. 26–29. ISBN 978-0-275-95474-1.
- ^ David S. Painter (1993), *The United States, Great Britain, and Mossadegh* (PDF), Wikidata Q98960655.
- ^ "Mossaddegh: Eccentric nationalist begets strange history".

*NewsMine. April 16, 2000. Retrieved June 13, 2014.*

- ^ *Abrahamian, Ervand (July 24, 2017). "Newly Declassified Documents Confirm U.S. Backed 1953 Coup in Iran Over Oil Contracts" (Interview). Interviewed by Amy Goodman and Juan González. Democracy Now!. Retrieved July 24, 2017.*
- ^ The date of the coup in the Persian calendar.
- ^ *Clandestine Service History: Overthrow of Premier Mossadeq of Iran*, Mar. 1954: p. iii.
- ^ *Ends of British Imperialism: The Scramble for Empire, Suez, and Decolonization. I.B.Tauris. 2007. pp. 775 of 1082. ISBN 978-1-84511-347-6.*
- ^ *Risen, James (2000). "Secrets of History: The United States in Iran". The New York Times. Archived from the original on January 20, 2013.*
- ^ *CIA declassifies more of "Zendebad, Shah!" – internal* study of 1953 Iran coup, Danielle Siegel and Malcolm Byrne, National Security Archive, Feb. 12, 2018.
- ^ *U.S. foreign policy in perspective: clients, enemies and empire*. David Sylvan, Stephen Majeski, p. 121.
- ^ *Ernesto "Che" Guevara (World Leaders Past & Present)*, by Douglas Kellner, 1989, Chelsea House Publishers, ISBN 1-55546-835-7, p. 45.
- ^ *"1950s CIA Aid to Castro Reported". Los Angeles Times. October 19, 1986. Retrieved August 18, 2019.*
- ^ *"Air war over Cuba 1956–1959". ACIG.org. 30 November 2011. Archived from the original on 18 March 2013. Retrieved 14 June 2013.*
- ^ English (2008)[*page needed*]
- ^ *"The Batista-Lansky Alliance: How the mafia and a Cuban dictator built Havana's casinos". Cigar Aficionado. May 2001. Archived from the original on 23 September 2015. Retrieved 28 August 2015.*
- ^ *Cullather, Nick (1994). Illusions of influence: the political economy of United States-Philippines relations, 1942–1960. Stanford University Press. pp. 108–109. ISBN 978-0-8047-2280-3.*
- ^ Tharoor, Ishaan (13 October 2016). "The long history of the U.S. interfering with elections elsewhere". *The Washington Post*. Retrieved 21 May 2019.
- ^ *Blakeley, Ruth (2009). State Terrorism and Neoliberalism: The North in the South. Routledge. p. 92. ISBN 978-0-415-68617-4.*
- ^ Coatsworth, John. H. "Central America and the United States: The Clients and the Colossus," Twayne Publishers, New York: 1994, pp. 58, 226
- ^ *Kornbluh, Peter; Doyle, Kate (eds.). "overview". CIA and Assassinations: The Guatemala 1954 Documents. National Security Archive Electronic Briefing Book. Washington, D.C.: National Security Archive. Archived from the original on November 24, 2016.*
- ^ *"(DELETED) MEMO TO JAMES LAY FROM (DELETED) RE GUATEMALA 1954 COUP | CIA FOIA (foia.cia.gov)". www.cia.gov. Retrieved April 29, 2019.*

- ^ *Kornbluh, Peter; Doyle, Kate (eds.). "Document 5". CIA and Assassinations: The Guatemala 1954 Documents. National Security Archive Electronic Briefing Book. Washington, D.C.: National Security Archive. Archived from the original on November 24, 2016.*
- ^ Saunders, Bonnie, "The United States and Arab Nationalism: The Syrian Case, 1953–1960," (Westport, CT: Greenwood, 1996), p. 49
- ^ Sylvan, David and Majeski, Stephen, "U.S. Foreign Policy in Perspective: Clients, Enemies and Empire," (New York: Routledge, 2009) http://us-foreign-policy-perspective.org/index.php?id=328&L=0 Archived April 1, 2018, at the Wayback Machine
- ^ Jump up to:[a] [b] Blum, William, "Killing Hope: U.S. Military and CIA Interventions Since World War II," (Monroe, ME: Common Courage Press, 1995), pp. 86–87
- ^ Saunders, Bonnie, "The United States and Arab Nationalism: The Syrian Case, 1953–1960," (Westport, CT: Greenwood, 1996), p. 51
- ^ The Guardian, September 26, 2003, "Macmillan Backed Syria Assassination Plot, Documents Show White House and No. 10 Conspired over Oil-Fuelled Invasion Plan," https://www.theguardian.com/politics/2003/sep/27/uk.syria1 Archived June 3, 2015, at the Wayback Machine
- ^ Jump up to:[a] [b] John Prados, *Safe for Democracy: The Secret Wars of the CIA* (Chicago: Rowman & Littlefield, 2006), p. 164 [1]
- ^ Jones, Matthew. "The 'Preferred Plan': The Anglo-American Working Group Report on Covert Action in Syria, 1957," Intelligence and National Security 19(3), Autumn 2004, pp. 404–406
- ^ Dorril, Stephen, "MI6: Inside the Covert World of Her Majesty's Secret Intelligence Service," (New York: Touchstone, 2000), p. 656 656
- ^ Blum, William, "Killing Hope: U.S. Military and CIA Interventions Since World War II," (Monroe, ME: Common Courage Press, 1995), pp. 88–91
- ^ Ben Fenton, "Macmillan backed Syria assassination plot: Documents show White House and No 10 conspired over oil-fuelled invasion plan"; *The Guardian*, 26 September 2003.
- ^ Daily News (Sri Lanka), "Bandung Conference of 1955 and the Resurgence of Asia and Africa," archived at: https://web.archive.org/web/20120513090833/http://www.dailynews.lk/2005/04/21/fea01.htm
- ^ Kahin, George McTurnan, "The Asian-African Conference: Bandung, Indonesia, April 1955" (Ithaca: Cornell University Press, 1956)
- ^ Conboy, Kenneth; Morrison, James (1999) "Feet to the Fire CIA Covert Operations in Indonesia, 1957–1958," (Annapolis: Naval Institute Press, 1999), p. 155, ISBN 1557501939
- ^ Conboy, Kenneth; Morrison, James (1999) "Feet to the Fire CIA Covert Operations in Indonesia, 1957–1958," (Annapolis: Naval Institute Press, 1999), p. 131, ISBN 1557501939
- ^ Los Angeles Times, October 29, 1994, "CIA's Covert Indonesia Operation in the 1950s Acknowledged by U.S.," http://articles.latimes.com/1994-10-29/news/mn-56121_1_state-

department Archived January 19, 2018, at the Wayback Machine

- ^ Stone, Oliver and Kuznick, Peter, "The Untold History of the United States" (New York: Simon & Schuster, Inc., 2012), pp. 347–348
- ^ *"The History Place — Vietnam War 1945–1960". Retrieved June 11, 2008.*
- ^ Prados, John, (2006) "The Road South: The Ho Chi Minh Trail", *Rolling Thunder in a Gentle Land*, editor By Andrew A. Wiest, Osprey Publishing, ISBN 1-84603-020-X.
- ^ *Human Rights Watch (April 2002), "III. A History of Resistance to Central Government Control", Repression of Montagnards: Conflicts over Land and Religion in Vietnam's Central Highlands*
- ^ *Shultz, Richard H., Jr. (2000), the Secret War against Hanoi: the untold story of spies, saboteurs, and covert warriors in North Vietnam, Harper Collins Perennial*, p. 3
- ^ *Kinzer, Stephen (2007). Overthrow: America's Century of Regime Change from Hawaii to Iraq. New York: Henry Holt and Company. pp. 158–166. ISBN 978-1-4299-0537-4.*
- ^ *"U.S. and Diem's Overthrow: Step by Step". The New York Times. July 1, 1971. Retrieved July 21, 2018.*
- ^ *Sale, Richard (April 10, 2003). "Exclusive: Saddam Key in Early CIA Plot". United Press International. Retrieved April 2, 2018.*
- ^ *Gibson, Bryan R. (2015). Sold Out? US Foreign Policy, Iraq, the Kurds, and the Cold War. Palgrave Macmillan. pp. xvii, 25–26, 31, 200, 208. ISBN 978-1-137-48711-7.*
- ^ *Karsh, Efraim; Rautsi, Inari (2002). Saddam Hussein: A Political Biography. Grove Press. pp. 15–22, 25. ISBN 978-0-8021-3978-8.*
- ^ *Makiya, Kanan (1998). Republic of Fear: The Politics of Modern Iraq, Updated Edition. University of California Press. p. 118. ISBN 978-0-520-92124-5.*
- ^ *Karsh, Efraim; Rautsi, Inari (2002). Saddam Hussein: A Political Biography. Grove Press. pp. 20–21. ISBN 978-0-8021-3978-8.*
- ^ *Farouk–Sluglett, Marion; Sluglett, Peter (2001). Iraq Since 1958: From Revolution to Dictatorship. I.B. Tauris. p. 327. ISBN 9780857713735.*
- ^ Office of the Historian, United States Department of State, Foreign Relations of the United States, 1961–63, Volume X, Cuba, January 1961–September 1962, "291. Program Review by the Chief of Operations, Operation Mongoose (Lansdale)," January 18, 1962, https://history.state.gov/historicaldocuments/frus1961-63v10/d291 Archived October 12, 2017, at the Wayback Machine
- ^ Jump up to:[a] [b] Office of the Historian, United States Department of State, Foreign Relations of the United States, 1961–63, Volume X, Cuba, January 1961–September 1962, "291. Program Review by the Chief of Operations, Operation Mongoose (Lansdale)," January 18, 1962, pp. 711–17, https://history.state.gov/historicaldocuments/frus1961-63v10/d291 Archived October 12, 2017, at the Wayback Machine
- ^ Domínguez, Jorge I. "The @#$%& Missile Crisis (Or, What Was 'Cuban' About US Decisions During the Cuban Missile Crisis),"

Diplomatic History: The Journal of the Society for Historians of Foreign Relations, Vol. 24, No. 2, Spring 2000: 305–15

- ^ *Johnson, M. Alex (June 26, 2007). "CIA acknowledges Castro plot went to the top". NBC News.*
- ^ Escalante Font, Fabián, "Executive Action: 634 Ways to Kill Fidel Castro," Melbourne: Ocean Press, 2006
- ^ *Campbell, Duncan (August 2, 2006). "638 ways to kill Castro". The Guardian.*
- ^ *Kettle, Martin (August 10, 2000). "President 'ordered murder' of Congo leader". The Guardian. London, England.*
- ^ *Sherer, Lindsey (January 16, 2015). "U.S. foreign policy and its Deadly Effect on Patrice Lumumba". Washington State University.*
- ^ Hoskyns 1965, pp. 375–377.
- ^ LaFontaine 1986, p. 16
- ^ Jump up to:[a] [b] Villafana (2017), pp. 72–73.
- ^ Martell (2018), pp. 74–75.
- ^ Traugott (1979)
- ^ Jump up to:[a] [b] [c] Nugent 2004, p. 233.
- ^ US Library of Congress, Federal Research Division, Library of Congress Country Studies, "Laos: The Attempt to Restore Neutrality," https://web.archive.org/web/20041031091831/http://lcweb2.loc.gov/cgi-bin/query/r?frd%2Fcstdy%3A%40field%28DOCID%2Bla0039%29
- ^ Castle, Timothy, "At War in the Shadow of Vietnam: United States Military Aid to the Royal Lao Government, 1955–1975," (New York: Columbia University Press, 1993), pp. 32–33
- ^ Castle, Timothy, "At War in the Shadow of Vietnam: United States Military Aid to the Royal Lao Government, 1955–1975," (New York: Columbia University Press, 1993), pp. 33–35, 40, 59
- ^ US Library of Congress, Federal Research Division, Library of Congress Country Studies, "Laos: The Attempt to Restore Neutrality," https://web.archive.org/web/20041031091831/http://lcweb2.loc.gov/cgi-bin/query/r?frd%2Fcstdy%3A%40field%28DOCID%2Bla0039%29
- ^ Castle, Timothy, "At War in the Shadow of Vietnam: United States Military Aid to the Royal Lao Government, 1955–1975," (New York: Columbia University Press, 1993), pp. 21–25, 27
- ^ *Kross, Peter (December 9, 2018). "The Assassination of Rafael Trujillo". Sovereign Media. Retrieved January 17, 2019.*
- ^ *"The Kaplans of the CIA - Approved For Release 2001/03/06 CIA-RDP84-00499R001000100003-2" (PDF). Central Intelligence Agency. November 24, 1972. pp. 3–6. Retrieved January 17, 2019.*
- ^ CIA "Family Jewels" Memo, 1973 (see page 434) Family Jewels (Central Intelligence Agency)
- ^ *Ameringer, Charles D. (January 1, 1990). U.S. Foreign Intelligence: The Secret Side of American history (1990 ed.). Lexington*

*Books. ISBN 978-0669217803.*

- ^ *Iber, Patrick (April 24, 2013). ""Who Will Impose Democracy?": Sacha Volman and the Contradictions of CIA Support for the Anticommunist Left in Latin America". Diplomatic History.* ***37*** *(5): 995–1028. doi:10.1093/dh/dht041.*
- ^ *"Stephen M Bland | Journalist and Author | Central Asia Caucasus". stephenmbland. Archived from the original on November 26, 2016.*
- ^ *Uppsala Conflict Data Program (November 2, 2011). "Laos". Uppsala University Department of Peace and Conflict Research. In October 1953, the Franco-Lao Treaty of Amity and Association transferred power....*
- ^ *"Brief Chronology, 1959–1963". Foreign Office Files: United States of America, Series Two: Vietnam, 1959–1975; Part 2: Laos, 1959–1963. October 22 Franco-Lao Treaty of Amity and Association*
- ^ *McCoy, Alfred (1972). The Politics of Heroin in Southeast Asia. Harper & Row. pp. 263–264. ISBN 0060129018. Air America began flying opium from mountain villages north and east of the Plain of Jars to Gen. Vang Pao's headquarters at Long Tieng.*
- ^ *The Politics of Heroin: CIA Complicity in the Global Drug Trade*, by Alfred W. McCoy, with Cathleen B. Read and Leonard P. Adams II, 2003, p. 385 ISBN 1-55652-483-8
- ^ *"Opium Throughout* History". PBS.
- ^ *Cockburn, Alexander; Jeffrey St. Clair (1998). "9". Whiteout, the CIA, drugs and the press. New York: Verso. ISBN 1-85984-258-5.*
- ^ *Robbins, Christopher (1985). The Ravens. New York: Crown. p. 94. ISBN 0-9646360-0-X.*
- ^ *"Air America and Drugs in Laos". Los Angeles Times.*
- ^ *Ahern, Thomas L. Jr. (206). Undercover Armies: CIA and Surrogate Warfare in Laos. Center for the Study of Intelligence. pp. 535–547. Classified control no. C05303949.*
- ^ Jump up to:[a] [b] Stone and Kuznick (2012, pp. 343–344) citing*Crandall, Britta H. (2011), Hemispheric Giants: The Misunderstood History of U.S.–Brazilian Relations, Rowman & Littlefield, ISBN 978-1-4422-0787-5* and *Schmitz, David F. (1999), Thank God they're on our side: the United States and right-wing dictatorships, 1921–1965, U. of North Carolina Press, p. 98, ISBN 978-0-8078-2472-6* and *Schmitz, David F. (1999), Thank God They're on Our Side: The United States and Right-Wing Dictatorships, 1921–1965, U. North Carolina Press, pp. 272–273*
- ^ National Security Archive, April 2, 2014, "Brazil Marks 50th Anniversary of Military Coup, On 50th anniversary, Archive Posts New Kennedy Tape Transcripts on Coup Plotting against Brazilian President Joao Goulart," https://nsarchive2.gwu.edu/NSAEBB/NSAEBB465/
- ^ Stone and Kuznick (2012, pp. 343–344) citing *Hellman, Robert G.; Rosenbaum, H. Jon (1975), Latin America: The Search for a New International Role, Wiley, p. 80*
- ^ *Gibson, Bryan R. (2015). Sold Out? US Foreign Policy, Iraq, the*

*Kurds, and the Cold War. Palgrave Macmillan. pp. 57, 220. ISBN 978-1-137-48711-7.*

- ^ *Hahn, Peter (2011). Missions Accomplished?: The United States and Iraq Since World War I. Oxford University Press. p. 48. ISBN 978-0-19-533338-1.*

^ Komer, Robert *(February 8, 1963). "Secret Memorandum for the President"*

- ^ Komer, Robert *(February 8, 1963). "Secret Memorandum for the President". Retrieved May 1, 2017.*
  - ^ *Wolfe-Hunnicutt, Brandon (2017). "Oil Sovereignty, American Foreign Policy, and the 1968 Coups in Iraq". Diplomacy & Statecraft. Routledge.* ***28*** *(2): 248, footnote 4. doi:10.1080/09592296.2017.1309882. S2CID 157328042.*
  - ^ *Ismael, Tareq Y.; Ismael, Jacqueline S.; Perry, Glenn E. (2016). Government and Politics of the Contemporary Middle East: Continuity and Change (2nd ed.). Routledge. p. 240. ISBN 978-1-317-66282-2.*
  - ^ *Gibson, Bryan R. (2015). Sold Out? US Foreign Policy, Iraq, the Kurds, and the Cold War. Palgrave Macmillan. pp. 52–54, 57–58, 200. ISBN 978-1-137-48711-7.*
  - ^ *Gibson, Bryan R. (2015). Sold Out? US Foreign Policy, Iraq, the Kurds, and the Cold War. Palgrave Macmillan. pp. 59–61, 68–72, 80. ISBN 978-1-137-48711-7.*
  - ^ *Citino, Nathan J. (2017). "The People's Court". Envisioning the Arab Future: Modernization in US-Arab Relations, 1945–1967. Cambridge University Press. p. 222. ISBN 978-1-108-10755-6.*
  - ^ *Gibson, Bryan R. (2015). Sold Out? US Foreign Policy, Iraq, the Kurds, and the Cold War. Palgrave Macmillan. pp. 77–79. ISBN 978-1-137-48711-7.*
  - ^ *Farouk–Sluglett, Marion; Sluglett, Peter (2001). Iraq Since 1958: From Revolution to Dictatorship. I.B. Tauris. p. 86. ISBN 9780857713735. Although individual leftists had been murdered intermittently over the previous years, the scale on which the killings and arrests took place in the spring and summer of 1963 indicates a closely coordinated campaign, and it is almost certain that those who carried out the raid on suspects' homes were working from lists supplied to them. Precisely how these lists had been compiled is a matter of conjecture, but it is certain that some of the Ba'th leaders were in touch with American intelligence networks, and it is also undeniable that a variety of different groups in Iraq and elsewhere in the Middle East had a strong vested interest in breaking what was probably the strongest and most popular communist party in the region.*
  - ^ Batatu, Hanna *(1978). The Old Social Classes and the Revolutionary Movements of Iraq. Princeton University Press. pp. 985–987. ISBN 978-0-86356-520-5.*
  - ^ *Gibson, Bryan R. (2015). Sold Out? US Foreign Policy, Iraq, the Kurds, and the Cold War. Palgrave Macmillan. p. 59. ISBN 978-1-137-48711-7.*

- ^ Citino, Nathan J. (2017). "The People's Court". Envisioning the Arab Future: Modernization in US–Arab Relations, 1945–1967. Cambridge University Press. pp. 220–222. ISBN 978-1-108-10755-6.
- ^ Johnson, Loch (2007). Strategic Intelligence. Greenwood Publishing Group. ISBN 9780313065286. Retrieved January 12, 2017.
- ^ Church Committee (1975). "Covert Action in Chile: 1963-1973".
- ^ Kolko, Gabriel (1985). Anatomy of a War: Vietnam, the United States, and the Modern Historical Experience. Pantheon Books. ISBN 978-0394747613.
- ^ Scott Shane (October 31, 2005). "Vietnam Study, Casting Doubts, Remains Secret". The New York Times. Retrieved September 13, 2013.
- ^ Nalty 1998, pp. 97, 261.
- ^ Bowden, Mark (2017). Hue 1968 A turning point of the American war in Vietnam. Atlantic Monthly Press.
- ^ McNamara, Robert S.; Blight, James G.; Brigham, Robert K.; Biersteker, Thomas J.; Schandler, Herbert (1999). Argument Without End: In Search of Answers to the Vietnam Tragedy. PublicAffairs. ISBN 978-1891620874.
- ^ "North Vietnam's "Talk-Fight" Strategy and the 1968 Peace Negotiations with the United States". Wilson Center. April 16, 2012. Retrieved June 1, 2018.
- ^ Johns, Andrew (2010). Vietnam's Second Front: Domestic Politics, the Republican Party, and the War. University Press of Kentucky. p. 198. ISBN 978-0-8131-7369-6.
- ^ Farrell, John A. (August 6, 2017). "When a Candidate Conspired With a Foreign Power to Win An Election". Politico.
- ^ Herring, George C. (2001). America's Longest War: The United States and Vietnam, 1950–1975 (4th ed.). McGraw-Hill. ISBN 978-0072536188.
- ^ Hastings, Max (2018). Vietnam an epic tragedy, 1945-1975. Harper Collins. ISBN 978-0062405678.
- ^ Stanford University, Fearon, James and Laitin, David, June 27, 2006, "Dominican Republic (Dominican RepublicRN1.2)," pp. 4–6, https://web.stanford.edu/group/ethnic/Random%20Narratives/Dominican%20RepublicRN1.2.pdf Archived March 13, 2016, at the Wayback Machine
- ^ Lewis, Paul (November 2, 2001). "Juan Bosch, 92, Freely Elected Dominican President, Dies". New York Times. Archived from the original on August 29, 2016.
- ^ Stephen G. Rabe, "The Johnson Doctrine", *Presidential Studies Quarterly* 36
- ^ "Foreign Relations of the United States, 1964–1968 Volume XXXII, Dominican Republic; Cuba; Haiti; Guyana, Document 43". US Dept. of State. Retrieved April 26, 2011.
- ^ Encyclopedia of the Cold War: A Political, Social, and Military History, 2013, p. 267

- ^ Stone, Oliver and Kuznick, Peter, "The Untold History of the United States" (New York, Simon & Schuster, Inc., 2012), p. 350 *citing* David F. Schmitz, "The United States and Right-Wing Dictatorships, 1965–1989" (New York: Cambridge University Press, 2006), p. 45
- ^ Jump up to:[a] [b] *Mark Aarons (2007). "Justice Betrayed: Post-1945 Responses to Genocide". In David A. Blumenthal & Timothy L. H. McCormack (eds.). The Legacy of Nuremberg: Civilising Influence or Institutionalised Vengeance? (International Humanitarian Law). Martinus Nijhoff Publishers. p. 81. ISBN 978-9004156913.*
- ^ *Robinson, Geoffrey B. (2018). The Killing Season: A History of the Indonesian Massacres, 1965–66. Princeton University Press. p. 3. ISBN 978-1-4008-8886-3.*
- ^ *Melvin, Jess (2018). The Army and the Indonesian Genocide: Mechanics of Mass Murder. Routledge. p. 1. ISBN 978-1-138-57469-4.*
- ^ Time Magazine, September 30, 2015, The Memory of Savage Anticommunist Killings Still Haunts Indonesia, 50 Years On Archived March 1, 2017, at the Wayback Machine, *Time*
- ^ Indonesia's killing fields Archived February 14, 2015, at the Wayback MachineAl Jazeera, December 21, 2012.
- ^ *Gellately, Robert; Kiernan, Ben (July 2003). The Specter of Genocide: Mass Murder in Historical Perspective. Cambridge University Press. pp. 290–291. ISBN 978-0-521-52750-7.*
- ^ *"Files reveal US had detailed knowledge of Indonesia's anti-communist purge". The Associated Press via The Guardian. October 17, 2017. Retrieved August 5, 2018.*
- ^ *Melvin, Jess (October 20, 2017). "Telegrams confirm scale of US complicity in 1965 genocide". Indonesia at Melbourne. University of Melbourne. Retrieved July 27,2018. The new telegrams confirm the US actively encouraged and facilitated genocide in Indonesia to pursue its own political interests in the region, while propagating an explanation of the killings it knew to be untrue.*
- ^ *Scott, Margaret (October 26, 2017). "Uncovering Indonesia's Act of Killing". The New York Review of Books. Retrieved August 5, 2018. According to Simpson, these previously unseen cables, telegrams, letters, and reports "contain damning details that the U.S. was willfully and gleefully pushing for the mass murder of innocent people."*
- ^ *Bevins, Vincent (October 20, 2017). "What the United States Did in Indonesia". The Atlantic. Retrieved October 21, 2017.*
- ^ *Kadane, Kathy (May 21, 1990). "U.S. Officials' Lists Aided Indonesian Bloodbath in '60s". The Washington Post. Retrieved August 5, 2018.*
- ^ *Robinson, Geoffrey B. (2018). The Killing Season: A History of the Indonesian Massacres, 1965–66. Princeton University Press. p. 203. ISBN 978-1-4008-8886-3. a US Embassy official in Jakarta, Robert Martens, had supplied the Indonesian Army with lists containing the names of thousands of PKI officials in the months after the alleged coup attempt. According to the journalist Kathy Kadane, "As many as 5,000 names were furnished over a period of months to the Army there, and the Americans later checked off the names of*

*those who had been killed or captured." Despite Martens later denials of any such intent, these actions almost certainly aided in the death or detention of many innocent people. They also sent a powerful message that the US government agreed with and supported the army's campaign against the PKI, even as that campaign took its terrible toll in human lives.*

- ^ Simpson, Bradley (2010). *Economists with Guns: Authoritarian Development and U.S.–Indonesian Relations, 1960–1968. Stanford University Press. p. 193. ISBN 978-0-8047-7182-5. Washington did everything in its power to encourage and facilitate the army-led massacre of alleged PKI members, and U.S. officials worried only that the killing of the party's unarmed supporters might not go far enough, permitting Sukarno to return to power and frustrate the [Johnson] Administration's emerging plans for a post-Sukarno Indonesia. This was efficacious terror, an essential building block of the neoliberal policies that the West would attempt to impose on Indonesia after Sukarno's ouster.*
- ^ Stone, Oliver and Kuznick, Peter, "The Untold History of the United States" (New York: Simon & Schuster, Inc., 2012), p. 352
- ^ Melvin, Jess (2017). *"Mechanics of Mass Murder: A Case for Understanding the Indonesian Killings as Genocide". Journal of Genocide Research.* ***19*** *(4): 487–511. doi:10.1080/14623528.2017.1393942.*
- ^ Robinson, Geoffrey B. (2018). *The Killing Season: A History of the Indonesian Massacres, 1965–66. Princeton University Press. p. 4. ISBN 978-1-4008-8886-3.*
- ^ McGregor, Katharine; Melvin, Jess; Pohlman, Annie, eds. (2018). *The Indonesian Genocide of 1965: Causes, Dynamics and Legacies (Palgrave Studies in the History of Genocide). Palgrave Macmillan. ISBN 978-3-319-71454-7.*
- ^ Chandler, p. 128.
- ^ Shawcross, pp. 68–71 & 93–94.
- ^ Clymer, Kenton (2004). *The United States and Cambodia, 1969–2000: A Troubled Relationship. Routledge. pp. 21–23. ISBN 978-0415326025. Sihanouk's dismissal (which followed constitutional forms, rather than a blatant military coup d'état) immediately produced much speculation as to its causes. ... most others see at least some American involvement.*
- ^ Kiernan, Ben (2004). *How Pol Pot Came to Power: Colonialism, Nationalism, and Communism in Cambodia, 1930–1975. Yale University Press. pp. 300-301. ISBN 9780300102628. Prince Sihanouk has long claimed that the American CIA 'masterminded' the coup against him. ... There is in fact no evidence of CIA involvement in the 1970 events, but a good deal of evidence points to a role played by sections of the US military intelligence establishment and the Army Special Forces. ... While [Samuel R.] Thornton's allegation that 'the highest level' of the US government was party to the coup plans remains uncorroborated, it is clear that Lon Nol carried out the coup with at least a legitimate expectation of significant US support.*
- ^ Clymer, Kenton (2004). *The United States and Cambodia, 1969–2000: A Troubled Relationship. Routledge. ISBN 978-0415326025.*

- ^ Deac, p. 79.
- ^ *Johnson, Loch (2007). Strategic Intelligence. Greenwood Publishing Group. ISBN 9780313065286. Retrieved January 12, 2017.*
- ^ *Gustafson, Kristian (2007). Hostile Intent: U.S. Covert Operations in Chile, 1964–1974. Potomac Books, Inc. ISBN 9781612343594.*
- ^ *Peter Kornbluh. "Chile and the United States: Declassified Documents Relating to the Military Coup, September 11, 1973".*
- ^ CIA Admits Involvement in Chile. *ABC News.* September 20
- ^ *Dinges, John (2005). The Condor Years: How Pinochet And His Allies Brought Terrorism To Three Continents. The New Press. p. 20. ISBN 978-1-56584-977-8.*
- ^ [2] Archived March 22, 2015, at the Wayback Machine Valech Report
- ^ *Gómez-Barris, Macarena (2010). "Witness Citizenship: The Place of Villa Grimaldi in Chilean Memory". Sociological Forum.* ***25*** *(1): 34. doi:10.1111/j.1573-7861.2009.01155.x.*
- ^ *"El campo de concentración de Pinochet cumple 70 años". El País. December 3, 2008.*
- ^ North American Congress on Latin America (NACLA) September 25, 2007, "Alliance for Power: U.S. Aid to Bolivia Under Banzer," https://nacla.org/article/alliance-power-us-aid-bolivia-under-banzer Archived March 17, 2018, at the Wayback Machine
- ^ Huffington Post, October 23, 2008 updated on May 25, 2011, "U.S. Intervention in Bolivia," https://www.huffingtonpost.com/stephen-zunes/us-intervention-in-bolivi_b_127528.html Archived January 21, 2017, at the Wayback Machine*reposted from* Foreign Policy in Focus
- ^ BBC News, March 5, 2009, "Hidden Cells Reveal Bolivia's Dark Past," http://news.bbc.co.uk/2/hi/americas/7925694.stm Archived March 10, 2009, at the Wayback Machine
- ^ *The Guardian*, May 5, 2002, "Hugo Banzer: Former President and Dictator of Bolivia Who Headed a Brutal Military Regime," https://www.theguardian.com/news/2002/may/06/guardianobituaries.boliviaArchived July 21, 2016, at the Wayback Machine
- ^ National Security Archive March 8, 2013, "Operation Condor on Trial: Legal Proceeding on Latin American Rendition and Assassination Program Open in Buenos Aires," https://nsarchive2.gwu.edu/NSAEBB/NSAEBB416/ Archived March 17, 2018, at the Wayback Machine
- ^ *Blakeley, Ruth (2009). State Terrorism and Neoliberalism: The North in the South. Routledge. p. 22 & 23. ISBN 978-0-415-68617-4.*
- ^ *McSherry, J. Patrice (2011). "Chapter 5: "Industrial repression" and Operation Condor in Latin America". In Esparza, Marcia; Henry R. Huttenbach; Daniel Feierstein (eds.). State Violence and Genocide in Latin America: The Cold War Years (Critical Terrorism Studies). Routledge. p. 107. ISBN 978-0-415-66457-8.*
- ^ *"Quiet Coup Ends Reign of Selaisse".*
- ^ *"BBC NEWS | Africa | Mengistu found guilty of*

*genocide". news.bbc.co.uk. December 12, 2006. Retrieved January 8, 2017.*

- ^ *Keneally, Thomas (September 27, 1987). "In Eritrea". New York Times.*
- ^ *"Wir haben euch Waffen und Brot geschickt". Der Spiegel. March 3, 1980.*
- ^ *Tewolde, Bereket (January 22, 2008). "Attempts to distort history". Shaebia. Archived from the original on November 17, 2008.*
- ^ *"Ethiopia a Forgotten War Rages On". Time. December 23, 1985.*
- ^ *"Mengistu Haile Mariam | president of Ethiopia". Encyclopedia Britannica. Retrieved June 3, 2018.*
- ^ Vaughan, Sarah (2003). "Ethnicity and Power in Ethiopia" (PDF). Archived 13 August 2011 at the Wayback Machine University of Edinburgh: Ph.D. Thesis. p. 168.
- ^ *Valentino, Benjamin A. (2004). Final Solutions: Mass Killing and Genocide in the Twentieth Century. Ithaca: Cornell University Press. p. 196. ISBN 0-8014-3965-5.*
- ^ *"US admits* helping Mengistu escape". BBC News. December 22, 1999.
- ^ Brown, Seyom. *The Faces of Power: Constancy and Change in United States Foreign Policy from Truman to Clinton*, 1994. Page 303.
- ^ Jussi HanhimÄki and Jussi M. Hanhimeaki. *The Flawed Architect: Henry Kissinger and American Foreign Policy*, 2004. Page 408.
- ^ Andrew, Christopher M. *For the President's Eyes Only: Secret Intelligence and the American Presidency from Washington to Bush*, 1995. Page 412.
- ^ Richard H. Immerman and Athan G. Theoharis. *The Central Intelligence Agency: Security Under Scrutiny*, 2006. Page 325.
- ^ *Koh, Harold Hongju (1990). The National Security Constitution: Sharing Power After* the Iran-Contra Affair. *Yale University Press. ISBN.*p. 52
- ^ *Fausold, Martin L.; Alan Shank (1991). The Constitution and the American Presidency. SUNY Press. ISBN.* Pages 186-187.
- ^ ""The Coming Winds of Democracy in Angola," by Jonas Savimbi, Heritage Foundation Lecture #217, Washington, D.C., October 5, 1989". Archived from the original on January 1, 2008. Retrieved December 27, 2007.
- ^ *"Involvement in the Angolan Civil War, Zaire: A Country Study". United States Library of Congress.*
- ^ *Simpson, Chris (February 25, 2002). "Obituary: Jonas Savimbi, Unita's local boy". BBC. Retrieved January 27, 2020.*
- ^ *Savimbi, Jonas (January 1986). "The War against Soviet Colonialism". Policy Review. pp. 18–25. Retrieved January 20, 2015 – via UNZ.org.*
- ^ *Fuerbringer, Jonathan (July 11, 2008). "House acts to allow Angola rebel aid". The New York Times. Retrieved February 10, 2008.*

- ^ ""The Coming Winds of Democracy in Angola," by Jonas Savimbi, Heritage Foundation Lecture #217, Washington, D.C., October 5, 1989". Archived from the original on January 1, 2008. Retrieved December 27, 2007.
- ^ *Brooke, James (February 1, 1987). "C.I.A. Said to Send Weapons Via Zaire to Angola Rebels". The New York Times. Retrieved February 12, 2008.*
- ^ *Molotsky, Irvin; Weaver Jr, Warren (February 6, 1986). "A Mending of Fences". The New York Times. Retrieved February 10, 2008.*
- ^ *Tvedten, Inge (1997). Angola: Struggle for Peace and Reconstruction. pp. 38–39.*
- ^ *Simpson, Chris (February 25, 2002). "Obituary: Jonas Savimbi, Unita's local boy". BBC News. Archived from the original on January 24, 2008. Retrieved February 10,2008.*
- ^ *Easton, Nina J. (2000). Gang of Five: Leaders at the Center of the Conservative Crusade. pp. 165–167.*
- ^ *Franklin, Jane (1997). Cuba and the United States: A Chronological History. p. 212.*
- ^ *Peterson, Matt. "How an American Lobbyist Stoked War Halfway Across the World". The Corruption Institute. The Masthead from the Atlantic.*
- ^ *Walker, John Frederick (2004). A Certain Curve of Horn: The Hundred-Year Quest for the Giant Sable Antelope of Angola. p. 190.*
- ^ *Berman, Eric G.; Sams, Katie E. (2000). Berman and Sams cite the lower number. "Peacekeeping In Africa : Capabilities And Culpabilities". Geneva: United Nations Institute for Disarmament Research. United Nations. ISBN 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-133-4.*
- ^ Oswald Johnston, "State Dept. says Angola helps Zaire attackers", *Boston Globe*, 19 March 1977, p. 1; accessed via ProQuest.
- ^ Nelson Goodsell, "Pushing new African countries toward Communist world?", *Christian Science Monitor*, 21 March 1977.
- ^ "U.S. Flies Communication, Medical Supplies to Zaire: Responds to Appeal for Aid in Invasion", *Los Angeles Times* (AP), 15 March 1977; accessed via ProQuest.
- ^ Norman Kempster and Oswald Johnson, "U.S. Flies 35 Tons of Supplies to Zaire Defenders", *Los Angeles Times*, 16 March 1977; accessed via ProQuest.
- ^ Odom, *Shaba II* (1993), pp. 23–24.
- ^ Gleijeses, "Truth or Credibility" (2010), pp. 75.
- ^ Ernest Volkman, "CIA backs mercenary recruiting", *Boston Globe*, 17 April 1977, p. 49; accessed via ProQuest. "Officially, the sources say, both Bufkin and the British mercenaries are recruiting on behalf of Mobutu, who is providing the money for the operation. However, the CIA is actually bankrolling the operation, the sources say."
- ^ CIA Held Having Mercenaries Role", *Hartford Courant*, 17 April 1977; accessed via ProQuest.

- ^ Jump up to:[a] [b] Gleijeses, "Truth or Credibility" (2010), p. 79.
- ^ "Zaire Gets $85 Million In Loans", *Hartford Courant*, 27 April 1977; accessed via ProQuest.
- ^ Don Oberdorfer and Lee Lescaze, "Zaire Nearly Broke: U.S. Aids Bankers in Bailout for Zaire", *Washington Post*, 24 April 1977, p. 1; accessed via ProQuest.
- ^ Ogunbadejo, "Conflict in Africa" (1979), p. 226.
- ^ "Young Warns of Fears Over Reds", *Los Angeles Times*, 12 April 1977; accessed via ProQuest.
- ^ Dick Clark, "America Has Already Done Too Much for Zaire's Hapless Government", *Los Angeles Times*, 1 May 1977; accessed via ProQuest.
- ^ B. K. Josh, "Zaire Again on the Rack: Sordid Franco-U. S. role", *Times of India*, 22 April 1977; accessed via ProQuest.
- ^ Noam Chomsky and Edward S. Herman, *Political Economy of Human Rights: After the Cataclysm: Postwar Indochina and the Reconstruction of Imperial Ideology*, Black Rose Books, 1979; p. 308.
- ^ Jonathan Steele, "CIA is blamed for Zaire invasion", *The Guardian*, 11 April 1977, p. 4.
- ^ John Stockwell, "Why I Am Leaving The CIA", *Washington Post", 10 April 1977.*
- ^ "'It will Definitely Not Have an Adverse Impact on Jobs…'", *Washington Post, 23 April 1977; accessed via ProQuest*[permanent dead link].
- ^ Bernard Gwertzman, "Vance Says Invaders in Zaire Threaten Vital Copper Mining: Calls Situation 'Dangerous': He Tells House Panel That Conflict Endangers the Commodity That Sustain's Nation's Economy", *New York Times*, 17 March 1977; accessed via ProQuest.
- ^ Jane Rosen, "Concern in US on Zaire", *The Guardian*, 17 March 1977; accessed via ProQuest.
- ^ Odom, *Shaba II* (1993), p. 28.
- ^ *"Archived copy" (PDF). Archived from the original (PDF) on September 12, 2011. Retrieved December 13, 2011.*
- ^ George, Edward. *The Cuban Intervention in Angola, 1965-1991: From Che Guevara to Cuito Cuanavale*, 2005. Page 136.
- ^ *"UNTAC in Cambodia – from Occupation, Civil War and Genocide to Peace"(PDF). Max-Planck-Institut. Retrieved November 26, 2015.*
- ^ Covert Action Quarterly, Fall 1997, Issue 62, p. 6, archived at "The Long Secret Alliance: Uncle Sam and Pol Pot"
- ^ Jump up to:[a] [b] CovertAction Quarterly, "On the Side of Pol Pot: U.S. Supports Khmer Rouge," Issue 34, Summer 1990, p. 37, archived at [3]
- ^ Covert Action Quarterly, Fall 1997, Issue 62, p. 5-6, archived at "The Long Secret Alliance: Uncle Sam and Pol Pot"
- ^ Jump up to:[a] [b] *Becker, Elizabeth (April 17, 1998). "Death of Pol Pot: The Diplomacy; Pol Pot's End Won't Stop U.S. Pursuit of His*

*Circle". The New York Times. cf. Lewis, Daniel (May 26, 2017). "Zbigniew Brzezinski, National Security Advisor to President Jimmy Carter, Dies at 89". The New York Times.*

- ^ *Brzezinski, Zbigniew (April 22, 1998). "Pol Pot's Evil Had Many Faces; China Acted Alone". The New York Times.*
- ^ *Hodgson, Godfrey (May 28, 2017). "Zbigniew Brzezinski obituary". The Guardian.*
- ^ *"S China Sea 'an existential issue to legitimise CCP rule"*". Today. Singapore. March 31, 2016. Singaporean diplomat Bilahari Kausikan, recalled: "ASEAN wanted elections but the U.S. supported the return of a genocidal regime. Did any of you imagine that the U.S. once had in effect supported genocide?"
- ^ Haas, Michael, "Cambodia, Pol Pot, and the United States: The Faustian Pact," (New York: Praeger, 1991) pp. 17, 28–29
- ^ *"Vietnam's invasion of Cambodia and the PRK's rule constituted a challenge on both the national and international political level. On the national level, the Khmer People's Revolutionary Party's rule gave rise..." (PDF). Max-Planck-Institut.*
- ^ David P. Chandler, "A History of Cambodia," (Westview Press, 2008)
- ^ US Department of State. Country Profile of Cambodia.
- ^ Washington Post, December 27, 2007, "Sorry Charlie This is Michael Vickers's War," https://www.washingtonpost.com/wp-dyn/content/article/2007/12/27/AR2007122702116.html Archived November 26, 2017, at the Wayback Machine
- ^ Riedel, Bruce 2014, "What We Won: America's Secret War in Afghanistan, 1979–1989," Brookings Institution Press. pp. ix–xi, 21–22, 98–105
- ^ Newsweek, October 1, 2001, Evan Thomas, "The Road to September 11," *"The Road to September 11". October 2001. Archived from the original on November 22, 2013. Retrieved September 2, 2016.*
- ^ The National Security Archive, October 9, 2001, "U.S. Analysis of The Soviet War in Afghanistan: Declassified," https://nsarchive2.gwu.edu//NSAEBB/NSAEBB57/us.html
- ^ *Ewans, Martin (December 1, 2004). Conflict in Afghanistan: Studies in Asymmetric Warfare. Routledge. ISBN 9781134294817 – via Google Books.*
- ^ *Ewans, Sir Martin; Ewans, Martin (September 5, 2013). Afghanistan – A New History. Routledge. ISBN 9781136803390 – via Google Books.*
- ^ *Bergen, Peter; Tiedemann, Katherine (February 14, 2013). Talibanistan. ISBN 9780199893096 – via books.google.com.*
- ^ *"The Haqqani History: Bin Ladin's Advocate Inside the Taliban". nsarchive.gwu.edu.*
- ^ *Kepel, Gilles (August 9, 2018). Jihad: The Trail of Political Islam. I.B.Tauris. ISBN 9781845112578 – via Google Books.*

- ^ *Cook, Robin (July 8, 2005). "The struggle against terrorism cannot be won by military means". The Guardian. London. Archived from the original on July 10, 2005. Retrieved July 8, 2005.*
- ^ "During the anti-Soviet jihad Bin Laden and his fighters received American and Saudi funding. Some analysts believe Bin Laden himself had security training from the CIA." BBC News, July 20, 2004, "Al-Qaeda's Origins and Links," http://news.bbc.co.uk/2/hi/middle_east/1670089.stm Archived March 24, 2013, at the Wayback Machine
- ^ "By 1984, he Osama bin Laden was running a front organization known as Maktab al-Khidamar – the MAK – which funneled money, arms and fighters from the outside world into the Afghan war. What the CIA bio conveniently fails to specify (in its unclassified form, at least) is that the MAK was nurtured by Pakistan's state security services, the Inter-Services Intelligence agency, or ISI, the CIA's primary conduit for conducting the covert war against Moscow's occupation." "So bin Laden, along with a small group of Islamic militants from Egypt, Pakistan, Lebanon, Syria and Palestinian refugee camps all over the Middle East, became the 'reliable' partners of the CIA in its war against Moscow." NBC News, August 24, 1998, "Bin Laden Comes Home to Roost: His CIA Ties Are Only the Beginning of a Woeful Story," http://www.nbcnews.com/id/3340101/t/bin-laden-comes-home-roost/#.WsHDwYXfjvY Archived July 18, 2016, at the Wayback Machine
- ^ "...bin Laden's Office of Services, set up to recruit overseas for the war, received some US cash." *The Guardian*, January 17, 1999 "Frankenstein the CIA Created," https://www.theguardian.com/world/1999/jan/17/yemen.islam Archived December 3, 2016, at the Wayback Machine
- ^ *Weiner, Tim (August 24, 1998). "Afghan Camps, Hidden in Hills, Stymied Soviet Attacks for Years". The New York Times. Archived from the original on April 2, 2018. And some of the same warriors who fought the Soviets with the C.I.A.'s help are now fighting under Mr. bin Laden's banner.*
- ^ *Coll, Steve (2004). Ghost Wars: The Secret History of the CIA, Afghanistan, and Bin Laden, from the Soviet Invasion to September 10, 2001. Penguin Group. pp. 87. ISBN 978-1-59420-007-6.*
- ^ *Bergen, Peter (2006). The Osama bin Laden I Know: An Oral History of al Qaeda's Leader. Simon & Schuster. pp. 60–61. ISBN 978-0-7432-9592-5.*
- ^ *Burke, Jason (2004). Al-Qaeda: Casting a Shadow of Terror. I.B. Tauris. p. 59. ISBN 978-1-85043-666-9.*
- ^ Crile, George (2003) *Charlie Wilson's War: The Extraordinary Story of the Largest Covert Operation in History*, Atlantic Monthly Press, p. 519
- ^ *Douglas J. MacEachin. "US Intelligence and the Polish Crisis 1980-1981". CIA.*
- ^ Looking to the Future: Essays on International Law in Honor of W. Michael Reisman
- ^ Richard T. Davies, "The CIA and the Polish Crisis of 1980–1981." *Journal of Cold War Studies* (2004) 6#3 pp: 120-123. online

- ^ *Gregory F. Domber (2008). Supporting the Revolution: America, Democracy, and the End of the Cold War in Poland, 1981--1989. p. 199. ISBN 9780549385165.*, revised as Domber 2014, p. 110 [4].
- ^ *Domber, Gregory F. (August 28, 2014), What Putin Misunderstands about American Power, University of California Press Blog, University of North Carolina Press*
- ^ MacEachin, Douglas J."US Intelligence and the Polish Crisis 1980–1981." CIA. June 28, 2008.
- ^ Cover Story: The Holy Alliance By Carl Bernstein Sunday, June 24, 2001
- ^ Branding Democracy: U.S. Regime Change in Post-Soviet Eastern Europe Gerald Sussman, page 128
- ^ Executive Secrets: Covert Action and the Presidency William J. Daugherty. page 201-203
- ^ *Larsen, Neil (2010). "Thoughts on Violence and Modernity in Latin America". In Grandin & Joseph, Greg & Gilbert (ed.). A Century of Revolution. Durham & London: Duke University Press. pp. 381–393.*
- ^ *"El Salvador, 12 Years of Civil War". The Center for Justice and Accountability. Archived from the original on March 12, 2018.*
- ^ *Report of the UN Truth Commission on El Salvador (Report). United Nations. April 1, 1993.*
- ^ *El Salvador, In Depth: Negotiating a settlement to the conflict, Uppsala Conflict Data Program Conflict Encyclopedia, Uppsala, Sweden: Uppsala University, retrieved May 24, 2013, While nothing of the aid delivered from the US in 1979 was earmarked for security purposes, the 1980 aid for security only summed US$6.2 million, close to two-thirds of the total aid in 1979.*
- ^ *Danner, Mark (1993). The Massacre at El Mozote. Vintage Books. p. 9. ISBN 978-0-679-75525-8.*
- ^ *Maurice Lemoine (March 19, 2009), "El Salvador : des guérilleros au pouvoir", Le Monde diplomatique, retrieved January 22, 2017*
- ^ NACLA, *Revolution Brews* cited in *McClintock, Michael (1985). The American Connection: State Terror and Popular Resistance in El Salvador. Zed Books. ISBN 978-0-86232-259-5.*, p. 270
- ^ "A Year of Reckoning: El Salvador a Decade After the Assassination of Archbishop Romero" Human Rights Watch, 1990, pp. 224–225
- ^ Jump up to:[a] [b] *"How U.S. Advisors Run the War in El Salvador". The Philadelphia Inquirer. May 29, 1983.*
- ^ *Krauss, Clifford (March 21, 1993). "How U.S. Actions Helped Hide Salvador Human Rights Abuses". The New York Times. Archived from the original on January 29, 2018.*
- ^ *"From Madness to Hope: the 12-year war in El Salvador: Report of the Commission on the Truth for El Salvador" (PDF). Commission on the Truth for El Salvador. March 15, 1993. Retrieved November 4, 2012.*
- ^ "El Salvador Accountability and Human Rights: the Report of the United Nations Commission on the Truth for El Salvador," Human Rights Watch, August 10, 1993

- ^ *Michael Smith (2007). Killer Elite. Macmillan. p. 52. ISBN 978-0-312-36272-0.*
- ^ *Raymond Bonner (November 9, 2014). "Bringing El Salvador Nun Killers to Justice: More than 30 Years Later, Justice Closes in on the Salvadorans Behind the Rape and Murder of American Nuns". The Daily Beast. Archived from the original on January 13, 2018.*
- ^ "Central America, 1981: report to the Committee on Foreign Affairs, U.S. House of Representatives" Gerry E. Studds, William Woodward, United States. Congress. House. Committee on Foreign Affairs, 1981
- ^ *Michael McClintock (1992), Instruments of Statecraft: U.S. Guerrilla Warfare, Counterinsurgency, and Counterterrorism, 1940–1990* Web project by Michael McClintock based on the 1992 book by the same name published by Pantheon Books, a division of Random House, Inc.
- ^ Torture techniques used to interrogate prisoners made use of techniques detailed in secret US counter-insurgency manuals and, when US planners proposed a similar counter-insurgency program for dealing with the Iraq insurgency after the 2003 US-led regime change in Iraq, it was referred to as "the Salvador Option".*Tom Gibb (January 27, 2005). "Salvador Option Mooted for Iraq". BBC News.* and *Thomas Blanton & Peter Kornbluh (December 5, 2004). "Prisoner Abuse: Patterns from the Past". The National Security Archive.*
- ^ *Collelo, Thomas, ed. (1990) [December 1988]. Chad: a country study (PDF)(Second ed.). Federal Research Division, Library of Congress. pp. 24–31.*
- ^ *"U.S.-Backed Chadian Dictator Hissène Habré Faces War Crimes Trial in Historic Win for His Victims". Democracy Now!. Retrieved November 29, 2019.*
- ^ *Farah, Douglas (November 27, 2000). "Chad's Torture Victims Pursue Habre in Court". The Washington Post. ISSN 0190-8286. Retrieved November 29, 2019.*
- ^ *"Hissène Habré". Human Rights Watch. Retrieved November 29, 2019.*
- ^ *Schemm, Paul (May 30, 2016). "In landmark trial, former Chad dictator found guilty of crimes against humanity". The Washington Post. Retrieved December 3, 2019.*
- ^ *Ba, Diadie (May 30, 2016). "Chad's ex-leader Habre, Cold War-era ally of West, gets life in prison for atrocities". Reuters. Retrieved December 3, 2019.*
- ^ *"Appendix A: Background on United States Funding of the Contras". U.S. Department of Justice.*
- ^ *"National Security Decision Directive number 7" (PDF). August 6, 1981. Archived (PDF) from the original on April 24, 2016.*
- ^ *"National Security Decision Directive number 17" (PDF). January 4, 1982. Archived (PDF) from the original on April 24, 2016.*
- ^ *"Presidential Finding authorizing paramilitary activities" (PDF). December 1, 1981. Archived (PDF) from the original on October 30, 2012.*
- ^ *Smith, Hedrick (February 22, 1985). "President Asserts Goal Is to Remove Sandinista Regime". The New York Times. Archived* from the

original on August 14, 2016.

- ^ "Contras". Terrorism Research and Analysis Consortium. Archived from the original on October 19, 2016.
- ^ "U.S. Orders Probe of CIA Terror Manual". Facts on File World News Digest. October 19, 1984. Archived from the original on May 31, 2006 – via Live Journal.
- ^ Woodward, Bob, "Veil, The Secret Wars of the CIA," 1987 New York: Simon & Schuster
- ^ Gilbert, Dennis, "Sandinistas: The Party and The Revolution," Oxford: Basil Blackwell, 1988, p. 167
- ^ McManus, Doyle; Toth, Robert C. (March 5, 1986). "Setback for Contras : CIA Mining of Harbors 'a Fiasco'". Los Angeles Times. Archived from the original on December 18, 2013.
- ^ "Military and Paramilitary Activities in and against Nicaragua (Nicaragua v. United States of America)". International Court of Justice. June 27, 1986. Archived from the original on March 1, 2015. Retrieved March 14, 2015.
- ^ "Iran-Contra Hearings; Boland Amendments: What They Provided". The New York Times. July 10, 1987. Archived from the original on May 31, 2013.
- ^ "1986: US guilty of backing Contras". On This Day – 27 June. BBC. June 27, 1986. Archived from the original on September 22, 2013.
- ^ "Nicaraguan Vote: 'Free, Fair, Hotly Contested,'". The New York Times. November 16, 1984. Archived from the original on July 1, 2017.
- ^ Rita Beamish, "Bush Will Lift Trade Embargo if Nicaraguan Opposition Candidate Wins", Associated Press, 8 November 1989
- ^ Castro, Vanessa (September 1992). The 1990 Elections in Nicaragua and Their Aftermath. Rowman & Littlefield Publishers, Inc. p. 31.
- ^ "Medals Outnumber G.I.s in Grenada Assault". The New York Times. March 30, 1984. Archived from the original on February 13, 2017.
- ^ Stewart, Richard W. (2008). Operation Urgent Fury: The Invasion of Grenada, October 1983 (PDF) (Report). U.S. Army. Archived (PDF) from the original on September 24, 2015.
- ^ "38/7. The situation in Grenada". United Nations General Assembly Resolutions. November 2, 1983.
- ^ Zunes, Stephen (October 2003). "The U.S. Invasion of Grenada: A Twenty Year Retrospective". Global Policy Forum. Archived from the original on May 23, 2017.
- ^ "Security Council – Veto List". United Nations. October 28, 1983. Archived from the original on October 19, 2016.
- ^ The Contras, Cocaine, and Covert Operations. National Security Archive Electronic Briefing. p. 2.[full citation needed]
- ^ Jones, Howard (2001). Crucible of Power: A History of US Foreign Relations Since 1897. p. 494.[full citation needed]
- ^ Yates, Lawrence (May–June 2005). "Panama, 1988–1990: The

*Discontent between Combat and Stability Operations" (PDF). Military Review. Archived from the original (PDF) on 25 June 2007. Retrieved 2 September 2010.*[full citation needed]

- ^ *"CRS Report: Iraq's Opposition Movements". Fas.org. Archived from the original on November 3, 2012. Retrieved August 14, 2013.*
- ^ *"CNN Presents The* Unfinished War: The Legacy of Desert Storm". CNN. January 5, 2001.
- ^ Fisk, Robert. *The Great War for Civilisation: The Conquest of the Middle East*. London: Alfred A. Knopf, 2006 p. 646 ISBN 1-84115-007-X
- ^ Fisk. *Great War for Civilisation*, p. 647
- ^ *Fisk. Great War for Civilisation. p. 646.*
- ^ *Embry, Jason (April 4, 2003). "Uprising in Iraq may be slow because of U.S. inaction in 1991". Seattle Pi.*
- ^ *Makiya, Kanan (1998). Republic of Fear: The Politics of Modern Iraq, Updated Edition. University of California Press. p. XX. ISBN 9780520921245.*
- ^ A Long-Awaited Apology for Shiites, but the Wounds Run Deep Archived April 26, 2017, at the Wayback Machine, *The New York Times*, November 8, 2011
- ^ *"Uprising in Iraq may be slow because of U.S. inaction in 1991". Seattle Post-Intelligencer. April 4, 2003. Archived from the original on February 1, 2014. Retrieved August 12, 2012.*
- ^ *McDonald, Dian (April 4, 1991). "US Forces Won't Intervene in Iraq's Civil War. "President Bush firmly reiterated that he does not want US military forces to be involved in Iraq's internal turmoil"". Federation of American Scientists (published May 30, 2008). Archived from the original on November 17, 2015.*
- ^ United Nations Security Council Resolution 661 of adopted 6 August 6, 1991, https://fas.org/news/un/iraq/sres/sres0661.htm Archived September 7, 2012, at the Wayback Machine
- ^ United Nations, UN Security Council Resolution 687, April 8, 1991, http://www.un.org/Depts/unmovic/documents/687.pdf Archived October 20, 2014, at the Wayback Machine
- ^ |*Rieff, David (July 27, 2003). "Were Sanctions Right?". New York Times Magazine. Archived from the original on October 14, 2017.*
- ^ *Makiya, Kanan (1998). Republic of Fear: The Politics of Modern Iraq, Updated Edition. University of California Press. p. xv. ISBN 978-0-520-92124-5.*
- ^ cf. *"A Gulf War Exclusive: President Bush Talking with David Frost". Retrieved February 26, 2017. George H. W. Bush: Everybody felt that Saddam Hussein could not stay in office—certainly not stay in office as long as he's stayed in office. I miscalculated—I thought he'd be gone. But I wasn't alone! People in the Arab world felt, with unanimity, that he would be out of there. I think all observers felt that (event occurs at 45:14).*
- ^ *Tyler, Patrick E. (May 21, 1991). "AFTER THE WAR; Bush Links End of Trading Ban To Hussein Exit". The New York*

*Times. Archived from the original on August 7, 2017. My view is we don't want to lift these sanctions as long as Saddam Hussein is in power," said President George H. W. Bush*

- ^ United Press International, May 20, 1991, "U.S. Taking Tough Stand Against Saddam Hussein," http://www.upi.com/Archives/1991/05/20/US-taking-tough-stand-against-Saddam-Hussein/1946674712000/ Archived October 19, 2016, at the Wayback Machine

- ^ Additional U.S. government officials' statements setting Saddam Hussein's ouster as the precondition for the cessation of sanctions against Iraq, including statements by Robert Gates, Director of the Central Intelligence Agency, are provided in Gordon, Joy, 2010 "Invisible War: The United States and the Iraq Sanctions," Harvard University Press, http://www.hup.harvard.edu/catalog.php?isbn=978-0674035713 ArchivedApril 27, 2018, at the Wayback Machine

- ^ *"Autopsy of a Disaster: The U.S. Sanctions Policy on Iraq". Institute for Public Accuracy. November 13, 1998. Retrieved February 26, 2017.* For example, United States Secretary of State Madeleine Albright stated in March 1997 that "Our view, which is unshakable, is that Iraq must prove its peaceful intentions. It can only do that by complying with all of the Security Council resolutions to which it is subjected"; National Security Adviser Sandy Berger stated in November 1997 that "It's been the U.S. position since the Bush administration that Saddam Hussein comply—has to comply with all of the relevant Security Council resolutions"; and UN ambassador Bill Richardson stated in December 1997 that "Our policy is clear. We believe that Saddam Hussein should comply with all the Security Council resolutions, and that includes 1137, those that deal with the UNSCOM inspectors, those that deal with human rights issues, those that deal with prisoners of war with Kuwait, those that deal with the treatment of his own people. We think that there are standards of international behavior."

- ^ Iraq surveys show 'humanitarian emergency' Archived August 6, 2009, at the Wayback Machine UNICEF Newsline August 12, 1999

- ^ *Rubin, Michael (December 2001). "Sanctions on Iraq: A Valid Anti-American Grievance?". Middle East Review of International Affairs. **5** (4): 100–15. Archived from the original on October 28, 2012.*

- ^ *Spagat, Michael (September 2010). "Truth and death in Iraq under sanctions"(PDF). Significance.*

- ^ *Dyson, Tim; Cetorelli, Valeria (July 1, 2017). "Changing views on child mortality and economic sanctions in Iraq: a history of lies, damned lies and statistics". BMJ Global Health. **2** (2): e000311. doi:10.1136/bmjgh-2017-000311. ISSN 2059-7908. PMC 5717930. PMID 29225933.*

- ^ *"Saddam Hussein said sanctions killed 500,000 children. That was 'a spectacular lie.'"*. The Washington Post. Archived from the original on August 4, 2017. Retrieved August 4, 2017.

- ^ *French, Howard W. (December 18, 1990). "Haitians Overwhelmingly Elect Populist Priest to the Presidency". The New York Times. ISSN 0362-4331. Retrieved December 4, 2019.*

- ^ *Whitney, Kathleen Marie (1996). "Sin, Fraph, and the CIA: U.S. Covert Action in Haiti". Southwestern Journal of Law and Trade in the*

*Americas.* ***3*** *(2): 303–32 [p. 320].*

- ^ Whitney 1996, p. 321
- ^ *Association of Former Intelligence Officers (May 19, 2003), US Coup Plotting in Iraq, Weekly Intelligence Notes 19-03*
- ^ *"The CIA And the Coup That Wasn't". The Washington Post. May 16, 2003.*
- ^ *"With CIA's Help, Group in Jordan Targets Saddam; U.S. Funds Support Campaign To Topple Iraqi Leader From Afar"*. The Washington Post. June 23, 1996.
- ^ Jump up to:[a] [b] *Brinkley, Joel (June 9, 2004). "Ex-C.I.A. Aides Say Iraq Leader Helped Agency in 90's Attacks". The New York Times. The Iraqi government at the time claimed that the bombs, including one it said exploded in a movie theater, resulted in many civilian casualties ... One former Central Intelligence Agency officer who was based in the region, Robert Baer, recalled that a bombing during that period 'blew up a school bus; school children were killed.' Mr. Baer ... said he did not recall which resistance group might have set off that bomb. Other former intelligence officials said Dr. Allawi's organization was the only resistance group involved in bombings and sabotage at that time. But one former senior intelligence official recalled that 'bombs were going off to no great effect.' 'I don't recall very much killing of anyone,' the official said.*
- ^ *"Archived copy". Archived from the original on September 19, 2005. Retrieved August 1, 2004.*
- ^ *Dowd, Maureen (September 21, 1994). "MISSION TO HAITI: THE DIPLOMAT; Despite Role as Negotiator, Carter Feels Unappreciated". ny times.com. New York Times.*
- ^ Walter E. Kretchik, Robert F. Baumann, John T. Fishel. "A Concise History of the U.S. Army in Operation Uphold Democracy." U.S. Army Command and General Staff College Press. Fort Leavenworth, Kansas. 1998. p. 96.
- ^ Kretchik et al, p. 98.
- ^ *Von Hippel, Karin (2000). Democracy by Force. United Kingdom: Cambridge University Press. pp. 96.*
- ^ Gribbin, Robert E. *In the Aftermath of Genocide: the U.S. Role in Rwanda*. New York: IUniverse, 2005. p. 190
- ^ Vlassenroot, Koen. "Citizenship, Identity Formation & Conflict in South Kivu: The Case of the Banyamulenge." Review of African Political Economy. 2002. 499–515. p. 508
- ^ Vlassenroot, Koen. "Citizenship, Identity Formation & Conflict in South Kivu: The Case of the Banyamulenge". *Review of African Political Economy*. 2002. 499–515.
- ^ Lemarchand, René. The Dynamics of Violence in Central Africa. Philadelphia: University of Pennsylvania, 2009. p. 32
- ^ Reyntjens, Filip. The Great African War: Congo and Regional Geopolitics, 1996–2006. Cambridge: Cambridge UP, 2009. p. 45
- ^ Reyntjens, Filip. The Great African War: Congo and Regional Geopolitics, 1996–2006. Cambridge: Cambridge UP, 2009. p. 48

- ^ Reyntjens, Filip. The Great African War: Congo and Regional Geopolitics, 1996–2006. Cambridge: Cambridge UP, 2009. p. 49
- ^ Pomfret, John. "Rwandans Led Revolt in Congo; Defense Minister Says Arms, Troops Supplied for Anti-Mobutu Drive." Washington Post. 9 July 1997: A1.
- ^ Kennes, Erik. "The Democratic Republic of the Congo: Structures of Greed, Networks of Need." Rethinking the Economics of War. Ed. Cynthia J. Arnson and I. William Zartman. Washington, D.C.: Woodrow Wilson Center, 2005. p. 147
- ^ *Prunier, Gerard (2009). "Africa's World War : Congo, the Rwandan Genocide, and the Making of a Continental Catastrophe: Congo, the Rwandan Genocide, and the Making of a Continental Catastrophe". Oxford: Oxford University Press.: 118, 126–127. ISBN 978-0-19-970583-2.*
- ^ *Hanke, Steve (July 6, 2017). "20th Anniversary, Asian Financial Crisis: Clinton, The IMF And Wall Street Journal Toppled Suharto". Forbes. Retrieved July 21, 2018.*
- ^ *Tyson, James L. (February 10, 1999). "'Dollar diplomacy' rises again as foreign-policy tool". The Christian Science Monitor. Retrieved July 21, 2018.*
- ^ Jump up to:[a] [b] [c] *Ray Jennings (2011). "346. Serbia's October Revolution: Evaluating International Efforts Promoting Democratic Breakthrough". Global Europe Program. Retrieved January 28, 2016.*
- ^ *Nicholas Thompson (2001). "This Ain't Your Momma's CIA". Washington Monthly. Archived from the original on January 9, 2007.*
- ^ *Clement, Christopher I. (May 1, 2005). "Confronting Hugo Chávez: United States "Democracy Promotion" in Latin America". Latin American Perspectives.* ***32*** *(3): 60–78. doi:10.1177/0094582X05275529. ISSN 0094-582X. S2CID 143721425.*
- ^ *"Venezuela coup linked to Bush team". the Guardian. April 21, 2002. Retrieved June 10, 2020.*
- ^ *Hasan, Mehdi (May 9, 2020). "The "Coup" Attempt in Venezuela Seems Ridiculous. But Don't Forget — Regime Change Is the U.S. Goal". The Intercept. Retrieved June 10, 2020.*
- ^ Forero, Juan (3 December 2004). "Documents Show C.I.A. Knew of a Coup Plot in Venezuela". *The New York Times*. Retrieved 15 May 2014.
- ^ *"U.S. Cautioned Leader of Plot Against* Chávez". The New York Times. April 17, 2002.
- ^ *Bellos, Julian Borger Alex (April 17, 2007). "US 'gave the nod' to Venezuelan coup". The Guardian. ISSN 0261-3077. Retrieved June 14, 2019.*
- ^ Pub.L. 105–338, https://www.gpo.gov/fdsys/pkg/PLAW-105publ338/html/PLAW-105publ338.htm Archived March 29, 2017, at the Wayback Machine, 112 Stat. 3178, https://www.gpo.gov/fdsys/pkg/STATUTE-112/pdf/STATUTE-112-Pg3178.pdfArchived September 22, 2016, at the Wayback Machine,

enacted October 31, 1998

- ^ *"Republican Platform 2000". CNN. Archived from the original on April 21, 2006. Retrieved May 25, 2006.*
- ^ *Bob Woodward (April 21, 2004). Plan of Attack. Simon and Schuster. pp. 9–23. ISBN 978-0-7432-6287-3.*
- ^ *Ferran, Lee (February 15, 2011). "Iraqi Defector 'Curveball' Admits WMD Lies, Is Proud of Tricking U.S." ABC News.*
- ^ *Connolly, Kate (February 10, 2003). "I am not convinced, Fischer tells Rumsfeld". Daily Telegraph. ISSN 0307-1235.*
- ^ Blix, H. (7 March 2003) "Transcript of Blix's U.N. presentation" Archived 9 November 2016 at the Wayback Machine CNN
- ^ Smith, Jeffrey R. "Hussein's Prewar Ties To Al-Qaeda Discounted". *The Washington Post*, Friday, 6 April 2007; Page A01. Retrieved on 23 April 2007.
- ^ *"President Delivers State of the Union Address". georgewbush-whitehouse.archives.gov. Archived from the original on May 2, 2009.*
- ^ *Patrick E. Tyler (March 21, 2003). "A nation at war: The attack; U.S. and British troops push into Iraq as missiles strike Baghdad compound". The New York Times. p. B8.*
- ^ *"US lowers* flag to end Iraq war". independent.co.uk. December 15, 2011.
- ^ Jump up to:[a] [b] [c] [d] Vanity Fair, March 3, 2008, "The Gaza Bombshell," http://www.vanityfair.com/news/2008/04/gaza200804 Archived January 28, 2016, at the Wayback Machine
- ^ Jump up to:[a] [b] Christian Science Monitor, May 25, 2007, "Israel, US, and Egypt Back Fatah's Fight Against Hamas," http://www.csmonitor.com/2007/0525/p07s02-wome.htmlArchived October 26, 2010, at the Wayback Machine
- ^ The Times (UK), November 18, 2006, "Diplomats Fear US wants to Arm Fatah for 'War on Hamas'"
- ^ The Times (UK), November 18, 2006, "Diplomats Fear US Wants to Arm Fatah for 'War on Hamas'"
- ^ The Middle East Online, January 31, 2007, http://www.middle-east-online.com/english/?id=19358 Archived October 30, 2016, at the Wayback Machine
- ^ San Francisco Chronicle, December 14, 2006, "U.S. Training Fatah in Anti-Terror Tactic – Underlying Motive Is to Counter Strength of Hamas, Analysts Say," http://www.sfgate.com/news/article/U-S-training-Fatah-in-anti-terror-tactics-2465370.php Archived December 3, 2013, at the Wayback Machine
- ^ *"U.S. secretly backed Syrian opposition groups, cables released by WikiLeaks show". The Washington Post.*
- ^ *Bandeira, Luiz Alberto Moniz (May 30, 2017). The Second Cold War: Geopolitics and the Strategic Dimensions of the USA. Springer. pp. 54–55. ISBN 978-3-319-54888-3.*

- ^ *"Assad must go, U.S. Republicans say". Newspapers.com. Agence France Presse. April 29, 2011. Retrieved December 28, 2019. We urge President Obama to state unequivocally, as he did in the case of (Libyan leader Moammar) Gadhafi and Egyptian president Hosni) Mubarak — that it is time for Assad to go.*

- ^ Council on Foreign Relations, August 18, 2011, "Calling for Regime Change in Syria," http://www.cfr.org/syria/calling-regime-change-syria/p25677 ArchivedNovember 13, 2016, at the Wayback Machine

- ^ The Wall Street Journal, August 19, 2011, "World Leaders Urge Assad to Resign: Obama Imposes New Embargo on Syrian Oil Sales as Europe Considers Similar Measures; Crackdown on Protests Persists," https://www.wsj.com/articles/SB10001424053111903639404576516144145940136Archived November 19, 2017, at the Wayback Machine

- ^ The Guardian, January 25, 2015, "US Changes Its Tune on Syrian Regime Change as Isis Threat Takes Top Priority, Washington Still Hopes Bashar al-Assad Will Be Removed from Power, But Is No Longer Insisting on It As A Precondition for Peace, https://www.theguardian.com/us-news/2015/jan/25/us-syrian-regime-change-isis-priority Archived 2016-11-13 at the Wayback Machine

- ^ National Public Radio, April 23, 2014, "CIA Is Quietly Ramping Up Aid To Syrian Rebels, Sources Say," https://www.npr.org/sections/parallels/2014/04/23/306233248/cia-is-quietly-ramping-up-aid-to-syrian-rebels-sources-say Archived April 18, 2018, at the Wayback Machine

- ^ *The Guardian*, March 8, 2013, "West Training Syrian Rebels in Jordan Exclusive: UK and French Instructors Involved in US-Led Effort to Strengthen Secular Elements in Syria's Opposition, Say Sources," https://www.theguardian.com/world/2013/mar/08/west-training-syrian-rebels-jordanArchived December 10, 2016, at the Wayback Machine

- ^ *Abouzeid, Rania (September 26, 2013). "Syrian Opposition Groups Stop Pretending". The New Yorker. ISSN 0028-792X. Archived from the original on March 9, 2018. Retrieved May 9, 2018.*

- ^ *Atwan, Abdel Bari (September 8, 2015). Islamic State: The Digital Caliphate. Univ of California Press. ISBN 9780520289284 – via Google Books.*

- ^ *Nelson, Colleen McCain (November 19, 2015). "Obama Says Syrian Leader Bashar al-Assad Must Go". WSJ. Retrieved December 28, 2019.*

- ^ "'Assad must go' no more: US gov't shifts priorities in Syria". RT. March 30, 2017. Archived from the original on March 30, 2017.

- ^ Yahoo 7 News https://au.news.yahoo.com/world/a/34856857/tillerson-says-assads-fate-up-to-syrian-people/#page1 Archived March 30, 2017, at the Wayback Machine

- ^ *Jaffe, Greg; Entous, Adam (July 19, 2017). "Trump ends covert CIA program to arm anti-Assad rebels in Syria, a move sought by Moscow". The Washington Post. Retrieved July 20, 2017.*

- ^ *"Rex Tillerson again insists Syrian leader Bashar Assad must go". Newspapers.com. Associated Press. October 26, 2017. Retrieved December 28,2019.*
- ^ *DeYoung, Karen; Ryan, Missy (April 10, 2018). "Strike on Assad for use of chemical agents unlikely to advance wider U.S. goals in Syria". Washington Post. Retrieved December 28, 2019.*
- ^ The New Yorker, July 8, 2008, Seymour Hersh, "Preparing the Battlefield, The Bush Administration Steps Up Its Secret Moves Against Iran," http://www.newyorker.com/magazine/2008/07/07/preparing-the-battlefieldArchived December 4, 2014, at the Wayback Machine
- ^ *Johnston, Jake (August 29, 2017). "How Pentagon Officials May Have Encouraged a 2009 Coup in Honduras". The Intercept. Retrieved November 30, 2019.*
- ^ *Naiman, Robert; Director, ContributorPolicy; Policy, Just Foreign (February 19, 2016). "Did Secretary of State Hillary Clinton Enable the Coup in Honduras?". HuffPost. Retrieved November 30, 2019.*
- ^ *"Security Council Approves 'No-Fly Zone' over Libya, Authorizing 'All Necessary Measures' To Protect Civilians in Libya, by a Vote of Ten For, None Against, with Five Abstentions". United Nations. March 17, 2011. Archived from the original on March 19, 2011. Retrieved March 19, 2011.*
- ^ *"Libya Live Blog". Al Jazeera. March 19, 2011. Archived from the original on March 19, 2011. Retrieved March 19, 2011.*
- ^ *"Libya: US, UK and France attack Gaddafi forces". BBC News. March 20, 2011. Archived from the original on March 20, 2011. Retrieved March 20, 2011.*
- ^ *"French Fighter Jets Deployed over Libya". CNN. March 19, 2011. Archivedfrom the original on March 22, 2011. Retrieved March 19, 2011.*
- ^ *Orkaby, Asher (March 25, 2015). "Houthi Who?". Foreign Affairs. Archived from the original on March 27, 2015.*
- ^ *"Yemen in Crisis". Council on Foreign Relations. July 8, 2015. Archived from the original on May 9, 2015.*
- ^ *Cafiero, Giorgio; Wagner, Daniel (September 24, 2015). "Saudi Arabia and al-Qaeda Unite in Yemen".*
- ^ Saudi Arabia and al-Qaeda Unite in Yemen Archived February 10, 2017, at the Wayback Machine, *Huffington Post*, "Despite the international community's condemnation of Saudi Arabia's bombing of civilian areas in Yemen, ..."
- ^ *Oakford, Samuel (January 5, 2016). "The Saudi Coalition Bombed A Rehabilitation Center for Blind People in Yemen". Vice News.*
- ^ *MacDonald, Alex (January 5, 2016). "Yemen centre for blind 'hit in Saudi coalition air raid'". Middle East Eye. Archived from the original on January 7, 2016.*
- ^ *"Saudi Arabia launches air attacks in Yemen". The Washington Post. March 25, 2015.*
- ^ "U.S. Backs Saudi-Led Yemeni Bombing With Logistics, Spying" Archived April 6, 2017, at the Wayback Machine, Bloomberg

News, March 26, 2015

- ^ "Yemen conflict: US boosts arms supplies for Saudi-led coalition" Archived July 2, 2018, at the Wayback Machine. BBC News. April 8, 2015.
- ^ "US steps up arms for Saudi campaign in Yemen" Archived July 10, 2015, at the Wayback Machine, Al Jazeera, April 8, 2015
- ^ "Yemen: Saudi Arabia used cluster bombs, rights groups says" Archived July 4, 2018, at the Wayback Machine. BBC News. May 3, 2015.
- ^ Nichols, Michelle (December 22, 2015). *"U.N. blames Saudi-led coalition for most attacks on Yemeni civilians". Reuters UK. Archived from the original on December 24, 2015.*
- ^ *Cooper, Helene; Gibbons-Neff, Thomas; Schmitt, Eric (May 3, 2018). "Army Special Forces Secretly Help Saudis Combat Threat From Yemen Rebels". The New York Times.*
- ^ *"Saudi airstrikes in Yemen violate laws of war, rights group says". McClatchy DC.*
- ^ *Norton, Ben (March 17, 2016). "'Look like war crimes to me': Congressman raises concerns over U.S. support for Saudi war in Yemen". Salon.*
- ^ *Steve Visser (August 21, 2016). "US military distances itself from Saudi-led war in Yemen". CNN.*
- ^ *Warren Strobel, Jonathan Landay (October 10, 2016). "Exclusive: As Saudis bombed Yemen, U.S. worried about legal blowback". Reuters.*
- ^ *Nathalie Weizmann (March 27, 2015). "International Law on the Saudi-Led Military Operations in Yemen". Just Security.*
- ^ "Yemen: Embargo Arms to Saudi Arabia" Archived January 31, 2017, at the Wayback Machine Human Rights Watch, March 21, 2106
- ^ Jump up to:[a] [b] *Wintour, Patrick (September 3, 2019). "UK, US and France may be complicit in Yemen war crimes – UN report". The Guardian. Retrieved October 19, 2019.*
- ^ "Congress Votes to Say It Hasn't Authorized War in Yemen, Yet War in Yemen Goes On Archived 2018-01-07 at the Wayback Machine", *The Intercept*, November 14, 2017
- ^ *"PBS Report from Yemen: As Millions Face Starvation, American-Made Bombs Are Killing Civilians"*. Democracy Now!. July 19, 2018. Retrieved August 5, 2018.
- ^ *"Yemen could be 'worst famine in 100 years"*". BBC. October 15, 2018. Retrieved October 15, 2018.
- ^ *"US says* it now backs Venezuela opposition". BBC News. January 24, 2019. Retrieved January 24, 2019.
- ^ *"Pence says US wants Maduro out and 'all options' on table". ABC News. April 10, 2019. Retrieved January 8, 2020.*
- ^ *"Venezuela news: State uses tear gas on protestors as Pompeo threatens US military action". May 1, 2019. Retrieved January 8, 2020.*
- ^ *"Pompeo defends military restraint on Venezuela". France 24.*

December 2, 2019. Retrieved January 8, 2020.

- ^ "US diverts Central America aid to boost Venezuela's Guaido". AFP. Yahoo News. July 18, 2019. Retrieved January 4, 2020.
- ^ "UN rights chief decries latest US sanctions targeting Venezuela". The Guardian. Retrieved August 9, 2019.
- ^ Crowley, Michael; Kurmanaev, Anatoly (August 6, 2019). "Trump Imposes New Sanctions on Venezuela". The New York Times. ISSN 0362-4331. Retrieved January 2, 2020.

# Bibliography[edit]

*Bass, Gary J. (2008). Freedom's Battle: The Origins of Humanitarian Intervention. Knopf Doubleday. ISBN 978-0-307-26929-4*

- *Bass, Gary J. (2008). Freedom's Battle: The Origins of Humanitarian Intervention. Knopf Doubleday. ISBN 978-0-307-26929-4.*
- *Bert, Wayne (2016). American Military Intervention in Unconventional War: From the Philippines to Iraq. Springer. ISBN 978-0-230-33781-7.*
- *Blakeley, Ruth (2009). State Terrorism and Neoliberalism: The North in the South. Routledge. ISBN 978-0-415-68617-4.*
- *Blum, William (2003). Killing Hope: US Military and CIA Interventions Since World War II. Zed Books. ISBN 978-1-84277-369-7.*
- *Bruzzese, Anthony (2008). The Origins of Intervention: America, Italy, and the Fight Against Communism, 1947–1953. ISBN 978-0-494-46952-1.*
- *Cooley, Alexander (2012). Great Games, Local Rules: The New Power Contest in Central Asia. Oxford University Press. ISBN 978-0-19-981200-4.*
- *Cullinane, Michael (2012). Liberty and American Anti-Imperialism: 1898–1909. Springer. ISBN 978-1-137-00257-0.*
- *Foner, Philip (1972). The Spanish-Cuban-American War and the Birth of American Imperialism Vol. 1: 1895–1898. NYU Press. ISBN 978-0-85345-266-9.*
- *Foner, Philip (1972). The Spanish-Cuban-American War and the Birth of American Imperialism Vol. 2: 1898–1902. NYU Press. ISBN 978-0-85345-267-6.*
- *Fouskas, Vassilis; Gökay, Bülent (2005). The New American Imperialism: Bush's War on Terror and Blood for Oil. Greenwood Publishing Group. ISBN 978-0-275-98476-2.*
- *Grow, Michael (2008). U.S. Presidents and Latin American Interventions: Pursuing Regime Change in the Cold War. University Press of Kansas. ISBN 978-0-7006-1586-5.*
- *Harland, Michael (2013). Democratic Vanguardism: Modernity, Intervention, and the Making of the Bush Doctrine. Lexington Books. ISBN 978-0-7391-7970-3.*
- *Hiro, Dilip (2014). War Without End: The Rise of Islamist Terrorism and Global Response. Routledge. ISBN 978-1-136-48556-5.*
- *Kinzer, Stephen (2006). Overthrow: America's Century of Regime Change*

from Hawaii to Iraq. Times Books. ISBN 978-0-8050-8240-1.

- Little, Douglas (2009). American Orientalism: The United States and the Middle East since 1945. University of North Carolina Press. ISBN 978-0-8078-7761-6.
- Little, Douglas (2016). Us versus Them: The United States, Radical Islam, and the Rise of the Green Threat. UNC Press Books. ISBN 978-1-4696-2681-9.
- Maurer, Noel (2013). The Empire Trap: The Rise and Fall of U.S. Intervention to Protect American Property Overseas, 1893–2013. Princeton University Press. ISBN 978-1-4008-4660-3.
- McPherson, Alan (2016). A Short History of U.S. Interventions in Latin America and the Caribbean. John Wiley & Sons. ISBN 978-1-118-95400-3.
- McPherson, Alan (2013). Encyclopedia of U.S. Military Interventions in Latin America. ABC-CLIO. ISBN 978-1-59884-260-9.
- North, David (2016). A Quarter Century of War. Mehring Books. ISBN 978-1-893638-69-3.
- Parmar, Inderjeet; Cox, Michael (2010). Soft Power and US Foreign Policy: Theoretical, Historical and Contemporary Perspectives. Routledge. ISBN 978-1-135-15048-8.
- Sandstrom, Karl (July 18, 2013). Local Interests and American Foreign Policy: Why International Interventions Fail. Routledge. ISBN 978-1-135-04165-6.
- Schoonover, Thomas (2013). Uncle Sam's War of 1898 and the Origins of Globalization. University Press of Kentucky. ISBN 978-0-8131-4336-1.
- Sullivan, Michael (2008). American adventurism abroad: invasions, interventions, and regime changes since World War II. Blackwell Publishers. ISBN 978-1-4051-7075-8.
- Wilford, Hugh (2008). The Mighty Wurlitzer: How the CIA Played America. Harvard University Press. ISBN 978-0-674-04517-0.
- Wilford, Hugh (2013). America's Great Game: The CIA's Secret Arabists and the Shaping of the Modern Middle East. Basic Books. ISBN 978-0-465-01965-6.

Categories:

- United States involvement in regime change
- Changes in political power
- Politics of the United States
- United States foreign policy

## US INVOLVEMENT IN RIGIME CHANGE

# United States involvement in regime change

From Wikipedia, the free encyclopedia

Jump to navigationJump to search

**History of US expansion and influence**

**United States involvement in regime change** has entailed both overt and covert actions aimed at altering, replacing, or preserving foreign governments. In the latter half of the 19th century, the U.S. government initiated actions for regime change mainly in Latin America and the southwest Pacific, including the Spanish–American and Philippine–American wars. At the onset of the 20th century, the United States shaped or installed governments in many countries around the world, including neighbors Panama, Honduras, Nicaragua, Mexico, Haiti, and the Dominican Republic.

During World War II, the United States helped overthrow many Nazi Germany or imperial Japanese puppet regimes. Examples include regimes in the Philippines, Korea, the Eastern portion of China, and much of Europe. United States forces were also instrumental in ending the rule of Adolf Hitler over Germany and of Benito Mussolini over Italy. After World War II, the United States in 1945 ratified[1] the UN Charter, the preeminent international law document,[2] which legally bound the U.S. government to the Charter's provisions, including Article 2(4), which prohibits the threat or use of force in international relations, except in very limited circumstances.[3] Therefore, any legal claim advanced to justify regime change by a foreign power carries a particularly heavy burden.[4]

In the aftermath of World War II, the U.S. government struggled with the Soviet Union for global leadership, influence and security within the context of the Cold War. Under the Eisenhower administration, the U.S. government feared that national security would be compromised by governments propped by the Soviet Union's own involvement in regime change and promoted the domino theory, with later presidents following Eisenhower's precedent.[5] Subsequently, the United States expanded the geographic scope of its actions beyond traditional area of operations, Central America and the Caribbean. Significant operations included the United States and United Kingdom-orchestrated 1953 Iranian coup d'état, the 1961 Bay of Pigs Invasion targeting Cuba, and support for the overthrow of Sukarno by General Suharto in Indonesia. In addition, the U.S. has interfered in the national elections of countries, including in Japan in the 1950s and 1960s, the Philippines in 1953, and in Lebanon in the 1957 elections using secret cash infusions.[6] According to one study, the U.S. performed at least 81 overt and covert known interventions in foreign elections during the period 1946–2000.[7] Another study found that the U.S. engaged in 64 covert and six overt attempts at regime change during the Cold War.[5]

Following the dissolution of the Soviet Union, the United States has led or supported wars to determine the governance of a number of countries. Stated U.S. aims in these conflicts have included fighting the War on Terror, as in the ongoing Afghan war, or removing dictatorial and hostile regimes, as in the Iraq War.

**Contents**


- 1Pre-1887 interventions
  - **1.11800s**
    - **1.1.11805: Tripolitania**
    - **1.1.21846–1848 Annexation of Texas and invasion of California**
    - **1.1.31853–1854: Japan**
  - **1.21860s**
    - **1.2.11865–1867: Mexico**
- **21887–1912: U.S. Empire, Expansionism, and the Roosevelt Administration**
  - **2.11880s**
    - **2.1.11887–1889: Samoa**
  - **2.21890s**
    - **2.2.11893: Kingdom of Hawaii**
  - **2.31900s**
    - **2.3.11903: Panama**
    - **2.3.21903–1925: Honduras**
    - **2.3.31906–1909: Cuba**
    - **2.3.41909–1910: Nicaragua**
- **31912–1941: The Wilson administration, World War I, and the interwar period**
  - **3.11910s**
    - **3.1.11912–1933: Nicaragua**
    - **3.1.21913–1919: Mexico**
    - **3.1.31915–1934: Haiti**
    - **3.1.41916–1924: Dominican Republic**
    - **3.1.51917–1919: Germany**
    - **3.1.61917–1920: Austria-Hungary**
    - **3.1.71918–1920: Russia**
- **41941–1945: World War II and the aftermath**
  - **4.11940s**
    - **4.1.11941: Panama**
    - **4.1.21941–1952: Japan**
    - **4.1.31941–1949: Germany**
    - **4.1.41941–1946: Italy**

        - 4.1.51944–1946: France
        - 4.1.61944–1945: Belgium
        - 4.1.71944–1945: Netherlands
        - 4.1.81944–1945: Philippines
        - 4.1.91945–1955: Austria
- 51945–1991: The Cold War
    - 5.11940s
        - 5.1.11945–1948: South Korea
        - 5.1.21945–1949: China
        - 5.1.31947–1949: Greece
        - 5.1.41948: Costa Rica
        - 5.1.51949–1953: Albania
        - 5.1.61949: Syria
    - 5.21950s
        - 5.2.11950–1953: Korea
        - 5.2.21952: Egypt
        - 5.2.31952–1953: Iran
        - 5.2.41953–1958: Cuba
        - 5.2.51953: Philippines
        - 5.2.61954: Guatemala
        - 5.2.71954: Paraguay
        - 5.2.81956–1957: Syria
        - 5.2.91957–1959: Indonesia
        - 5.2.101958: Lebanon
        - 5.2.111959–1963: South Vietnam
        - 5.2.121959: Iraq
        - 5.2.131959–2000: Cuba
    - 5.31960s
        - 5.3.11960–1965: Congo-Leopoldville
        - 5.3.21960: Laos
        - 5.3.31961: Dominican Republic
        - 5.3.41961–1975: Laos
        - 5.3.51961–1964: Brazil
        - 5.3.61963: Iraq
        - 5.3.71964: Chile

    - 5.3.81964–1975: Vietnam
    - 5.3.91965–1966: Dominican Republic
    - 5.3.101965–1967: Indonesia
    - 5.3.111967–1975: Cambodia
  - 5.41970s
    - 5.4.11970–1973: Chile
    - 5.4.21971: Bolivia
    - 5.4.31973: Uruguay
    - 5.4.41974–1991: Ethiopia
    - 5.4.51975–1991: Angola
    - 5.4.61977: Zaire
    - 5.4.71978: Zaire
    - 5.4.81979–1993: Cambodia
    - 5.4.91979–1989: Afghanistan
  - 5.51980s
    - 5.5.11980–1989: Poland
    - 5.5.21980–1992: El Salvador
    - 5.5.31981–1982: Chad
    - 5.5.41981–1990: Nicaragua
    - 5.5.51983: Grenada
    - 5.5.61987: Burkina Faso
    - 5.5.71989–1994: Panama
- 61991–present: Post-Cold War
  - 6.11990s
    - 6.1.11991: Iraq
    - 6.1.21991: Haiti
    - 6.1.31992–1996: Iraq
    - 6.1.41994–1995: Haiti
    - 6.1.51996–1997: Zaire
    - 6.1.61997–1998: Indonesia
  - 6.22000s
    - 6.2.12000: Yugoslavia
    - 6.2.22002: Venezuela
    - 6.2.32003–2011: Iraq
    - 6.2.42006–2007: Palestinian territories

        - 6.2.52006–present: Syria
        - 6.2.62007: Iran
        - 6.2.72009: Honduras
    - 6.32010s
        - 6.3.12011: Libya
        - 6.3.22015–present: Yemen
        - 6.3.32019–present: Venezuela
- 7See also
- 8Notes
- 9Bibliography


.[74]

**After the Japanese surrender, the US continued to support the KMT against the PLA. The US airlifted many KMT troops from central China to Manchuria. Approximately 50,000 U.S. troops were sent to guard strategic sites in Hubei and Shandong. The U.S. trained and equipped KMT troops, and also transported Korean troops and even imperial Japanese troops back to help KMT forces fight, and ultimately lose, against the People's Liberation Army.[75] President Harry Truman justified deploying the very Japanese occupying army under whose boot the Chinese people had suffered so terribly to fight against the Chinese communists in this way: "It was perfectly clear to us that if we told the Japanese to lay down their arms immediately and march to the seaboard, the entire country would be taken over by the Communists. We therefore had to take the unusual step of using the enemy as a garrison until we could airlift Chinese National troops to South China and send Marines to guard the seaports."[76] Within less than two years after the Sino-Japanese War, the KMT had received $4.43 billion from the United States—most of which was military aid.[75][77]**

**1947–1949: Greece**[edit]

*Main article: Greek Civil War*



By the Summer of 1944, Communist partisans, then known as the Greek People's Liberation Army (ELAS), had liberated nearly all of Greece outside of Athens from Axis occupation, while also attacking and defeating rival non-Communist partisan groups. On 12 August 1944, German forces retreated from the Athens area two days ahead of British landings there, ending the Axis occupation of Greece.

The British military together with Greek forces under control of the Greek government then fought for control of the country in the Greek Civil War against the Communists, who at that time were known as the Democratic Army of Greece (DSE). By early 1947, the British government could no longer afford the huge cost of financing the war against DSE, and pursuant to the October 1944 Percentages Agreement between Winston Churchill and Joseph Stalin, Greece was to remain part of the Western sphere of influence. Accordingly, the British requested the US government to step in and the U.S. flooded the country with military equipment, military advisers and weapons.[78]:553–554[79]:129[80][81] With increased U.S. military aid, by September 1949 the Greek government eventually won.[82]:616–617

**1948: Costa Rica**[edit]

*Main article: Costa Rican Civil War*



1940s Costa Rica politics was dominated by Rafael Angel Calderon Guardia and his National Republican Party. Calderon was a right wing figure who had support of the Catholic Church and the elite. However he alienated the rich with his policies and attacked the German community present in the country.[83] Teodoro Picado Michalski was the successor of Calderon, and he strengthened the military, which was used to keep peace, and many forces aligned with the National Republican Party fought against the opposition. The National Republican Party, while right wing, had formed a coalition with the People's Vanguard Party, the Costa Rican communist party, led by congressmen Manuel Mora. Among those affected by the party was Jose Figueres Ferrer, a businessman who was exiled in 1942 for criticizing Calderon. He began training the Caribbean Legion hoping to overthrow authoritarian Latin American governments.[84][85][86][87][88] In the 1948 Costa Rican General Election the opposition candidate Otilio Ulate under the National Union Party won, however the Republicans with the communists decided to void the results.[89] This resulted into political chaos which would break out into the Costa Rican Civil War. This would begin when the National Liberation Army, formed and led by Figueres, exchanged fire with government troops.[90]

The US government kept an eye on the situation and became worried when the war broke out. Their main worry was Calderon's alliance with the communists, and the civil war had begun a little over a month after the 1948 Czechoslovak coup, which made the US more worried.[91] The US government also disliked Figueres, but would step in to help him indirectly, in order to destroy the influence of the communists. First, the US put the troops on the Panama canal on high alert to stop the communists in case they seized power, though they never invaded.[91] Second, and more importantly, while the Republicans was allied with the communists, they received assistance from right wing

Nicaraguan dictator Anastascio Somoza Garcia, so the United States forced Somoza to stop supporting them. Thirdly the rebels received help from left wing Guatemalan president Juan Jose Arevalo, and when the Costa Rican government took the issue to the UN, the US stopped the issue from being addressed.[91] With this on April 24 the war ended with Figueres' rebels taking victory.

**1949–1953: Albania**[edit]
*See also: Albanian Subversion*



Albania was in chaos after World War II and the country was not as focused on peacetime conferences in comparison to other European nations, while having suffered high casualties.[92] It was threatened by its larger neighbors with annexation. After Yugoslavia dropped out of the East Bloc, the small country of Albania was geographically isolated from the rest of the East Bloc.

The United States and United Kingdom took advantage of the situation and recruited anti-communist Albanians who had fled after the USSR invaded. The US and UK formed the “Free Albania” National Committee, made up of many of the emigres. Albanians, recruited, were trained by the U.S. and UK., infiltrated the country, multiple times. Eventually, the operation was found out and many of the agents fled, were executed, or were tried. The operation would become a failure.The operation was declassified in 2006, due to the Nazi War Crimes Disclosure Act and is now available in the National Archives.[93][94]



**1949: Syria**[edit]
*Main article: March 1949 Syrian coup d'état*

The democratically elected government of Shukri al-Quwatli was overthrown by a junta led by the Syrian Army chief of staff at the time, Husni al-Za'im, who became President of Syria on April 11, 1949. Za'im had extensive connections to CIA operatives,[95] although the exact nature of U.S. involvement in the coup remains highly controversial.[96][97][98] The construction of the Trans-Arabian Pipeline, which had been held up in the Syrian parliament, was approved by Za'im, the new president, just over a month after the coup.[99]

## 1950s[edit]



**1950–1953: Korea**[edit]

*See also: Korean War*

Ever since the Korean peninsula had been divided between the US and USSR, it had been hoped that the peninsula could be reunited under one government, though neither the US nor USSR wanted the other government in charge of it. During the conflict, both Korean governments considered themselves the legitimate government of Korea. The Southern government had crushed communist uprisings by the late '40s. However Kim Il-Sung thought that their military was weak and that the US would not defend them if he invaded. On June 25, 1950 the DPRK invaded the RoK exchanged fire and the DPRK quickly advanced to take much of the country.[100][101] However, Kim misjudged the US interest in who would control the peninsula. In 1949 the communists had won the Chinese Civil War and the US government did not want communism to expand further into Korea because administration officials such as Dean Acheson viewed communism through the lens of the Domino theory and George Kennan's idea of "containment".[102] The United States organized a vast coalition of armed forces and UN peacekeeping forces and pushed back against the DPRK.[103][104] General Douglas MacArthur advanced up the 38th Parallel on the Peninsula and intended to end the Northern government.[105][106] China joined the war and pushed the coalition forces back.[107] The war would continue until 1953 when an armistice was signed between both sides on July 23, 1953 ending the fighting and setting up the Korean Demilitarized Zone (DMZ).[108]

**1952: Egypt**[edit]

*Main articles: Egyptian revolution of 1952 and Project FF*

In February 1952, following January's violent riots in Cairo amid widespread nationalist discontent over the continued British occupation of the Suez Canal and Egypt's defeat in the 1948 Arab–Israeli War, CIA officer Kermit Roosevelt Jr. was dispatched by the State Department to meet with Farouk I of the Kingdom of Egypt. American policy at that time was to convince Farouk to introduce reforms that would weaken the appeal of Egyptian radicals and stabilize Farouk's grip on power. The U.S. was notified in advance of the successful July coup led by nationalist and anti-communist Egyptian military officers (the "Free Officers") that replaced the Egyptian monarchy with the Republic of Egypt under the leadership of Mohamed Naguib and Gamal Abdel Nasser. CIA officer Miles Copeland Jr. recounted in his memoirs that Roosevelt helped coordinate the coup during three prior meetings with the plotters (including Nasser, the future Egyptian president); this has not been confirmed by declassified documents but is partially supported by circumstantial evidence.

Roosevelt and several of the Egyptians said to have been present in these meetings denied Copeland's account; another U.S. official, William Lakeland, said its veracity is open to question. Hugh Wilford notes that "whether or not the CIA dealt directly with the Free Officers *prior* to their July 1952 coup, there was extensive secret American-Egyptian contact in the months *after* the revolution."[109][110]



**1952–1953: Iran**[edit]
*Main article: 1953 Iranian coup d'état*

From the discovery of oil in Iran in the late nineteenth century major powers exploited the weakness of the Iranian government to obtain concessions that many believed failed to give Iran a fair share of the profits. During World War II, the UK, the USSR and the US all became involved in Iranian affairs. Iranian officials began to notice that British taxes were increasing while royalties to Iran declined. By 1948, Britain received substantially more revenue from the Anglo-Iranian Oil Company (AIOC) than Iran. Negotiations to meet this and other Iranian concerns exacerbated rather than eased tensions.[111]

On March 15, 1951, the Majlis, the Iranian parliament, passed legislation championed by Mohammad Mosaddegh to nationalize the AIOC. The senate approved the measure two days later. Fifteen months later, Mosadegh was elected Prime Minister.

International business concerns then boycotted oil from the nationalized Iranian oil industry. This contributed to concerns in Britain and the US that Mosadegh might be a communist. He was reportedly supported by the Communist Tudeh Party.[112]

The CIA began supporting 18 of their favorite candidates in the 1952 Iranian Legislative Election.[113] After that the CIA launched Operation Ajax to restore the power of the Shah and crush the leftists. The 1953 Iranian coup d'état, (known in Iran as the "28 Mordad coup"[114]) was the overthrow of the democratically elected government of Iranian Prime Minister Mohammad Mosaddegh on August 19, 1953, orchestrated by the intelligence agencies of the United Kingdom (under the name "Operation Boot") and the United States (under the name "TPAJAX Project").[115][116][117][118] The coup saw the transition of Mohammad Reza Pahlavi from a constitutional monarch to an authoritarian, who relied heavily on United States government support.

That support dissipated during the Iranian Revolution of 1979, as his own security forces refused to shoot into crowds of nonviolent protestors, which included family and friends of many in the security forces.[119]

**1953–1958: Cuba**[edit]

*See also: Cuban Revolution*

In July 1953 the 26th of July Movement rose up against Cuban dictator Fulgencio Batista. The dictator had the support of the United States since he came to power and the US supplied him with planes, napalm, ships, tanks, and other military equipment as well as parts for these devices.[120] Despite this support as the insurgency intensified against Batista and they started gaining victories the U.S. turned against Batista and realized it did not look good that they were funding the losing unpopular side. The U.S. first tried gaining influence among the rebels by supplying them with "No less than $50,000" from 1957 to 1958.[121] Then in 1958 the United States imposed an arms embargo on Cuba stopping any military equipment from getting into the country. As well as equipment it ended the sale of parts used to fix equipment which especially effected the air force.[122] Despite the embargo U.S. businessmen and the Mafia still supported Batista.[123][124] However a year later in 1959 the revolutionaries won and took the country.

**1953: Philippines**[edit]

In the 1953 Philippines General Elections the CIA funded a number of candidates, including Ramon Magsaysay. The U.S. wanted the country secure in case China invaded. Magsaysay's campaign was run by Edward Lansdale on behalf of the CIA while other candidates competed for CIA influence and both major parties in the Philippines tried to nominate Marsaysay. Even the people of the Philippines were interested in the opinion of average Americans. The CIA involvement was very successful in getting their candidates elected.[125][126]



**1954: Guatemala**[edit]
*Main article: 1954 Guatemalan coup d'état*

In a CIA operation code named Operation PBSuccess, the U.S. government executed a coup that was successful in overthrowing the democratically elected government of President Jacobo Árbenz and installed Carlos Castillo Armas, the first of a line of right-wing dictators, in its place.[127][128][129] Not only was it done for the ideological purpose of containment, but the CIA had been approached by the United Fruit Company as it saw possible loss in profits due to the situation of workers in the country, i.e., the introduction of anti-exploitation laws.[130] The perceived success of the operation made it a model for future CIA operations because the CIA lied to the president of the United States when briefing him regarding the number of casualties.[131]

**1954: Paraguay**[edit]
*Main article: 1954 Paraguayan coup d'état*

**1956–1957: Syria**[edit]
*See also: CIA activities in Syria*

In 1956 Operation Straggle was a coup plot against Syria. The CIA made plans for a coup for late October 1956 to topple the Syrian government. The plan entailed takeover by the Syrian military of key cities and border crossings.[132][133][134] The plan was postponed when Israel invaded Egypt in October 1956 and US planners thought their operation would be unsuccessful at a time when the Arab world is fighting "Israeli aggression." The operation was uncovered and American plotters had to flee the country.[135]

In 1957 Operation Wappen was a coup plan against Syria. A second coup attempt the following year called for assassination of key senior Syrian officials, staged military incidents on the Syrian border to be blamed on Syria and then to be used as pretext for invasion by Iraqi and Jordanian troops, an intense US propaganda campaign targeting the Syrian population, and "sabotage, national conspiracies and various strong-arm activities" to be blamed on Damascus.[136][137][134][138] This operation failed when Syrian military officers paid off with millions of dollars in bribes to carry out the coup revealed the plot to Syrian intelligence. The U.S. Department of State denied accusation of a coup attempt and along with US media accused Syria of being a "satellite" of the USSR.[137][139][140]

There was also an assassination plot later, called "The Preferred Plan", in 1957 against many leaders in Syria. There would be a Free Syria committee set up and outside invasion would be encouraged. However, this plan was never put through.[141]

**1957–1959: Indonesia**[edit]
*See also: CIA activities in Indonesia*



As a founding member of the Non-Aligned Movement and host of the April 1955 Bandung Conference, Indonesia was charting a course toward an independent foreign policy that was not militarily committed to either side in the Cold War.[142][143] Starting in 1957, the CIA supported a failed coup plan by rebel Indonesian military officers. CIA pilots, such as Allen Lawrence Pope, piloted planes operated by CIA front organization Civil Air Transport (CAT) that bombed civilian and military targets in Indonesia. The CIA instructed CAT pilots to target commercial shipping in order to frighten foreign merchant ships away from Indonesian waters, thereby to weaken the Indonesian economy and thus to destabilize the government of Indonesia. The CIA aerial bombardment resulted in the sinking of several commercial ships[144] and the bombing of a marketplace that killed many civilians.[145] The coup attempt failed at that

time[146] and U.S. President Dwight D. Eisenhower denied any U.S. involvement.[147]



**1958: Lebanon**[edit]

*Main article: 1958 Lebanon crisis*

The U.S. launched Operation Blue Bat in July 1958 to intervene in the 1958 Lebanon crisis. This was the first application of the Eisenhower Doctrine, according to which the U.S. was to intervene to protect regimes it considered threatened by international communism. The goal of the operation was to bolster the pro-Western Lebanese government of President Camille Chamoun against internal opposition and threats from Syria and Egypt.[citation needed]

**1959–1963: South Vietnam**[edit]

*Main articles: War in Vietnam (1959–1963), 1963 South Vietnamese coup, Arrest and assassination of Ngo Dinh Diem, and Buddhist crisis*

In 1959 a branch of the Worker's Party of Vietnam was formed in the south of the country and began an insurgency against the Republic of Vietnam with the support of North Vietnam.[148] They were funded through Group 559m which was formed the same year and sent weapons down the Ho Chi Minh Trail.[149] In 1959 the National Liberation Front of South Vietnam (NLF) (commonly referred to as Viet Cong, literally 'Vietnamese Communist') was formed in the south, engaging in communist insurgency through the Liberation Army of South Vietnam (LASV).[150] The US supported the RoV against the communists. After the 1960 US election, President John F. Kennedy became much more involved with the fight against the insurgency.[151]



Location of South Vietnam

From mid-1963, the Kennedy administration became increasingly frustrated with South Vietnamese President Ngo Dinh Diem's corrupt and repressive rule and his persecution of the Buddhist majority. In light of Diem's refusal to adopt reforms, American officials debated whether they should support efforts to replace him. These debates crystallized after the ARVN Special Forces, which took their orders directly from the palace, raided Buddhist temples across the country, leaving a death toll estimated in the hundreds, and resulted in the dispatch of Cable 243 on August 24, 1963, which instructed United

States Ambassador to South Vietnam, Henry Cabot Lodge Jr., to "examine all possible alternative leadership and make detailed plans as to how we might bring about Diem's replacement if this should become necessary". Lodge and his liaison officer, Lucien Conein, contacted discontented Army of the Republic of Vietnam officers and gave assurances that the US would not oppose a coup or respond with aid cuts. These efforts culminated in a coup d'état on November 2, 1963, during which Diem and his brother were assassinated.[152] By the end of 1963 the Viet Cong switched to a much more aggressive strategy in fighting the Southern government and the USA.

The Pentagon Papers concluded that "Beginning in August of 1963 we variously authorized, sanctioned and encouraged the coup efforts of the Vietnamese generals and offered full support for a successor government. In October we cut off aid to Diem in a direct rebuff, giving a green light to the generals. We maintained clandestine contact with them throughout the planning and execution of the coup and sought to review their operational plans and proposed new government."[153]

*See also: 1960 South Vietnamese coup attempt and 1962 South Vietnamese Independence Palace bombing*

**1959: Iraq**[edit]

Richard Sale of *United Press International*, citing Adel Darwish and other experts, has reported that the October 1959 assassination attempt on Iraqi Prime Minister Abd al-Karim Qasim involving a young Saddam Hussein and other Ba'athist conspirators was a collaboration between the CIA and Egyptian intelligence.[154] Bryan R. Gibson has challenged the veracity of Sale and Darwish, citing declassified documents that indicate the CIA was blindsided by the timing of the assassination attempt on Qasim and that the National Security Council "had just reaffirmed [its] nonintervention policy" six days before it occurred.[155] Although the assassination attempt failed after Saddam (who was only supposed to provide cover) opened fire on Qasim—forcing Saddam to spend more than three years in exile in the Egyptian-led United Arab Republic (UAR) under threat of death if he returned to Iraq—it led to widespread exposure for Saddam and the Ba'ath within Iraq, where both had previously languished in obscurity, and later became a crucial part of Saddam's public image during his tenure as President of Iraq.[156][157] It is possible that Saddam visited the U.S. embassy in Cairo during his exile.[158] A former high-ranking U.S. official told Marion Farouk–Sluglett and Peter Sluglett that Iraqi Ba'athists, including Saddam, "had made contact with the American authorities in the late 1950s and early 1960s."[159]

**1959–2000: Cuba**[edit]

*Main articles: Cuban Project, Bay of Pigs Invasion, and Assassination attempts on Fidel Castro*




Location of Bay of Pigs in Cuba

The CIA backed a force composed of CIA-trained Cuban exiles to invade Cuba with support and equipment from the US military, in an attempt to overthrow the Cuban government of Fidel Castro. The invasion was launched in April 1961, three months after John F. Kennedy assumed the presidency in the United States. The Cuban armed forces defeated the invading combatants within three days.

Operation MONGOOSE was a year-long U.S. government effort to overthrow the government of Cuba.[160] The operation included economic warfare, including an embargo against Cuba, "to induce failure of the Communist regime to supply Cuba's economic needs," a diplomatic initiative to isolate Cuba, and psychological operations "to turn the peoples' resentment increasingly against the regime."[161] The economic warfare prong of the operation also included the infiltration of CIA operatives to carry out many acts of sabotage against civilian targets, such as a railway bridge, a molasses storage facilities, an electric power plant, and the sugar harvest, notwithstanding Cuba's repeated requests to the United States government to cease its armed operations.[162][161] In addition, the CIA planned a number of assassination attempts against Fidel Castro, head of government of Cuba, including attempts that entailed CIA collaboration with the American mafia.[163][164][165]

## 1960s[edit]

### 1960–1965: Congo-Leopoldville[edit]

*Main articles: Patrice Lumumba and Congo Crisis*



Patrice Lumumba was elected the first Prime Minister of the Republic of Congo, now the Democratic Republic of Congo, in May 1960, and in June 1960 achieved full independence from Belgium. Belgium started supporting separatist movements in the country against him, in order to keep power over resources in the region, starting the Congo Crisis. Lumumba called in the United Nations to help him, but the U.N. force only agreed to keep peace and not stop the separatist movements. Lumumba than agreed to receive help from the USSR in order to stop the separatists, worrying the United States, due to the supply of uranium in the country. At first, The Eisenhower Administration attempted to poison him with his toothpaste, but this was abandoned.[166] The United States encouraged the Belgians and Mobutu Sese Seko, a colonel in the army, to overthrow him which they did on September 14, 1960. After being locked in prison Mobutu sent him to Katanga, one of the areas launching

an insurgency, and he was executed soon after on January 17, 1961.[167]

After Lumumba was killed and Mobutu Sese Seko took power the United Nations forces started acting with stronger hand and attacking the separatist forces. As well the US began funding him in order to secure him against the separatists and opposition. After his assassination, many of Lumumba's supporters went to the Eastern part of the country and formed the Free Republic of the Congo with its capital in Stanleyville in opposition to Mobutu Sese Seko's government. The government was limited in its recognition, and the United Nations recognized the government in Leopoldville. Eventually, the government in Stanleyville agreed to rejoin with the Leopoldville government under the latter's rule.[168][169] However Lumumba's former supporters felt that they had been cheated out. In 1963 the Lumumba supporters again formed a separate government in the east of the country and launched the Simba rebellion. The rebellion had support from the Soviet Union and many other countries in the Eastern Bloc. However ideological infighting and incompetence hampered its success. As well the Soviet weapon shipments shipped through Sudan were attacked by Anyanya insurgents, and when this came to light the US used this to justify supplying the Leopoldville government more.[170][170] The US and Belgium launched Operation Dragon Rouge to suppress the rebellion and were very successful. The US also supplied the Anyanya insurgents and worked with them to fight the Simba rebels.[171] As well the Kwilu rebellion also occurred in solidarity with the Simba rebellion and was also crushed.[172]

Later on after the March 1965 elections, Mobutu Sese Seko launched a second coup with the support of the US and other powers. Mobutu Sese Seko claimed democracy would return in five years and he was popular initially.[173][173] However, he instead took increasingly authoritarian powers eventually becoming the dictator of the country.[173] He renamed the country Zaire in 1971.

**1960: Laos**[edit]

On August 9, 1960, Captain Kong Le with his paratroop battalion seized control of the administrative capital city of Vientiane in a bloodless coup on a "Neutralist" platform with the stated aims of ending the civil war raging in Laos, ending foreign interference in the country, ending the corruption caused by foreign aid, and better treatment for soldiers.[174][175] With CIA support, Field Marshal Sarit Thanarat, the prime minister of Thailand, set up a covert Thai military advisory group, called Kaw Taw. Kaw Taw together with the CIA backed a November 1960 counter-coup against the new Neutralist government in Vientiane, supplying artillery, artillerymen, and advisers to General Phoumi Nosavan, first cousin of Sarit. It also deployed the CIA-sponsored Police Aerial Reinforcement Unit (PARU) to operations within Laos.[176] With the help of CIA front organization Air America to airlift war supplies and with other U.S. military assistance and covert aid from Thailand, General Phoumi Nosavan's forces captured Vientiane in November 1960.[177][178]

**1961: Dominican Republic**[edit]

*Main article: Rafael Trujillo*



Trujillo in 1952

In May 1961, the ruler of the Dominican Republic, Rafael Trujillo was murdered with weapons supplied by the United States Central Intelligence Agency (CIA).[179][180] An internal CIA memorandum states that a 1973 Office of Inspector General investigation into the murder disclosed "quite extensive Agency involvement with the plotters." The CIA described its role in "changing" the government of the Dominican Republic as a 'success' in that it assisted in moving the Dominican Republic from a totalitarian dictatorship to a Western-style democracy."[181][182] Juan Bosch, an earlier recipient of CIA funding, was elected president of the Dominican Republic in 1962, and was deposed in 1963.[183]

**1961–1975: Laos**[edit]

*See also: CIA activities in Laos*



The United States intervened in the Laotian Civil War against the Pathet Lao communist movement of Laos headed by Prince Souphanouvong, so as to preserve the royalist faction that had been favored by the French and to destroy a Viet Cong supply line known as the Ho Chi Minh Trail. In this proxy war, the two sides received major external support from the two world superpowers. The U.S. government tried to keep the war secret from the American population by having the CIA Special Activities Division (Operation Millpond, Operation Barrel Roll and Operation Steel Tiger) back the war and by using tribesmen of the Hmong people that it trained, armed and paid to wage the war.[184][185][186] U.S. military support was critical, and for example, in 1962, in the Battle of Luang Namtha, the Laotian military came close to collapse but the war effort was saved by a major U.S. effort. One of the U.S.'s foremost Laotian military leaders in the field was general Vang Pao, a Hmong leader and commander of Military Region 2 in northern Laos. The Hmong people, based primarily in an area known as

the Golden Triangle, needed to transport out the opium poppy they cultivated as their primary cash crop, so Air America, a CIA front, "began flying opium from mountain villages north and east of the Plain of Jars to CIA asset Hmong General Vang Pao's headquarters at Long Tieng."[187] The Hmong "tribesmen continued to grow, as they had for generations, the opium poppy....The [heroine refinery] lab's production was soon being ferried out on the planes of the CIA's front airline, Air America."[188][189][190][191][192] The CIA never denied the allegation but asserted that trading in opium was legal in Laos until 1971 and that opium was the sole cash crop of isolated Hmong hill tribes and one of their few medicines.[193]

**1961–1964: Brazil**[edit]

*Main articles: João Goulart and 1964 Brazilian coup d'état*



When the president of Brazil resigned in August 1961, he was lawfully succeeded by João Belchior Marques Goulart, the democratically elected vice president of the country.[194] João Goulart was a proponent of democratic rights, the legalization of the Communist Party, and economic and land reforms, but the US government insisted that he impose a program of economic austerity. The United States government implemented a plan with the code name Operation Brother Sam for the destabilization of Brazil, by cutting off aid to the Brazilian government, providing aid to state governors of Brazil who opposed the new president, and encouraging senior Brazilian military officers to seize power and to back army chief of staff General Humberto de Alencar Castelo Branco as coup leader.[194][195] General Branco led the April 1964 overthrow of the constitutional government of President João Goulart and was installed as first president of the military regime, immediately declaring a state of siege and arresting more than 50,000 political opponents within the first month of seizing power, while the US government expressed approval and re-instituted aid and investment in the country.[196]

**1963: Iraq**[edit]

*Main article: Ramadan Revolution*

Several sources, notably Said Aburish, have alleged that the February 1963 coup that resulted in the formation of a Ba'athist government in Iraq was "masterminded" by the CIA.[197] No declassified U.S. documents have verified this allegation.[198] However, senior National Security Council official Robert Komer wrote to President John F. Kennedy on February 8, 1963 that the Iraqi coup "is almost certainly a net gain for our side ... CIA had excellent reports on the plotting, but I doubt either they or UK should claim much credit for it."[199] Brandon Wolfe-Hunnicutt states that "Scholars remain divided in their interpretations of American foreign policy toward the February 1963 coup in Iraq," but cites "compelling evidence of an American role in the coup."[200]

Tareq Y. Ismael, Jacqueline S. Ismael, and Glenn E. Perry state that "Ba'thist forces and army officers overthrew Qasim on February 8, 1963, in collaboration with the CIA."[201] Conversely, Gibson argues that "the preponderance of evidence substantiates the conclusion that the CIA was not behind the February 1963 B'athist coup."[202] The U.S. offered material support to the new Ba'athist government after the coup, despite an anti-communist purge and Iraqi atrocities against Kurdish rebels and civilians.[203] Because of this, Nathan Citino asserts: "Although the United States did not initiate the 14 Ramadan coup, at best it condoned and at worst it contributed to the violence that followed."[204] The Ba'athist government collapsed in November 1963 over the question of unification with Syria (where a rival branch of the Ba'ath Party had seized power in March).[205]

There has been a great deal of academic discussion regarding allegations from King Hussein of Jordan and others that the CIA (or other U.S. agencies) provided the Ba'athist government with lists of communists and other leftists, who were then arrested or killed by the Ba'ath Party's militia—the National Guard.[206] Gibson and Hanna Batatu emphasize that the identities of Iraqi Communist Party members were publicly known and that the Ba'ath would not have needed to rely on U.S. intelligence to identify them, whereas Citino considers the allegations plausible because the U.S. embassy in Iraq had actually compiled such lists, and because Iraqi National Guard members involved in the purge received training in the U.S.[207][208][209]

**1964: Chile**[edit]

During the 1964 Chilean Presidential Elections the United States through the CIA funneled approximately $2.6 million for Eduardo Frei Montaiva, and also funneled money to help pro-Christian Democratic groups and funding propaganda to harm the reputation of Salvador Allende, the opposition candidate and Marxist. The funding made up more than half of Frei's campaign money. As well as propaganda the CIA also helped with polling, voter drives, and voter registration. The United States was doing this in order to counter the Soviet Union's support of Allende.[210] This involvement was later revealed by the Church Committee in 1975.[211]



Location of Vietnam

**1964–1975: Vietnam**[edit]

*See also: January 1964 South Vietnamese coup, September 1964 South Vietnamese coup attempt, December 1964 South Vietnamese coup, 1965 South Vietnamese coup, and Vietnam War*

The United States had troops placed in Vietnam since the end of World War II.[citation needed] As the First Indochina War ended with a French withdrawal, US involvement increased. This culminated in The Gulf of Tonkin incident on August 2, 1964 in which the U.S. and North Vietnamese allegedly skirmished.[212] The circumstances have been questioned since. A second attack was reported on August 4 however a declassified National Security Agency (NSA) document revealed that there no second attack.[213] This caused Congress to pass the Gulf of Tonkin Resolution on August 7, 1964 authorizing Lyndon Johnson "to take all necessary measures to repel any armed attack against the forces of the United States and to prevent further aggression". The United States expanded involvement and began to use aerial bombardments.[214] The U.S. fought a guerilla war against the Viet Cong, which was not very successful. In early 1968 the Viet Cong and North Vietnamese launched the Tet Offensive, hoping to overthrow the South Vietnamese government. However, the U.S. and South Vietnamese troops were able to stop them from taking it.[215] Despite the failure the American public questioned how exactly the Viet Cong could still launch a large offensive when they had been repeatedly told of the United States' progress in Vietnam, increasing anti-war sentiment.[216] The U.S. began peace talks in Paris.[217] The war became an issue in 1968 United States General Election and Richard Nixon, the Republican, ran on winning the war with a secret strategy in 1968.[218][219] Nixon than continued the fighting against Vietnam. His strategy was to scare the North Vietnamese while continuing the peace talks. Nixon was able to win reelection in the 1972 US election. However, he was still not successful in intimidating the communists and the U.S. withdrew in March 1973 after signing the Paris Accords.[220] The U.S. still gave support to South Vietnam, but this decreased over time. As the communists started a massive offensive to overrun the south, President Gerald Ford unsuccessfully tried to get congress to give financial assistance to the South. On April 30, 1975, Saigon, the capital of South Vietnam, fell to North Vietnam.[221]

**1965–1966: Dominican Republic**[edit]

*Main article: Dominican Civil War*



In the Dominican Civil War, a junta led by President Joseph Donald Reid Cabral was battling "constitutionalist" or "rebel" forces who advocated restoring to power the Dominican Republic's first-ever democratically elected president, President Juan Emilio Bosch Gaviño, whose term had been cut short by a coup. The U.S. launched "Operation Power Pack," a US military operation to interpose the US military between

the rebels and the junta's forces so as to prevent the rebel's advance and possibly victory.[222][223] Most civilian advisers had recommended against immediate intervention hoping that the junta could bring an end to the civil war but US President Lyndon B. Johnson took the advice of his Ambassador in Santo Domingo, William Tapley Bennett, who suggested that the US intervene.[224] Chief of Staff General Wheeler told a subordinate: "Your unannounced mission is to prevent the Dominican Republic from going Communist."[225] A fleet of 41 US vessels was sent to blockade the island as the US invaded. Ultimately, 42,000 soldiers and marines were ordered to the Dominican Republic and the US occupied the country.[226]

**1965–1967: Indonesia**[edit]

*Main article: Indonesian mass killings of 1965–66*



Junior army officers and the commander of the palace guard of President Sukarno accused senior Indonesian military brass of planning a CIA-backed coup against President Sukarno and killed six senior generals on October 1, 1965. General Muhammad Suharto and other senior military officers attacked the junior officers on the same day and accused the Communist Party of Indonesia (PKI) of planning the killing of the six generals.[227] The army launched a propaganda campaign based on lies and riled up civilian mobs to attack those believed to be PKI supporters and other political opponents. Indonesian government forces with collaboration of some civilians perpetrated mass killings over many months. The CIA acknowledged that "in terms of the number of people killed, the anti-PKI massacres in Indonesia rank as one of the worst mass murders of the 20th Century."[228] Estimates of the number of civilians killed range from a half million to a million[229][230][231] but more recent estimates put the figure at two to three million.[232][233] US Ambassador Marshall Green encouraged the military leaders to act forcefully against the political opponents.[228] In 2017, declassified documents from the U.S. Embassy in Jakarta have confirmed that the US had knowledge of, facilitated and encouraged mass killings for its own geopolitical interests.[234][235][236][237] US diplomats admitted to journalist Kathy Kadane in 1990 that they had provided the Indonesian army with thousands of names of alleged PKI supporters and other alleged leftists, and that the U.S. officials then checked off from their lists those who had been murdered.[238][239] President Sukarno's base of support was largely annihilated, imprisoned and the remainder terrified, and thus he was forced out of power in 1967, replaced by an authoritarian military regime led by General Suharto.[240][241] Some scholars are now referring to the mass killings as a genocide.[242][243][244]

**1967–1975: Cambodia**[edit]

*Main articles: Cambodian Civil War and 1970 Cambodian coup d'état*

Prince Norodom Sihanouk, head of a political movement known as Sangkum that was first ushered to power by the 1955 parliamentary election, had for years kept Cambodia out of the conflicts in Vietnam and Laos by being friendly with China and North Vietnam and had integrated left wing parties into mainstream politics. However, in 1967 an uprising leftist occurred and year later the Khmer Rouge began an insurgency against the prince.[245] In 1968 the Viet Cong conducted the failed Tet Offensive. This convinced Sihanouk that the North was going to lose the war so he gravitated toward the US. It has been dubiously suggested that he allowed the US covert bombing of Cambodia in 1969.[246] Despite that Sihanouk still had some relations with the Eastern Bloc and the US wanted more power to bomb the country in order to combat the Viet Cong.

In March 1970 Prince Norodom Sihanouk was overthrown by the right wing politician General Lon Nol. The overthrow followed Cambodia's constitutional process and most accounts emphasize the primacy of Cambodian actors in Sihanouk's removal. Historians are divided about the extent of U.S. involvement in or foreknowledge of the ouster, but an emerging consensus posits some culpability on the part of U.S. military intelligence.[247] There is evidence that "as early as late 1968" Lon Nol floated the idea of a coup to U.S. military intelligence to obtain U.S. consent and military support for action against Prince Sihanouk and his government.[248] The coup succeeded in installing Lon Nol in power but further destabilized the country and ushered in the years of civil war between the right wing government in Phnom Penh backed by the United States and communist forces backed by the Viet Cong.[249][*page needed*]

After the coup the US had much more leeway to bomb the country which they did. The U.S. government intensified the covert bombing of Cambodia against the Viet Cong and the Khmer Rouge. Despite that the Khmer Republic was still not always informed of US operations.[250] However, the Khmer Rouge continued to fight onward and eventually took Phemn Penn and won the civil war taking the country.

## 1970s[edit]

### 1970–1973: Chile[edit]

*Main articles: Salvador Allende and 1973 Chilean coup d'état*



Between 1960 and 1969, the Soviet government funded the Communist Party of Chile at a rate of between $50,000 and $400,000 annually. In the 1964 Chilean elections, the U.S. government supplied $2.6 million in funding for candidate Eduardo Frei Montalva, whose opponent, Salvador Allende was a prominent Marxist, as well as additional funding with the intention of harming Allende's reputation.[251]:38–9 As Kristian C. Gustafson phrased the situation:[252]

It was clear the Soviet Union was operating in Chile to ensure Marxist success, and from the contemporary American point of view, the United States was required to thwart this enemy influence: Soviet money and influence were clearly going into Chile to undermine its democracy, so U.S. funding would have to go into Chile to frustrate that pernicious influence.

The democratically elected President Salvador Allende was overthrown by the Chilean armed forces and national police. This followed an extended period of social and political unrest between the right dominated Congress of Chile and Allende, as well as economic warfare waged by the U.S. government.[253] As a prelude to the coup, the chief of staff of the Chilean army, René Schneider, a general dedicated to preserving the constitutional order, was assassinated in 1970 during a botched kidnapping attempt backed by the CIA.[254][255] The regime of Augusto Pinochet that came to power with the coup is notable for having, by conservative estimates, disappeared some 3200 political dissidents, imprisoned 30,000 (many of whom were tortured), and forced some 200,000 Chileans into exile.[256][257][258] The CIA, through Project FUBELT (also known as Track II), worked secretly to engineer the conditions for the coup. The U.S. initially denied any involvement however many relevant documents have been declassified in the decades since.

**1971: Bolivia**[edit]

*Main articles: Juan José Torres and Operation Condor*



The U.S. government supported the 1971 coup led by General Hugo Banzer that toppled President Juan José Torres of Bolivia.[259][260] Torres had displeased Washington by convening an "Asamblea del Pueblo" (People's Assembly or Popular Assembly), in which representatives of specific proletarian sectors of society were represented (miners, unionized teachers, students, peasants), and more generally by leading the country in what was perceived as a left wing direction. Banzer hatched a bloody military uprising starting on August 18, 1971 that succeeded in taking the reins of power by August 22, 1971. After Banzer took power, the U.S. provided extensive military and other aid to the Banzer dictatorship as Banzer cracked down on freedom of speech and dissent, tortured thousands, "disappeared" and murdered hundreds, and closed labor unions and the universities.[261][262] Torres, who had fled Bolivia, was kidnapped and assassinated in 1976 as part of Operation Condor, the US-supported campaign of political repression and state terrorism by South American right-wing dictators.[263][264][265]

**1973: Uruguay**[edit]

*Main article: 1973 Uruguayan coup d'état*



Ethiopia pre-Eritrean Independence

**1974–1991: Ethiopia**[edit]
*See also: Ethiopian Civil War*

On September 12, 1974 Emperor Haile Selasse I of Ethiopian Empire was overthrown in a coup by the Derg, an organization set up by the Emperor to investigate the military.[266] The Derg was led by Mengistu Halie Mariam, and soon after he took power he became a Marxist–Leninist and aligned with the Soviet Union. The Derg ruled Ethiopia as a Marxist–Leninist military junta.[267] Soon after they took over a series of other rebel groups rose up to against the Derg. Some were separatist groups that wanted to not be a part of Ethiopia and others wanted to take over the Ethiopian government. The Ethiopian Democratic Union (EDU) was a conservative rebel group which composed of landowners opposed to nationalization, monarchists, and anti-Derg military officers. As well a number of other Marxist–Leninist groups fought the Derg for ideological reasons. These were the Ethiopian People's Revolutionary Party (EPRP), Tigray People's Liberation Front (TPLF), Ethiopian People's Democratic Movement (EPDM), and All-Ethiopia Socialist Movement (MEISON). The Derg also had to contend with an invasion by Somalia.[268][269][270] These groups would receive support by the United States.[271] The Derg responded to these groups by initiating the Qey Shibir (Ethiopion Red Terror), targeted most heavily against MEISON and EPRP. Thousands were killed in the Qey Shibir.[272]

In 1987 the Derg formed the People's Democratic Republic of Ethiopia (PDRE), and continued fighting in the civil war. As well in 1989 the TPLF and EPDM fused and formed the Ethiopian People's Revolutionary Democratic Front (EPRDF). They along with Eritrean separatists began to be victorious as the government. In 1990 the USSR stopped supporting the Ethiopian government as they were starting to collapse. The United States however continued to support the rebels.[273] In 1991 Mengistu Halie

Mariam resigned and fled as the PDRE fell to the rebels.[274] Despite the fact that the US opposed him the US embassy helped Mariam escape to Zimbawbwe.[275]

**1975–1991: Angola**[edit]
*See also: Angolan Civil War*

Angola had been a colony of Portugal for hundreds of years however beginning in the 1960s the inhabitants of the country rose up in the Angolan War of Independence. In 1974 Portugal overthrew its right-wing military junta in the Carnation Revolution. The new government promised to give independence to its colonies including Angola. In 1975 Portugal signed the Alvar Agreement giving independence to Angola however the various groups started fighting one another. The People's Movement for the Liberation of Angola (MPLA) was a leftist group that was advancing upon the other two main rebel groups the National Liberation Front of Angola (FNLA) and National Union for the Total Independence of Angola (UNITA). Cuba and The Soviet Union started sending in arms and troops into Angola to support the MPLA, and at the same time Apartheid South Africa sent in troops into Angola to support the FNLA and UNITA.

The United States began covertly supporting UNITA and the FNLA through Operation IA Feature. President Gerald Ford approved of the program on July 18, 1975 while receiving dissent from officials in the CIA and State Department. Nathaniel Davis, Assistant Secretary of State, quit because of his disagreement with this.[276] The funding for these organizations was headed by John Stockwell.[277] This program began as the war for independence was ending and continued as the civil began in November 1975. The funding initially started at $6 million but than added $8 million on July 27 and added $25 million in August.[278] Congress found out about the program in 1976 and condemned it. Senator Dick Clark added the Clark Amendment to the US Arms Export Control Act of 1976 ending the operation and restricting involvement in Angola.[279] Despite this CIA Director George H.W. Bush did not concede that all aid to the FNLA and UNITA had stopped.[280][281] According to Jane Hunter Israel became a middleman for continued American arms sales into Angola. During the Carter Administration the limited support for these organizations would continue. In 1978 the FNLA was depleted and defeated.[282][283] This only left UNITA headed by Jonas Savimbi. Savimbi was a former Maoist who eventually became a capitalist ideologically and made UNITA into a capitalist militant group.[284][285]



Location of Angola

Meanwhile, in the United States the rise of the New Right saw the election of Ronald Reagan to the presidency. His administration put out the Reagan Doctrine which called for the funding of Anti-Communist forces across the world to "roll back" Soviet influence.

This saw the Reagan Administration support Savimbi and conservative think tanks, like the Heritage Foundation, lobbying for allowing more assistance to them. This saw the repeal of the Clark Amendment on July 11, 1985.[286] Savimbi would show his gratitude of this when he spoke at the Heritage Foundation in 1989.[287] Starting in 1986 the war really ramped up and Angola became a major proxy conflict in the cold war. Savimbi's conservative allies in the US, such as Michael Johns and Grover Norquist, lobbied for more support for UNITA.[288][289] In 1986 Savimbi came to the White House and afterwards Reagan approved the shipment of Stinger Surface-to-Air Missiles as a part of $25 Million in aid.[290][291] As well UNITA's headquarters in Jamba hosted the Democratic International, a conference of Anti-Communist leaders from across the globe.[292][293]

As the Cold War began to end the two sides started to approach each other diplomatically. After George H.W. Bush became president he continued to aid Savimbi. Savimbi began relying on the company Black, Manafort, and Stone in order to lobby for assistance. This company, as in the name, was headed by Charles Black, Paul Manafort, and Roger Stone. They lobbied the H.W. Bush administration for more assistance and weapons to Savimbi.[294] Savimbi also met with Bush himself in 1990.[295] However the MPLA and UNITA came to an agreement with the Bicesse Accords in 1991 ending US and USSR involvement in the war. This also saw South Africa withdraw from Namibia. Despite the peace the war ramped up again after the Halloween Massacre in 1992 and continued until 2002.

**1977: Zaire**[edit]
*See also: Shaba I*

During the Angolan Civil War the MPLA allied with the Congolese National Liberation Front (FLNC). This group originated with the Katanga Secession during the Congo Crisis and sought to overthrow Mobutu Sese Seko in Zaire. On March 8, 1977 the FLNC invaded Zaire in the Shaba Province in Zaire, beginning the first Shaba invasion. This saw many other powers including the United States support Mobutu against the FLNC.[296] The State Department claimed that the MPLA of supplying the rebels, while others accused Cuban involvement however the State Department said there was "no hard evidence".[297][298] The Carter administration sent $2 million in supplies and equipment to Zaire medical and other with Douglas DC-8s.[299][300] However Carter was a lot less supportive of Mobutu than previous administrations, and so did not become directly militarily involved.[301][302] As well the CIA used a man named David Bufkin to recruit mercenaries for Zaire.[303][304] As the U.S. and France worked to secure more loans from World Bank for Zaire, while the IMF also sent loans.[305][306][307]

Despite the United States' support the U.S. House Committee on International Relations cut Zaire's arms credits from $30 million to $15 million.[308] As well Carter faced criticism for his support of Mobutu, especially since when he ran promised a more human rights orientated foreign policy. Andrew Young, the US ambassador in the United Nations said that "Americans shouldn't get paranoid about communism" in Africa.[309] Senator Dick Clark stated "In my judgment, U.S. involvement in Zaire defies justification. It is true that the U.S. has not utilized the full measure of resources available for Zaire, nor responded to Mobutu's requests for arms and ammunition. This restraint by the Administration is

commendable, but if Mobutu qualifies for neither arms nor ammunition, then he should not qualify for any form of military assistance, lest the United States be drawn into the hapless conflict in Zaire, inch by inch."[310] The invasion also caused John Stockwell, who was in charge of the US Involvement in the Angolan Civil War, to resign.[311][312][313] He said "In death [Lumumba] became an eternal martyr and by installing Mobutu in the Zairian presidency we committed ourselves to the 'other side', the losing side in central and southern Africa. We cast ourselves as the dull-witted Goliath, in a world of eager young Davids."[314] Jimmy Carter responded by saying "our friendship and aid historically for Zaire has not been predicated on their perfection in dealing with human rights."[315][305] As well Secretary of State Cyrus Vance justified the aid because of the important Cobalt and Copper mining in Zaire.[316][317]

The invasion would end up failing anyway and the FNLC retreated into Angola and possibly Zambia to regroup for another attack. They recruited and left some allies in the Shaba province. The war ended May 26, 1977[318]

**1978: Zaire**[edit]
*See also: Shaba II*

A year after the first Shaba invasion the FLNC again attempted to invade Zaire and overthrow Mobutu. It began on May 11, 1978 when the rebel group crossed into the Shaba Province from Angola with MPLA support. Unlike the previous invasion the United States became directly involved. The United States Air Force provided military assistance through their Combat Control Team acting as air control, while various aircraft wings including the 435th Air Ground Operations Wing and 445th Airlift Wing acted as air support.[319] Again the FLNC was beaten back and the war was over in June 1978. The US and Cuba had Zaire and Angola come to the negotiating table. Zaire agreed to stop supporting National Union for the Total Independence of Angola (UNITA), the National Liberation Front of Angola (FNLA), and the Front for the Liberation of the Enclave of Cabinda (FLEC) and the Angolan government, in this case the MPLA, agreed to stop the FLNC from crossing into Zaire and trying to overthrow Mobutu which they did.[320] This ended the Shaba Invasions.

**1979–1993: Cambodia**[edit]
*See also: CIA activities in Cambodia*



Cambodia was invaded by Vietnam and the KUFNS (Kampuchean United Front for National Salvation), overthrowing in January 1979 the genocidal regime of the Khmer Rouge headed by Pol Pot. Khmer Rouge forces retreated to the jungles near the Thai border and waged a war of insurgency against the People's Republic of Kampuchea (PRK), headed by Heng Samrin, which had been installed in the capital city

of Phnom Penh by the Vietnamese.[321] The U.S. government wanted to remove the PRK government and provided millions of dollars of annual food aid to 20,000-40,000 Khmer Rouge insurgents in Khmer Rouge bases in Thailand. The aid was managed by an organization staffed by U.S. Central Intelligence Agency personnel.[322] U.S. National Security Advisor Zbigniew Brzezinski "concocted the idea of persuading Thailand to cooperate fully with China in efforts to rebuild the Khmer Rouge."[323][324] Brzezinski acknowledged that "I encourage[d] the Chinese to support [Khmer Rouge leader] Pol Pot ... we could never support him, but China could." Brzezinski subsequently stated: "The Chinese were aiding Pol Pot, but without any help or arrangement from the United States. Moreover, we told the Chinese explicitly that in our view Pol Pot was an abomination and that the United States would have nothing to do with him—directly or indirectly."[325][326][327][323][328] Also, the United States voted for the Khmer Rouge to remain the official representative of the country in the United Nations even though after 1978 Khmer Rouge bases were positioned in just a small part of the country and across the border in Thailand.[325] Some have also found evidence that notwithstanding public condemnation of the Khmer Rouge, the U.S. offered military support to the organization.[329] The U.S. and China helped set up, armed and trained a coalition waging a war of insurgency comprising three major guerrilla groups: the FUNCINPEC (Front Uni National pour un Cambodge Indépendant, Neutre, Pacifique, et Coopératif); the KPLNF (Khmer People's National Liberation Front); and the PDK (Party of Democratic Kampuchea, the Khmer Rouge under the nominal presidency of Khieu Samphan), but direct U.S. military support for the Khmer Rouge guerrillas is officially denied by the U.S. government.[330][331] Peace efforts began in 1989 and a peace agreement was forged in October 1991. Vietnamese forces withdrew and the United Nations Transitional Authority in Cambodia (UNTAC) enforced the ceasefire and disarmament.[332]

**1979–1989: Afghanistan**[edit]

*Main article: Operation Cyclone*



In what was known as "Operation Cyclone," the U.S. government secretly provided weapons and funding for a collection of warlords and several factions of Jihadi guerrillas known as the Mujahideen of Afghanistan fighting to overthrow the Afghan government and the Soviet military forces that supported it. Through the Inter-Services Intelligence (ISI) of Pakistan, the US channeled training, weapons and money for Afghan fighters, including Jihadists who later became known as the Taliban, and at an estimated cost of $800 million for as many as 35,000 Arab foreign fighters.[333][334][335][336] Afghan Arabs also "benefited indirectly from the CIA's funding, through the ISI and resistance organizations."[337][338] Some of the CIA's greatest Afghan beneficiaries were Arabist commanders such as Jalaluddin Haqqani and Gulbuddin Hekmatyar who were key allies of Osama Bin Laden over many

years.[339][340][341] Some of the CIA-funded militants would become part of Al Qaeda later on, and included Osama bin Laden, according to former Foreign Secretary Robin Cook and other sources.[342][343][344][345][346] However, these allegations are rejected by Steve Coll ("If the CIA did have contact with bin Laden during the 1980s and subsequently covered it up, it has so far done an excellent job"),[347] Peter Bergen ("The theory that bin Laden was created by the CIA is invariably advanced as an axiom with no supporting evidence"),[348] and Jason Burke ("It is often said that bin Laden was funded by the CIA. This is not true, and, indeed, would have been impossible given the structure of funding that General Zia ul–Haq, who had taken power in Pakistan in 1977, had set up").[349] Although Operation Cyclone officially ended in 1989 with the withdrawal of Soviet troops from Afghanistan, U.S. government funding for the Mujahideen continued through 1992, when the Mujahideen overran the Afghan government in Kabul.[350]

## 1980s[edit]

### 1980–1989: Poland[edit]

*Main article: Solidarity (Polish trade union)*



Unlike the Carter Administration, the Reagan policies supported the Solidarity movement in Poland, and—based on CIA intelligence—waged a public relations campaign to deter what the Carter administration felt was "an imminent move by large Soviet military forces into Poland."[351] Michael Reisman from Yale Law School named operations in Poland as one of the covert actions of CIA during Cold War.[352] Colonel Ryszard Kukliński, a senior officer on the Polish General Staff was secretly sending reports to the CIA.[353] The CIA transferred around $2 million yearly in cash to Solidarity, for a total of $10 million over five years. There were no direct links between the CIA and Solidarnosc, and all money was channeled through third parties.[354] CIA officers were barred from meeting Solidarity leaders, and the CIA's contacts with Solidarnosc activists were weaker than those of the AFL-CIO, which raised $300,000 from its members, which were used to provide material and cash directly to Solidarity, with no control of Solidarity's use of it. The U.S. Congress authorized the National Endowment for Democracy to promote democracy, and the NED allocated $10 million to Solidarity.[355]

When the Polish government launched martial law in December 1981, however, Solidarity was not alerted. Potential explanations for this vary; some believe that the CIA was caught off guard, while others suggest that American policy-makers viewed an internal crackdown as preferable to an "inevitable Soviet intervention."[356] CIA support for Solidarity included money, equipment and training, which was coordinated by Special Operations.[357] Henry Hyde, U.S. House intelligence committee member, stated that the USA provided "supplies and technical assistance in terms of clandestine newspapers,

broadcasting, propaganda, money, organizational help and advice".[358] Initial funds for covert actions by CIA were $2 million, but soon after authorization were increased and by 1985 CIA successfully infiltrated Poland.[359]

**1980–1992: El Salvador**[edit]

*Main article: Salvadoran Civil War*



The government of El Salvador fought a bloody civil war against the Farabundo Martí National Liberation Front (FMLN), an umbrella organization of leftist political opposition groups, and against leaders of agricultural cooperatives, labor leaders and others who advocated land reform and better conditions for "campesinos" (tenant farmers and other agrarian laborers) that supported the FMLN. The Salvadoran army organized military death squads to terrorize the rural civil population to cease its support for the FMLN.[360] Government forces killed more than 75,000 civilians during the war 1979–1992.[361][362][363][364][365][366] The U.S. government provided military training and weapons for the Salvadoran military. The Atlacatl Battalion, a counter-insurgency battalion, was organized in 1980 at the US Army School of the Americas and had a leading role in the "scorched earth" military policy against the FLMN and the rural villages that supported it. Atlacatl soldiers were equipped and directed by U.S. military advisers operating in El Salvador.[367][368][369] The Atlacatl battalion also participated in the El Mozote massacre in December 1981.[370] By May 1983, US officers took over positions in the top levels of the Salvadoran military, were making critical decisions and running the war.[368][371][372][373] A US Congressional fact finding commission found that the Salvadoran military's "drying up the ocean" policy of repression entailed eliminating "entire villages from the map, to isolate the guerrillas, and deny them any rural base off which they can feed."[374] The "drying up the ocean" or "scorched earth" strategy was based on tactics similar to those being employed by the junta's counter-insurgency in neighboring Guatemala and were primarily derived and adapted from U.S. strategy during the Vietnam War and taught by American military advisors.[375][376]

**1981–1982: Chad**[edit]

*See also: CIA activities in Chad*



In 1975 as part of the First Chadian Civil War, the military overthrew François

Tombalbaye and installed Felix Malloum as head of state. Hissène Habré was appointed Prime minister, and attempted to overthrow the government in February 1979, failing, and being forced out. In 1979 Malloum resigned and Goukouni Oueddei became head of state. Oueddei agreed to share power with Habre, appointing him Minister of Defense, but fighting resumed soon after. Habre was exiled to Sudan in 1980.[377]

At the time the U.S. government wanted a bulwark against Muammar Gaddafi in Libya, and saw Chad, Libya's southern neighbor, as a good option. Chad and Libya had recently signed an agreement to attempt to end their border conflict and "to work to achieve full unity between the two countries", which the United States was against. The United States also saw Oueddei as too close to Gaddafi. Habre was already pro-western and pro-American, as well as against Oueddei. The Reagan administration gave him covert support through the CIA when he returned in 1981 to continue fighting, and he overthrow Goukouni Oueddi on June 7, 1982, making himself the new president of Chad.[378]

Donald Norland, the US ambassador, said, "The CIA was so deeply involved in bringing Habré to power I can't conceive they didn't know what was going on, but there was no debate on the policy and virtually no discussion of the wisdom of doing what we did."[379]

Human Rights Watch obtained and revealed documents which stated that the CIA trained and equipped the Documentation and Security Directorate (DDS), Chad's secret police. The Chadian Truth Commission found the United States provided monetary aid to the DDS and to regional intelligence agencies that hunted down Habre's political opponents afterwards, inside and outside the country.[380] Habre, who was dubbed "Africa's Pinochet" by Human Rights Watch, was convicted of crimes against humanity by a Senegalese court in 2016 for ordering the murder of 40,000 political opponents and the torture of hundreds of thousands of others while in power.[381][382]

**1981–1990: Nicaragua**[edit]

*See also: CIA activities in Nicaragua and Nicaraguan Revolution*



The FSLN (Sandinista National Liberation Front) had overthrown the US friendly Somoza family in 1979. At first the Carter Administration tried to be friendly with the new government, but the Reagan Administration that came after had a much more Anti-communist foreign policy. Immediately in January 1981, Ronald Reagan cut off aid to the Nicaraguan government, and August 6, 1981 Reagan signed National Security Decision Directive 7, authorizing the production and shipment of arms to the region but not their deployment. On November 17, 1981 Reagan National Security Directive 17,

allowing covert support to anti-Sandinista forces.[383][384] The U.S. government attempted to topple the government of Nicaragua by secretly arming, training and funding the Contras, a rebel group based in Honduras that was created to sabotage Nicaragua and to destabilize the Nicaraguan government.[385][386][387][388] As part of the training, the CIA distributed a detailed manual entitled "Psychological Operations in Guerrilla War," which instructed the Contras, among other things, on how to blow up public buildings, to assassinate judges, to create martyrs, and to blackmail ordinary citizens.[389] In addition to backing the Contras, the U.S. government also blew up bridges and mined Corinto harbor, causing the sinking of several civilian Nicaraguan and foreign ships and many civilian deaths.[390][391][392][393] After the Boland Amendment made it illegal for the U.S. government to provide funding for Contra activities, the administration of President Reagan secretly sold arms to the Iranian government to fund a secret U.S. government apparatus that continued illegally to fund the Contras, in what became known as the Iran–Contra affair.[394] The U.S. continued to arm and train the Contras even after the Sandinista government of Nicaragua won the elections of 1984.[395][396] In the 1990 Nicaraguan General Election, the George H.W. Bush Administration authorized 49.75 million dollars of "Non-lethal" aid to the Contras. They continued to assassinate candidates and fight the war. As well they distributed leaflets promoting the opposition party UNO (National Opposition Union). As well Bush promised Violetta Chamorro, the UNO candidate, that if she did not win, the US would maintain its embargo on Nicaragua.[397] UNO won the election, however a survey conducted after the election found 75.6% of Nicaraguans agreed that if the Sandinistas had won, the war would never have ended. 91.8% of those who voted for the UNO agreed with this sentiment.[398] The Contras ended fighting soon afterwards.

**1983: Grenada**[edit]

*Main article: United States invasion of Grenada*



In what the U.S. government called Operation Urgent Fury, the U.S. military invaded the tiny island nation of Grenada to remove the Marxist government of Grenada that the Reagan Administration found objectionable.[399][400] The United Nations General Assembly called the U.S. invasion "a flagrant violation of international law"[401] but a similar resolution widely supported in the United Nations Security Council was vetoed by the U.S.[402][403]

**1987: Burkina Faso**[edit]

*Main article: 1987 Burkinabé coup d'état*

**1989–1994: Panama**[edit]



In 1979 the US and Panama signed a treaty to end the Panama canal zone and promise that the US would hand over the canal after 1999. Manuel Noriega ruled the country of Panama as dictator. He was an ally of the United States working with them against the Sandinistas in Nicaragua and the EZLN in El Salvador. Despite this relations began to deteriorate as he was implicated in the Iran-Contra Scandel including drug trafficking.[404] As relations continued to deteriorate Noriega started to ally with the Eastern Bloc. This also worried US officials and government officials like Elliot Abrams started argueing to Reagan that the US should invade Panama. Reagan decided to hold off due to George H.W. Bush's ties to Noriega when he was the head of the CIA running his election. After he was elected he started pressuring Noriega. Despite iregularities in the 1989 Panamanian General Election Noriega refused to allow the opposition candidate into power. George H.W. Bush called on him to honor the will of the Panamanian people. As well coup attempts were made against Noriega and skrimishes broke out between U.S. and Panamanian troops. As well Noriega inidcted for drug charges in the United States.[405] In December 1989, in a military operation code-named Operation Just Cause, the U.S. invaded Panama. Noriega went into hiding but was later captured by US forces. President-elect Guillermo Endara was sworn into office. The United States ended Operation Just Cause in January 1990 and began Operation Promote Liberty, which was the occupation of the country to set up the new government until 1994.[406]

# 1991–present: Post-Cold War[edit]

## 1990s[edit]

### 1991: Iraq[edit]

*See also: 1991 uprisings in Iraq*

During and immediately following the Persian Gulf War in 1991, the United States broadcast signals encouraging an uprising against Saddam Hussein. On February 5, 1991 George H.W. Bush made a speech on Voice of America stating, "There is another way for the bloodshed to stop: and that is, for the Iraqi military and the Iraqi people to take matters into their own hands and force Saddam Hussein, the dictator, to step aside and then comply with the United Nations' resolutions and rejoin the family of peace-loving nations."[407][408] On February 24, 1991 a few days after the ceasefire was signed the CIA funded and operated radio station Voice of Free Iraq called for the Iraqi people to rise up against Hussein.[409][410] They said "Rise to save the homeland from the clutches of dictatorship so that you can devote yourself to avoiding the dangers of the continuation of the war and destruction. Honorable Sons of the Tigris and Euphrates, at these decisive moments of your life, and while facing the danger of death at the hands

of foreign forces, you have no option in order to survive and defend the homeland but put an end to the dictator and his criminal gang."[411] The day after the Gulf war ended on March 1, 1991 Bush again called for the overthrow of Saddam Hussein when he said "In my own view...the Iraqi people should put [Saddam] aside, and that would facilitate the resolution of all these problems that exist and certainly would facilitate the acceptance of Iraq back into the family of peace-loving nations."[412] The U.S. was hoping for a coup but instead, series of uprisings to erupted across Iraq right after the war. Brent Scowcraft Later said "I I frankly wished [the uprisings] hadn't happened ... we certainly would have preferred a coup."[413] Two of the largest rebellions were led by the Iraqi Kurds in the North and the Shia militas in the south. The rebels assumed that they would be getting direct U.S. assistance, however United States intended to never give assistance to the rebels. The Shia uprisings were crushed by the Iraqi military while the Pershmegra were more successful, gaining the Iraqi Kurds autonomy. The H.W. Bush Administration faced heavy criticism for not assisting the rebels after encouraging them to rise up. The US worried that if Hussein fell and Iraq collapsed Iran would gain power, so the U.S. still wanted a bullwark against Iran.[414] Colin Powell wrote of his time as Chairman of the Joint Chiefs of Staff "our practical intention was to leave Baghdad enough power to survive as a threat to Iran that remained bitterly hostile toward the United States".[415] At the same time George H.W. Bush said that the U.S. had ever intended to assist anyone "I made clear from the very beginning that it was not an objective of the coalition or the United States to overthrow Saddam Hussein. So I don't think the Shiites in the south, those who are unhappy with Saddam in Baghdad, or the Kurds in the north ever felt that the United States would come to their assistance to overthrow this man...I have not misled anybody about the intentions of the United States of America, or has any other coalition partner, all of whom to my knowledge agree with me in this position."[416]



Iraq (orthographic projection)

As well the U.S. government successfully advocated that the pre-war sanctions[417] be made more comprehensive, which the UN Security Council did in April 1991 by adopting Resolution 687.[418][419] After the UN imposed the tougher sanctions, U.S. officials stated in May 1991—when it was widely expected that the Iraqi government of Saddam Hussein faced collapse[420][421]—that the sanctions would not be lifted unless Saddam was ousted.[422][423][424] In the subsequent president's administration, U.S. officials took the

position that the sanctions could be lifted if Iraq complied with *all* of the UN resolutions it was violating, not just with UN weapons inspections.[425] The effects of the sanctions on the Iraqi civilian population, including the child mortality rate, were disputed at the time. Whereas it was widely believed at the time that the sanctions caused a major rise in child mortality, recent research has shown that commonly cited data were fabricated by the Iraqi government and that "there was no major rise in child mortality in Iraq after 1990 and during the period of the sanctions."[426][427][428][429][430]

**1991: Haiti**[edit]

*Main article: 1991 Haitian coup d'état*

Eight months after what was widely considered the first honest election held in Haiti,[431] the newly elected President Jean-Bertrand Aristide was deposed by the Haitian army. It is alleged by some that the CIA "paid key members of the coup regime forces, identified as drug traffickers, for information from the mid-1980s at least until the coup."[432] Coup leaders Cédras and François had received military training in the United States.[433]

**1992–1996: Iraq**[edit]

The CIA launched DBACHILLES, a coup d'état operation against the Iraqi government, recruiting Ayad Allawi, who headed the Iraqi National Accord, a network of Iraqis who opposed the Saddam Hussein government, as part of the operation. The network included Iraqi military and intelligence officers but was penetrated by people loyal to the Iraqi government.[434][435][436] Also using Ayad Allawi and his network, the CIA directed a government sabotage and bombing campaign in Baghdad between 1992 and 1995, against targets that—according to the Iraqi government at the time—killed many civilians including people in a crowded movie theater.[437] The CIA bombing campaign may have been merely a test of the operational capacity of the CIA's network of assets on the ground and not intended to be the launch of the coup strike itself.[437] However Allawi attempted a coup against Saddam Husssein in 1996. The coup was unsuccessful, but Ayad Allawi was later installed as prime minister of Iraq by the Iraq Interim Governing Council, which had been created by the U.S.-led coalition following the March 2003 invasion and occupation of Iraq.[438]

**1994–1995: Haiti**[edit]

*See also: Operation Uphold Democracy*

After the right-wing military junta took over Haiti in 1991 in a coup the U.S. initially had good relations with them. George H. W. Bush's administration supported the right wing junta; however, after the 1992 U.S. general election Bill Clinton came to power. Clinton was supportive of returning Jean-Bertrand Aristide to power, and his administration was active for the return of democracy to Haiti. This culminated in United Nations Security Council Resolution 940, which authorized the United States to lead an invasion of Haiti and restore Aristide to power. A diplomatic effort was led by former U.S. president Jimmy Carter.[439] Then the U.S. gave the Haitian government an ultimatum: either the dictator of Haiti, Raoul Cedras, retire peacefully and let Aristide come back to power, or be invaded and forced out. Cedras capitulated; however, he did not immediately

disband the armed forces. Protesters fought the military and police.[440][441] Fighting ensued as the U.S. sent in the military to stop the violence. The violence soon quelled and Aristide returned to lead the country in October 1994.[442] He and Clinton presided over ceremonies and Operation Uphold Democracy officially ended on March 31, 1995.

**1996–1997: Zaire**[edit]

*See also: First Congo War*

After the end of the Cold War, the United States began reducing support for Mobutu Sese Seko in Zaire, seeing it as no longer necessary. As a result, his rule started weakening and he responded by starting to allow opposition parties. Despite this liberalization in the political sphere, his army was still repressive and Laurent-Desire Kabila, who had been fighting since Seko took power, still resisted him.[443] In the East of the country, the alienated Tutsi minority was forming ties with the Rwandan Patriotic Front (FPR), which was an organization of Tutsis that fought against the anti-Tutsi Hutu supremicist government in Rwanda.[444] The Tutsis in Rwanda were legally divided into two groups, Banyamulenge, those who came before independence and had citizenship, and Banyarwanda, those who came after independence. However, other Zairian ethnic groups prejudiocally did not differentiate between the two.[445][446] At the same time in Rwanda, tensions were springing up between the Hutu-run republic and Tutsi minority. In 1990 the FPR invaded Rwanda, beginning the Rwandan Civil War, which culminated in the Rwandan Genocide against the Tutsis. Despite the genocide, the FPR ended up winning the civil war and Paul Kagame of the FPR became the new president of Rwanda. The civil war and subsequent genocide caused over 1.5 million refugees to flee into Zaire and refugee camps were set up in the country. These included both Tutsis who fled the genocide and Hutus who fled after the FPR won.[447] Refugee and non-refugee Tutsis, Hutu refugees, and other ethnic groups in Zaire started fighting and attacking one another. In response, Rwanda formed Tutsi militas out of those present in Zaire.[448] Tensions between the militas and the Zaire government sprung up, culminating in a skrimish between the Tutsi Militas and the Zairian Green Berets on August 31, 1996.[449] This began the Banyamulenge Rebellion, which led to further unrest, and saw the combination of Tutsi and non-Tutsi militas opposed to Mobutu into the Alliance of Democratic Forces for the Liberation of the Congo (AFDL), led by Laurent-Desire Kabila.[450] This would begin the First Congo War with Rwanda, along with Uganda, to a lesser extent Burundi, and later on Angola supporting the AFDL. The anti-Mobutu forces succeeded and Mobutu fled the country. Kabila, after taking the capital, ended Zaire and declared the Democratic Republic of Congo.

The United States covertly supported Rwanda before and during the war. The U.S. believed it was time for "new generation of African leaders", which was part of the reason the U.S. stopped supporting Mobtutu in the first place. The new leaders in their eyes included Kagame as well as Yoweri Museveni in Uganda.[451] U.S. General and NATO head George Joulwan even described Kagame as "a visionary", while U.S. officials inside of Rwanda described Kagame as "a brilliant commader, able to think outside of the box". The U.S. began sending soldiers and trainers into Rwanda and training FPR commanders in the U.S. before the war in 1995. When testifying to

congress Ambassador to Rwanda Richard Bogosian said that the training "dealt almost exclusively with the human rights end of the spectrum as distinct from military operations", though the success of this is disputed due to the atrocities the FPR committed. During the war after a group of rebels took Bukavu they were joined by a group of African-American mercenaries, who told some of the English speaking soldiers that they had been recruited, most likely an unofficial U.S. mission. As well the CIA and U.S. army set up communications in Uganda, and during the First Congo War several C-141 planes and C-5 planes landed in Kigali and Entebbe claiming to be bringing "carrying aid for the genocide victims". However they were more likely carrying military and communication supplies for the FPR. As the war ramped many of the supplies were weapons of the former Warsaw Pact. At the same time U.S. operated anti-Mobutu support from the International Rescue Committee (IRC). The U.S. government was able to obtain a contract for U.S. Ronco Consulting Corporation to demine Rwanda. Besides giving the company a monopoly on this the U.S. could legitimize their shipment of supplies to Rwanda.[452]

#### 1997–1998: Indonesia[edit]

The Clinton administration saw an opportunity to oust Indonesian President Suharto when his rule over Indonesia became increasingly precarious in the aftermath of the 1997 Asian Financial Crisis. American officials sought to exacerbate Indonesia's monetary crisis by having the International Monetary Fund oppose Suharto's efforts to establish a currency board to stabilize the rupiah, thereby provoking discontent. IMF Director Michel Camdessus boasted that, "We created the conditions that obliged President Suharto to leave his job". Former US Secretary of State Lawrence Eagleburger would later remark, "We were fairly clever in that we supported the IMF as it overthrew [Suharto]. Whether that was a wise way to proceed is another question. I'm not saying Mr. Suharto should have stayed, but I kind of wish he had left on terms other than because the IMF pushed him out."[453][454] Hundreds would die in the crisis that followed.

### 2000s[edit]

#### 2000: Yugoslavia[edit]

*Main article: 2000 Yugoslavian general election § Involvement of the United States*



From the period of 1998 to 2000, just over $100,000,000 was channeled from the U.S. State Department through Quangos to opposition parties in order to bring about a democratic end to the government of the long-standing president Slobodan

Milošević in Yugoslavia.[455] Following issues regarding the results of the Yugoslav elections of 2000, the U.S. State Department heavily supported opposition groups such as Otpor! through the supply of promotional material and also, consulting services via Quangos.[456] United States involvement served to speed up and organize dissent through exposure, resources, moral and material encouragement, technological aid and professional advice.[455] This campaign was one of the factors contributing to incumbent president's defeat in the 2000 Yugoslavian general election and subsequent Bulldozer Revolution which overthrew Milošević on October 5, 2000 after he refused to recognise the results of the election.[455] Milošević's presidency was succeeded by that of Vojislav Koštunica, who opposed the extradition of his predecessor to the Hague Tribunal.

**2002: Venezuela**[edit]

*See also: 2002 Venezuelan coup d'état attempt § US role and alleged involvement*

In April 2002, president Hugo Chávez was ousted from power for 47 hours in the 2002 Venezuelan coup d'état attempt.

Senior advisors to the George W. Bush administration had advance knowledge of the coup, which it supported,[457] and Elliot Abrams had informally given it a "green light".[458] Mehdi Hasan, senior columnist for *The Intercept* explained:[459]

The demonization and strangulation of Venezuela has been a bipartisan project in Washington, D.C., since the rise of Hugo Chavez and the socialist "pink tide" in the late 1990s. In 2002, the Bush administration encouraged and supported a (failed) coup against Chavez.

Members of the Bush administration held meetings with opposition leaders for months before the coup attempt.[460] The OAS and all of Venezuela's neighbours denounced the coup attempt, but the United States acknowledged the new government, changing its position only after a popular uprising led interim president Pedro Carmona to resign.[461][462]

**2003–2011: Iraq**[edit]

*Main article: Iraq War*

In 1998 as a non-covert measure, the U.S. enacted the "Iraq Liberation Act," which states, in part, that "It should be the policy of the United States to support efforts to remove the regime headed by Saddam Hussein from power in Iraq," and appropriated funds for U.S. aid "to the Iraqi democratic opposition organizations."[463] After Bush was elected he started being more aggressive toward Iraq.[464] Then after the 9/11 attacks the Bush administration started saying that Saddam Hussein was connected to and supporting Al-Qaeda and that he had weapons of mass destruction despite the fact there was no evidence for either.[465][466][467][468][469] Iraq was also one of the three countries Bush called out in his Axis of Evil Speech.[470] In 2002 Congress passed the "Iraq Resolution" which authorized the president to "use any means necessary" against Iraq. The Iraq War than began in March 2003 when the U.S. attacked the country. A United States-led military coalition invaded the country and overthrew the Iraqi government.[471] The U.S. captured and helped prosecute Hussein and ended the

Baathist government. The U.S. also has to fight an insurgency after. In 2011 the U.S. withdrew from the conflict, though the United States has still been involved in the country.[472]

**2006–2007: Palestinian territories**[edit]




Occupied Palestinian Territories

*Main article: Fatah-Hamas conflict*

The U.S. government pressured the Fatah faction of the Palestinian leadership to topple the Hamas government of Prime Minister Ismail Haniyeh.[473][474][475] The Bush Administration was displeased with the government formed by Hamas, which won 56 percent of the seats in the Palestinian legislative election of 2006.[473][474][476] The U.S. government set up a secret training and armaments program that received tens of millions of dollars in Congressional funding, but also, like in the Iran-contra scandal, a more secret Congress-circumventing source of funding for Fatah to launch a bloody war against the Haniyeh government.[473][477][478] The war was brutal, with many casualties and with Fatah kidnapping and torturing civilian leaders of Hamas, sometimes in front of their own families, and setting fire to a university in Gaza. When the government of Saudi Arabia attempted to negotiate a truce between the sides so as to avoid a wide-scale Palestinian civil war, the U.S. government pressured Fatah to reject the Saudi plan and to continue the effort to topple the Haniyeh government.[473] Ultimately, the Haniyeh government was prevented from ruling over all of the Palestinian territories, with Hamas retreating to the Gaza strip and Fatah retreating to the West Bank.

**2006–present: Syria**[edit]

*Main articles: Timber Sycamore, CIA activities in Syria, and American-led intervention in the Syrian Civil War*



Since 2006, the State Department has funneled at least $6 million to the anti-government satellite channel Barada TV, associated with the exile group Movement for Justice and Development in Syria. This secret backing continued under the Obama administration, even as the US publicly rebuilt relations with Bashar Al-Assad.[479][480]

In April 2011, after the outbreak of the Syrian civil war in early 2011, three "key U.S. Senators", Republicans John McCain and Lindsay Graham, and Independent Joe Lieberman, said in a joint statement, urged Obama to "state unequivocally" that "it is time to go".[481] In August, 2011, the U.S. government called on Syrian President Bashar Al Assad to "step aside" and imposed an oil embargo against the Syrian government to bring it to its knees.[482][483][484] Starting in 2013, the U.S. also provided training, weapons and cash to Syrian vetted "moderate" rebels,[485][486] and in 2014, the Supreme Military Council.[487][488] In 2015, Obama reaffirmed that "Assad must go".[489]

In March 2017 Ambassador Nikki Haley told a group of reporters that the US's priority in Syria was no longer on "getting Assad out."[490] Earlier that day at a news conference in Ankara, Secretary of State Rex Tillerson also said that the "longer term status of President Assad will be decided by the Syrian people."[491] While the US Defense Department's program to aid predominantly Kurdish rebels fighting the Islamic State of Iraq and the Levant (ISIL) continued, it was revealed in July 2017 that US President Trump had ordered a "phasing out" of the CIA's support for anti-Assad rebels.[492]

In October 2017, Rex Tillerson declared that "the reign of the Assad family is coming to an end" despite recent battlefield gains by Assad's forces.[493] In April 2018, Army General James Votel told lawmakers he did not know whether 'Assad must go' remained a U.S. policy objective; Lindsay Graham responded "If you don't know I doubt if anybody knows, …"; and it was reported that the Trump administration has indicated that ousting Assad is no longer a specific policy goal but it cannot envision political stability if he remains.[494]

**2007: Iran**[edit]

In 2007, the Bush administration requested and received funding from Congress for covert actions in Iran that, according to a presidential finding that Bush signed, had the goal of undermining Iran's religious leadership. One source who was familiar with the contents of the memorandum told *The New Yorker* that the operations were focused on "undermining Iran's nuclear ambitions and trying to undermine the government through regime change."[495][*additional citation(s) needed*][*neutrality is disputed*]

**2009: Honduras**[edit]

*Main article: 2009 Honduran coup d'état*

On June 28, 2009 the Honduran military removed president Manuel Zelaya from Honduras and sent him to Costa Rica. The military and congress set up a new election that excluded Zelaya. The State Department under Hillary Clinton, supported the election under the leaders after the coup. Previously the U.S. embassy had stopped an earlier planned coup, but this coup was not stopped by the embassy. The Obama administration condemned the coup, but still allowed the military to proceed with their new elections. Clinton stated in her memoir “Hard Choices”, “[the state department] strategized a plan for free and fair could be held quickly and legitimately, which would render the question of Zelaya moot.” This quote was written out of later editions of the book. Colonel Andrew Papp, present at some of the meeting, said the main concern was that the military "is very friendly with the U.S." and that while the U.S. government tried to help him the problem "was we didn't really like the guy". Evidence of it has been broken by WikiLeaks and The Intercept.[496][497]

## 2010s[edit]

### 2011: Libya[edit]

*Main article: 2011 military intervention in Libya*



In 2011, Libya had been ruled by Socialist and Pan-Africanist dictator Muammar Gaddafi since 1969. In February 2011, amid the "Arab Spring", a revolution broke out against him, spreading from the second city Benghazi (where an interim government was set up on 27 February), to the capital Tripoli, sparking Libyan Civil War (2011). On 17 March, United Nations Security Council Resolution 1973 was adopted, authorizing a no-fly zone over Libya, and "all necessary measures" to protect civilians.[498] Two days later, France, the United States and the United Kingdom launched the 2011 military intervention in Libya with Operation Odyssey Dawn, US and British naval forces firing over 110 Tomahawk cruise missiles,[499] the French and British Air Forces[500] undertaking sorties across Libya and a naval blockade by Coalition forces.[501] A coalition of 27 states from Europe and the Middle East soon joined the NATO-led intervention, as Operation Unified Protector. The Gaddafi government collapsed in August, leaving the National Transitional Council as the de facto government, with UN recognition. Gaddafi was captured and killed in October by National Transitional Council forces and NATO action ceased. Instability continued, ultimately leading to the ongoing Libyan Civil War.

### 2015–present: Yemen[edit]

*Main article: Saudi Arabian-led intervention in Yemen*



The U.S. has been supporting the intervention by Saudi Arabia in the Yemeni Civil War. The Yemeni Civil War began in 2015 between two sides, each claiming at that time to support the legitimate government of Yemen:[502] Houthi forces, which control the capital Sana'a and had supported former president Ali Abdullah Saleh, fighting against forces based in Aden and loyal to the government of Abdrabbuh Mansur Hadi.[503] The Saudi-led offensive is aimed at restoring Hadi to power, and is allied with various local factions.[504] The Saudi Arabian-led intervention has been widely condemned due to its widespread bombing of urban and other civilian areas, including schools and hospitals.[505][506][507] The U.S. military provides targeting assistance and intelligence and logistical support for the Saudi-led bombing campaign,[508] including aerial refueling.[509][510] The US also provides weapons and bombs,[511] including, according to a Human Rights Watch (HRW) report, cluster bombs outlawed in much of the world and used by Saudi Arabia in the conflict.[512][513] The United States also supports the war effort on the ground with Green Berets on the Yemen border with Saudi Arabia tasked initially to help the Saudis secure the border and later expanded to help locate and destroy Houthi ballistic missile caches and launch sites in what Senator Tim Kaine called a “purposeful blurring of lines between train and equip missions and combat.”[514] The US has been criticized for providing weapons and bombs knowing that Saudi bombing has been indiscriminately targeting civilians and violating the laws of war.[515][516][517] It has been suggested that the U.S. government is legally a "co-belligerent" in the conflict, in which case U.S. military personnel could be prosecuted for war crimes,[518][519][520][521] and a U.S. senator has accused the U.S. of complicity in Yemen's humanitarian catastrophe, with millions facing starvation.[522][523] As of May 2018, the civil war is at a stalemate, and 13 million Yemeni civilians face starvation, according to the UN.[524] In August 2019, United Nations investigators said the US, UK and France may potentially be complicit in committing war crimes in Yemen by selling weapons to the Saudi-led coalition which is deliberately using starvation against the civilian population as a warfare tactic.[521]

**2019–present: Venezuela**[edit]
*See also: Foreign involvement in the Venezuelan presidential crisis*

On 23 January 2019, the President of the National Assembly of Venezuela, Juan Guaidó, declared himself the acting President of the country, disputing Nicolás Maduro's presidency and sparking a presidential crisis. Shortly after Guaidó's announcement, along with allies and several other nations, the United States recognized Guaidó as the legitimate president of Venezuela.[525] US Vice President Mike Pence stated in April that the US was set on Maduro's removal, whether through diplomatic or other means, and that "all options" were on the table.[526] Secretary of State Mike Pompeo said that the US would take military action "if required".[527] In December 2019, Secretary of State Mike Pompeo stated that the United States did not plan a military intervention in Venezuela,

saying that "we have said that all options are on the table", but that "we have learned from history that the risks from using military force are significant".[528]



A memo obtained by Agence France-Presse described that the US Agency for International Development would divert $41.9 million to promote Guaidó, including $19.4 million for salaries and stipends for Guaidó's staff, covering their travel, and "other costs necessary to ensure full deployment of a transparent financial management system and other activities necessary for a democratic transition," as well as $2 million to support the opposition in negotiations with the Maduro administration.[529] In August 2019, President Donald Trump's administration imposed new additional sanctions on Venezuela as part of their efforts to remove Maduro from office, ordering a freeze on all Venezuelan government assets in the United States and barring transactions with US citizens and companies.[530][531]

## See also[edit]

- ***United States portal***

- Regime change
- Criticism of United States foreign policy
- Foreign electoral intervention
- Foreign interventions by the United States
- Latin America–United States relations
- Russia involvement in regime change
- Timeline of United States military operations
- United States involvement in regime change in Latin America
- Assassination and targeted killing by the CIA

## Notes[edit]


- ^ United Nations Foundation, August 20, 2015, "The American Ratification of the UN Charter," http://unfoundationblog.org/the-american-ratification-of-the-un-charter/Archived September 10, 2016, at the Wayback Machine
- ^ Mansell, Wade and Openshaw, Karen, "International Law: A Critical

Introduction," Chapter 5, Hart Publishing, 2014, https://books.google.com/booksid=XYrqAwAAQBAJ&pg=PT140

- ^ "All Members shall refrain in their international relations from the threat or use of force against the territorial integrity or political independence of any state." United Nations, "Charter of the United Nations," Article 2(4), http://www.un.org/en/sections/un-charter/chapter-i/index.html Archived October 28, 2017, at the Wayback Machine
- ^ Fox, Gregory, "Regime Change," 2013, Oxford Public International Law, Max Planck Encyclopedia of Public International Law, Sections C(12) and G(53)–(55),Archived November 4, 2016, at the Wayback Machine
- ^ Jump up to:[a] [b] *O'Rourke, Lindsey A. (November 29, 2019). "The Strategic Logic of Covert Regime Change: US-Backed Regime Change Campaigns during the Cold War". Security Studies.* ***0****: 92–127. doi:10.1080/09636412.2020.1693620. ISSN 0963-6412. S2CID 213588712.*
- ^ *"The Long History of the US Interfering with Elections Elsewhere". The Washington Post. October 13, 2016. Archived from the original on June 16, 2017.*
- ^ *Shane, Scott (February 17, 2019). "Russia Isn't the Only One Meddling in Elections, We Do It, Too". The New York Times. Archived from the original on February 19, 2018. Citing* Conflict Management and Peace Science, September 19, 2016 "Partisan Electoral Interventions by the Great Powers: Introducing the PEIG Dataset," http://journals.sagepub.com/doi/pdf/10.1177/0738894216661190
- ^ Eaton had requested 100 Marines but had been limited to eight by Commodore Barron, who wished to budget his forces differently. Daugherty 2009, pp. 11–12.
- ^ *Fye, Shaan. "A History Lesson: The First Barbary War". The Atlas Business Journal.*
- ^ Herring, George C. *From Colony to Superpower: U.S. Foreign Relations since 1776*. New York: Oxford University Press, 2008. ISBN 978-0-19-507822-0. p. 100. – via Questia (subscription required)
- ^ Greenberg, Amy (2012), A Wicked War: Polk, Clay, Lincoln, and the 1846 U.S. Invasion of Mexico (1989: Knopf) p. 33
- ^ Zinn, Howard (2003) "Chapter 8: We take nothing by conquest, Thank God". A People's History of the United States, (New York: HarperCollins Publishers) p. 169
- ^ *Falcke Martin, Percy (1914). Maximilian in Mexico. The story of the French intervention (1861–1867). New York City, New York, United States: C. Scribner's sons.*
- ^ Robert H. Buck, Captain, Recorder. Military Order of the Loyal Legion of the United States Commandery of the state of Colorado, Denver. 10 April 1907. Indiana State Library.
- ^ *Hart, James Mason (2002). Empire and Revolution: The American in Mexico Since the Civil War. Berkeley and Los Angeles: University of California Press. ISBN 0-520-90077-4.*

- ^ *Manning, William R.; Callahan, James Morton; Latané, John H.; Brown, Phillip; Slayden, James L.; Wheless, Joseph; Scott, James Brown (April 25, 1914). "Statements, Interpretations, and Applications of the Monroe Doctrine and of More or Less Allied Doctrines". American Society of International Law.* ***8****: 34–118. JSTOR 25656497.*
- ^ *Stevenson, Robert Louis (1892). A Footnote to History: Eight Years of Trouble in Samoa. BiblioBazaar. ISBN 978-1-4264-0754-3.*
- ^ This Day in History, "November 3: 1903 Panama Declares Independence," https://www.history.com/this-day-in-history/panama-declares-independenceArchived March 12, 2018, at the Wayback Machine
- ^ In a state speech in December 1903, President Theodore Roosevelt put the number of "revolutions, rebellions, insurrections, riots, and other outbreaks" in Panama at 53, within the space of 57 years. in "Theodore Roosevelt's third state of the union address":http://en.wikisource.org/wiki/Theodore_Roosevelt%27s_Third_State_of_the_Union_Address Archived May 2, 2012, at the Wayback Machine
- ^ *Gilderhusrt, Mark T. (2000). The Second Century: U.S.–Latin American Relations Since 1889. Rowman & Littlefield. p. 49.*
- ^ *Becker, Marc. "History of U.S. Interventions in Latin America". www2.truman.edu.*
- ^ Declaration of War with Spain, 1898 (H.R. 10086), United States Senate
- ^ *"Transcript of the Platt Amendment". Our Documents.*
- ^ US archives online Archived 2015-04-23 at the Wayback Machine, Date of ratification by Cuba
- ^ *"Platt Amendment (1903)". Our Documents.*
- ^ *Vitor II, MAJ Bruce A. "Under the Shadow of the Big Stick: U.S. Intervention in Cuba, 1906-1909". United States Army.*
- ^ *Humanities, National Endowment for the (December 1, 1909). "The citizen. (Honesdale, Pa.) 1908-1914, December 01, 1909, Image 1". The Citizen. ISSN 2166-7705. Retrieved December 1, 2019.*
- ^ *"US Intervention in Nicaragua 1911/1912". US Department of State.*
- ^ Langley, Lester D. (1983). *The Banana Wars: An Inner History of American Empire, 1900–1934*. Lexington: University Press of Kentucky.
- ^ *Musicant, Ivan (1990). The Banana Wars: A History of United States Military Intervention in Latin America from the Spanish–American War to the Invasion of Panama. New York: MacMillan Publishing. ISBN 978-0-02-588210-2.*
- ^ David Healy, "Gunboat Diplomacy in the Wilson Era: The U.S. Navy in Haiti, 1915–1916," (Madison: University of Wisconsin Press, 1976)
- ^ Giles A. Hubert, War and the Trade Orientation of Haiti, https://www.jstor.org/stable/pdfplus/1053341.pdf
- ^ *United States Naval Institute (1879). Proceedings of the United States Naval Institute. Annapolis, MD. p. 239.*

- ^ *Atkins, G. Pope & Larman Curtis Wilson. (1998). The Dominican Republic and the United States: From Imperialism to Transnationalism. Athens, GA: Univ. of Georgia Press. p. 49. ISBN 978-0-8203-1930-8.*
- ^ S.J. Res. 1 : Declaration of War with Germany, WW1, United States Senate
- ^ *"Armistice: The End of World War I,1918"*. EyeWitness to History. 2004. Archived from the original on November 26, 2018.
- ^ *"Primary Documents - Kaiser Wilhelm II's Abdication Proclamation, 28 November 1918". First World War.com. November 28, 1918.*
- ^ *"Primary Documents - Treaty of Versailles, 28 June 1919". First World War.com. June 28, 1919.*
- ^ *"Primary Documents - U.S. Peace Treaty with Germany, 25 August 1921". First World War.com. August 25, 1921.*
- ^ H.J.Res.169: Declaration of War with Austria-Hungary, WWI, United States Senate
- ^ *"Armistice Convention with Austria-Hungary" (PDF).*
- ^ *"Saint-Germain, Treaty of". International Encyclopedia of the First World War.*
- ^ *"Primary Documents - U.S. Peace Treaty with Austria, 24 August 1921". First World War.com. August 24, 1921.*
- ^ *"Trianon, Treaty of". International Encyclopedia of the First World War.*
- ^ *"Primary Documents - U.S. Peace Treaty with Hungary, 29 August 1921". First World War.com. August 29, 1921.*
- ^ Beyer, Rick, "The Greatest Stories Never Told" 2003: A&E Television Networks / The History Channel, pp. 152–153, ISBN 0060014016
- ^ Coatsworth, John. H. "Central America and the United States: The Clients and the Colossus," Twayne Publishers, New York: 1994, pp. 45, 225
- ^ The Stanford Daily, "Panamanian President Ousted in Coup d'Etat," Volume 100, Issue 15, October 10, 1941, https://stanforddailyarchive.com/cgi-bin/stanford?a=d&d=stanford19411010-01.2.38 Archived March 13, 2018, at the Wayback Machine
- ^ Takemae, Eiji 2002, p. xxxvii.
- ^ Jump up to:[a] [b] Dower, John. 'Embracing Defeat. *Penguin, 1999. ISBN 978-0-14-028551-2. p. 246.*
- ^ *Norgaard, Noland. (October 13, 1945). "Eisenhower Claims 50 Years Needed to Re-Educate Nazis". The Oregon Statesman. p. 2. Retrieved November 9, 2014 – via Newspapers.com.*
- ^ Herbert Hoover's press release of The President's Economic Mission to Germany and Austria, Report No. 1: German Agriculture and Food Requirements, February 28, 1947. pg. 2
- ^ *Art, David (2005). The Politics of the Nazi Past in Germany and Austria. Cambridge University Press.*

*pp. 53–55. ISBN 978-0521673242.*

- ^ *"Formation of the Federal Republic of Germany". Britannica. Retrieved March 11,2019.*
- ^ Hart, Basil H. Liddel (1970). A History of the Second World War. London, Weidenfeld Nicolson. p. 627.
- ^ Gianni Oliva, *I vinti e i liberati: 8 settembre 1943-25 aprile 1945 : storia di due anni*, Mondadori, 1994.
- ^ *"60ème Anniversaire de la Libération - La Libération de Paris - Sénat".*
- ^ *"Bal* de célébration des 70 ans de la libération de Paris sur le Parvis de l'Hôtel de Ville".
- ^ *Peter Schrijvers (2012). "'A Modern Liberation'. Belgium and the Start of the American Century, 1944-1946". European Journal of American Studies.* ***7*** *(2). doi:10.4000/ejas.9695.*
- ^ *"Battle of The Bulge - HistoryNet". www.historynet.com.*
- ^ *Conway, Martin (2012). The Sorrows of Belgium: Liberation and Political Reconstruction, 1944–1947. Oxford: Oxford University Press. ISBN 978-0-19-969434-1.*
- ^ *Saunders, Tim (2006). Operation Plunder. Battleground Europe. Barnsley, UK: Pen & Sword. ISBN 1-84415-221-9.*
- ^ *"Operation Market Garden". National Army Museum. Retrieved April 10, 2019.*
- ^ *Smith, Robert Ross (2005). Triumph in the Philippines: The War in the Pacific. University Press of the Pacific. ISBN 1-4102-2495-3.*
- ^ Sorel, Eliot, and Pier Carlo Padoan. The Marshall Plan: Lessons Learned for the 21st Century. Paris: OECD, 2008. 15-16. Print.
- ^ *"Austrian State Treaty, 1955". 2001-2009.state.gov. July 18, 2008. Retrieved June 15, 2017.*
- ^ Hart-Landsberg, Martin, Korea: Division, Reunification, & U.S. Foreign Policy, Monthly Review Press (1998), p. 65
- ^ Cumings, Bruce, The Origins of the Korean War, Liberation and the Emergence of Separate Regimes, 1945–1947, Princeton University Press (1981), p. 88
- ^ Cumings, Bruce, "The Autumn Uprising," The Origins of the Korean War, Liberation and the Emergence of Separate Regimes, 1945–1947, Princeton University Press(1981)
- ^ Korea Times, June 15, 2015, "Korea Neglects Memory of Provisional Government,"http://www.koreatimes.co.kr/www/news/nation/2016/03/180_180890.html Archived January 8, 2017, at the Wayback Machine
- ^ *Buzo, Adrian (2002). The Making of Modern Korea. London: Routledge. pp. 66, 69. ISBN 0-415-23749-1.*
- ^ *Cumings, Bruce (2010). The Korean War: A History. p. 111.*
- ^ Sydney Morning Herald, 15 Nov. 2008, "South Korea Owns Up to Brutal Past"
- ^ *Ferris, John; Mawdsley, Evan (2015). The Cambridge History of the*

*Second World War, Volume I: Fighting the War*. Cambridge: Cambridge University Press.

- ^ Jump up to:[a] [b] Nguyễn Anh Thái (chief author); Nguyễn Quốc Hùng; Vũ Ngọc Oanh; Trần Thị Vinh; Đặng Thanh Toán; Đỗ Thanh Bình (2002). *Lịch sử thế giới hiện đại* (in Vietnamese). Ho Chi Minh City: Giáo Dục Publisher. pp. 320–322. 8934980082317.
- ^ Harry S. Truman, "Memoirs, Vol. Two: Years of Trial and Hope," 1946–1953 (Great Britain 1956), p. 66
- ^ p. 23, U.S. Military and CIA Interventions Since World War II, William Blum, Zed Books 2004 London.
- ^ McCullough, David (1992). *Truman*. New York: Simon & Schuster.
- ^ Patterson, James T. (1996). *Grand Expectations*. New York: Oxford University Press.
- ^ Panourgia, Neni, "Dangerous Citizens: The Greek Left and The Terror of the State," (New York: Fordham University Press, 2009) Chapter 5. 1946–1949: Emphýlios, Witness of the Mountains, available online at: https://dangerouscitizens.columbia.edu/1946-1949/witness-of-the/1/index.htmlArchived December 25, 2017, at the Wayback Machine
- ^ Iatrides, John O., and Nicholas X. Rizopoulos, "The International Dimension of the Greek Civil War," *World Policy Journal* (2000): 87–103. in JSTOR ArchivedAugust 7, 2018, at the Wayback Machine
- ^ Herring, George C. (2008). *From Colony to Superpower: U.S. Foreign Relations Since 1776*. New York: Oxford University Press. ISBN 978-0-19-507822-0.
- ^ Holzhauer, Ian (2004). *The Presidency of Calderón Guardia* (B.A.). University of Florida.
- ^ "Costa Rica's Fierce Pacifist". *The New York Times*. June 17, 1990. ISSN 0362-4331.
- ^ Delpar, Helen; Perez, Louis A. (2000). Benjamin Welles, Daniela Spenser, Friedrich E. Schuler, Maria Emilia Paz, Michael L. Krenn, Michael D. Gambone, Kyle Longley, James G. Blight, Peter Kornbluh, Lars Schoultz, Gilbert M. Joseph, Catherine C. LeGrand, Ricardo D. Salvatore (eds.). "Inter-American Relations and Encounters: Recent Directions in the Literature". *Latin American Research Review*. **35** (3): 155. ISSN 0023-8791. JSTOR 2692045.
- ^ Pace, Eric (June 9, 1990). "Jose Figueres Ferrer Is Dead at 83; Led Costa Ricans to Democracy". *The New York Times*. ISSN 0362-4331.
- ^ "How Costa Rica Lost Its Military" citing:
  - Ameringer, Charles D. (1978). *Don Pepe: A political biography of José Figueres of Costa Ricas*. University of New Mexico Press. ISBN 978-0-8263-0480-3.
  - Bird 1984
  - Bell 1971
  - Høivik, Tord; Aas, Solveig (December 1981). "Demilitarization in Costa Rica: A Farewell to Arms?". *Journal of Peace Research*. **18** (4): 333–350. doi:10.1177/002234338101800403. ISSN 0022-3433. S

2CID 110377590.

- Jiménez, Iván Molina (1997). Costa Rica: Historia de Costa Rica. Editorial de la Universidad de Costa Rica. ISBN 978-9977-67-411-7.

- ^ Oliver, Myrna (June 1990). "Jose Figueres, 82; Former Costa Rican President". Los Angeles Times. ISSN 0458-3035.
- ^ La Feber 1993
- ^ "How Costa Rica Lost Its Military" citing:
  - Bell 1971
  - Jiménez 1997
- ^ Jump up to:a b c La Feber 1993, citing:
  - Bell 1971, p. 25
  - Memorandum by Mr. William Tapley Bennett, Jr., of the Division of Central America and Panama Affairs, March 1948, pp. 503–505
- ^ "Albania in World War II". World War II Database.
- ^ "Albanian Dossier: CIA and British MI6 in Albania". Albanian Canadian League Information Service. Archived from the original on September 28, 2007.
- ^ Within Record Group 263. A user's guide is available to assist researchers in locating the documents.
- ^ "H-Diplo Roundtable on "America's Great Game: The CIA's Secret Arabists and the Shaping of the Modern Middle East" | H-Diplo | H-Net". networks.h-net.org. Retrieved March 5, 2019.
- ^ Wilford, Hugh (2013). America's Great Game: The CIA's Secret Arabists and the Making of the Modern Middle East. Basic Books. pp. 101, 103. ISBN 9780465019656. Predictably, this version of events has proven highly controversial ... In fact, most of the available evidence indicates that it was the Kurd himself [Za'im] who took the initiative in plotting his coup.
- ^ Rathmell, Andrew (January 1996). "Copeland and Za'im: Re-evaluating the Evidence". Intelligence and National Security. **11** (1): 89–105. doi:10.1080/02684529608432345. cf. Quandt, William B. (January 28, 2009). "Capsule Review: Secret War in the Middle East: The Covert Struggle for Syria, 1949-1961". Foreign Affairs. Retrieved March 4, 2019. For example, the author does not believe that the Husni Zaim coup of 1949 was primarily the work of the cia, despite such claims by cia operatives; he does, however, provide considerable detail on the plotting against Syria by Turkey, Iraq, and the United States in 1957.
- ^ Stuster, J. Dana (August 20, 2013). "Mapped: The 7 Governments the U.S. Has Overthrown". Foreign Policy. Retrieved March 4, 2019. Despite continued speculation about the CIA's role in a 1949 coup to install a military government in Syria, the ouster of Iranian Prime Minister Mohammed Mossadegh is the earliest coup of the Cold War that the U.S. government has acknowledged.
- ^ Gendzier, Irene L. (2006). Notes from the Minefield: United States

*Intervention in Lebanon and the Middle East, 1945-1958. Columbia University Press. pp. 97–99. ISBN 9780231140119. syria coup 1949.*

- ^ *"Korean War". History.com. History Channel. Archived from the original on April 20, 2016. Retrieved April 21, 2016.*
- ^ Millett 2007, pp. 18–19.
- ^ Chen 1994, p. 26.
- ^ *Pembroke, Michael (2018). Korea: Where the American Century Began. Hardie Grant Books. p. 141.*
- ^ Barnouin & Yu 2006, p. 143.
- ^ Stokesbury 1990, pp. 79–94.
- ^ Barnouin & Yu 2006, p. 144.
- ^ Chen, Jian. "China's Changing Aims during the Korean War, 1950—1951." *The Journal of American-East Asian Relations*, no. 1 (1992): 8–41. pp. 11–12.
- ^ Harrison (Lt. Col.), William T. *"Military Armistice in Korea: A Case Study for Strategic Leaders". Archived* from the original on August 1, *2013. Retrieved April 11, 2013.*
- ^ *Wilford, Hugh (2013). America's Great Game: The CIA's Secret Arabists and the Making of the Modern Middle East. Basic Books. pp. 135–139. ISBN 9780465019656.*
- ^ *Holland, Matthew F. (1996). America and Egypt: From Roosevelt to Eisenhower. Praeger. pp. 26–29. ISBN 978-0-275-95474-1.*
- ^ *David S. Painter (1993), The United States, Great Britain, and Mossadegh (PDF)*, Wikidata Q98960655.
- ^ *"Mossaddegh: Eccentric nationalist begets strange history". NewsMine. April 16, 2000. Retrieved June 13, 2014.*
- ^ *Abrahamian, Ervand (July 24, 2017). "Newly Declassified Documents Confirm U.S. Backed 1953 Coup in Iran Over Oil Contracts" (Interview). Interviewed by Amy Goodman and Juan González. Democracy Now!. Retrieved July 24, 2017.*
- ^ The date of the coup in the Persian calendar.
- ^ *Clandestine Service History: Overthrow of Premier Mossadeq of Iran*, Mar. 1954: p. iii.
- ^ *Ends of British Imperialism: The Scramble for Empire, Suez, and Decolonization. I.B.Tauris. 2007. pp. 775 of 1082. ISBN 978-1-84511-347-6.*
- ^ *Risen, James (2000). "Secrets of History: The United States in Iran". The New York Times. Archived* from the original on January 20, *2013.*
- ^ *CIA declassifies more of "Zendebad, Shah!" – internal* study of 1953 Iran coup, Danielle Siegel and Malcolm Byrne, National Security Archive, Feb. 12, 2018.
- ^ *U.S. foreign policy in perspective: clients, enemies and empire*. David Sylvan, Stephen Majeski, p. 121.
- ^ *Ernesto "Che" Guevara (World Leaders Past & Present)*, by Douglas Kellner, 1989, Chelsea House Publishers, ISBN 1-55546-835-7, p. 45.

- ^ *"1950s CIA Aid to Castro Reported". Los Angeles Times. October 19, 1986. Retrieved August 18, 2019.*
- ^ *"Air war over Cuba 1956–1959". ACIG.org. 30 November 2011. Archived from the original on 18 March 2013. Retrieved 14 June 2013.*
- ^ English (2008)[page needed]
- ^ *"The Batista-Lansky Alliance: How the mafia and a Cuban dictator built Havana's casinos". Cigar Aficionado. May 2001. Archived from the original on 23 September 2015. Retrieved 28 August 2015.*
- ^ Cullather, Nick (1994). *Illusions of influence: the political economy of United States-Philippines relations, 1942–1960. Stanford University Press. pp. 108–109. ISBN 978-0-8047-2280-3.*
- ^ Tharoor, Ishaan (13 October 2016). "The long history of the U.S. interfering with elections elsewhere". *The Washington Post*. Retrieved 21 May 2019.
- ^ Blakeley, Ruth (2009). *State Terrorism and Neoliberalism: The North in the South. Routledge. p. 92. ISBN 978-0-415-68617-4.*
- ^ Coatsworth, John. H. "Central America and the United States: The Clients and the Colossus," Twayne Publishers, New York: 1994, pp. 58, 226
- ^ *Kornbluh, Peter; Doyle, Kate (eds.). "overview". CIA and Assassinations: The Guatemala 1954 Documents. National Security Archive Electronic Briefing Book. Washington, D.C.: National Security Archive. Archived from the original on November 24, 2016.*
- ^ *"(DELETED) MEMO TO JAMES LAY FROM (DELETED) RE GUATEMALA 1954 COUP | CIA FOIA (foia.cia.gov)". www.cia.gov. Retrieved April 29, 2019.*
- ^ *Kornbluh, Peter; Doyle, Kate (eds.). "Document 5". CIA and Assassinations: The Guatemala 1954 Documents. National Security Archive Electronic Briefing Book. Washington, D.C.: National Security Archive. Archived from the original on November 24, 2016.*
- ^ Saunders, Bonnie, "The United States and Arab Nationalism: The Syrian Case, 1953–1960," (Westport, CT: Greenwood, 1996), p. 49
- ^ Sylvan, David and Majeski, Stephen, "U.S. Foreign Policy in Perspective: Clients, Enemies and Empire," (New York: Routledge, 2009) http://us-foreign-policy-perspective.org/index.php?id=328&L=0 Archived April 1, 2018, at the Wayback Machine
- ^ Jump up to:[a] [b] Blum, William, "Killing Hope: U.S. Military and CIA Interventions Since World War II," (Monroe, ME: Common Courage Press, 1995), pp. 86–87
- ^ Saunders, Bonnie, "The United States and Arab Nationalism: The Syrian Case, 1953–1960," (Westport, CT: Greenwood, 1996), p. 51
- ^ The Guardian, September 26, 2003, "Macmillan Backed Syria Assassination Plot, Documents Show White House and No. 10 Conspired over Oil-Fuelled Invasion Plan," https://www.theguardian.com/politics/2003/sep/27/uk.syria1 Archived June 3, 2015, at the Wayback Machine
- ^ Jump up to:[a] [b] John Prados, *Safe for Democracy: The Secret Wars of the CIA* (Chicago: Rowman & Littlefield, 2006), p. 164 [1]

- ^ Jones, Matthew. "The 'Preferred Plan': The Anglo-American Working Group Report on Covert Action in Syria, 1957," Intelligence and National Security 19(3), Autumn 2004, pp. 404–406
- ^ Dorril, Stephen, "MI6: Inside the Covert World of Her Majesty's Secret Intelligence Service," (New York: Touchstone, 2000), p. 656 656
- ^ Blum, William, "Killing Hope: U.S. Military and CIA Interventions Since World War II," (Monroe, ME: Common Courage Press, 1995), pp. 88–91
- ^ Ben Fenton, "Macmillan backed Syria assassination plot: Documents show White House and No 10 conspired over oil-fuelled invasion plan"; *The Guardian*, 26 September 2003.
- ^ Daily News (Sri Lanka), "Bandung Conference of 1955 and the Resurgence of Asia and Africa," archived at: https://web.archive.org/web/20120513090833/http://www.dailynews.lk/2005/04/21/fea01.htm
- ^ Kahin, George McTurnan, "The Asian-African Conference: Bandung, Indonesia, April 1955" (Ithaca: Cornell University Press, 1956)
- ^ Conboy, Kenneth; Morrison, James (1999) "Feet to the Fire CIA Covert Operations in Indonesia, 1957–1958," (Annapolis: Naval Institute Press, 1999), p. 155, ISBN 1557501939
- ^ Conboy, Kenneth; Morrison, James (1999) "Feet to the Fire CIA Covert Operations in Indonesia, 1957–1958," (Annapolis: Naval Institute Press, 1999), p. 131, ISBN 1557501939
- ^ Los Angeles Times, October 29, 1994, "CIA's Covert Indonesia Operation in the 1950s Acknowledged by U.S.," http://articles.latimes.com/1994-10-29/news/mn-56121_1_state-department Archived January 19, 2018, at the Wayback Machine
- ^ Stone, Oliver and Kuznick, Peter, "The Untold History of the United States" (New York: Simon & Schuster, Inc., 2012), pp. 347–348
- ^ *"The History Place — Vietnam War 1945–1960". Retrieved June 11, 2008.*
- ^ Prados, John, (2006) "The Road South: The Ho Chi Minh Trail", *Rolling Thunder in a Gentle Land*, editor By Andrew A. Wiest, Osprey Publishing, ISBN 1-84603-020-X.
- ^ *Human Rights Watch (April 2002), "III. A History of Resistance to Central Government Control", Repression of Montagnards: Conflicts over Land and Religion in Vietnam's Central Highlands*
- ^ *Shultz, Richard H., Jr. (2000), the Secret War against Hanoi: the untold story of spies, saboteurs, and covert warriors in North Vietnam, Harper Collins Perennial*, p. 3
- ^ *Kinzer, Stephen (2007). Overthrow: America's Century of Regime Change from Hawaii to Iraq. New York: Henry Holt and Company. pp. 158–166. ISBN 978-1-4299-0537-4.*
- ^ *"U.S. and Diem's Overthrow: Step by Step". The New York Times. July 1, 1971. Retrieved July 21, 2018.*
- ^ *Sale, Richard (April 10, 2003). "Exclusive: Saddam Key in Early CIA Plot". United Press International. Retrieved April 2, 2018.*

- ^ *Gibson, Bryan R. (2015). Sold Out? US Foreign Policy, Iraq, the Kurds, and the Cold War. Palgrave Macmillan. pp. xvii, 25–26, 31, 200, 208. ISBN 978-1-137-48711-7.*
- ^ *Karsh, Efraim; Rautsi, Inari (2002). Saddam Hussein: A Political Biography. Grove Press. pp. 15–22, 25. ISBN 978-0-8021-3978-8.*
- ^ *Makiya, Kanan (1998). Republic of Fear: The Politics of Modern Iraq, Updated Edition. University of California Press. p. 118. ISBN 978-0-520-92124-5.*
- ^ *Karsh, Efraim; Rautsi, Inari (2002). Saddam Hussein: A Political Biography. Grove Press. pp. 20–21. ISBN 978-0-8021-3978-8.*
- ^ *Farouk–Sluglett, Marion; Sluglett, Peter (2001). Iraq Since 1958: From Revolution to Dictatorship. I.B. Tauris. p. 327. ISBN 9780857713735.*
- ^ Office of the Historian, United States Department of State, Foreign Relations of the United States, 1961–63, Volume X, Cuba, January 1961–September 1962, "291. Program Review by the Chief of Operations, Operation Mongoose (Lansdale)," January 18, 1962, https://history.state.gov/historicaldocuments/frus1961-63v10/d291 Archived October 12, 2017, at the Wayback Machine
- ^ Jump up to:[a] [b] Office of the Historian, United States Department of State, Foreign Relations of the United States, 1961–63, Volume X, Cuba, January 1961–September 1962, "291. Program Review by the Chief of Operations, Operation Mongoose (Lansdale)," January 18, 1962, pp. 711–17, https://history.state.gov/historicaldocuments/frus1961-63v10/d291 Archived October 12, 2017, at the Wayback Machine
- ^ Domínguez, Jorge I. "The @#$%& Missile Crisis (Or, What Was 'Cuban' About US Decisions During the Cuban Missile Crisis)," Diplomatic History: The Journal of the Society for Historians of Foreign Relations, Vol. 24, No. 2, Spring 2000: 305–15
- ^ *Johnson, M. Alex (June 26, 2007). "CIA acknowledges Castro plot went to the top". NBC News.*
- ^ Escalante Font, Fabián, "Executive Action: 634 Ways to Kill Fidel Castro," Melbourne: Ocean Press, 2006
- ^ *Campbell, Duncan (August 2, 2006). "638 ways to kill Castro". The Guardian.*
- ^ *Kettle, Martin (August 10, 2000). "President 'ordered murder' of Congo leader". The Guardian. London, England.*
- ^ *Sherer, Lindsey (January 16, 2015). "U.S. foreign policy and its Deadly Effect on Patrice Lumumba". Washington State University.*
- ^ Hoskyns 1965, pp. 375–377.
- ^ LaFontaine 1986, p. 16
- ^ Jump up to:[a] [b] Villafana (2017), pp. 72–73.
- ^ Martell (2018), pp. 74–75.
- ^ Traugott (1979)
- ^ Jump up to:[a] [b] [c] Nugent 2004, p. 233.
- ^ US Library of Congress, Federal Research Division, Library of

Congress Country Studies, "Laos: The Attempt to Restore Neutrality," https://web.archive.org/web/20041031091831/http://lcweb2.loc.gov/cgi-bin/query/r?frd%2Fcstdy%3A%40field%28DOCID%2Bla0039%29

- ^ Castle, Timothy, "At War in the Shadow of Vietnam: United States Military Aid to the Royal Lao Government, 1955–1975," (New York: Columbia University Press, 1993), pp. 32–33
- ^ Castle, Timothy, "At War in the Shadow of Vietnam: United States Military Aid to the Royal Lao Government, 1955–1975," (New York: Columbia University Press, 1993), pp. 33–35, 40, 59
- ^ US Library of Congress, Federal Research Division, Library of Congress Country Studies, "Laos: The Attempt to Restore Neutrality," https://web.archive.org/web/20041031091831/http://lcweb2.loc.gov/cgi-bin/query/r?frd%2Fcstdy%3A%40field%28DOCID%2Bla0039%29
- ^ Castle, Timothy, "At War in the Shadow of Vietnam: United States Military Aid to the Royal Lao Government, 1955–1975," (New York: Columbia University Press, 1993), pp. 21–25, 27
- ^ *Kross, Peter (December 9, 2018). "The Assassination of Rafael Trujillo". Sovereign Media. Retrieved January 17, 2019.*
- ^ *"The Kaplans of the CIA - Approved For Release 2001/03/06 CIA-RDP84-00499R001000100003-2" (PDF). Central Intelligence Agency. November 24, 1972. pp. 3–6. Retrieved January 17, 2019.*
- ^ CIA "Family Jewels" Memo, 1973 (see page 434) Family Jewels (Central Intelligence Agency)
- ^ *Ameringer, Charles D. (January 1, 1990). U.S. Foreign Intelligence: The Secret Side of American history (1990 ed.). Lexington Books. ISBN 978-0669217803.*
- ^ *Iber, Patrick (April 24, 2013). ""Who Will Impose Democracy?": Sacha Volman and the Contradictions of CIA Support for the Anticommunist Left in Latin America". Diplomatic History.* ***37*** *(5): 995–1028. doi:10.1093/dh/dht041.*
- ^ *"Stephen M Bland | Journalist and Author | Central Asia Caucasus". stephenmbland. Archived from the original on November 26, 2016.*
- ^ *Uppsala Conflict Data Program (November 2, 2011). "Laos". Uppsala University Department of Peace and Conflict Research. In October 1953, the Franco-Lao Treaty of Amity and Association transferred power....*
- ^ *"Brief Chronology, 1959–1963". Foreign Office Files: United States of America, Series Two: Vietnam, 1959–1975; Part 2: Laos, 1959–1963. October 22 Franco-Lao Treaty of Amity and Association*
- ^ *McCoy, Alfred (1972). The Politics of Heroin in Southeast Asia. Harper & Row. pp. 263–264. ISBN 0060129018. Air America began flying opium from mountain villages north and east of the Plain of Jars to Gen. Vang Pao's headquarters at Long Tieng.*
- ^ *The Politics of Heroin: CIA Complicity in the Global Drug Trade*, by Alfred W. McCoy, with Cathleen B. Read and Leonard P. Adams II, 2003, p. 385 ISBN 1-55652-483-8

- ^ "Opium Throughout History". PBS.
- ^ Cockburn, Alexander; Jeffrey St. Clair (1998). "9". *Whiteout, the CIA, drugs and the press*. New York: Verso. ISBN 1-85984-258-5.
- ^ Robbins, Christopher (1985). *The Ravens*. New York: Crown. p. 94. ISBN 0-9646360-0-X.
- ^ "Air America and Drugs in Laos". *Los Angeles Times*.
- ^ Ahern, Thomas L. Jr. (206). *Undercover Armies: CIA and Surrogate Warfare in Laos*. Center for the Study of Intelligence. pp. 535–547. Classified control no. C05303949.
- ^ Jump up to:[a] [b] Stone and Kuznick (2012, pp. 343–344) citing*Crandall, Britta H. (2011), Hemispheric Giants: The Misunderstood History of U.S.–Brazilian Relations, Rowman & Littlefield, ISBN 978-1-4422-0787-5* and *Schmitz, David F. (1999), Thank God they're on our side: the United States and right-wing dictatorships, 1921–1965, U. of North Carolina Press, p. 98, ISBN 978-0-8078-2472-6* and *Schmitz, David F. (1999), Thank God They're on Our Side: The United States and Right-Wing Dictatorships, 1921–1965, U. North Carolina Press, pp. 272–273*
- ^ National Security Archive, April 2, 2014, "Brazil Marks 50th Anniversary of Military Coup, On 50th anniversary, Archive Posts New Kennedy Tape Transcripts on Coup Plotting against Brazilian President Joao Goulart," https://nsarchive2.gwu.edu/NSAEBB/NSAEBB465/
- ^ Stone and Kuznick (2012, pp. 343–344) citing *Hellman, Robert G.; Rosenbaum, H. Jon (1975), Latin America: The Search for a New International Role, Wiley, p. 80*
- ^ Gibson, Bryan R. (2015). *Sold Out? US Foreign Policy, Iraq, the Kurds, and the Cold War*. Palgrave Macmillan. pp. 57, 220. ISBN 978-1-137-48711-7.
- ^ Hahn, Peter (2011). *Missions Accomplished?: The United States and Iraq Since World War I*. Oxford University Press. p. 48. ISBN 978-0-19-533338-1.
- ^ Komer, Robert (February 8, 1963). "Secret Memorandum for the President". Retrieved May 1, 2017.
- ^ Wolfe-Hunnicutt, Brandon (2017). "Oil Sovereignty, American Foreign Policy, and the 1968 Coups in Iraq". *Diplomacy & Statecraft*. Routledge. **28** (2): 248, footnote 4. doi:10.1080/09592296.2017.1309882. S2CID 157328042.
- ^ Ismael, Tareq Y.; Ismael, Jacqueline S.; Perry, Glenn E. (2016). *Government and Politics of the Contemporary Middle East: Continuity and Change* (2nd ed.). Routledge. p. 240. ISBN 978-1-317-66282-2.
- ^ Gibson, Bryan R. (2015). *Sold Out? US Foreign Policy, Iraq, the Kurds, and the Cold War*. Palgrave Macmillan. pp. 52–54, 57–58, 200. ISBN 978-1-137-48711-7.
- ^ Gibson, Bryan R. (2015). *Sold Out? US Foreign Policy, Iraq, the Kurds, and the Cold War*. Palgrave Macmillan. pp. 59–61, 68–72, 80. ISBN 978-1-137-48711-7.
- ^ Citino, Nathan J. (2017). "The People's Court". *Envisioning the Arab*

*Future: Modernization in US-Arab Relations, 1945–1967.* Cambridge University Press. p. 222. ISBN 978-1-108-10755-6.

- ^ Gibson, Bryan R. (2015). *Sold Out? US Foreign Policy, Iraq, the Kurds, and the Cold War.* Palgrave Macmillan. pp. 77–79. ISBN 978-1-137-48711-7.
- ^ Farouk–Sluglett, Marion; Sluglett, Peter (2001). *Iraq Since 1958: From Revolution to Dictatorship.* I.B. Tauris. p. 86. ISBN 9780857713735. *Although individual leftists had been murdered intermittently over the previous years, the scale on which the killings and arrests took place in the spring and summer of 1963 indicates a closely coordinated campaign, and it is almost certain that those who carried out the raid on suspects' homes were working from lists supplied to them. Precisely how these lists had been compiled is a matter of conjecture, but it is certain that some of the Ba'th leaders were in touch with American intelligence networks, and it is also undeniable that a variety of different groups in Iraq and elsewhere in the Middle East had a strong vested interest in breaking what was probably the strongest and most popular communist party in the region.*
- ^ Batatu, Hanna (1978). *The Old Social Classes and the Revolutionary Movements of Iraq.* Princeton University Press. pp. 985–987. ISBN 978-0-86356-520-5.
- ^ Gibson, Bryan R. (2015). *Sold Out? US Foreign Policy, Iraq, the Kurds, and the Cold War.* Palgrave Macmillan. p. 59. ISBN 978-1-137-48711-7.
- ^ Citino, Nathan J. (2017). "The People's Court". *Envisioning the Arab Future: Modernization in US–Arab Relations, 1945–1967.* Cambridge University Press. pp. 220–222. ISBN 978-1-108-10755-6.
- ^ Johnson, Loch (2007). *Strategic Intelligence.* Greenwood Publishing Group. ISBN 9780313065286. Retrieved January 12, 2017.
- ^ Church Committee (1975). "Covert Action in Chile: 1963-1973".
- ^ Kolko, Gabriel (1985). *Anatomy of a War: Vietnam, the United States, and the Modern Historical Experience.* Pantheon Books. ISBN 978-0394747613.
- ^ Scott Shane (October 31, 2005). "Vietnam Study, Casting Doubts, Remains Secret". *The New York Times.* Retrieved September 13, 2013.
- ^ Nalty 1998, pp. 97, 261.
- ^ Bowden, Mark (2017). *Hue 1968 A turning point of the American war in Vietnam.* Atlantic Monthly Press.
- ^ McNamara, Robert S.; Blight, James G.; Brigham, Robert K.; Biersteker, Thomas J.; Schandler, Herbert (1999). *Argument Without End: In Search of Answers to the Vietnam Tragedy.* PublicAffairs. ISBN 978-1891620874.
- ^ "North Vietnam's "Talk-Fight" Strategy and the 1968 Peace Negotiations with the United States". *Wilson Center.* April 16, 2012. Retrieved June 1, 2018.
- ^ Johns, Andrew (2010). *Vietnam's Second Front: Domestic Politics, the Republican Party, and the War.* University Press of Kentucky. p. 198. ISBN 978-0-8131-7369-6.

^ *Farrell, John A. (August 6, 2017). "When a Candidate Conspired With a Foreign Power to Win An Election"*

# DOCUMENT

# UNITED STATES

## CITIZENS ARREST: Charged Guilty to be remanded for Jail Nov. 26, 2020

## TREASON, SEDITION & SUBVERSIVE ACTIVITIES in an ongoing COUP D'état 2015-2020

**20-year jail, no one listed can hold any USA office, therefore VP Joe Biden's Candidacy for the 2020 Presidential Election is VOID and the 2020 Election is now VOID or by default President Trump remains President until 2024**

**The following are to report as charged, guilty and to surrender for jailing to Pentagon Chairman Chief of Staff General Mark A. Milley**

**Hilary Clinton, Barack Obama, Joseph Biden, Nancy Pelosi, Schumer, Schiftt, John Poulos CEO of Dominion Voting Systems and CEO of SMART MATIC, Antonio Mugica, and Chairman of Smart Matic**

**election fraud designers Peter Neffenger an Obama and Biden employee all involved in 2016 & 2020 Presidential Election fraud control operations, Justice AG William Barr, John Durham, Esq., Christopher Wray, Christopher Kregs, Gina Haspel, George Barnes, Chad Wolfe. Several COUP Generals, AFSCME Mr. Saunders, included will be 50% of the Intel Dept agents and employees who are older and found participators in the TREASON COUP to be named later in consultation with General Mark Milley.**

**Charged Guilty to be jailed and arrested by any USA Citizen Media CEO's and all reporters of the flowing Google, Microsoft: Bill Gates, Tim Cook: Twitter, Facebook: Mark Zuckerberg, Mr. Soros, You Tube, CNN, Fox News, ABC, CBS, CNBC, NBC, NY Times owned by CIA,**

**The above individuals and organizations have orchestrated their TREASON with the purpose of completely subverting all US Constitutional freedoms and have participated in the 2016 & 2020 Election Fraud activities of buying votes and electronically changing US Citizens vote decisions. As well President Obama and VP Biden did sell military technology for missile vibration controls which is a HIGH CRIME and TREASON. Further Democrat Candidate Joseph Biden has hired the Chairman of the Smart Matic VOTER FRAUD software used with Dominion in the TREASON CUP Elections Voting FRAUD scheme.**

**The TREASON COUP documents cover many investigators sworn depositions of witnesses and evidence including my 246 page testimony. Jeffrey Barrett TREASON/ COUP witness**

American Thinker

**12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker**

**https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_p**

owells_claim_about_global_election_fraud.html 1/5 December 2, 2020 Evidence supports Sidney Powell's claim about global election fraud By Andrea Widburg For the last two weeks, Sidney Powell was telling everyone she could prove that our election was decided abroad by bad actors. Tuesday's news seemed to confirm those claims. A retired military analyst testified in Arizona that the U.S. has captured the information that was sent overseas. Also, a November 25 declaration from an active-duty military analyst was made public today, which says that, within five days of the election, the analyst was able to connect dominonvotingsystems.com, which is Dominion's proprietary URL, to Belgrade, Iran, China — and Barack Obama. I've been enjoying a delightful email conversation with Nick Chase, who's written some deservedly lauded articles helping readers to understand how the voting machines could be used to send victory to Joe Biden. (See here, here, here, here, and here.) One of the things Nick explained to me is how information travels across the internet. I'm going to share his words with you because you'll need them to understand how important this next bit of news is: On the Internet, information is delivered in "packets" of bytes, each of which has header information identifying the sender and the intended recipient. When the recipient receives the packet, it verifies the packet and returns to the sender a message saying the packet was received correctly. This traffic passes through "routers" which are similar to the wireless router you might have at home, only on an industrial scale. The network routers also have switching software to determine which is the "most efficient" (fastest) route on the Internet to transmit the packets, as the Internet is a redundant system designed with many routers, paths and switches so it will continue to operate in case part of it goes down. It's entirely possible for a sophisticated, powerful agency to grab or reroute this packet traffic so the data can be manipulated. With that in mind, you'll appreciate the import of testimony that Colonel Phil Waldron (retired) gave during the hearing in Arizona about the voting machines used in the U.S. elections. As you recall, while the votes were collected in America, they were sent to Frankfurt, Germany, for final tallying and processing before being rerouted to America. According to Colonel Waldron, his "white hat" hackers recognized the packets going to Germany and obtained copies of them: Naty @NatyLiy BREAKING: #ArizonaHearing: "Are you

**willing to say under oath, that you've seen the connection to the internet, that you've seen it gone offshore to Frankfurt, Germany?" Col. Waldron: "Yes, our "White" hat hackers, they have that traffic and the packets." 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 2/5 We shouldn't be surprised that Col. Waldron offers such extraordinary evidence. Last week, in Pennsylvania, Col. Waldron gave a master's class in how the Dominion voting systems are set up to enable election fraud on a massive scale. He talked about fraudulent elections in other countries, voting machines being connected to the internet making them hackable, stolen USB drives used for hacking voting machines, and inexplicable anomalies that showed that votes were preloaded for Biden before the election began. Today, Col. Waldron's testimony gained added heft when we got to see a declaration from an intelligence analyst at the 305th Military Intelligence Unit (the "Kraken" unit). The declaration has specific evidence showing that, on November 8, 2020, Dominionvotingsystems.com, which is Dominion Voting Systems' proprietary URL, was connected over the internet to Belgrade, Iran, China — and to "the Indivisible (formerly ACORN) political group for Obama." In the spirit of complete honesty, the declaration is almost completely unintelligible to me. All I know is that I find disturbing that dominionvotingsystems.com is connected to two of our geopolitical foes and to Obama's political interest group. Oh, and did I mention that it looks as if the Chinese government has an ownership interest in Dominion? You can check out Gateway Pundit for details that seem legitimate. You're not imagining it that China keeps popping up all over 2020, first by giving us the gift of a virus that the Democrats used to try to destroy the economy and to pervert the election, and now as an active player in America's vote-counting. I sure hope that Trump, who is being remarkably silent right now, is planning to reveal all in the coming week. Alternatively, if he's unable for security reasons to reveal what's happening, I hope he's able to explain to the Supreme Court and the various state and federal legislators what really happened and why Biden truly didn't win. Image: Dominion voting systems. YouTube screen grab. 2:58 PM · Nov 30,**

**2020 53K 25.9K people are Tweeting about this Yes No I'm not sure 158,350 Votes Do you still support President Trump? Promoted Content Help Support American Thinker 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 3/5 From the Web Powered by ZergNet The One Key Reason Trump Allowed Biden's Transition To Begin Things Men Surprisingly Actually Found Attractive 50 Years Ago sponsored content Watch The Video Leaked Video Could Shut Down The Democratic Party — For Good The Catholic Church's biggest secret has been leaked. 484,236 Promoted Content In today's climate of political correctness and economic uncertainty, ad revenue only goes so far to keep an independent voice like AmericanThinker.com going. If you enjoy our articles, please consider supporting us with a direct contribution of as much or as little as you can give. Your donation will ensure that we continue to bring great pieces from our outstanding columnists. Thank you. $5 $10 $50 Other 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 4/5 Musicians Who Totally Lost Their Temper On Stage Jill Biden's Ex-Husband Just Made a Bold Accusation What Maxwell Said About Bill Clinton In New Unsealed Disposition The Truth About Powell's Claim Of A 'Broken Algorithm' 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 5/5 The Tragedy Of Robert Redford Is Just Heartbreaking Here's How Fox News Is Doing After Taking On Trump sponsored content RECOMMENDED Kentucky Residents Rush To Qualify For Concealed Carry (It's Ending Right Away) · Real Patriots Only: Trump Solid Gold Victory Coin · Trump Supporters: Free Trump Gold Victory Coin · The Horrifying Truth About CBD · Urologist: Try This if You Have an Enlarged Prostate (Watch) · This Perfect Hilarious Ornament is Selling out for Christmas · Urologists Stunned: Forget the Blue Pill, This "Fixes" Your ED · Remember Her? Take A Deep Breath Before You See What She Looks Like Now · Your IQ is 120+ if**

You Can Beat This Quiz · Then and Now: What Happened to These Child Stars? · RECOMMENDED Tinnitus? when the Ringing Won't Stop, Do This (It's Genius) · This Perfect Hilarious Ornament is Selling out for Christmas · Huge Scandals That Could've Shut Down Hgtv for Good · This is Where the Majority of Singles over 50 Are Finding Love in Richmond · New Life Insurance Policy for Kentucky Seniors Under 86 Yrs Old · Men, You Don't Need the Blue Pill if You Do This Before Bed · "The Office" Trivia Quiz For Its Real Fans. Only 40% Can Pass! · Only 130 IQ or Higher Can Pass This Quiz · Only a True Gearhead Can Name These Classic Cars! · 96-year-old Puts Her House for Sale. See How It Looks Inside ·12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 1/5 December 2, 2020 Evidence supports Sidney Powell's claim about global election fraud By Andrea Widburg For the last two weeks, Sidney Powell was telling everyone she could prove that our election was decided abroad by bad actors. Tuesday's news seemed to confirm those claims. A retired military analyst testified in Arizona that the U.S. has captured the information that was sent overseas. Also, a November 25 declaration from an active-duty military analyst was made public today, which says that, within five days of the election, the analyst was able to connect dominonvotingsystems.com, which is Dominion's proprietary URL, to Belgrade, Iran, China — and Barack Obama. I've been enjoying a delightful email conversation with Nick Chase, who's written some deservedly lauded articles helping readers to understand how the voting machines could be used to send victory to Joe Biden. (See here, here, here, here, and here.) One of the things Nick explained to me is how information travels across the internet. I'm going to share his words with you because you'll need them to understand how important this next bit of news is: On the Internet, information is delivered in "packets" of bytes, each of which has header information identifying the sender and the intended recipient. When the recipient receives the packet, it verifies the packet and returns to the sender a message saying the packet was received correctly. This traffic passes through "routers" which are similar to the wireless router you might have at home, only on an industrial scale. The network routers

**also have switching software to determine which is the "most efficient" (fastest) route on the Internet to transmit the packets, as the Internet is a redundant system designed with many routers, paths and switches so it will continue to operate in case part of it goes down. It's entirely possible for a sophisticated, powerful agency to grab or reroute this packet traffic so the data can be manipulated. With that in mind, you'll appreciate the import of testimony that Colonel Phil Waldron (retired) gave during the hearing in Arizona about the voting machines used in the U.S. elections. As you recall, while the votes were collected in America, they were sent to Frankfurt, Germany, for final tallying and processing before being rerouted to America. According to Colonel Waldron, his "white hat" hackers recognized the packets going to Germany and obtained copies of them: Naty @NatyLiy BREAKING: #ArizonaHearing: "Are you willing to say under oath, that you've seen the connection to the internet, that you've seen it gone offshore to Frankfurt, Germany?" Col. Waldron: "Yes, our "White" hat hackers, they have that traffic and the packets." 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 2/5 We shouldn't be surprised that Col. Waldron offers such extraordinary evidence. Last week, in Pennsylvania, Col. Waldron gave a master's class in how the Dominion voting systems are set up to enable election fraud on a massive scale. He talked about fraudulent elections in other countries, voting machines being connected to the internet making them hackable, stolen USB drives used for hacking voting machines, and inexplicable anomalies that showed that votes were preloaded for Biden before the election began. Today, Col. Waldron's testimony gained added heft when we got to see a declaration from an intelligence analyst at the 305th Military Intelligence Unit (the "Kraken" unit). The declaration has specific evidence showing that, on November 8, 2020, Dominionvotingsystems.com, which is Dominion Voting Systems' proprietary URL, was connected over the internet to Belgrade, Iran, China — and to "the Indivisible (formerly ACORN) political group for Obama." In the spirit of complete honesty, the declaration is almost completely unintelligible to me. All I know is that I find disturbing that**

**dominionvotingsystems.com is connected to two of our geopolitical foes and to Obama's political interest group. Oh, and did I mention that it looks as if the Chinese government has an ownership interest in Dominion? You can check out Gateway Pundit for details that seem legitimate. You're not imagining it that China keeps popping up all over 2020, first by giving us the gift of a virus that the Democrats used to try to destroy the economy and to pervert the election, and now as an active player in America's vote-counting. I sure hope that Trump, who is being remarkably silent right now, is planning to reveal all in the coming week. Alternatively, if he's unable for security reasons to reveal what's happening, I hope he's able to explain to the Supreme Court and the various state and federal legislators what really happened and why Biden truly didn't win. Image: Dominion voting systems. YouTube screen grab. 2:58 PM · Nov 30, 2020 53K 25.9K people are Tweeting about this Yes No I'm not sure 158,350 Votes Do you still support President Trump? Promoted Content Help Support American Thinker 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 3/5 From the Web Powered by ZergNet The One Key Reason Trump Allowed Biden's Transition To Begin Things Men Surprisingly Actually Found Attractive 50 Years Ago sponsored content Watch The Video Leaked Video Could Shut Down The Democratic Party — For Good The Catholic Church's biggest secret has been leaked. 484,236 Promoted Content In today's climate of political correctness and economic uncertainty, ad revenue only goes so far to keep an independent voice like AmericanThinker.com going. If you enjoy our articles, please consider supporting us with a direct contribution of as much or as little as you can give. Your donation will ensure that we continue to bring great pieces from our outstanding columnists. Thank you. $5 $10 $50 Other 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 4/5 Musicians Who Totally Lost Their Temper On Stage Jill Biden's Ex-Husband Just Made a Bold Accusation What Maxwell Said About Bill Clinton In New Unsealed Disposition The Truth**

**About Powell's Claim Of A 'Broken Algorithm' 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 5/5 The Tragedy Of Robert Redford Is Just Heartbreaking Here's How Fox News Is Doing After Taking On Trump sponsored content RECOMMENDED Kentucky Residents Rush To Qualify For Concealed Carry (It's Ending Right Away) · Real Patriots Only: Trump Solid Gold Victory Coin · Trump Supporters: Free Trump Gold Victory Coin · The Horrifying Truth About CBD · Urologist: Try This if You Have an Enlarged Prostate (Watch) · This Perfect Hilarious Ornament is Selling out for Christmas · Urologists Stunned: Forget the Blue Pill, This "Fixes" Your ED · Remember Her? Take A Deep Breath Before You See What She Looks Like Now · Your IQ is 120+ if You Can Beat This Quiz · Then and Now: What Happened to These Child Stars? · RECOMMENDED Tinnitus? when the Ringing Won't Stop, Do This (It's Genius) · This Perfect Hilarious Ornament is Selling out for Christmas · Huge Scandals That Could've Shut Down Hgtv for Good · This is Where the Majority of Singles over 50 Are Finding Love in Richmond · New Life Insurance Policy for Kentucky Seniors Under 86 Yrs Old · Men, You Don't Need the Blue Pill if You Do This Before Bed · "The Office" Trivia Quiz For Its Real Fans. Only 40% Can Pass! · Only 130 IQ or Higher Can Pass This Quiz · Only a True Gearhead Can Name These Classic Cars! · 96-year-old Puts Her House for Sale. See How It Looks Inside ·12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 1/5 December 2, 2020 Evidence supports Sidney Powell's claim about global election fraud By Andrea Widburg For the last two weeks, Sidney Powell was telling everyone she could prove that our election was decided abroad by bad actors. Tuesday's news seemed to confirm those claims. A retired military analyst testified in Arizona that the U.S. has captured the information that was sent overseas. Also, a November 25 declaration from an active-duty military analyst was made public today, which says that, within five days of the election, the analyst was able to connect dominonvotingsystems.com, which is Dominion's proprietary URL, to**

**Belgrade, Iran, China — and Barack Obama. I've been enjoying a delightful email conversation with Nick Chase, who's written some deservedly lauded articles helping readers to understand how the voting machines could be used to send victory to Joe Biden. (See here, here, here, here, and here.) One of the things Nick explained to me is how information travels across the internet. I'm going to share his words with you because you'll need them to understand how important this next bit of news is: On the Internet, information is delivered in "packets" of bytes, each of which has header information identifying the sender and the intended recipient. When the recipient receives the packet, it verifies the packet and returns to the sender a message saying the packet was received correctly. This traffic passes through "routers" which are similar to the wireless router you might have at home, only on an industrial scale. The network routers also have switching software to determine which is the "most efficient" (fastest) route on the Internet to transmit the packets, as the Internet is a redundant system designed with many routers, paths and switches so it will continue to operate in case part of it goes down. It's entirely possible for a sophisticated, powerful agency to grab or reroute this packet traffic so the data can be manipulated. With that in mind, you'll appreciate the import of testimony that Colonel Phil Waldron (retired) gave during the hearing in Arizona about the voting machines used in the U.S. elections. As you recall, while the votes were collected in America, they were sent to Frankfurt, Germany, for final tallying and processing before being rerouted to America. According to Colonel Waldron, his "white hat" hackers recognized the packets going to Germany and obtained copies of them: Naty @NatyLiy BREAKING: #ArizonaHearing: "Are you willing to say under oath, that you've seen the connection to the internet, that you've seen it gone offshore to Frankfurt, Germany?" Col. Waldron: "Yes, our "White" hat hackers, they have that traffic and the packets." 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 2/5 We shouldn't be surprised that Col. Waldron offers such extraordinary evidence. Last week, in Pennsylvania, Col. Waldron gave a master's class in how the Dominion voting**

**systems are set up to enable election fraud on a massive scale. He talked about fraudulent elections in other countries, voting machines being connected to the internet making them hackable, stolen USB drives used for hacking voting machines, and inexplicable anomalies that showed that votes were preloaded for Biden before the election began. Today, Col. Waldron's testimony gained added heft when we got to see a declaration from an intelligence analyst at the 305th Military Intelligence Unit (the "Kraken" unit). The declaration has specific evidence showing that, on November 8, 2020, Dominionvotingsystems.com, which is Dominion Voting Systems' proprietary URL, was connected over the internet to Belgrade, Iran, China — and to "the Indivisible (formerly ACORN) political group for Obama." In the spirit of complete honesty, the declaration is almost completely unintelligible to me. All I know is that I find disturbing that dominionvotingsystems.com is connected to two of our geopolitical foes and to Obama's political interest group. Oh, and did I mention that it looks as if the Chinese government has an ownership interest in Dominion? You can check out Gateway Pundit for details that seem legitimate. You're not imagining it that China keeps popping up all over 2020, first by giving us the gift of a virus that the Democrats used to try to destroy the economy and to pervert the election, and now as an active player in America's vote-counting. I sure hope that Trump, who is being remarkably silent right now, is planning to reveal all in the coming week. Alternatively, if he's unable for security reasons to reveal what's happening, I hope he's able to explain to the Supreme Court and the various state and federal legislators what really happened and why Biden truly didn't win. Image: Dominion voting systems.**

## DOCUMENT

# Sedition

*Created by FindLaw's team of legal writers and editors | Last updated February 20, 2019*

Suppose that over the course of a few months, a small band of armed militants has coordinated strategies to distribute firearms and take over the nation's capital by force through a website on the clandestine "deep web." All indications show that the group is dead serious in its intentions, but they're thwarted by an FBI investigation that leads to arrests. While sharing information and discussing ideas -- even distasteful ones -- is generally protected as free speech, the FBI believes this crosses the line. The alleged ringleaders of the plot are charged with "seditious conspiracy" (simply referred to as "sedition"), a federal crime related to treason and other anti-government offenses.

Sedition is a serious felony punishable by fines and up to 20 years in prison and it refers to the act of inciting revolt or violence against a lawful authority with the goal of destroying or overthrowing it. The following provides an overview of this particular crime against the government, with historical references.

## Seditious Conspiracy and Federal Law: The Basics

The federal law against seditious conspiracy can be found in Title 18 of the U.S. Code (which includes treason, rebellion, and similar offenses), specifically 18 U.S.C. § 2384. According to the statutory definition of sedition, it is a crime for two or more people within the jurisdiction of the United States:

- To conspire to overthrow or destroy by force the government of the United States or to level war against them;
- To oppose by force the authority of the United States government; to prevent, hinder, or delay by force the execution of any law of the United States; or
- To take, seize, or possess by force any property of the United States contrary to the authority thereof.

## Free Speech, Sedition, and Treason

In order to get a conviction for seditious conspiracy, the government must prove that the defendant in fact conspired to use force. Simply advocating for the use of force is not the same thing and in most cases is protected as free speech under the First Amendment. For example, two or more people who give public speeches suggesting the need for a total revolution "by any means necessary" have not necessarily conspired to overthrow the government. Rather, they're just sharing their opinions, however unsavory. But actively planning such an action (distributing guns, working out the logistics of an attack, actively opposing lawful authority, etc.) could be considered a seditious conspiracy.

Ultimately, the goal is to prevent threats against the United States while protecting individuals' First Amendment rights, which isn't always such a clear distinction.

Sedition differs from treason (defined in Article III of the U.S. Constitution) in a fundamental way. While seditious conspiracy is generally defined as conduct or language *inciting* rebellion against the authority of a state, treason is the more-serious offense of actively levying war against the United States or giving aid to its enemies.

Another way of looking at it is that seditious conspiracy often occurs before an act of treason.

**Seditious Conspiracy: Historical Examples**

Many of the more high-profile seditious conspiracy cases won by the U.S. government involve Puerto Rican nationalists plotting to overthrow the U.S. and assert their independence. The first was Pedro Albizu Campos, who (along with nine accomplices) was convicted of sedition in 1937 and jailed for 10 years for attempting to overthrow the government. He and others had been active members of the Nationalist Party, which (according the U.S. prosecutors) was aimed at independence through force. Other, similar cases involving Puerto Rican nationalists followed.

More recently, in 2010, nine members of a militia group called "the Hutaree" spanning Michigan, Ohio, and Indiana were charged with seditious conspiracy on suspicion of planning an armed conflict against federal, state, and local law enforcement. They were acquitted by a judge in 2012, however, due to insufficient evidence.

# DOCUMENT

**COPY: President Donald J. Trump**

**TO US Justice Dept AG Bill Barr and His Investigator Durham of the COUP vs Donald J. Trump**

**This communication is a Legal Process Service NOTICE**

**This message is a formal notice of intent to be one of two witnesses concerning the Deep State Democratic COUP d'état which has involved US Justice Department AG Bill Barr and his Investigator Durham whom both have great details of the COUP which we will refer to as TREASON, SEDICTION and Insurrection Acts that are going before President Donald J. Trump or Federal; Judge Barbara Lagoa 11th US Circuit Court Atlanta, Georgie**

**Then and only then and by one or the other President Trump or a Federals judge can anyone be arrested for the Treason, Sedition, and Insurrection Acts. The AG, FBI, HLS, NSA CIA, Pentagon has NO authority to act against a CUOP participants.**

**AG Bill Barr and Investigator Durham will be arrested with Hillary Clinton, President Barack Obama, VP Joe Biden, Nancy Pelosi, Chuck Schumer, Congressman Shift CEO's of Google, You tube, Twitter, Facebook and heads of all but the Director of Intelligence John Radcliff. Each Intel Dep't will suffer 50% of their agents to having taken years of bribes and graft all participating in person in the TREASON SEDITION and Insurrection Acts of this COUP. CNN reporters, CNBC, NBC, ABC, NY Times and Wall Street Journal have all**

**been a brainwashing CIA designed operation denying any true news but instead orchestrating by Co Conspirators the denial of news replaced by Democrat TREASON, SEDITION and INSURRECTION Acts to bring to ruin a duly Elected US President Donald J, Trump.**

**All Intel division will have 50% employees arrested as will US State Dept., US Justice Dept. starting with AG Bill Barr and Durham which with Twitter and Facebook have in recent months refused to address or release or allow the publishing pf any corruption charges against VP Joe Biden the Democratic Presidential nominee that is a puny 1% of the US DEM graft of $10Trillion yearly paid across the boards to all Intel divisions and Democratic politicians on the inside know of the huge graft with Media payouts. FEDERAL RESERVE is creating illegal $100 Trillion a year that funds the elite political graft players.**

**Jeffrey Barrett US Citizen**

**DOCUMENT**

# Billionaire Legacy Builders

*Wealth and imagination in the fight to persuade Americans that President Obama has been good for us*

*by Barbara Joanna Lucas*

**NOVEMBER 2, 2015**

***The president has begun raising money for his library and foundation, which will be located in Chicago and plans to operate on a grand scale. Obama hopes to avoid the kind of scandals in which President Clinton's foundation is mired, and he also hopes his Hollywood friends will be able to embellish a legacy that looks to be mixed at best.***

**Get ready America. See an entire wing devoted to how President Barack Obama single-handedly killed Osama bin Laden and an even larger wing showing how he provided health care for all Americans. Other exhibits will likely demonstrate how he disarmed Iran, battled Wall Street, and saved the economy from capitalism, along with many other heroic, superhuman, death-defying,**

**unprecedented feats. And he did it all while dealing with snarling Republicans in Congress and Tea Party activists bent on impeding the progress Americans needed, whether they knew it or not.**

**And you'll also see all the ways Barack Obama saved the world since leaving the White House, making us all wish that the archaic Constitution hadn't deprived our country of a third term. Obama will be just 55 years old when he leaves office, comparatively young by presidential standards. He will still have plenty of time both to bask in past glories and to continue trying to fundamentally transform America and potentially the world as an influential private citizen with a foundation, charging six-figure speaking fees along the way. Of course, he'll also have to fundamentally transform America's memories of his many catastrophic economic and foreign policies.**

**Coming sometime in the next decade, it's the Obama Presidential Library and Museum that will showcase that history, and with it, a global foundation to address world concerns. The president and his supporters have been envisioning this for a while.**

**A private dinner in February at the White House did not come to light in the pages of the *New York Times* until August. A group of one-percenters whom Obama and his followers rhetorically loathe in public speeches sat down to talk secretly about Obama's post-presidency—how history remembers him and what projects he will engage in.**

**A Presidential Obsession**

**At least since Jimmy Carter and Richard Nixon, presidents have obsessed over the question of how history will remember them, and to nudge history in the right direction, they have built shrines to themselves in some form. This so-called "edifice complex" is particularly strong when most of the public regards a president's**

**administration as a failure—as polls show is the case with Obama.**

**During the VIP dinner, one of the guests, LinkedIn founder Reid Hoffman, said "Feel free to kick us out," Hoffman recalled to the *New York Times*.**

**Obama let the gathering know who was in charge. "I'll kick you out when it's time," he said, according to the *Times*.**

**The gathering went on until 2 a.m. The 13 guests included liberal novelist Toni Morrison, a celebrity Obama supporter who previously called Bill Clinton "the first black president"; the hedge fund manager Marc Lasry, an Obama donor who had to decline a nomination for ambassador to France because of alleged ties to the Russian mob; the Silicon Valley venture capitalist John Doerr, an ally of Al Gore and booster of green projects; Chicago media mogul and Democratic dark money man Fred Eychaner (see Foundation Watch, Sept. 2015); actress Eva Longoria, a liberal activist with questionable nonprofit activities; Sun Microsystems co-founder Vinod Khosla, another major Obama donor who has also given scattered amounts to Republicans; and author and journalist Malcolm Gladwell, now at the New Yorker, but formerly a writer for the American Spectator. Gladwell told the *Times* that Obama "seemed incredibly relaxed."**

**The somewhat unseemly meeting in the people's house was to shore up support for Obama's presidential library and post-presidential foundation, the *Times* said. Obama reportedly did not ask any of the guests for a donation, but when the president invites rich people to the White House with his foundation as the topic du jour, he doesn't have to ask.**

**"Where we'll end up, I don't know yet," said Marty Nesbitt, the president's longtime buddy from Chicago who is heading up**

**planning for the Obama legacy, including the library and global foundation (*New York Times*, Aug. 17, 2015). But Nesbitt has some ideas.**

**The goal is to raise $1 billion for the presidential library and foundation. That is about twice the amount raised for the George W. Bush library and related programs. The *Times* also reported the plan is to establish a "digital first" presidential library, with various modern technologies allowing a worldwide reach, so someone across the world can take a virtual tour and learn about the spectacular legacy of hope and change in America. Obama's supporters from Hollywood and Silicon Valley are all in on the idea, with advisors ready to step up and help with the planning. One may reasonably assume their benevolent support for the president and his policies could later mean nice contracts for the Hollywood and Silicon Valley communities.**

**Still, hitting the $1 billion mark could take some time. The planning process began in December 2012, soon after Obama won his second term. The president actually began talking about it with director Steven Spielberg and actor Daniel Day-Lewis at the White House screening of Lincoln, a flick that would likely cause any president to start thinking about his legacy at least a little. Then again, the rarely humble Obama—or at least his surrogates and sycophants—have compared his presidency to those of Abraham Lincoln, Franklin Delano Roosevelt, John F. Kennedy, and Ronald Reagan at one point or another (*Time*, April 10, 2014).**

**But in 2014, the effort raised just $5.4 million. In the first quarter of 2015, it raised another $1.75 million for the complex, which is to be built on the University of Chicago campus. At press time, the project was searching for an architect. Organizers say the real fundraising will not kick in until after Obama leaves office (*Politico*, July 15, 2014).**

**Not surprisingly, the big donors to the library/foundation overlap with donors to Obama's two elections campaigns, the Democratic National Committee, and Obama's activist group, Organizing for Action. Many of these big donors were rewarded with frequent visits to the White House, and in some cases, cushy presidential appointments. It will be interesting to see how much they will open their wallets when there is no longer a potential for a mutual payoff, as the Clintons always craftily left open.**

**Certainly some of the donors to the Bill, Hillary, and Chelsea Clinton Foundation enjoyed influence, even after Bill Clinton was out of office, with Hillary in the Senate before serving as secretary of state with well-known presidential ambitions. (The Clinton Foundation was most recently profiled in the May 2015 *Foundation Watch*.)**

**Comparing the spectacle of the Clinton library and foundation—which has brought endless controversy for that former first family—is difficult. To avoid such problems, Obama and his supporters reportedly want to avoid the ethical morass that the Clintons created for themselves with their endlessly shady dealings. One way the Obama clan plans to do this is by keeping the presidential library and foundation as two arms of a single organization.**

**That approach differs from the Clinton's, whose library is based in Little Rock, while the Clinton Foundation is based in New York. Obama's Chicago-based library will also house his foundation—a one-stop shop for Obama fans.**

**"His [Clinton's] physical presence is separate from his library," Nesbitt told *Politico*. "We will be all in one place. Everything that the president does will be from one central entity."**

**Though nothing adequately compares to Clinton's post-presidency, most of the other presidential libraries and museums fall far short of Obama's ambitious plan. Only the last 13 presidents have official presidential libraries. Even Think Progress, a high-profile blog of the left-wing Center for American Progress, couldn't help pointing out how extravagant these libraries have become.**

**The JFK library included an endowment for an institute at Harvard University and cost $20.8 million. Adjusted for inflation, that would be $72.1 million today. The Reagan presidential library cost $60 million when it was built, or $130 million in today's dollars. The Clinton Foundation has at least $2 billion, but the library itself cost $165 million. Thus, Obama hopes to surpass all of his predecessors (Think Progress, Aug. 25, 2015).**

**A top aide told the *Times* that Obama respected George W. Bush's choice to stay out of the public eye in his post-presidency, but also admired the way Bill Clinton used his political skills to press his agenda as a private citizen. Considering that Obama lacks the personal touch of Clinton, and reportedly doesn't particularly like dealing with other people, it's possible to imagine him laying low after he exits the White House. But it seems unlikely he'll let his oratorical skills, which made him an effective campaigner despite his aloofness, lie fallow. Moreover, having left such a poor legacy behind, it's almost certain that Obama will seek to take the Jimmy Carter route of trying to make his mark as an ex-president.**

**With deep ties to the Obama family, Nesbitt is an interesting choice to run the organization. Unlike Obama before he moved into the White House, Nesbitt actually has some experience in running something. He is CEO of the Vistria Group, a private equity firm. Nesbitt and wife, Dr. Anita Blanchard, contributed between $200 and $100,000, according to the Obama Foundation, which is the bizarrely wide range on the organization's disclosure forms**

**(Chicago Business, Jan. 15, 2015).**

**Nesbitt still lives on the South Side of Chicago, the same neighborhood where he first met Obama the community organizer in the 1980s on a basketball court. Along with their wives, they ended up playing Scrabble together. Nesbitt said he and Obama spend so much time talking on the phone and in person that he doesn't remember the exact day they met or when he was asked to run the foundation (Politico, Aug. 20, 2015). Nesbitt has spent time traveling to other presidential libraries to get ideas and to better understand the successes and mistakes others have made.**

**Both Obama and Nesbitt were raised by single mothers but went to private schools. Nesbitt's wife, Blanchard, delivered both of Obama's children. Nesbitt also bought the Hawaii home featured in the TV show "Magnum P.I." for $9 million, as a vacation home that would be close to the Obamas (Politico, March 19, 2015).**

**Just as Obama has described his final two years as the "fourth quarter" of his presidency, Nesbitt says of the post-presidency: "This is definitely the first inning. I don't even think there's an out in the first inning. We're early in the process. We've done a lot of homework, we know who we're playing, we know what the lineups are, we know who is pitching. But it's early" (*Politico*, Aug. 20, 2015).**

**The library/foundation will return to Obama's community organizer roots by naming a "community engagement director." The foundation will continue some incarnation of "My Brother's Keeper," Obama's highly controversial mentoring program for black youth. Further, it will have what Politico called a "scaled down" version of Organizing for Action, to rally support to left-wing political causes.**

**The presidential library/foundation will also partner with academia. With so many professors on the far left, there will presumably be much enthusiasm for this, except for those who think Obama was too conservative. One already would expect the University of Chicago to be closely associated. But planners anticipate also working with the University of Illinois at Chicago, as well as Columbia University, and a satellite location in Hawaii. "We want to be able to have that academic perspective, to add to the social perspective," Nesbitt said.**

Enviros Oppose

**In one delicious bit of irony for a president who consistently pandered to the environmental lobby, the foundation will face opposition from a Chicago environmental group, Friends of the Parks—which objects to any development of parks across the Windy City.**

**The foundation will pick a location in the first quarter of 2016, and there are two finalists. One potential site is close to Jackson Park, southeast of the University of Chicago campus. It would be close to the law school where Obama taught. The other is near Washington Park and lies to the northwest of the University of Chicago campus, close to the home where the Obamas lived before moving to the White House, the one they attained in a shady deal with Tony Rezko. Both parks were reportedly designed by famed landscape architect Frederick Law Olmsted.**

**The sites are similar because they are in neighborhoods that have faced hardship and could use an economic boost. Community playgrounds would be removed but replaced, organizers say. Further, local contractors would be hired for construction. Nesbitt called it "an economic development catalyst for the area that the president and first lady call home." The Chicago City Council voted 47-0 to set aside 21 acres either from Washington Park or Jackson**

**Park, for the Obama library.**

**Friends of the Parks isn't yet convinced and is threatening a lawsuit to block construction.**

**Help From The Mayor**

**Chicago Mayor Rahm Emanuel, Obama's former White House chief of staff, is pushing the Illinois state legislature to take action to discourage lawsuits aimed at halting either the Obama museum or the museum for Star Wars creator George Lucas.**

**Protecting parkland from a museum dedicated to Chewbacca and Darth Vader could be an easier public relations case to make than blocking a museum to the hometown politician who made it all the way to the White House, as Emanuel seemed to acknowledge in keeping the focus on the Obama library:**

**"See this as an opportunity for the city in which you're a part of and you love. We will work with you on issues as it relates to parks and parkland. We've done it even before this," Emanuel said in remarks addressed to the Friends of the Parks. "We all collectively added 750 acres in the last four years. We can make this a win-win situation.… Friends of the Parks—their aspirations are something I share, [but] this is something unique. You're not setting a precedent.… There won't be another presidential library for a while. So this is a once-in-a-lifetime. Let's all be on one team: the Chicago team" (*Chicago Sun-Times,* April 21, 2015).**

**about what the city was trying to do, regardless of any good intentions. "It is a very slippery slope. If we emasculate the lakefront protection ordinance—the local Chicago embodiment of the public trust doctrine—we will have a very difficult time stopping anything further on the lakefront," Francis said (*Chicago Sun-Times,* April 21, 2015).**

**The group's attorney Tom Geoghegan told the *Sun-Times*: "Whether or not the construction of those structures—land recovered from the waters of Lake Michigan—was a violation of the public trust doctrine is a question that belongs to the past. It's over. It's settled. They're there. What we're concerned with is that there be no more breaches of the public trust doctrine if any occurred in the past," he said speaking of the Star Wars case. "What this suit is intended to do is to ensure that the lakefront is protected in the future. There is not that much space left. And we have to hold on and fight for what we have."**

Unsavory and Politically Connected

**Even if Team Obama avoids the same conflict of interest pitfalls that have dogged the Clinton Foundation for almost two decades, it already has a strong contingent of shady donors. And those who are not unsavory are generally politically connected. Obama is not drawing donations from civic-minded folks concerned about preserving history.**

**In the unsavory category is Marc Lasry, with a net worth of $1.89 billion according to Forbes. He bundled more than $500,000 for Obama's 2012 re-election campaign and contributed $9,600 of his own money to Obama's two presidential campaigns. He runs the $12 billion investment firm, Avenue Capital. Obama tapped him to be ambassador to France.**

**Lasry, however, had to opt out of the position (*New York Post*, April 26, 2013). A close Lasry friend, Illya Trincher, and 30 others were charged with running the New York arm of a $100 million betting and money-laundering racket, the New York Post reported. Lasry reportedly turned down the ambassadorial position shortly after the White House asked the FBI to look into whether the billionaire was tied to anyone involved in the enterprise. The poker games were for the rich and powerful and allowed bets of up to $2 million, held in a**

**lavish $20 million Manhattan apartment. One of the defendants in the case included a Russian national associated with the Russian mob, who is also accused of seeking to fix the skating competition at the 2002 Winter Olympics.**

**Though Lasry didn't talk about why he withdrew from his ambassadorial aspirations, an Avenue Capital spokesman told the New York Post, "Marc withdrew because it was becoming difficult to receive a waiver of the 'key man' provision from Avenue Capital's investors, and he would have had to divest himself of his Avenue Capital business holdings."**

**Sports commentators have also criticized Lasry. As the owner of the Milwaukee Bucks, he hired Jason Kidd to be head coach, despite Kidd's legal problems (Kidd pleaded guilty to hitting his ex-wife and to a misdemeanor drunken driving charge).**

**Still, these issues weren't enough to keep Lasry out of the White House for the legacy-building dinner in February.**

**Star Power**

**Another donor at that same dinner party was actress Eva Longoria, who co-founded the purportedly nonpartisan Latino Victory Project, with the announced goal of raising Latino voices in the political dialogue. Longoria was also a co-chair of Obama's re-election campaign in 2012. The other co-founder of the Latino Victory Project was Henry Muñoz, finance chairman of the DNC. In an interview with Fusion on the project, Longoria named several Latino Democrats, but ignored Sens. Ted Cruz (R-Texas) and Marco Rubio (R-Fla.), Govs. Susana Martinez (R) of New Mexico and Brian Sandoval (R) of Nevada (National Review, May 16, 2014).**

**Longoria also works as the honorary chair of the Global Gift Foundation, run by her two close friends, Maria Bravo and Alina**

**Peralta. Bravo and Peralta were reportedly using the nonprofit group to provide millions of dollars in business for their for-profit event planning and advertising agencies (Hollywood Reporter, Feb. 4, 2015).**

**Another legacy dinner attendee was Reid Hoffman, the LinkedIn founder worth $3.5 billion. He gave $1 million to Priorities USA Action, the left-wing super PAC notorious for its 2012 support of Obama's re-election (it ran the ad that speciously blamed Mitt Romney for the death of a steelworker's wife). He also maxed out his individual political contributions to Obama in 2008 and 2012.**

**Silicon Valley technology investor Vino Khosla, another attendee to the dinner, has a net worth of $1.68 billion. He donated $1 million to Priorities USA in 2012, and tens of millions of dollars to various Democratic candidates. But he has also given tens of thousands of dollars to a few Republican candidates, mostly in California.**

**Among the most eager givers at the White House dinner party was John Doerr, worth $3.9 billion. He is a partner in the venture capital firm, Kleiner Perkins Caufield & Byers, which invests heavily in various green industries that are almost entirely dependent on government subsidies. Obama named Doerr to his Economic Recovery Board in 2009. Doerr contributed the $5,000 maximum to Obama's re-election campaign.**

**Mark T. Gallogly, head of Centerbridge Partners L.P., also served on Obama's Economic Recovery Board. He contributed $53,800 to the Obama Victory Fund 2012. He further contributed $50,000 to Obama's 2013 inauguration. He contributed between $250,001 and $500,000 to the library, according to filings. The *Times* reports he gave $340,000.**

**The far-left Joyce Foundation, based in Chicago, pledged $1 million**

**to the Obama library project. Joyce Foundation president Ellen Alberding said, "The Joyce Foundation is proud to support establishment of the Obama Presidential Library as a valuable asset to our nation in advancing innovative social and public policies" (*Chicago Sun-Times*, Jan. 15, 2015; for more on the foundation, see "Betraying Donor Intent in the Windy City," *Foundation Watch*, Feb. 2014).**

**Another backer is Tim Collins, founder of Ripplewood Holdings LLC, who threw in between $250,001 and $500,000 for the library effort. His family gave $500,000 to Priorities USA. He has also contributed $25,000 to the Democratic Senatorial Campaign Committee and $30,800 to the DNC. Further, Collins has been a frequent visitor to the White House, where he had one-on-one meetings with Obama and senior advisor Valerie Jarrett (Washington Free Beacon, Oct. 30, 2012).**

**James Simons, the founder of Renaissance Technologies Corp., has a net worth of $14 billion. He gave between $250,001 and $500,000 to the effort, according to disclosure forms. The *Times* reports he gave $340,000. He has given $3 million to Priorities USA. He gave $4,600 to the Obama Victory Fund in 2008.**

**Michael J. Sacks is the CEO of GCM Grosvenor, a capital management firm. He gave between $500,001 and $1 million to the library. The *Times* reports he gave about $700,000. He's part of the Chicago inner circle, close friends with both Obama and Chicago Mayor Rahm Emanuel. Sacks is also on the board of directors for Sun-Times Media, which owns the *Chicago Sun-Times*. Another donor is entrepreneur Ian Simmons of ImpactAssets. He has a net worth of $600 million and gave between $250,001 and $500,000 (Chicago Business, Jan. 15, 2015).**

**Newsweb Corp. owner Fred Eychaner, who owns community**

**newspapers, TV stations, and radio stations, is known for heavily contributing to various left-wing causes. He contributed between $500,001 and $1 million to the Obama library. The *Times* reports he gave $1 million. Obama named him to the board of the John F. Kennedy Center for the Performing Arts. Eychaner spent on $14.1 million on Democratic super PACs in the last presidential cycle, and of that, $4.5 million went to Priorities USA. He contributed $5,000 directly to Obama's re-election and further bundled $500,000 for Obama and the Democratic Party that year.**

**Other lesser known wealthy donors are Seattle, Washington apparel company owners Tom and Sonya Campion, who donated between $250,001 and $500,000. So did Scott Miller and Tim Gill, founders of Quark, Inc. Gill started the Gill Foundation, which doles out about $10 million every year to left-wing causes.**

**Hedge fund managers David Shaw and Robert Wolf each donated between $100,001 and $250,000 for the Obama library. Jeanne and John Kevin Poorman, head of the JKP Family Foundation, gave between $200 and $100,000.**

**It will take a lot of money to convince Americans that Obama has had a positive legacy, but it looks like the money will come in because these fat cats are likely to continue to step up. Making Obama into a great president will also take much creativity, an attribute with which Obama's friends in Silicon Valley and Hollywood are well endowed.**

***Barbara Joanna Lucas is a freelance writer and blogger from Northern Virginia where she lives with her husband and dog. She blogs at TheSharpBite.blogspot.com.***

,