# DEMOCRATS

# COUP D'ETAT

# In AMERICA



**God's INJUNCTION slays the Democrats Treason, Sedition, COUP D'ETAT against Christianity, and Jesus appearing in you!**

# E. BARRETT PRETTYMAN
# US COURT HOUSE

**09/16/2022** **CASE** **22-cv-02823**

## Plaintiff

Jeffrey P Barrett

09/21/2022

**Jeffrey P. Barrett**
**PRO SE with Standing [attached]**
**502 Ellis Court Apt.320**
**Richmond, KY 40475**
**Cell 808-397-0344**
**Email Puc.Report@gmail.com**

## Defendants

**Joseph Biden & Kamala Harris**
**White House**
**1600 Pennsylvania Ave., N. W.**
**Washington, DC 20500**

**Barack Obama & Michelle Obama**
**& Marty Nesbitt**
**Presidential Library**
**2500 W Golf Road**
**Hoffman Estates, IL 60169**
**Tel: 847-252-5700**
**Email obama.library@nara.gov**

**Hillary Rodman Clinton**
**P.O. Box 5256**
**New York, NY 10185**

**Congresswoman: Speaker Nancy Pelosi**
**1236 Longworth H.O.B. N.W.**
**Washington, DC 20510**
**Tel: 202-225-4176**

**U. S. Senator Chuck Schumer**
**3221 Hart Senate Office Building**
**Washington, DC 20510**
**Tel: 202-224-6542**

**Congressman Adam Schiff**
**U. S. House of Representatives**
**2309 Rayburn House Office Building**
**Washington, DC 20515**
**Tel: 202-225-4176**

**Mike Pence Unavailable**

**Bill Barr Unavailable**

**Congresswoman Liz Cheney**
**Clerk of the House**
**416 Cannon House Office Building**
**Washington, DC 20515-5000**
**Tel: 202-225-2311**
**Email info.clerkweb@mail.house.gov**
**US Capitol Room 4154**
**Washington, DC 20515-6601**
**Tel: 202-224-6542**

**Senator Dianne Feinstein**
**331 Hart Senate Building**
**Washington, DC 20510**
**Tel: 202-224-3841**

**General Mark Milley**
**Chairman: Joint Chiefs of Staff**
**9999/Joint Staff**
**Department of Defense--- Pentagon**
**Pentagon-City Washington, DC 20318-9999**

**Air Force General John Hyten**
**Vice Chairman Joint Chiefs of Staff**
**9999/Joint Staff ---Pentagon**
**Washington, DC 20318-9999**

**Army General James C. McConville**
**Army Chief of Staff**
**200 Army Pentagon**
**Washington, DC 20310-0200**

**Admiral Mike Gilday**
**Chief of Naval Operations**
**2000 Navy---Pentagon**
**Washington, DC 20350-0200**

**Air Force Chief of Staff**
**Charles Q. Brown**
**2000 Navy Pentagon**
**Washington, DC 20330-1670**

**General David Berger**
**Marine Corps Commandant**
**Head Quarters, US Marine Corps**
**Pentagon**
**Washington, DC 20350-3000**

**General Jay Raymond**
**Chief of Space Operations**
**2020 US Space Force**
**Pentagon**
**Washington, DC 20330-2000**

**General Daniel Hokanson**
**Chief of the National Guard**
**Bureau 1636 Defense Pentagon**
**STE 1E169**
**Washington, DC 20301-0001**

**Attorney General Merrick B. Garland**
**Office of the Attorney General**
**US Dept. of Justice**
**950 Pennsylvania Ave., NW**
**Washington, DC 20530-0001**
**Tel: 202-514-2000**

**FBI Director Christopher Wray**
**FBI Headquarters**
**935 Pennsylvania Ave., NW**
**Washington, DC 20530-0001**
**Tel: 202-324-3000**

**CIA Director William J. Burns**
**Central Intelligence Agency**
**Office of Public Affairs**
**Washington, DC 20505**

**Central Intelligence Agency/Headquarters**
**1,000 Colonial Farm Road**
**Langley**
**Mclean, VA 22101**

**Homeland Security**
**Director Alajandro Mayorkas**
**245 Murray Lane, SW**
**Washington, DC 20528-0075**
**Tel: 202-282-8000**

**National Security Agency**
**Director General Paul M. Nakasone**
**9800 Savage Road**
**Suite 6272**
**Fort Meade, MD 20755-6000**
**Tel: 301-688-6311**

**National Intelligence**
**Director Honorable Avril Haines**
**Office of the Director of National Intelligence**
**Office of Strategic Communications**
**Washington, DC 20511**

# COMPLAINT

# EMERGENCY PERMANENT INJUNCTION Request

**To Nullify the Presidency of Joseph Biden and Vice Presidency of Kamala Harris for Treason, Insurrection laws under the US Constitution Treason Law Code 18**

**invoked by President Donald Trump in his enclosed copy public letter**

**to Congresswoman Speaker Nancy Pelosi on Dec 18, 2019**

**Summarizing the TREASON Law and Charges against the**

**Defendants named in this action. This injunction is**

**requesting the Court and Federal Circuit Judge acknowledge that the**

**2020 US Presidential Election has been nullified by the invoking of the US Constitutional TREASON Law by 2 or more witnesses designated in**

**Code 18. That the Judge Nullify the Presidential votes of Joe**

**Biden/Kamala Harris for President & Vice President in the 2020 US**

**Presidential election and ban all named defendants from holding or**

**running for or being appointed to any US governmental office or**

**position. Under the Treason Law no one charged by the U. S. President, or a Federal Judge can ever run for or hold an elective or appointed office in these United States. Therefore, I ask the Judge to nullify also the results naming Joseph Biden and Kamala Harris the winners in the 2022 Presidential election and remove them from office immediately and remove all named defendants in this INJUNCTION from their positions or offices forever. We request the Honorable Judge establish President Donald J. Trump the legitimate and still US President until the appeal to your decision for or against this Permanent Emergency INJUNCTION the Supreme Court will establish a solution whereas all the persons in line for replacing Biden…Harris…Pelosi are also forbidden from currently and forever holding office leaving a Constitutional dilemma that ONLY you and the Supreme Court can remedy.**

**President Trump's Letter to Speaker Nancy Pelosi that publicly INVOKES US Constitutional TREASON, SEDITION Law Code 18 banning Joe Biden from running or holding any US Government Office which nullifies his run for the President and his V.P running mate Kamala Harris from also holding their 2020 election win positions.**

# Document

**INJUNCTION Request STANDING of Plaintiff Jeffrey Barrett, Pro Se**

**I am a US Citizen, age 72 having resided in Washington, DC for 7 years as a Private Investigator, Notary Public, Real Estate Closer for the City of DC Real Estate Division and a Process Server in the City of Washington, DC for Tax Delinquent property speculators and for DC Eminent Domain seizers with thousands of RICO property seizing cases needing US Justice Legal Division notification in these Washington, DC Courts and I Processed many cases for thousands of National Cases filed by me and many major National Law Firms.**

**I worked at Capitol Inquiry as Director of Legal Assistance with 5 Real Estate Investigators including FBI agents.**

**I served the infamous 2nd Texas Black Farmers $1 billion Court Award that President George W. Bush refused to pay through the US Agriculture Dept under Secretary Anne Veneman who is a rabid racist. The Black Farmers demanded I serve Agriculture Corporately and all Agriculture officials Individually whereupon when I served Secretary Anne Veneman on the Agriculture portico with 20 lawyers**

**demanding I leave the premises with the Secretary's gun toting Secret Service driver who laughed at the spectacle when I serve Anne Veneman. She called President Bush who asked who served you/ When she said Jeffrey Barrett, the President said have everyone go down and sign the Process Serve papers, we are going to finally pay the black farmers because Jeffrey Barrett stopped the COP D' ETAT of the Democrats crap about me being AWOL from my Air National Guard duties this past election of my 2nd term: I owe him. Barrett called Carl Roves at the White House in every Air National Guard witness interview held by his boss Ken Cummins for AFL/CIO Democratic COUP against me. He blew that crap away within a month because I was plotter democrat Ken Cummins driver privy to all the COUP plot details.**

**Later President Bush, Jr. kidnapped Venezuela President Hugo Chavez with the Army in Venezuela and I called Bush for God and Jesus saying remember you choked to almost death on a pretzel your first month in office. God says you and Chavez are both thugs. I put in power the bassist of men as I will, not you. Put Hugo Chavez back in**

**power from your CIA COUP D'ETAT or you might as well buy another bag of pretzels. Bush, Jr. put Hugo back in power after only a 2-day COUP.**

**While at the Pentagon the Secretary of Defense responded to my demand of Russian President Vladmir Putin to stop supporting Yasir Arafat and that he attends the WEST's Israeli/Egypt Peace Conference that has held for decades at Sharm El Sheikh. I told Secretary of Defense John Cohen's Intel agents that I scared Putin saying Secretary Cohen was out of his mind if Putin did not support the WEST and go to the Peace Conference. I sent Putin 2 poems written by the defense Secretary of him being suicidal in collage and the other of him flying in an F18 Jet writing after about madly dropping nuclear bombs all over the place in his 5 books. The Intel Agents were livid I had insulted their good friend and US Secretary of Defense for God's sake.**

**Later these same intel agents brought 5 Pentagon Generals to meet me after the 011 attack on the Twin Towers in Ney York. These 5 generals spoke about how Defense Intel knew I was friends and wrote**

**to Pakistan President General Parvez Musharraf about the SUFI Pakistan citizens whom Musharraf withheld water rights to because they backed Bangladesh, and I was trying to convince him to be kinder to Paki citizens there. The generals asked me to help them understand**

**the general's personality because they said, we are going into Afghanistan to take out the Taliban government. How can we get Musharraf to agree to help us.**

**I explained to them that Musharraf was educated by Catholic nuns' schools in elementary years and Protestants in his College years. The General speaks perfect English and God reminds us Parvez is a general after all, just command him and he will obey. The Pakistan military created the Afghanistan Taliban government so if he helps it will be easy going.**

**Later Musharaff engaged India in a Kashmir nuclear military showdown because he thought his help for the United States, he could take advantage of India with US backing due to the**

**circumstances. I still at the Pentagon wrote the General saying my friend America and Russia have dismantled 10,000 nuclear ICBM's each and destroyed the nuclear bombs but the Missile will be armed with conventional bombs and attack Pakistan siding with India if you don't stand down from the edge of nuclear war. General President of Pakistan, my friend stood down suddenly.**

**Soon after Pakistan PM Musharraf requested my help in getting an education satellite because Pakistan had only religious schools with no secular education topics taught. I was aided by Boeing Aerospace public relations head who was a former US ambassador to Russia who with the US State Dept. helped Pakistan have a launched satellite within a month.**

**In Washington, DC came wild armer piercing sniper rifle bank robbers who shot through police cars and protective vests that stopped Chief Ramsey from approaching them or catching them. The Police Chief was denied the ability to use the out of focus traffic cameras which would have given him facial recognition ID and license plate tracking of their getaways. I approached the Chief to get him a judge to change**

**the big brother law which hindered these bank robbers from many successes, none would oblige the DC Police Chief. God spoke to me, he said Book-Um Jeffrey: tell Homeland Security these bank robbers are using their money to fund overseas terrorists against the United States. BINGO! Chief Ramsey had his Judge subpoena to have the digital cached traffic videos refocused by the company that had the contract in DC, MD and VA which refocused and ran the videos backwards so Ramsey could arrest them all 2 days later.**

**God said to me: Jeffrey instead of driving your boss Ken Cummins a Democrat influencer with a huge Real Estate contract with the city and his pandering to 14 city officials who loved to watch baseball in the MLB Baltimore Orioles YARD Ball Park in his seats. Let's, Jeffrey, get MLB Commissioner Bud Selig to bring baseball to DC. Write a $50 billion development plan for drug infested East Anacostia River area to site the new Nationals Ball Park and fill the DC Councilman's pockets with payoff monies. Bud Selig loved me as a son when I got him $450 million for their bankrupt Puerto Rico former Canadian team and another $681 million for the new Nationals' Ball**

**Park on the west bank of Anacostia River in a drug free section of DC. The city asked me if I wanted my name on the stadium/ I said NO THANKS, I am with Jesus and God.**

**I became an international Economist when God said Jeffrey, China is beating up and arresting the Pentecostal home church ministers and their parishioners. We must change that quickly. Tell China I, THE LIVING GOD will stop the huge 13-foot flood cresting tonight, at their large Dong Ting Lake 600 mile by 600-mile man made reservoir if they stop beating my people. I wrote the embassy and God stopped 5 million homes and 10,000 Chinese from being destroyed when overnight God made the flood stage go down one inch. China then asked California TBN Christian TV company to come to DC and sign a Pentecost message broadcast deal with China insisting they would protect the Pentecostal church in China from all harm. God said WOW China has wonderfully responded to me, Jeffrey, so I want you to write an economic policy paper that will prosper their 1.5 billion poor citizens and you will write it for India too. God called it FAST TRACK ECONOMICS for INDIA & CHINA which he directed me in establishing manufacturing and banking protocols used in China to this day which does not have a Federal Bank by law demanding all**

**new printed monies in China be paid back with interest which God said about to President Trump take my $105 Trillion Cashier's check, It IS GOOD, give me all National Parks and Preserves scot-free for the Perfected church now and for the Millennial Age when only those Perfected live for 1,000 years which now ONLY those Perfected go to heaven in return for my convertible $105 trillion Cashier's Check. and make a deal with the Federal Banks that pays off all US debt and gives the FEDS a $25 Trillion bonus to look the other way as the US prints trillions in new money with impunity OR ELSE China will bury America, financially and in every other way from their economy being able to grow without debt.**

**I think your Honor, I Plaintiff Jeffrey Barrett have more than enough proved my standing before this court in this INJUNCTION matter. But if you need more documentation, I will oblige.**

**Your Honor, one more thing, I encourage you to grant this Emergency Permanent Injunction request even if you face impossible deep swamp pressure against such a ruling. You can just say it will go through appeal to the Supreme Court anyway, whom will have the**

**votes to nullify Biden's presidency and the 2020 Presidential election illegal votes for disqualified Joe Biden giving the election win to President Donald J. Trump by default who by executive order can finish the TREASON INSURRECTION stopping activities that were started on January 6th, 2021.**

# DOCUMENT

## WHOMEVER INCITES INSURRCTION

### CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

**PG1**

§2385. Advocating overthrow of Government

Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof, or the government of any political subdivision therein, by force or violence, or by the assassination of any officer of any such government; or

Whoever, with intent to cause the overthrow or destruction of any such government, prints, publishes, edits, issues, circulates, sells, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force or violence, or attempts to do so; or

Whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons, knowing the purposes thereof—

# DOCUMENT

**President Donald Trump's December 18, 2019, Letter to Speaker Nancy Pelosi INVOKING the U.S. CONSTITUTIONAL LAW OF TREASON, INSURRECTION, REBELLION COUP D'ETAT.**

**THE WHITE HOUSE**

**WASHINGTON**

December 17, 2019

The Honorable Nancy Pelosi
Speaker of the House of Representatives Washington, D.C. 20515

Dear Madam Speaker:

I write to express my strongest and most powerful protest against the partisan impeachment crusade being pursued by the Democrats in the House of Representatives. This impeachment represents an unprecedented and unconstitutional abuse of power by Democrat Lawmakers, unequaled in nearly two and a half centuries of American legislative history.

The Articles of Impeachment introduced by the House Judiciary Committee are not recognizable under any standard of Constitutional theory, interpretation, or jurisprudence. They include no crimes, no misdemeanors, and no offenses whatsoever. You have cheapened the importance of the very ugly word, impeachment!

By proceeding with your invalid impeachment, you are violating your oaths of office, you are breaking your allegiance to the Constitution, and you are declaring open war on American Democracy. You dare to invoke the Founding Fathers in pursuit of this election-nullification scheme-yet your spiteful actions display unfettered contempt for America's founding and your egregious conduct threatens to destroy that which our Founders pledged their very lives to build. Even worse than offending the Founding Fathers, you are offending Americans of faith by continually saying "I pray for the President," when you know this statement is not true, unless it is meant in a negative sense. It is a terrible thing you are doing, but you will have to live with it, not I!

Your first claim, "Abuse of Power," is a completely disingenuous, meritless, and baseless invention of your imagination. You know that I had a totally innocent conversation with the President of Ukraine. I then had a second conversation that has been misquoted, mischaracterized, and fraudulently misrepresented. Fortunately, there was a transcript of the conversation taken, and you know from the transcript (which was immediately made available) that the paragraph in question was perfect.

I said to President Zelensky: "I would like you to do us a favor, though, because our country has been through a lot and Ukraine knows a lot about it." I said do us a favor, not me, and our country, not a campaign. I then mentioned the Attorney General of the United States. Every time I talk with a foreign leader, I put America's interests first, just as I did with President Zelenski.

You are turning a policy disagreement between two branches of government into an impeachable offense-it is no more legitimate than the Executive Branch charging members of Congress with crimes for the lawful exercise of legislative power.

You know full well that Vice President Biden used his office and $1 billion dollars of U.S. aid money to coerce Ukraine into firing the prosecutor who was digging into the company paying his son millions of dollars. You know this because Biden bragged about it on video. Biden openly stated: "I said, 'I'm telling you, you're not getting the billion dollars' ...I looked at them and said: 'I'm leaving in six hours. If the prosecutor is not fired, you're not getting the money.' Well, son of a bitch. He got fired." Even Joe Biden admitted just days ago, in an interview with NPR that it "looked bad." Now you are trying to impeach me by falsely accusing me of doing what Joe Biden has admitted he actually did.

President Zelensky has repeatedly declared that I did nothing wrong, and that there was No Pressure. He further emphasized that it was a "good phone call," that "I don't feel pressure," and explicitly stressed that "nobody pushed me." The Ukrainian Foreign Minister stated very clearly: "I have never seen a direct link between investigations and security assistance." He also said there was "No Pressure."

Senator Ron Johnson of Wisconsin, a supporter of Ukraine who met privately with President Zelensky, has said: "At no time during this meeting ... was there any mention by Zelensky or any Ukrainian that they were feeling pressure to do anything in return for the military aid." Many meetings have been held between representatives of Ukraine and our country. Never once did Ukraine complain about pressure being applied-not once!

Ambassador Sondland testified that I told him: "No quid pro quo. I want nothing. I want nothing. I want President Zelensky to do the right thing, do what he ran on."

The second claim, so-called "Obstruction of Congress," is preposterous and dangerous. House Democrats are trying to impeach
the duly elected President of the United States for asserting Constitutionally based privileges that have been asserted on a bipartisan basis by administrations of both political parties throughout our Nation's history. Under that standard, every American president would have been impeached many times over. As liberal law professor Jonathan Turley warned when addressing Congressional Democrats: "I can't emphasize this enough...if you impeach a president, if you make a high crime and misdemeanor out of going to the courts, it is an abuse of power. It's your abuse of power. You're doing precisely what you're criticizing the President for doing."
Everyone, you included, knows what is really happening. Your chosen candidate lost the election in 2016, in an Electoral College landslide (306-227), and you and your party have never recovered from this defeat. You have developed a full-fledged case of what many in the media call Trump Derangement Syndrome and sadly, you will never get over it! You are unwilling and unable to accept the verdict issued at the ballot box during the great Election of 2016. So you have spent three straight years attempting to overturn the will of the American people and nullify their votes. You view of democracy as
your enemy!
Speaker Pelosi, you admitted just last week at a public forum that your party's impeachment effort has been going on for "two and a half years," long before you ever heard about a phone call with Ukraine. Nineteen minutes after I took the oath of office, the

The Washington Post published a story headlined, "The Campaign to Impeach President Trump Has Begun." Less than three months after my inauguration, Representative Maxine Waters stated, "I'm going to fight every day until he's impeached." House Democrats introduced the first impeachment resolution against me within months of my inauguration, for what will be regarded as one of our country's best decisions, the firing of James Corney (see Inspector General Reports)-who the world now knows is one of the dirtiest cops our Nation has ever seen. A ranting and raving Congresswoman, Rashida Tlaib, declared just hours after she was sworn into office, "We're gonna go in there and we're gonna impeach the motherfl'***r." Representative Al Green said in May, "I'm concerned that if we don't impeach this president, he will get re-elected." Again, you and your allies said, and did, all of these things long before you ever heard of President Zelensky or anything related to Ukraine. As you know very well, this impeachment drive has nothing to do with Ukraine, or the totally appropriate conversation I had with its new president. It only has to do with your attempt to undo the election of 2016 and steal the election of 2020!

Congressman Adam Schiff cheated and lied all the way up to the present day, even going so far as to fraudulently make up, out of thin air, my conversation with President Zelensky of Ukraine and read this fantasy language to Congress as though it were said by me. His shameless lies and deceptions, dating all the way back to the Russia

Hoax, is one of the main reasons we are here today.
You and your party are desperate to distract from America's extraordinary economy, incredible jobs boom, record stock market, soaring confidence, and flourishing citizens. Your party simply cannot compete with our record: 7 million new jobs; the lowest-ever unemployment for African Americans, Hispanic Americans, and Asian Americans; a rebuilt military; a completely reformed VA with Choice and Accountability for our great veterans; more than 170 new federal judges and two Supreme Court Justices; historic tax and regulation cuts; the elimination of the individual mandate; the first decline in prescription drug prices in half a century; the first new branch of the United States Military since 1947, the Space Force; strong protection of the Second Amendment; criminal justice reform; a defeated ISIS caliphate and the killing of the world's number one terrorist leader, al-Baghdadi; the replacement of the disastrous NAFTA trade deal with the wonderful USMCA (Mexico and Canada); a breakthrough Phase One trade deal with China; massive new trade deals with Japan and South Korea; withdrawal from the terrible Iran Nuclear Deal; cancellation of the unfair and costly Paris Climate Accord; becoming the world's top energy producer; recognition of Israel's capital, opening the American Embassy in Jerusalem, and recognizing Israeli sovereignty over the Golan Heights; a colossal reduction in illegal border crossings, the ending of Catch-and-Release, and the building of the Southern Border Wall-and that is just the beginning, there is so much more. You cannot defend your extreme policies-open borders, mass

migration, high crime, crippling taxes, socialized healthcare, destruction of American energy, late-term taxpayer-funded abortion, elimination of the Second Amendment, radical far-left theories of law and justice, and constant partisan obstruction of both common sense and common good.

There is nothing I would rather do than stop referring to your party as the Do-Nothing Democrats. Unfortunately, I don't know that you will ever give me a chance to do so.

After three years of unfair and unwarranted investigations, 45 million dollars spent, 18 angry Democrat prosecutors, the entire force of the FBI, headed by leadership now proven to be totally incompetent and corrupt, you have found NOTHING! Few people in high position could have endured or passed this test. You do not know, nor do you care, the great damage and hurt you have inflicted upon wonderful and loving members of my family. You conducted a fake investigation upon the democratically elected President of the United States, and you are doing it yet again.
There are not many people who could have taken the punishment inflicted during this period of time, and yet done so much for the success of America and its citizens. But instead of putting our country first, you have decided to disgrace our country still further. You completely failed with the Mueller report because there was nothing to find, so you decided to take the next hoax that came along, the phone call with Ukraine-even though it was a perfect call.
And by the way, when I speak to foreign countries, there are many people, with permission, listening to the call on both sides of the conversation.

You are the ones interfering in America's elections. You are the ones subverting America's Democracy. You are the ones Obstructing Justice. You are the ones bringing pain and suffering to our Republic

for your own selfish personal, political, and partisan gain.
Before the Impeachment Hoax, it was the Russian Witch Hunt.
Against all evidence, and regardless of the truth, you and your deputies claimed that my campaign colluded with the Russians-a grave, malicious, and slanderous lie, a falsehood like no other.

You forced our Nation through turmoil and torment over a wholly fabricated story, illegally purchased from a foreign spy by Hillary Clinton and the DNC in order to assault our democracy. Yet, when the monstrous lie was debunked and this Democrat conspiracy dissolved into dust, you did not apologize. You did not recant. You did not ask to be forgiven. You showed no remorse, no capacity for
self-reflection. Instead, you pursued your next libelous and vicious crusade-you engineered an attempt to frame and defame an innocent
person. All of this was motivated by personal political calculation.
Your Speakership and your party are held hostage by your most deranged and radical representatives of the far left.

Each one of your members live in fear of a socialist primary challenger-this is what is driving impeachment. Look at Congressman Nadler's challenger.
Look at yourself and others. Do not take our country down with your party.
If you truly cared about freedom and liberty for our Nation, then you
would be devoting your vast investigative resources to exposing the full truth concerning the FBI's horrifying abuses of power before,

during, and after the 2016 election-including the use of spies against my campaign, the submission of false evidence to a FISA court, and the concealment of exculpatory evidence in order to frame the innocent. The FBI has great and honorable people, but the leadership was inept and corrupt. I would think that you would personally be appalled by these revelations, because in your press conference the day you announced impeachment, you tied the impeachment effort directly to the completely discredited Russia Hoax, declaring twice that "all roads lead to Putin," when you know that is an abject lie. I have been far tougher on Russia than President Obama ever even thought to be.

Any member of Congress who votes in support of impeachment-against every shred of truth, fact, evidence, and legal principle-is showing how deeply they revile the voters and how truly they detest America's Constitutional order. Our Founders feared the tribalization of partisan politics, and you are bringing their worst fears to life.

Worse still, I have been deprived of basic Constitutional Due Process from the beginning of this impeachment scam right up until the present. I have been denied the most fundamental rights afforded by the Constitution, including the right to present evidence, to have my own counsel present, to confront accusers, and to call and cross-examine witnesses, like the so-called whistleblower who started this entire hoax with a false report of the phone call that bears no relationship to the actual phone call that was made. Once I presented the transcribed call, which surprised and shocked the fraudsters (they never thought that such evidence would be presented), the so-called whistleblower, and the second whistleblower, disappeared because they got

caught, their report was a fraud, and they were no longer going to be made available to us. In other words, once the phone call was made public, your whole plot blew up, but that didn't stop you from continuing.

More due process was afforded to those accused in the Salem Witch Trials.

You and others on your committees have long said impeachment must be bipartisan-it is not. You said it was very divisive-it certainly is, even far more than you ever thought possible-and it will only get worse!

This is nothing more than an illegal, partisan attempted coup (**TREASON, SEDITION, COUP D'ETAT}** that will, based on recent sentiment, badly fail at the voting booth. You are not just after me, as President, you are after the entire Republican Party. But because of this colossal injustice, our party is more united than it has ever been before. History will judge you harshly as you proceed with this impeachment charade.
Your legacy will be that of turning the House of Representatives from a revered legislative body into a Star Chamber of partisan persecution.

Perhaps most insulting of all is your false display of solemnity. You apparently have so little respect for the American People that you expect them to believe that you are approaching this impeachment somberly, reservedly, and reluctantly. No intelligent person believes what you are saying.

Since the moment I won the election, the Democrat Party has been possessed by Impeachment Fever. There is no reticence. This is not a somber affair. You are making a mockery of impeachment and you are scarcely concealing your hatred of me, of the Republican Party, and tens of millions of patriotic Americans.

The voters are wise, and they are seeing straight through this empty, hollow, and dangerous game you are playing.

I have no doubt the American people will hold you and the Democrats fully responsible in the upcoming 2020 election. They will not soon forgive your perversion of justice and abuse of power.

There is far too much that needs to be done to improve the lives of our citizens. It is time for you and the highly partisan Democrats in Congress to immediately cease this impeachment fantasy and get back to work for the American People. While I have no expectation that you will do so, I write this letter to you for the purpose of history and to put my thoughts on a permanent and indelible record.

One hundred years from now, when people look back at this affair, I want them to understand it, and learn from it, so that it can never happen to another President again.

Since[redacted]ely yours,

Donald J. Trump
President of the United States America

cc: United States Senate
United States House of Representatives

# DOCUMENT

## The Durham Investigation: A Primer

*Steven Groves and Zack Smith*

**The Durham investigation indicates a coordinated effort by the Clinton campaign to disseminate false allegations against Donald Trump to win the 2016 election.**

**Indictments filed by Durham show that the "Steele Dossier" and "Alfa-Bank" allegations of a conspiracy between Trump and the Kremlin were entirely concocted.**

**The actions alleged in these indictments should be condemned so that they are never repeated by any political campaign in the future.**

In May 2019, then-Attorney General William Barr assigned federal prosecutor John Durham to investigate the origins of the Federal Bureau of Investigation's (FBI's) 2016 investigation into alleged collusion between the presidential campaign of Donald Trump and Russia, an investigation given the code name "Crossfire Hurricane."1 For the purpose of protecting the investigation and providing additional independence to Durham, in October 2020, Barr formally appointed Durham as a special counsel charged to

> investigate whether any federal official, employee, or any other person or entity violated the law in connection with the intelligence, counter-intelligence, or law-enforcement activities directed at the 2016 presidential campaigns, individuals associated with those campaigns, and individuals associated with

the administration of President Donald J. Trump, including but not limited to Crossfire Hurricane and the investigation of Special Counsel Robert S. Mueller, III.2

Key Takeaways from the Durham Investigation

While the general contours of Hillary for America's opposition research efforts during the 2016 election period have been reported in the press and have been the subject of congressional and inspector general investigations, many new details have been uncovered by Durham's investigation and revealed in federal indictments relating to former Perkins Coie attorney Michael Sussmann and former Brookings Institution policy analyst Igor Danchenko.

Among the key takeaways from the Durham investigation:

Durham's indictment of Michael Sussmann and other court filings reveal how senior members of Hillary Clinton's 2016 presidential campaign formed a "joint venture" with lawyers, opposition researchers, foreign nationals, and computer data analysts to produce false opposition research against then-candidate Donald Trump and aggressively disseminated that disinformation to reporters, the FBI, and others.3

Durham's filings indicate that the central component of the joint venture's disinformation campaign—the so-called "Steele Dossier"—consisted almost entirely of rumors, innuendo, and outright falsehoods fabricated by "sources" reporting to former British spy Christopher Steele.4

According to Durham, the core allegation of the Steele Dossier—that an "extensive conspiracy" existed between the Trump campaign and the Kremlin—was invented out of whole cloth by former Brookings Institution policy analyst Igor Danchenko, a Russian national on Steele's payroll.5

**The FBI's interviews of Danchenko establish that the most salacious allegation in the Steele Dossier—that Trump was present during the performance of a lewd act at the Moscow Ritz-Carlton—was fabricated by Danchenko and/or Charles Dolan, a public relations executive living in Washington, D.C., with lengthy ties to the Democratic Party.6**

**Durham's indictment of Danchenko shows that other significant parts of the Steele Dossier—such as the allegation that Trump lawyer Michael Cohen travelled to Prague to meet with Russian conspirators—were invented by Olga Galkina, a Russian national living in Cyprus who had ambitions of joining the State Department under Hillary Clinton if she won the presidential election.7**

**According to Durham's indictment of former Perkins Coie law firm attorney Michael Sussmann, he directed an effort by a group of computer scientists including Rodney Joffe, April Lorenzen, and others to manufacture a false narrative that the Trump organization and the Kremlin had a secret channel of communications.8**

**The Durham investigation is ongoing.**

**What Has the Durham Investigation Uncovered?**

**The Durham investigation has seemingly uncovered a coordinated effort by Hillary for America; the Perkins Coie law firm (a Washington, D.C.-based law firm that was retained by Hillary for America to represent the campaign during the 2016 election); strategic intelligence firm Fusion GPS; former British spy Christopher Steele of Orbis Business Intelligence; and various computer researchers based in Virginia, Rhode Island, and at Georgia Tech to generate false, misleading, and sometimes sensational allegations against then-candidate Donald Trump in an effort to win the 2016**

**presidential election. According to documents filed by Durham's team and other published reports, which serve as the basis for the factual assertions in this *Legal Memorandum*, the effort was funded, approved, and briefed to the highest level of the Clinton campaign.**

**Hillary for America's disinformation efforts consisted of two main components: (1) creating and disseminating the so-called Steele Dossier that falsely alleged, *inter alia*, the existence of an "extensive conspiracy" between the Trump campaign and the Kremlin;9 and (2) concocting false allegations regarding a secret computer communications link between the Trump organization and Alfa-Bank, Russia's largest private commercial bank.**

**Regarding both of those components, concerted efforts were made by the Clinton campaign, Perkins Coie attorneys, Fusion GPS, Christopher Steele, and others to present false allegations to the FBI and to disseminate them to media outlets for the purpose of denigrating Trump and his campaign. As described by Durham with regard to the Alfa-Bank allegations,**

Clinton campaign and its agents are alleged to have formed a "joint venture," the goal of which "was to gather and disseminate derogatory non-public information regarding the internet activities of [Donald Trump] and his associates."10

Hillary for America's "Joint Venture"

Unravelling all of the major and minor players in Hillary for America's disinformation campaign is daunting. That is particularly the case when, as here, Hillary Clinton's political operation retained a law firm in an attempt to provide legal cover for the campaign's opposition research efforts. This *Legal Memorandum* is an effort to unravel the "joint venture" and place each of the parties to Clinton's disinformation campaign into the proper context. The central players in the joint venture were Hillary for America, Perkins Coie LLP, and Fusion GPS.

Hillary for America. Durham's investigation has revealed that senior members of Hillary for America—campaign manager Robbie Mook, communications director Jennifer Palmieri, and foreign policy advisor Jake Sullivan (who currently serves as President Joe Biden's National Security Advisor)—were briefed on aspects of the disinformation scheme aimed at discrediting then-candidate Trump.11 Hillary for America, as well as the Democratic National Committee (DNC), spent more than $1 million to fund the disinformation campaign, then used the "fruits" of that campaign to calumniate candidate Trump.

Durham may be investigating whether and to what extent then-candidate Hillary Clinton had knowledge of the disinformation campaign. There is some indication that Clinton knew of and approved the campaign. In late July 2016, U.S. intelligence agencies discovered that Russian intelligence had assessed that Clinton had approved a disinformation operation against Trump. When providing information to Members of Congress after the fact, officials were careful to say that the intelligence community "does not know the

**accuracy of this allegation or the extent to which the Russian intelligence analysis may reflect exaggeration or fabrication."12 Still, former CIA Director John Brennan briefed President Barack Obama on this intelligence. Indeed, Brennan wrote in his briefing notes that on July 26, 2016, Clinton allegedly approved "of a proposal from one of her foreign policy advisors to vilify Donald Trump by stirring up a scandal claiming interference by Russian security services."13**

**Whatever Durham uncovers, the Clinton campaign—including Hillary Clinton and her foreign policy advisor, Jake Sullivan—touted the fabricated 5, 2022 | 5 LEGAL MEMORANDUM | No. 306 heritage.org**

**Alfa-Bank allegation in the days leading up to the 2016 election. On October 31, 2016, one week before Election Day, Sullivan hyped the false Alfa-Bank disinformation in a press release. He released a campaign statement regarding an article that had appeared in *Slate* magazine.14 Sullivan, as if learning about Alfa-Bank for the first time, feverishly stated:**

> **This could be the most direct link yet between Donald Trump and Moscow. Computer scientists have apparently uncovered a covert server linking the Trump Organization to a Russian-based bank. This secret hotline may be the key to unlocking the mystery of Trump's ties to Russia. It certainly seems the Trump Organization felt it had something to hide, given that it apparently took steps to conceal the link when it was discovered by journalists.15**

**To amplify Sullivan's statement, Hillary Clinton herself tweeted the press release to her 10 million followers, stating, "Computer scientists have apparently uncovered a covert server linking the Trump Organization to a Russian-based bank."16**

**Durham's investigation has revealed that Sullivan and other senior members of Hillary for America were aware of the Alfa-Bank disinformation well before the *Slate* article was published on October 31. A-month-and-a-half earlier, Perkins Coie's Marc Elias exchanged e-mails with Robbie Mook, Jennifer Palmieri, and Jake Sullivan "concerning the [Alfa-Bank] allegations that Sussmann had recently shared with [the *New York Times*' Eric Lichtblau]."17 The opposition research efforts that resulted in the *Slate* article,18 as well as other articles published on October 31 in the *New York Times* by Eric Lichtblau19 and *Mother Jones* by David Corn,20 were bought and paid for by Hillary for America through campaign agents Perkins Coie, Fusion GPS, and others.**

**Elias received budget approval from Mook to hire consultants, including Fusion GPS.21 In total, Perkins Coie paid more than $1**

**million to Fusion GPS in 2016 for services rendered to Hillary for America.22**

**Marc Elias and Michael Sussmann (Perkins Coie LLP). Marc Elias was a partner at the Perkins Coie law firm and the lead attorney for Hillary for America at the firm. Elias also served as general counsel to both Hillary for America and the DNC during the 2016 election cycle.23 Michael Sussmann was also a partner at the Perkins Coie law firm during the relevant time period, specializing in privacy and cybersecurity law. Along with Elias, Sussmann allegedly played a key role in the creation and dissemination of false allegations relating to the Trump organization and Alfa-Bank.uly 5, 2022 | 6 LEGAL MEMORANDUM | No. 306 heritage.org**

**Sussmann was indicted by Durham on September 16, 2021, on one count of making a false statement to FBI General Counsel James A. Baker. The indictment states that Sussmann met with Baker at FBI headquarters on September 19, 2016 (less than two months before the presidential election), and presented him with data files and three "white papers" purporting to show a "secret channel of communications" between Internet servers belonging to the Trump organization and Alfa-Bank.24 (It turns out that the Internet server in question did not belong to the Trump organization, but rather "had been administered by a mass marketing email company that sent advertisements for Trump hotels and hundreds of other clients.")25**

**During his meeting with Baker, Sussmann allegedly told Baker that he (Sussmann) was not acting on behalf of any client, which led Baker to believe that Sussmann "was acting as a good citizen…not as a paid advocate or political operative."26 The indictment further alleges Sussmann was, in fact, acting on behalf of two clients—Hillary for America and Rodney Joffe, an executive at Neustar, Inc., a Virginia-based Internet company.27**

**Perkins Coie managing partner John Devaney published a letter in the *Wall Street Journal* intimating that Sussmann's meeting with Baker was on behalf of Joffe—a client "with no connections to either the Clinton campaign, the DNC, or any other Political Law Group client."28 However, before his meeting with Baker, Sussmann texted Baker the following message on his personal cell phone:**

> **Jim—it's Michael Sussmann. I have something time-sensitive (and sensitive) I need to discuss. Do you have availibilty [sic] for a short meeting tomorrow? *I'm coming on my own—not on behalf of a client or company—want to help the Bureau*. Thanks.29**

**Tellingly, Sussmann's billing records at Perkins Coie indicate that he billed his September 19, 2016, FBI meeting with Baker to Hillary for America, describing the meeting as "work and communications**

**regarding confidential project."30 Indeed, Durham has uncovered that "all or nearly all of Sussmann's recorded time and work relating to the [Alfa-Bank] allegations…were billed to the Clinton Campaign."31**

**Michael Sussmann resigned from Perkins Coie on the day he was indicted.32 His trial before the U.S. District Court for the District of Columbia commenced on May 16, 2022, and he was found not guilty on May 31.**

**Marc Elias resigned from Perkins Coie on August 22, 2021, less than a month before the extent of Elias' alleged role in the Clinton disinformation campaign was revealed in the Sussmann indictment.33July 5, 2022 | 7 LEGAL MEMORANDUM | No. 306 heritage.org**

**Glenn Simpson and Peter Fritsch (Fusion GPS). Fusion GPS is a Washington, D.C.–based consulting firm that, according to its website, "provides premium research, strategic intelligence, and due diligence services to corporations, law firms, and investors worldwide."34 The firm was founded by two former journalists, Glenn Simpson and Peter Fritsch.35**

**Marc Elias of Perkins Coie hired Fusion GPS in April 2016 to "perform a variety of research services" relating to then-candidate Donald Trump.36 Simpson, Fritsch, and others at Fusion GPS conducted preliminary research on then-candidate Trump, then collectively decided that they needed "to do what they could to keep Trump out of the White House."37 Perkins Coie, using funds paid to it by Hillary for America and the DNC, paid Fusion GPS more than $1 million in 2016.38**

**Fusion GPS's role was to provide opposition research on then-candidate Trump relating to his alleged relationship with Russia. Opposition research is "the collection of information on the background, activities, etc., of one's opponent or opponents in an effort to uncover damaging details that will undermine them."39**

**As described by Durham:**

> **[I]t appears that [Fusion GPS]'s primary, if not sole, function was to generate opposition research materials that [Fusion GPS] then shared widely with members of the media, the U.S. State Department, the Department of Justice, the Federal Bureau of Investigation ("FBI"), members of Congress, and others.40**

**Fusion GPS utilized the $1 million paid to it to hire several "sub-vendors" to research alleged ties between Trump and Russia.41 Fusion GPS's sub-vendors included Nellie Ohr (the wife of Bruce Ohr, a career Justice Department official who served as a conduit to provide certain Steele Dossier reports to the FBI); Edward Baumgartner (a Russia researcher based in London); and Graham Stack (a freelance**

**journalist).42 The most notable opposition research generated by Fusion GPS was through its sub-vendor Christopher Steele—the so-called Steele Dossier.43**

**As noted by Durham, Fusion GPS's role was not to assist Perkins Coie or Hillary for America with legal matters, but rather to generate and disseminate opposition research on Trump to the media and others. Simpson and Fritsch did so both with regard to the Steele Dossier and the Alfa-Bank allegations, both of which have proven to be unsubstantiated, if not entirely fabricated.**

**As Fusion GPS began to receive Christopher Steele's "salacious and unverified" (in the words of former FBI Director James Comey) reports, 5, 2022 | 8 LEGAL MEMORANDUM | No. 306 heritage.org**

it endeavored to widely disseminate the reports to journalists in the hope that the content of the reports would be published.44

Indeed, Fusion GPS's office in Washington, D.C., became "something of a public reading room" for journalists who were looking for information about Trump.45 According to published reports, Glenn Simpson and Peter Fritsch aggressively shopped the false opposition research:

> Looking to meet with reporters and possibly advance stories about Trump and Russia, Simpson and Fritsch made an appearance at the Democratic convention in Philadelphia in July 2016. While there, they met the *New York Times* executive editor Dean Baquet and another of the paper's editors at a Rittenhouse Square–hotel restaurant to lay out Trump's "ongoing flirtation with Putin's Russia." Two months later, Simpson and Fritsch arranged for Steele to come to Washington and meet privately with *The Washington Post* and marquee investigative reporters at the *Times*, *The New Yorker*, ABC News, and other outlets.46

Fusion GPS pressured reporters at several media outlets to publish the false Alfa-Bank disinformation. In mid-October, Fritsch e-mailed Mark Hosenball, a reporter at Reuters, to "do the [expletive] alfa bank secret comms story…it is hugely important."47 Fritsch also pushed the Alfa-Bank story on Matthew Mosk at ABC News, telling him "dude this is huge" in an e-mail.48

Fritsch found a more eager reporter in Franklin Foer of *Slate*. In October, Fritsch and two other Fusion GPS employees visited Foer at his home to brief him on the Alfa-Bank allegations. Foer expressed great interest in the story, e-mailing Fritsch: "My editors are very excited about this piece…. This is a big story. One of this biggest of the campaign."49

On October 31, 2016, one week prior to Election Day, Foer published an expansive 3,800-word article in *Slate* entitled, "Was a

**Trump Server Communicating With Russia?"50 Foer's contemporaneous tweet promoting his article was less circumspect: "I just reported: Donald Trump has a secret server…[and] it connects to Moscow."51**

**The "Steele Dossier" Disinformation Campaign**

**The primary component of Hillary for America's disinformation campaign was its effort to smear then-candidate Trump with false reports that he was conspiring with the Kremlin to help him win the 2016 election—the so-called Steele Dossier assembled by a former British spy and funded by the Hillary Clinton campaign.5, 2022 | 9 LEGAL MEMORANDUM | No. 306 heritage.org**

**Christopher Steele (Orbis Business Intelligence). As part of Hillary for America's disinformation campaign, Fusion GPS hired Steele and Orbis Business Intelligence (Steele's London-based firm) in June 2016 "to investigate Trump's purported ties to Russia."52 In the months leading up to the election, Steele disseminated a steady stream of "raw intelligence" to the FBI, various media outlets, elected officials, and others. In total, Hillary for America (through Fusion GPS) paid Steele $168,000 for his efforts.53**

**Durham's investigation has revealed that Steele's key sources for the dossier were not senior Russian officials or savvy Kremlin insiders, but rather Igor Danchenko (a Washington, D.C.–based policy analyst); Charles Dolan, Jr. (a Washington, D.C.–based public relations executive with a long history of working in Democrat Party politics); and Olga Galkina (a Cyprus-based Russian national who was a press secretary to a Russian tech company but had dreams of serving in a future Clinton State Department).54**

**These dubious sources did not, in fact, provide any actual evidence of a conspiracy between Trump and Russia. Indeed, after conducting a 22-month investigation, Special Counsel Robert Mueller stated that "the investigation did not establish that members of the Trump Campaign conspired or coordinated with the Russian government in its election interference activities."55**

**Igor Danchenko. Igor Danchenko is a Russian national who was once employed as a policy analyst for the Brookings Institution, a Washington, D.C.–based think tank. In 2016, Danchenko was a salaried employee of Orbis Business Intelligence, and was the primary source of information that "formed the core of the allegations" found in the Steele Dossier.56 Danchenko was interviewed on multiple occasions by the FBI in 2017 and allegedly told multiple lies during those interviews. He was indicted by Durham on November 3, 2021, on five counts of making false statements to the FBI. Danchenko pleaded not guilty to the charges, and his trial is currently set to commence on October 11, 2022.57**

**According to Durham's indictment, Danchenko fabricated the Steele Dossier's central allegation—that the Trump campaign was conspiring with Russia. The Steele Dossier sets forth the alleged conspiracy as described by Danchenko in report 2016/095:**

> **Source E, an ethnic Russian close associate of Republican US presidential candidate Donald TRUMP, admitted there was a well-developed conspiracy of co-operation between them and the Russian leadership. This was managed on the TRUMP side by the Republican candidate's campaign manager, Paul MANAFORT, who was using foreign policy advisor, Carter PAGE, and others as intermediaries.58July 5, 2022 | 10 LEGAL MEMORANDUM | No. 306 heritage.org**

**Danchenko claims that he heard the "well-developed conspiracy" allegation from Sergei Millian (referred to above as "Source E"), a Belarusian–American who formerly served as the president of the "Russian American Chamber of Commerce in the USA."59**

**Millian was essentially Igor Danchenko's "deep throat" source—although in this instance, the source was entirely fabricated, according to Durham's indictment of Danchenko. Danchenko claims that in July 2016, he received a phone call from an anonymous caller he believed to be Millian, even though he had never met him and never heard his voice.60 Danchenko claimed that he and the mysterious caller spoke for 10–15 minutes, during which time they discussed Paul Manafort, Carter Page, communications between the Trump campaign and Russian officials, and information to the effect that "the Kremlin might be of help to get Trump elected."61 Danchenko further claimed that he and the anonymous caller agreed to meet in New York City in the future.**

**The Durham investigation concluded that Danchenko's claims regarding a mysterious phone call from an anonymous source were fictional:**

> **DANCHENKO's…statements claiming that he spoke with an individual that he believed to be [Millian] and arranged to meet him in New York, *were knowingly and intentionally false*. In truth and fact, and as reflected in contemporaneous communications, DANCHENKO did not receive such a call from [Millian], and did not agree to meet [Millian] in New York.62**

**Unfortunately for Trump campaign advisor Carter Page, the FBI utilized Danchenko's allegations in Steele Dossier Report 2016/095 as the basis for obtaining four separate Foreign Intelligence Surveillance Act (FISA) warrants to conduct covert surveillance on Page.63**

**Danchenko's other alleged lies to the FBI concerned his communications with various other "sub-sources" from which**

**Danchenko gathered information that he passed on to Steele. For instance, Danchenko allegedly told the FBI that none of his conversations with Charles Dolan (*infra.*) had ever been reported in the Steele Dossier, when, in fact, Danchenko had gathered information that was featured in the Steele Dossier from Dolan regarding former Trump campaign manager Paul Manafort.64**

**Charles Dolan, Jr. According to Durham's indictment of Igor Danchenko, Dolan was connected to the most sordid allegation in the Steele Dossier—that in 2013, Trump had engaged in "salacious sexual activity" while a guest in the presidential suite at the Moscow Ritz-Carlton hotel.65July 5, 2022 | 11 LEGAL MEMORANDUM | No. 306 heritage.org**

At the time, Dolan was employed by KGlobal, a Washington, D.C.–based public relations firm.66 Prior to that, Dolan held several senior roles in Democratic political circles, including as the state chairman for President Bill Clinton's 1992 and 1996 presidential campaigns, adviser to Hillary Clinton's 2008 campaign, and a volunteer for her 2016 campaign.67 As a public relations executive, Dolan interacted with senior officials in the Russian government, including the press secretary of the Russian Presidential Administration, as well as the Russian ambassador to the United States.68

In June 2016, Dolan traveled to Moscow and stayed at the Ritz-Carlton. During his stay, Dolan received a tour of the presidential suite and met with the hotel's general manager and other staff.69 Dolan was told during the hotel tour that Trump had once stayed as a guest in the presidential suite.70 Importantly, the staff member who provided the tour to Dolan did not mention any lewd or salacious activity by Trump during his stay in the presidential suite.71

Danchenko had lunch with Dolan at some point during the June 2016 trip to Moscow.72 During interviews with the FBI, Danchenko "claimed to have collected information concerning Trump's purported activities at the [Ritz-Carlton] from various sources," such as the hotel's general manager and other staff.73

It is unclear from Danchenko's indictment whether he actually heard about salacious information regarding Trump from Dolan, from Ritz-Carlton staff, or whether Danchenko simply embellished the information to appear valuable to Steele. When interviewed by the FBI in 2017, Danchenko said that when he related the Ritz-Carlton allegations to Steele, he (Danchenko) "characterized Trump's alleged activity…as 'rumor and speculation.'"74 Danchenko further characterized the salacious information as statements made in "jest."75 Regardless, Steele reported the allegations in his dossier.76

Dolan also appears to be Danchenko's sole source in a report relating to Trump's former campaign manager, Paul Manafort. The

**Steele Dossier paints a picture of a highly placed source in the Trump campaign relating inside information regarding Manafort's resignation as campaign manager and former campaign manager Corey Lewandowski's dislike for Manafort.77 Dolan informed Danchenko that he received the inside information about Manafort and Lewandowski over drinks "with a GOP friend of mine."78 In fact, Dolan had never met with a "GOP friend" but rather "obtained the information about [Manafort] from public news sources."79July 5, 2022 | 12 LEGAL MEMORANDUM | No. 306 heritage.org**

Olga Galkina. Galkina was (perhaps unknowingly)80 a source who provided a great deal of information to Danchenko that was ultimately reported in the Steele Dossier. Danchenko, who has been friends with Galkina since they were both teenagers in Russia, described Galkina as a key source for what he called the "Trump dossier."81 According to Danchenko, Galkina "knows someone in the Kremlin with direct/indirect access to Sergey Ivanov" (then chief of staff to the Russian Presidential Administration).

But there is no evidence that Galkina—referred to in the Danchenko indictment as "Russian Sub-Source-1"—was a Kremlin insider. She did not even live in Russia in 2016. As reported in the *Wall Street Journal*, in 2016, Galkina was a press secretary to Aleksej Gubarev, a Russian Internet entrepreneur living in Cyprus.82 In early 2016, Galkina travelled to Washington, D.C., in an effort to develop a marketing campaign for Servers.com, one of Gubarev's business interests. In D.C., Galkina asked for assistance from Danchenko, who in turn introduced Galkina to Dolan (by way of Danchenko's former boss at Brookings, Fiona Hill).83 Dolan was ultimately paid $75,000 by Aleksej Gubarev for his "message development" and outreach efforts in the U.S.84

During the summer of 2016, Danchenko, Dolan, and Galkina "traded gossip" and spoke frequently, according to interviews and e-mails reviewed by the *Wall Street Journal*.85 Dolan and Galkina communicated regularly, expressing their mutual support for Hillary Clinton. In July, Dolan gifted Clinton's autobiography to Galkina, inscribing it with "To my good friend [Olga], A Great Democrat."86 Galkina apparently harbored ambitions to move to the U.S. if Clinton won the election. In a September 2016 e-mail to a Russian associate, Galkina stated that Dolan would "take me to the State Department if Hillary wins."87

According to Danchenko's interviews with the FBI, Galkina was a fount of information on the Trump campaign's ties to the Kremlin. Among other items that were ultimately reported in the Steele

**Dossier, Galkina was Danchenko's source for the allegations that Michael Cohen met with Russian officials in Prague in August or September 2016 and that Carter Page met with Igor Diveykin, a senior Kremlin official—an allegation later cited by the FBI in its FISA application to surveil Page.88**

**As was the case with other significant Steele Dossier allegations, no evidence has arisen to indicate that either the Cohen–Prague or Page–Diveykin meetings ever took place. Special Counsel Robert Mueller's report mentions the Prague allegation only in the context that Cohen denied that a such a meeting ever took place.89 The name of Igor Diveykin does not even appear in Mueller's report.5, 2022 | 13 LEGAL MEMORANDUM | No. 306 heritage.org**

## The Alfa-Bank Disinformation Campaign

**The second major component of Hillary for America's disinformation campaign was its effort to smear then-candidate Trump with a false allegation that the Trump organization had a secret channel of communication with Alfa-Bank, the largest private bank in Russia.**

**According to the Durham investigation, with the active participation of Michael Sussmann of Perkins Coie, a group of computer researchers cooked up phony Internet server data in an attempt to create an "inference" of secret communications and create a "narrative" regarding Trump.90**

**April "Tea Leaves" Lorenzen. The Durham investigation has determined that Lorenzen, a computer data scientist, was the original source behind the Alfa-Bank disinformation. Durham refers to Lorenzen as "Originator-1" in the Sussmann indictment.91**

**Franklin Foer "communicated extensively with Tea Leaves" while writing the article that was published on October 31. Foer's article in *Slate* describes how Lorenzen began collecting Internet data on the Trump organization in late July 2016. Lorenzen "began carefully keeping logs of the Trump server's DNS [domain name system] activity" and circulated the data "in periodic batches to colleagues in the cybersecurity world."92 Lorenzen's data—referred to by Durham as the "Russian Bank Data"—purported to show the existence of a "secret channel of communications" between the Trump Organization and Alfa-Bank.93 One of the colleagues Lorenzen provided the Internet data to was Rodney Joffe.94**

**Rodney Joffe (Neustar, Inc.). Rodney Joffe, then an executive at Neustar, Inc., a Virginia-based Internet technology company, is a central figure in the Alfa-Bank disinformation campaign.95 Joffe appears to have had an interest in Hillary Clinton's election. Days after the 2016 election, Joffe stated in an e-mail that he "was**

**tentatively offered the top [cybersecurity] job by the Democrats when it looked like they'd win. I definitely would not take the job under Trump."96**

**After receiving the Russian Bank Data from Lorenzen in the summer of 2016, Joffe shared the data with Sussmann, with whom he had a prior attorney-client relationship.97 Thereafter, Joffe, with the knowledge and support of Sussmann and Elias, enlisted allies—Lorenzen, two Internet companies in which Joffe had an interest, and two researchers at Georgia Tech University—to conduct research concerning Trump.98**

**As alleged by Durham, Joffe "used his access at multiple organizations to gather and mine public and non-public Internet data regarding Trump and his associates, with the goal of creating a 'narrative' regarding the 5, 2022 | 14 LEGAL MEMORANDUM | No. 306 heritage.org**

**candidate's ties to Russia."99 Within this context, Joffe stated that he was "working with someone who had close ties to the Democratic Party and to Hillary Clinton."100 For his part, Sussmann billed his time on the Alfa-Bank disinformation project—what he termed a "confidential project" in his billing records—to Hillary for America.101**

**As part of the project, Joffe tasked employees at two Internet companies—referred to by Durham as "Internet Company-2" and "Internet Company-3"—to "search and analyze their holdings of public and non-public internet data for derogatory information on Trump."102 As part of that tasking, Joffe e-mailed Internet Company-3 a "Trump Associates List" containing the names, home addresses, personal e-mail addresses, and other information regarding six people connected to Trump.103 According to Durham, personnel at Internet Company-3 were uncomfortable utilizing the company's data in such an inappropriate manner, but they "complied with the tasking…because [Joffe] was a powerful figure."104 Employees at Internet Company-3 subsequently provided Joffe with a report containing technical observations that Joffe later provided to Sussmann.105**

**Joffe retired from Neustar at or around the time that the Sussmann indictment was made public.106 He has refused to cooperate or provide testimony to Durham, going so far as to plead his Fifth Amendment rights against self-incrimination when called to testify before Durham's grand jury.107**

**Manos Antonakakis and David Dagon (Georgia Tech). In addition to exploiting the public and non-public data held by Internet Company-2 and Internet Company-3, Joffe tasked Lorenzen and two Georgia Tech computer researchers—Manos Antonakakis and David Dagon—to search through Neustar's Internet data for "any information about Trump's potential ties to Russia."108 Joffe's goal, according to Durham, was "to support an 'inference' and 'narrative' regarding Trump that would please certain 'VIPs.'"**

**From the beginning, Antonakakis was dubious about the alleged**

**connection between the Trump organization and Russia. In August 2016, Manos queried the Neustar Internet data for the Trump organization domain name (mail1.trump-email.com) and determined that none of the domains that had communicated with it had links to Russia. Manos told Joffe that his findings do not "make much sense with the storyline you have."109**

**By the end of August 2016, Antonakakis raised concerns that the Internet traffic data being mined by the researchers did not implicate Trump in any wrongdoing, would not stand up to public scrutiny, and was clouded by their own bias. Antonakakis e-mailed Lorenzen and Dagon:5, 2022 | 15 LEGAL MEMORANDUM | No. 306 heritage.org**

> How do we plan to defend against the criticism that this is not spoofed [] traffic we are observing? There is no answer to that….
>
> [Joffe], you do realize that we will have to expose every trick we have in our bag to even make a very weak association?…
>
> Sorry folks, but unless we get combine [sic] netflow and DNS traffic collected at critical points between suspect organizations, we cannot technically make any claims that would fly public scrutiny.
>
> *The only thing that drive*[*s*] *us at this point is that we just do not like* [*Trump*]. *This will not fly in eyes of public scrutiny. Folks, I am afraid we have tunnel vision*.110

Joffe himself expressed doubt about the Russian Bank Data that started the whole project. In an August 2016 e-mail to Lorenzen, Dagon, and Antonakakis, Joffe stated that the data "was not a secret communications channel" between the Trump organization and Alfa-Bank, but rather was "a red herring."111

After these doubts were expressed about any connection between the Trump organization and Russia, Lorenzen suggested that such a connection could be "faked." As related by Durham:

> [Lorenzen] then explained that it would be possible to "fill out a sales form on two websites, faking the other company's email address in each form," and thereby cause them "to appear to communicate with each other in DNS."112

Despite their knowledge that the Russian Bank Data was "a red herring" and that there were no secret communications channel, Joffe, Lorenzen, Dagon, Antonakakis, and Sussmann drafted a "white paper" touting the Alfa-Bank disinformation. It was that white paper,

**among other materials, that Sussmann gave to the FBI.113 As previously stated, Sussmann billed Hillary for America for his time working on the white paper.114**

**Conclusion**

**This paper summarizes Special Counsel Durham's findings to date regarding just some of the actions taken by key players in Hillary for America's 2016 disinformation campaign against Trump. The information herein is taken largely from indictments and other court filings in the cases filed against Michael Sussmann and Igor Danchenko. Much remains to be uncovered, exposed, and proven by Durham. The full story remains elusive.5, 2022 | 16 LEGAL MEMORANDUM | No. 306 heritage.org**

**Hillary for America, Perkins Coie, Fusion GPS, and others have repeatedly, and with some success, claimed attorney-client privilege over documents and communications relating to the disinformation scheme. Other key witnesses, such as Rodney Joffe, have asserted their Fifth Amendment right against self-incrimination to avoid providing information to Durham and his investigators. The full story of the Clinton campaign's corrupt "joint venture" may only come to light if and when Durham releases a final report at the conclusion of his investigation. The full story may never be known.**

**While opposition research will continue to be a standard part of political campaigns, the actions taken by Hillary for America and its agents should be condemned so that such actions are never repeated by any political campaign in the future. It is one thing to dredge up a political candidate's youthful indiscretions or shady financial dealings, but it is quite another to fabricate false and sensational allegations, present them to the FBI as fact, and serve them up to a willing media in the weeks leading up to Election Day.**

**Steven Groves is Margaret Thatcher Fellow in the Margaret Thatcher Center for Freedom, at The Heritage Foundation. Zack Smith is Legal Fellow and Co-Manager of the Supreme Court and Appellate Advocacy Program in the Edwin Meese III Center for Legal and Judicial Studies at The Heritage Foundation.**

# DOCUMENT

## Joseph Biden was one of the main orchestrators of the 4 year long 2016-2020 TREASON, COUP D' ETAT INSURRECTION against the US Govt…

and against the winning candidate of the President of the United States of America of the 2016 Presidential Election by Donald Trump. President Barack Obama, Michelle Obama, Democrat losing Presidential candidate and former Secretary of State under Barack Obama and Joseph Biden, Hilary Rodman Clinton conspired with them in an FBI & CIA led Intel wide and Media COUP D'état with Democrats in Congress and the Democratic Senators led by COUP Leaders Speaker of the US House and 3rd in line for the Presidency in case the President and Vice President were incapacitated by any means, Nancy Pelosi, Diane Feinstein, Chuck Schumer and Congressman Schiff with many other political persons leading to fraud treason and impeachment trials against sitting duly elected President Donald Trump.

**God the Father Jesus and His Son Jesus Christ DECLARE that**

**Donald J. Trump is still the sitting US President,**

**Joseph Biden is not the current President of the United**

**States. The 2020 US Presidential Election is null**

**and void because Joseph Biden was a leader in the 2016-**

**2020 COUP D'ETAT and under US INSURRECTION LAW**

**Joseph Biden was barred from running or holding any US government Office.**

**President Trump and Supreme Court Justice Amy Barrett and General Mark Millley were notified in my 242 page TREASON summary of the 4 year long COUP when the Justice Dept. determined that by the Mueller Investigation the charges of treason and the charges of Impeachment brought by COUP leaders were based on fraud invented facts deliberately disseminated for the purpose of overthrowing the US Govt.**

**THEREFORE, the Intelligence and Justice Dept. refused to arrest the COUP LEADERS after President Donald R. Trump announced publicly and in briefs to all policing US Govt. agencies that the COUP LEADERS are banned from office and can be jailed or arrested. Each U.S. Intel agencies refused when ordered by President Trump to stop the ongoing COUP-INSURRECTION including Homeland Security, FBI, CIA, NSA, Secret Service who intervened in President Trump going to the US Capitol on January 6th, 2021, Pentagon and especially Joint Chief**

**Chairman General Mark Milley who joining the COUP INSURRECTION orchestrated 32 generals to aid the COUP LEADERS in INSURRECTION TREASON to sign a document saying Joseph Biden was the new President against the US Constitution Article 3, Section 3, Chapter 18 TREASON, INSURRECTION COUP D'ETAT LAW**
**which states that all COUP LEADERS MUST be arrested and jailed or if they try to avoid arrest be shot to stop the ONGOING COUP D'ETAT, TREASON, INSURRECTION.**

**President Donald J. Trump ordered his US Vice President Pence to not confirm the NULL & VOID fraud election naming Joseph Biden the new US President. VP Pence then refused and joined the COUP INSURRECTION and did, deliberately, with intent knowing that Biden was elected by fraud, confirm Joseph Biden the new US President.**

**President Trump then under the US CONSTITUTION COUP-TREASON INSURRECTION law, authorized US Citizens that he deputized for the purpose of stopping the COUP-TREASON, INSURRECTION to do their duty and**
**arrest the COUP-TREASON, ISURRECTION LEADERS at the Capitol on**

**January 6th,**

**2021. They went to the Capitol as authorized protectors of the US GOVT. and made clear they were going to arrest the COUP Leaders and stop the fraud naming of Joseph Biden as the new US President.**

**US Citizens made a grand showing to set clear that Biden was not the duly elected president and that confirming this fraud was not going to stand. Now all elected and appointed Intelligence agents with Media including reporters from CNN, NBC, ABC, CBS, CNBC, Google, TWITTER organization operators and CEO and Facebook operators and CEO who are the COUP LEADERS must all be arrested and jailed and Joseph Biden, Obamas, Clinton, Pelosi, Feinstein, Schumer, Schiff, General Mark MIlley, William Barr et al must turn themselves In, to authorities at US Justice Det. As COUP-INSURRECTION conspirators.**

**Written for God the Father and Jesus Christ by Perfected Christian Jeffrey Barrett**

# DOCUMENT

**TO: Pentagon**
**Office of the Chairman of the Joint Chief of Staff**
**Chairman General Mark A. Milley**

**From Jeffrey Barrett**
**Kentucky**

**PUC.Report@gmail.com**

**Parler free speech social media @PUC Report**

**Cell 808-397-0344**

**Attention not at ease Attention Chairman General Mark A. Milley**

**This profoundly serious letter is to inform you that the TREASON, SEDITION and INSURRECTION Activities Constitutional Law Code 18-231-238 is being put in play by myself and or President Donald J. Trump, and or Supreme Court Justice Amy Coney Barrett. Both President Trump and Justice Barrett have been witnessed by 2 very reliable witnesses about the great details of the 2020 Presidential Election massive voting FRAUD Scheme and participants therein and the 4 years COUP against the Office of President and the very Constitutional freedoms that office is sworn to protect as have you sir.**

**Be advised hat after Wednesday November 25, 2020 IF President Donald J, Trump and or Justice Amy Coney Barrett have not arrested the named TREASON/ COUP participants they can be held in**

**dereliction of the TREASON law and could be held or arrested for allowing the TREASON/ COUP to continue.**

**Those that are the beginning and ongoing players impeding many Constitutional freedoms will be contacted and arrested. They will all be advised to show themselves to your office at the Pentagon for charges and immediate jailing.**

**The problem is VP Joseph Biden on being charged and arrested and jailed for TREASON/ COUP will not be able to remain as a candidate for President of these United States under the TREASON CODE and therefore the 2020 Presidential election is VOID. It is suggested TREASURY can hold a digital election on or about Dec 15, 2020**

**Chairman General Mark A. Milley your lawyers at Pentagon will find in the TREASON CODE LAW there is NO TRIAL, NO DEFENSE Lawyers and NO JURY. They are arrested, charged, and jailed or shot … period. There is a deliberate format that ends the TREASON/ COUP in it's tracks swiftly to protect these United States and the Office of the President and all Constitutional rights.**

**I or the President or Justice Barrett shall have the following not all-inclusive major players of the 4 year long TREASON/ COUP.**

**TREASON/ COUP persons to be arrested**
**Hillary Clinton, Former Secretary of State and US NY Senator,**
**And witness FBI informant Mr. Steel,**
**Former President Barack Obama and wife Michelle Obama,**
**Former VP and Democrat Presidential Candidate Joseph Biden and**
**Biden's Democratic Vice President Kamala Harris,**

**Speaker of the HOUSE Congresswoman Nancy Pelosi**

**Congressman Adam Schiff and Senator Chuck Schumer,**

**CNN/ FOX Reporters and owners NY Times owner and reporters at ABC, NBC, CBS and CNBC**

**Social Media Corporations CEO's Zuckerberg, Tim Cook, Bill Gates et al that is to place the major news outlets into Pentagon hands to ensure news not the current CIA PSYCH OPS stopping all TREASON/ COUP media controlling broadcasts.**

**There shall also be many (200,000) flushed out FBI, CIA, National Intel, NSA, HLS, US STATE, agents who are involved in deliberate TREASON/ COUP activities that need to be vetted and arrested then jailed. You can name the Pentagon Generals supporting this TREASON/ COUP that will need to be arrested and jailed.**

**I have attached the 246-page TREASON/ COUP Affidavit Deposition Witness Document.**

**My BIO is at the beginning you might find it helpful in understanding my past action completed operations.**

**Thank you General kindly**

**Perfected in Christ,**

**Jeffrey Barrett**

**US Citizen by birth**

# DOCUMENT

## NOTICE OF TREASON, REBELLION and SUBVERSIVE ACTIVITIES

## By two witnesses to United States Supreme Court Justice Amy Coney Barrett of South Bend, Indiana and Washington, DC SCOTUS Building.

Revised code and

## Comprehensive AFFIDAVITZ DEPOSITION November 8, 2020 PARTIAL of 270 pages sent to Justice Barrett/Trump and General Mark Milley establishing proofs of an ongoing US COUP D'ETAT against the President, Executive Branch and these United States

We two Witnesses, Jeffrey P. Barrett of Kentucky and Rudi Giuliani of New York City have here in summarized the 4-year stages of a COUP against the US Government, Constitution, Citizens and President that purposed to overthrow the Office of US President and many freedoms permanently. Parties named in this document are not complete of all the Intelligence agencies and Pentagon players.

2016-2020 including massive Nov 3rd US Election for all offices especially the Presidency

WE will prove a massive orchestration by the Democrat Party to have directed and hired AFL/CIO AFSME Union President and his union members in the POLL Center workers who did FRAUDULENTLY produce

10 million or so FRAUD Presidential Votes in the favor of Democratic Presidential candidate V. P Joseph Biden of MD.

I worked inside the AFL/CIO AFSCME Phone bank during Hillary Clinton's NY Senate run and during the Blagoyovich Chicago, IL era before his corruption charges etc. I know the internal computer and phone working national operations at the Washington, DC AFSCME calling and computer list generating system that have directed this 2020 Presidential Election FRAUD protocols.

Jeffrey P. Barrett swear that the following information is true, and I witness to it entirely. Nov. 8th, 2020__JEFFREY P. Barrett___

BIO

George W. Bush was being illegally charged publicly to have not participated in hardly any National Guard Air Force pilot jet training sessions that was charged by Democrats to eliminate his 2nd term presidential run in a AFL/CIO AFSCME Unions & Democratic COUP. I was personally involved in the affidavit deposition that was designed to make President George W. Bush resign by FRAUD. I was requested by Democrat AFL/CIO/ AFSCME President John Sweeny to assist Private Investigator and National Reporter Kenneth Cummins, owner of Capitol Inquiry of 17th Street Washington, DC. Cummins not being able to drive asked me to fly to Florida, Georgia, Texas and several other States to depose the National Guard witnesses to George W. Bush according to them did not attend only a very few National Guard mandated sessions intending to write books and make sure the President removed himself from office by FRAUD. I never heard of the plumbers of Nixon at Watergate. I crushed a COUP period legally. Kenneth Cummins called AFL/CIO John Sweeny. I called the White house Karl Roves the Presidential advisor to explain where we were going and after what was said in detail.

President George W. Bush with CIA/US State Dept. Pentagon ordered a COUP by Capitalistic leaning Venezuela Army who then kidnapped Chavez and swept him out of the country. Mr. President, I said, God demands you put thug Venezuela President Hugo Chavez back in power whom you have committed this COUP against, OR Mr. President, God reminds you he almost choked you to death on a pretzel your first month in your first term. Your CIA Director Father George Bush under President Carter then Reagan, George Bush and President Clinton ordered a shoot to kill Presidential action against whom they thought was Jesus in His 2nd COMING. My Minister in Boston Daniel King Marter was hunted down by 4 US Presidents shoot on site throughout Europe CIA/FBI/NSA/ INTERPOL/ Vatican/MAFIA and the Brighton. MA district Judge. NSA beat me almost to death, CIA/NSA/MAFIA tried to shoot me. All Boston Payphones were tapped by NSA to find out where we were having Bible Studies with Marter from Europe. Our church was hounded by the US District Court in Brighton, MA. Mr. President because your father failed to be able to kill Minister Daniel King Marter God says he let you live while you watched the Super Bowl choking blue on a pretzel. But if you do not put Hugo Chavez back in power God says you might as well buy another bag of pretzels. That was only a 2-day COUP.

I served as a Washington; DC Process Server for the Texas Court papers for the Lawyers of the Black Farmers who had won multi $billions case against US Agriculture Dept. Under Cabinet AGGY Director Anne racist Veneman who with Bush, Jr. refused to pay the monies in the 1st case. I served AGGY Corporately and began serving AGGY Secretary starting with Anne Veneman by me served at gun point by her Secret Service driver who knew their gaggle of lawyers could not stop me. Veneman called President Bush complaining that their homes and all assets had been attached by my Process Service. Bush Jr. asked who served you

what Law Firm and when she told the President Capitol Inquiry's Jeffrey Barrett BUSH owing me big time told Veneman have all your Executives to come down and sign the Texas Black Farmers papers and then soon after the Black Farmers received their $Billions.

I wrote China and India's current FAST TRACK ECONOMICS protocols.
I was an EPA Radiation nuclear clean up specialist and in my Town 50% of all residents who were exposed by Engelhardt Corps US Navy Submarine nuclear rods died with in 20 years from radiation cancer.

As a POWER GRID Sun Solar Flare specialist, I had solved the PPL and North East/Canada GRID collapse that left millions out of power for over a month. I solved that mystery. My brother Michael was a nuclear computer specialist leading the GRID COLLAPSE Investigation for PP&L

THEN Japan's Fukushima, Diichi Earthquake destroyed by Tsunami, many towns and the TEPCO nuclear power complex. TEPCO finally admitted what I had globally released that US and Europe Nuclear Agencies were covering up a three times Chernobyl nuclear disaster event. I immediately sent Three Mile-Island Pennsylvania Power and Light nuclear disaster team overnight to COOL the TEPCO abandoned nuclear plants that when going to critical fission would over 20 years kill 22 million exposed Metro Tokyo Japanese citizens, I also sent GE Japan who was the Fukushima TEPCO nuke plant manufacturers. I forced Prime Minister Naato Khan to keep TEPCO on the site to cool the

damaged nuke cores. Grow some BALLS Mr. Prime Minister. PM Khan to this day travels globally lecturing against nuclear plants in Japan and says IF HE did not force the TEPCO cooling of the nuclear plants at Diichi 22 million Tokyo Japanese would have died in 20 years.

Stopping COUPS takes inside Global Leader handling which God has made me a specialist in having been a Christian Ambassador to Embassies in Washington, DC

Russia President Vladimir Putin was responding to terrorist Yassar Arafat when the US and West were holding a Middle East Peace Conference at Sharm El Sheck. Mr. President I wrote through the Russian DC Embassy I am afraid if you do not attend the West's Peace Conference we at Pentagon cannot be responsible for what very angry and agitated Secretary of Defense John Cohen will do, Please read these few poems he has written. The first is his admission of suicide mentality in college and the 2nd is after he flew in an F-18 US Jet and wrote after about dropping nuclear bombs everywhere like a madman. Please reconsider. Putin went to Sharm el Scheck.

While a Real Estate legal Assistant director at Capitol Inquiry and chief of all RECORD of DEEDS activities for the DC Government R.E Division I cornered MLB Commissioner in NY to place their ragged baseball team playing in Puerto Rico in DC. He objected saying it would be the 3rd possible bankrupt team why bother. I said DC has 30 million tourists and the church will fill the New Stadium you insist I force the city to build for you first they have refused. So, I wrote a $50 Billion East Anacostia River drug

infested boulevard development plan which began the filling of Politian's pockets with graft, and they then gladly built Bud Selig his new National's Baseball Park at $681 million. Then I wrote the multi $ billion broadcast protocols. The DC R.E. Division of the city asked my boss Ken Cummins if I would let them put my name on the stadium. Hell NO, I said from Boston finishing my advanced Christian Perfection studies.

Understanding the inside of Global and US leaders who are on the take demands inside psychological thinking.
The Pentagon came to me, most Secretary Cohen's Intel agents and 5 Generals who were told that I had communications with Pakistan PM General Parvez Musharraf months after 911 when President George W. Bush wanted to go into Afghanistan to eliminate the Taliban which was created by Pakistan military. How do we approach Pakistan Musharraf they asked me. We need to over fly and or use his air bases and staging areas. I said the General was educated by western Catholic education schools; his college education was Protestant based. He knows English better than most of you. He is a General COMMAND HIM and HE WILL OBEY. They did and he did. Later Parvez asked me to have an education satellite launched so he could replace all religious education in Pakistan with Western science and math etc. The State Dept had Boeing Land Sea Aerospace launch the satellite within a month.

We can go to more details at another time.

# DOCUMENT

**Revised CODE 2020**

**18 USC 2383: Rebellion or Insurrection Text contains those laws in effect on November 7, 2020**

**From Title 18-CRIMES AND CRIMINAL PROCEDUREPART I-CRIMESCHAPTER 115-TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES**

**Jump To:Source CreditAmendments**

**2383. Rebellion or insurrection**

**Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and *make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular* State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.**

**2381. Treason**

**Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and *shall be incapable of holding any office under the United States.***

**(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, 330016(2)(J), Sept. 13, 1994, 108 Stat. 2148**

**(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)**

**Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.**

**(June 25, 1948, ch. 645, 62 Stat. 808 ; Pub. L. 103–322, title XXXIII, 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147 .)**

### HISTORICAL AND REVISION NOTES

**Based on title 18, U.S.C., 1940 ed., 4 (Mar. 4, 1909, ch. 321, 4, 35 Stat. 1088 ).**

**Word "moreover" was deleted as surplusage and minor changes were made in phraseology.**

### AMENDMENTS

**1994-Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000".**

## 18 USC Ch. 115: TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

**From Title 18—CRIMES AND CRIMINAL PROCEDUREPART I—CRIMES**

## CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

Sec.
2381.
Treason.
2382.
Misprision of treason.
2383.
Rebellion or insurrection.
2384.
Seditious conspiracy.
2385.
Advocating overthrow of Government.
2386.
Registration of certain organizations.
2387.
Activities affecting armed forces generally.
2388.
Activities affecting armed forces during war.
2389.
Recruiting for service against United States.
2390.
Enlistment to serve against United States.
[2391.
Repealed.]

## Amendments

1994—Pub. L. 103–322, title XXXIII, 330004(13), Sept. 13, 1994, 108 Stat. 2142, struck out item 2391 "Temporary extension of section 2388".

1953—Act June 30, 1953, ch. 175, 5, 67 Stat. 134, added item 2391.

## Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., 1, 2 (Mar. 4, 1909, ch. 321, 1, 2, 35 Stat. 1088).

Section consolidates sections 1 and 2 of title 18, U.S.C., 1940 ed.

The language referring to collection of the fine was omitted as obsolete and repugnant to the more humane policy of modern law which does not impose criminal consequences on the innocent.

The words "every person so convicted of treason" were omitted as redundant.

Minor change was made in phraseology.

#### Amendments

1994—Pub. L. 103–322 inserted "under this title but" before "not less than $10,000".

### 2382. Misprision of treason

#### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., 3 (Mar. 4, 1909, ch. 321, 3, 35 Stat. 1088).

Mandatory punishment provision was rephrased in the alternative.

#### Amendments

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000".

### 2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United

States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., 4 (Mar. 4, 1909, ch. 321, 4, 35 Stat. 1088).

Word "moreover" was deleted as surplusage and minor changes were made in phraseology.

### Amendments

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $10,000".

## 2384. Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

(June 25, 1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, 1, 70 Stat. 623; Pub. L. 103–322, title XXXIII, 330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., 6 (Mar. 4, 1909, ch. 321, 6, 35 Stat. 1089).

### Amendments

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $20,000".

1956—Act July 24, 1956, substituted "$20,000" for "$5,000", and "twenty years" for "six years".

### Effective Date of 1956 Amendment

Act July 24, 1956, ch. 678, 3, 70 Stat. 624, provided that: "The foregoing amendments [amending this section and section 2385 of this title] shall apply only with respect to offenses committed on and after the date of the enactment of this Act [July 24, 1956]."

## 2385. Advocating overthrow of Government

Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof, or the government of any political subdivision therein, by force or violence, or by the assassination of any officer of any such government; or

Whoever, with intent to cause the overthrow or destruction of any such government, prints, publishes, edits, issues, circulates, sells, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force or violence, or attempts to do so; or

Whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons, knowing the purposes thereof—

Shall be fined under this title or imprisoned not more than twenty years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.

If two or more persons conspire to commit any offense named in this section, each shall be fined under this title or imprisoned not more than twenty years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.

As used in this section, the terms "organizes" and "organize", with respect to any society, group, or assembly of persons, include the recruiting of new members, the forming of new units, and the regrouping or expansion of existing clubs, classes, and other units of such society, group, or assembly of persons.

(June 25, 1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, 2, 70 Stat. 623; Pub. L. 87–486, June 19, 1962, 76 Stat. 103; Pub. L. 103–322, title XXXIII, 330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.)

## Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., 10, 11, 13 (June 28, 1940, ch. 439, title I, 2, 3, 5, 54 Stat. 670, 671).

Section consolidates sections 10, 11, and 13 of title 18, U.S.C., 1940 ed. Section 13 of title 18, U.S.C., 1940 ed.,

**which contained the punishment provisions applicable to sections 10 and 11 of title 18, U.S.C., 1940 ed., was combined with section 11 of title 18, U.S.C., 1940 ed., and added to this section.**

**In first paragraph, words "the Government of the United States or the government of any State, Territory, District or possession thereof, or the government of any political subdivision therein" were substituted for "any government in the United States".**

**In second and third paragraphs, word "such" was inserted after "any" and before "government", and words "in the United States" which followed "government" were omitted.**

**In view of these changes, the provisions of subsection (b) of section 10 of title 18, U.S.C., 1940 ed., which defined the term "government in the United States" were omitted as unnecessary.**

**Reference to conspiracy to commit any of the prohibited acts was omitted as covered by the general conspiracy provision, incorporated in section 371 of this title. (See reviser's note under that section.)**

**Words "upon conviction thereof" which preceded "be fined" were omitted as surplusage, as punishment cannot be imposed until a conviction is secured.**

**The phraseology was considerably changed to effect consolidation but without any change of substance.**

## AMENDMENTS

**1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $20,000" in fourth and fifth pars.**

**1962—Pub. L. 87–486 defined the terms "organizes" and "organize".**

**1956—Act July 24, 1956, substituted "$20,000" for "$10,000", and "twenty years" for "ten years" in the paragraph prescribing penalties applicable to advocating overthrow of government and inserted provisions relating to conspiracy to commit any offense named in this section.**

### EFFECTIVE DATE OF 1956 AMENDMENT

**Amendment by act July 24, 1956, as applicable only with respect to offenses committed on and after July 24, 1956, see section 3 of act July 24, 1956, set out as a note under section 2384 of this title.**

## 2386. Registration of certain organizations

**(A) For the purposes of this section:**

**"Attorney General" means the Attorney General of the United States;**

**"Organization" means any group, club, league, society, committee, association, political party, or combination of individuals, whether incorporated or otherwise, but such term shall not include any corporation, association, community chest, fund, or foundation, organized and operated exclusively for religious, charitable, scientific, literary, or educational purposes;**

**"Political activity" means any activity the purpose or aim of which, or one of the purposes or aims of which, is the control by force or overthrow of the Government of the**

**United States or a political subdivision thereof, or any State or political subdivision thereof;**

**An organization is engaged in "civilian military activity" if:**

**(1) it gives instruction to, or prescribes instruction for, its members in the use of firearms or other weapons or any substitute therefor, or military or naval science; or**

**(2) it receives from any other organization or from any individual instruction in military or naval science; or**

**(3) it engages in any military or naval maneuvers or activities; or**

**(4) it engages, either with or without arms, in drills or parades of a military or naval character; or**

**(5) it engages in any other form of organized activity which in the opinion of the Attorney General constitutes preparation for military action;**

**An organization is "subject to foreign control" if:**

**(a) it solicits or accepts financial contributions, loans, or support of any kind, directly or indirectly, from, or is affiliated directly or indirectly with, a foreign government or a political subdivision thereof, or an agent, agency, or instrumentality of a foreign government or political subdivision thereof, or a political party in a foreign country, or an international political organization; or**

**(b) its policies, or any of them, are determined by or at the suggestion of, or in collaboration with, a foreign government or political subdivision thereof, or an agent, agency, or instrumentality of a foreign government or a political subdivision thereof, or a political party in a foreign country, or an international political organization.**

**(B)(1) The following organizations shall be required to register with the Attorney General:**

Every organization subject to foreign control which engages in political activity;

Every organization which engages both in civilian military activity and in political activity;

Every organization subject to foreign control which engages in civilian military activity; and

Every organization, the purpose or aim of which, or one of the purposes or aims of which, is the establishment, control, conduct, seizure, or overthrow of a government or subdivision thereof by the use of force, violence, military measures, or threats of any one or more of the foregoing.

Every such organization shall register by filing with the Attorney General, on such forms and in such detail as the Attorney General may by rules and regulations prescribe, a registration statement containing the information and documents prescribed in subsection (B)(3) and shall within thirty days after the expiration of each period of six months succeeding the filing of such registration statement, file with the Attorney General, on such forms and in such detail as the Attorney General may by rules and regulations prescribe, a supplemental statement containing such information and documents as may be necessary to make the information and documents previously filed under this section accurate and current with respect to such preceding six months' period. Every statement required to be filed by this section shall be subscribed, under oath, by all of the officers of the organization.

## 2381. Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is

guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

## 2382. Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

### Historical and Revision Notes

Based on title 18, U.S.C., 1940 ed., 3 (Mar. 4, 1909, ch. 321, 3, 35 Stat. 1088).

Mandatory punishment provision was rephrased in the alternative.

### Amendments

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $1,000".

## 2383. Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto,

shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.

(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)

".

## 2384. Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

(June 25, 1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, 1, 70 Stat. 623; Pub. L. 103–322, title XXXIII, 330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.)

1994—Pub. L. 103–322 substituted "fined under this title" for "fined not more than $20,000".

1956—Act July 24, 1956, substituted "$20,000" for "$5,000", and "twenty years" for "six years".

### Effective Date of 1956 Amendment

Act July 24, 1956, ch. 678, §3, 70 Stat. 624, provided that: "The foregoing amendments [amending this section and section 2385 of this title] shall apply only with respect to offenses committed on and after the date of the enactment of this Act [July 24, 1956]."

## §2385. Advocating overthrow of Government

**Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof, or the government of any political subdivision therein, by force or violence, or by the assassination of any officer of any such government; or**

**Whoever, with intent to cause the overthrow or destruction of any such government, prints, publishes, edits, issues, circulates, sells, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force or violence, or attempts to do so; or**

**Whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons, knowing the purposes thereof—**

**Shall be fined under this title or imprisoned not more than twenty years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.**

**If two or more persons conspire to commit any offense named in this section, each shall be fined under this title or imprisoned not more than twenty years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.**

**As used in this section, the terms "organizes" and "organize", with respect to any society, group, or assembly of persons, include the recruiting of new members, the forming of new units, and the regrouping or expansion of existing clubs, classes, and other units of such society, group, or assembly of persons.**

**(June 25, 1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, 2, 70 Stat. 623; Pub. L. 87–486, June 19, 1962, 76 Stat. 103; Pub. L. 103–322, title XXXIII, 330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.)**

# DOCUMENT

## Joseph Biden with running mate Democrat Kamala Harris was one of the main orchestrators of the 4 year long 2016-2020 TREASON, COUP D'ETAT, INSURRECTION against the US Govt…

**And against the winning candidate of the President of the United States of America of the 2016 Presidential Election by Donald Trump. President Barack Obama, Michelle Obama, Democrat losing Presidential candidate and former Secretary of State under Barack Obama and Joseph Biden, Kamala Harris, Hilary Rodman Clinton conspired with them in an FBI & CIA led Intel wide and Media COUP D'ETAT with Democrats in Congress and the Democratic Senators led by COUP Leaders Speaker of the US House and 3rd in line for the Presidency in case the President and Vice President were incapacitated by any means, Nancy Pelosi, Diane Feinstein, Chuck Schumer and Congressman Schiff with many other political persons leading to fraud treason and impeachment trials against sitting duly elected President Donald Trump.**

**God the Father Jesus and His Son Jesus Christ DECLARE that Donald R. Trump is still the sitting US President because Joseph Biden is not the current President of the United States because the 2020 US Presidential Election is null and void because Joseph Biden was a leader in the 2016-2020 COUP D'ETAT and under US INSURRECTION LAW Joseph Biden was barred from running or holding any US government Office.**

**President Trump and Supreme Court Justice Amy Barrett were notified of the 4 year long COUP when the Justice Dept determined**

**that by the Mueller Investigation the charges of treason and the charges of Impeachment brought by COUP leaders were based on fraud invented facts deliberately disseminated for the purpose of overthrowing the US Govt.**

**THEREFORE, the Intelligence and Justice dept refused to arrest the COUP LEADERS after President Donald J. Trump announced publicly and in briefs to all policing US Govt. agencies that the COUP LEADERS must be arrested. Each Intel agencies refused when ordered by President Trump to stop the ongoing COUP-INSURRECTION including Home Land Security, FBI, CIA, NSA, Secret Service, Pentagon and especially Joint Chief Chairman General Mark Milley who joining the COUP INSURRECTION orchestrated 32 generals to aid the COUP LEADERS in INSURRECTION TREASON to sign a document saying Joseph Biden was the new President against the US Chapter 18 INSURRECTION COUP LAW which states that all COUP LEADERS MUST be arrested and jailed or if they try to avoid arrest be shot to stop the ONGOING COUP-INSURRECTION.**

**President Donald R. Trump ordered his US Vice President Pence to not confirm the NULL & VOID fraud election naming Joseph Biden the new US President. VP Pence then refused and joined the COUP INSURRECTION and did, deliberately, with intent knowing that Biden was elected by fraud, confirm Joseph Biden the new US President.**

**President Trump then under the US CONSTITUTION COUP-INSURRECTION law, authorized US Citizens that he deputized for the purpose of stopping the COUP-INSURRECTION to do their duty and arrest the COUP-ISURRECTION LEADERS at the Capitol on January 6th, 2021. They went to the Capitol as authorized protectors of the US**

**GOVT. and made clear they were going to arrest the COUP Leaders and stop the fraud naming of Joseph Biden as the new US President.**

**US Citizens made a grand showing to set clear that Biden was not the duly elected president and that confirming this fraud was not going to stand. Now all elected and appointed Intelligence agents with Media including reporters from CNN, NBC, ABC, CBS, CNBC, Google, TWITTER organization operators and CEO and Facebook operators and CEO who are the COUP LEADERS must all be arrested and jailed and Joseph Biden, Obamas, Clinton, Pelosi, Feinstein, Schumer, Schiff, General Mark MIlley, William Barr et al must turn themselves in to authorities at US Justice Det. As COUP-INSURRECTION conspirators.**

**Written for God the Father & Jesus Christ by Perfected Christian Jeffrey Barrett**

# DOCUMENT

# TREASON

**Hilary Clinton, VP Joe Biden, President Barak Obama, and the State Dept. having US Forces and the Ambassador deliberately killed to cover Illegal gun running for profit. TREASON for 2 Presidential Elections and for the 4-year 2016-2020 Overthrow attempt against the legitimate sitting President of the United States President Donald J. Trump. Presidential Decree arrest on sight and jail immediately for 20-year voiding 2020 election.**

**Obama DOJ drops charges against alleged broker of Libyan weapons**

**Arms dealer had threatened to expose Hillary Clinton's talks about arming anti-Qadhafi rebels.**
**By KENNETH P. VOGEL and JOSH GERSTEIN**

**10/04/2016 04:45 PM EDT**

**Updated 10/05/2016 11:16 AM EDT**

**The Obama administration is moving to dismiss charges against an arms dealer it had accused of selling weapons that were destined for Libyan rebels.**

**Lawyers for the Justice Department on Monday filed a motion in federal court in Phoenix to drop the case against the arms dealer, an American named Marc Turi, whose lawyers also signed the motion.**

**The deal averts a trial that threatened to cast additional scrutiny on Hillary Clinton's private emails as Secretary of State, and to expose reported Central Intelligence Agency attempts to arm rebels fighting Libyan leader Moammar Qadhafi.**

**Government lawyers were facing a Wednesday deadline to produce documents to Turi's legal team, and the trial was officially set to begin on Election Day, although it likely would have been delayed by protracted disputes about classified information in the case.**

**A Turi associate asserted that the government dropped the case because the proceedings could have embarrassed Clinton and President Barack Obama by calling attention to the reported role of their administration in supplying weapons that fell into the hands of Islamic extremist militants.**

**White House dings Filipino president's latest Obama jab**
**By LOUIS NELSON**
**"They don't want this stuff to come out because it will look really bad for Obama and Clinton just before the election," said the associate.**

**In the dismissal motion, prosecutors say "discovery rulings" from U.S. District Court Judge David Campbell contributed to the decision to drop the case. The joint motion asks the judge to accept a confidential agreement to resolve the case through a civil settlement between the State Department and the arms broker.**

**"Our position from the outset has been that this case never should have been brought and we're glad it's over," said Jean-Jacques Cabou, a Perkins Coie partner serving as court-appointed defense counsel in the case. "Mr Turi didn't break the law….We're very glad the charges are being dismissed."**

**Under the deal, Turi admits no guilt in the transactions he participated in, but he agreed to refrain from U.S.-regulated arms dealing for four years. A $200,000 civil penalty will be waived if Turi abides by the agreement.**

**A State Department official confirmed the outlines of the agreement.**

"Mr. Turi cooperated with the Department's Directorate of Defense Trade Controls in its review and proposed administrative settlement of the alleged violations," said the official, who asked not be named. "Based on a compliance review, DDTC alleged that Mr. Turi…engaged in brokering activities for the proposed transfer of defense articles to Libya, a proscribed destination under [arms trade regulations,] despite the Department's denial of…requests for the required prior approval of such activities."

Turi adviser Robert Stryk of the government relations and consulting firm SPG accused the government of trying to scapegoat Turi to cover up Clinton's mishandling of Libya.

"The U.S. government spent millions of dollars, went all over the world to bankrupt him, and destroyed his life — all to protect Hillary Clinton's crimes," he said, alluding to the deadly Sept. 11, 2012 terrorist attack on the U.S. Consulate in Benghazi, Libya.



Obama's plans to stump for Clinton get interrupted — again
By SARAH WHEATON
Republicans hold Clinton responsible for mishandling the circumstances around that attack. And Stryk said that Turi was now weighing book and movie deals to tell his story, and to weigh in on the Benghazi attack.

Representatives of the Justice Department, the White House and Clinton's presidential campaign either declined to comment or did not respond to requests for comment on the case or the settlement.

Turi was indicted in 2014 on four felony counts: two of arms dealing in violation of the Arms Export Control Act and two of lying to the State Department in official applications. The charges accused Turi of claiming that the weapons involved were destined for Qatar and the

**United Arab Emirates, when the arms were actually intended to reach Libya.**

**Turi's lawyers argued that the shipments were part of a U.S. government-authorized effort to arm Libyan rebels.**

**It's unclear if any of the weapons made it to Libya, and there's no evidence linking weapons provided by the U.S. government to the Benghazi attacks.**

**"The proposal did not result in an actual transfer of defense articles to Libya," the State Department official told POLITICO on Tuesday.**

**But questions about U.S. efforts to arm Libyan rebels have been mounting, since weapons have reportedly made their way from Libya to Syria, where a civil war is raging between the Syrian Government and ISIL-aligned fighters.**

**In an interview last year, Turi said the U.S. was aware that weapons being shipped into Libya during the unrest there were being immediately diverted to Syria.**

**"When this equipment landed in Libya, half went one way, and the half went the other way," Turi said in an interview broadcast on Fox Business Channel. "The half that went the other way is the half that ended up in Syria."**

**Turi also said he came up with an idea he termed "zero footprint," where the U.S. would send weapons to Libyan rebels through Arab countries, like Qatar and the United Arab Emirates.**

**During 2013 Senate hearings on the 2012 Benghazi attack, Clinton, under questioning from Sen. Rand Paul (R-Kentucky), said she had no knowledge of weapons moving from Libya into Turkey, for ultimate transfer to Syria.**

**Wikileaks head Julian Assange in July suggested that he had emails proving that Clinton "pushed" the "flows" of weapons "going over to Syria."**

**Additionally, Turi's case had delved into emails sent to and from the controversial private account that Clinton used as Secretary of State, which the defense planned to harness at any trial.**

**J Street spots push back on GOP Iran deal advertising**
**By NAHAL TOOSI**
**At a court hearing in 2015, Cabou said emails between Clinton and her top aides indicated that efforts to arm the rebels were — at a minimum — under discussion at the highest levels of the government.**

**"We're entitled to tell the jury, ladies and gentlemen of the jury, the Secretary of State and her highest staff members were actively contemplating providing exactly the type of military assistance that Mr. Turi is here to answer for," the defense attorney said, according to a transcript.**

**Turi's defense was pressing for more documents about the alleged rebel-arming effort and for testimony from officials who worked on the issue for the State Department and the CIA. The defense said it planned to argue that Turi believed he had official permission to work on arms transfers to Libya**

**"If we armed the rebels, as publicly reported in many, many sources and as we strongly believe happened and as we believe at least one witness told the grand jury, then documents about that process relate to that effort," Cabou told Campbell at the same hearing last year.**

**"Our position from the outset has been that this case never should have been brought and we're glad it's over," said Jean-Jacques Cabou, a Perkins Coie partner serving as court-appointed defense counsel in**

**the case. "Mr Turi didn't break the law….We're very glad the charges are being dismissed."**

**Under the deal, Turi admits no guilt in the transactions he participated in, but he agreed to refrain from U.S.-regulated arms dealing for four years. A $200,000 civil penalty will be waived if Turi abides by the agreement.**

**A State Department official confirmed the outlines of the agreement.**

**"Mr. Turi cooperated with the Department's Directorate of Defense Trade Controls in its review and proposed administrative settlement of the alleged violations," said the official, who asked not be named. "Based on a compliance review, DDTC alleged that Mr. Turi…engaged in brokering activities for the proposed transfer of defense articles to Libya, a proscribed destination under [arms trade regulations,] despite the Department's denial of…requests for the required prior approval of such activities."**

**Turi adviser Robert Stryk of the government relations and consulting firm SPG accused the government of trying to scapegoat Turi to cover up Clinton's mishandling of Libya.**

**"The U.S. government spent millions of dollars, went all over the world to bankrupt him, and destroyed his life — all to protect Hillary Clinton's crimes," he said, alluding to the deadly Sept. 11, 2012 terrorist attack on the U.S. Consulate in Benghazi, Libya.**

**Republicans hold Clinton responsible for mishandling the circumstances around that attack. And Stryk said that Turi was now weighing book and movie deals to tell his story, and to weigh in on the Benghazi attack.**

**Representatives of the Justice Department, the White House and Clinton's presidential campaign either declined to comment or did not respond to requests for comment on the case or the settlement.**

**Turi was indicted in 2014 on four felony counts: two of arms dealing in violation of the Arms Export Control Act and two of lying to the State Department in official applications. The charges accused Turi of claiming that the weapons involved were destined for Qatar and the United Arab Emirates, when the arms were actually intended to reach Libya.**

**Turi's lawyers argued that the shipments were part of a U.S. government-authorized effort to arm Libyan rebels.**

**It's unclear if any of the weapons made it to Libya, and there's no evidence linking weapons provided by the U.S. government to the Benghazi attacks.**

**"The proposal did not result in an actual transfer of defense articles to Libya," the State Department official told POLITICO on Tuesday.**

**But questions about U.S. efforts to arm Libyan rebels have been mounting, since weapons have reportedly made their way from Libya to Syria, where a civil war is raging between the Syrian Government and ISIL-aligned fighters.**

**In an interview last year, Turi said the U.S. was aware that weapons being shipped into Libya during the unrest there were being immediately diverted to Syria.**

**"When this equipment landed in Libya, half went one way, and the half went the other way," Turi said in an interview broadcast on Fox Business Channel. "The half that went the other way is the half that ended up in Syria."**

**Turi also said he came up with an idea he termed "zero footprint," where the U.S. would send weapons to Libyan rebels through Arab countries, like Qatar and the United Arab Emirates.**

**During 2013 Senate hearings on the 2012 Benghazi attack, Clinton, under questioning from Sen. Rand Paul (R-Kentucky), said she had no knowledge of weapons moving from Libya into Turkey, for ultimate transfer to Syria.**

**Wikileaks head Julian Assange in July suggested that he had emails proving that Clinton "pushed" the "flows" of weapons "going over to Syria."**

**Additionally, Turi's case had delved into emails sent to and from the controversial private account that Clinton used as Secretary of State, which the defense planned to harness at any trial.**

**J Street spots push back on GOP Iran deal advertising**
**By NAHAL TOOSI**
**At a court hearing in 2015, Cabou said emails between Clinton and her top aides indicated that efforts to arm the rebels were — at a minimum — under discussion at the highest levels of the government.**

**"We're entitled to tell the jury, ladies and gentlemen of the jury, the Secretary of State and her highest staff members were actively contemplating providing exactly the type of military assistance that Mr. Turi is here to answer for," the defense attorney said, according to a transcript.**

**Turi's defense was pressing for more documents about the alleged rebel-arming effort and for testimony from officials who worked on the issue for the State Department and the CIA. The defense said it planned to argue that Turi believed he had official permission to work on arms transfers to Libya**

**"If we armed the rebels, as publicly reported in many, many sources and as we strongly believe happened and as we believe at least one witness told the grand jury, then documents about that process relate to that effort," Cabou told Campbell at the same hearing last year.**

# DOCUMENT

On "The News & Why It Matters," BlazeTV host Sara Gonzales and guests discussed some interesting new revelations about the FBI raid on former President Donald Trump's Florida home.

According to memos reviewed by Just the News, the Biden White House worked directly with the FBI, DOJ, and National Archives to instigate the criminal probe into Trump's alleged mishandling of classified documents as early as April, long before professing to have no prior knowledge of the raid on Mar-a-Lago earlier this month.

As award-winning investigative journalist John Solomon details, the memos show back-and-forth conversations between then-White House Deputy Counsel Jonathan Su, the Justice Department, and the National Archives, beginning just after "15 boxes of classified and other materials were voluntarily returned" from Trump's estate in April.

"By May, Su conveyed to the Archives that President Joe Biden would not object to waiving his predecessor's claims to executive privilege, a decision that opened the door for DOJ to get a grand jury to issue a subpoena compelling Trump to turn over any remaining materials he possessed from his presidency," Solomon reported.

Don't miss out on content from Dave Rubin free of big tech censorship. Listen to The Rubin Report now.

"Anyone who is not living in Trump-Derangement-Syndrome World pretty much knew from the onset that this *had* to have been signed off by the Biden administration, or that they had to be complicit with it in one way or the other, because this is obviously unprecedented," Sara asserted. "Look at how many other presidents have done the

**exact same thing. They can declassify whatever they want. They can take whatever documents ... and it was never a problem before. Now, all of a sudden, it's a problem with Trump. There's no way that all of this happens within the FBI and the DOJ and the Biden administration is not even told about it."**

**"[The raid happens] 90 days from midterm elections. Donald Trump has not announced his candidacy. And yet we're supposed to believe that all of those are just completely coincidental things, not ... related to one another in this weaponizing of a government agency against a political opponent," she added**

# DOCUMENT

## TREASON, SEDITION, INSURRECTION & SUBVERSIVE ACTIVITIES

## 18 us code 2381

**President Donald J. Trump,**

**Donald YOU and only you or a Federal Judge must be told of the COUP etc. and only one or the other can/must order the arrest of the COUP players using Federal Marshals, Secret Service agents, Secretary of Defense ordered troops or you, ordering National Guard troops any other federal agents. Before any investigation of the COUP or Treason, sedition or rebellion players are vetted by any other agency YOU have them or the notified Fed Judge arrests them and places them in jail, for trial. Evidence comes only after. They get jail and can never hold any US Govt office again on release after being convicted.**

**Mr. President the statute mandates that anyone uncovering these acts including a Coup d'état must immediately notify a US Federal Judge or the President, otherwise he or she will be charged with the crime also. Any VP named Joe Biden participating in such crimes by this statute he can never run for or hold any US office.**

**Amazing the Constitution who knew.**

**Read it with Rudi Giuliani and act boldly with God and Jesus' confidence coming thru your soul. This is their battle enjoy the ride.**

**Arrest Hillary Clinton, VP Joe Biden, Pres. Obama, Congresswoman Speaker Nancy Pelosi, Congressman Adam Schiff, Senator Chuck Schumer, NSA Director, CIA Dir., FBI, Directors, Mueller, The female State Dept. agent, the Ukraine Intel creeps on the Ukraine phone call testifying you're a treasonous pig, The CNN, ABC, NBC CBS, CNBC CEOs of Facebook, Twitter, Google etc.**

**Jeffrey Barrett**

# DOCUMENT

LII U.S. Code

Title 18. CRIMES AND CRIMINAL PROCEDURE
Part I. CRIMES
Chapter 115. TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES
**Section 2383. Rebellion or insurrection**

18 U.S. Code § 2383.Rebellion or insurrection

**Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.**

**(June 25, 1948, ch. 645, 62 Stat. 808; Pub. L. 103–322, title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 2147.)**

## DOCUMENT

# The U.S. Bill of Rights

Note: The following text is a transcription of the first ten amendments to the Constitution in their original form. These amendments were ratified December 15, 1791, and form what is known as the "Bill of Rights."

## Amendment I

Congress shall make no law respecting an establishment of religion or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

## Amendment II

A well-regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

## Amendment III

**No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.**

## Amendment IV

**The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.**

## Amendment V

**No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.**

## Amendment VI

**In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the**

**witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.**

## Amendment VII

**In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.**

## Amendment VIII

**Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.**

## Amendment IX

**The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.**

## Amendment X

**The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.**

# DOCUMENT

## THE CONSTITUTION of the UNITED STATES

**We the People of the United States, in Order to form a more perfect Union, establish Justice, ensure domestic Tranquility, provide for the common defense, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.**

## Article. I.

---

### Section. 1.

All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

### Section. 2.

The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

No Person shall be a Representative who shall not have attained to the Age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen.

Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons. The actual Enumeration shall be made within three Years after the first Meeting of the Congress of the United States, and within every subsequent Term of ten Years, in such Manner as they shall by Law direct. The Number of Representatives shall not exceed one for every thirty Thousand, but each State shall have at Least one Representative; and until such enumeration shall be made, the State of New Hampshire shall be entitled to choose three, Massachusetts eight, Rhode-Island and Providence Plantations one, Connecticut five, New-York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.

When vacancies happen in the Representation from any State, the Executive Authority thereof shall issue Writs of Election to fill such Vacancies.

The House of Representatives shall choose their Speaker and other Officers; and shall have the sole Power of Impeachment.

Section. 3.

The Senate of the United States shall be composed of two Senators from each State, chosen by the Legislature thereof, for six Years; and each Senator shall have one Vote.

Immediately after they shall be assembled in Consequence of the first Election, they shall be divided as equally as may be into three Classes. The Seats of the Senators of the first Class shall be vacated at the Expiration of the second Year, of the second Class at the Expiration of the fourth Year, and of the third Class at the Expiration of the sixth Year, so that one third may be chosen every second Year; and if Vacancies happen by Resignation, or otherwise, during the Recess of the Legislature of any State, the Executive thereof may make temporary Appointments until the next Meeting of the Legislature, which shall then fill such Vacancies.

No Person shall be a Senator who shall not have attained to the Age of thirty Years, and been nine Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State for which he shall be chosen.

The Vice President of the United States shall be President of the Senate, but shall have no Vote, unless they be equally divided.

The Senate shall choose their other Officers, and also a President pro tempore, in the Absence of the Vice President, or when he shall exercise the Office of President of the United States.

The Senate shall have the sole Power to try all Impeachments. When sitting for that Purpose, they shall be on Oath or Affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no Person shall be convicted without the Concurrence of two thirds of the Members present.

Judgment in Cases of Impeachment shall not extend further than to removal from Office, and disqualification to hold and enjoy any Office

of honor, Trust or Profit under the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law.

Section. 4.

The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of choosing Senators.

The Congress shall assemble at least once in every Year, and such Meeting shall be on the first Monday in December, unless they shall by Law appoint a different Day.

Section. 5.

Each House shall be the Judge of the Elections, Returns and Qualifications of its own Members, and a Majority of each shall constitute a Quorum to do Business; but a smaller Number may adjourn from day to day, and may be authorized to compel the Attendance of absent Members, in such Manner, and under such Penalties as each House may provide.

Each House may determine the Rules of its Proceedings, punish its members for disorderly behavior, and, with the Concurrence of two thirds, expel a Member.

Each House shall keep a Journal of its Proceedings, and from time to time publish the same, excepting such Parts as may in their Judgment require Secrecy; and the Yeas and Nays of the Members of either House on any question shall, at the Desire of one fifth of those Present, be entered on the Journal.

Neither House, during the Session of Congress, shall, without the Consent of the other, adjourn for more than three days, nor to any other Place than that in which the two Houses shall be sitting.

Section. 6.

The Senators and Representatives shall receive a Compensation for their Services, to be ascertained by Law, and paid out of the Treasury of the United States. They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place.

No Senator or Representative shall, during the Time for which he was elected, be appointed to any civil Office under the Authority of the United States, which shall have been created, or the Emoluments whereof shall have been increased during such time; and no Person holding any Office under the United States, shall be a Member of either House during his Continuance in Office.

Section. 7.

All Bills for raising Revenue shall originate in the House of Representatives; but the Senate may propose or concur with Amendments as on other Bills.

Every Bill which shall have passed the House of Representatives and the Senate, shall, before it become a Law, be presented to the President of the United States; If he approve he shall sign it, but if not he shall return it, with his Objections to that House in which it shall have originated, who shall enter the Objections at large on their Journal, and proceed to reconsider it. If after such Reconsideration two thirds of that House shall agree to pass the Bill, it shall be sent, together with the Objections, to the other House, by which it shall

likewise be reconsidered, and if approved by two thirds of that House, it shall become a Law. But in all such Cases the Votes of both Houses shall be determined by yeas and Nays, and the Names of the Persons voting for and against the Bill shall be entered on the Journal of each House respectively. If any Bill shall not be returned by the President within ten Days (Sundays excepted) after it shall have been presented to him, the Same shall be a Law, in like Manner as if he had signed it, unless the Congress by their Adjournment prevent its Return, in which Case it shall not be a Law.

Every Order, Resolution, or Vote to which the Concurrence of the Senate and House of Representatives may be necessary (except on a question of Adjournment) shall be presented to the President of the United States; and before the Same shall take Effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the Rules and Limitations prescribed in the Case of a Bill.

Section. 8.

The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defense and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States;

To borrow Money on the credit of the United States;

To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;

To establish an uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States;

To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures;

**To provide for the Punishment of counterfeiting the Securities and current Coin of the United States;**

**To establish Post Offices and post Roads;**

**To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;**

**To constitute Tribunals inferior to the supreme Court;**

**To define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations;**

**To declare War, grant Letters of Marque and Reprisal, and make Rules concerning Captures on Land and Water;**

**To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years;**

**To provide and maintain a Navy;**

**To make Rules for the Government and Regulation of the land and naval Forces;**

**To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions;**

**To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress;**

**To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the**

**State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings;—And**

**To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.**

**Section. 9.**

**The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.**

**The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.**

**No Bill of Attainder or ex post facto Law shall be passed.**

**No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or enumeration herein before directed to be taken.**

**No Tax or Duty shall be laid on Articles exported from any State.**

**No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another: nor shall Vessels bound to, or from, one State, be obliged to enter, clear, or pay Duties in another.**

**No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.**

No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

Section. 10.

No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Control of the Congress.

No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

## Article. II.

### Section. 1.

The executive Power shall be vested in a President of the United States of America. He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows

Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.

The Electors shall meet in their respective States, and vote by Ballot for two Persons, of whom one at least shall not be an Inhabitant of the same State with themselves. And they shall make a List of all the Persons voted for, and of the Number of Votes for each; which List they shall sign and certify, and transmit sealed to the Seat of the Government of the United States, directed to the President of the Senate. The President of the Senate shall, in the Presence of the Senate and House of Representatives, open all the Certificates, and the Votes shall then be counted. The Person having the greatest Number of Votes shall be the President, if such Number be a Majority of the whole Number of Electors appointed; and if there be more than one who have such Majority, and have an equal Number of Votes, then the House of Representatives shall immediately chuse by Ballot one of them for President; and if no Person have a Majority, then from the five highest on the List the said House shall in like Manner chuse the President. But in chusing the President, the Votes shall be taken by States, the Representation from each State having one Vote;

A quorum for this Purpose shall consist of a Member or Members from two thirds of the States, and a Majority of all the States shall be necessary to a Choice. In every Case, after the Choice of the President, the Person having the greatest Number of Votes of the Electors shall be the Vice President. But if there should remain two or more who have equal Votes, the Senate shall chuse from them by Ballot the Vice President.

The Congress may determine the Time of choosing the Electors, and the Day on which they shall give their Votes; which Day shall be the same throughout the United States.

No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty-five Years, and been fourteen Years a Resident within the United States.

In Case of the Removal of the President from Office, or of his Death, Resignation, or Inability to discharge the Powers and Duties of the said Office, the Same shall devolve on the Vice President, and the Congress may by Law provide for the Case of Removal, Death, Resignation or Inability, both of the President and Vice President, declaring what Officer shall then act as President, and such Officer shall act accordingly, until the Disability be removed, or a President shall be elected.

The President shall, at stated Times, receive for his Services, a Compensation, which shall neither be encreased nor diminished during the Period for which he shall have been elected, and he shall not receive within that Period any other Emolument from the United States, or any of them.

Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation:—"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and

will to the best of my Ability, preserve, protect and defend the Constitution of the United States."

Section. 2.

The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices, and he shall have Power to grant Reprieves and Pardons for Offences against the United States, except in Cases of Impeachment.

He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

The President shall have Power to fill up all Vacancies that may happen during the Recess of the Senate, by granting Commissions which shall expire at the End of their next Session.

Section. 3.

He shall from time to time give to the Congress Information of the State of the Union, and recommend to their Consideration such Measures as he shall judge necessary and expedient; he may, on extraordinary Occasions, convene both Houses, or either of them,

and in Case of Disagreement between them, with Respect to the Time of Adjournment, he may adjourn them to such Time as he shall think proper; he shall receive Ambassadors and other public Ministers; he shall take Care that the Laws be faithfully executed, and shall Commission all the Officers of the United States.

Section. 4.

The President, Vice President (Joe Biden and Kamala Harris), and all civil Officers of the United States (Nancy Pelosi, Chuck Schumer, Adam Schiff, Liz Cheney et al, heads of all Intel Agencies-FBI, CIA, HLS, NSA, US Intel and their thousands of COUP D'ETAT participants, Pentagon Jt. Chiefs of Staff, CIA led Media shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

## Article. III.

Section. 1.

The judicial Power of the United States, shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme

**and inferior Courts, shall hold their Offices during good Behavior, and shall, at stated Times, receive for their Services, a Compensation, which shall not be diminished during their Continuance in Office.**

**Section. 2.**

**The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;— between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.**

**In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.**

**The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.**

**Section. 3.**

**Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and**

Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

## Article. IV.

### Section. 1.

Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

### Section. 2.

The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime.

No Person held to Service or Labor in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labor, but shall be delivered up on Claim of the Party to whom such Service or Labor may be due.

### Section. 3.

**New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.**

**The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.**

### Section. 4.

**The United States shall guarantee to every State in this Union a Republican Form of Government and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.**

## Article. V.

---

**The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year**

One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate.

## Article. VI.

All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

## Article. VII.

The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same.

**The Word, "the," being interlined between the seventh and eighth Lines of the first Page, The Word "Thirty" being partly written on an Erasure in the fifteenth Line of the first Page, The Words "is tried" being interlined between the thirty second and thirty third Lines of the first Page and the Word "the" being interlined between the forty third and forty fourth Lines of the second Page.**

**Attest William Jackson Secretary**

**done in Convention by the Unanimous Consent of the States present the Seventeenth Day of September in the Year of our Lord one thousand seven hundred and Eighty seven and of the Independence of the United States of America the Twelfth In witness whereof We have hereunto subscribed our Names,**

**G°. Washington**
***President and deputy from Virginia***

**Delaware**

**Geo: Read**
**Gunning Bedford jun**
**John Dickinson**
**Richard Bassett**
**Jaco: Broom**

**Maryland**

**James McHenry**
**Dan of St Thos. Jenifer**
**Danl. Carroll**

**Virginia**

**John Blair**
**James Madison Jr.**

North Carolina

Wm. Blount
Richd. Dobbs Spaight
Hu Williamson

South Carolina

J. Rutledge
Charles Cotesworth Pinckney
Charles Pinckney
Pierce Butler

Georgia

William Few
Abr Baldwin

New Hampshire

John Langdon
Nicholas Gilman

Massachusetts

Nathaniel Gorham
Rufus King

Connecticut

Wm. Saml. Johnson
Roger Sherman

**New York**

Alexander Hamilton

**New Jersey**

Wil: Livingston
David Brearley
Wm. Paterson
Jona: Dayton

**Pennsylvania**

B Franklin
Thomas Mifflin
Robt. Morris
Geo. Clymer
Thos. FitzSimons
Jared Ingersoll
James Wilson
Gouv Morris

# DOCUMENT

LII U.S. Code

Title 18. CRIMES AND CRIMINAL PROCEDURE
Part I. CRIMES
Chapter 115. TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES
Section 2383. Rebellion or insurrection

**18 U.S. Code 2383.Rebellion or insurrection**

**Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.**

**DOCUMENT**

**US COUP Information**

**US TREASON, SEDITION INSURRECTION ACTIVITIES**

**Witnessed 2016 to 2020**

**By Jeffrey Barrett**

# Wisconsin State AFL-CIO Blog

« Designate Grocery and Food Processing Workers as First Responders | Main | Need your support for Governor's Call for Mail-In Ballots »

03/24/2020

# Join the WI AFL-CIO Virtual Phonebank

Joining our virtual phone bank is easy. Sign up at wisaflcio.org/mobilize

All you need is a phone and a computer with internet access. Through the WI AFL-CIO's Virtual Phone Bank system, volunteers will be able to login, view a script to discuss our Wisconsin AFL-CIO endorsed candidates like **Supreme Court candidate Jill Karofsky**, chat with union voters, then record the results of your calls.

When you sign up for a phone shift, you'll be provided with a full set of instructions. WI AFL-CIO staff will be available by phone during call shifts to answer any questions.

During the COVID-19 public health emergency, we are encouraging Wisconsin voters to vote by mail with an absentee ballot. Have you

requested your absentee ballot yet?

The Wisconsin AFL-CIO Absentee and Early In-Person Voter Guide has step-by-step instructions for requesting an absentee ballot and voting by mail. Get the guide by clicking here or visit wisaflcio.org/voter-guide.

The Wisconsin AFL-CIO has endorsed **Jill Karofsky for Wisconsin Supreme Court.** Judge Karofsky ensures working people are always treated fairly in our legal system. She’s a former prosecutor, and on the bench, she’s tough, fair and independent. Jill Karofsky will always fight to stop corruption and uphold the law. Her opponent Dan Kelly was appointed by former Governor and union-buster Scott Walker.

A statewide list of locally endorsed union-approved candidates can be found here.

Join the virtual phone bank and make calls to union voters from the comfort of your home.

Click here or visit wisaflcio.org/mobilize to sign up for a virtual phone bank shift.

We will continue to educate, organize, and mobilize union voters during the COVID-19 public health emergency. Join the virtual phone bank today.

Posted at 03:55 PM |

# DOCUMENT

## Rep. Matt Gaetz on Spygate, Barr Hearings, and the Attempted Coup Against Trump

**By Jan Jekielek**

**May 11, 2019 Updated: May 13, 2019**

**With the Mueller investigation concluded, just how are the recent activities of the House Judiciary Committee effectively "impeachment in drag," in the eyes of committee member Rep. Matt Gaetz (R-Fla.)? And why was he prevented from speaking at the last hearing involving Attorney General William Barr, the one Barr himself declined to attend?**

**In this episode of "American Thought Leaders," Epoch Times senior editor Jan Jekielek sits down with Gaetz to explore a range of issues related to the origins of the Russia collusion investigation against candidate Donald Trump, including the significance of the upcoming release of the 55 Russia investigation transcripts from the House Intelligence Committee.**

**Jan Jekielek: Now that we know that the Mueller report basically told us there's no Russia collusion, the attorney general found—based on what he found in the report—that there was no obstruction, a lot of people are actually going further behind the scenes. That's something we've been reporting on for a while. And, actually, you've been very interested for some time—we've been watching that. Before I jump into that, what people call Spygate—or SetUpGate is another moniker that I've heard—I wanted to talk about this House Judiciary**

**Committee hearing where you were basically cut off. What do you think that was all about?**
**Rep. Matt Gaetz: Well, something very strange is going on in the House Judiciary Committee. They're actually trying to have impeachment in drag. They don't want to call the hearings impeachment hearings, but they want to make them look and feel as much like impeachment as possible, despite the lack of underlying evidence that would support it.**
**So at the last hearing, I had a series of questions about the processes and procedures that the committee was using, and the extent to which they departed from our normal practices. And they really were an effort by the committee to dress up oversight activity to be as negative toward the president as possible.**
**I couldn't even get recognized by the committee chairman to ask those legitimate procedural questions, because I think what's happening with my Democratic colleagues right now is that they're so flummoxed with the lack of underlying facts to support what they've been saying to the American people for the last two years that they've lost control over their management of the House of Representatives.**
**Mr. Jekielek: Impeachment in drag. That's quite the imagery. So, actually, we had a headline—and this is very apropos—"House Democrats Plan Contempt Vote on Attorney General Barr … for Following the Law." And so I think you get what's being suggested here. Do you agree?**
**Rep. Gaetz: That's clearly what's happening. General Barr is stuck between the law and a group of angry Democrats trying to justify their lies over the last two years.**
**You know, the attorney general is not allowed to release information if that information is linked to grand jury activity in the absence of court approval to do so. And so Democrats have now made a demand that he do that. The law doesn't allow him to do that. And they're using this to manufacture a constitutional crisis in their mind or**

**discord between the executive and legislative branch. They're literally trying to go and pick fights where none need occur, because the attorney general has already released 92 percent of the Mueller report. Even more is available to Chairman [Jerrold] Nadler, if he'd like to go review it. He hasn't taken the opportunity to do that. They're trying to make it look like this great source of discord, but it's this mouse of an issue that roars like a lion.**

**Mr. Jekielek: Can [Barr] even be held in contempt for refusing to break the law?**

**Rep. Gaetz: Congress can hold anybody in contempt that they'd like to for any purpose. And, as a matter of fact, Eric Holder was held in contempt because he refused to show up. He refused to produce documents and answer questions about [Operation] Fast and Furious, a terrible scandal that was uncovered by Republicans in Congress who were engaged in diligent oversight. Here, it would be very bizarre for the legislative branch of government to hold someone in contempt in the executive branch of government when, if the person in the executive branch did what Congress wanted, he could potentially be in trouble with the judicial branch of government. And so, again, it is a manufactured crisis.**

**Here's what we ought to do. We ought to take the Mueller findings on collusion at face value. We ought to take the legal analysis from America's top lawyer, the attorney general, on obstruction at face value. And then we've got to figure out how in the world this happened. How did we get to a point where political opposition research supplied by a known liar British spy, funded by political opponents, overseen by Obama officials in the White House, and then polluted by Russians trying to undermine the American election—how [did that become] the fuel for an investigation that really should have sputtered out very quickly?**

**I think that'll tell the true story of where we need to make reforms in this country so that this never happens again.**

**Mr. Jekielek: So the attorney general has been saying that he's bringing together a number of disparate existing investigations, I think, with the IG (inspector general), FBI, and some others. And he's getting [FBI Director] Christopher Wray's cooperation in doing this. Can you speak to that a little bit further?**
**Rep. Gaetz: Yeah. There are a number of different people in our government looking at the origins of this investigation. The Senate Intelligence Committee is engaged in that work, [and] individual Republicans in the Congress are continuing that effort that really uncovered a lot of the institutional bias that you saw over the last two years exposed. And then you've got, as you said, the inspector general and [U.S. Attorney John] Huber.**
**Huber was appointed by Rod Rosenstein to really investigate these leaks and how it is that the FBI and Department of Justice transitioned from investigatory prosecuting entities to public relations management firms. They really seem to be obsessed with the media and what the media could do for them in enhancing their particular view of facts as they saw them, or utilizing the media to reinforce the bias that had so badly infected the senior levels at the FBI and Department of Justice.**
**That interplay, I think, could be very dangerous for the American people, if we don't find a way to stop our investigators from thinking that they're political hacks.**
**Mr. Jekielek: All these attacks are basically inherently politicized, right?**
**Rep. Gaetz: Well, the attacks on the attorney general are. I think that the critique that we have of systems that allowed a secret court to review evidence from a known liar polluted by Russians is not political, because it could happen to either side. I think that's what my Democratic colleagues don't really get. Russia, China, Iran, North Korea—the countries that are trying to undermine democracy globally are going to continue to try to attack U.S. elections with a variety of different tools.**

**And rather than having our Democratic colleagues so obsessed with President Trump—probably the one guy we are certain did not collude with a foreign government because of the investigation that went into him—instead of focusing on him, let's focus on our broader resiliency and what we can do to make sure that we're prepared for those attacks and that we don't allow unelected people who think they know best to become susceptible to use information developed by Russia to undermine our faith in the outcome of our election.**

**Mr. Jekielek: So you were one of the first people to talk about this IG leak report that you mentioned earlier. Any updates on that for us?**

**Rep. Gaetz: No updates, other than what the inspector general has shared with me. You'll recall when the inspector general published his review of how the Hillary Clinton investigation was handled, he was very critical of the way that people tended to migrate from the Clinton investigation onto the Trump–Russia investigation at the FBI and then subsequently onto the Mueller probe.**

**But, during that report, he articulated concern over members of the media providing tickets to sporting events or concerts or other gifts to people in the FBI to get information. And what we've now seen on the other side is that you had a lot of people at the FBI who were super eager to control the public discourse on an investigation, more so than they were actually doing the investigating, the stuff we hired them to do.**

**So we should see this summer, I think, the results of the IG's work. And my expectation is that mainstream media news outlets will have a lot of explaining to do regarding their very nefarious undermining of the work of the FBI and Department of Justice.**

**Mr. Jekielek: Fascinating. So, this summer … It's hard to wait, right? So tell me a little bit more about what you and folks that you're working with have been investigating?**

**Rep. Gaetz: It's really troubling to us that any authorization for intelligence collection would occur in this country as a consequence of politics. Intelligence collection—spying, whatever you want to call**

it—really is one of the strongest tools our government has, and it should be used very sparingly. And when we see Peter Strzok and Lisa Page texting about POTUS wanting to be notified about everything, or the White House is running this, regarding their efforts to poke and prod at the Trump campaign, it raises concern that it wasn't a legitimate investigative inquiry, but rather a desire to undermine a political opponent that led to the investigation beginning.

We are certain that it is not an open question that fueled this investigation. According to the testimony even of Andy McCabe, no friend of the president, this dossier that was developed by Christopher Steele, a British spy, was the essential element that kept our investigators engaged in a pursuit of the president and his campaign. That dossier was never disclosed as having been authored by a liar, funded by political opponents, and then polluted by Russians who wanted to undermine our election. I really think that that ought to be the focus of our work now going forward: How do we become more resilient to those types of attacks in the future?

Mr. Jekielek: So you're actually looking into trying to make sure that these sorts of things can't happen again already?

Rep. Gaetz: Yeah.

Mr. Jekielek: Fascinating. We have a number of columnists and a number of journalists that are working on this exact issue. They are very curious and have lots of questions. For example, do you have a sense when all the 55 transcripts from the House Intel Committee will be released? Do you have any idea?

Rep. Gaetz: I don't, but I have encouraged the director of national intelligence publicly to release those transcripts, and here's why that's such an insightful question. The very people that oversaw the beginnings of this investigation—the very people who may have engaged other Western intelligence operations to spy on the Trump campaign, to entrap the Trump campaign, to try to run intelligence of the Trump campaign—those people gave testimony under oath before the United States Congress. And while I don't know what lies

**within those transcripts, it's my belief that they will be very illuminating as to the thoughts and methodologies that were used to take this unprecedented act of spying on a rival campaign. And so I've encouraged the director of national intelligence: Let's get these out in the public. And the four I'm most interested in: Comey, McCabe, Clapper, and Brennan.**
**Mr. Jekielek: Got it. You mentioned you were speaking with Huber, but what about Horowitz or Mueller, even, have you been speaking with them?**
**Rep. Gaetz: I've spoken with Mr. Horowitz, but I've not spoken with Mr. Mueller. And it's my expectation that he will be before the Congress, and he's got to answer some pretty serious questions about how he assembled his team. I mean, how in the world do you go and hire the very people who were defending Hillary Clinton in court against public disclosure lawsuits to then go and pursue Donald Trump? And even the inspector general, a Democrat appointed by President Obama, said that the HR policies of Robert Mueller to go and take the people that had been working on the Clinton investigation and use them to go after President Trump was beyond any appropriate rationale for staffing that operation.**
**Mr. Jekielek: Do you know [whether] "The Horowitz Report," the bigger report, has been delivered to its subjects or responses?**
**Rep. Gaetz: I don't know where Mr. Horowitz is in that process. Again, his expectation is that his report would be released later this summer. But it is frequently the case that these reports get pushed back because just as they're about to become public, you can often get new whistleblowers with new facts and new information that can inform on the results. That's what happened when Horowitz was investigating the Clinton email scandal and how a yellow brick road was paved for her by the Department of Justice to alleviate any consequence. He continued to get more and more information that showed us how really unfortunate that played out.**

**Mr. Jekielek: Are you aware of any other investigations that aren't, basically, out in the open?**
**Rep. Gaetz: Well, you've got the Senate Intelligence Committee that's investigating, obviously, as well. But based on the information we are now obtaining about the potential involvement of other Western intelligence services in undermining the Trump campaign, I would not be surprised if, in the very near future, we have to have a review of what other three-letter agencies were involved and with whom did they speak.**
**Mr. Jekielek: And now that Rod Rosenstein is retiring—basically stepping down—do you think he'll be called to testify?**
**Rep. Gaetz: I don't know if Democrats plan to do oversight over private citizens. It's typically the case that when we're doing legitimate oversight, it's with the people who are engaged in the operations of government, so that our policy can inform on the work that they're doing. So I don't expect Mr. Rosenstein to be before the Congress, but frankly, with Democrats infected with impeachment fever, you never know who they're going to try to bring before the grand circus that has become the House Judiciary Committee.**
**Mr. Jekielek: You'd mentioned that a number of reports are coming in the summer. I think those may actually be the bombshells that we've been waiting for. I don't know. But where do you expect things will go over the next few months?**
**Rep. Gaetz: I think the attorney general is going to have to make the initial binary decision about prosecutable offenses or not prosecutable offenses as it relates to the people that fueled these investigations and potentially made misrepresentations to the court. There are also actions that can be taken by the FISA court, if they feel as though they were lied to, if someone engaged in prosecutorial misconduct. And so whether it's people's professional licenses or whether it's, in fact, a prosecution of a crime, I think the attorney general's got to make that binary decision. And our job is to do everything we can to take the information we find and to put it into**

the public square. I think that we've had a lot more intelligent discussion about what really has gone on here as a consequence of seeing the emails and text messages and reflections of bias that seemed to drive a lot of the activity against the president.

Mr. Jekielek: It's been said that basically the process of these last two years essentially of the Mueller report and all of the media coverage of it and all the leaks, in a sense, I think Victor Davis Hanson said this, that it's kind of backfiring actually. It's provided a lot of evidence that there were things that happened that weren't quite right.

Rep. Gaetz: You're right. And it has also backfired in that it really accomplished a lot of Putin's objectives. I know that many of my colleagues want to know when Robert Mueller came to the conclusion that the Trump campaign did not collude with Russia. Because if you think about it, every day that Mueller continues his investigation after arriving at that fundamental conclusion, is a day that he's doing Putin's bidding because it has Americans questioning whether or not their president is a Russian agent. That was baloney at all times. And the fact that we allowed that to continue to impair the president's ability to use all of the tools that comes with the presidency to lead the free world is a real travesty.

Mr. Jekielek: There's still a ton of confusion about that from what I see—if you read the major headlines and things like that.

Rep. Gaetz: And, you know, it's not Republicans who set the expectations as to the outcome of these investigations, right? You had Democrats literally calling the president of the United States a Russian agent. When my colleagues and I stepped forward and said that this was a coup being attempted by senior people in our government, elected by nobody, to destabilize the presidency, I had the mainstream media acting like I was wearing a tinfoil hat. But the reality is that was true. Andrew McCabe came out and said: Yeah, we were out there counting noses to see if we could access the 25th Amendment to undo the results of a democratic election in the United

States. That's the type of dynamic that I hope we can get beyond in our politics going forward.
Mr. Jekielek: So do you think that's at all possible?
Rep. Gaetz: You know, I have been listening frequently to the commentary of professor Alan Dershowitz. And his view political viewpoint isn't mine—he's a liberal, I'm a conservative. But he makes an argument about decriminalizing our politics—that we can have political disagreements, we can be angry and passionate about the results of an election, but when every election has to result in sort of a round of criminal indictments, it draws too closely together our criminal code and our vibrant political discourse.
Mr. Jekielek: It just makes it a lot less meaningful … when a real crime is committed.
Rep. Gaetz: Yeah, we don't want this to be the new normal, but we've got to get to a bipartisan solution set here. The challenges we have with foreign interference in elections are too big for either one party to solve on their own. We actually need to be rowing in the same direction on this one.
And that's why it's so frustrating for me [that] when we find Democratic ideas that are good ideas and we try to champion them, Democrats back away from their own agenda. [Rep.] Adam Schiff, himself, had a bill to reform the secret court process to have more open transparency regarding the views of the judges, to publish opinions down the road, to develop a sense of legal doctrine—all things that are good ideas. And when I went to co-sponsor … or when I went to introduce, I should say, Schiff's legislation, he would not co-sponsor his own bill.
Mr. Jekielek: Fascinating. I didn't know that.
Rep. Gaetz: It really ripens in our mind whether or not Democrats really even want to solve this problem or whether their objective is solely to demagogue it. Because they can't argue with the policies of the Trump administration right now. We have 3.2 percent growth. It is twice what the Obama administration expected for our country

**during this time, from a growth standpoint. So we are humming as a country. We are hot as an economy. And so, Democrats have to try to delegitimize the man because they can't argue with the policies that are lifting up the dreams of the American people.**

**Mr. Jekielek: And I guess you're arguing that the beneficiaries of all the madness are these foreign intelligence services?**

**Rep. Gaetz: Yeah. I don't think that it's good for the country that you had a 22-month investigation that raised a doubt in the minds of many as to the president's allegiance to the country he was elected to lead. Think about what was going on during these moments in time. You've got the president trying to denuclearize North Korea. When he took office, you had, at times, tests only a few weeks away from each other, and North Korea was rapidly enhancing their capabilities.**

**Now, to box North Korea in, you've got to be able to work with Russia and China, otherwise, they undermine our sanctions regimes. And so he's there trying to work with Russia and China to box in North Korea to denuclearize the Peninsula. And, meanwhile, he's having to fight off these completely baseless accusations that he is an agent of the Russian government. That wasn't good for our country, and I think the people responsible for perpetrating these lies need to be held to account.**

***This interview has been edited for clarity and brevity.***

## DOCUMENT

When you cross the Rubicon, there is no going back. Democrats are getting very close to that fateful moment.

Their dream to indict Donald Trump has turned into determination, putting them on a collision course with history. No president has ever been prosecuted after leaving office, with even Richard Nixon escaping that infamy after Watergate because of how it would tear America apart.

Yet day by day, the evidence shows Dems have liberated themselves from such concerns and are resolved that this time will be different. The number and fervor of their army of prosecutors reveal a contagious fever, and it often appears they are competing to be the first to file charges.

Will it be Attorney General Merrick Garland, who approved the raid on Mar-a-Lago and also has a separate investigation of Trump regarding events before and after Jan. 6?
Or will the first shot come from Georgia, where the Fulton County district attorney is using a special-purpose grand jury to investigate "election interference" in the state by Trump and his associates after the 2020 election?

Or maybe the first charges will come from the Manhattan district attorney's long-running probe into whether Trump broke tax laws by the way he valued his buildings. Having secured a guilty plea from a top company official regarding his personal tax scheme, probers are desperate to get him to turn on Trump.

# DOCUMENT

On "The News & Why It Matters," BlazeTV host Sara Gonzales and guests discussed some interesting new revelations about the FBI raid on former President Donald Trump's Florida home.

According to memos reviewed by Just the News, the Biden White House worked directly with the FBI, DOJ, and National Archives to instigate the criminal probe into Trump's alleged mishandling of classified documents as early as April, long before professing to have no prior knowledge of the raid on Mar-a-Lago earlier this month.

As award-winning investigative journalist John Solomon details, the memos show back-and-forth conversations between then-White House Deputy Counsel Jonathan Su, the Justice Department, and the National Archives, beginning just after "15 boxes of classified and other materials were voluntarily returned" from Trump's estate in April.

"By May, Su conveyed to the Archives that President Joe Biden would not object to waiving his predecessor's claims to executive privilege, a decision that opened the door for DOJ to get a grand jury to issue a subpoena compelling Trump to turn over any remaining materials he possessed from his presidency," Solomon reported.

**Don't miss out on content from Dave Rubin free of big tech censorship. Listen to The Rubin Report now.**

"Anyone who is not living in Trump-Derangement-Syndrome World pretty much knew from the onset that this *had* to have been signed off by the Biden administration, or that they had to be complicit with it in one way or the other, because this is obviously unprecedented," Sara asserted. "Look at how many other presidents have done the exact same thing. They can declassify whatever they want. They can take whatever documents ... and it was never a problem before. Now, all of a sudden, it's a problem with Trump. There's no way that

all of this happens within the FBI and the DOJ and the Biden administration is not even told about it."

"[The raid happens] 90 days from midterm elections. Donald Trump has not announced his candidacy. And yet we're supposed to believe that all of those are just completely coincidental things, not ... related to one another in this weaponizing of a government agency against a political opponent," she added

# DOCUMENT

## Mind Control Cover-up

# The Secrets of Mind Control

---

**This mind control summary is based on astonishing excerpts from three landmark books: *Bluebird* by Colin Ross, MD; *Mind Controllers* by Armen Victorian; and *A Nation Betrayed* by Carol Rutz. The authors provide hundreds of footnotes to support their thorough research. Their revealing information is derived largely from 18,000 pages of declassified CIA mind control documents. To order these key documents from the U.S. government, click here.**

### The Secret Agenda of Mind Control

**Please note: the letters and numbers after each paragraph denote the book and page number from which the information was taken. BB–*Bluebird* MC–*Mind Controllers* NB–*A Nation Betrayed*.**

**A declassified CIA document dated 7 Jan 1953 [1] describes the creation of multiple personality in 19-year old girls. "These subjects have clearly demonstrated that they can pass from a fully awake state to a deep H [hypnotic] controlled state ... by telephone, by receiving written matter, or by the use of code, signal, or words and that control of those hypnotized can be passed from one individual to another without great difficulty. It has also been shown by experimentation with these girls that they can act as unwilling couriers for information purposes." BB 32**

**Under the provisions of the National Security Act of 1947, the CIA was established. One of the main areas investigated by the CIA was mind control. The program was motivated by Soviet, Chinese, and North**

Korean use of mind control techniques. The CIA originated its first program in 1950 under the name BLUEBIRD. MKULTRA officially began in 1953. In 1973, tipped off about forthcoming investigations, CIA Director Richard Helms ordered the destruction of any MKULTRA records. [2] MC 3, 10, 17

The Senate Intelligence Committee did find some records during its investigation in 1976. Senator Frank Church, who led the congressional investigations of the CIA's unlawful actions, said that the agency was "a rogue elephant" operating above the law as it plotted assassinations, illegally spied on thousands of Americans, and even drugged citizens in its effort to develop new weapons for its covert arsenal. [3] In 1977, through a Freedom of Information Act request, 16,000 pages of mind control documents were found as part of the Agency's financial history. That is how this information has been pieced together. MC 5, 18, NB xvi, 38

The CIA Mind Control Projects

A CIA document dated 10 Feb 1954 [4] describes an experiment on the creation of unsuspecting assassins: "Miss [deleted] was then instructed (having expressed a fear of firearms) that she would use every method at her disposal to awaken Miss [deleted] (now in a deep hypnotic sleep) and failing this, she would pick up a pistol and fire it at Miss [deleted]. She was instructed that she would not hesitate to "kill." Miss [deleted] carried out these suggestions including firing the (unloaded) gun at [deleted]. After proper suggestions were made, both were awakened. Miss [deleted] expressed absolute denial that the foregoing sequence had happened." BB 36, 37

MKULTRA grew into a mammoth undertaking. The nature of the research included these specific problems:

**Can we create by post-H (hypnotic) control an action contrary to an individual's basic moral principles?**

**Can we "alter" a person's personality? Can we guarantee total amnesia under any and all conditions?**

**Could we seize a subject and in the space of an hour by post-H control have him crash an airplane?**

**Can we devise a system for making unwilling subjects into willing agents and then transfer that control to untrained agency agents in the field by use of codes or identifying signs? NB 13, 14, 28 [5]**

**In a 1971 *Science Digest* article [6], Dr. G.H. Estabrooks states, "By the 1920's clinical hypnotists learned to split certain individuals into multiple personalities like Jeckyl-Hydes. During WWII, I worked this technique with a Marine lieutenant I'll call Jones. I split his personality into Jones A and Jones B. Jones A, once a 'normal' Marine, became entirely different. He talked communist doctrine and meant it. He was welcomed enthusiastically by communist cells, and was deliberately given a dishonorable discharge. Jones B was the deeper personality, knew all the thoughts of Jones A, and was 'imprinted' to say nothing during conscious phases. All I had to do was hypnotize him, get in touch with Jones B, and I had a pipeline straight into the Communist camp." BB 167-169 [For more on CIA mind control projects, click here.]**

**Dr. Jose Delgado, a neurosurgeon and Yale professor, [7][8][9] received funding for brain electrode research on children and adults. In the 1950s, he developed a miniature electrode placed within an individual's cranium capable of receiving and transmitting electronic signals. Delgado was able to control the movements of his subjects by pushing buttons on a remote transmitter. He demonstrated by wiring a fully-grown bull. With the device in place, Delgado stepped into the ring with the bull. The**

animal charged towards the experimenter – and then suddenly stopped, just before it reached him. The powerful beast had been stopped with the simple action of pushing a button on a small box held in Delgado's hand. [10] MC 147, BB 88

The Mind Control Doctors

In the second half of the 20th century, mind control projects resulted in extensive political abuse of psychiatry. Many thousands were subjected to unethical mind control experiments by leading psychiatrists and medical schools. Mind control experimentation was not only tolerated by medical professionals, but published in psychiatric and medical journals. Dr. William Sweet participated in both brain electrode implant experiments and the injection of uranium into medical patients at Harvard University. [11][12] Army doctors were involved in LSD testing at least until the late 1970's. Subjects of LSD experiments included children as young as five years old, and brain electrodes were implanted in children as young as 11 years of age. BB, pg. K, 1, 21

Linda MacDonald was a victim of Dr. Ewen Cameron's [13][14][15][16] destructive mind control experiments in 1963. Dr. Cameron was president of the American and World Psychiatric Associations. He used a "treatment" which involved intensive application of these brainwashing techniques; drug disinhibition, prolonged sleep, and prolonged psychological isolation. These were combined with ECT [Electro Convulsive Therapy]. [17][18][19] The amount of electricity introduced into Linda's brain exceeded by 76.5 times the maximum amount recommended. Dr. Cameron's technique resulted in permanent and complete amnesia. A class action suit against the CIA for Dr. Cameron's MKULTRA experiments was settled out of court for $750,000, divided among eight plaintiffs in 1988. BB 126, 181-187 For more on the mind control doctors, click here.

**26 July 1963, Memorandum For: Director of Central Intelligence [20] From: CIA Inspector General**

**The concepts involved in manipulating behavior are found by many people both within and outside the Agency [CIA] to be distasteful and unethical. Nevertheless, there have been major accomplishments both in research and operational employment. Over the ten-year life of the program many additional avenues to the control of human behavior have been designated under the MKULTRA charter, including radiation, electro-shock, and harassment substances. Some activities raise questions of legality. A final phase of the testing places the rights and interests of US citizens in jeopardy.**

**Technical Services Division initiated a program for covert testing of materials on unwitting US citizens in 1955. TSD has pursued a philosophy of minimum documentation in keeping with the high sensitivity of the projects. Some files contained little or no data at all. There are just two individuals in TSD who have full knowledge of the MKULTRA program. NB 108-113**

**For 10 riveting pages of reliable, verifiable mind control information, click here**
**For key excerpts from the most astounding CIA mind control documents, click here**
**For other reliable resources on mind control, visit our Mind Control Information Center**

---

**CIA MORI ID 190684, pp. 1, 4. This is a declassified CIA document dealing with mind control. For free, unlimited access to this and other mind control documents, see our archive of these declassified**

documents. To go directly to the CIA document quoted, for page 1, click here. For page 4, click here. You can also verify the statement in the text using a FOIA (Freedom of Information Act) request as described on our ten-page mind control summary at this link.

[2] *New York Times*, Aug. 2, 1977, *Mind-Control Studies Had Origins in Trial of Mindszenty*. This engaging article includes a concise history of mind control projects. To view the entire article, click here. The U.S. Department of Energy Website also provides a highly revealing, detailed report of these mind control projects and the destruction of their records available here. See also a CIA document available here.

[3] Final Report. Book 1, Foreign and Military Intelligence. Senate Select Committee to Study Government Operations with Respect to Intelligence Activities, 94th Congress, 2nd Session, 26 April 1976, Special Report No. 94-755 (Better known as the Church Committee Report). See Book 1, p. 406. For instructions on how to order this document from the National Archives, click here. For a related article on George Washington University's National Security Archive website, click here. For an excellent Wikipedia article, click here.

[4] CIA MORI ID 190691, p. 1. This is a declassified CIA document dealing with mind control. For unlimited access to this and other mind control documents, see our archive of these declassified documents. To go directly to the page with the document quoted, click here. You can also verify the text statement using a FOIA (Freedom of Information Act) request as described on our ten-page mind control summary at this link.

[5] CIA MORI ID 140401, pp. 6, 7. This is a declassified CIA document dealing with mind control from Project BLUEBIRD, the immediate precursor to Project MKULTRA. Its estimated publication date is 1/1/52. The nature of the BLUEBIRD research was very similar that of Project MKULTRA. To order this highly revealing document click

here and follow the instructions. For reasons unknown, this document is not included in the mind control CDs, but you can read the text of the entire declassified document at this link.

[6] Estabrooks, G.H. Hypnosis comes of age. *Science Digest*, 44-50, April 1971. A revealing excerpt of this article is available here.

[7] Delgado, J.M.R. Evaluation of permanent implantation of electrodes within the brain. *Electroencephalography and Clinical Neurophysiology*, 7, 637-644, 1955. To order, click here.

[8] Delgado, J.M.R. Social rank and radio-stimulated aggressiveness in monkeys. *Journal of Nervous and Mental Disease*, 144, 383-390, 1967. To order, click here.

[9] Delgado, J.M.R. *Physical Control of the Mind.* New York: Harper & Row, paperback 1977. Order here.

[10] *New York Times,* May 17, 1965, front page, *'Matador' With a Radio Stops Wired Bull; Modified Behavior in Animals Subject of Brain Study*. Instructions to purchase this article from the *New York Times* archives and a free copy of the article are available at www.WantToKnow.info/650517nytimes.

[11] Faden, R.R. *Final Report. Advisory Committee on Human Radiation Experiments.* Washington, DC: US Government Printing Office, 1995. The full, highly revealing report on the U.S. Department of Energy Website is available here. For pages detailing Dr. Sweet's experiments, see chapter five page 4, page 5.

[12] Mark, V.H., & Ervin, F.R. *Violence and the Brain.* New York: Harper & Row, 1970. Order here.

[13] Gillmor, D. *I Swear By Apollo. Dr. Ewen Cameron and the CIA-Brainwashing Experiments.* Montreal: Eden press, 1987. To order this book, click here.

[14] Scheflin, A.W., & Opton, E.M. *The Mind manipulators.* New York: Paddington Press, 1978. Order here.

[15] Thomas, G. *Journey into Madness. The Secret Story of Secret CIA Mind Control and Medical Abuse*. New York: Bantam, 1989 (paperback 1990). To order this book, click here.

[16] Weinstein, H. *Psychiatry and the CIA: Victims of Mind Control*. Washington, DC: American Psychiatric Press, 1990. To order this book, click here.

[17] Collins, A. *In the Sleep Room. The Story of CIA Brainwashing Experiments in Canada*. Toronto: Key Porter Books, 1988/1998. To order this book, click here.

[18] Cameron, D.E. Production of differential amnesia as a factor in the treatment of schizophrenia. *Comprehensive Psychiatry*, 1, 26-34, 1960.

[19] Cameron, D.E., Levy, L. Rubenstein, L., & Malmo, R.B. Repetition of verbal signals: Behavioral and physiological changes. *American Journal of Psychiatry*, 115, 985-991, 1959.

[20] CIA MORI ID 17748, pp. 2, 4, 6-9. This is a declassified CIA document dealing with mind control. You can verify the statement in the text using a FOIA (Freedom of Information Act) request as described on our ten-page mind control summary at . For free, unlimited access to these documents, go to of declassified mind control documents. To go directly to the CIA documents quoted:

In addition the above CIA document, to verify this quote and other key mind control information in a highly revealing July 21, 1977 *New York Times* article available in their archives,

research. Their revealing information is derived largely from 18,000 pages of declassified CIA mind control documents. To order these key documents from the U.S. government

The Secret Agenda of Mind Control

Please note: the letters and numbers after each paragraph denote the book and page number from which the information was taken. BB–***Bluebird*** MC–***Mind Controllers*** NB–***A Nation Betrayed***.

A declassified CIA document dated 7 Jan 1953 [1] describes the creation of multiple personality in 19-year old girls. "These subjects have clearly demonstrated that they can pass from a fully awake state to a deep H [hypnotic] controlled state ... by telephone, by receiving written matter, or by the use of code, signal, or words and that control of those hypnotized can be passed from one individual to another without great difficulty. It has also been shown by experimentation with these girls that they can act as unwilling couriers for information purposes." BB 32

Under the provisions of the National Security Act of 1947, the CIA was established. One of the main areas investigated by the CIA was mind control. The program was motivated by Soviet, Chinese, and North Korean use of mind control techniques. The CIA originated its first program in 1950 under the name BLUEBIRD. MKULTRA officially began in 1953. In 1973, tipped off about forthcoming investigations, CIA Director Richard Helms ordered the destruction of any MKULTRA records. [2] MC 3, 10, 17

The Senate Intelligence Committee did find some records during its investigation in 1976. Senator Frank Church, who led the congressional investigations of the CIA's unlawful actions, said that the agency was "a rogue elephant" operating above the law as it plotted assassinations, illegally spied on thousands of Americans, and even drugged citizens in its effort to develop new weapons for its

covert arsenal. [3] In 1977, through a Freedom of Information Act request, 16,000 pages of mind control documents were found as part of the Agency's financial history. That is how this information has been pieced together. MC 5, 18, NB xvi, 38

The CIA Mind Control Projects

A CIA document dated 10 Feb 1954 [4] describes an experiment on the creation of unsuspecting assassins: "Miss [deleted] was then instructed (having expressed a fear of firearms) that she would use every method at her disposal to awaken Miss [deleted] (now in a deep hypnotic sleep) and failing this, she would pick up a pistol and fire it at Miss [deleted]. She was instructed that she would not hesitate to "kill." Miss [deleted] carried out these suggestions including firing the (unloaded) gun at [deleted]. After proper suggestions were made, both were awakened. Miss [deleted] expressed absolute denial that the foregoing sequence had happened." BB 36, 37

MKULTRA grew into a mammoth undertaking. The nature of the research included these specific problems:

Can we create by post-H (hypnotic) control an action contrary to an individual's basic moral principles?

Can we "alter" a person's personality? Can we guarantee total amnesia under any and all conditions?

Could we seize a subject and in the space of an hour by post-H control have him crash an airplane?

Can we devise a system for making unwilling subjects into willing agents and then transfer that control to untrained agency agents in the field by use of codes or identifying signs? NB 13, 14, 28 [5]

**In a 1971 *Science Digest* article [6], Dr. G.H. Estabrooks states, "By the 1920's clinical hypnotists learned to split certain individuals into multiple personalities like Jeckyl-Hydes. During WWII, I worked this technique with a Marine lieutenant I'll call Jones. I split his personality into Jones A and Jones B. Jones A, once a 'normal' Marine, became entirely different. He talked communist doctrine and meant it. He was welcomed enthusiastically by communist cells, and was deliberately given a dishonorable discharge. Jones B was the deeper personality, knew all the thoughts of Jones A, and was 'imprinted' to say nothing during conscious phases. All I had to do was hypnotize him, get in touch with Jones B, and I had a pipeline straight into the Communist camp." BB 167-169 [For more on CIA mind control projects,**

**Dr. Jose Delgado, a neurosurgeon and Yale professor, received funding for brain electrode research on children and adults. In the 1950s, he developed a miniature electrode placed within an individual's cranium capable of receiving and transmitting electronic signals. Delgado was able to control the movements of his subjects by pushing buttons on a remote transmitter. He demonstrated by wiring a fully-grown bull. With the device in place, Delgado stepped into the ring with the bull. The animal charged towards the experimenter – and then suddenly stopped, just before it reached him. The powerful beast had been stopped with the simple action of pushing a button on a small box held in Delgado's hand. MC 147, BB 88**

The Mind Control Doctors

**In the second half of the 20th century, mind control projects resulted in extensive political abuse of psychiatry. Many thousands were subjected to unethical mind control experiments by leading psychiatrists and medical schools. Mind control experimentation was not only tolerated by medical professionals, but published in psychiatric and medical journals. Dr. William Sweet participated in both brain electrode implant experiments and the injection of**

uranium into medical patients at Harvard University. [11][12] Army doctors were involved in LSD testing at least until the late 1970's. Subjects of LSD experiments included children as young as five years old, and brain electrodes were implanted in children as young as 11 years of age. BB, pg. K, 1, 21

Linda MacDonald was a victim of Dr. Ewen Cameron's [13][14][15][16] destructive mind control experiments in 1963. Dr. Cameron was president of the American and World Psychiatric Associations. He used a "treatment" which involved intensive application of these brainwashing techniques; drug disinhibition, prolonged sleep, and prolonged psychological isolation. These were combined with ECT [Electro Convulsive Therapy]. [17][18][19] The amount of electricity introduced into Linda's brain exceeded by 76.5 times the maximum amount recommended. Dr. Cameron's technique resulted in permanent and complete amnesia. A class action suit against the CIA for Dr. Cameron's MKULTRA experiments was settled out of court for $750,000, divided among eight plaintiffs in 1988. BB 126, 181-187 For more on the mind control doctors, click here.

26 July 1963, Memorandum For: Director of Central Intelligence [20] From: CIA Inspector General

The concepts involved in manipulating behavior are found by many people both within and outside the Agency [CIA] to be distasteful and unethical. Nevertheless, there have been major accomplishments both in research and operational employment. Over the ten-year life of the program many additional avenues to the control of human behavior have been designated under the MKULTRA charter, including radiation, electro-shock, and harassment substances. Some activities raise questions of legality. A final phase of the testing places the rights and interests of US citizens in jeopardy.

Technical Services Division initiated a program for covert testing of materials on unwitting US citizens in 1955. TSD has pursued a philosophy of minimum documentation in keeping with the high sensitivity of the projects. Some files contained little or no data at all. There are just two individuals in TSD who have full knowledge of the MKULTRA program. NB 108-113

[1] CIA MORI ID 190684, pp. 1, 4. This is a declassified CIA document dealing with mind control. For free, unlimited access to this and other mind control documents, see our archive of these declassified documents. To go directly to the CIA document quoted, for page 1, click here. For page 4, click here. You can also verify the statement in the text using a FOIA (Freedom of Information Act) request as described on our ten-page mind control summary at this link.

[2] *New York Times*, Aug. 2, 1977, *Mind-Control Studies Had Origins in Trial of Mindszenty*. This engaging article includes a concise history of mind control projects. To view the entire article, click here. The U.S. Department of Energy Website also provides a highly revealing, detailed report of these mind control projects and the destruction of their records available here. See also a CIA document available here.

[3] Final Report. Book 1, Foreign and Military Intelligence. Senate Select Committee to Study Government Operations with Respect to Intelligence Activities, 94th Congress, 2nd Session, 26 April 1976, Special Report No. 94-755 (Better known as the Church Committee Report). See Book 1, p. 406. For instructions on how to order this document from the National Archives, click here. For a related article on George Washington University's National Security Archive website, click here. For an excellent Wikipedia article, click here.

[4] CIA MORI ID 190691, p. 1. This is a declassified CIA document dealing with mind control. For unlimited access to this and other mind control documents, see our archive of these declassified documents. To go directly to the page with the document quoted, click here. You can also verify the text statement using a FOIA (Freedom of Information Act) request as described on our ten-page mind control summary at this link.

[5] CIA MORI ID 140401, pp. 6, 7. This is a declassified CIA document dealing with mind control from Project BLUEBIRD, the immediate precursor to Project MKULTRA. Its estimated publication date is 1/1/52. The nature of the BLUEBIRD research was very similar that of Project MKULTRA. To order this highly revealing document click here and follow the instructions. For reasons unknown, this document is not included in the mind control CDs, but you can read the text of the entire declassified document at this link.

[6] Estabrooks, G.H. Hypnosis comes of age. *Science Digest*, 44-50, April 1971. A revealing excerpt of this article is available here.

[7] Delgado, J.M.R. Evaluation of permanent implantation of electrodes within the brain. *Electroencephalography and Clinical Neurophysiology*, 7, 637-644, 1955. To order, click here.

[8] Delgado, J.M.R. Social rank and radio-stimulated aggressiveness in monkeys. *Journal of Nervous and Mental Disease*, 144, 383-390, 1967. To order, click here.

[9] Delgado, J.M.R. *Physical Control of the Mind.* New York: Harper & Row, paperback 1977. Order here.

[10] *New York Times,* May 17, 1965, front page, *'Matador' With a Radio Stops Wired Bull; Modified Behavior in Animals Subject of Brain Study*. Instructions to purchase this article from the *New York*

*Times* archives and a free copy of the article are available at www.WantToKnow.info/650517nytimes.

[11] Faden, R.R. *Final Report. Advisory Committee on Human Radiation Experiments.* Washington, DC: US Government Printing Office, 1995. The full, highly revealing report on the U.S. Department of Energy Website is available here. For pages detailing Dr. Sweet's experiments, see chapter five page 4, page 5.

[12] Mark, V.H., & Ervin, F.R. *Violence and the Brain.* New York: Harper & Row, 1970. Order here.

[13] Gillmor, D. *I Swear By Apollo. Dr. Ewen Cameron and the CIA-Brainwashing Experiments.* Montreal: Eden press, 1987. To order this book, click here.

[14] Scheflin, A.W., & Opton, E.M. *The Mind manipulators.* New York: Paddington Press, 1978. Order here.

[15] Thomas, G. *Journey into Madness. The Secret Story of Secret CIA Mind Control and Medical Abuse*. New York: Bantam, 1989 (paperback 1990). To order this book, click here.

[16] Weinstein, H. *Psychiatry and the CIA: Victims of Mind Control*. Washington, DC: American Psychiatric Press, 1990. To order this book, click here.

[17] Collins, A. *In the Sleep Room. The Story of CIA Brainwashing Experiments in Canada*. Toronto: Key Porter Books, 1988/1998. To order this book, click here.

[18] Cameron, D.E. Production of differential amnesia as a factor in the treatment of schizophrenia. *Comprehensive Psychiatry*, 1, 26-34, 1960.

**[19] Cameron, D.E., Levy, L. Rubenstein, L., & Malmo, R.B. Repetition of verbal signals: Behavioral and physiological changes. *American Journal of Psychiatry*, 115, 985-991, 1959.**

**[20] CIA MORI ID 17748, pp. 2, 4, 6-9. This is a declassified CIA document dealing with mind control. You can verify the statement in the text using a FOIA (Freedom of Information Act) request as described on our ten-page mind control summary at . For free, unlimited access to these documents,**

# DOCUMENT

## FIGHTING WORDS, BY DAVID HOROWITZ

*Our friend David Horowitz wrote this essay, which he titled "Fighting Words." It is a call for freedom-loving Americans to fight back against the totalitarian Left.*

By now it should be obvious – even to conservatives – that we are in a war. It is a conflict that began nearly fifty years ago when the street revolutionaries of the Sixties joined the Democrat Party. Their immediate goal was to help the Communist enemy win the war in Vietnam, but they stayed to expand their influence in the Democrat Party and create the radical force that confronts us today. The war that today's Democrats are engaged in reflects the values and methods of those radicals. It is a war against us – against individual freedom, against America's constitutional order, and against the capitalist engine of our prosperity.

Democrat radicals know what they want and where they are going. As a result, they are tactically and organizationally years ahead of patriotic Americans who are only beginning to realize they are in a war. The Democrats' plan to steal the 2020 election was hatched many years ago when Democrats launched their first attacks on Voter I.D.s, and then every effort to secure the integrity of the electoral system. Those attacks metastasized into an all-out assault on Election Day itself with early- and late-voting grace periods, and a flood of 92 million mail-in ballots, hundreds of thousands of which were delivered in the middle of the night to be counted behind the backs of Republican observers after Election Day had passed.

The result of these efforts is that Election Day no longer really exists as a day when the votes are cast and counted. This is a fact that offers generous opportunities for the election saboteurs to do their work. Those saboteurs' opportunities were greatly enhanced this year with

**the installation in battle ground states of voting machines specifically designed to calculate how many votes were required to steal an election and then to switch ballots already cast and deliver them to the chosen party. Mail-in ballots were indispensable to the realization of this plan.**

**I will not dwell at length on the years it took the Republican Party, and American patriots, to recognize what the Democrat Party had become or the threat it posed to our country as an enemy within. Suffice it to say that Republicans can still be heard referring to Democrats as "liberals" when it is obvious even to them that there is nothing liberal about their principles or methods. They are vindictive bigots who are actively destroying the First Amendment in our universities, on the Internet and in our once but no longer free press. Suffice it to note that while Democrats accuse Republicans including the President of being racists and traitors, the response of Republican leaders is this: "Oh, the Democrats are just playing politics."**

**This is not "playing" people. It is war. They are trying to kill us politically, and we need to respond accordingly, to fight fire with fire. Today's Democrat Party is a party of character assassins and racists. Republicans know this but are reluctant to say it. That is how a pathological liar and corrupt political whore like Joe Biden can accuse the choice of 73 million Americans of being a white supremacist and also murdering 220,000 corona virus patients. That's why Biden and his gunslingers can do so with no consequences – without so much as a wrist slap – from "moderates" and independents, who know better. The Democrats' ability to intimidate well-meaning Americans is that great.**

**Is this too blanket a condemnation? Where, then, is the Democrat who was outraged by the four-year Russia collusion hoax and the failed coup and impeachment attempts – all of which accused the**

**president, without a shred of evidence, of treason? Where was the Democrat who dissented from the public lynching of an exemplary public servant, Justice Brett Kavanaugh, over an incident that never happened 37 years ago at a time when he was a high school kid? Where is the Democrat who has condemned the violent street criminals of Antifa and Black Lives Matter who got away with conducting the most destructive civic insurrection in American history, orchestrating mayhem and disrespect for the law that led to the murders of scores of people who happen to have been mainly black?**

**What follows is a basic vocabulary for understanding the political war that has engulfed us. When it is used by enough Americans who love their country, it will cancel the surreal universe that Democrats' lies have imposed on us, and the war will be on its way to being won.**

**Democrats are not democrats; they are totalitarians. They have declared war on the First Amendment, the Second Amendment, the Electoral College, the Senate, the Supreme Court, the election system, and the idea of civil order. They have called for the Republican President of the United States to be de-platformed and jailed. Their obvious goal is a one-party state that criminalizes dissent. To them, support for such basic necessities as borders and law enforcement are racist. If you oppose their efforts to legalize infanticide, they will condemn you as enemies of women, and if you make videos of their confessions to selling body parts of murdered infants, they will – like Kamala Harris – throw you in jail.**

**Progressives are not progressive; they are reactionaries. They are out to abolish liberal value systems and create a status hierarchy where race, gender, and sexual orientation define and confine you to an unalterable place in their new social order. If you are white or male or**

**heterosexual or religious – Justice Kavanaugh was all four – you are guilty before the fact.**

**But if you are a member of a designated (but increasingly imaginary) "victim" group you are innocent even when the facts show you are guilty – like the reprehensible female who lied to Congress in a calculated attempt to destroy Kavanaugh's life and career. If you are a member of a "victim" group you have an unlimited license to persecute others. Thus, the LGBTQ lobby is currently behind a nation-wide crusade to strip Christians of their First Amendment rights and criminalize their religion. They use their victim status to leverage their hate of people who don't embrace their agendas, and deploy it to crush them – and only Republicans seem to care.**

**Identity politics is a pure form of racism, yet Trump is the only Republican I'm aware of who has had the political spine to call a Democrat a racist. Identity "wokism" is a totalitarian politics because it encompasses every aspect of life, down to the pronouns one is ordered to use. The progressive police state will leave no space free.**

**Racists and aspiring totalitarians are what Democrats have become. The only moral principle they are guided by is the old Bolshevik saw, "the ends justify the means." They will say anything however false and condone anything, however criminal, which advances their goal of maximum power.**

**Since race is the principal weapon wielded by Democrats, this is most evident in their claim that there is "systemic racism" in America, which needs to be rooted out even if it means destroying the very foundations of law and order. When two Republican canvassers refused to certify the election result in Detroit – a city once the richest in America but now mainly black and poor thanks to fifty-nine years of misrule by Democrats – they were accused of "systemic racism."**

**This charge and the accompanying threats by the Democrat mob were so intimidating the two withdrew their objections. But if there was in fact election fraud in Detroit, to object to it is not by any stretch of the imagination "systemic racism." To believe otherwise is to believe that black people, due to their skin color, are incapable of committing election fraud. How racist is that?**

**"Systemic racism" is an assertion made reflexively by Democrats that is never accompanied by evidence. For good reason. Systemic racism has been outlawed in America since the Civil Rights Act of 1964. If there were actual instances of systemic racism in 2020, there would be lawsuits – plenty of them. Even making the racist assumption, which the Identity Politics crowd does make, that all white people are white supremacists by dint of their skin color, there are tens of thousands of black lawyers, prosecutors, district attorneys, attorneys general, and elected officials who would be filing lawsuits over a practice that is illegal. You never hear of massive lawsuits over systemic racism, because "systemic racism" is a myth. The myth lives because it is an indispensable weapon wielded by Democrats to advance their anti-democratic agendas and quests for power.**

**But the only reason Democrats are able to do this so successfully – even going so far as to justify the arson, looting and general destruction in more than 600 American cities this summer – is because Republicans, and conservatives generally, are too cowardly to confront them. This war will continue until patriotic Americans summon the courage to call Democrats the racists, liars, character assassins and aspiring totalitarians that they actually are. And to do so in so many words. Blowback works**

**DOCUMENT**

# United States involvement in regime change

**From Wikipedia, the free encyclopedia**

**United States involvement in regime change has entailed both overt and covert actions aimed at altering, replacing, or preserving foreign governments. In the latter half of the 19th century, the U.S. government initiated actions for regime change mainly in Latin America and the southwest Pacific, including the Spanish–American and Philippine–American wars. At the onset of the 20th century, the United States shaped or installed governments in many countries around the world, including neighbors Panama, Honduras, Nicaragua, Mexico, Haiti, and the Dominican Republic.**

**During World War II, the United States helped overthrow many Nazi Germany or imperial Japanese puppet regimes. Examples include regimes in the Philippines, Korea, the Eastern portion of China, and much of Europe. United States forces were also instrumental in ending the rule of Adolf Hitler over Germany and of Benito Mussolini over Italy. After World War II, the United States in 1945 ratified[1] the UN Charter, the preeminent international law document,[2] which legally bound the U.S. government to the Charter's provisions, including Article 2(4), which prohibits the threat or use of force in international relations, except in very limited circumstances.[3] Therefore, any legal claim advanced to justify regime change by a foreign power carries a particularly heavy burden.[4]**

In the aftermath of World War II, the U.S. government struggled with the Soviet Union for global leadership, influence and security within the context of the Cold War. Under the Eisenhower administration, the U.S. government feared that national security would be compromised by governments propped by the Soviet Union's own involvement in regime change and promoted the domino theory, with later presidents following Eisenhower's precedent.[5] Subsequently, the United States expanded the geographic scope of its actions beyond traditional area of operations, Central America and the Caribbean. Significant operations included the United States and United Kingdom-orchestrated 1953 Iranian coup d'état, the 1961 Bay of Pigs Invasion targeting Cuba, and support for the overthrow of Sukarno by General Suharto in Indonesia. In addition, the U.S. has interfered in the national elections of countries, including in Japan in the 1950s and 1960s, the Philippines in 1953, and in Lebanon in the 1957 elections using secret cash infusions.[6] According to one study, the U.S. performed at least 81 overt and covert known interventions in foreign elections during the period 1946–2000.[7] Another study found that the U.S. engaged in 64 covert and six overt attempts at regime change during the Cold War.[5]

Following the dissolution of the Soviet Union, the United States has led or supported wars to determine the governance of a number of countries. Stated U.S. aims in these conflicts have included fighting the War on Terror, as in the ongoing Afghan war, or removing dictatorial and hostile regimes, as in the Iraq War.

## Pre-1887 interventions

### 1800s

Americans were executed by Zelaya for their participation with the conservatives.

## 1941–1945: World War II and the aftermath

### 1940s

### 1941: Panama

*Main articles: Arnulfo Arias and Ricardo Adolfo de la Guardia Arango*

In 1931 Arnulfo Arias overthrew president Florencio Harmodio Arosemena and put his brother Harmodio Arias Madrid into power. In 1940, Arias became the president of Panama. While the United States had not yet entered the war, tensions were already increasing with the Axis. The United States knew that if war broke out, which it most likely would and did, the Panama canal would be strategically important and were worried about Arias being in power. The United States government used its contacts in the Panama National Guard, which the U.S. had earlier trained, to back a coup against the government of Panama in October 1941. The U.S. had requested that the government of Panama allow it to build over 130 new military installations inside and outside of the Panama Canal Zone, and the government of Panama refused this request at the price suggested by the U.S.[47] President Arnulfo Arias fled the country and Ricardo Adolfo de la Guardia Arango, the leader of the coup and a friend of the US government, became president.[48]

### 1941–1952: Japan

*Main article: Occupation of Japan*



Representatives of the Empire of Japan stand aboard USS *Missouri* prior to signing of the Instrument of Surrender.

After the Allied victory in World War 2, Japan was occupied by Allied forces under the command of Douglas MacArthur. In 1946, the Japanese Diet ratified a new Constitution of Japan that followed closely a 'model copy' prepared by MacArthur's command,[49] and was promulgated as an amendment to the old Prussian-style Meiji Constitution. The constitution renounced aggressive war and was accompanied by liberalization of many areas of Japanese life.

While liberalizing life for most Japanese, the Allies tried many Japanese war criminals and executed some, while granting amnesty to the family of Emperor Hirohito.[50]

The occupation was ended by the Treaty of San Francisco.[50]

Following the United States invasion of Okinawa during WWII, the U.S. installed the United States Military Government of the Ryukyu Islands. Pursuant to a treaty with the Japanese government,[*citation needed*] in 1950 the United States Civil Administration of the Ryukyu Islands took over and ruled Okinawa and the rest of the Ryukyu Islands until 1972. During this "trusteeship rule," the U.S. built numerous military bases, including bases that operated nuclear weapons. U.S. rule was opposed by many local residents,

creating the Ryukyu independence movement that struggled against U.S. rule.

### 1941–1949: Germany

The United States took part in the Denazification of the Western portion of Germany. Former Nazis were subjected to varying levels of punishment, depending on what the US thought of their levels of guilt. Eisenhower initially estimated that the process would take 50 years.[51] Depending on a former Nazi's level of culpability, punishments could range from a fine (for those judged least culpable), to denial of permission to work as anything but a manual laborer, to imprisonment and even death for the most severe offenders, such as those convicted in the Nuremberg Trials. At the end of 1947, for example, the Allies held 90,000 Nazis in detention; another 1,900,000 were forbidden to work as anything but manual laborers.[52]

As Germans took more and more responsibility for Germany, they pushed for an end to the denazification process, and the Americans allowed this. In 1949, the Federal Republic of Germany, also known as West Germany, was formed and took responsibility for denazification. For most former Nazis, the process came to an end with amnesty laws passed in 1951.[53] The ultimate outcome of denazification was the creation of a parliamentary democracy in West Germany.[54]

### 1941–1946: Italy

*Main articles: Italian Civil War and Liberation of Italy*

In July–August 1943, the US participated in the Allied invasion of Sicily, spearheaded by the U.S. Seventh Army, under Lieutenant General George S. Patton, in which over 2000 US servicemen were killed,[55] initiating the Italian Campaign which conquered Italy from the fascist regime of Benito Mussolini and its Nazi German allies. Mussolini was

arrested by order of King Victor Emmanuel III, provoking a civil war. The king appointed Pietro Badoglio as new Prime Minister. Badoglio stripped away the final elements of Fascist rule by banning the National Fascist Party, then signed an armistice with the Allied armed forces. Italy's military outside of the peninsula itself collapsed, its occupied and annexed territories fell under German control.
Italy capitulated to the Allies on 3 September 1943. The northern half of the country was occupied by the Germans with help from Italian fascists and made a collaborationist puppet state, while the south was governed by monarchist forces, which fought for the Allied cause as the Italian Co-Belligerent Army.[56] Partisans (many former Royal Italian Army soldiers) of disparate political ideologies operated all over Italy. Rome was taken in June 1944. In April 1945, the Italian Partisans' Committee of Liberation declared a general uprising. On 28 April 1945, Benito Mussolini was executed by Italian partisans, two days before Adolf Hitler's suicide, the Germans surrendered Italy. There followed a rapid succession of anti-fascist prime ministers, the abdication of the King in May 1946, the one-month reign of Umberto II, the 1946 Italian institutional referendum which brought monarchy to an end and inaugurated the current Italian Republic and the 1946 Italian general election won by Christian Democrats.

### 1944–1946: France[edit]

*Main articles: Operation Goodwood and Operation Cobra*



General de Gaulle and his entourage proudly stroll down the

Champs Élysées to Notre Dame Cathedral for a Te Deum ceremony following the city's liberation on 25 August 1944.

British, Canadian and United States forces were the critical participants in Operation Goodwood and Operation Cobra, leading to a military breakout which ended the Nazi occupation of France. The actual Liberation of Paris was accomplished by French forces. The French formed the Provisional Government of the French Republic in 1944, leading to the formation of the French Fourth Republic in 1946.

The liberation of France is celebrated regularly up to the present day.[57][58]

*See also: Free France § Liberation of France*

### 1944–1945: Belgium[edit]

*Main article: Liberation of Belgium*



American troops during the Battle of the Bulge

In the wake of the 1940 invasion, Germany established the Reichskommissariat of Belgium and Northern France to govern Belgium. United States, Canadian, British, and other Allied forces ended the Nazi occupation of most of Belgium in September 1944. The Belgian Government in Exile under Prime Minister Hubert Pierlot returned on 8 September.[59]

In December, American forces suffered over 80,000 casualties defending Belgium from a German counterattack in the Battle of the Bulge. By February 1945, all of Belgium was in Allied hands.[60]

The year 1945 was chaotic. Pierlot resigned, and Achille Van Acker of the Belgian Socialist Party formed a new government. There were riots over the Royal Question—the return of King Leopold III. Although the war continued, Belgians were again in control of their own country.[61]

### 1944–1945: Netherlands[edit]

*Main articles: Operation Market Garden and Operation Plunder*

During the Nazi occupation, the Netherlands was governed by the Reichskommissariat Niederlande, headed by Arthur Seyss-Inquart. British, Canadian, and American forces liberated portions of the Netherlands in September 1944. However, after the failure of Operation Market Garden, the liberation of the largest cities had to wait until the last weeks of the European war. The occupied portions of the Netherlands suffered a famine that Winter. British and American forces crossed the Rhine on 23 March 1945, and Canadian forces in their wake then entered the Netherlands from the East. The remaining German forces in the Netherlands surrendered on 5 May, which is celebrated as Liberation Day in the Netherlands. Queen Wilhelmina returned on 2 May, and elections were held in 1946, leading to a new government headed by Louis Beel.[62][63]

### 1944–1945: Philippines[edit]

*Main article: Commonwealth of the Philippines*



General Douglas MacArthur, President Osmeña, and staff land at Palo, Leyte on October 20, 1944

United States landings in 1944 ended the Japanese occupation of the Philippines.[64] After the Japanese were defeated, the United States fulfilled a wartime promise by granting independence to the Philippines. Sergio Osmeña formed a Filipino government.

*See also: Philippines Campaign (1944–1945)*

### 1945–1955: Austria[edit]

Austria was annexed to Germany in the 1938 Anschluss. As German citizens, many Austrians fought on the side of Germany during World War 2. After the Allied victory, the Allies treated Austria as a victim of Nazi aggression, rather than as a perpetrator. The United States Marshall Plan provided aid.[65]

The 1955 Austrian State Treaty re-established Austria as a free, democratic, and sovereign state. It was signed by representatives of the United States, the Soviet Union, the United Kingdom, and France. It provided for the withdrawal of all occupying troops and guaranteed Austrian neutrality in the Cold War.[66]

## 1945–1991: The Cold War[edit]

### 1940s[edit]

### 1945–1948: South Korea[edit]

*Main articles: United States Army Military Government in Korea, First Republic of Korea, and Syngman Rhee*

The Empire of Japan surrendered to the United States in August 1945, ending the Japanese rule of Korea. Under the leadership of Lyuh Woon-Hyung committees throughout Korea formed to coordinate transition to Korean independence. On August 28, 1945 these committees formed the temporary national government of Korea, naming it the People's Republic of Korea (PRK) a couple of weeks later.[67][68] On September 8, 1945, the United States government landed forces in Korea and thereafter established the United States Army Military Government in Korea (USAMGK) to govern Korea south of the 38th parallel north. The USAMGK outlawed the PRK government. The military governor Lieutenant-General John R. Hodge later said that "one of our missions was to break down this Communist government".[69][70]

In May 1948, Syngman Rhee, who had previously lived in the United States, won the election for president, which had been boycotted by most other politicians and in which voting was limited to property owners and tax payers or, in smaller towns, to town elders voting for everyone else.[71][72] Syngman Rhee, backed by the U.S. government, set up authoritarian rule that coordinated closely with big business and lasted until the 1980s.[73]

### 1945–1949: China[edit]

The U.S. government provided military, logistical and other aid to the Chinese Nationalist Party (KMT) army led by Chiang Kai-shek in its civil war against the indigenous communist People's Liberation Army (PLA) led by Mao Zedong. Both the KMT and the PLA were fighting against Japanese occupation forces, until the Japanese surrender to the United States in August 1945. This surrender brought to

an end the Japanese Puppet state of Manchukuo and the Japanese-dominated Wang Jingwei regime.[74]

After the Japanese surrender, the US continued to support the KMT against the PLA. The US airlifted many KMT troops from central China to Manchuria. Approximately 50,000 U.S. troops were sent to guard strategic sites in Hubei and Shandong. The U.S. trained and equipped KMT troops, and also transported Korean troops and even imperial Japanese troops back to help KMT forces fight, and ultimately lose, against the People's Liberation Army.[75] President Harry Truman justified deploying the very Japanese occupying army under whose boot the Chinese people had suffered so terribly to fight against the Chinese communists in this way: "It was perfectly clear to us that if we told the Japanese to lay down their arms immediately and march to the seaboard, the entire country would be taken over by the Communists. We therefore had to take the unusual step of using the enemy as a garrison until we could airlift Chinese National troops to South China and send Marines to guard the seaports."[76] Within less than two years after the Sino-Japanese War, the KMT had received $4.43 billion from the United States—most of which was military aid.[75][77]

## 1947–1949: Greece[edit]

*Main article: Greek Civil War*



By the Summer of 1944, Communist partisans, then known as the Greek People's Liberation Army (ELAS), had liberated nearly all of Greece outside of Athens from Axis occupation,

while also attacking and defeating rival non-Communist partisan groups. On 12 August 1944, German forces retreated from the Athens area two days ahead of British landings there, ending the Axis occupation of Greece.

The British military together with Greek forces under control of the Greek government then fought for control of the country in the Greek Civil War against the Communists, who at that time were known as the Democratic Army of Greece (DSE). By early 1947, the British government could no longer afford the huge cost of financing the war against DSE, and pursuant to the October 1944 Percentages Agreement between Winston Churchill and Joseph Stalin, Greece was to remain part of the Western sphere of influence. Accordingly, the British requested the US government to step in and the U.S. flooded the country with military equipment, military advisers and weapons.[78]:553–554[79]:129[80][81] With increased U.S. military aid, by September 1949 the Greek government eventually won.[82]:616–617

## 1948: Costa Rica[edit]

*Main article: Costa Rican Civil War*



1940s Costa Rica politics was dominated by Rafael Angel Calderon Guardia and his National Republican Party. Calderon was a right wing figure who had support of the Catholic Church and the elite. However he alienated the rich with his policies and attacked the German community present in the country.[83] Teodoro Picado Michalski was the successor of Calderon, and he strengthened the military,

which was used to keep peace, and many forces aligned with the National Republican Party fought against the opposition. The National Republican Party, while right wing, had formed a coalition with the People's Vanguard Party, the Costa Rican communist party, led by congressmen Manuel Mora. Among those affected by the party was Jose Figueres Ferrer, a businessman who was exiled in 1942 for criticizing Calderon. He began training the Caribbean Legion hoping to overthrow authoritarian Latin American governments.[84][85][86][87][88] In the 1948 Costa Rican General Election the opposition candidate Otilio Ulate under the National Union Party won, however the Republicans with the communists decided to void the results.[89] This resulted into political chaos which would break out into the Costa Rican Civil War. This would begin when the National Liberation Army, formed and led by Figueres, exchanged fire with government troops.[90]

The US government kept an eye on the situation and became worried when the war broke out. Their main worry was Calderon's alliance with the communists, and the civil war had begun a little over a month after the 1948 Czechoslovak coup, which made the US more worried.[91] The US government also disliked Figueres, but would step in to help him indirectly, in order to destroy the influence of the communists. First, the US put the troops on the Panama canal on high alert to stop the communists in case they seized power, though they never invaded.[91] Second, and more importantly, while the Republicans was allied with the communists, they received assistance from right wing Nicaraguan dictator Anastascio Somoza Garcia, so the United States forced Somoza to stop supporting them. Thirdly the rebels received help from left wing Guatemalan president Juan Jose Arevalo, and when the Costa Rican government took the issue to the UN, the US stopped the

issue from being addressed.[91] With this on April 24 the war ended with Figueres' rebels taking victory.

### 1949–1953: Albania[edit]

*See also: Albanian Subversion*



Albania was in chaos after World War II and the country was not as focused on peacetime conferences in comparison to other European nations, while having suffered high casualties.[92] It was threatened by its larger neighbors with annexation. After Yugoslavia dropped out of the East Bloc, the small country of Albania was geographically isolated from the rest of the East Bloc.

The United States and United Kingdom took advantage of the situation and recruited anti-communist Albanians who had fled after the USSR invaded. The US and UK formed the "Free Albania" National Committee, made up of many of the emigres. Albanians, recruited, were trained by the U.S. and UK., infiltrated the country, multiple times. Eventually, the operation was found out and many of the agents fled, were executed, or were tried. The operation would become a failure.The operation was declassified in 2006, due to the Nazi War Crimes Disclosure Act and is now available in the National Archives.[93][94]



### 1949: Syria[edit]

*Main article: March 1949 Syrian coup d'état*

The democratically elected government of Shukri al-Quwatli was overthrown by a junta led by the Syrian Army chief of staff at the time, Husni al-Za'im, who became President of Syria on April 11, 1949. Za'im had extensive connections to CIA operatives,[95] although the exact nature of U.S. involvement in the coup remains highly controversial.[96][97][98] The construction of the Trans-Arabian Pipeline, which had been held up in the Syrian parliament, was approved by Za'im, the new president, just over a month after the coup.[99]

## 1950s[edit]



### 1950–1953: Korea[edit]

*See also: Korean War*

Ever since the Korean peninsula had been divided between the US and USSR, it had been hoped that the peninsula could be reunited under one government, though neither the US nor USSR wanted the other government in charge of it. During the conflict, both Korean governments considered themselves the legitimate government of Korea. The Southern government had crushed communist uprisings by the late '40s. However Kim Il-Sung thought that their military was weak and that the US would not defend them if he invaded. On June 25, 1950 the DPRK invaded the RoK exchanged fire and the DPRK quickly advanced to take much of the country.[100][101] However, Kim misjudged the US interest in who would control the peninsula. In 1949 the communists had won the Chinese Civil War and the US

government did not want communism to expand further into Korea because administration officials such as Dean Acheson viewed communism through the lens of the Domino theory and George Kennan's idea of "containment".[102] The United States organized a vast coalition of armed forces and UN peacekeeping forces and pushed back against the DPRK.[103][104] General Douglas MacArthur advanced up the 38th Parallel on the Peninsula and intended to end the Northern government.[105][106] China joined the war and pushed the coalition forces back.[107] The war would continue until 1953 when an armistice was signed between both sides on July 23, 1953 ending the fighting and setting up the Korean Demilitarized Zone (DMZ).[108]

### 1952: Egypt[edit]

*Main articles: Egyptian revolution of 1952 and Project FF*

In February 1952, following January's violent riots in Cairo amid widespread nationalist discontent over the continued British occupation of the Suez Canal and Egypt's defeat in the 1948 Arab–Israeli War, CIA officer Kermit Roosevelt Jr. was dispatched by the State Department to meet with Farouk I of the Kingdom of Egypt. American policy at that time was to convince Farouk to introduce reforms that would weaken the appeal of Egyptian radicals and stabilize Farouk's grip on power. The U.S. was notified in advance of the successful July coup led by nationalist and anti-communist Egyptian military officers (the "Free Officers") that replaced the Egyptian monarchy with the Republic of Egypt under the leadership of Mohamed Naguib and Gamal Abdel Nasser. CIA officer Miles Copeland Jr. recounted in his memoirs that Roosevelt helped coordinate the coup during three prior meetings with the plotters (including Nasser, the future Egyptian president); this has not been confirmed by declassified documents but is partially supported by circumstantial evidence. Roosevelt

and several of the Egyptians said to have been present in these meetings denied Copeland's account; another U.S. official, William Lakeland, said its veracity is open to question. Hugh Wilford notes that "whether or not the CIA dealt directly with the Free Officers *prior* to their July 1952 coup, there was extensive secret American-Egyptian contact in the months *after* the revolution."[109][110]



### 1952–1953: Iran[edit]

*Main article: 1953 Iranian coup d'état*

From the discovery of oil in Iran in the late nineteenth century major powers exploited the weakness of the Iranian government to obtain concessions that many believed failed to give Iran a fair share of the profits. During World War II, the UK, the USSR and the US all became involved in Iranian affairs. Iranian officials began to notice that British taxes were increasing while royalties to Iran declined. By 1948, Britain received substantially more revenue from the Anglo-Iranian Oil Company (AIOC) than Iran. Negotiations to meet this and other Iranian concerns exacerbated rather than eased tensions.[111]

On March 15, 1951, the Majlis, the Iranian parliament, passed legislation championed by Mohammad Mosaddegh to nationalize the AIOC. The senate approved the measure two days later. Fifteen months later, Mosadegh was elected Prime Minister.

International business concerns then boycotted oil from the nationalized Iranian oil industry. This contributed to

concerns in Britain and the US that Mosadegh might be a communist. He was reportedly supported by the Communist Tudeh Party.[112]

The CIA began supporting 18 of their favorite candidates in the 1952 Iranian Legislative Election.[113] After that the CIA launched Operation Ajax to restore the power of the Shah and crush the leftists. The 1953 Iranian coup d'état, (known in Iran as the "28 Mordad coup"[114]) was the overthrow of the democratically elected government of Iranian Prime Minister Mohammad Mosaddegh on August 19, 1953, orchestrated by the intelligence agencies of the United Kingdom (under the name "Operation Boot") and the United States (under the name "TPAJAX Project").[115][116][117][118] The coup saw the transition of Mohammad Reza Pahlavi from a constitutional monarch to an authoritarian, who relied heavily on United States government support.

That support dissipated during the Iranian Revolution of 1979, as his own security forces refused to shoot into crowds of nonviolent protestors, which included family and friends of many in the security forces.[119]

### 1953–1958: Cuba[edit]

*See also: Cuban Revolution*

In July 1953 the 26th of July Movement rose up against Cuban dictator Fulgencio Batista. The dictator had the support of the United States since he came to power and the US supplied him with planes, napalm, ships, tanks, and other military equipment as well as parts for these devices.[120] Despite this support as the insurgency intensified against Batista and they started gaining victories the U.S. turned against Batista and realized it did not look good that they were funding the losing unpopular side. The U.S. first tried gaining influence among the rebels by

supplying them with "No less than $50,000" from 1957 to 1958.[121] Then in 1958 the United States imposed an arms embargo on Cuba stopping any military equipment from getting into the country. As well as equipment it ended the sale of parts used to fix equipment which especially effected the air force.[122] Despite the embargo U.S. businessmen and the Mafia still supported Batista.[123][124] However a year later in 1959 the revolutionaries won and took the country.

### 1953: Philippines[edit]

In the 1953 Philippines General Elections the CIA funded a number of candidates, including Ramon Magsaysay. The U.S. wanted the country secure in case China invaded. Magsaysay's campaign was run by Edward Lansdale on behalf of the CIA while other candidates competed for CIA influence and both major parties in the Philippines tried to nominate Marsaysay. Even the people of the Philippines were interested in the opinion of average Americans. The CIA involvement was very successful in getting their candidates elected.[125][126]



### 1954: Guatemala[edit]

*Main article: 1954 Guatemalan coup d'état*

In a CIA operation code named Operation PBSuccess, the U.S. government executed a coup that was successful in overthrowing the democratically elected government of President Jacobo Árbenz and installed Carlos Castillo Armas, the first of a line of right-wing dictators, in its place.[127][128][129] Not only was it done for the ideological purpose of containment, but the CIA had been approached

by the United Fruit Company as it saw possible loss in profits due to the situation of workers in the country, i.e., the introduction of anti-exploitation laws.[130] The perceived success of the operation made it a model for future CIA operations because the CIA lied to the president of the United States when briefing him regarding the number of casualties.[131]

### 1954: Paraguay[edit]

*Main article: 1954 Paraguayan coup d'état*

### 1956–1957: Syria[edit]

*See also: CIA activities in Syria*

In 1956 Operation Straggle was a coup plot against Syria. The CIA made plans for a coup for late October 1956 to topple the Syrian government. The plan entailed takeover by the Syrian military of key cities and border crossings.[132][133][134] The plan was postponed when Israel invaded Egypt in October 1956 and US planners thought their operation would be unsuccessful at a time when the Arab world is fighting "Israeli aggression." The operation was uncovered and American plotters had to flee the country.[135]

In 1957 Operation Wappen was a coup plan against Syria. A second coup attempt the following year called for assassination of key senior Syrian officials, staged military incidents on the Syrian border to be blamed on Syria and then to be used as pretext for invasion by Iraqi and Jordanian troops, an intense US propaganda campaign targeting the Syrian population, and "sabotage, national conspiracies and various strong-arm activities" to be blamed on Damascus.[136][137][134][138] This operation failed when Syrian military officers paid off with millions of dollars in bribes to carry out the coup revealed the plot to Syrian intelligence. The U.S. Department of State denied

accusation of a coup attempt and along with US media accused Syria of being a "satellite" of the USSR.[137][139][140]

There was also an assassination plot later, called "The Preferred Plan", in 1957 against many leaders in Syria. There would be a Free Syria committee set up and outside invasion would be encouraged. However, this plan was never put through.[141]

### 1957–1959: Indonesia[edit]

*See also: CIA activities in Indonesia*



As a founding member of the Non-Aligned Movement and host of the April 1955 Bandung Conference, Indonesia was charting a course toward an independent foreign policy that was not militarily committed to either side in the Cold War.[142][143] Starting in 1957, the CIA supported a failed coup plan by rebel Indonesian military officers. CIA pilots, such as Allen Lawrence Pope, piloted planes operated by CIA front organization Civil Air Transport (CAT) that bombed civilian and military targets in Indonesia. The CIA instructed CAT pilots to target commercial shipping in order to frighten foreign merchant ships away from Indonesian waters, thereby to weaken the Indonesian economy and thus to destabilize the government of Indonesia. The CIA aerial bombardment resulted in the sinking of several commercial ships[144] and the bombing of a marketplace that killed many civilians.[145] The coup attempt failed at that time[146] and U.S. President Dwight D. Eisenhower denied any U.S. involvement.[147]



### 1958: Lebanon[edit]

*Main article: 1958 Lebanon crisis*

The U.S. launched Operation Blue Bat in July 1958 to intervene in the 1958 Lebanon crisis. This was the first application of the Eisenhower Doctrine, according to which the U.S. was to intervene to protect regimes it considered threatened by international communism. The goal of the operation was to bolster the pro-Western Lebanese government of President Camille Chamoun against internal opposition and threats from Syria and Egypt.[citation needed]

### 1959–1963: South Vietnam[edit]

*Main articles: War in Vietnam (1959–1963), 1963 South Vietnamese coup, Arrest and assassination of Ngo Dinh Diem, and Buddhist crisis*

In 1959 a branch of the Worker's Party of Vietnam was formed in the south of the country and began an insurgency against the Republic of Vietnam with the support of North Vietnam.[148] They were funded through Group 559m which was formed the same year and sent weapons down the Ho Chi Minh Trail.[149] In 1959 the National Liberation Front of South Vietnam (NLF) (commonly referred to as Viet Cong, literally 'Vietnamese Communist') was formed in the south, engaging in communist insurgency through the Liberation Army of South Vietnam (LASV).[150] The US supported the RoV against the communists. After the 1960 US election, President John F. Kennedy became much more involved with the fight against the insurgency.[151]



Location of South Vietnam

From mid-1963, the Kennedy administration became increasingly frustrated with South Vietnamese President Ngo Dinh Diem's corrupt and repressive rule and his persecution of the Buddhist majority. In light of Diem's refusal to adopt reforms, American officials debated whether they should support efforts to replace him. These debates crystallized after the ARVN Special Forces, which took their orders directly from the palace, raided Buddhist temples across the country, leaving a death toll estimated in the hundreds, and resulted in the dispatch of Cable 243 on August 24, 1963, which instructed United States Ambassador to South Vietnam, Henry Cabot Lodge Jr., to "examine all possible alternative leadership and make detailed plans as to how we might bring about Diem's replacement if this should become necessary". Lodge and his liaison officer, Lucien Conein, contacted discontented Army of the Republic of Vietnam officers and gave assurances that the US would not oppose a coup or respond with aid cuts. These efforts culminated in a coup d'état on November 2, 1963, during which Diem and his brother were assassinated.[152] By the end of 1963 the Viet Cong switched to a much more aggressive strategy in fighting the Southern government and the USA.

The Pentagon Papers concluded that "Beginning in August of 1963 we variously authorized, sanctioned and encouraged the coup efforts of the Vietnamese generals and offered full support for a successor government. In October we cut off aid to Diem in a direct rebuff, giving a green light to the

**generals. We maintained clandestine contact with them throughout the planning and execution of the coup and sought to review their operational plans and proposed new government."[153]**

***See also: 1960 South Vietnamese coup attempt and 1962 South Vietnamese Independence Palace bombing***

### 1959: Iraq[edit]

**Richard Sale of *United Press International*, citing Adel Darwish and other experts, has reported that the October 1959 assassination attempt on Iraqi Prime Minister Abd al-Karim Qasim involving a young Saddam Hussein and other Ba'athist conspirators was a collaboration between the CIA and Egyptian intelligence.[154] Bryan R. Gibson has challenged the veracity of Sale and Darwish, citing declassified documents that indicate the CIA was blindsided by the timing of the assassination attempt on Qasim and that the National Security Council "had just reaffirmed [its] nonintervention policy" six days before it occurred.[155] Although the assassination attempt failed after Saddam (who was only supposed to provide cover) opened fire on Qasim—forcing Saddam to spend more than three years in exile in the Egyptian-led United Arab Republic (UAR) under threat of death if he returned to Iraq—it led to widespread exposure for Saddam and the Ba'ath within Iraq, where both had previously languished in obscurity, and later became a crucial part of Saddam's public image during his tenure as President of Iraq.[156][157] It is possible that Saddam visited the U.S. embassy in Cairo during his exile.[158] A former high-ranking U.S. official told Marion Farouk–Sluglett and Peter Sluglett that Iraqi Ba'athists, including Saddam, "had made contact with the American authorities in the late 1950s and early 1960s."[159]**

### 1959–2000: Cuba[edit]

*Main articles: Cuban Project, Bay of Pigs Invasion, and Assassination attempts on Fidel Castro*




Location of Bay of Pigs in Cuba

The CIA backed a force composed of CIA-trained Cuban exiles to invade Cuba with support and equipment from the US military, in an attempt to overthrow the Cuban government of Fidel Castro. The invasion was launched in April 1961, three months after John F. Kennedy assumed the presidency in the United States. The Cuban armed forces defeated the invading combatants within three days.

Operation MONGOOSE was a year-long U.S. government effort to overthrow the government of Cuba.[160] The operation included economic warfare, including an embargo against Cuba, "to induce failure of the Communist regime to supply Cuba's economic needs," a diplomatic initiative to isolate Cuba, and psychological operations "to turn the peoples' resentment increasingly against the regime."[161] The economic warfare prong of the operation also included the infiltration of CIA operatives to carry out many acts of sabotage against civilian targets, such as a railway bridge, a molasses storage facilities, an electric power plant, and the sugar harvest, notwithstanding Cuba's repeated requests to the United States government to cease its armed operations.[162][161] In addition, the CIA planned a number of assassination attempts against Fidel Castro, head of government of Cuba, including attempts that entailed CIA collaboration with the American mafia.[163][164][165]

## 1960s[edit]

### 1960–1965: Congo-Leopoldville[edit]

*Main articles: Patrice Lumumba and Congo Crisis*



Patrice Lumumba was elected the first Prime Minister of the Republic of Congo, now the Democratic Republic of Congo, in May 1960, and in June 1960 achieved full independence from Belgium. Belgium started supporting separatist movements in the country against him, in order to keep power over resources in the region, starting the Congo Crisis. Lumumba called in the United Nations to help him, but the U.N. force only agreed to keep peace and not stop the separatist movements. Lumumba than agreed to receive help from the USSR in order to stop the separatists, worrying the United States, due to the supply of uranium in the country. At first, The Eisenhower Administration attempted to poison him with his toothpaste, but this was abandoned.[166] The United States encouraged the Belgians and Mobutu Sese Seko, a colonel in the army, to overthrow him which they did on September 14, 1960. After being locked in prison Mobutu sent him to Katanga, one of the areas launching an insurgency, and he was executed soon after on January 17, 1961.[167]

After Lumumba was killed and Mobutu Sese Seko took power the United Nations forces started acting with stronger hand and attacking the separatist forces. As well the US began funding him in order to secure him against the separatists

and opposition. After his assassination, many of Lumumba's supporters went to the Eastern part of the country and formed the Free Republic of the Congo with its capital in Stanleyville in opposition to Mobutu Sese Seko's government. The government was limited in its recognition, and the United Nations recognized the government in Leopoldville. Eventually, the government in Stanleyville agreed to rejoin with the Leopoldville government under the latter's rule.[168][169] However Lumumba's former supporters felt that they had been cheated out. In 1963 the Lumumba supporters again formed a separate government in the east of the country and launched the Simba rebellion. The rebellion had support from the Soviet Union and many other countries in the Eastern Bloc. However ideological infighting and incompetence hampered its success. As well the Soviet weapon shipments shipped through Sudan were attacked by Anyanya insurgents, and when this came to light the US used this to justify supplying the Leopoldville government more.[170][170] The US and Belgium launched Operation Dragon Rouge to suppress the rebellion and were very successful. The US also supplied the Anyanya insurgents and worked with them to fight the Simba rebels.[171] As well the Kwilu rebellion also occurred in solidarity with the Simba rebellion and was also crushed.[172]

Later on after the March 1965 elections, Mobutu Sese Seko launched a second coup with the support of the US and other powers. Mobutu Sese Seko claimed democracy would return in five years and he was popular initially.[173][173] However, he instead took increasingly authoritarian powers eventually becoming the dictator of the country.[173] He renamed the country Zaire in 1971.

### 1960: Laos[edit]

On August 9, 1960, Captain Kong Le with

his paratroop battalion seized control of the administrative capital city of Vientiane in a bloodless coup on a "Neutralist" platform with the stated aims of ending the civil war raging in Laos, ending foreign interference in the country, ending the corruption caused by foreign aid, and better treatment for soldiers.[174][175] With CIA support, Field Marshal Sarit Thanarat, the prime minister of Thailand, set up a covert Thai military advisory group, called Kaw Taw. Kaw Taw together with the CIA backed a November 1960 counter-coup against the new Neutralist government in Vientiane, supplying artillery, artillerymen, and advisers to General Phoumi Nosavan, first cousin of Sarit. It also deployed the CIA-sponsored Police Aerial Reinforcement Unit (PARU) to operations within Laos.[176] With the help of CIA front organization Air America to airlift war supplies and with other U.S. military assistance and covert aid from Thailand, General Phoumi Nosavan's forces captured Vientiane in November 1960.[177][178]

### 1961: Dominican Republic[edit]

*Main article: Rafael Trujillo*



Trujillo in 1952

In May 1961, the ruler of the Dominican Republic, Rafael Trujillo was murdered with weapons supplied by the United States Central Intelligence Agency (CIA).[179][180] An internal

CIA memorandum states that a 1973 Office of Inspector General investigation into the murder disclosed "quite extensive Agency involvement with the plotters." The CIA described its role in "changing" the government of the Dominican Republic as a 'success' in that it assisted in moving the Dominican Republic from a totalitarian dictatorship to a Western-style democracy."[181][182] Juan Bosch, an earlier recipient of CIA funding, was elected president of the Dominican Republic in 1962, and was deposed in 1963.[183]

### 1961–1975: Laos[edit]

*See also: CIA activities in Laos*



The United States intervened in the Laotian Civil War against the Pathet Lao communist movement of Laos headed by Prince Souphanouvong, so as to preserve the royalist faction that had been favored by the French and to destroy a Viet Cong supply line known as the Ho Chi Minh Trail. In this proxy war, the two sides received major external support from the two world superpowers. The U.S. government tried to keep the war secret from the American population by having the CIA Special Activities Division (Operation Millpond, Operation Barrel Roll and Operation Steel Tiger) back the war and by using tribesmen of the Hmong people that it trained, armed and paid to wage the war.[184][185][186] U.S. military support was critical, and for example, in 1962, in the Battle of Luang Namtha, the Laotian military came close to collapse but the war effort was saved by a major U.S. effort. One of the U.S.'s foremost Laotian military leaders in the field was general Vang Pao, a Hmong

leader and commander of Military Region 2 in northern Laos. The Hmong people, based primarily in an area known as the Golden Triangle, needed to transport out the opium poppy they cultivated as their primary cash crop, so Air America, a CIA front, "began flying opium from mountain villages north and east of the Plain of Jars to CIA asset Hmong General Vang Pao's headquarters at Long Tieng."[187] The Hmong "tribesmen continued to grow, as they had for generations, the opium poppy....The [heroine refinery] lab's production was soon being ferried out on the planes of the CIA's front airline, Air America."[188][189][190][191][192] The CIA never denied the allegation but asserted that trading in opium was legal in Laos until 1971 and that opium was the sole cash crop of isolated Hmong hill tribes and one of their few medicines.[193]

### 1961–1964: Brazil[edit]

*Main articles: João Goulart and 1964 Brazilian coup d'état*



When the president of Brazil resigned in August 1961, he was lawfully succeeded by João Belchior Marques Goulart, the democratically elected vice president of the country.[194] João Goulart was a proponent of democratic rights, the legalization of the Communist Party, and economic and land reforms, but the US government insisted that he impose a program of economic austerity. The United States government implemented a plan with the code name Operation Brother Sam for the destabilization of Brazil, by cutting off aid to the Brazilian government, providing aid to state governors of Brazil who opposed the new president, and encouraging senior Brazilian military officers to seize

power and to back army chief of staff General Humberto de Alencar Castelo Branco as coup leader.[194][195] General Branco led the April 1964 overthrow of the constitutional government of President João Goulart and was installed as first president of the military regime, immediately declaring a state of siege and arresting more than 50,000 political opponents within the first month of seizing power, while the US government expressed approval and re-instituted aid and investment in the country.[196]

### 1963: Iraq[edit]

*Main article: Ramadan Revolution*

Several sources, notably Said Aburish, have alleged that the February 1963 coup that resulted in the formation of a Ba'athist government in Iraq was "masterminded" by the CIA.[197] No declassified U.S. documents have verified this allegation.[198] However, senior National Security Council official Robert Komer wrote to President John F. Kennedy on February 8, 1963 that the Iraqi coup "is almost certainly a net gain for our side ... CIA had excellent reports on the plotting, but I doubt either they or UK should claim much credit for it."[199] Brandon Wolfe-Hunnicutt states that "Scholars remain divided in their interpretations of American foreign policy toward the February 1963 coup in Iraq," but cites "compelling evidence of an American role in the coup."[200]

Tareq Y. Ismael, Jacqueline S. Ismael, and Glenn E. Perry state that "Ba'thist forces and army officers overthrew Qasim on February 8, 1963, in collaboration with the CIA."[201] Conversely, Gibson argues that "the preponderance of evidence substantiates the conclusion that the CIA was not behind the February 1963 B'athist coup."[202] The U.S. offered material support to the new Ba'athist government after the coup, despite an anti-communist purge and Iraqi

atrocities against Kurdish rebels and civilians.[203] Because of this, Nathan Citino asserts: "Although the United States did not initiate the 14 Ramadan coup, at best it condoned and at worst it contributed to the violence that followed."[204] The Ba'athist government collapsed in November 1963 over the question of unification with Syria (where a rival branch of the Ba'ath Party had seized power in March).[205]

There has been a great deal of academic discussion regarding allegations from King Hussein of Jordan and others that the CIA (or other U.S. agencies) provided the Ba'athist government with lists of communists and other leftists, who were then arrested or killed by the Ba'ath Party's militia—the National Guard.[206] Gibson and Hanna Batatu emphasize that the identities of Iraqi Communist Party members were publicly known and that the Ba'ath would not have needed to rely on U.S. intelligence to identify them, whereas Citino considers the allegations plausible because the U.S. embassy in Iraq had actually compiled such lists, and because Iraqi National Guard members involved in the purge received training in the U.S.[207][208][209]

### 1964: Chile[edit]

During the 1964 Chilean Presidential Elections the United States through the CIA funneled approximately $2.6 million for Eduardo Frei Montaiva, and also funneled money to help pro-Christian Democratic groups and funding propaganda to harm the reputation of Salvador Allende, the opposition candidate and Marxist. The funding made up more than half of Frei's campaign money. As well as propaganda the CIA also helped with polling, voter drives, and voter registration. The United States was doing this in order to counter the Soviet Union's support of Allende.[210] This involvement was later revealed by the Church Committee in 1975.[211]



Location of Vietnam

## 1964–1975: Vietnam[edit]

*See also: January 1964 South Vietnamese coup, September 1964 South Vietnamese coup attempt, December 1964 South Vietnamese coup, 1965 South Vietnamese coup, and Vietnam War*

The United States had troops placed in Vietnam since the end of World War II.[citation needed] As the First Indochina War ended with a French withdrawal, US involvement increased. This culminated in The Gulf of Tonkin incident on August 2, 1964 in which the U.S. and North Vietnamese allegedly skirmished.[212] The circumstances have been questioned since. A second attack was reported on August 4 however a declassified National Security Agency (NSA) document revealed that there no second attack.[213] This caused Congress to pass the Gulf of Tonkin Resolution on August 7, 1964 authorizing Lyndon Johnson "to take all necessary measures to repel any armed attack against the forces of the United States and to prevent further aggression". The United States expanded involvement and began to use aerial bombardments.[214] The U.S. fought a guerilla war against the Viet Cong, which was not very successful. In early 1968 the Viet Cong and North Vietnamese launched the Tet Offensive, hoping to overthrow

the South Vietnamese government. However, the U.S. and South Vietnamese troops were able to stop them from taking it.[215] Despite the failure the American public questioned how exactly the Viet Cong could still launch a large offensive when they had been repeatedly told of the United States' progress in Vietnam, increasing anti-war sentiment.[216] The U.S. began peace talks in Paris.[217] The war became an issue in 1968 United States General Election and Richard Nixon, the Republican, ran on winning the war with a secret strategy in 1968.[218][219] Nixon than continued the fighting against Vietnam. His strategy was to scare the North Vietnamese while continuing the peace talks. Nixon was able to win reelection in the 1972 US election. However, he was still not successful in intimidating the communists and the U.S. withdrew in March 1973 after signing the Paris Accords.[220] The U.S. still gave support to South Vietnam, but this decreased over time. As the communists started a massive offensive to overrun the south, President Gerald Ford unsuccessfully tried to get congress to give financial assistance to the South. On April 30, 1975, Saigon, the capital of South Vietnam, fell to North Vietnam.[221]

### 1965–1966: Dominican Republic[edit]

*Main article: Dominican Civil War*



In the Dominican Civil War, a junta led by President Joseph Donald Reid Cabral was battling "constitutionalist" or "rebel" forces who advocated restoring to power the Dominican Republic's first-ever democratically elected president, President Juan Emilio Bosch Gaviño, whose term had been cut short by a coup. The U.S. launched "Operation

Power Pack," a US military operation to interpose the US military between the rebels and the junta's forces so as to prevent the rebel's advance and possibly victory.[222][223] Most civilian advisers had recommended against immediate intervention hoping that the junta could bring an end to the civil war but US President Lyndon B. Johnson took the advice of his Ambassador in Santo Domingo, William Tapley Bennett, who suggested that the US intervene.[224] Chief of Staff General Wheeler told a subordinate: "Your unannounced mission is to prevent the Dominican Republic from going Communist."[225] A fleet of 41 US vessels was sent to blockade the island as the US invaded. Ultimately, 42,000 soldiers and marines were ordered to the Dominican Republic and the US occupied the country.[226]

### 1965–1967: Indonesia[edit]

*Main article: Indonesian mass killings of 1965–66*



Junior army officers and the commander of the palace guard of President Sukarno accused senior Indonesian military brass of planning a CIA-backed coup against President Sukarno and killed six senior generals on October 1, 1965. General Muhammad Suharto and other senior military officers attacked the junior officers on the same day and accused the Communist Party of Indonesia (PKI) of planning the killing of the six generals.[227] The army launched a propaganda campaign based on lies and riled up civilian mobs to attack those believed to be PKI supporters and other political opponents. Indonesian government forces with collaboration of some civilians perpetrated mass killings over many months. The CIA acknowledged that "in terms of

the number of people killed, the anti-PKI massacres in Indonesia rank as one of the worst mass murders of the 20th Century."[228] Estimates of the number of civilians killed range from a half million to a million[229][230][231] but more recent estimates put the figure at two to three million.[232][233] US Ambassador Marshall Green encouraged the military leaders to act forcefully against the political opponents.[228] In 2017, declassified documents from the U.S. Embassy in Jakarta have confirmed that the US had knowledge of, facilitated and encouraged mass killings for its own geopolitical interests.[234][235][236][237] US diplomats admitted to journalist Kathy Kadane in 1990 that they had provided the Indonesian army with thousands of names of alleged PKI supporters and other alleged leftists, and that the U.S. officials then checked off from their lists those who had been murdered.[238][239] President Sukarno's base of support was largely annihilated, imprisoned and the remainder terrified, and thus he was forced out of power in 1967, replaced by an authoritarian military regime led by General Suharto.[240][241] Some scholars are now referring to the mass killings as a genocide.[242][243][244]

### 1967–1975: Cambodia[edit]

*Main articles: Cambodian Civil War and 1970 Cambodian coup d'état*

Prince Norodom Sihanouk, head of a political movement known as Sangkum that was first ushered to power by the 1955 parliamentary election, had for years kept Cambodia out of the conflicts in Vietnam and Laos by being friendly with China and North Vietnam and had integrated left wing parties into mainstream politics. However, in 1967 an uprising leftist occurred and year later the Khmer Rouge began an insurgency against the prince.[245] In 1968 the Viet Cong conducted the failed Tet Offensive. This convinced Sihanouk that the North was going to lose the war

so he gravitated toward the US. It has been dubiously suggested that he allowed the US covert bombing of Cambodia in 1969.[246] Despite that Sihanouk still had some relations with the Eastern Bloc and the US wanted more power to bomb the country in order to combat the Viet Cong.

In March 1970 Prince Norodom Sihanouk was overthrown by the right wing politician General Lon Nol. The overthrow followed Cambodia's constitutional process and most accounts emphasize the primacy of Cambodian actors in Sihanouk's removal. Historians are divided about the extent of U.S. involvement in or foreknowledge of the ouster, but an emerging consensus posits some culpability on the part of U.S. military intelligence.[247] There is evidence that "as early as late 1968" Lon Nol floated the idea of a coup to U.S. military intelligence to obtain U.S. consent and military support for action against Prince Sihanouk and his government.[248] The coup succeeded in installing Lon Nol in power but further destabilized the country and ushered in the years of civil war between the right wing government in Phnom Penh backed by the United States and communist forces backed by the Viet Cong.[249][*page needed*]

After the coup the US had much more leeway to bomb the country which they did. The U.S. government intensified the covert bombing of Cambodia against the Viet Cong and the Khmer Rouge. Despite that the Khmer Republic was still not always informed of US operations.[250] However, the Khmer Rouge continued to fight onward and eventually took Phemn Penn and won the civil war taking the country.

## 1970s[edit]

### 1970–1973: Chile[edit]

*Main articles: Salvador Allende and 1973 Chilean coup d'état*



Between 1960 and 1969, the Soviet government funded the Communist Party of Chile at a rate of between $50,000 and $400,000 annually. In the 1964 Chilean elections, the U.S. government supplied $2.6 million in funding for candidate Eduardo Frei Montalva, whose opponent, Salvador Allende was a prominent Marxist, as well as additional funding with the intention of harming Allende's reputation.[251]:38–9 As Kristian C. Gustafson phrased the situation:[252]

It was clear the Soviet Union was operating in Chile to ensure Marxist success, and from the contemporary American point of view, the United States was required to thwart this enemy influence: Soviet money and influence were clearly going into Chile to undermine its democracy, so U.S. funding would have to go into Chile to frustrate that pernicious influence.

The democratically elected President Salvador Allende was overthrown by the Chilean armed forces and national police. This followed an extended period of social and political unrest between the right dominated Congress of Chile and Allende, as well as economic warfare waged by the U.S. government.[253] As a prelude to the coup, the chief of staff of the Chilean army, René Schneider, a general dedicated to preserving the constitutional order, was assassinated in 1970 during a botched kidnapping attempt backed by the CIA.[254][255] The regime of Augusto Pinochet that came to power with the coup is notable for having, by conservative estimates, disappeared some 3200 political dissidents, imprisoned 30,000 (many of whom

were tortured), and forced some 200,000 Chileans into exile.[256][257][258] The CIA, through Project FUBELT (also known as Track II), worked secretly to engineer the conditions for the coup. The U.S. initially denied any involvement however many relevant documents have been declassified in the decades since.

### 1971: Bolivia[edit]

*Main articles: Juan José Torres and Operation Condor*



The U.S. government supported the 1971 coup led by General Hugo Banzer that toppled President Juan José Torres of Bolivia.[259][260] Torres had displeased Washington by convening an "Asamblea del Pueblo" (People's Assembly or Popular Assembly), in which representatives of specific proletarian sectors of society were represented (miners, unionized teachers, students, peasants), and more generally by leading the country in what was perceived as a left wing direction. Banzer hatched a bloody military uprising starting on August 18, 1971 that succeeded in taking the reins of power by August 22, 1971. After Banzer took power, the U.S. provided extensive military and other aid to the Banzer dictatorship as Banzer cracked down on freedom of speech and dissent, tortured thousands, "disappeared" and murdered hundreds, and closed labor unions and the universities.[261][262] Torres, who had fled Bolivia, was kidnapped and assassinated in 1976 as part of Operation Condor, the US-supported campaign of political repression and state terrorism by South American right-wing dictators.[263][264][265]

## 1973: Uruguay[edit]

*Main article: 1973 Uruguayan coup d'état*



Ethiopia pre-Eritrean Independence

## 1974–1991: Ethiopia[edit]

*See also: Ethiopian Civil War*

On September 12, 1974 Emperor Haile Selasse I of Ethiopian Empire was overthrown in a coup by the Derg, an organization set up by the Emperor to investigate the military.[266] The Derg was led by Mengistu Halie Mariam, and soon after he took power he became a Marxist–Leninist and aligned with the Soviet Union. The Derg ruled Ethiopia as a Marxist–Leninist military junta.[267] Soon after they took over a series of other rebel groups rose up to against the Derg. Some were separatist groups that wanted to not be a part of Ethiopia and others wanted to take over the Ethiopian government. The Ethiopian Democratic Union (EDU) was a conservative rebel group which composed of landowners opposed to nationalization, monarchists, and anti-Derg military officers. As well a number of other Marxist–Leninist groups fought the Derg for ideological reasons. These were

the Ethiopian People's Revolutionary Party (EPRP), Tigray People's Liberation Front (TPLF), Ethiopian People's Democratic Movement (EPDM), and All-Ethiopia Socialist Movement (MEISON). The Derg also had to contend with an invasion by Somalia.[268][269][270] These groups would receive support by the United States.[271] The Derg responded to these groups by initiating the Qey Shibir (Ethiopion Red Terror), targeted most heavily against MEISON and EPRP. Thousands were killed in the Qey Shibir.[272]

In 1987 the Derg formed the People's Democratic Republic of Ethiopia (PDRE), and continued fighting in the civil war. As well in 1989 the TPLF and EPDM fused and formed the Ethiopian People's Revolutionary Democratic Front (EPRDF). They along with Eritrean separatists began to be victorious as the government. In 1990 the USSR stopped supporting the Ethiopian government as they were starting to collapse. The United States however continued to support the rebels.[273] In 1991 Mengistu Halie Mariam resigned and fled as the PDRE fell to the rebels.[274] Despite the fact that the US opposed him the US embassy helped Mariam escape to Zimbawbwe.[275]

### 1975–1991: Angola[edit]

*See also: Angolan Civil War*

Angola had been a colony of Portugal for hundreds of years however beginning in the 1960s the inhabitants of the country rose up in the Angolan War of Independence. In 1974 Portugal overthrew its right-wing military junta in the Carnation Revolution. The new government promised to give independence to its colonies including Angola. In 1975 Portugal signed the Alvar Agreement giving independence to Angola however the various groups started fighting one another. The People's Movement for the Liberation of Angola (MPLA) was a leftist group that was advancing upon the

**other two main rebel groups the National Liberation Front of Angola (FNLA) and National Union for the Total Independence of Angola (UNITA). Cuba and The Soviet Union started sending in arms and troops into Angola to support the MPLA, and at the same time Apartheid South Africa sent in troops into Angola to support the FNLA and UNITA.**

**The United States began covertly supporting UNITA and the FNLA through Operation IA Feature. President Gerald Ford approved of the program on July 18, 1975 while receiving dissent from officials in the CIA and State Department. Nathaniel Davis, Assistant Secretary of State, quit because of his disagreement with this.[276] The funding for these organizations was headed by John Stockwell.[277] This program began as the war for independence was ending and continued as the civil began in November 1975. The funding initially started at $6 million but than added $8 million on July 27 and added $25 million in August.[278] Congress found out about the program in 1976 and condemned it. Senator Dick Clark added the Clark Amendment to the US Arms Export Control Act of 1976 ending the operation and restricting involvement in Angola.[279] Despite this CIA Director George H.W. Bush did not concede that all aid to the FNLA and UNITA had stopped.[280][281] According to Jane Hunter Israel became a middleman for continued American arms sales into Angola. During the Carter Administration the limited support for these organizations would continue. In 1978 the FNLA was depleted and defeated.[282][283] This only left UNITA headed by Jonas Savimbi. Savimbi was a former Maoist who eventually became a capitalist ideologically and made UNITA into a capitalist militant group.[284][285]**



Location of Angola

Meanwhile, in the United States the rise of the New Right saw the election of Ronald Reagan to the presidency. His administration put out the Reagan Doctrine which called for the funding of Anti-Communist forces across the world to "roll back" Soviet influence. This saw the Reagan Administration support Savimbi and conservative think tanks, like the Heritage Foundation, lobbying for allowing more assistance to them. This saw the repeal of the Clark Amendment on July 11, 1985.[286] Savimbi would show his gratitude of this when he spoke at the Heritage Foundation in 1989.[287] Starting in 1986 the war really ramped up and Angola became a major proxy conflict in the cold war. Savimbi's conservative allies in the US, such as Michael Johns and Grover Norquist, lobbied for more support for UNITA.[288][289] In 1986 Savimbi came to the White House and afterwards Reagan approved the shipment of Stinger Surface-to-Air Missiles as a part of $25 Million in aid.[290][291] As well UNITA's headquarters in Jamba hosted the Democratic International, a conference of Anti-Communist leaders from across the globe.[292][293]

As the Cold War began to end the two sides started to approach each other diplomatically. After George H.W. Bush became president he continued to aid Savimbi. Savimbi began relying on the company Black, Manafort, and Stone in order to lobby for assistance. This company, as in the name, was headed by Charles Black, Paul Manafort, and Roger Stone. They lobbied the H.W. Bush administration for more assistance and weapons to Savimbi.[294] Savimbi also met

with Bush himself in 1990.[295] However the MPLA and UNITA came to an agreement with the Bicesse Accords in 1991 ending US and USSR involvement in the war. This also saw South Africa withdraw from Namibia. Despite the peace the war ramped up again after the Halloween Massacre in 1992 and continued until 2002.

### 1977: Zaire[edit]

*See also: Shaba I*

During the Angolan Civil War the MPLA allied with the Congolese National Liberation Front (FLNC). This group originated with the Katanga Secession during the Congo Crisis and sought to overthrow Mobutu Sese Seko in Zaire. On March 8, 1977 the FLNC invaded Zaire in the Shaba Province in Zaire, beginning the first Shaba invasion. This saw many other powers including the United States support Mobutu against the FLNC.[296] The State Department claimed that the MPLA of supplying the rebels, while others accused Cuban involvement however the State Department said there was "no hard evidence".[297][298] The Carter administration sent $2 million in supplies and equipment to Zaire medical and other with Douglas DC-8s.[299][300] However Carter was a lot less supportive of Mobutu than previous administrations, and so did not become directly militarily involved.[301][302] As well the CIA used a man named David Bufkin to recruit mercenaries for Zaire.[303][304] As the U.S. and France worked to secure more loans from World Bank for Zaire, while the IMF also sent loans.[305][306][307]

Despite the United States' support the U.S. House Committee on International Relations cut Zaire's arms credits from $30 million to $15 million.[308] As well Carter faced criticism for his support of Mobutu, especially since when he ran promised a more human rights orientated foreign policy. Andrew Young, the US ambassador in the United Nations

said that "Americans shouldn't get paranoid about communism" in Africa.[309] Senator Dick Clark stated "In my judgment, U.S. involvement in Zaire defies justification. It is true that the U.S. has not utilized the full measure of resources available for Zaire, nor responded to Mobutu's requests for arms and ammunition. This restraint by the Administration is commendable, but if Mobutu qualifies for neither arms nor ammunition, then he should not qualify for any form of military assistance, lest the United States be drawn into the hapless conflict in Zaire, inch by inch."[310] The invasion also caused John Stockwell, who was in charge of the US Involvement in the Angolan Civil War, to resign.[311][312][313] He said "In death [Lumumba] became an eternal martyr and by installing Mobutu in the Zairian presidency we committed ourselves to the 'other side', the losing side in central and southern Africa. We cast ourselves as the dull-witted Goliath, in a world of eager young Davids."[314] Jimmy Carter responded by saying "our friendship and aid historically for Zaire has not been predicated on their perfection in dealing with human rights."[315][305] As well Secretary of State Cyrus Vance justified the aid because of the important Cobalt and Copper mining in Zaire.[316][317]

The invasion would end up failing anyway and the FNLC retreated into Angola and possibly Zambia to regroup for another attack. They recruited and left some allies in the Shaba province. The war ended May 26, 1977[318]

### 1978: Zaire[edit]

*See also: Shaba II*

A year after the first Shaba invasion the FLNC again attempted to invade Zaire and overthrow Mobutu. It began on May 11, 1978 when the rebel group crossed into the Shaba Province from Angola with MPLA support. Unlike the

previous invasion the United States became directly involved. The United States Air Force provided military assistance through their Combat Control Team acting as air control, while various aircraft wings including the 435th Air Ground Operations Wing and 445th Airlift Wing acted as air support.[319] Again the FLNC was beaten back and the war was over in June 1978. The US and Cuba had Zaire and Angola come to the negotiating table. Zaire agreed to stop supporting National Union for the Total Independence of Angola (UNITA), the National Liberation Front of Angola (FNLA), and the Front for the Liberation of the Enclave of Cabinda (FLEC) and the Angolan government, in this case the MPLA, agreed to stop the FLNC from crossing into Zaire and trying to overthrow Mobutu which they did.[320] This ended the Shaba Invasions.

### 1979–1993: Cambodia[edit]

*See also: CIA activities in Cambodia*



Cambodia was invaded by Vietnam and the KUFNS (Kampuchean United Front for National Salvation), overthrowing in January 1979 the genocidal regime of the Khmer Rouge headed by Pol Pot. Khmer Rouge forces retreated to the jungles near the Thai border and waged a war of insurgency against the People's Republic of Kampuchea (PRK), headed by Heng Samrin, which had been installed in the capital city of Phnom Penh by the Vietnamese.[321] The U.S. government wanted to remove the PRK government and provided millions of dollars of annual food aid to 20,000-40,000 Khmer Rouge insurgents

**in Khmer Rouge bases in Thailand. The aid was managed by an organization staffed by U.S. Central Intelligence Agency personnel.[322] U.S. National Security Advisor Zbigniew Brzezinski "concocted the idea of persuading Thailand to cooperate fully with China in efforts to rebuild the Khmer Rouge."[323][324] Brzezinski acknowledged that "I encourage[d] the Chinese to support [Khmer Rouge leader] Pol Pot ... we could never support him, but China could." Brzezinski subsequently stated: "The Chinese were aiding Pol Pot, but without any help or arrangement from the United States. Moreover, we told the Chinese explicitly that in our view Pol Pot was an abomination and that the United States would have nothing to do with him—directly or indirectly."[325][326][327][323][328] Also, the United States voted for the Khmer Rouge to remain the official representative of the country in the United Nations even though after 1978 Khmer Rouge bases were positioned in just a small part of the country and across the border in Thailand.[325] Some have also found evidence that notwithstanding public condemnation of the Khmer Rouge, the U.S. offered military support to the organization.[329] The U.S. and China helped set up, armed and trained a coalition waging a war of insurgency comprising three major guerrilla groups: the FUNCINPEC (Front Uni National pour un Cambodge Indépendant, Neutre, Pacifique, et Coopératif); the KPLNF (Khmer People's National Liberation Front); and the PDK (Party of Democratic Kampuchea, the Khmer Rouge under the nominal presidency of Khieu Samphan), but direct U.S. military support for the Khmer Rouge guerrillas is officially denied by the U.S. government.[330][331] Peace efforts began in 1989 and a peace agreement was forged in October 1991. Vietnamese forces withdrew and the United Nations Transitional Authority in Cambodia (UNTAC) enforced the ceasefire and disarmament.[332]**

### 1979–1989: Afghanistan[edit]

*Main article: Operation Cyclone*



In what was known as "Operation Cyclone," the U.S. government secretly provided weapons and funding for a collection of warlords and several factions of Jihadi guerrillas known as the Mujahideen of Afghanistan fighting to overthrow the Afghan government and the Soviet military forces that supported it. Through the Inter-Services Intelligence (ISI) of Pakistan, the US channeled training, weapons and money for Afghan fighters, including Jihadists who later became known as the Taliban, and at an estimated cost of $800 million for as many as 35,000 Arab foreign fighters.[333][334][335][336] Afghan Arabs also "benefited indirectly from the CIA's funding, through the ISI and resistance organizations."[337][338] Some of the CIA's greatest Afghan beneficiaries were Arabist commanders such as Jalaluddin Haqqani and Gulbuddin Hekmatyar who were key allies of Osama Bin Laden over many years.[339][340][341] Some of the CIA-funded militants would become part of Al Qaeda later on, and included Osama bin Laden, according to former Foreign Secretary Robin Cook and other sources.[342][343][344][345][346] However, these allegations are rejected by Steve Coll ("If the CIA did have contact with bin Laden during the 1980s and subsequently covered it up, it has so far done an excellent job"),[347] Peter Bergen ("The theory that bin Laden was created by the CIA is invariably advanced as an axiom with no supporting evidence"),[348] and Jason Burke ("It is often

said that bin Laden was funded by the CIA. This is not true, and, indeed, would have been impossible given the structure of funding that General Zia ul–Haq, who had taken power in Pakistan in 1977, had set up").[349] Although Operation Cyclone officially ended in 1989 with the withdrawal of Soviet troops from Afghanistan, U.S. government funding for the Mujahideen continued through 1992, when the Mujahideen overran the Afghan government in Kabul.[350]

## 1980s[edit]

### 1980–1989: Poland[edit]

*Main article: Solidarity (Polish trade union)*



Unlike the Carter Administration, the Reagan policies supported the Solidarity movement in Poland, and—based on CIA intelligence—waged a public relations campaign to deter what the Carter administration felt was "an imminent move by large Soviet military forces into Poland."[351] Michael Reisman from Yale Law School named operations in Poland as one of the covert actions of CIA during Cold War.[352] Colonel Ryszard Kukliński, a senior officer on the Polish General Staff was secretly sending reports to the CIA.[353] The CIA transferred around $2 million yearly in cash to Solidarity, for a total of $10 million over five years. There were no direct links between the CIA and Solidarnosc, and all money was channeled through third parties.[354] CIA officers were barred from meeting Solidarity leaders, and the CIA's contacts with Solidarnosc activists were weaker than those of the AFL-CIO, which raised $300,000 from its members, which were used to provide

material and cash directly to Solidarity, with no control of Solidarity's use of it. The U.S. Congress authorized the National Endowment for Democracy to promote democracy, and the NED allocated $10 million to Solidarity.[355]

When the Polish government launched martial law in December 1981, however, Solidarity was not alerted. Potential explanations for this vary; some believe that the CIA was caught off guard, while others suggest that American policy-makers viewed an internal crackdown as preferable to an "inevitable Soviet intervention."[356] CIA support for Solidarity included money, equipment and training, which was coordinated by Special Operations.[357] Henry Hyde, U.S. House intelligence committee member, stated that the USA provided "supplies and technical assistance in terms of clandestine newspapers, broadcasting, propaganda, money, organizational help and advice".[358] Initial funds for covert actions by CIA were $2 million, but soon after authorization were increased and by 1985 CIA successfully infiltrated Poland.[359]

### 1980–1992: El Salvador[edit]

*Main article: Salvadoran Civil War*



The government of El Salvador fought a bloody civil war against the Farabundo Martí National Liberation Front (FMLN), an umbrella organization of leftist political opposition groups, and against leaders of agricultural cooperatives, labor leaders and others who

advocated land reform and better conditions for "campesinos" (tenant farmers and other agrarian laborers) that supported the FMLN. The Salvadoran army organized military death squads to terrorize the rural civil population to cease its support for the FMLN.[360] Government forces killed more than 75,000 civilians during the war 1979–1992.[361][362][363][364][365][366] The U.S. government provided military training and weapons for the Salvadoran military. The Atlacatl Battalion, a counter-insurgency battalion, was organized in 1980 at the US Army School of the Americas and had a leading role in the "scorched earth" military policy against the FLMN and the rural villages that supported it. Atlacatl soldiers were equipped and directed by U.S. military advisers operating in El Salvador.[367][368][369] The Atlacatl battalion also participated in the El Mozote massacre in December 1981.[370] By May 1983, US officers took over positions in the top levels of the Salvadoran military, were making critical decisions and running the war.[368][371][372][373] A US Congressional fact finding commission found that the Salvadoran military's "drying up the ocean" policy of repression entailed eliminating "entire villages from the map, to isolate the guerrillas, and deny them any rural base off which they can feed."[374] The "drying up the ocean" or "scorched earth" strategy was based on tactics similar to those being employed by the junta's counter-insurgency in neighboring Guatemala and were primarily derived and adapted from U.S. strategy during the Vietnam War and taught by American military advisors.[375][376]

### 1981–1982: Chad[edit]

*See also: CIA activities in Chad*



In 1975 as part of the First Chadian Civil War, the military overthrew François Tombalbaye and installed Felix Malloum as head of state. Hissène Habré was appointed Prime minister, and attempted to overthrow the government in February 1979, failing, and being forced out. In 1979 Malloum resigned and Goukouni Oueddei became head of state. Oueddei agreed to share power with Habre, appointing him Minister of Defense, but fighting resumed soon after. Habre was exiled to Sudan in 1980.[377]

At the time the U.S. government wanted a bulwark against Muammar Gaddafi in Libya, and saw Chad, Libya's southern neighbor, as a good option. Chad and Libya had recently signed an agreement to attempt to end their border conflict and "to work to achieve full unity between the two countries", which the United States was against. The United States also saw Oueddei as too close to Gaddafi. Habre was already pro-western and pro-American, as well as against Oueddei. The Reagan administration gave him covert support through the CIA when he returned in 1981 to continue fighting, and he overthrow Goukouni Oueddi on June 7, 1982, making himself the new president of Chad.[378]

Donald Norland, the US ambassador, said, "The CIA was so deeply involved in bringing Habré to power I can't conceive they didn't know what was going on, but there was no debate on the policy and virtually no discussion of the wisdom of doing what we did."[379]

Human Rights Watch obtained and revealed documents which stated that the CIA trained and equipped the

Documentation and Security Directorate (DDS), Chad's secret police. The Chadian Truth Commission found the United States provided monetary aid to the DDS and to regional intelligence agencies that hunted down Habre's political opponents afterwards, inside and outside the country.[380] Habre, who was dubbed "Africa's Pinochet" by Human Rights Watch, was convicted of crimes against humanity by a Senegalese court in 2016 for ordering the murder of 40,000 political opponents and the torture of hundreds of thousands of others while in power.[381][382]

### 1981–1990: Nicaragua[edit]

*See also: CIA activities in Nicaragua and Nicaraguan Revolution*



The FSLN (Sandinista National Liberation Front) had overthrown the US friendly Somoza family in 1979. At first the Carter Administration tried to be friendly with the new government, but the Reagan Administration that came after had a much more Anti-communist foreign policy. Immediately in January 1981, Ronald Reagan cut off aid to the Nicaraguan government, and August 6, 1981 Reagan signed National Security Decision Directive 7, authorizing the production and shipment of arms to the region but not their deployment. On November 17, 1981 Reagan National Security Directive 17, allowing covert support to anti-Sandinista forces.[383][384] The U.S. government attempted to topple the government of Nicaragua by secretly arming, training and funding the Contras, a rebel group based in Honduras that was created to sabotage Nicaragua and to destabilize the

Nicaraguan government.[385][386][387][388] As part of the training, the CIA distributed a detailed manual entitled "Psychological Operations in Guerrilla War," which instructed the Contras, among other things, on how to blow up public buildings, to assassinate judges, to create martyrs, and to blackmail ordinary citizens.[389] In addition to backing the Contras, the U.S. government also blew up bridges and mined Corinto harbor, causing the sinking of several civilian Nicaraguan and foreign ships and many civilian deaths.[390][391][392][393] After the Boland Amendment made it illegal for the U.S. government to provide funding for Contra activities, the administration of President Reagan secretly sold arms to the Iranian government to fund a secret U.S. government apparatus that continued illegally to fund the Contras, in what became known as the Iran–Contra affair.[394] The U.S. continued to arm and train the Contras even after the Sandinista government of Nicaragua won the elections of 1984.[395][396] In the 1990 Nicaraguan General Election, the George H.W. Bush Administration authorized 49.75 million dollars of "Non-lethal" aid to the Contras. They continued to assassinate candidates and fight the war. As well they distributed leaflets promoting the opposition party UNO (National Opposition Union). As well Bush promised Violetta Chamorro, the UNO candidate, that if she did not win, the US would maintain its embargo on Nicaragua.[397] UNO won the election, however a survey conducted after the election found 75.6% of Nicaraguans agreed that if the Sandinistas had won, the war would never have ended. 91.8% of those who voted for the UNO agreed with this sentiment.[398] The Contras ended fighting soon afterwards.

### 1983: Grenada[edit]

*Main article: United States invasion of Grenada*



In what the U.S. government called Operation Urgent Fury, the U.S. military invaded the tiny island nation of Grenada to remove the Marxist government of Grenada that the Reagan Administration found objectionable.[399][400] The United Nations General Assembly called the U.S. invasion "a flagrant violation of international law"[401] but a similar resolution widely supported in the United Nations Security Council was vetoed by the U.S.[402][403]

### 1987: Burkina Faso[edit]

*Main article: 1987 Burkinabé coup d'état*

### 1989–1994: Panama[edit]



In 1979 the US and Panama signed a treaty to end the Panama canal zone and promise that the US would hand over the canal after 1999. Manuel Noriega ruled the country of Panama as dictator. He was an ally of the United States working with them against the Sandinistas in Nicaragua and the EZLN in El Salvador. Despite this relations began to deteriorate as he was implicated in the Iran-Contra Scandel including drug trafficking.[404] As relations continued to deteriorate Noriega started to ally with the Eastern Bloc. This also worried US officials and government officials like Elliot Abrams started argueing to Reagan that the US should invade Panama. Reagan decided to hold off due to George

H.W. Bush's ties to Noriega when he was the head of the CIA running his election. After he was elected he started pressuring Noriega. Despite iregularities in the 1989 Panamanian General Election Noriega refused to allow the opposition candidate into power. George H.W. Bush called on him to honor the will of the Panamanian people. As well coup attempts were made against Noriega and skrimishes broke out between U.S. and Panamanian troops. As well Noriega inidcted for drug charges in the United States.[405] In December 1989, in a military operation code-named Operation Just Cause, the U.S. invaded Panama. Noriega went into hiding but was later captured by US forces. President-elect Guillermo Endara was sworn into office. The United States ended Operation Just Cause in January 1990 and began Operation Promote Liberty, which was the occupation of the country to set up the new government until 1994.[406]

## 1991–present: Post-Cold War[edit]

### 1990s[edit]

### 1991: Iraq[edit]

*See also: 1991 uprisings in Iraq*

During and immediately following the Persian Gulf War in 1991, the United States broadcast signals encouraging an uprising against Saddam Hussein. On February 5, 1991 George H.W. Bush made a speech on Voice of America stating, "There is another way for the bloodshed to stop: and that is, for the Iraqi military and the Iraqi people to take matters into their own hands and force Saddam Hussein, the dictator, to step aside and then comply with the United Nations' resolutions and rejoin the family of peace-loving nations."[407][408] On February 24, 1991 a few days after the ceasefire was signed the CIA funded and operated radio station Voice of Free Iraq called for the Iraqi people to rise up

**against Hussein.[409][410] They said "Rise to save the homeland from the clutches of dictatorship so that you can devote yourself to avoiding the dangers of the continuation of the war and destruction. Honorable Sons of the Tigris and Euphrates, at these decisive moments of your life, and while facing the danger of death at the hands of foreign forces, you have no option in order to survive and defend the homeland but put an end to the dictator and his criminal gang."[411] The day after the Gulf war ended on March 1, 1991 Bush again called for the overthrow of Saddam Hussein when he said "In my own view...the Iraqi people should put [Saddam] aside, and that would facilitate the resolution of all these problems that exist and certainly would facilitate the acceptance of Iraq back into the family of peace-loving nations."[412] The U.S. was hoping for a coup but instead, series of uprisings to erupted across Iraq right after the war. Brent Scowcraft Later said "I I frankly wished [the uprisings] hadn't happened ... we certainly would have preferred a coup."[413] Two of the largest rebellions were led by the Iraqi Kurds in the North and the Shia militas in the south. The rebels assumed that they would be getting direct U.S. assistance, however United States intended to never give assistance to the rebels. The Shia uprisings were crushed by the Iraqi military while the Pershmegra were more successful, gaining the Iraqi Kurds autonomy. The H.W. Bush Administration faced heavy criticism for not assisting the rebels after encouraging them to rise up. The US worried that if Hussein fell and Iraq collapsed Iran would gain power, so the U.S. still wanted a bullwark against Iran.[414] Colin Powell wrote of his time as Chairman of the Joint Chiefs of Staff "our practical intention was to leave Baghdad enough power to survive as a threat to Iran that remained bitterly hostile toward the United States".[415] At the same time George H.W. Bush said that the U.S. had ever intended to assist anyone "I made clear from the very beginning that it**

**was not an objective of the coalition or the United States to overthrow Saddam Hussein. So I don't think the Shiites in the south, those who are unhappy with Saddam in Baghdad, or the Kurds in the north ever felt that the United States would come to their assistance to overthrow this man...I have not misled anybody about the intentions of the United States of America, or has any other coalition partner, all of whom to my knowledge agree with me in this position."[416]**



**Iraq (orthographic projection)**

**As well the U.S. government successfully advocated that the pre-war sanctions[417] be made more comprehensive, which the UN Security Council did in April 1991 by adopting Resolution 687.[418][419] After the UN imposed the tougher sanctions, U.S. officials stated in May 1991—when it was widely expected that the Iraqi government of Saddam Hussein faced collapse[420][421]—that the sanctions would not be lifted unless Saddam was ousted.[422][423][424] In the subsequent president's administration, U.S. officials took the position that the sanctions could be lifted if Iraq complied with *all* of the UN resolutions it was violating, not just with UN weapons inspections.[425] The effects of the sanctions on the Iraqi civilian population, including the child mortality rate, were disputed at the time. Whereas it was widely believed at the time that the sanctions caused a major rise in child mortality, recent research has shown that commonly cited**

data were fabricated by the Iraqi government and that "there was no major rise in child mortality in Iraq after 1990 and during the period of the sanctions."[426][427][428][429][430]

### 1991: Haiti[edit]

*Main article: 1991 Haitian coup d'état*

Eight months after what was widely considered the first honest election held in Haiti,[431] the newly elected President Jean-Bertrand Aristide was deposed by the Haitian army. It is alleged by some that the CIA "paid key members of the coup regime forces, identified as drug traffickers, for information from the mid-1980s at least until the coup."[432] Coup leaders Cédras and François had received military training in the United States.[433]

### 1992–1996: Iraq[edit]

The CIA launched DBACHILLES, a coup d'état operation against the Iraqi government, recruiting Ayad Allawi, who headed the Iraqi National Accord, a network of Iraqis who opposed the Saddam Hussein government, as part of the operation. The network included Iraqi military and intelligence officers but was penetrated by people loyal to the Iraqi government.[434][435][436] Also using Ayad Allawi and his network, the CIA directed a government sabotage and bombing campaign in Baghdad between 1992 and 1995, against targets that—according to the Iraqi government at the time—killed many civilians including people in a crowded movie theater.[437] The CIA bombing campaign may have been merely a test of the operational capacity of the CIA's network of assets on the ground and not intended to be the launch of the coup strike itself.[437] However Allawi attempted a coup against Saddam Husssein in 1996. The coup was unsuccessful, but Ayad Allawi was later installed as prime minister of Iraq by the Iraq Interim Governing Council, which had been created by the U.S.-led coalition

following the March 2003 invasion and occupation of Iraq.[438]

### 1994–1995: Haiti[edit]

*See also: Operation Uphold Democracy*

After the right-wing military junta took over Haiti in 1991 in a coup the U.S. initially had good relations with them. George H. W. Bush's administration supported the right wing junta; however, after the 1992 U.S. general election Bill Clinton came to power. Clinton was supportive of returning Jean-Bertrand Aristide to power, and his administration was active for the return of democracy to Haiti. This culminated in United Nations Security Council Resolution 940, which authorized the United States to lead an invasion of Haiti and restore Aristide to power. A diplomatic effort was led by former U.S. president Jimmy Carter.[439] Then the U.S. gave the Haitian government an ultimatum: either the dictator of Haiti, Raoul Cedras, retire peacefully and let Aristide come back to power, or be invaded and forced out. Cedras capitulated; however, he did not immediately disband the armed forces. Protesters fought the military and police.[440][441] Fighting ensued as the U.S. sent in the military to stop the violence. The violence soon quelled and Aristide returned to lead the country in October 1994.[442] He and Clinton presided over ceremonies and Operation Uphold Democracy officially ended on March 31, 1995.

### 1996–1997: Zaire[edit]

*See also: First Congo War*

After the end of the Cold War, the United States began reducing support for Mobutu Sese Seko in Zaire, seeing it as no longer necessary. As a result, his rule started weakening and he responded by starting to allow opposition parties. Despite this liberalization in the political sphere, his army

**was still repressive and Laurent-Desire Kabila, who had been fighting since Seko took power, still resisted him.[443] In the East of the country, the alienated Tutsi minority was forming ties with the Rwandan Patriotic Front (FPR), which was an organization of Tutsis that fought against the anti-Tutsi Hutu supremicist government in Rwanda.[444] The Tutsis in Rwanda were legally divided into two groups, Banyamulenge, those who came before independence and had citizenship, and Banyarwanda, those who came after independence. However, other Zairian ethnic groups prejudiocally did not differentiate between the two.[445][446] At the same time in Rwanda, tensions were springing up between the Hutu-run republic and Tutsi minority. In 1990 the FPR invaded Rwanda, beginning the Rwandan Civil War, which culminated in the Rwandan Genocide against the Tutsis. Despite the genocide, the FPR ended up winning the civil war and Paul Kagame of the FPR became the new president of Rwanda. The civil war and subsequent genocide caused over 1.5 million refugees to flee into Zaire and refugee camps were set up in the country. These included both Tutsis who fled the genocide and Hutus who fled after the FPR won.[447] Refugee and non-refugee Tutsis, Hutu refugees, and other ethnic groups in Zaire started fighting and attacking one another. In response, Rwanda formed Tutsi militas out of those present in Zaire.[448] Tensions between the militas and the Zaire government sprung up, culminating in a skrimish between the Tutsi Militas and the Zairian Green Berets on August 31, 1996.[449] This began the Banyamulenge Rebellion, which led to further unrest, and saw the combination of Tutsi and non-Tutsi militas opposed to Mobutu into the Alliance of Democratic Forces for the Liberation of the Congo (AFDL), led by Laurent-Desire Kabila.[450] This would begin the First Congo War with Rwanda, along with Uganda, to a lesser extent Burundi, and later on Angola supporting the AFDL.**

The anti-Mobutu forces succeeded and Mobutu fled the country. Kabila, after taking the capital, ended Zaire and declared the Democratic Republic of Congo.

The United States covertly supported Rwanda before and during the war. The U.S. believed it was time for "new generation of African leaders", which was part of the reason the U.S. stopped supporting Mobtutu in the first place. The new leaders in their eyes included Kagame as well as Yoweri Museveni in Uganda.[451] U.S. General and NATO head George Joulwan even described Kagame as "a visionary", while U.S. officials inside of Rwanda described Kagame as "a brilliant commader, able to think outside of the box". The U.S. began sending soldiers and trainers into Rwanda and training FPR commanders in the U.S. before the war in 1995. When testifying to congress Ambassador to Rwanda Richard Bogosian said that the training "dealt almost exclusively with the human rights end of the spectrum as distinct from military operations", though the success of this is disputed due to the atrocities the FPR committed. During the war after a group of rebels took Bukavu they were joined by a group of African-American mercenaries, who told some of the English speaking soldiers that they had been recruited, most likely an unofficial U.S. mission. As well the CIA and U.S. army set up communications in Uganda, and during the First Congo War several C-141 planes and C-5 planes landed in Kigali and Entebbe claiming to be bringing "carrying aid for the genocide victims". However they were more likely carrying military and communication supplies for the FPR. As the war ramped many of the supplies were weapons of the former Warsaw Pact. At the same time U.S. operated anti-Mobutu support from the International Rescue Committee (IRC). The U.S. government was able to obtain a contract for U.S. Ronco Consulting Corporation to demine Rwanda. Besides giving

the company a monopoly on this the U.S. could legitimize their shipment of supplies to Rwanda.[452]

### 1997–1998: Indonesia[edit]

The Clinton administration saw an opportunity to oust Indonesian President Suharto when his rule over Indonesia became increasingly precarious in the aftermath of the 1997 Asian Financial Crisis. American officials sought to exacerbate Indonesia's monetary crisis by having the International Monetary Fund oppose Suharto's efforts to establish a currency board to stabilize the rupiah, thereby provoking discontent. IMF Director Michel Camdessus boasted that, "We created the conditions that obliged President Suharto to leave his job". Former US Secretary of State Lawrence Eagleburger would later remark, "We were fairly clever in that we supported the IMF as it overthrew [Suharto]. Whether that was a wise way to proceed is another question. I'm not saying Mr. Suharto should have stayed, but I kind of wish he had left on terms other than because the IMF pushed him out."[453][454] Hundreds would die in the crisis that followed.

## 2000s[edit]

### 2000: Yugoslavia[edit]

*Main article: 2000 Yugoslavian general election § Involvement of the United States*



From the period of 1998 to 2000, just over $100,000,000 was channeled from the U.S. State Department through Quangos

to opposition parties in order to bring about a democratic end to the government of the long-standing president Slobodan Milošević in Yugoslavia.[455] Following issues regarding the results of the Yugoslav elections of 2000, the U.S. State Department heavily supported opposition groups such as Otpor! through the supply of promotional material and also, consulting services via Quangos.[456] United States involvement served to speed up and organize dissent through exposure, resources, moral and material encouragement, technological aid and professional advice.[455] This campaign was one of the factors contributing to incumbent president's defeat in the 2000 Yugoslavian general election and subsequent Bulldozer Revolution which overthrew Milošević on October 5, 2000 after he refused to recognise the results of the election.[455] Milošević's presidency was succeeded by that of Vojislav Koštunica, who opposed the extradition of his predecessor to the Hague Tribunal.

### 2002: Venezuela[edit]

*See also: 2002 Venezuelan coup d'état attempt § US role and alleged involvement*

In April 2002, president Hugo Chávez was ousted from power for 47 hours in the 2002 Venezuelan coup d'état attempt.

Senior advisors to the George W. Bush administration had advance knowledge of the coup, which it supported,[457] and Elliot Abrams had informally given it a "green light".[458] Mehdi Hasan, senior columnist for *The Intercept* explained:[459]

The demonization and strangulation of Venezuela has been a bipartisan project in Washington, D.C., since the rise of Hugo Chavez and the socialist “pink tide” in the late 1990s. In 2002, the Bush administration encouraged and supported a (failed) coup against Chavez.

Members of the Bush administration held meetings with opposition leaders for months before the coup attempt.[460] The OAS and all of Venezuela's neighbours denounced the coup attempt, but the United States acknowledged the new government, changing its position only after a popular uprising led interim president Pedro Carmona to resign.[461][462]

### 2003–2011: Iraq[edit]

*Main article: Iraq War*

In 1998 as a non-covert measure, the U.S. enacted the "Iraq Liberation Act," which states, in part, that "It should be the policy of the United States to support efforts to remove the regime headed by Saddam Hussein from power in Iraq," and appropriated funds for U.S. aid "to the Iraqi democratic opposition organizations."[463] After Bush was elected he started being more aggressive toward Iraq.[464] Then after the 9/11 attacks the Bush administration started saying that Saddam Hussein was connected to and supporting Al-Qaeda and that he had weapons of mass destruction despite the fact there was no evidence for either.[465][466][467][468][469] Iraq was also one of the three countries Bush called out in his Axis of Evil Speech.[470] In 2002 Congress passed the "Iraq Resolution" which authorized the president to "use any means necessary" against Iraq. The Iraq War than began in March 2003 when the U.S. attacked the country. A United States-led military coalition invaded the country and overthrew the Iraqi government.[471] The U.S. captured and helped prosecute Hussein and ended the Baathist government. The U.S. also has to fight an insurgency after. In 2011 the U.S. withdrew from the conflict, though the United States has still been involved in the country.[472]

### 2006–2007: Palestinian territories[edit]




Occupied Palestinian Territories

*Main article: Fatah-Hamas conflict*

The U.S. government pressured the Fatah faction of the Palestinian leadership to topple the Hamas government of Prime Minister Ismail Haniyeh.[473][474][475] The Bush Administration was displeased with the government formed by Hamas, which won 56 percent of the seats in the Palestinian legislative election of 2006.[473][474][476] The U.S. government set up a secret training and armaments program that received tens of millions of dollars in Congressional funding, but also, like in the Iran-contra scandal, a more secret Congress-circumventing source of funding for Fatah to launch a bloody war against the Haniyeh government.[473][477][478] The war was brutal, with many casualties and with Fatah kidnapping and torturing civilian leaders of Hamas, sometimes in front of their own families, and setting fire to a university in Gaza. When the government of Saudi Arabia attempted to negotiate a truce between the sides so as to avoid a wide-scale Palestinian civil war, the U.S. government pressured Fatah to reject the Saudi plan

and to continue the effort to topple the Haniyeh government.[473] Ultimately, the Haniyeh government was prevented from ruling over all of the Palestinian territories, with Hamas retreating to the Gaza strip and Fatah retreating to the West Bank.

### 2006–present: Syria[edit]

*Main articles: Timber Sycamore, CIA activities in Syria, and American-led intervention in the Syrian Civil War*



Since 2006, the State Department has funneled at least $6 million to the anti-government satellite channel Barada TV, associated with the exile group Movement for Justice and Development in Syria. This secret backing continued under the Obama administration, even as the US publicly rebuilt relations with Bashar Al-Assad.[479][480]

In April 2011, after the outbreak of the Syrian civil war in early 2011, three "key U.S. Senators", Republicans John McCain and Lindsay Graham, and Independent Joe Lieberman, said in a joint statement, urged Obama to "state unequivocally" that "it is time to go".[481] In August, 2011, the U.S. government called on Syrian President Bashar Al Assad to "step aside" and imposed an oil embargo against the Syrian government to bring it to its knees.[482][483][484] Starting in 2013, the U.S. also provided training, weapons and cash to Syrian vetted "moderate" rebels,[485][486] and in 2014, the Supreme Military Council.[487][488] In 2015, Obama reaffirmed that "Assad must go".[489]

In March 2017 Ambassador Nikki Haley told a group of reporters that the US's priority in Syria was no longer on "getting Assad out."[490] Earlier that day at a news conference in Ankara, Secretary of State Rex Tillerson also said that the "longer term status of President Assad will be decided by the Syrian people."[491] While the US Defense Department's program to aid predominantly Kurdish rebels fighting the Islamic State of Iraq and the Levant (ISIL) continued, it was revealed in July 2017 that US President Trump had ordered a "phasing out" of the CIA's support for anti-Assad rebels.[492]

In October 2017, Rex Tillerson declared that "the reign of the Assad family is coming to an end" despite recent battlefield gains by Assad's forces.[493] In April 2018, Army General James Votel told lawmakers he did not know whether 'Assad must go' remained a U.S. policy objective; Lindsay Graham responded "If you don't know I doubt if anybody knows, …"; and it was reported that the Trump administration has indicated that ousting Assad is no longer a specific policy goal but it cannot envision political stability if he remains.[494]

### 2007: Iran[edit]

In 2007, the Bush administration requested and received funding from Congress for covert actions in Iran that, according to a presidential finding that Bush signed, had the goal of undermining Iran's religious leadership. One source who was familiar with the contents of the memorandum told *The New Yorker* that the operations were focused on "undermining Iran's nuclear ambitions and trying to undermine the government through regime change."[495][*additional citation(s) needed*][*neutrality is disputed*]

### 2009: Honduras[edit]

*Main article: 2009 Honduran coup d'état*

On June 28, 2009 the Honduran military removed president Manuel Zelaya from Honduras and sent him to Costa Rica. The military and congress set up a new election that excluded Zelaya. The State Department under Hillary Clinton, supported the election under the leaders after the coup. Previously the U.S. embassy had stopped an earlier planned coup, but this coup was not stopped by the embassy. The Obama administration condemned the coup, but still allowed the military to proceed with their new elections. Clinton stated in her memoir "Hard Choices", "[the state department] strategized a plan for free and fair could be held quickly and legitimately, which would render the question of Zelaya moot." This quote was written out of later editions of the book. Colonel Andrew Papp, present at some of the meeting, said the main concern was that the military "is very friendly with the U.S." and that while the U.S. government tried to help him the problem "was we didn't really like the guy". Evidence of it has been broken by WikiLeaks and The Intercept.[496][497]

## 2010s[edit]

### 2011: Libya[edit]

*Main article: 2011 military intervention in Libya*



In 2011, Libya had been ruled by Socialist and Pan-Africanist dictator Muammar Gaddafi since 1969. In February 2011, amid the "Arab Spring", a revolution broke out against him, spreading from the second city Benghazi (where an interim government was

set up on 27 February), to the capital Tripoli, sparking Libyan Civil War (2011). On 17 March, United Nations Security Council Resolution 1973 was adopted, authorizing a no-fly zone over Libya, and "all necessary measures" to protect civilians.[498] Two days later, France, the United States and the United Kingdom launched the 2011 military intervention in Libya with Operation Odyssey Dawn, US and British naval forces firing over 110 Tomahawk cruise missiles,[499] the French and British Air Forces[500] undertaking sorties across Libya and a naval blockade by Coalition forces.[501] A coalition of 27 states from Europe and the Middle East soon joined the NATO-led intervention, as Operation Unified Protector. The Gaddafi government collapsed in August, leaving the National Transitional Council as the de facto government, with UN recognition. Gaddafi was captured and killed in October by National Transitional Council forces and NATO action ceased. Instability continued, ultimately leading to the ongoing Libyan Civil War.

### 2015–present: Yemen[edit]

*Main article: Saudi Arabian-led intervention in Yemen*



The U.S. has been supporting the intervention by Saudi Arabia in the Yemeni Civil War. The Yemeni Civil War began in 2015 between two sides, each claiming at that time to support the legitimate government of Yemen:[502] Houthi forces, which control the capital Sana'a and had supported former president Ali Abdullah Saleh, fighting against forces based in Aden and loyal to the government of Abdrabbuh Mansur Hadi.[503] The Saudi-led offensive is aimed at restoring Hadi to power, and

**is allied with various local factions.[504] The Saudi Arabian-led intervention has been widely condemned due to its widespread bombing of urban and other civilian areas, including schools and hospitals.[505][506][507] The U.S. military provides targeting assistance and intelligence and logistical support for the Saudi-led bombing campaign,[508] including aerial refueling.[509][510] The US also provides weapons and bombs,[511] including, according to a Human Rights Watch (HRW) report, cluster bombs outlawed in much of the world and used by Saudi Arabia in the conflict.[512][513] The United States also supports the war effort on the ground with Green Berets on the Yemen border with Saudi Arabia tasked initially to help the Saudis secure the border and later expanded to help locate and destroy Houthi ballistic missile caches and launch sites in what Senator Tim Kaine called a "purposeful blurring of lines between train and equip missions and combat."[514] The US has been criticized for providing weapons and bombs knowing that Saudi bombing has been indiscriminately targeting civilians and violating the laws of war.[515][516][517] It has been suggested that the U.S. government is legally a "co-belligerent" in the conflict, in which case U.S. military personnel could be prosecuted for war crimes,[518][519][520][521] and a U.S. senator has accused the U.S. of complicity in Yemen's humanitarian catastrophe, with millions facing starvation.[522][523] As of May 2018, the civil war is at a stalemate, and 13 million Yemeni civilians face starvation, according to the UN.[524] In August 2019, United Nations investigators said the US, UK and France may potentially be complicit in committing war crimes in Yemen by selling weapons to the Saudi-led coalition which is deliberately using starvation against the civilian population as a warfare tactic.[521]**

### 2019–present: Venezuela[edit]

***See also: Foreign involvement in the Venezuelan presidential***

***crisis***

On 23 January 2019, the President of the National Assembly of Venezuela, Juan Guaidó, declared himself the acting President of the country, disputing Nicolás Maduro's presidency and sparking a presidential crisis. Shortly after Guaidó's announcement, along with allies and several other nations, the United States recognized Guaidó as the legitimate president of Venezuela.[525] US Vice President Mike Pence stated in April that the US was set on Maduro's removal, whether through diplomatic or other means, and that "all options" were on the table.[526] Secretary of State Mike Pompeo said that the US would take military action "if required".[527] In December 2019, Secretary of State Mike Pompeo stated that the United States did not plan a military intervention in Venezuela, saying that "we have said that all options are on the table", but that "we have learned from history that the risks from using military force are significant".[528]



A memo obtained by Agence France-Presse described that the US Agency for International Development would divert $41.9 million to promote Guaidó, including $19.4 million for salaries and stipends for Guaidó's staff, covering their travel, and "other costs necessary to ensure full deployment of a transparent financial management system and other activities necessary for a democratic transition," as well as $2 million to support the opposition in negotiations with the Maduro administration.[529] In August 2019, President Donald Trump's administration imposed new additional sanctions on

Venezuela as part of their efforts to remove Maduro from office, ordering a freeze on all Venezuelan government assets in the United States and barring transactions with US citizens and companies.[530][531]

- United States foreign policy

## US INVOLVEMENT IN RIGIME CHANGE

# United States involvement in regime change

From Wikipedia, the free encyclopedia

Jump to navigationJump to search

| History of US expansion and influence |
|---|

United States involvement in regime change has entailed both overt and covert actions aimed at altering, replacing, or preserving foreign governments. In the latter half of the 19th century, the U.S. government initiated actions for regime change mainly in Latin America and the southwest Pacific, including
the Spanish–American and Philippine–American wars. At the onset of the 20th century, the United States shaped or installed governments in many countries around the world, including
neighbors Panama, Honduras, Nicaragua, Mexico, Haiti, and the Dominican Republic.

During World War II, the United States helped overthrow many Nazi Germany or imperial Japanese puppet regimes. Examples include regimes in the Philippines, Korea, the Eastern portion of China, and much of Europe. United States forces were also instrumental in ending the rule of Adolf Hitler over Germany and of Benito Mussolini over Italy. After

World War II, the United States in 1945 ratified[1] the UN Charter, the preeminent international law document,[2] which legally bound the U.S. government to the Charter's provisions, including Article 2(4), which prohibits the threat or use of force in international relations, except in very limited circumstances.[3] Therefore, any legal claim advanced to justify regime change by a foreign power carries a particularly heavy burden.[4]

In the aftermath of World War II, the U.S. government struggled with the Soviet Union for global leadership, influence and security within the context of the Cold War. Under the Eisenhower administration, the U.S. government feared that national security would be compromised by governments propped by the Soviet Union's own involvement in regime change and promoted the domino theory, with later presidents following Eisenhower's precedent.[5] Subsequently, the United States expanded the geographic scope of its actions beyond traditional area of operations, Central America and the Caribbean. Significant operations included the United States and United Kingdom-orchestrated 1953 Iranian coup d'état, the 1961 Bay of Pigs Invasion targeting Cuba, and support for the overthrow of Sukarno by General Suharto in Indonesia. In addition, the U.S. has interfered in the national elections of countries, including in Japan in the 1950s and 1960s, the Philippines in 1953, and in Lebanon in the 1957 elections using secret cash infusions.[6] According to one study, the U.S. performed at least 81 overt and covert known interventions in foreign elections during the period 1946–2000.[7] Another study found that the U.S. engaged in 64 covert and six overt attempts at regime change during the Cold War.[5]

Following the dissolution of the Soviet Union, the United

**States has led or supported wars to determine the governance of a number of countries. Stated U.S. aims in these conflicts have included fighting the War on Terror, as in the ongoing Afghan war, or removing dictatorial and hostile regimes, as in the Iraq War.**

# DOCUMENT

UNITED STATES

CITIZENS ARREST: Charged Guilty to be remanded for Jail
Nov. 26, 2020

## TREASON, SEDITION & SUBVERSIVE ACTIVITIES in an ongoing COUP D'état 2015-2020

**20-year jail, no one listed can hold any USA office, therefore VP Joe Biden's Candidacy for the 2020 Presidential Election is VOID and the 2020 Election is now VOID or by default President Trump remains President until 2024**

**The following are to report as charged, guilty and to surrender for jailing to Pentagon Chairman Chief of Staff General Mark A. Milley**

**Secretary of State and Dem Presidential Candicate: Hilary Clinton, Barack Obama, Joseph Biden, Nancy Pelosi, Senator Chuck Schumer, Schiff, John Poulos CEO of Dominion Voting Systems and CEO of SMART MATIC, Antonio Mugica, and Chairman of Smart Matic election fraud designers Peter Neffenger an Obama and Biden employee all involved in 2016 & 2020 Presidential Election fraud control operations, Justice AG William Barr, John Durham, Esq., Christopher Wray, Christopher Kregs, Gina Haspel, George Barnes, Chad Wolfe. Several COUP Generals, AFSCME Mr. Saunders, included will be 50% of the Intel Dept agents and employees who are older and found participators in the TREASON COUP to be named later in**

**consultation with General Mark Milley.**

**Charged Guilty to be jailed and arrested by any USA Citizen Media CEO's and all reporters of the flowing Google, Microsoft: Bill Gates, Tim Cook: Twitter, Facebook: Mark Zuckerberg, Mr. Soros, You Tube, CNN, Fox News, ABC, CBS, CNBC, NBC, NY Times owned by CIA,**

**The above individuals and organizations have orchestrated their TREASON with the purpose of completely subverting all US Constitutional freedoms and have participated in the 2016 & 2020 Election Fraud activities of buying votes and electronically changing US Citizens vote decisions. As well President Obama and VP Biden did sell military technology for missile vibration controls which is a HIGH CRIME and TREASON. Further Democrat Candidate Joseph Biden has hired the Chairman of the Smart Matic VOTER FRAUD software used with Dominion in the TREASON CUP Elections Voting FRAUD scheme.**

**The TREASON COUP documents cover many investigators sworn depositions of witnesses and evidence including my 246 page testimony. Jeffrey Barrett TREASON/ COUP witness**

# DOCUMENT

**12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 1/5 December 2, 2020 Evidence supports Sidney Powell's claim about global election fraud By Andrea Widburg For the last two weeks, Sidney Powell was telling everyone she could prove that our election was decided abroad by bad actors. Tuesday's news seemed to confirm those claims. A retired military analyst testified in Arizona that the U.S. has captured the information that was sent overseas. Also, a November 25 declaration from an active-duty military analyst was made public today, which says that, within five days of the election, the analyst was able to connect dominonvotingsystems.com, which is Dominion's proprietary URL, to Belgrade, Iran, China — and Barack Obama. I've been enjoying a delightful email conversation with Nick Chase, who's written some deservedly lauded articles helping readers to understand how the voting machines could be used to send victory to Joe Biden. (See here, here, here, here, and here.) One of the things Nick explained to me is how information travels across the internet. I'm going to share his words with you because you'll need them to understand how important this next bit of news is: On the Internet, information is delivered in "packets" of bytes, each of which has header information identifying the sender and the intended recipient. When the recipient receives the packet, it verifies the packet and returns to the sender a message saying the packet was received correctly. This traffic passes through "routers" which are similar to the wireless router you might have at home, only on an industrial scale. The network routers also have switching software to determine which**

is the "most efficient" (fastest) route on the Internet to transmit the packets, as the Internet is a redundant system designed with many routers, paths and switches so it will continue to operate in case part of it goes down. It's entirely possible for a sophisticated, powerful agency to grab or reroute this packet traffic so the data can be manipulated. With that in mind, you'll appreciate the import of testimony that Colonel Phil Waldron (retired) gave during the hearing in Arizona about the voting machines used in the U.S. elections. As you recall, while the votes were collected in America, they were sent to Frankfurt, Germany, for final tallying and processing before being rerouted to America. According to Colonel Waldron, his "white hat" hackers recognized the packets going to Germany and obtained copies of them: Naty @NatyLiy BREAKING: #ArizonaHearing: "Are you willing to say under oath, that you've seen the connection to the internet, that you've seen it gone offshore to Frankfurt, Germany?" Col. Waldron: "Yes, our "White" hat hackers, they have that traffic and the packets." 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 2/5 We shouldn't be surprised that Col. Waldron offers such extraordinary evidence. Last week, in Pennsylvania, Col. Waldron gave a master's class in how the Dominion voting systems are set up to enable election fraud on a massive scale. He talked about fraudulent elections in other countries, voting machines being connected to the internet making them hackable, stolen USB drives used for hacking voting machines, and inexplicable anomalies that showed that votes were preloaded for Biden before the election began. Today, Col. Waldron's testimony gained added heft when we got to see a declaration from an intelligence analyst at the 305th Military Intelligence Unit (the "Kraken" unit). The declaration has specific evidence showing that, on November 8, 2020, Dominionvotingsystems.com, which is Dominion Voting Systems'

proprietary URL, was connected over the internet to Belgrade, Iran, China — and to "the Indivisible (formerly ACORN) political group for Obama." In the spirit of complete honesty, the declaration is almost completely unintelligible to me. All I know is that I find disturbing that dominionvotingsystems.com is connected to two of our geopolitical foes and to Obama's political interest group. Oh, and did I mention that it looks as if the Chinese government has an ownership interest in Dominion? You can check out Gateway Pundit for details that seem legitimate. You're not imagining it that China keeps popping up all over 2020, first by giving us the gift of a virus that the Democrats used to try to destroy the economy and to pervert the election, and now as an active player in America's vote-counting. I sure hope that Trump, who is being remarkably silent right now, is planning to reveal all in the coming week. Alternatively, if he's unable for security reasons to reveal what's happening, I hope he's able to explain to the Supreme Court and the various state and federal legislators what really happened and why Biden truly didn't win. Image: Dominion voting systems. YouTube screen grab. 2:58 PM · Nov 30, 2020 53K 25.9K people are Tweeting about this Yes No I'm not sure 158,350 Votes Do you still support President Trump? Promoted Content Help Support American Thinker 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 3/5 From the Web Powered by ZergNet The One Key Reason Trump Allowed Biden's Transition To Begin Things Men Surprisingly Actually Found Attractive 50 Years Ago sponsored content Watch The Video Leaked Video Could Shut Down The Democratic Party — For Good The Catholic Church's biggest secret has been leaked. 484,236 Promoted Content In today's climate of political correctness and economic uncertainty, ad revenue only goes so far to keep an independent voice like AmericanThinker.com going. If you enjoy our articles, please consider supporting us with a direct contribution of as much or as

**little as you can give. Your donation will ensure that we continue to bring great pieces from our outstanding columnists. Thank you. $5 $10 $50 Other 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 4/5 Musicians Who Totally Lost Their Temper On Stage Jill Biden's Ex-Husband Just Made a Bold Accusation What Maxwell Said About Bill Clinton In New Unsealed Disposition The Truth About Powell's Claim Of A 'Broken Algorithm' 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 5/5 The Tragedy Of Robert Redford Is Just Heartbreaking Here's How Fox News Is Doing After Taking On Trump sponsored content RECOMMENDED Kentucky Residents Rush To Qualify For Concealed Carry (It's Ending Right Away) · Real Patriots Only: Trump Solid Gold Victory Coin · Trump Supporters: Free Trump Gold Victory Coin · The Horrifying Truth About CBD · Urologist: Try This if You Have an Enlarged Prostate (Watch) · This Perfect Hilarious Ornament is Selling out for Christmas · Urologists Stunned: Forget the Blue Pill, This "Fixes" Your ED · Remember Her? Take A Deep Breath Before You See What She Looks Like Now · Your IQ is 120+ if You Can Beat This Quiz · Then and Now: What Happened to These Child Stars? · RECOMMENDED Tinnitus? when the Ringing Won't Stop, Do This (It's Genius) · This Perfect Hilarious Ornament is Selling out for Christmas · Huge Scandals That Could've Shut Down Hgtv for Good · This is Where the Majority of Singles over 50 Are Finding Love in Richmond · New Life Insurance Policy for Kentucky Seniors Under 86 Yrs Old · Men, You Don't Need the Blue Pill if You Do This Before Bed · "The Office" Trivia Quiz For Its Real Fans. Only 40% Can Pass! · Only 130 IQ or Higher Can Pass This Quiz · Only a True Gearhead Can Name These Classic Cars! · 96-year-old Puts Her House for Sale. See How It Looks Inside**

**·12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 1/5 December 2, 2020 Evidence supports Sidney Powell's claim about global election fraud By Andrea Widburg For the last two weeks, Sidney Powell was telling everyone she could prove that our election was decided abroad by bad actors. Tuesday's news seemed to confirm those claims. A retired military analyst testified in Arizona that the U.S. has captured the information that was sent overseas. Also, a November 25 declaration from an active-duty military analyst was made public today, which says that, within five days of the election, the analyst was able to connect dominonvotingsystems.com, which is Dominion's proprietary URL, to Belgrade, Iran, China — and Barack Obama. I've been enjoying a delightful email conversation with Nick Chase, who's written some deservedly lauded articles helping readers to understand how the voting machines could be used to send victory to Joe Biden. (See here, here, here, here, and here.) One of the things Nick explained to me is how information travels across the internet. I'm going to share his words with you because you'll need them to understand how important this next bit of news is: On the Internet, information is delivered in "packets" of bytes, each of which has header information identifying the sender and the intended recipient. When the recipient receives the packet, it verifies the packet and returns to the sender a message saying the packet was received correctly. This traffic passes through "routers" which are similar to the wireless router you might have at home, only on an industrial scale. The network routers also have switching software to determine which is the "most efficient" (fastest) route on the Internet to transmit the packets, as the Internet is a redundant system designed with many routers, paths and switches so it will continue to operate in case part of it goes down. It's entirely possible for a sophisticated, powerful agency to grab or reroute this packet traffic so the data can be**

**manipulated. With that in mind, you'll appreciate the import of testimony that Colonel Phil Waldron (retired) gave during the hearing in Arizona about the voting machines used in the U.S. elections. As you recall, while the votes were collected in America, they were sent to Frankfurt, Germany, for final tallying and processing before being rerouted to America. According to Colonel Waldron, his "white hat" hackers recognized the packets going to Germany and obtained copies of them: Naty @NatyLiy BREAKING: #ArizonaHearing: "Are you willing to say under oath, that you've seen the connection to the internet, that you've seen it gone offshore to Frankfurt, Germany?" Col. Waldron: "Yes, our "White" hat hackers, they have that traffic and the packets." 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 2/5 We shouldn't be surprised that Col. Waldron offers such extraordinary evidence. Last week, in Pennsylvania, Col. Waldron gave a master's class in how the Dominion voting systems are set up to enable election fraud on a massive scale. He talked about fraudulent elections in other countries, voting machines being connected to the internet making them hackable, stolen USB drives used for hacking voting machines, and inexplicable anomalies that showed that votes were preloaded for Biden before the election began. Today, Col. Waldron's testimony gained added heft when we got to see a declaration from an intelligence analyst at the 305th Military Intelligence Unit (the "Kraken" unit). The declaration has specific evidence showing that, on November 8, 2020, Dominionvotingsystems.com, which is Dominion Voting Systems' proprietary URL, was connected over the internet to Belgrade, Iran, China — and to "the Indivisible (formerly ACORN) political group for Obama." In the spirit of complete honesty, the declaration is almost completely unintelligible to me. All I know is that I find disturbing that dominionvotingsystems.com is connected to two of our geopolitical**

foes and to Obama's political interest group. Oh, and did I mention that it looks as if the Chinese government has an ownership interest in Dominion? You can check out Gateway Pundit for details that seem legitimate. You're not imagining it that China keeps popping up all over 2020, first by giving us the gift of a virus that the Democrats used to try to destroy the economy and to pervert the election, and now as an active player in America's vote-counting. I sure hope that Trump, who is being remarkably silent right now, is planning to reveal all in the coming week. Alternatively, if he's unable for security reasons to reveal what's happening, I hope he's able to explain to the Supreme Court and the various state and federal legislators what really happened and why Biden truly didn't win. Image: Dominion voting systems. YouTube screen grab. 2:58 PM · Nov 30, 2020 53K 25.9K people are Tweeting about this Yes No I'm not sure 158,350 Votes Do you still support President Trump? Promoted Content Help Support American Thinker 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 3/5 From the Web Powered by ZergNet The One Key Reason Trump Allowed Biden's Transition To Begin Things Men Surprisingly Actually Found Attractive 50 Years Ago sponsored content Watch The Video Leaked Video Could Shut Down The Democratic Party — For Good The Catholic Church's biggest secret has been leaked. 484,236 Promoted Content In today's climate of political correctness and economic uncertainty, ad revenue only goes so far to keep an independent voice like AmericanThinker.com going. If you enjoy our articles, please consider supporting us with a direct contribution of as much or as little as you can give. Your donation will ensure that we continue to bring great pieces from our outstanding columnists. Thank you. $5 $10 $50 Other 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports

**_sidney_powells_claim_about_global_election_fraud.html 4/5 Musicians Who Totally Lost Their Temper On Stage Jill Biden's Ex-Husband Just Made a Bold Accusation What Maxwell Said About Bill Clinton In New Unsealed Disposition The Truth About Powell's Claim Of A 'Broken Algorithm' 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports _sidney_powells_claim_about_global_election_fraud.html 5/5 The Tragedy Of Robert Redford Is Just Heartbreaking Here's How Fox News Is Doing After Taking On Trump sponsored content RECOMMENDED Kentucky Residents Rush To Qualify For Concealed Carry (It's Ending Right Away) · Real Patriots Only: Trump Solid Gold Victory Coin · Trump Supporters: Free Trump Gold Victory Coin · The Horrifying Truth About CBD · Urologist: Try This if You Have an Enlarged Prostate (Watch) · This Perfect Hilarious Ornament is Selling out for Christmas · Urologists Stunned: Forget the Blue Pill, This "Fixes" Your ED · Remember Her? Take A Deep Breath Before You See What She Looks Like Now · Your IQ is 120+ if You Can Beat This Quiz · Then and Now: What Happened to These Child Stars? · RECOMMENDED Tinnitus? when the Ringing Won't Stop, Do This (It's Genius) · This Perfect Hilarious Ornament is Selling out for Christmas · Huge Scandals That Could've Shut Down Hgtv for Good · This is Where the Majority of Singles over 50 Are Finding Love in Richmond · New Life Insurance Policy for Kentucky Seniors Under 86 Yrs. Old · Men, You Don't Need the Blue Pill if You Do This Before Bed · "The Office" Trivia Quiz For Its Real Fans. Only 40% Can Pass! · Only 130 IQ or Higher Can Pass This Quiz · Only a True Gearhead Can Name These Classic Cars! · 96-year-old Puts Her House for Sale. See How It Looks Inside ·12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports _sidney_powells_claim_about_global_election_fraud.html 1/5 December 2, 2020 Evidence supports Sidney Powell's claim about**

global election fraud By Andrea Widburg For the last two weeks, Sidney Powell was telling everyone she could prove that our election was decided abroad by bad actors. Tuesday's news seemed to confirm those claims. A retired military analyst testified in Arizona that the U.S. has captured the information that was sent overseas. Also, a November 25 declaration from an active-duty military analyst was made public today, which says that, within five days of the election, the analyst was able to connect dominonvotingsystems.com, which is Dominion's proprietary URL, to Belgrade, Iran, China — and Barack Obama. I've been enjoying a delightful email conversation with Nick Chase, who's written some deservedly lauded articles helping readers to understand how the voting machines could be used to send victory to Joe Biden. (See here, here, here, here, and here.) One of the things Nick explained to me is how information travels across the internet. I'm going to share his words with you because you'll need them to understand how important this next bit of news is: On the Internet, information is delivered in "packets" of bytes, each of which has header information identifying the sender and the intended recipient. When the recipient receives the packet, it verifies the packet and returns to the sender a message saying the packet was received correctly. This traffic passes through "routers" which are similar to the wireless router you might have at home, only on an industrial scale. The network routers also have switching software to determine which is the "most efficient" (fastest) route on the Internet to transmit the packets, as the Internet is a redundant system designed with many routers, paths and switches so it will continue to operate in case part of it goes down. It's entirely possible for a sophisticated, powerful agency to grab or reroute this packet traffic so the data can be manipulated. With that in mind, you'll appreciate the import of testimony that Colonel Phil Waldron (retired) gave during the hearing in Arizona about the voting machines used in the U.S. elections. As you recall, while the votes were collected in America, they were sent to Frankfurt, Germany, for final tallying and processing before being

**rerouted to America. According to Colonel Waldron, his "white hat" hackers recognized the packets going to Germany and obtained copies of them: Naty @NatyLiy BREAKING: #ArizonaHearing: "Are you willing to say under oath, that you've seen the connection to the internet, that you've seen it gone offshore to Frankfurt, Germany?" Col. Waldron: "Yes, our "White" hat hackers, they have that traffic and the packets." 12/2/2020 Evidence supports Sidney Powell's claim about global election fraud - American Thinker https://www.americanthinker.com/blog/2020/12/evidence_supports_sidney_powells_claim_about_global_election_fraud.html 2/5 We shouldn't be surprised that Col. Waldron offers such extraordinary evidence. Last week, in Pennsylvania, Col. Waldron gave a master's class in how the Dominion voting systems are set up to enable election fraud on a massive scale. He talked about fraudulent elections in other countries, voting machines being connected to the internet making them hackable, stolen USB drives used for hacking voting machines, and inexplicable anomalies that showed that votes were preloaded for Biden before the election began. Today, Col. Waldron's testimony gained added heft when we got to see a declaration from an intelligence analyst at the 305th Military Intelligence Unit (the "Kraken" unit). The declaration has specific evidence showing that, on November 8, 2020, Dominionvotingsystems.com, which is Dominion Voting Systems' proprietary URL, was connected over the internet to Belgrade, Iran, China — and to "the Indivisible (formerly ACORN) political group for Obama." In the spirit of complete honesty, the declaration is almost completely unintelligible to me. All I know is that I find disturbing that dominionvotingsystems.com is connected to two of our geopolitical foes and to Obama's political interest group. Oh, and did I mention that it looks as if the Chinese government has an ownership interest in Dominion? You can check out Gateway Pundit for details that seem legitimate. You're not imagining it that China keeps popping up all over 2020, first by giving us the gift of a virus that the Democrats used**

**to try to destroy the economy and to pervert the election, and now as an active player in America's vote-counting. I sure hope that Trump, who is being remarkably silent right now, is planning to reveal all in the coming week. Alternatively, if he's unable for security reasons to reveal what's happening, I hope he's able to explain to the Supreme Court and the various state and federal legislators what really happened and why Biden truly didn't win. Image: Dominion voting systems.**

## DOCUMENT

# Sedition

***Created by FindLaw's team of legal writers and editors | Last updated February 20, 2019***

**Suppose that over the course of a few months, a small band of armed militants has coordinated strategies to distribute firearms and take**

**over the nation's capital by force through a website on the clandestine "deep web." All indications show that the group is dead serious in its intentions, but they're thwarted by an FBI investigation that leads to arrests. While sharing information and discussing ideas -- even distasteful ones -- is generally protected as free speech, the FBI believes this crosses the line. The alleged ringleaders of the plot are charged with "seditious conspiracy" (simply referred to as "sedition"), a federal crime related to treason and other anti-government offenses.**

**Sedition is a serious felony punishable by fines and up to 20 years in prison and it refers to the act of inciting revolt or violence against a lawful authority with the goal of destroying or overthrowing it. The following provides an overview of this particular crime against the government, with historical references.**

Seditious Conspiracy and Federal Law: The Basics

**The federal law against seditious conspiracy can be found in Title 18 of the U.S. Code (which includes treason, rebellion, and similar offenses), specifically 18 U.S.C. § 2384. According to the statutory definition of sedition, it is a crime for two or more people within the jurisdiction of the United States:**

> **To conspire to overthrow or destroy by force the government of the United States or to level war against them;**
> **To oppose by force the authority of the United States government; to prevent, hinder, or delay by force the execution of any law of the United States; or**
> **To take, seize, or possess by force any property of the United States contrary to the authority thereof.**

Free Speech, Sedition, and Treason

**In order to get a conviction for seditious conspiracy, the government must prove that the defendant in fact conspired to use force. Simply**

advocating for the use of force is not the same thing and in most cases is protected as free speech under the First Amendment. For example, two or more people who give public speeches suggesting the need for a total revolution "by any means necessary" have not necessarily conspired to overthrow the government. Rather, they're just sharing their opinions, however unsavory. But actively planning such an action (distributing guns, working out the logistics of an attack, actively opposing lawful authority, etc.) could be considered a seditious conspiracy.

Ultimately, the goal is to prevent threats against the United States while protecting individuals' First Amendment rights, which isn't always such a clear distinction.

Sedition differs from treason (defined in Article III of the U.S. Constitution) in a fundamental way. While seditious conspiracy is generally defined as conduct or language *inciting* rebellion against the authority of a state, treason is the more-serious offense of actively levying war against the United States or giving aid to its enemies. Another way of looking at it is that seditious conspiracy often occurs before an act of treason.

Seditious Conspiracy: Historical Examples

Many of the more high-profile seditious conspiracy cases won by the U.S. government involve Puerto Rican nationalists plotting to overthrow the U.S. and assert their independence. The first was Pedro Albizu Campos, who (along with nine accomplices) was convicted of sedition in 1937 and jailed for 10 years for attempting to overthrow the government. He and others had been active members of the Nationalist Party, which (according the U.S. prosecutors) was aimed at independence through force. Other, similar cases involving Puerto Rican nationalists followed.

More recently, in 2010, nine members of a militia group called "the

**Hutaree" spanning Michigan, Ohio, and Indiana were charged with seditious conspiracy on suspicion of planning an armed conflict against federal, state, and local law enforcement. They were acquitted by a judge in 2012, however, due to insufficient evidence.**

# DOCUMENT

**COPY: President Donald J. Trump**

**TO US Justice Dept AG Bill Barr and His Investigator Durham of the COUP vs Donald J. Trump**

**This communication is a Legal Process Service NOTICE**

**This message is a formal notice of intent to be one of two witnesses concerning the Deep State Democratic COUP d'état which has involved US Justice Department AG Bill Barr and his Investigator Durham whom both have great details of the COUP which we will refer to as TREASON, SEDICTION and Insurrection Acts that are going before President Donald J. Trump or Federal; Judge Barbara Lagoa 11th US Circuit Court Atlanta, Georgie**

**Then and only then and by one or the other President Trump or a Federals judge can anyone be arrested for the Treason, Sedition, and Insurrection Acts. The AG, FBI, HLS, NSA CIA, Pentagon has NO authority to act against a CUOP participants.**

**AG Bill Barr and Investigator Durham will be arrested with Hillary Clinton, President Barack Obama, VP Joe Biden, Nancy Pelosi, Chuck Schumer, Congressman Schiff, CEO's of Google, You tube, Twitter, Facebook and heads of all but the Director of Intelligence John Radcliff. Each Intel Dept. will suffer 50% of their agents to having taken years of bribes and graft all participating in person in the**

**TREASON SEDITION and Insurrection Acts of this COUP. CNN reporters, CNBC, NBC, ABC, NY Times and Wall Street Journal have all been a brainwashing CIA designed operation denying any true news but instead orchestrating by Co Conspirators the denial of news replaced by Democrat TREASON, SEDITION and INSURRECTION Acts to bring to ruin a duly Elected US President Donald J, Trump.**

**All Intel division will have 50% employees arrested as will US State Dept., US Justice Dept. starting with AG Bill Barr and Durham which with Twitter and Facebook have in recent months refused to address or release or allow the publishing pf any corruption charges against VP Joe Biden the Democratic Presidential nominee that is a puny 1% of the US DEM graft of $10Trillion yearly paid across the boards to all Intel divisions and Democratic politicians on the inside know of the huge graft with Media payouts. FEDERAL RESERVE is creating illegal $100 Trillion a year that funds the elite political graft players.**

**Jeffrey Barrett US Citizen**

# DOCUMENT

## TREASON WITNESS NOTIFICATION

# NOTICE OF TREASON, REBELLION and SUBVERSIVE ACTIVITIES

**By two witnesses to United States Supreme Court Justice Amy Coney Barrett of South Bend, Indiana and Washington, DC SCOTUS Building, and President Donald Trump at the White House and to the Pentagon Chairman Joint Chief of Staff General Mark Milley.**

## Comprehensive AFFIDAVITZ DEPOSITION

## November 8, 2020

**We two Witnesses, Jeffrey P. Barrett of Kentucky and Rudi Giuliani of New York City have here in summarized the 4 year stages of a COUP against the US Government, Constitution, Citizens and President that purposed to overthrow the Office of US President and many freedoms permanently. Parties named in this document are not complete of all the Intelligence agencies and Pentagon players.**

**2016-2020 including massive Nov 3rd US Election for all offices especially the Presidency**

**WE will prove a massive orchestration by the Democrat Party to have directed and hired AFL/CIO AFSME Union President and his union members in the POLL Center workers who did FRAUDULENTLY**

**produce 10 million or so FRAUD Presidential Votes in the favor of Democratic Presidential candidate V. P Joseph Biden of MD.**

**I worked inside the AFL/CIO AFSCME Phone bank during Hillary Clinton's NY Senate run and during the Blagoyovich Chicago, IL era before his corruption charges etc. I know the internal computer and phone working national operations at the Washington, DC AFSCME calling and computer list generating system that have directed this 2020 Presidential Election FRAUD protocols.**

# DOCUMENT

**Jeffrey P. Barrett swear that the following information is true, and I witness to it entirely. Nov. 8th, 2020__JEFFREY P. Barrett__**

**BIO**

**George W. Bush was being illegally charged publicly to have not participated in hardly any National Guard Air Force pilot jet training sessions that was charged by Democrats to eliminate his 2nd term presidential run in a AFL/CIO AFSCME Unions & Democratic COUP. I was personally involved in the affidavit deposition that was designed to make President George W. Bush resign by FRAUD. I was requested by Democrat AFL/CIO/ AFSCME President John Sweeny to assist Private Investigator and National Reporter Kenneth Cummins, owner of Capitol Inquiry of 17th Street Washington, DC. Cummins not being able to drive asked me to fly to Florida, Georgia, Texas and several other States to depose the National Guard witnesses to George W. Bush according to them did not attend only a very few National Guard mandated sessions intending to write books and make sure the President removed himself from office by FRAUD. I never heard of the plumbers of Nixon at Watergate. I crushed a COUP period legally. Kenneth Cummins called AFL/CIO John Sweeny. I called the White house Karl Roves the Presidential advisor to explain where we were going and after what was said in detail.**

**President George W. Bush with CIA/US State Dept. Pentagon ordered a COUP by Capitalistic leaning Venezuela Army who then kidnapped Chavez and swept him out of the country. Mr. President I said God demands you put thug Venezuela President Hugo Chavez in power whom you have**

committed this COUP against OR Mr. President God reminds you he almost choked you to death on a pretzel your first month in your first term. Your CIA Director Father George Bush under President Carter then Reagan, George Bush and President Clinton ordered a shoot to kill Presidential action against whom they thought was Jesus in His 2nd COMING. My Minister in Boston Daniel King Marter was hunted down by 4 US Presidents shoot on site throughout Europe CIA/FBI/NSA/ INTERPOL/ Vatican/MAFIA and the Brighton. MA district Judge. NSA beat me almost to death, CIA/NSA/MAFIA tried to shoot me. All Boston Payphones were tapped by NSA to find out where we were having Bible Studies with Marter from Europe. Our church was hounded by the US District Court in Brighton. MA. Mr. President because your father failed to be able to kill Minister Daniel King Marter God says he let you live while you watched the Super Bowl choking blue on a pretzel. But if you do not put Hugo Chavez back in power God says you might as well buy another bag of pretzels. That was only a 2-day COUP.

I served as Washington, DC Process Server for the Texas Court papers for the Lawyers of the Black Farmers who had won multi $billions case against US Agriculture Dept. Under Cabinet AGGY Director Anne racist Veneman who with Bush, Jr. refused to pay the monies in the 1st case. I served AGGY Corporately and began serving AGGY Secretary starting with Anne Veneman by me served at gun point by her Secret Service driver who knew their gaggle of lawyers could not stop me. Veneman called President Bush complaining that their homes and all assets had been attached by my Process Service. Bush Jr. asked who served you what Law Firm and when she told the President Capitol Inquiry's Jeffrey Barrett BUSH owing me big time told Veneman have all your Executives to come down and sign the Texas Black

**Farmers papers and then soon after the Black Farmers received their $Billions.**

**I wrote China and India's current FAST TRACK ECONOMICS protocols.**

**I was an EPA Radiation nuclear clean up specialist and in my Town 50% of all residents who were exposed by Engelhardt Corps US Navy Submarine nuclear rods died with in 20 years from radiation cancer.**

**As a POWER GRID Sun Solar Flare specialist, I had solved the PPL and North East/Canada GRID collapse that left millions out of power for over a month. I solved that mystery. My brother Michael was a nuclear computer specialist leading the GRID COLLAPSE Investigation for PP&L**

**THEN Japan's Fukushima, Diichi Earthquake destroyed by Tsunami, many towns and the TEPCO nuclear power complex. TEPCO finally admitted what I had globally released that US and Europe Nuclear Agencies were covering up a three times Chernobyl nuclear disaster event. I immediately sent Three Mile-Island Pennsylvania Power and Light nuclear disaster team overnight to COOL the TEPCO abandoned nuclear plants that when going to critical fission would over 20 years kill 22 million exposed Metro Tokyo Japanese citizens, I also sent GE Japan who was the Fukushima TEPCO nuke plant manufacturers. I forced Prime Minister Naato Khan to keep TEPCO on the site to cool the damaged nuke cores. Grow some BALLS Mr. Prime Minister. PM Khan to this day travels globally lecturing against nuclear plants in Japan and says IF HE did not force the TEPCO cooling of the nuclear plants at Diichi 22 million Tokyo Japanese would have died in 20 years.**

**Stopping COUPS takes inside Global Leader handling which God has made me a specialist in having been a Christian Ambassador to Embassies in Washington, DC**

**Russia President Vladimir Putin was responding to terrorist Yassar Arafat when the US and West were holding a Middle East Peace Conference at Sharm El Sheikh. Mr. President, I wrote through the Russian DC Embassy, I am afraid if you do not attend the West's Peace Conference, we at Pentagon cannot be responsible for what very angry and agitated Secretary of Defense John Cohen will do, Please read these few poems he has written. The first is his admission of suicide mentality in college and the 2nd is after he flew in an F-18 US Jet and wrote after about dropping nuclear bombs everywhere like a madman. Please reconsider. Putin went to Sharm el Sheikh.**

**While a Real Estate legal Assistant director at Capitol Inquiry and chief of all RECORD of DEEDS activities for the DC Government R.E Division I cornered MLB Commissioner in NY to place their ragged baseball team playing in Puerto Rico in DC. He objected saying it would be the 3rd possible bankrupt team why bother. I said DC has 30 million tourists and the church will fill the New Stadium you insist I force the city to build for you first they have refused. So, I wrote a $50 Billion East Anacostia River drug infested boulevard development plan which began the filling of Politian's pockets with graft and they then gladly built Bud Selig his new National's Baseball Park at $681 million. Then I wrote the multi $ billion broadcast protocols. The DC R.E. Division of the city asked my boss Ken Cummins if I would let them put my name on the stadium. Hell NO, I said from Boston finishing my advanced Christian Perfection studies.**

**Understanding the inside of Global and US leaders who are on the take demands inside psychological thinking.**

**The Pentagon came to me, most Secretary Cohen's Intel agents and 5 Generals who were told that I had communications with Pakistan PM General Parvez Musharraf months after 911 when President George W. Bush wanted to go into Afghanistan to eliminate the Taliban which was created by Pakistan military. How do we approach Pakistan Musharraf they asked me. We need to over fly and or use his air bases and staging areas. I said the General was educated by western Catholic education schools; his college education was Protestant based. He knows English better than most of you. He is a General COMMAND HIM and HE WILL OBEY. They did and he did. Later Parvez asked me to have an education satellite launched so he could replace all religious education in Pakistan with Western science and math etc. The State Dept had Boeing Land Sea Aerospace launch the satellite within a month.**

**We can go to more details at another time.**

**Revised CODE 2020**

**18 USC 2383: Rebellion or Insurrection Text contains those laws in effect on November 7, 2020**

**From Title 18-CRIMES AND CRIMINAL PROCEDUREPART I-CRIMESCHAPTER 115-TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES**

**Jump To:Source CreditAmendments**

**2383. Rebellion or insurrection**

**Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and *make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular* State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.**

**2381. Treason**

**Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and *shall be incapable of holding any office under the United States.***

**(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, 330016(2)(J), Sept. 13, 1994, 108 Stat. 2148**

**(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)**

**Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States.**

**18 USC Ch. 115: TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES**

**From Title 18—CRIMES AND CRIMINAL PROCEDUREPART I—CRIMES**

**CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES**

**DOCUMENT**
**US COUP Information**
**US TREASON, SEDITION INSURRECTION ACTIVITIES**
**Witnessed 2016 to 2020**
**By Jeffrey Barrett**

# Wisconsin State AFL-CIO Blog

**« Designate Grocery and Food Processing Workers as First Responders**

**03/24/2020**

# Join the WI AFL-CIO Virtual Phonebank

**Joining our virtual phone bank is easy. Sign up at wisaflcio.org/mobilize**

**All you need is a phone and a computer with internet access. Through the WI AFL-CIO's Virtual Phone Bank system, volunteers will be able to login, view a script to discuss our Wisconsin AFL-CIO endorsed candidates like Supreme Court candidate Jill Karofsky, chat with union voters, then record the results of your calls.**

**When you sign up for a phone shift, you'll be provided with a full set of instructions. WI AFL-CIO staff will be available by phone during call shifts to answer any questions.**

**During the COVID-19 public health emergency, we are encouraging Wisconsin voters to vote by mail with an absentee ballot. Have you requested your absentee ballot yet?**

**The Wisconsin AFL-CIO Absentee and Early In-Person Voter Guide has step-by-step instructions for requesting an absentee ballot and voting by mail. Get the guide by clicking here or visit wisaflcio.org/voter-guide.**

**The Wisconsin AFL-CIO has endorsed Jill Karofsky for Wisconsin Supreme Court. Judge Karofsky ensures working people are always treated fairly in our legal system. She's a former prosecutor, and on the bench, she's tough, fair and independent. Jill Karofsky will always fight to stop corruption and uphold the law. Her opponent Dan Kelly was appointed by former Governor and union-buster Scott Walker.**

**A statewide list of locally endorsed union-approved candidates can be found here.**

**Join the virtual phone bank and make calls to union voters from the comfort of your home.**

**Click here or visit wisaflcio.org/mobilize to sign up for a virtual phone bank shift.**

**We will continue to educate, organize, and mobilize union voters during the COVID-19 public health emergency. Join the virtual phone bank today.**

**Posted at 03:55 PM | Permalink**

# DOCUMENT

**Pg. 215 From the Leadership**

**FOR IMMEDIATE RELEASE**
**WEDNESDAY, SEPTEMBER 02, 2020**

**Contact: Natalia Pérez Santos**
**Email: NPerezSantos@afscme.org**

**AFSCME opens virtual field offices, mobilizes thousands of activists ahead of November**

***The union, known for its political organizing prowess and putting boots on the ground in key races across the country, is taking its massive political operation digital in the face of the coronavirus.***

***The union is deploying text and phone banking operations, mobilizing activists to serve as poll workers, registering people to vote and deploying educational voting materials such as instructions on how to vote by mail.***

**WASHINGTON — On the last day of its 44th International Convention, AFSCME officially launched virtual field offices in Arizona, Florida, Michigan, Minnesota, Nevada, Pennsylvania and Wisconsin. In addition to these states, AFSCME is providing its members with access to virtual field offices in every state across the country. The virtual field offices will serve as the main action hub for AFSCME's 2020 political education, mobilization and GOTV operation to elect Joe**

**Biden, Kamala Harris and pro-worker candidates up and down the ballot. AFSCME endorsed Biden in March.**

**To capitalize on that momentum and unprecedented levels of activism to win for working people in 2020, AFSCME delegates to the convention received a virtual training on how to utilize the new virtual campaign field offices. Among the tools available to activists to contact voters are voter registration tools, mobile texting and virtual phone banking platforms, as well as instructions on how to vote by mail and how volunteer to serve as a poll worker.**

**AFSCME's 1.4 million members provide the vital services that make America happen.**

**American Federation of State, County and Municipal Employees, AFL-CIO**
**1625 L Street, N.W. Washington, D.C. 20036-5687**
**Telephone: (202) 429-1145**
**Fax: (202) 429-**
**NOV 04**
**AFSCME's Saunders: 'Every vote must be counted; the will of the people must prevail'**

**From the Leadership**

**FOR IMMEDIATE RELEASE**
**WEDNESDAY, SEPTEMBER 02, 2020**

**Contact: Natalia Pérez Santos**
**Email: NPerezSantos@afscme.org**

**AFSCME opens virtual field offices, mobilizes thousands of activists ahead of November**

***The union, known for its political organizing prowess and putting boots on the ground in key races across the country, is taking its massive political operation digital in the face of the coronavirus.***

***The union is deploying text and phone banking operations, mobilizing activists to serve as poll workers, registering people to vote and deploying educational voting materials such as instructions on how to vote by mail.***

**WASHINGTON — On the last day of its 44th International Convention, AFSCME officially launched virtual field offices in Arizona, Florida, Michigan, Minnesota, Nevada, Pennsylvania and Wisconsin. In addition to these states, AFSCME is providing its members with access to virtual field offices in every state across the country. The virtual field offices will serve as the main action hub for AFSCME's 2020 political education, mobilization and GOTV operation to elect Joe Biden, Kamala Harris and pro-worker candidates up and down the ballot. AFSCME endorsed Biden in March.**

**To capitalize on that momentum and unprecedented levels of activism to win for working people in 2020, AFSCME delegates to the convention received a virtual training on how to utilize the new virtual campaign field offices. Among the tools available to activists to contact voters are voter registration tools, mobile texting and virtual phone banking platforms, as well as instructions on how to vote by mail and how volunteer to serve as a poll worker.**

**AFSCME's 1.4 million members provide the vital services that make America happen.**

**American Federation of State, County and Municipal Employees, AFL-CIO**
**1625 L Street, N.W. Washington, D.C. 20036-5687**
**Telephone: (202) 429-1145**
**Fax: (202) 429-**
**NOV 04**
**AFSCME’s Saunders: ‘Every vote must be counted; the will of the people must prevail’**

# DOCUMENT

# COUP D'ETAT

## Strong Actions needing to be taken

**Jeffrey Barrett October 9, 2020**

**Pg. 1 of 7**

**To President Donald Trump**

**I am sure you know God and Jesus are very delighted that you understood that they gave you the Corona Virus 19 Plague so you could be the guinea pig for the new medical protocols that can be used to save most people's lives from now on, infected by COVID. This is a major gift that should shut up the Demo Rats screaming in the Monopoly Media that you have deliberately killed 200,000 Americans with glee.**

**I was very amazed that you get it that when God dwells in you, his favorite son running/dismantling their Empire to end it's ungodliness and childbirth genocide and secret Monopoly Corp heads and Media moguls single minded brain control fake news, it is an amazing experience with wonderful unseen consequences. God told you that this was Jesus and His battle against the Roman type Empire of the day and the fake religious of today who represent the Jews who tried to overthrow Jesus election to be President of God's {Strange New Thing} Google it, salvation church winning 90% of all the Jews.**

**1-800-223-9797…if this is your guy calling me again have him leave a return number because we are not hooking up the last 20 times.**

**SEDITION & TREASON**
**Pg. 2**

**UNITED STATES**

**V**

**President Barac Obama, {Vice President Joseph Biden, Chinese presidential bagman taking illegal payoffs from Communist China of $1.5 Billion to fund the COUT d'état } with agent Hunter Biden, US Dem Congresswoman Speaker Nancy Pelosi, Dem Congresswoman Dianne Feinstein Intel Committee Chairperson, Congressman Schift, Senator Shumer et al**

**Director CIA, FBI, NSA agents using the FISA act to fake the charges of Treason against newly elected US President Donald Trump et al and VP Michael Pence, continuing with the Monopoly Corps participating in and directing leader Speaker Nancy Pelosi as their Chief Frontman orchestrating the Coup d'état**

**CEO Microsoft/ Chair Bill Gates, NYTimes, Washington Post, Wall Street Journal, CNN, NBC, ABC NSNBA, CBS, Google, Twitter, Apple, Amazon, Facebook etc.12 Federal Exchange Bank CEO's, US Power Grid owners. And Board Trustees. But not limited to the above.**

**Corporate Process Servings to all and**

**Individually Process Served**

**This is a International Enterprise and under the US RICO ACT all holdings may and will be seized as unlawfully gotten gains and held in US Justice Trust until the Supreme Court Justices rules otherwise All assets being retained by law by theUS Gov't**

**Now God has some instructions you might find important in convincing Your Sec of Defense and Pentagon Generals, Home Land Security and AG Bill Barr, a few trusted intel at CIA and NSA to arrest the Ring Leaders of the COUP d'état of the Office of President of the United States and to over turn duly elected President Donald Trump and**

**Under the United States Constitution of Sedition/ & Treason Act etc.**

**United States**

**Pg. 3**

**V**

**President Barac Obama, Vice President Joseph Biden, Heads of CIA, FBI, NSA, Home Land Security US Justice Dept. Mrs. Hillary Clinton Former Dem Presidential Candidate, Sec of State & D Senator et al see above.**

**Donald Trump before becoming US President has acted BOLDLY and DECISERVILY in all manner of enterprises across the United States and World.**

**As duly Elected President Donald Trump has boldly faced down China on trade and intellectual property theft installing continuing tariffs bringing many large corporations back to manufacture in the USA, He by Executive Order and authority faced down Canada & Mexico canceling old and bringing in swift new trade deals, canceled Paris Accords, demanded NATO pay its fare share and intimidated North**

**Korea into becoming peaceable. He has brought peace deals BLAH BLAH**

**BUT ON THE TREASONOUS ATTACKS upon the United States and the Office he holds as US President he has rolled over with very little effect to the contrary even until now when all such Impeachments and Treasons charges were found to be baseless and completely fake.**

**The attack was unrelenting by the Power Elite and BLAH BLAH**

**America has watched silent by as LBJ/Pentagon and FBI Director Hoover with CIA and with the FED BANKS assassinated JFK, then Martin Luther King and finally Robert Kennedy.**

**President Trump will NOT stand Silent and America**



**can run and hide but God has not placed President Donald Trump in charge at such a time as this for him to go off to run away and hide.**

**You must BOLDLY and DECISIVELY arrest all the COUP players down to the last Corp head and Pentagon and Intel agent or General. You must seize all monopoly Corp and Media assets of the conspiring players leaving no politician or businessmen in the US or World community having attacked the United States so wickedly.**

**Convene your heads of State from the AG William Barr to your trusted Pentagon Secretary of Defense, with trusted Generals and Secretary of State \, CIA/FBI/NSA and Intel community and your 350 appointed judges and newly selected judge Barrett with the strong US Supreme**

**Court Justices you trust to oversee the exact progress of this Legal Proceeding.**

**Mr. President Convene Republican Senators and Republican Congressman with the Entire Supreme Court and Constitutional lower Court Judges to announce the completion of arrests under the US Constitution Treason and Sedition Act and RICO Act with all above agencies presiding including Homeland Security.**

**Once the Court case process is established a full House and Senate minus those arrested for Treason will be convened and told the ensuing Treason Court Process.**

**Talk with Judge Barrett and Senator McConnell about how to proceed swiftly approving her as new SCOTUS Justice so that she can be on board for the election fraud cases and the ongoing TREASON/ COUP d'état case.**

**If AG Bill Barr refuses hold him in Presidential Executive House Arrest and appoint Rudi Juliana as temporary US AG.**

**Pg. 5**

**Mr. President there are 10 more pages I think it better I read them to you to transfer God the Father and Jesus explanations of this momentous point in America being taken over by Global Monopoly Corps and losing all her freedoms and suddenly becoming an ungodly socialist state.**

**Sincerely Jeffrey Barrett**

**a Perfected in Boston, Christian**

**1688 Northgate Drive Rm 203**
**Richmond, KY 40475**
**808-397-0344**
**@ZEGEPMGENS account closed for life by Twitter**
**e-mail Puc.Report@gmail.com**

# TREASON, SEDITION, INSURRECTION & SUBVERSIVE ACTIVITIES

# 18 us code 2381

Mr. President the statute it is mandated that anyone uncovering these acts including a Coup d'état must immediately notify a US Judge or the President, otherwise he or she will be charged with the crime also.

# TREASON, SEDITION, INSURRECTION & SUBVERSIVE ACTIVITIES

# 18 us code 2381

**President Donald J. Trump,**

**Donald YOU and only you or a Federal Judge must be told of the COUP etc. and only one or the other can/must order the arrest of the COUP players using Federal Marshals, Secret Service agents, Secretary of Defense ordered troops or you ordering National Guard troops any other federal agents. Before any investigation of the COUP or Treason, sedition or rebellion players are vetted by any**

**other agency YOU have them or the notified Fed Judge arrests them and places them in jail, for trial. Evidences come only after. They get jail and can never hold any US Govt office again on release after being convicted.**

**Mr. President the statute mandates that anyone uncovering these acts including a Coup d'état must immediately notify a US Federal Judge or the President, otherwise he or she will be charged with the crime also. Any VP named Joe Biden participating in such crimes by this statute he can never run for or hold any US office. Amazing the Constitution who knew.**

**Read it with Rudi Giuliani and act boldly with God and Jesus' confidence coming thru your soul. This is their battle enjoy the ride.**

**Arrest Hillary Clinton, VP Biden, Pres. Obama, Nancy Pelosi, Adam Schiff, Chuck Schumer, NSA Director, CIA Dir., FBI, Directors, Mueller, The female State Dept agent, the Ukraine Intel creeps on the Ukraine phone call testifying you're a treasonous pig, The CNN, ABC, NBC CBS, CNBC CEOs of Facebook, Twitter, Google etc.**

**Jeffrey Barrett**

## CHAPTER 115—TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES

### 2381. Treason

**Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.**

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.)

§2382. Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

(June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

fined under this title" for "fined not more than $10,000".

§2384. Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

§2385. Advocating overthrow of Government

Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof, or the government of any political subdivision therein, by force or violence, or by the assassination of any officer of any such government; or

**Whoever, with intent to cause the overthrow or destruction of any such government, prints, publishes, edits, issues, circulates, sells, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force or violence, or attempts to do so; or**

**Whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons, knowing the purposes thereof—**

**Shall be fined under this title or imprisoned not more than twenty years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.**

**If two or more persons conspire to commit any offense named in this section, each shall be fined under this title or imprisoned not more than twenty years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.**

**As used in this section, the terms "organizes" and "organize", with respect to any society, group, or assembly of persons, include the recruiting of new members, the forming of new units, and the regrouping or expansion of existing clubs, classes, and other units of such society, group, or assembly of persons.**

**(June 25, 1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, §2, 70 Stat. 623; Pub. L. 87–486, June 19, 1962, 76 Stat. 103; Pub. L. 103–322, title XXXIII, §330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.)**

**Kristen Welker the GRANDE INQUISITOR for the fake debate of the DEMON RATS: here are the only questions I as the United States President Donald J. Trump will be asked or answer in this debate.**

1. **How much are the Media Billionaires and Google, Twitter, Amazon, Facebook and Bill Gates and Bloomberg CNN CONCAST, FAKE NEWS ABC, CBS, NBC, New York Times and Washington Post, WSJOURNAL et al paying you to throw this debate to Small time crook Joe Biden.**
2. **Christine How many children from God have you aborted either by surgery or Chemical Birth Control. Can you look your growing children in the eye with anything less that the same disdain and disgust you had for those babies whose inconvenience you so earlier in your life to have so easily killed?**

**Who in the CIA trained you in the interrogation tactics you plan on sandbagging me with questions, Interruptions and pronouncements and manufactured lies about my personality and policies that the regurgitation of the Fake News Media who repeat the exact same dialogue every day, day-in and day-out?**

3. **How much annual Corrupt Pay Offs to all the US Employees most Democrats were threatened by my 2016 Presidential win causing a frantic 4 year Treasonous COUP d'état and Impeachment?**
4. **Answer $5 Trillion per year that President Donald R. Trump's Presidential WIN threatened.**
5. **The entire US Gov't long term establishment are in on the Money Grab payoff corruption well beyond any petty cash Biden and Family $billions skimmed for himself and President Obama. Barach OBAMA is Mr. Big not Joe Biden. The $1-$2 billion yearly payoff monies from China couldn't last a week paying off the FBI, NSA, CIA and Congressmen and Congresswomen and**

**Democratic Senators not to mention the entire on the take underbelly of for life US Gov't employees getting graph monthly. Not to mention Democrat judges and Justice Dept. Prosecutors and lawyers by the thousands. Multi $$Trillions every year are the ongoing corruption operation.**

6. **Joe how long ago did Hunter take your car keys away from you?**
7. **How much do small depends in bulk cost?**
8. **Did the $Trillion Monopoly Corporations controlling Social Media like Russia and China Twitter, Google, Facebook, Microsoft and the Billionaire Media tell you they were shutting down all media reprints of your families corruption of Billions yearly payoffs or did you order them to stop the N Y Post revelations of Hunter's abandoned emails and kinky drug and sex videos?**
9. **Do you even think for one minute the entire Democrat operation charging me with TREASON works for ideology obedience loyalty alone. The Impeachment payoffs alone are in the $$5 Trillion Annual Range $$billions upon billions covering the Intel community alone CIA, FBI, NSA Justice alone tab is $$3 Trillion'**
10. **Here are the entire DEEP STATE annual Corruption monetary payoffs of $5 Trillion that started the COUP d' etat against my Presidency and their corrupt Impeachment lies because they knew eventually I would investigate their entire CORRUPT PAYOFF scheme that envelops the entire Federal Employee 500,000 strong 75% on the take some at $20million or more per year.**
11. **Joe Biden What is Nancy Pelosi's gross worth with stocks" Answer $150 million**
12. **What amount did I just set aside for the Black Communities for business development Joe Biden….Answer $500 Billion**
13. **Will you V. P. Joe Biden peacefully turn yourself in as a treasonous Corrupt illegal thief before the Nov Election or do we need to have you taken in cuffs to Federal Prison?**

**The 140,000 10% of US Govt. Intell, FBI, CIA, NSA, Justice and HLS Dept Heads are paid between $10-$20 million each Totaling Corruption yearly of $3 T**

**Congress payoffs are $10-$20 million average each Democrat a year corrupt payoffs total $20 Billion**

**General US Govt. Corrupt payoffs total $2 Trillion covering 1.5 Million employees**

**The entire annual DEEP STATE Corrupt Pay Offs are $5 Trillion per year from the GDP of $21 T**

**The Boston Federal Exchange Bank alone has created a corrupt $100 Trillion in illegal Digital monies.**

**Understanding the Obama Hunter VP Joe Biden annual China Corruption Treasonous Pay Offs is over $1 Billion a year for 8 years so the $12 Billion one president collected is known by the entire INtell and Pentagon graft DEEP STATE system so out of the 10% of the entire Govt employees is 140,000 total dept heads and the 10% of those each receiving $1 Billion demands an annual corrupt budget including each Senator or Democrat Congressmen big wig from Nancy Pelosi, Schumer, Shifty etc on down means the Fed Bank must create $300 Billion pay outs yearly.**

**Jeffrey Barrett**

**@ZEGEPMGENS Twitter account closed 3 weeks ago.**

**Kristen Welker the GRANDE INQUISITOR for the fake debate of the DEMON RATS: here are the only questions I as the United States President Donald J. Trump will be asked or answer in this debate.**

3. **How much are the Media Billionaires and Google, Twitter, Amazon, Facebook and Bill Gates and Bloomberg CNN CONCAST, FAKE NEWS ABC, CBS, NBC, New York Times and Washington Post, WSJOURNAL et al paying you to throw this debate to Small time crook Joe Biden.**
4. **Christine How many children from God have you aborted either by surgery or Chemical Birth Control. Can you look your growing children in the eye with anything less that the same disdain and disgust you had for those babies whose inconvenience you so earlier in your life to have so easily killed?**

**Who in the CIA trained you in the interrogation tactics you plan on nagging me with questions, Interruptions and pronouncements and manufactured lies about my personality and policies that the regurgitation of the Fake News Media who repeat the exact same dialogue every day, day-in and day-out?**

14. **How much annual Corrupt Pay Offs to all the US Employees most Democrats were threatened by my 2016 Presidential win causing a frantic 4 year Treasonous COUP d'état and Impeachment?**
15. **Answer $5 Trillion per year that President Donald R. Trump's Presidential WIN threatened.**
16. **The entire US Gov't long term establishment are in on the Money Grab payoff corruption well beyond any petty cash Biden and Family $billions skimmed for himself and President Obama. Barack Obama is Mr. Big not Joe Biden. The $1-$2 billion yearly payoff monies from China couldn't last a week paying off the FBI, NSA, CIA and Congressmen and Congresswomen and Democratic Senators not to mention the entire on the take underbelly of for life US Gov't employees getting graph monthly. Not to mention Democrat judges and Justice Dept. Prosecutors**

**and lawyers by the thousands. Multi $$Trillions every year are the ongoing corruption operation.**

**17. Joe how long ago did Hunter take your car keys away from you?**

**18. How much do small depends in bulk cost?**

**19. Did the $Trillion Monopoly Corporations controlling social media like Russia and China Twitter, Google, Facebook, Microsoft and the Billionaire Media tell you they were shutting down all media reprints of your families corruption of Billions yearly payoffs or did you order them to stop the N Y Post revelations of Hunter's abandoned emails and kinky drug and sex videos?**

**20. Do you even think for one minute the entire Democrat operation charging me with TREASON works for ideology obedience loyalty alone. The Impeachment payoffs alone are in the $$5 trillion Annual Range $$billions upon billions covering the Intel community alone CIA, FBI, NSA Justice alone tab is $$3 Trillion'**

**21. Here are the entire DEEP STATE annual Corruption monetary payoffs of $5-$10 Trillion that started the COUP d' etat against my Presidency and their corrupt Impeachment lies because they knew eventually I would investigate their entire CORRUPT PAYOFF scheme that envelops the entire Federal Employee 500,000 strong 75% on the take some at $20million or more per year.**

**22. Joe Biden What is Nancy Pelosi's gross worth with stocks" Answer $150 million**

**23. What amount did I just set aside for the Black Communities for business development Joe Biden…. Answer $500 Billion**

**24. Will you V. P. Joe Biden peacefully turn yourself in as a treasonous Corrupt illegal thief before the Nov Election or do we need to have you taken in cuffs to Federal Prison?**

**The 140,000 10% of US Govt. Intel, FBI, CIA, NSA, Justice and HLS Dept Heads are paid between $10-$20 million each Totaling Corruption yearly of $3 T**

**Congress payoffs are $10-$20 million average each Democrat a year corrupt payoffs total $20 Billion or more especially after tape recordings at the Boston Federal Bank overheard monetary experts saying they routinely when ordered digitally print $10 Trillion every few years for secret Democratic Legislators, Judges, State Officials of note and the Pentagon Joint Chiefs and other Generals etc. with monies to CIA led media companies, reporters and designated subject experts.**

**General US Govt. Corrupt payoffs total $2 Trillion covering 1.5 million employees**

**The entire annual DEEP STATE Corrupt Pay Offs are $5 Trillion per year from the GDP of $21 T**

**The Boston Federal Exchange Bank alone has created a corrupt $100 Trillion in illegal Digital monies.**

**Understanding the Obama Hunter VP Joe Biden annual China Corruption Treasonous Pay Offs is over $1 Billion a year for 8 years so the $12 Billion one president collected is known by the entire Intel and Pentagon graft DEEP STATE system so out of the 10% of the entire Govt employees is 140,000 total dept heads and the 10% of those each receiving $1 Billion demands an annual corrupt budget including each Senator or Democrat Congressmen big wig from Nancy Pelosi, Schumer, Shifty etc. on down means the Fed Bank must create $300 Billion pay outs yearly. Jeffrey Barrett**

**@ZEGEPMGENS Twitter account closed 3 weeks ago.**

# Media Ignore Hunter Biden's Ties to China

newsbusters.org/blogs/nb/ryan-foley/2019/03/21/media-ignore-hunter-bidens-ties-china
March 21st, 2019 6:35 PM
Ryan Foley
On Wednesday's *Ingraham Angle*, host Laura Ingraham covered the paperback release of a book written by Peter Schweizer that revealed "that a private equity firm managed by the son of former Vice President Biden struck a deal with China's state-owned bank in 2013 at the same time that Biden was in the country to meet with President Xi Jinping." Not surprisingly, the rest of the media did not share her interest in covering this story.

Ingraham interviewed Schweizer, who explained that Vice President Biden's son Hunter Biden travelled to China with his father in December 2013 before mentioning that ten days after they returned from the trip, "Hunter Biden's small private equity firm called Rosemont Seneca Partners gets a $1 billion private equity deal with the Chinese government, not with the Chinese corporations, with the Chinese government."

After highlighting how Biden went "soft on Beijing" following his overseas trip, Schweizer accused China of "buying off Biden through his son."

Schweizer described Hunter Biden's ties to China as merely "the tip of the iceberg." The author explained that the trial of Biden's business partner enabled him to gain access to the financial records of Rosemont Seneca Bohai, a "pass-through" where most of the money ended up going to the former Vice President's son.

**Schweizer proceeded to outline in detail "the money going into the account," which included "$3.1 million from corrupt Ukrainian oligarchs," "$1 million from the Chinese," "moneys from a Kazak oligarch, and "$1.2 million from some LLC from a Swiss bank that's been implicated in money laundering."**

**Ingraham pointed out that the media and the left have spent the past two years accusing President Trump of being bought off by the Russians and yet the same media haven't shown the same interest in the Biden family's ties to China and other shady foreign government officials. Ingraham concluded the segment by noting the "stunning lack of curiosity on the part of CNN, NBC, ABC, CBS, *Washington Post*, *New York Times*."**

**Based on the media's almost cheerleader-like coverage of Biden's possible presidential run, it makes perfect sense why this story "just gets buried," as Ingraham put it.**

**NBC's Chuck Todd got all excited over the weekend that Biden "keeps leaving these Easter Eggs and dropping these hints about whether or not he may run." And earlier in the month, NBC News White House Correspondent Kristen Welker had expressed her excitement about "the former Vice President dropping his strongest hints yet about a presidential run."**

**A transcript of the relevant portion of Wednesday's edition of *The Ingraham Angle* is below. Click "expand" to read more.**

***The Ingraham Angle***

**03/20/19**

**10:15 p.m. Eastern**

**LAURA INGRAHAM: And while Uncle Joe likes to talk about President Trump's family enriching itself in the White House, don't forget now, this is really important that Biden's son, sons Hunter, who…allegedly tied to the Chinese government. Well, what's that all about? Author Peter Schweizer first revealed this in a book last year that a private equity firm managed by the son of former Vice President Biden stuck a deal with China's state-owned bank in 2013 at the same time that Biden was in the country to meet with President Xi Jinping. Here now is Peter Schweizer, author of the book *Secret Empires*, which comes out in paperback March 26. Peter, now what do you believe the Chinese were trying to accomplish by doing business with Hunter Biden?**

**PETER SCHWEIZER: Well, I think, Laura, they accomplished what they set out to do. And that was to get favor, curry favor with Joe Biden. You talked about it in your introduction, Joe Biden was criticized in the latter parts of the Obama administration for going soft on Beijing; on the South China Sea, on trade, and on human rights. Look, it's very simple. In December of 2013, Hunter Biden flies on Air Force 2 to Beijing, China, with his father. His father meets with Chinese officials, he's very soft on Beijing, the most important thing that happens ten days after they return. And that's when Hunter Biden's small, private equity firm called Rosemont Seneca partners, gets a $1 billion private equity deal with the Chinese government, not with the Chinese corporation, with the government. And what people need to realize is Hunter Biden has no background in China, he has no background in private equity, the deal he got in the Shanghai tree… free-trade zone, nobody else had. Goldman Sachs, Bank of America, Blackstone, nobody had this deal. So it's very, very clear and that's the first of a series of deals that Hunter Biden strikes with the Chinese government, so there's no question, when you chart what Joe Biden is doing with China, the meetings he's having, and the deals that his sign is procuring at the**

**same time, that they are buying off Biden through his son. I think it's crystal clear.**

**INGRAHAM: And they have spent the last two years trying to say, well, you had a hotel that you wanted to build in Moscow. Like, nothing came of that! And they make such a big deal, and this just gets buried. If you didn't write about this in your book, and I wasn't, my memory wasn't jogged the other day when I was thinking, wait, wasn't there a Hunter Biden and I've looked back, looked it back up…and people wouldn't even be talking about this. This, in and of itself, is like a disqualifier.**

**SCHWEIZER: Yeah, well, look, Laura, this is the tip of the iceberg. There was a court case last year, Hunter Biden's business partner went on trial on an unrelated case, we got access to the financial records, the Morgan-Stanley financial records of Rosemont Seneca Bohai, which was a pass-through going out of that account, the most money going out of that account went to Hunter Biden. The money going into the account, there's $3.1 million from corrupt Ukrainian oligarchs. There's $1 million from the Chinese. There's moneys from a Kazak oligarch. There's $1.2 million from some LLC from a Swiss bank that's been implicated in money laundering. We don't even know who's behind the mysterious policy.**

**INGRAHAM: Anything else?**

**SCHWEIZER: Exactly, this is all going on while Joe Biden is Vice President steering foreign policy.**

**INGRAHAM: Okay, there's a stunning lack of curiosity on the part of CNN, NBC, ABC, CBS, *Washington Post*, *New York Times*, or I've missed all of that reporting. Peter, awesome work.**

**(CROSSTALK)**

**INGRAHAM: You're going to keep reporting on this, correct?**

**SCHWEIZER: Absolutely.**

**INGRAHAM: Okay, Peter, thank you so much.**

The BATTLE is the LORD'S

VICTORY! VICTORY! VICTORY!

Biden talks to the dead, so God is cursing him tonight for that, he already has an unclean spirit. He went to the cemetery today this morning.

You WIN!

**Donald, do you remember 2004 Boston beat the Angels in Boston everyone stayed in the stands to watch Cleveland Indians being decimated by Yankees pitcher, pitching lights out. Jabba Chamberlain is an Indian and like Catholics in Boston who gave away their Birth Right, First Born Son Babe Ruth so Boston got a curse from God for 87 years of no World Series wins.**

**I asked God to intervene to push back the praying to the dead Boston Catholics and by the way Father unless you intervene tonight Red Sox can't go into the playoffs and go on to a World Series win. I said Jabba's dad is a full blooded Indian and prays in the sweat lodge to anyone but you just like Catholics the dead ancestors, bears, clouds, eagles, fish the wind etc. and at times to you.**

**Father, please intervene in this Yankees vs Cleveland massacre.**

**Suddenly med flies swarmed the Yankees and Jabba Chamberlain, and it was so clear God was ending his pitching dominance. Jabba never mind not able to find home plate, was unable to see the ball in his hand walked 4 batters and the next**

**pitcher walked in the winning Cleveland Indians runner. THEEEEE Yankees lose THEEEE Stinking Yankees lose.**

**Boston went on to play the Yankees to a 3 to nothing playoff shellacking when they proceeded to blow the Yankees away in 4 straight historic wins. And go on to win in the same way in the World Series backed up against the wall 0-3. Winning 4-3. God is active and gets down on the field for me so for you too. Be amazed tonight how he does it. VICTORY**

**Jeffrey Barrett**

# DOCUMENT

---

PG. 1

President Donald J. Trump,

- **You Unilaterally** Under Executive privileged and power you Confronted North Korea to end a possible nuclear war… **without Congressional approval**
- **You unilaterally** Confronted NATO demanding they pay their fair share under agreements in place **without Congressional approval**
- **You unilaterally** cancelled the Iran nuclear deal and imposed economic sanctions **without Congressional approval**

**PG. 2**

- **You unilaterally** brokered new increased military funding with Korea and Japan **without Congressional approval**
- **You unilaterally** cancelled bad trade deals with Canada and Mexico **without Congressional approval**
- **You unilaterally** confronted China on illegal trade technology thefts and bad trade agreements imposing immediate increasing sanctions **without Congressional approval**
- **You unilaterally** imposed border restrictions due to COCID 19 for every Chinese person and then with most of Europe **without Congressional approval**

PG.3

- **You unilaterally** activated the Defense Production Act to manufacture COVID 19 medical equipment at American Corporations
  **without Congressional approval**
- You unilaterally brought new standards at FDA to speed up medical solutions for COVID 19
  **without Congressional approval**

**Mr. President,**

1. **You should unilaterally** use the Social Security $3Trillion funds on hand to unilaterally send stimulus monies to US households for 4 months and increase Social Security stimulus 4 times $4,800 for 4 months ensuring elderly votes and comfort economically for all retirees which monies come back to the treasury and to help the Airline Industry, COVID needs and businesses and landlords facing great economic losses etc.
   **without Congressional approval**

   PG. 4

2. **You should unilaterally Appoint judge Barbara Lagoa as US Media ZAR under the Defense Production Act to secure immediate freedoms of speech and freedoms of the press under the US Constitution during this 2020 Presidential election because all of these Corporations CEO's and employees have said they would block all political ads for the 2 weeks before the election and have also stated they will block all political information's that they disagree with from the Trump Campaign and have done so in extreme illegal terms.**

3. **You should, by Executive order, mandate Judge Barbara Lagoa as US Communications and Media ZAR take operational control of Facebook, Google and Twitter for ensured freedoms of speech and press Internet access to everyone now and into the future.**



4. **You should further empower Judge Babara Lagoa to be the investigating authority to issue arrest warrants in the ongoing COUP de 'tat that the above monopoly communications Media Corporations are in participation to ensure with CNN, ABC, CBS, NBS, CNBC and other Social Media outlets coordinated with the Democratic COUP at the time you were announced in 2016 the President of the United States. Judge Barbara Lagoa is empowered by Executive Order to arrest all COUP instigators and political participants including President Obama, VP Biden, Dem Presidential candidate Clinton, Congresswoman Nancy Pelosi, Schift and Senators Schuman etc. CIA, FBI, State dept, NSA and all military and Homeland Security COUP players with media and Monopoly social media CEO's. She would be ordered to swiftly arrest all, of these above, named parties to be held in jail now before the 2020 election.**

PG.6

5. **Judge Barbara Lagoa would coordinate her authority with Justice AG Bill Barr and US Intel Director John Radcliff, Secretary of State, Secretary of Defense to verse the prosecution before the 9 SCOTUS Justices for a definitive approval of the imposition of the penalties of the US Constitution 18 us code 2381, but not for the SCOTUS to be the investigators but to act on the penalties after the above authorities concur on the ongoing Sedition COUP facts.**

TREASON, SEDITION, INSURRECTION & SUBVERSIVE ACTIVITIES

18 us code 2381

Jeffrey Barrett

Protector of the Perfecting Ministers, see that you do them no harm Jesus and God request.

# DOCUMENT

---

*by Barbara Joanna Lucas*

**NOVEMBER 2, 2015**

***The president has begun raising money for his library and foundation, which will be located in Chicago and plans to operate on a grand scale. Obama hopes to avoid the kind of scandals in which President Clinton's foundation is mired, and he also hopes his Hollywood friends will be able to embellish a legacy that looks to be mixed at best.***

**Get ready America. See an entire wing devoted to how President Barack Obama single-handedly killed Osama bin Laden and an even larger wing showing how he provided health care for all Americans. Other exhibits will likely demonstrate how he disarmed Iran, battled Wall Street, and saved the economy from capitalism, along with many other heroic, superhuman, death-defying, unprecedented feats. And he did it all while dealing with snarling Republicans in Congress and Tea Party activists bent on impeding the progress Americans needed, whether they knew it or not.**

**And you'll also see all the ways Barack Obama saved the world since leaving the White House, making us all wish that the archaic Constitution hadn't deprived our country of a third term. Obama will be just 55 years old when he leaves office, comparatively young by presidential standards. He will still have plenty of time both to bask in past glories and to continue trying to fundamentally transform America and potentially the world as an influential private citizen with a foundation, charging six-figure speaking fees along the way. Of course, he'll also have to fundamentally transform America's memories of his many catastrophic economic and foreign policies.**

**Coming sometime in the next decade, it's the Obama Presidential Library and Museum that will showcase that history, and with it, a global foundation to address world concerns. The president and his supporters have been envisioning this for a while.**

**A private dinner in February at the White House did not come to light in the pages of the *New York Times* until August. A group of one-percenters whom Obama and his followers rhetorically loathe in public speeches sat down to talk secretly about Obama's post-presidency—how history remembers him and what projects he will engage in.**

**A Presidential Obsession**

**At least since Jimmy Carter and Richard Nixon, presidents have obsessed over the question of how history will remember them, and to nudge history in the right direction, they have built shrines to themselves in some form. This so-called "edifice complex" is particularly strong when most of the public regards a president's administration as a failure—as polls show is the case with Obama.**

**During the VIP dinner, one of the guests, LinkedIn founder Reid Hoffman, said “Feel free to kick us out,” Hoffman recalled to the *New York Times*.**

**Obama let the gathering know who was in charge. “I’ll kick you out when it’s time,” he said, according to the *Times*.**

**The gathering went on until 2 a.m. The 13 guests included liberal novelist Toni Morrison, a celebrity Obama supporter who previously called Bill Clinton “the first black president”; the hedge fund manager Marc Lasry, an Obama donor who had to decline a nomination for ambassador to France because of alleged ties to the Russian mob; the Silicon Valley venture capitalist John Doerr, an ally of Al Gore and booster of green projects; Chicago media mogul and Democratic dark money man Fred Eychaner (see Foundation Watch, Sept. 2015); actress Eva Longoria, a liberal activist with questionable nonprofit activities; Sun Microsystems co-founder Vinod Khosla, another major Obama donor who has also given scattered amounts to Republicans; and author and journalist Malcolm Gladwell, now at the New Yorker, but formerly a writer for the American Spectator. Gladwell told the *Times* that Obama “seemed incredibly relaxed.”**

**The somewhat unseemly meeting in the people’s house was to shore up support for Obama’s presidential library and post-presidential foundation, the *Times* said. Obama reportedly did not ask any of the guests for a donation, but when the president invites rich people to the White House with his foundation as the topic du jour, he doesn’t have to ask.**

**“Where we’ll end up, I don’t know yet,” said Marty Nesbitt, the president’s longtime buddy from Chicago who is heading up planning for the Obama legacy, including the library and global**

**foundation (*New York Times*, Aug. 17, 2015). But Nesbitt has some ideas.**

**The goal is to raise $1 billion for the presidential library and foundation. That is about twice the amount raised for the George W. Bush library and related programs. The *Times* also reported the plan is to establish a "digital first" presidential library, with various modern technologies allowing a worldwide reach, so someone across the world can take a virtual tour and learn about the spectacular legacy of hope and change in America. Obama's supporters from Hollywood and Silicon Valley are all in on the idea, with advisors ready to step up and help with the planning. One may reasonably assume their benevolent support for the president and his policies could later mean nice contracts for the Hollywood and Silicon Valley communities.**

**Still, hitting the $1 billion mark could take some time. The planning process began in December 2012, soon after Obama won his second term. The president actually began talking about it with director Steven Spielberg and actor Daniel Day-Lewis at the White House screening of Lincoln, a flick that would likely cause any president to start thinking about his legacy at least a little. Then again, the rarely humble Obama—or at least his surrogates and sycophants—have compared his presidency to those of Abraham Lincoln, Franklin Delano Roosevelt, John F. Kennedy, and Ronald Reagan at one point or another (*Time*, April 10, 2014).**

**But in 2014, the effort raised just $5.4 million. In the first quarter of 2015, it raised another $1.75 million for the complex, which is to be built on the University of Chicago campus. At press time, the project was searching for an architect. Organizers say the real fundraising will not kick in until after Obama leaves office (*Politico*, July 15, 2014).**

**Not surprisingly, the big donors to the library/foundation overlap with donors to Obama's two elections campaigns, the Democratic National Committee, and Obama's activist group, Organizing for Action. Many of these big donors were rewarded with frequent visits to the White House, and in some cases, cushy presidential appointments. It will be interesting to see how much they will open their wallets when there is no longer a potential for a mutual payoff, as the Clintons always craftily left open.**

**Certainly some of the donors to the Bill, Hillary, and Chelsea Clinton Foundation enjoyed influence, even after Bill Clinton was out of office, with Hillary in the Senate before serving as secretary of state with well-known presidential ambitions. (The Clinton Foundation was most recently profiled in the May 2015 *Foundation Watch*.)**

**Comparing the spectacle of the Clinton library and foundation—which has brought endless controversy for that former first family—is difficult. To avoid such problems, Obama and his supporters reportedly want to avoid the ethical morass that the Clintons created for themselves with their endlessly shady dealings. One way the Obama clan plans to do this is by keeping the presidential library and foundation as two arms of a single organization.**

**That approach differs from the Clinton's, whose library is based in Little Rock, while the Clinton Foundation is based in New York. Obama's Chicago-based library will also house his foundation—a one-stop shop for Obama fans.**

**"His [Clinton's] physical presence is separate from his library," Nesbitt told *Politico*. "We will be all in one place. Everything that the president does will be from one central entity."**

**Though nothing adequately compares to Clinton's post-presidency, most of the other presidential libraries and museums fall far short of Obama's ambitious plan. Only the last 13 presidents have official presidential libraries. Even Think Progress, a high-profile blog of the left-wing Center for American Progress, couldn't help pointing out how extravagant these libraries have become.**

**The JFK library included an endowment for an institute at Harvard University and cost $20.8 million. Adjusted for inflation, that would be $72.1 million today. The Reagan presidential library cost $60 million when it was built, or $130 million in today's dollars. The Clinton Foundation has at least $2 billion, but the library itself cost $165 million. Thus, Obama hopes to surpass all of his predecessors (Think Progress, Aug. 25, 2015).**

**A top aide told the *Times* that Obama respected George W. Bush's choice to stay out of the public eye in his post-presidency, but also admired the way Bill Clinton used his political skills to press his agenda as a private citizen. Considering that Obama lacks the personal touch of Clinton, and reportedly doesn't particularly like dealing with other people, it's possible to imagine him laying low after he exits the White House. But it seems unlikely he'll let his oratorical skills, which made him an effective campaigner despite his aloofness, lie fallow. Moreover, having left such a poor legacy behind, it's almost certain that Obama will seek to take the Jimmy Carter route of trying to make his mark as an ex-president.**

**With deep ties to the Obama family, Nesbitt is an interesting choice to run the organization. Unlike Obama before he moved into the White House, Nesbitt actually has some experience in running something. He is CEO of the Vistria Group, a private equity firm. Nesbitt and wife, Dr. Anita Blanchard, contributed between $200 and $100,000, according to the Obama Foundation, which is the**

**bizarrely wide range on the organization's disclosure forms (Chicago Business, Jan. 15, 2015).**

**Nesbitt still lives on the South Side of Chicago, the same neighborhood where he first met Obama the community organizer in the 1980s on a basketball court. Along with their wives, they ended up playing Scrabble together. Nesbitt said he and Obama spend so much time talking on the phone and in person that he doesn't remember the exact day they met or when he was asked to run the foundation (Politico, Aug. 20, 2015). Nesbitt has spent time traveling to other presidential libraries to get ideas and to better understand the successes and mistakes others have made.**

**Both Obama and Nesbitt were raised by single mothers but went to private schools. Nesbitt's wife, Blanchard, delivered both of Obama's children. Nesbitt also bought the Hawaii home featured in the TV show "Magnum P.I." for $9 million, as a vacation home that would be close to the Obamas (Politico, March 19, 2015).**

**Just as Obama has described his final two years as the "fourth quarter" of his presidency, Nesbitt says of the post-presidency: "This is definitely the first inning. I don't even think there's an out in the first inning. We're early in the process. We've done a lot of homework, we know who we're playing, we know what the lineups are, we know who is pitching. But it's early" (*Politico,* Aug. 20, 2015).**

**The library/foundation will return to Obama's community organizer roots by naming a "community engagement director." The foundation will continue some incarnation of "My Brother's Keeper," Obama's highly controversial mentoring program for black youth. Further, it will have what Politico called a "scaled down" version of Organizing for Action, to rally support to left-wing political causes.**

**The presidential library/foundation will also partner with academia. With so many professors on the far left, there will presumably be much enthusiasm for this, except for those who think Obama was too conservative. One already would expect the University of Chicago to be closely associated. But planners anticipate also working with the University of Illinois at Chicago, as well as Columbia University, and a satellite location in Hawaii. "We want to be able to have that academic perspective, to add to the social perspective," Nesbitt said.**

Enviros Oppose

**In one delicious bit of irony for a president who consistently pandered to the environmental lobby, the foundation will face opposition from a Chicago environmental group, Friends of the Parks—which objects to any development of parks across the Windy City.**

**The foundation will pick a location in the first quarter of 2016, and there are two finalists. One potential site is close to Jackson Park, southeast of the University of Chicago campus. It would be close to the law school where Obama taught. The other is near Washington Park and lies to the northwest of the University of Chicago campus, close to the home where the Obamas lived before moving to the White House, the one they attained in a shady deal with Tony Rezko. Both parks were reportedly designed by famed landscape architect Frederick Law Olmsted.**

**The sites are similar because they are in neighborhoods that have faced hardship and could use an economic boost. Community playgrounds would be removed but replaced, organizers say. Further, local contractors would be hired for construction. Nesbitt called it "an economic development catalyst for the area that the president and first lady call home." The Chicago City Council voted**

**47-0 to set aside 21 acres either from Washington Park or Jackson Park, for the Obama library.**

**Friends of the Parks isn't yet convinced and is threatening a lawsuit to block construction.**

**Help From The Mayor**

**Chicago Mayor Rahm Emanuel, Obama's former White House chief of staff, is pushing the Illinois state legislature to take action to discourage lawsuits aimed at halting either the Obama museum or the museum for Star Wars creator George Lucas.**

**Protecting parkland from a museum dedicated to Chewbacca and Darth Vader could be an easier public relations case to make than blocking a museum to the hometown politician who made it all the way to the White House, as Emanuel seemed to acknowledge in keeping the focus on the Obama library:**

**"See this as an opportunity for the city in which you're a part of and you love. We will work with you on issues as it relates to parks and parkland. We've done it even before this," Emanuel said in remarks addressed to the Friends of the Parks. "We all collectively added 750 acres in the last four years. We can make this a win-win situation.… Friends of the Parks—their aspirations are something I share, [but] this is something unique. You're not setting a precedent.… There won't be another presidential library for a while. So this is a once-in-a-lifetime. Let's all be on one team: the Chicago team" (*Chicago Sun-Times*, April 21, 2015).**

**The Star Wars museum lawsuit is relevant because it established a legal precedent when a federal judge ruled the Friends of the Parks has legal standing to stop the Star Wars museum planned for McCormick Place convention center in Chicago.**

**Former Friends of the Parks director Cassandra Francis warned about what the city was trying to do, regardless of any good intentions. "It is a very slippery slope. If we emasculate the lakefront protection ordinance—the local Chicago embodiment of the public trust doctrine—we will have a very difficult time stopping anything further on the lakefront," Francis said (*Chicago Sun-Times*, April 21, 2015).**

**The group's attorney Tom Geoghegan told the *Sun-Times*: "Whether or not the construction of those structures—land recovered from the waters of Lake Michigan—was a violation of the public trust doctrine is a question that belongs to the past. It's over. It's settled. They're there. What we're concerned with is that there be no more breaches of the public trust doctrine if any occurred in the past," he said speaking of the Star Wars case. "What this suit is intended to do is to ensure that the lakefront is protected in the future. There is not that much space left. And we have to hold on and fight for what we have."**

**Unsavory and Politically Connected**

**Even if Team Obama avoids the same conflict of interest pitfalls that have dogged the Clinton Foundation for almost two decades, it already has a strong contingent of shady donors. And those who are not unsavory are generally politically connected. Obama is not drawing donations from civic-minded folks concerned about preserving history.**

**In the unsavory category is Marc Lasry, with a net worth of $1.89 billion according to Forbes. He bundled more than $500,000 for Obama's 2012 re-election campaign and contributed $9,600 of his own money to Obama's two presidential campaigns. He runs the $12 billion investment firm, Avenue Capital. Obama tapped him to be ambassador to France.**

**Lasry, however, had to opt out of the position (*New York Post*, April 26, 2013). A close Lasry friend, Illya Trincher, and 30 others were charged with running the New York arm of a $100 million betting and money-laundering racket, the New York Post reported. Lasry reportedly turned down the ambassadorial position shortly after the White House asked the FBI to look into whether the billionaire was tied to anyone involved in the enterprise. The poker games were for the rich and powerful and allowed bets of up to $2 million, held in a lavish $20 million Manhattan apartment. One of the defendants in the case included a Russian national associated with the Russian mob, who is also accused of seeking to fix the skating competition at the 2002 Winter Olympics.**

**Though Lasry didn't talk about why he withdrew from his ambassadorial aspirations, an Avenue Capital spokesman told the New York Post, "Marc withdrew because it was becoming difficult to receive a waiver of the 'key man' provision from Avenue Capital's investors, and he would have had to divest himself of his Avenue Capital business holdings."**

**Sports commentators have also criticized Lasry. As the owner of the Milwaukee Bucks, he hired Jason Kidd to be head coach, despite Kidd's legal problems (Kidd pleaded guilty to hitting his ex-wife and to a misdemeanor drunken driving charge).**

**Still, these issues weren't enough to keep Lasry out of the White House for the legacy-building dinner in February.**

**Star Power**
**Another donor at that same dinner party was actress Eva Longoria, who co-founded the purportedly nonpartisan Latino Victory Project, with the announced goal of raising Latino voices in the political dialogue. Longoria was also a co-chair of Obama's re-election campaign in 2012. The other co-founder of the Latino**

**Victory Project was Henry Muñoz, finance chairman of the DNC. In an interview with Fusion on the project, Longoria named several Latino Democrats, but ignored Sens. Ted Cruz (R-Texas) and Marco Rubio (R-Fla.), Govs. Susana Martinez (R) of New Mexico and Brian Sandoval (R) of Nevada (National Review, May 16, 2014).**

**Longoria also works as the honorary chair of the Global Gift Foundation, run by her two close friends, Maria Bravo and Alina Peralta. Bravo and Peralta were reportedly using the nonprofit group to provide millions of dollars in business for their for-profit event planning and advertising agencies (Hollywood Reporter, Feb. 4, 2015).**

**Another legacy dinner attendee was Reid Hoffman, the LinkedIn founder worth $3.5 billion. He gave $1 million to Priorities USA Action, the left-wing super PAC notorious for its 2012 support of Obama's re-election (it ran the ad that speciously blamed Mitt Romney for the death of a steelworker's wife). He also maxed out his individual political contributions to Obama in 2008 and 2012.**

**Silicon Valley technology investor Vino Khosla, another attendee to the dinner, has a net worth of $1.68 billion. He donated $1 million to Priorities USA in 2012, and tens of millions of dollars to various Democratic candidates. But he has also given tens of thousands of dollars to a few Republican candidates, mostly in California.**

**Among the most eager givers at the White House dinner party was John Doerr, worth $3.9 billion. He is a partner in the venture capital firm, Kleiner Perkins Caufield & Byers, which invests heavily in various green industries that are almost entirely dependent on government subsidies. Obama named Doerr to his Economic Recovery Board in 2009. Doerr contributed the $5,000 maximum to Obama's re-election campaign.**

**Mark T. Gallogly, head of Centerbridge Partners L.P., also served on Obama's Economic Recovery Board. He contributed $53,800 to the Obama Victory Fund 2012. He further contributed $50,000 to Obama's 2013 inauguration. He contributed between $250,001 and $500,000 to the library, according to filings. The *Times* reports he gave $340,000.**

**The far-left Joyce Foundation, based in Chicago, pledged $1 million to the Obama library project. Joyce Foundation president Ellen Alberding said, "The Joyce Foundation is proud to support establishment of the Obama Presidential Library as a valuable asset to our nation in advancing innovative social and public policies" (*Chicago Sun-Times*, Jan. 15, 2015; for more on the foundation, see "Betraying Donor Intent in the Windy City," *Foundation Watch*, Feb. 2014).**

**Another backer is Tim Collins, founder of Ripplewood Holdings LLC, who threw in between $250,001 and $500,000 for the library effort. His family gave $500,000 to Priorities USA. He has also contributed $25,000 to the Democratic Senatorial Campaign Committee and $30,800 to the DNC. Further, Collins has been a frequent visitor to the White House, where he had one-on-one meetings with Obama and senior advisor Valerie Jarrett (Washington Free Beacon, Oct. 30, 2012).**

**James Simons, the founder of Renaissance Technologies Corp., has a net worth of $14 billion. He gave between $250,001 and $500,000 to the effort, according to disclosure forms. The *Times* reports he gave $340,000. He has given $3 million to Priorities USA. He gave $4,600 to the Obama Victory Fund in 2008.**

**Michael J. Sacks is the CEO of GCM Grosvenor, a capital management firm. He gave between $500,001 and $1 million to the library. The *Times* reports he gave about $700,000. He's part of the**

**Chicago inner circle, close friends with both Obama and Chicago Mayor Rahm Emanuel. Sacks is also on the board of directors for Sun-Times Media, which owns the *Chicago Sun-Times*. Another donor is entrepreneur Ian Simmons of ImpactAssets. He has a net worth of $600 million and gave between $250,001 and $500,000 (Chicago Business, Jan. 15, 2015).**

**Newsweb Corp. owner Fred Eychaner, who owns community newspapers, TV stations, and radio stations, is known for heavily contributing to various left-wing causes. He contributed between $500,001 and $1 million to the Obama library. The *Times* reports he gave $1 million. Obama named him to the board of the John F. Kennedy Center for the Performing Arts. Eychaner spent on $14.1 million on Democratic super PACs in the last presidential cycle, and of that, $4.5 million went to Priorities USA. He contributed $5,000 directly to Obama's re-election and further bundled $500,000 for Obama and the Democratic Party that year.**

**Other lesser known wealthy donors are Seattle, Washington apparel company owners Tom and Sonya Campion, who donated between $250,001 and $500,000. So did Scott Miller and Tim Gill, founders of Quark, Inc. Gill started the Gill Foundation, which doles out about $10 million every year to left-wing causes.**

**Hedge fund managers David Shaw and Robert Wolf each donated between $100,001 and $250,000 for the Obama library. Jeanne and John Kevin Poorman, head of the JKP Family Foundation, gave between $200 and $100,000.**

**It will take a lot of money to convince Americans that Obama has had a positive legacy, but it looks like the money will come in because these fat cats are likely to continue to step up. Making Obama into a great president will also take much creativity, an**

**attribute with which Obama's friends in Silicon Valley and Hollywood are well endowed.**

***Barbara Joanna Lucas is a freelance writer and blogger from Northern Virginia where she lives with her husband and dog. She blogs at TheSharpBite.blogspot.com.***

***FW***

***Tags: Al Gore, Alina Peralta, Anita Blanchard, Barack Obama, Barbara Joanna Lucas, Bill Clinton, Bill Hillary and Chelsea Clinton Foundation, Columbia University, Daniel Day-Lewis, David Shaw, Democratic National Committee, Ellen Alberding, Eva Longoria, Fred Eychaner, Friends of the Parks, George Lucas, george w. bush, Global Gift Foundation, Hillary Clinton, Hollywood, James Simons, Jeanne Poorman, Jimmy Carter, John Doerr, John Kevin Poorman, Joyce Foundation, Kleiner Perkins Caufield & Byers, Malcolm Gladwell, Marc Lasry, Maria Bravo, Mark T. Gallogly, Marty Nesbitt, Michael J. Sacks, Obama Foundation, Obama Presidential Library and Museum, Organizing for Action, Priorities USA Action, Rahm Emanuel, Reid Hoffman, Robert Wolf, Scott Miller, Silicon Valley, Sonya Campion, Steven Spielberg, Think Progress, Tim Collins, Tim Gill, Tom Campion, Toni Morrison, Tony Rezko, University of Chicago, University of Illinois at Chicago, Vinod Khosla***

# DOCUMENT

**POLITICAL PAYOFF COVERUPS VIA PHONY BOOK SALES**

- **Barac Obama & Michele $65 million book advance who published who bought books**
- **VP Joe Biden & Jill 2016 $349,000**
  **2017 $17 million books speeches Brothers Jim & Hunter**
- **Bill & Hilary Clinton**
- **Nancy Pelosi $200 million**
- **Adam Shiff**
- **Chuck Schumer**

# DOCUMENT

**Embassy of Pakistan, Washington. DC**

**Mr. Ambassador Dr. Asad Majeed Khan,**

**Pakistan President Dr. Arif Alvi**

**To: Pakistan PM Imran Khan**

**FROM Jeffrey Barrett**

**I am a Solar Flare Electrical Power Grid collapse theorist.**

**Global Economist and Nuclear Disaster Consultant, Black Hole theorists.**

**I had launched for PM General Pervez Musharraf Pakistan's Education Satellite**

**I wrote India and China's FAST TRACK ECONOMICS policies.**

**I consulted with Pennsylvania Power and Light in Pennsylvania on the Canada/ USA Eastern Grid collapse down the entire East Coast serving 100 million customers and identified that Aug 14 2003 Grid Collapse cause as a major Solar Flare event…. When Japan Earthquake at Diichi, Fukushima caused the Tsunami destroying 3 nuclear power plants. I sent PPL 3 Mile Island nuclear disaster team overnight to Japan to cool the damaged nuclear plants from killing half of the 45 million Metro Tokyo citizens from being exposed to radiation fissioning which in 20 years would kill them with cancer, as happened in my town which manufactured US Navy Nuclear Submarine nuclear rods . Half of those exposed died in 20 years. I consulted directly with Japan PM Naato Khan. TEPCO nuclear power company was abandoning the colling of the 3 Fukushima power plants.**

**Pakistan has been struck by internal geo electrical currents from recent large X Class Solar Flares with plasma and magnetic field eruptions which caused the entire South Atlantic ocean areas to be directly hit with total frequencies between 20 MHz and 10 MHz. Also note this Southern Atlantic area has been exceptionally low in geomagnetic and electrical charged fields. Then last year Venus came between the sun and earth which caused its Van Allen Belt to change from a short bowing into a 40 million electro-magnetic force field lasering toward the Southern Atlantic Ocean weak magnetic field from Argentina to S. Africa.**

**The Southern Atlantic Ocean is the Electrical Solar Flare INPUTTING of excess powerful electrical forces and charges needing to go to ground, but the earth is overcharged and the outlet to the Earth's Van Allen belt is through the Atlantic up the Indian Ocean up the Dam/ River Grid system of Pakistan to the exceedingly High**

**northern Mountains to discharge out to our Van Allen Belt collapsing your entire Grid and communications systems.**

**January 2-5 20212 was remarkably high solar flare and geo magnetic plasma X Class eruptions on the Sun at first facing away from earth, then in a few days coming around toward earth then registered as lower M 4.4 Class events but that is obviously incorrect.**

**Pakistan Mount Godwin Austen is 28,000 ft high and Karakoram Black Mountain is high in iron with high seismic violence and strange electrical caused snow penitent ablated snow Hommocks 3 ft. tall with electrical easy paths through limestone, iron and crystal schists. Pakistan was the grounding system to release and neutralize the recent Solar Flare and plasma and electrical magnetic fields X Class sun eruptions.**

**South Atlantic overcharge input needing grounding Pakistan was the overcharged outlet closest to the Earth Van Allen Belt through the ionosphere. The Van Allen inputs at the North and South Poles so overcharges cannot exit there so seeks through the earth to gain exits through in this case Pakistani high mountains being easy axis to the Van Allen belt neutralize grounding necessity.**

**Yours very kindly Jeffrey Barrett Perfected by the Living God in Christ Jesus.**

**Richmond, Kentucky USA**

**cell 808-397-0344**

**E mail PUC.Report@gmail.com**

# DOCUMENT

**A message from the Living God and his magnificent Son Jesus Christ whom by and with God by his sacrifice has redeemed all humankind to whom God extends to whomsoever will, life in Jesus exact living sinless Godly nature and God's indwelling presence, with Knowledge, Wisdom. Love and Power…**

**Now to the entire earth Jesus and God declare that all 8 billion people must in their nations be protected under law with Freedoms and Rights in a written Constitution and Bill of Rights.**

**Every nation must now agree to disarm from keeping nuclear armaments large and small.**

**A Global Nuclear Peace & Disarmaments Treaty must be brokered by the most powerful peacemakers from each nation.**

**The United States would be served best by Peacemakers, President Donald Trump and his son-in-law Jarred Kushner who have proven themselves in the art of the PEACE deal.**

**It is God's COMMAND that all nations in the world suddenly become free of using polluting fossil fuels as quickly as possible.**

**Jesus and God have given Jeffrey Barrett new Permanent Magnet generator technology and many other innovative technologies will complement the ideas we have given to him to switch from fossil fuels to clean created electric and or Hydrogen fuels.**

**Using Barrett's Zero Emission Global Energy Permanent Magnet Generators in gasoline cars, Hydrogen fuel can be made onboard in**

**every diesel and gasoline vehicle to generate onboard Hydrogen fuels with amazingly simple changes to the computer pollution control in each car to easily accommodate the hydrogen fuel switching process.**

**Electric vehicle manufacturing must go forward quickly BUT that cannot possible be fast enough to save the planet from its current pollution tipping point destruction, so switching to on board electricity systems and Hydrogen Electrolysis for using Hydrogen fuels in vehicle will rush in a speedy pollution reduction remedy globally.**

**Jeffrey Barrett is my good servant whom has been perfected in Jesus exact image and nature by My indwelling presence and by My Perfecting minister Daniel King Marter whom for 20 years 1978-1998 the united States government by orders of 4 presidents and Speaker and Intel Committee Congresswoman Nancy Pelosi and Intel Committee Senator Dianne Feinstein insistence hunted down to kill whom they thought was Jesus in his 2nd Coming and now they did so kill him in 2020.**

**Jeffrey Barrett ZEGE, Corp technology will fund the other secret Perfecting ministers of Christianity and the coming Millennial Age so help fund his work and help save the magnificent planet God has given mankind to be good stewards of. Help Jeffrey Barrett fund and protect the remaining Perfecting Ministers and see you do them no harm.**